**United States Patent** [19]

**Holmberg**

[11] **Patent Number: 5,019,002**

[45] **Date of Patent: May 28, 1991**

[54] **METHOD OF MANUFACTURING FLAT PANEL BACKPLANES INCLUDING ELECTROSTATIC DISCHARGE PREVENTION AND DISPLAYS MADE THEREBY**

[75] Inventor: **Scott H. Holmberg**, San Ramon, Calif.

[73] Assignee: **Honeywell, Inc.**, Minneapolis, Minn.

[21] Appl. No.: **218,312**

[22] Filed: **Jul. 12, 1988**

[51] **Int. Cl.**$^{5}$ .......... **H01L 45/00**

[52] **U.S. Cl.** .......... **445/24**; 357/23.13; 437/56

[58] **Field of Search** .......... 445/24, 3; 357/23.13, 357/4; 437/4, 8, 56

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,455,739 6/1984 Hynecek .......... 427/8 X
4,586,242 5/1986 Harrison .......... 437/8
4,714,949 12/1987 Simmons et al. .......... 357/23.13
4,736,271 4/1988 Mack et al. .......... 357/23.13
4,803,536 2/1989 Tuan .......... 357/23.13

*Primary Examiner*—Kenneth J. Ramsey
*Attorney, Agent, or Firm*—Leydig, Voit & Mayer

[57] **ABSTRACT**

Flat panel displays are provided including protection from electrostatic discharge (ESD) during manufacture and thereafter. At least one ESD guard ring is provided to protect the active elements of the display from the potential discharge between the row and column lines. An internal ESD guard ring is coupled to the row and column lines via shunt transistors. An external ESD guard ring is coupled to the row and column lines via a resistance. Both of the guard rings can be provided; however, the external guard ring is removed prior to completion of the display.

**36 Claims, 5 Drawing Sheets**






FIG. 1




FIG. 2

FIG. 3






FIG. 4

FIG. 5



110
122
126
120
124
146
148
144
128
136
138
158
132
112
114
150
130
140
142
160
134
116
118
152
144
154
156


162
174
194
192
196
164
178
176
180
166
168
182
186
190
184
188
170
172

FIG. 6




FIG. 7

# METHOD OF MANUFACTURING FLAT PANEL BACKPLANES INCLUDING ELECTROSTATIC DISCHARGE PREVENTION AND DISPLAYS MADE THEREBY

## BACKGROUND OF THE INVENTION

The present invention pertains to improved flat panel displays and methods of making the displays with protection from electrostatic discharges. More particularly, the present invention is directed to methods of increasing the manufacturing yields of flat panel display backplanes and the displays made therefrom by improving handling characteristics.

In recent years there has been growing interest in flat panel displays, such as those which employ liquid crystals, electrochromic or electroluminescence, as replacements for conventional cathode ray tubes (CRT). The flat panel displays promise lighter weight, less bulk and substantially lower power consumption than CRT's. Also, as a consequence of their mode of operation, CRT's nearly always suffer from some distortion. The CRT functions by projecting an electron beam onto a phosphor-coated screen. The beam will cause the spot on which it is focused to glow with an intensity proportional to the intensity of the beam. The display is created by the constantly moving beam causing different spots on the screen to glow with different intensities. Because the electron beam travels a further distance from its stationary source to the edge of the screen than it does to the middle, the beam strikes various points on the screen at different angles with resulting variation in spot size and shape (i.e. distortion).

Flat panel displays are manufactured to be substantially free of such distortion. In the manufacture of flat panel displays the circuit elements are deposited and patterned, generally by photolithography, on a substrate, such as glass. The elements are deposited and etched in stages to build a device having a matrix of perpendicular rows and columns of circuit control lines with a pixel contact and control element between the control line rows and columns. The pixel contact has a medium thereon which is a substance that either glows (active) or changes its response to ambient light (passive) when a threshold voltage is applied across the medium control element. The medium can be a liquid crystal, electroluminescent or electrochromic materials such as zinc sulfide, a gas plasma of, for example, neon and argon, a dichroic dye, or such other appropriate material or device as will luminesce or otherwise change optical properties in response to the application of voltage thereto. Light is generated or other optical changes occur in the medium in response to the proper voltage applied thereto. Each optically active medium is generally referred to as a picture element or "pixel".

The circuitry for a flat panel display is generally designed such that the flat panel timeshares, or multiplexes, digital circuits to feed signals to one row and column control line of the pixels at a time. Generally one driving circuit is used for each row or column control line. In this way a subthreshold voltage can be fed to an entire row containing hundreds of thousands of pixels, keeping them all dark or inactive. Then a small additional voltage can be supplied selectively to particular columns to cause selected pixels to light up or change optical properties. The pixels can be made to glow brighter by applying a larger voltage or current of a longer pulse of voltage or current. Utilizing liquid crystal displays (LCD's) with twisted nematic active material, the display is substantially transparent when not activated and becomes light absorbing when activated. Thus, the image is created on the display by sequentially activating the pixels, row by row, across the display. The geometric distortion described above with respect to CRT's is not a factor in flat panel displays since each pixel sees essentially the same voltage or current.

One of the major problems that arises with respect to the prior art method of manufacture of backplanes for active matrix displays (e.g. those employing thin film transistors at each pixel) is that they generally suffer production yield problems similar to those of integrated circuits. That is, the yields of backplanes produced are generally not 100% and the yield (percentage of backplanes with no defects) can be 0% in a worst case. High quality displays will not tolerate any defective pixel transistors or other components. Also, larger size displays are generally more desirable than smaller size displays. Thus, a manufacturer is faced with the dilemma of preferring to manufacture larger displays, but having to discard the entire product if even one pixel is defective. In other words, the manufacturer suffers a radically increased manufacturing cost per unit resulting from decreasing usable product yield.

One solution to the low yield problem is disclosed in U.S. Ser. No. 948,224, filed Dec. 31, 1986, now U.S. Pat. No. 4,676,761 entitled "Method of Manufacturing Flat Panel Backplanes Including Improved Testing and Yields Thereof and Displays Made Thereby", which is owned by the assignee of the present application and is incorporated herein by reference.

These problems of increased cost and decreased yield are improved in the present invention by providing methods of manufacturing display backplanes and the resulting displays with electrostatic discharge protection which provide protection against fatal defects during and after manufacture of the displays.

## SUMMARY OF THE INVENTION

There is provided improved methods of manufacturing backplanes and the resulting flat panel displays to increase the manufacturing yield, decrease manufacturing costs and substantially eliminate fatal display defects caused by electrostatic discharge during manufacture and thereafter.

These improvements are accomplished by forming at least one electrostatic discharge (ESD) guard ring around the active elements of the display. An internal ESD guard ring can be formed, which provides a discharge path for static potential applied across the row and column line of the display. This prevents the potential from discharging between the row and column lines through an active element causing a short and resulting in a defect in the display during manufacture or thereafter. An external ESD guard ring can be formed, which provides protection during manufacture of the displays, however, the external ESD guard ring is removed at the end of the display manufacturing process. The displays also can include both the internal and external ESD guard ring to provide protection during manufacture and thereafter.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view schematic representation of an active matrix display backplane made by a prior art method;

FIG. 2 is a cross-section of one transistor of the prior art backplane which could be utilized with the present invention;

FIG. 3 is a cross-section of one transistor which could be utilized with the present invention;

FIG. 4 is a plan view schematic representation of one prior embodiment of a subpixel matrix display;

FIG. 5 is a plan view schematic representation of a matrix display illustrating one embodiment of an internal ESD guard ring of the present invention;

FIG. 6 is an enlarged plan view of a portion of one embodiment of a subpixel matrix display illustrating the internal ESD guard ring in accordance with the present invention; and

FIG. 7 is a partial plan view of one embodiment of an exterior ESD guard ring of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now more particularly to FIG. 1, there is shown a schematic representation of an active matrix flat panel display device **10** made in accordance with conventional photolithographic techniques. One such device **10** and the manufacture thereof is more fully described in Application of Amorphous Silicon Field Effect Transistors in Addressable Liquid Crystal Display Panels, A. J. Snell, et al., *Applied Physics,* No. 24, p. 357, 1981. The device **10** includes a substrate **12**, sets of contact pads **14** and **16**, sets of control or bus lines **18** and **20**, and, in this particular example of the prior art, transistors **22** and pixel back contacts **24**.

The substrate **12** commonly employed in these devices is formed from glass. The control lines **18** and **20** are organized into a matrix of rows **18** and columns **20**. The control line rows **18** in this device **10** serve as gate electrodes and the control line columns **20** as source connections. One contact pad **14** is connected to one end of each of the row control lines **18**. One contact pad **16** is connected to one end of each of the column control lines **20**. The display drive control (not shown) is connected to the sets of pads **14** and **16**.

At each matrix crossover point **26**, where a row line **18** and a column line **20** cross, a switching element, transistor **22** is formed to connect the row line **18** and column line **20** to the pixel back contacts **24**. The active medium is deposited at least on the contacts **24** which will optically change properties in response to the combined voltages or currents in the respective crossover point **26** formed by the row **18** and column **20**. The active medium at a given crossover point **26** will appear as a square or dot in the overall checkerboard type matrix of the display **10**. The actual size of the transistors **22** and the contacts **24** are not now drawn to scale, but are shown schematically for illustration only.

It should be noted that theoretically there is no limit on the number of rows **18** and columns **20** that can be employed, only a portion of which are illustrated in FIG. 1. Therefore, there is also no theoretical limit on the outside dimensions of such a device **10**. However, the present state of the lithographic art places a practical limit on the outside dimensions of these devices. The present alignment techniques generally allow high resolution display devices to be manufactured approximately five inches on a side **28**, although improved techniques of up to fourteen inches on a side has been demonstrated.

The problem encountered by the prior art method of manufacture is that if the array of device **10** contains any defective pixel transistors **22** or other circuit elements causing a pixel to be inoperative, it must be discarded.

Referring in detail to FIG. 2, several problems occur when the switching element, transistor **22** is manufactured. The substrate **12** is a substantial portion of the backplane cost and hence an inexpensive soda-lime glass is generally utilized. It has been demonstrated by liquid crystal display manufacturers that the high sodium concentration can poison the liquid crystal materially diffusing through the overlying ITO layer and hence an $SiO_2$ suppression layer **30** is generally formed on the substrate **12**. There are some high quality low sodium types of substrates available, which would not need the suppression layer **30**. An ITO layer **32** is formed and etched to provide an ITO free area on which the gate **18** is deposited. Following the deposition of the gate **18**, a gate insulator layer **34** is deposited. Although a smooth uniform coverage of the gate **18** by the insulator **34** is illustrated, in production the gate **18** has or can have sharp edges which lead to pin holes or thinning of the insulator **34** at the gate edges. The source and drain metals can short to the gate **18**. The thinning or pin holes produce transistors **22**, which if operative, do not have uniform operating characteristics and hence the backplane is worthless.

One attempt to solve this problem, is to make the gate **18** very thin, but the resistivity is then too high to make the large arrays necessary for the backplane. A second attempt to solve the problem, is to make the gate insulator **34** very thick, but this decreases the gain of the transistor **22** and is also self defeating.

An amorphous silicon layer **36** is then deposited, with the source **20** and a drain **38** deposited thereover. A passivating layer (not shown) would be deposited over the completed structure to complete the transistor **22**. During operation the activation of the source **20** and the gate **18** couples power through the silicon alloy **36** to the drain and hence to the contact pad **24** formed by the ITO layer **32**.

During manufacture of the device **10**, electrostatic discharge can occur when a high static electric potential is coupled across at least one pair of the gate lines **18** and the source lines **20**. The discharge frequently will result in a short **39** through the insulator **34** or a short **39'** through the insulator **34** and the silicon layer **36** in the transistor **22**, between the adjacent crossover points of the lines **18** and **20** as can be seen in FIG. 2. This will cause at least one row and one intersecting column of the display pixels to be defective and in the type of display device **10**, generally the defect will be a fatal one (clearly visible) and hence the device will be discarded. The device **10** does not provide any redundancy or subpixels and hence the defect cannot easily be isolated.

Referring now to FIG. 3, there is shown a schematic representation of one embodiment of a transistor **40** which can be utilized with the present invention. The transistor is more fully disclosed in U.S. Pat. Nos. 4,545,112 and 4,736,229, which are incorporated herein by reference.

A glass substrate **42** includes a barrier $SiO_2$ layer **44** thereon. As above mentioned, a low sodium glass sub-

strate, such as Corning 7059 glass, could be utilized, and hence the barrier layer **44** can be eliminated. The detailed deposition steps are described in the above-referenced patent and application. An ITO layer **46** is deposited and then a refractory metal layer **48** is deposited on the ITO layer **46**.

The layers **46** and **48** are etched to form a gate electrode **50**. A gate insulator **52** and a semiconductor material **54** are sequentially deposited over the gate **50**. The material **54** preferably is an amorphous silicon alloy. To avoid the possibility of any gate to source or drain shorts at gate edges **56**, a dielectric **58** is deposited over the gate **55**, the gate insulator **52** and the semiconductor **54**. The dielectric **58** is deposited to a sufficient thickness to ensure that no shorts or thin spots are formed between the edges **56** of the gate **50** and a source **60** and a drain **62** deposited thereover.

The dielectric **58** is etched away only on a substantially planar central region **64** of the semiconductor layer **54**. This insures uniform operating characteristics for the transistors **40** in the backplane array. A passivating layer **66** is deposited over the whole structure to complete the structure of the transistor **40**.

During all of the transistor processing steps, the refractory metal layer **48** remains over a pixel contact pad **68** upon which the active material of the pixel is deposited. As a final step, before the active medium (not shown) is added to the backplane to complete the display, the refractory metal is etched off of the pixel pad **68** leaving the ITO layer **46** exposed after all the processing has been completed.

The gate to source or drain shorts referred to above in discussing the dielectric **58**, refer to physical shorts caused by thin spots or actual metal particles or filaments. The electrostatic discharges caused during manufacturing and thereafter will be deterred by the dielectric **58**, but will not be eliminated. The potential can be high enough to again form a short **69** through the gate insulator **52** and the semiconductor material **54** in the transistor **40**, between the source **60** and the gate **50**. Depending upon the display structure, at least one pixel or one subpixel (FIG. **4**) will be defective.

Referring now to FIG. **4**, a subpixel matrix display of the above-referenced application, U.S. Ser. No. 948,224, is designated generally by the reference numeral **70**. The subpixel matrix display **70** is illustrated as having each pixel subdivided into four subpixels, but the pixels could be subdivided into numerous other configurations such as two subpixels, two by four or six subpixels or in three subpixels for color applications. Each pixel **72** is subdivided into four subpixels **74**, **76**, **78** and **30** (only one pixel **72** is so numbered for illustration). As previously stated, the number of pixels is merely shown for illustration purposes and the display **70** could contain any desired number and configuration, square or rectangular.

A column (source) line or bus **82** connects the subpixels **74** and **78** and all other column subpixel pairs in one-half of each of the pixels to a column or source contact pad **84** at one edge of the display **70**. A second column (source) line or bus **86** connects the subpixels **76** and **80** and all other column subpixel pairs in the second half of each of the pixels to the column or source contact pad **84**. The bus lines **82** and **86** are interconnected (shorted) at or before the pad **84** and are interconnected (shorted) at the opposite ends by a line or short **88**.



A row (gate) line or bus **90** connects the subpixels **74** and **76** and all other row subpixel pairs in one-half of each of the pixels to a row (gate) pad **92**. A second row (gate) line or bus **94** connects the subpixels **78** and **80** and all other row subpixel pairs in one-half of each of the pixels to the row pad **92**. The bus lines **90** and **94** are interconnected (shorted) at or before the pad **92** and are interconnected (shorted) at the opposite ends by a line or short **96**.

In a like manner, each of the other subpixel pairs are connected in columns to respective column (source) pads **98** and **100**, etc. The pads **84**, **98** and **100** are illustrated as being an opposite sides of the display to provide additional connecting space for the pads, however, they also could all be on one side as in the display **10**. Each of the other subpixel pairs also are connected in rows to respective row (gate) pads **102** and **104**, etc.

The pixel **72** then is divided into four subpixels **74**, **76**, **78** and **80** which allows for one of the subpixels to be defective, such as the subpixel **74**, without causing a fatal defect, since the remaining three subpixels **76**, **78** and **80** remain operative. In prior devices, the pixel **72** would be totally defective and hence the display **70** would be inoperable.

Further, one often fatal display defect is caused by a defect or open in one of the row or column bus lines which would cause the whole row or column to be out, again resulting in an inoperative display **70**. With the respective subpixels pairs of row and column bus lines interconnected, however, an open in a bus line will at most cause one subpixel to be inoperative. An open in one or more of the bus lines between the subpixels will result in no defects, since the current is supplied from the opposite shorted end of the row or column bus line. Thus, the display **70** in effect has redundant row and column bus lines.

To avoid the fatal defect of the multiple open lines, as also disclosed in U.S. Ser. No. 948,224, the redundant row and column bus lines can be further interconnected at each subpixel. Each pair of the column bus lines **82** and **86** are additionally interconnected between each of the subpixels **74**, **78**, etc. by respective lines or shorts. In a like manner, each pair of the row bus lines **90** and **94** are interconnected between each of the subpixels **74**, **76**, etc. by respective lines or shorts. Further, although both the row bus lines and the column bus lines can be interconnected between each subpixel, only one of the row or the column bus line sets might be shorted to limit the loss of active pixel display area.

The short **69** in one of the active devices in the display **70** can be eliminated by opening the row or column line between the short and the line. This results in only one subpixel, such as the subpixel **74** being defective and due to the small size of the subpixel, is not a fatal defect (i.e. not readily visual). The rest of the corresponding column and row subpixels would be operable due to the redundant and interconnected row and column bus lines.

Referring now to FIG. **5**, a matrix display incorporating one embodiment of an internal ESD guard ring of the present invention is designated generally by the reference numeral **110**. The matrix display **110** is illustrated having four pixels **112**, **114**, **116** and **118**. The pixels, however, can be subdivided into numerous subpixel configurations such as two or four subpixels, two by four or six subpixels or in three subpixels for color display applications. Also, as previously stated for the

subpixel matrix display **70**, the number of pixels can be of any number and configuration, square or rectangular.

A column (source) line or bus **120** connects the pixels **112** and **116** and all other pixels in the same column to a source contact pad **122** at one edge of the display **110**. A source line **124** connects the pixels **114** and **118** to a source contact pad **126**. In a like manner, a pair of row (gate) lines **128** and **130** connect respective pairs of pixels **112, 114** and **116, 118** in each row to respective gate pads **132** and **134**.

Each pixel **112, 114, 116** and **118** includes a respective active element, such as transistors **136, 138, 140** and **142** which couple the pixels to the respective source lines **120** or **124** and gate lines **128** or **130**. To prevent a large electrostatic potential discharging through one of the transistors **136, 138, 140** and **142**, an internal ESD guard ring **144** is formed around the pixels **112, 114, 116** and **118**. The guard ring **144** is illustrated as a closed ring, but could also be an open L or C-shaped line if the gate and source pads all are on one respective side of the display **110**.

The ESD guard ring **144** also is coupled via respective transistors **146, 148, 150** and **152** to, the source and gate lines. The guard ring **144** will be coupled to the end of each source and gate line, so if the source and gate lines include pads at their opposite ends (not illustrated), then the guard ring **144** will include a further respective set of transistors **154, 156, 158** and **160**.

The ESD guard ring **144** preferably is formed from a low resistance metal, such as an aluminum alloy. The transistors **146** through **160** can include a floating gate (not illustrated), no gate, or can include an oxide below to form a spark gap.

In operation, with the guard ring **144**, a potential placed upon the source pads **122** will not short one of the transistors **136** or **140**. Instead, the transistor **146** will turn on followed by the transistor **150**, shorting the potential from the pad **122**, via the line **120**, the transistor **146**, the guard ring **144**, the transistor **150** and the line **128** to the pad **132**. Thus, the guard ring **144** will not allow high potentials across the pads **122, 126, 132** and **134**. The guard ring **144** preferably is formed concurrently with the display elements and is not removed, providing continuous protection even following manufacture of the display **110**.

A specific subpixel display incorporating an internal guard ring of the invention is best illustrated in FIG. **6** and is designated generally by the reference numeral **162**. The display **162** includes a plurality of pixels, each having four subpixels in a similar fashion to the display **70** illustrated in FIG. **4**. Only one pixel **164** is illustrated in detail and includes four subpixels **166, 168, 170** and **172**. A source line **174** includes a shorting line **176** which is connected to a pair of source lines **178** and **180**, coupled to each of the subpixels by a respective transistor structure **182, 184, 186** and **188**, which are not described in detail. The transistors **182, 184, 186** and **188** also couple the subpixels **166, 168, 170** and **172** to a gate line **190**.

An internal ESD guard ring **192** is coupled via a transistor structure **194** to the source line **174** and via a transistor structure **196** to the gate line **190**. The guard ring **192** and transistors **194** and **196** operate as before described to short any potential to ground. The low value of the normal operating voltages does not turn on the transistors **194** and **196**, which do not effect the normal display operation.



The ESD preventive structure can also include an outer ESD guard ring **200**, best illustrated in FIG. **7**. Only one corner portion **202** of the display and guard ring **200** is illustrated. While the display is being manufactured, the outer guard ring **200** is connected to all of one of the source and gate pads (not illustrated), which pads are serially connected together via jumpers outside of scribe lines **204** and **206**. A corner pad **208** is connected to each other corner pad (not illustrated) by respective outer conductive lines **210** and **212** of the guard ring **200**. The L-shaped corner pad **208** can be grounded and also provides the alignment for the scribe lines **204** and **206**, which are utilized to disconnect the source and gate jumpers and the guard ring **200** after the structure is completed. The corner portion **202** includes a triangular pad **214** which provides alignment for diagonal corner displays, when utilized.

A backplane pickup contact pad **216** also is provided, which includes a corner **218** for aligning the backplane with the front plane. The pad **216** includes a shunt line **220** which is connected to one set of source or gate lines via a shunt transistor **222** along the edge to be scribed and removed along the line **206**. The line **210** is connected to the other set of gate or source lines by a shunt line **224**, a shunt transistor **226** and a large resistance **228**, such as 100 K ohms (illustrated schematically). The outer ESD guard ring **200** provides ESD protection only during manufacture of the display and is removed prior to completion of the display. The resistance **228** provides an ESD short for high electrostatic potentials, which can be incurred during manufacturing of the display which can be connected anywhere between the line **210** and the other set of gate or source lines. The resistance **228** minimizes the discharge current surge and the shunt transistors **222** and **226** act as before described. There will be at least one corner backplane pickup pad **216** and preferably there will be two or three, each with their associated shunt transistors.

The outer guard ring lines **210** and **212** preferably are formed at the same time as the firs: of the gate or source lines. The inner guard ring **44** and the associated shunt transistors of both guard rings preferably are formed concurrently with the other display structures. The scribe lines **204** and **206** can be prescribed, but left intact until the back and front planes are mated and then removed to provide the gate and source contacts for the printed circuit board connections.

Modification and variations of the present invention are possible in light of the above teachings. The transistors **22** or other types of two or three terminal switching devices can be utilized with the invention. The amorphous silicon alloy semiconductor material **54**, could be any of numerous types of materials such as CdSe or GaAs materials. The ESD guard rings can be utilized separately or together with all types of active element matrix displays and not just those illustrated. The shunt transistors **146, 194** and **222**, etc. also can be formed as other active switching elements, such as diodes. It is therefore to be understood that within the scope of the appended claims, the invention may be practiced otherwise than as specifically described.

What is claimed and desired to be secured by Letters Patent of the United States is:

1. A method of manufacturing active matrix display backplanes and displays therefrom, comprising:

providing a substrate;

forming a pattern of pixels on said substrate;

forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another;

forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and

removing said outer guard ring and row and column interconnections prior to completion of the display.

**2.** The method as defined in claim **1** including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance.

**3.** The method as defined in claim **2** including forming at least one pickup pad coupled to said resistance via a shunt switching element.

**4.** The method as defined in claim **3** including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element.

**5.** The method as defined in claim **3** including forming a corner on said pad to align the front plane and back plane of the display.

**6.** The method as defined in claim **3** including forming a plurality of pickup pads, each one on a separate corner of the display.

**7.** The method as defined in claim **1** including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections.

**8.** The method as defined in claim **1** including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter.

**9.** The method as defined in claim **8** including forming separate shunt switching elements between said inner guard ring and each row and column line.

**10.** A method of manufacturing active matrix display backplanes and displays therefrom, comprising:

providing a substrate;

forming a pattern of pixels on said substrate;

forming a plurality of row and column intersecting pixel activation lines; and

forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter.

**11.** The method as defined in claim **10** including forming separate shunt switching elements between said inner guard ring and each row and column line.

**12.** The method as defined in claim **10** including interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another and forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and



removing said outer guard ring and row and column interconnections prior to completion of the display.

**13.** The method as defined in claim **12** including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance.

**14.** The method as defined in claim **13** including forming at least one pickup pad coupled to said resistance via a shunt switching element.

**15.** The method as defined in claim **14** including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element.

**16.** The method as defined in claim **14** including forming a corner on said pad to align the front plane and back plane of the display.

**17.** The method as defined in claim **10** including forming a plurality of pickup pads, each one on a separate corner of the display.

**18.** The method as defined in claim **10** including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections.

**19.** An active matrix display backplane, comprising:

a substrate;

a pattern of pixels formed on said substrate;

a plurality of row and column intersecting pixel activation lines, substantially all of said row lines interconnected to one another and substantially all of said column lines interconnected to one another; and

an outer removable electrostatic discharge guard ring formed on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays.

**20.** The backplane as defined in claim **19** including one plurality of said interconnected row and column lines coupled to said outer guard ring via said resistance.

**21.** The backplane as defined in claim **20** including at least one pickup pad coupled to said resistance via a shunt switching element.

**22.** The backplane as defined in claim **21** including said pickup pad coupled to the other plurality of said interconnected row and column lines via another shunt switching element.

**23.** The backplane as defined in claim **21** including a corner formed on said pad to align the front plane and back plane of the display.

**24.** The backplane as defined in claim **21** including a plurality of pickup pads, each one formed on a separate corner of the display.

**25.** The backplane as defined in claim **19** including a corner pad formed on at least one corner of the display and having scribe lines aligned with said corner pad for removing said outer guard ring and row and column intersections.

**26.** The backplane as defined in claim **19** including an inner electrostatic discharge guard ring formed on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter.

**27.** The backplane as defined in claim **26** including separate shunt switching elements formed between said inner guard ring and each row and column line.

**28**. An active matrix display backplane, comprising:

a substrate;

a pattern of pixels formed on said substrate;

a plurality of row and column intersecting pixel activation lines; and

an inner electrostatic discharge guard ring formed on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter.

**29**. The backplane as defined in claim **28** including separate shunt switching elements formed between said inner guard ring and each row and column line.

**30**. The backplane as defined in claim **28** including substantially all of said row lines interconnected to one another and substantially all of said column lines interconnected to one another and an outer electrostatic discharge guard ring formed on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays.

**31**. The backplane as defined in claim **30** including one plurality of said interconnected row and column lines coupled to said outer guard ring via said resistance.

**32**. The backplane as defined in claim **31** including at least one pickup pad coupled to said resistance via a shunt switching element.

**33**. The backplane as defined in claim **32** including said pickup pad coupled to the other plurality of said interconnected row and column lines via another shunt switching element.

**34**. The backplane as defined in claim **32** including a corner formed on said pad to align the front plane and back plane of the display.

**35**. The backplane as defined in claim **28** including a plurality of pickup pads, each one formed on a separate corner of the display.

**36**. The backplane as defined in claim **28** including a corner pad formed on at least one corner of the display and having scribe lines aligned with said corner pad for removing said outer guard ring and row and column intersections.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,019,002

DATED : May 28, 1991

INVENTOR(S) : Scott H. Holmberg

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 2, lines 30-31, change "4,676,761" to --4,820,222--;

Col. 4, line 15, change "materially" to --material by--;

Col. 5, line 53, change "30" to --80--;
line 59, change "aIl" to --all--;

Col. 7, line 23, delete the third comma;

Col. 8, line 41, change "firs:" to --first--.

Signed and Sealed this

Twenty-third Day of February, 1993

Attest:

STEPHEN G. KUNIN

Attesting Officer

Acting Commissioner of Patents and Trademarks