AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of     **DELAWARE**

LG.PHILIPS, INC.,

           Plaintiff,

           v.

TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD., and VIEWSONIC CORPORATION,

           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-292

TO:    Tatung Company of America, Inc.
        c/o Secretary of State of the State of Delaware
        John G. Townsend Building, Duke of York Street
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          MAY 16 2005

CLERK                                            DATE

_Evette Watson_ (signature)
(By) DEPUTY CLERK

585501v1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE 5/17/05 |
| NAME OF SERVER (*PRINT*) ED JONES | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SECRETARY OF STATE 401 FEDERAL ST SERVICE WAS ACCEPTED BY PEARL JOHNSON AT 9:42 A.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/17/05
　　　　　　　*Date*

Signature of Server

32 W. LOOCKERMAN ST DOVER DE 19901
*Address of Server*

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

585501v1