AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of     **DELAWARE**

LG.PHILIPS, INC.,

          Plaintiff,

    v.

TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD., and VIEWSONIC CORPORATION,

          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-292

TO:    ViewSonic Corporation
        c/o The Corporation Trust Company
        1209 Orange Street
        Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            MAY 16 2005

CLERK                                         DATE

*Evette Walsh*

(By) DEPUTY CLERK

587772v1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5-17-05 |
| NAME OF SERVER (PRINT) FRANK JOYCE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Registered Agent Corporation Trust Company 1209 Orange Street Wilm DE 19801 Person served Brian Penrod

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-17-05
              Date

Signature of Server: Frank Joyce

Address of Server: 4 E 7th Street Wilmington DE 19801

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

587772v1