IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG COMPANY, et al.; )<br>)<br>Defendants. ) | Civil Action No. 05-292-JJF |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff LG.Philips LCD Co., Ltd. states that LG Electronics Inc. and Royal Philips Electronics NV each own 44.57% of LG.Philips LCD Co., Ltd.

THE BAYARD FIRM

June 1, 2005

Richard D. Kirk (I.D. 0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 429-4208
rkirk@bayardfirm.com
ATTORNEYS FOR PLAINTIFF
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
Adrian Mollo
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

589632v1