IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG PHILIPS LCD CO , LTD , | ) |
| Plaintiff, | ) ) ) ) |
| v | ) )   Civil Action No  05-292-JJF |
| TATUNG COMPANY, et al ; | ) ) ) |
| Defendants | ) |

## STIPULATION AND PROPOSED ORDER

WHEREAS, Chunghwa Picture Tubes ("CPT") and Tatung Company ("Tatung") are Taiwanese corporations;

WHEREAS, ViewSonic Corporation ("ViewSonic") and Tatung Company of America, Inc ("Tatung America") are U S  corporations,

WHEREAS, LG  Philips LCD, Co  Ltd  ("LPL") served process addressed to CPT, Tatung, and Tatung America by service upon the Secretary of State of Delaware and addressed to Viewsonic by service upon its registered agent in Delaware, as well as by other means;

WHEREAS, CPT, Tatung, Tatung America, ViewSonic and LPL wish to fairly and expeditiously resolve, without need for Court intervention, any possible disputes over service of process; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that:

1. CPT and Tatung waive service of process in accordance with Federal Rules of Civil Procedure 4(d), and will not  contest or challenge the sufficiency of process or the sufficiency of service of process.

RLF1-2886286-2

2. Tatung America and ViewSonic will not contest or challenge the sufficiency of process or the sufficiency of service of process

3. CPT, Tatung, Tatung America and ViewSonic will answer or otherwise respond to the complaint on or before September 2, 2005

| THE BAYARD FIRM | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ Richard D. Kirk (rk0922) | *Robert W. Whetzel* by *Kelly A. Green* |
| Richard D Kirk (I.D. 0922) | Robert W. Whetzel (I.D. 2288) |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| P.O. Box 25130 | P.O. Box 551 |
| Wilmington, DE 19899-5130 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 651-7700 |
| rkirk@bayardfirm.com | whetzel@rlf.com |
| ATTORNEYS FOR PLAINTIFF | ON BEHALF OF ALL DEFENDANTS |
| LG PHILIPS LCD CO., LTD | |
| June 10, 2005 | June 10, 2005 |

SO ORDERED:

Dated: June___, 2005

_____
United States District Judge

RLF1-2886286-2