IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 <br><br> DEMAND FOR TRIAL BY JURY |

NOTICE OF SERVICE ON
DEFENDANT TATUNG COMPANY
PURSUANT TO 10 DEL. C. § 3104

Plaintiff LG.Philips LCD Co., Ltd. hereby provides notice pursuant to 10 Del. C. §3104 as follows:

Defendant Tatung Company is a foreign corporation with its principal place of business located at 22 Chungshan N Road, Section 3, 10451 Taipei, Taiwan.

On May 18, 2005, we caused to be mailed to Tatung Company by registered mail, return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit A, and made a part hereof, together with copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial as served upon the Secretary of State of Delaware, attached hereto as Exhibit B. The notice letter and copies of the complaint were contained in the same envelope at the time of its mailing on May 18, 2005.

588024v1

The original signed receipt for the May 18, 2005 registered letter to Tatung Company was returned to us indicating receipt by Tatung Company on May 25, 2005. Attached hereto and made a part hereof as Exhibit C are: (a) the usual receipts given by the United States Post Office at the time of mailing to Tatung Company on May 18, 2005, of the registered letter containing the Summons and Complaint; and (b) the original signed receipt for the registered letter.

Dated: June 22, 2005

THE BAYARD FIRM

*/s/ Richard D. Kirk*

Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Plaintiffs

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
Adrian Mollo
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

588024v1

2