# EXHIBIT A

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

May 18, 2005

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Tatung Company
22 Chungshan N Road
Section 3
10451 Taipei, Taiwan.

RE: *LG.Philips, Inc. v. Tatung Company, et al.*
    C.A. No. 05-292 (D.Del.)

Ladies and Gentlemen:

In accordance with the provisions of 10 Del. C. § 3104, we enclose copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial served upon Tatung Company by serving the Secretary of State of Delaware. Such service was made on May 17, 2005.

Under the provisions of 10 Del. C. § 3104, service of summons and the complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

We suggest you deliver these papers immediately to your attorney.

Very truly yours,

Richard D. Kirk

RDK/slh
Enclosures
31066-1

583941v1