# EXHIBIT C

| | Item Description *(Nature de l'envoi)* | Registered ☐ Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | Printed ☐ Matter *(Imprimé)* | ☐ Other *(Autre)* | Recorded Delivery ☐ *(Envoi à livraison attestée)* | Express ☐ Mail International |
|---|---|---|---|---|---|---|---|
| Completed by the office of origin. *(A remplir par le bureau d'origine.)* | Insured Parcel ☐ *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* | | | Article Number | | |
| | Office of Mailing *(Bureau de dépôt)* <br> Rodney Square | | | | Date of Postin / Date de dépôt | | |
| | Addressee Name or Firm *(Nom ou raison sociale du destinataire)* <br> Tatung Company | | | | | | |
| | Street and No. *(Rue et No.)* <br> 22 Chungshan | | | | | | |
| | Place and Country *(Localité et pays)* <br> 10451 Taipei, Taiwan | | | | | | |
| Completed at destination. *(A compléter à destination.)* | This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. <br> *(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).* | | | | | | Postmark of the office of destination *(Timbre du bureau de destination)* |
| | ☐ The article mentioned above was duly delivered. <br> *(L'envoi mentionné ci-dessus a été dûment livré.)* | | | | Date | | |
| | Signature of Addressee *(Signature du destinataire)* | | | Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)* | | | |

PS Form **2865**, February 1997 *(Reverse)*

