IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 05-292 (JJF) |
| ) | |
| v. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**CHUNGHWA PICTURE TUBES, LTD.'S
RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant Chunghwa Picture Tubes, Ltd. a/k/a Chunghwa Picture Tubes Company ("CPT") certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

Chunghwa Electronic Investment Company is a parent of CPT and has a pecuniary interest in the outcome of this case. In addition, on information and belief, there are a number of companies that are owned, at least in part, by CPT, and may have a pecuniary interest in the outcome of this case.

These companies are Chunghwa Picture Tubes (Wujian), Ltd.; Chunghwa Picture Tubes (UK), Ltd.; Chunghwa Picture Tubes (Fuzhou), Ltd.; Chunghwa Picture Tubes (Kampar) Sdn Bhd; Chunghwa Picture Tubes (Malaysia) Sdn Bhd; Chunghwa Picture Tubes Malaysia Holding Co.; Chunghwa Picture Tubes Bermuda; Toppan Chunghwa Electronics Co., Ltd.; Makolin Electric; Dalemont Investment Ltd.; San Chih Investment Co., Ltd.; and Forward Electronic Co.

Defendant CPT is currently unaware of any other parties, other than those already named as parties in this action that have a direct, pecuniary interest in the outcome of this case. CPT reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

*/s/ Matthew W. King - AMS#4351*

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant/Counterclaimant
Chunghwa Picture Tubes, Ltd.

OF COUNSEL:
Christine A. Dudzik
Thomas W. Jenkins
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900


Dated: September 2, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> Morris James Hitchens & Williams LLP
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19899

I hereby certify that on September 2, 2005, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1