IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff LG.Philips LCD Co., Ltd. ("LPL,") moves the Court, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, for a Preliminary Injunction enjoining, restraining, and prohibiting Defendants Tatung Co., Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd., and ViewSonic Corporation (collectively the "Defendants"), and each of their respective parents, subsidiaries, affiliates, successors, predecessors, and assigns, and the officers, directors, agents, servants and employees of each of the Defendants and of each of the foregoing, and those persons acting in concert or participation with any of them, from making, using, selling, offering for sale or importing any liquid crystal display ("LCD") or other flat panel display products, including but not limited to LCD computer monitors and LCD televisions, that infringe, or from engaging in any conduct or activity that induces or contributes to the infringement of, U.S. Patent No. 6,738,121 ("the `121 Patent").

As set forth more fully in the accompanying memorandum in support of this Motion, preliminary injunctive relief is both necessary and appropriate because:

607367v1

      1.      There is a substantial likelihood that LPL will succeed on the merits of its patent infringement claims;

      2.      Unless the Court grants LPL the preliminary relief sought herein, LPL will suffer irreparable injury as a result of the Defendants' conduct;

      3.      The balance of harms strongly favors LPL because the continued harm to LPL without an injunction far outweighs any claimed harm to Defendants should an injunction issue; and

      4.      The issuance of a preliminary injunction will serve the public interest.

Accordingly, LPL respectfully requests that this Court enter the proposed Order Entering Preliminary Injunction submitted with this Motion.

November 1, 2005

                                                THE BAYARD FIRM

                                                /s/ Richard D. Kirk (rk0922)
                                                222 Delaware Avenue, Suite 900
                                                P.O. Box 25130
                                                Wilmington, DE  19899-5130
                                                (302) 655-5000

                                                Counsel for Plaintiff
                                                LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500 (Telephone)

607367v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

**[PROPOSED] ORDER ENTERING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff LG.Philips LCD Co., Ltd.'s ("LPL") Motion for Preliminary Injunction, the memorandum and declarations and exhibits in support thereof, Defendants' oppositions thereto, and after a hearing, it is

ORDERED, ADJUDGED, AND DECREED that the Defendants Tatung Co., Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd., and ViewSonic Corporation (collectively the "Defendants"), and each of their respective parents, subsidiaries, affiliates, successors, predecessors, and assigns, and the officers, directors, agents, servants and employees of each of the Defendants and of each of the foregoing, and those persons acting in concert or participation with any of them, are hereby enjoined, restrained and prohibited from directly or indirectly making, using, selling, offering for sale or importing any LCD or other flat panel display products, including but not limited to LCD computer monitors and LCD televisions that infringe, or from engaging in any conduct or activity that induces or contributes to the infringement of, U.S. Patent No. 6,738,121 ("the `121 Patent"), including but not limited to

607367v1

making, using, selling, offering for sale or importing those devices or products sold under the model name or designations Tatung LI7AMTN monitors and ViewSonic VE710S monitors.

This _____ day of _____,2005

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 1, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Howrey LLP |
| 321 North Clark Street | 525 Market Street |
| Suite 3400 | Suite 3600 |
| Chicago, IL  60610 | San Francisco, CA  94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1