# EXHIBIT 1



FTI Teklicon

3031 Tisch Way
Suite 1010
San Jose, CA 95128-2533

408.261.8800 telephone
408.261.0320 facsimile

www.teklicon.com
www.fticonsulting.com

# WILLIAM K. BOHANNON

## SUMMARY

Worked in the commercial-industrial electronics and professional audio-visual industry for the last thirteen years. Prior to work in commercial industry, worked in the aerospace industry for another approximately 10 years. Responsibilities included a number of highly sophisticated, government classified sensor and imaging projects. Prior to government and aerospace work, was involved with analytical, scientific research regarding spectroscopy for a number of years.

Has been involved with electronic systems, detectors, measurements, sensors, projectors, displays and imaging apparatus for close to twenty-five years. Has been involved with all phases of the development of various kinds of electronic systems, including conception, invention, development, marketing and sales. Prepared specifications, negotiated with various customers over system or component requirements and specifications, and prepared or negotiated over tests and measurements of these systems or their separate components to insure that the specifications or requirements have been or will be meet. Also, prepared and negotiated development contracts and subcontracts for such systems or for their electronic components.

## PROFESSIONAL EXPERIENCE

**2001 to Present**     **Planet ATE**
                        **Co-founder and Vice President**

Planet ATE develops and manufactures specialized integrated circuits (IC) used in industrial semiconductor manufacturing and test equipment. Planet ATE IC functions include driver, comparator, timing adjust and parametric measurement. Targeted equipment includes IC test, wafer test, package test, test and burn-in equipment.

Responsible for marketing, sales and contract negotiation with customers in Japan, Korea, Taiwan, China, Singapore and Hong Kong of specialized ICs used in industrial test equipment. Duties include demonstration and verification of IC and system performance, verification of meeting customer's requirements at component and system level.

Customers include all the major and minor producers of IC and wafer test equipment such as Agilent, Advantest, Yokogawa and Credence as well as in-house IC test equipment for companies such as Samsung, Sharp and Rohm.

William K. Bohannon
Resume                                                                                                    Page 2.
_____

1994 to Present        Manx Research
                       Chief Scientist and Principal.

    Manage and perform technology, business assessment, development and international trade contracts for corporate clients and publications. Magazine clients are Pacific Media Associates, Lakewood Publications, Electronic Design and Journal of Information Display. U.S. corporate clients are Texas Instruments, 3M, IBM, Kodak, Rockwell, Edge Semiconductor, Epson America, In Focus Systems and Proxima. International clients include JVC, Panasonic, Daewoo, Eiki International, Kodak Germany and many others.

    Current Manx Research Projects

    Display Products -- Manage and conduct detailed technical product evaluations for all kinds of display products -- LCD direct view, projection products of all types, CRT products and plasma products. The various products are evaluated at Manx Research's facilities and in the manufacturer's facilities. Maintain a database of product performance and report upon the results and comparisons in various publications both private and public.

    LCD -- Manage and conduct several projects to collect information (technical and market) on the Japanese and Korean LCD industry. This involves interviewing (in Japanese) all of the major LCD manufacturers several times a year to gather insights on technology and pricing trends. This information is compiled and disseminated in private reports.

    Semiconductor -- Managed the Asian (Japan, Korea and Taiwan) market development for Edge Semiconductor (a division of Semtech). Edge makes specialized ICs used in test equipment. Work involves several trips per year to Asia -- meeting with Asian customers (the major IC and test equipment manufacturers) and negotiating custom IC development contracts. Also, gather IC production equipment related technical and market information. Note: these activities are now part of Planet ATE.

    Miscellaneous -- Manage and conduct various projects in international trade and marketing as well as help with Japanese-U.S. trade negotiations for companies. Negotiate Japanese investments in U.S. technology as well as evaluate technology for various products or concepts. Also act as an expert in high technology patent and legal matters in the U.S. and Japan for various firms.



William K. Bohannon
Resume                                                                                                        Page 3.

Past Manx Research Projects

Completed business modeling and analysis studies for display component manufacturing. This study involved several trips to Japan to meet with all of the major suppliers of display component processing and manufacturing equipment and to gather material and equipment information, pricing information and equipment installation and maintenance data. Developed a detailed 5-year business model of the proposed operation from sales, distribution and marketing to manufacturing including staffing models and process flow models.

Also completed contracts for medical imaging component development and procurement, LCD materials and process equipment development and procurement, projection equipment development and procurement, LCD controller market analysis, LCD component market analysis and laser diode marketing and applications.

**1989 to 1994**          **Proxima**
                          **Chief Scientist, Display Products**

Tracked liquid crystal display (LCD) and other display technology worldwide with special emphasis on Japan. Defined the company's technology directions. Obtained and evaluated samples of all current and future production LCDs. Developed extensive Japanese business and academic contacts for LCD technology. Worked closely with several Japanese companies and laboratories to develop new products and to test existing LCD products. Established the company's Japanese distribution system together with a Japanese trading company. Defined the company's intellectual property directions and strategies and have several patents issued and applied for in LCD technology. Responsible for directing the company's patent, trademark and litigation activities.

**1983 to 1989**          **TRW**
                          **Program Manager**

Managed hardware (including displays) and software development of advanced network of computer controlled signal processing systems and artificial intelligence systems for signal processing and mission planning using both rule based and neural processing techniques. Advanced business manager for artificial intelligence business areas. Also responsible for hardware and software interfaces and computer architectures for complex avionics systems.

William K. Bohannon
Resume                                                                                              Page 4.

---

**1980 to 1983**         **Hughes Aircraft Co.**
                         **Sub-Program Manager**

Managed computer-controlled laser pointing and tracking system used in airborne applications. Responsible for all development and flight testing of controls, display, hardware, software and system interfaces within a very complex avionics system. Also performed system engineering for LCD projection systems and radar processing systems.

**1979 to 1980**         **Kappa Systems**

Responsible for data processing and analysis of Ballistic Missile Early Warning System (BMEWS) evaluation.

**1976 to 1979**         **Science Applications**

Responsible for all phases of data processing used in qualitative and quantitative analysis of materials with neutron activation and gamma ray spectroscopy.

**EDUCATION**

BA Mathematics, Graduate work in Mathematics, Physics and Computer Science, Language Studies in French, Arabic, Spanish and Japanese.

**LITIGATION RELATED EXPERIENCE**

Disclosed as a testifying expert in the following closed matters.

| | |
|---|---|
| Case: | Epson v. Plus |
| Matter: | Patent dispute |
| Responsibilities: | Analyzed electronics used in computer displays for plaintiff. Wrote reports. |
| Date closed: | 2003 |
| Attorney/Firm: | Oliff and Berridge |

| | |
|---|---|
| Case: | FAS Technologies v. Dainippon Screen Mfg. |
| Matter: | Theft of trade secrets |
| Responsibilities: | Analyzed LCD manufacturing technology for defendant. |
| Date closed: | 2002 |
| Attorney/Firm: | Farella, Braun & Martel LLP |

William K. Bohannon
Resume                                                                                      Page 5.

| | |
|---|---|
| Case: | Teramars of Miami v. Forefront International of Taiwan |
| Matter: | Contract dispute |
| Responsibilities: | Analyzed computer monitor technology and marketplace for defendant. Videotaped deposition. |
| Date closed: | 2001 |
| Attorney/Firm: | Law Offices of Michael E. Greene |
| | |
| Case: | IMT, et al. v. Haynes & Boone |
| Matter: | Patent malpractice |
| Responsibilities: | Analyzed computer monitor technology and marketplace for defendant. Wrote reports. |
| Date closed: | 2000-Settled |
| Attorney/Firm: | Baker and Botts |
| | |
| Case: | Lockheed v. Itochu and Dicomed |
| Matter: | Contract dispute |
| Responsibilities: | Analyzed high resolution imagers used in digital cameras on behalf of defendant (Itochu) regarding digital imaging technology. Wrote reports. |
| Date closed: | 2000-Settled |
| Attorney/Firm: | Pillsbury Madison and Sutro LLP |
| | |
| Case: | Undisclosed v. Epson |
| Matter: | Contract dispute |
| Responsibilities: | Analyzed LCD modules and laptop displays. Testified before a three-judge arbitration panel on behalf of defendant in a matter regarding LCD modules used in laptop computers |
| Date closed: | 1998 |
| Attorney/Firm: | Loeb & Loeb LLP |

## PUBLICATIONS

1) Has written a monthly column for "*Presentations*" magazine on image quality and performance of professional audio-visual equipment for approximately seven years. Also, has written semi-month features and columns for *eMedia* magazine for approximately the last three years.

2) Has written occasional feature articles about audio-visual industry technical trends for various magazines such as "*Presentations Magazine*", "*eMedia*", "*Information Display*" and "*Electronic Design*" for approximately the last ten years.

William K. Bohannon
Resume                                                                                             Page 6.

3) Has written occasional feature articles for "Pacific Media Associates" about technical trends in the audio-visual industry and about the image quality performance of selected audio-visual products for approximately the last ten years.

4) Occasionally some of the above articles have been excerpted or used in other publications such as United Airlines in flight magazine, "*Horizons.*"

5) Opinions on various products are occasionally quoted by various manufacturers in their new product announcements.

6) Has written private, confidential reports on electronic display products, components and related technical developments for a variety of customers for the last ten years. Customer list includes: IBM, Apple, Texas Instruments, 3M, Kodak, Xerox, OCLI, In Focus, Proxima, Electrohome, Epson, Panasonic, Mitsubishi, Eiki, NEC, JVC, Sarif, Silicon Light, SVison, COLOR, Barco, Hughes-Elcan and Quantum Image and others.

## PATENTS

| Patent Number | Year Issued | Title |
| --- | --- | --- |
| 5,512,967 | 1996 | Projector |
| 5,302,946 | 1994 | Stacked Display Panel Construction and Method of Making Same |
| 5,299,039 | 1994 | Stacked Display Panel Construction and Method of Aligning Pixel Elements Thereof |
| 5,298,892 | 1994 | Stacked Display Panel Construction and Method of Making Same |
| 5,177,629 | 1993 | Liquid Crystal Display with an Optical Fluid Layer |
| 5,137,484 | 1992 | Method of making a liquid crystal display construction |
| 5,089,810 | 1992 | Stacked Display Panel Construction and Method of Making Same |



Various foreign patents in display technology.

January 12, 2004