

US006104464A

# United States Patent [19]

## Adachi et al.

[11] Patent Number: 6,104,464

[45] Date of Patent: *Aug. 15, 2000

[54] **RIGID CIRCUIT BOARD FOR LIQUID CRYSTAL DISPLAY INCLUDING CUT OUT FOR PROVIDING FLEXIBILITY TO SAID BOARD**

[75] Inventors: **Kohei Adachi; Toru Kokogawa; Takanori Takaki; Hayato Takasago,** all of Kikuchi-gun; **Mitsumasa Mori; Atsushi Tanaka,** both of Amagasaki, all of Japan

[73] Assignee: **Mitsubishi Denki Kabushiki Kaisha,** Tokyo, Japan

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/524,567**

[22] Filed: **Sep. 7, 1995**

[30] **Foreign Application Priority Data**

Dec. 28, 1994 [JP] Japan ............... 6-327598

[51] Int. Cl.⁷ ...................... G02F 1/1345
[52] U.S. Cl. ................... 349/150; 361/749
[58] Field of Search .......... 349/150, 152, 349/149, 206; 345/206; 174/254, 255; 361/749

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,993,148 | 2/1991 | Adachi et al. |
| 5,081,562 | 1/1992 | Adachi et al. |
| 5,144,534 | 9/1992 | Koher ............... 361/398 |
| 5,263,248 | 11/1993 | Kiyoto et al. ............... 29/846 |
| 5,288,950 | 2/1994 | Ushio et al. |

| | | |
|---|---|---|
| 5,362,547 | 11/1994 | Yamazaki . |
| 5,378,306 | 1/1995 | Cibulsky et al. ............... 156/630 |
| 5,398,128 | 3/1995 | Tajima et al. ............... 349/150 |
| 5,419,038 | 5/1995 | Wang et al. ............... 29/830 |
| 5,518,674 | 5/1996 | Powell et al. ............... 264/104 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 065 765 | 12/1982 | European Pat. Off. |
| 0 534 290 | 3/1993 | European Pat. Off. |
| 43 00899 | 7/1994 | Germany . |
| 4-97586 | 3/1992 | Japan . |
| 4-212495 | 8/1992 | Japan . |
| 4-260021 | 9/1992 | Japan . |

### OTHER PUBLICATIONS

*Patent Abstracts of Japan,* vol. 13, No. 181 (E–750), Apr. 27, 1989, JP–A–01 007697.
*Patent Abstracts of Japan,* vol. 16, No. 326 (E–1235), Jul. 16, 1992, JP–A–04 097586.
*Patent Abstracts of Japan,* vol. 17, No. 188 (E–1349), Apr. 13, 1993, JP–A–04 336486.

*Primary Examiner*—Kenneth Parker
*Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis, LLP

[57] **ABSTRACT**

A drive circuit module comprises a board formed of a hard base material having no flexibility, a circuit pattern formed on the board and having a plurality of input terminals and output terminals supported by a flexible insulation film, and a carrying section for carrying a drive LSI and the like on the circuit pattern; characterized in that the board is provided with at least one cutout on a surface opposite to the surface on which the circuit pattern of the board is formed, thereby making flexible the board in a direction in which the output terminal surface and the carrying section surface are different from each other.

**4 Claims, 10 Drawing Sheets**



FIG. 1(a)



FIG. 1(b)



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



F I G. 7(a)



F I G. 7(b)



F I G. 8



FIG. 9



FIG. 10



FIG. 11



F I G. 12



# F I G. 13



# F I G. 14



6,104,464

1

## RIGID CIRCUIT BOARD FOR LIQUID CRYSTAL DISPLAY INCLUDING CUT OUT FOR PROVIDING FLEXIBILITY TO SAID BOARD

### BACKGROUND OF THE INVENTION

The present invention relates to a circuit board for liquid crystal display, a circuit board, a liquid crystal display device using them, and a method for producing the same.

A liquid crystal display device is generally configured such that the device has a liquid crystal panel in which a liquid crystal material is held between two opposing boards, a circuit section for driving the liquid crystal panel, and a lighting device disposed behind the above-mentioned liquid crystal panel. The above-mentioned circuit section, for example in an active-type liquid crystal display device, comprises a TCP (tape carrier package) carrying a drive LSI for a source or a gate for inputting a signal from a source electrode wiring or a gate electrode wiring on the periphery of the liquid crystal panel and driving a TFT (thin film transistor) contained in the above-mentioned liquid crystal panel, and a bus board for supplying a source voltage, a ground voltage and a video signal to the TCP.

FIG. 12 is a sectional view showing a circuit section of a conventional liquid crystal display device, wherein numeral 1 designates a liquid crystal panel; numeral 2, a TFT board in which a TFT of the liquid crystal panel 1, and a gate electrode wiring and a source electrode wiring of the TFT are formed and which has wiring terminals connected to the above-mentioned gate electrode wiring and source electrode wiring on the periphery thereof; numeral 3, a color filter board; numeral 4, a drive LSI; numeral 5, a TCP which carries the drive LSI and has an input terminal and an output terminal; numeral 6, a bus board; numeral 7, a lighting device provided behind the liquid crystal panel 1; numeral 8, an outer casing frame; numeral 9, an anisotropy conductive film; and numeral 10, a connecting member.

The output terminal of the TCP 5 carrying one drive LSI 4 is connected through the anisotropy conductive film 9 to the wiring terminal of the TFT board, while the input terminal of the TCP 5 is connected through the connecting member 10 to the bus board 6.

In the above-mentioned manner, the TCP 5 and the bus board 6 connected through the anisotropy conductive film 9 to the liquid crystal panel 1 are disposed horizontally to the plane of the liquid crystal panel 1, provided with the lighting device 7 behind the liquid crystal panel 1, and covered with the outer casing frame 8.

FIG. 13 shows a configuration in which the TCP 5 connected to the liquid crystal panel 1 is bent in a manner to surround the lighting device 7 by utilizing the flexibility of the TCP 5 so that the LSI 4 and the bus board 6 are disposed behind the lighting device 7.

In the configuration of FIGS. 12 and 13, a method of connecting the output terminal of the TCP 5 to the wiring terminal formed on the TFT panel 2 of the liquid crystal panel 1 is performed by a method of positioning one by one a plurality of TCPs 5 punched from a reel-shaped tape carrier on the wiring terminal of the TFT board 2 and then heating and pressurizing the anisotropy conductive film 9 previously and temporarily pressure bonded to the wiring terminal of the TFT board 2 or the output terminal of the TCP 5.

Also, the input terminal of the TCP 5 and the bus board 6 are connected to each other by means of a solder reflow technique, soldering or the anisotropy conductive film 9

2

In the configuration of FIGS. 12 and 13, the drive LSI 4 is connected one by one to the liquid crystal panel 1, while FIG. 14 is a sectional view of a liquid crystal display device in which a plurality of drive LSIs 4 are simultaneously connected to the liquid crystal panel 1. In FIG. 14, numeral 1 designates a liquid crystal panel; numeral 11, a drive circuit module for driving the liquid crystal panel 1; numeral 12, a flexible connecting member having a width of one side of the liquid crystal panel, such as a heat seal formed of a polyester resin connecting an output terminal of the drive circuit module to a wiring terminal of the TFT board 2; numeral 7, a lighting device provided behind the liquid crystal panel 1; and numeral 8, an outer casing frame; wherein the drive circuit module 11 carries a plurality of drive LSIs 4 for a source or a gate on a circuit board 13, and the drive circuit module 11 is disposed on one side of or behind the lighting device 7 by utilizing a flexibility of the flexible connecting member 12.

In the liquid crystal display device showing in FIG. 14, a plurality of drive LSIs 4 are installed by means of a flip chip or a wire bonding technique on the circuit board 13 in which a circuit is formed on a board formed of an inorganic material, an organic material or a metal to form the drive circuit module 11; an input terminal of the flexible connecting member 12 is positioned to be aligned, thereby connecting to an output terminal of the circuit board 14; an output terminal of the flexible connecting member 12 is positioned to be aligned, thereby connecting by means of a thermal pressure bonding and the like to the wiring terminal of the TFT board 2; and a plurality of drive LSIs 4 are simultaneously connected to reduce manhour.

As described above, the conventional liquid crystal display device has had disadvantages that the TCP 5 and the bus board 6 are disposed in the direction horizontal to the liquid crystal panel 1 or behind the lighting device 7, whereby a frame portion of the outer periphery of the liquid crystal display device or widthwise size thereof becomes large, and that the drive LSIs 4 are one by one connected to the liquid crystal panel 1, thereby increasing the number of manhours

Also, a method of forming the drive circuit module 11 carrying a plurality of drive LSIs 4 and at the same time, connecting a plurality of drive LSIs 4 to the liquid crystal panel 1, thereby increasing the number of manhours has had a disadvantage that unlike that of positioning to be aligned in the output terminal of individual TCPs 5 with a part of the wiring terminal, the output terminal of the flexible connecting member 12 is required to be connected to one side of the output terminal of the circuit board 13 and also to one side of the wiring terminal, so that the flexible connecting member 12 when thermally pressure bonded expands to cause a deviation in the pitch between terminals to become large

An object of the present invention is to solve the above-mentioned problems, and to provide a drive circuit module for liquid crystal display device which is bendable and has a high productivity without developing a deviation in the pitch between terminals, provide a compact liquid crystal display device which uses the drive circuit module and is small in outer periphery size and thin in outer shape thickness, and provide a method of manufacturing the same

### SUMMARY OF THE INVENTION

The invention in connection with claim 1 is a drive circuit module comprising a board formed of a hard base material having no flexibility, a circuit pattern formed on the board and having a plurality of input terminals and output termi-

6,104,464

3

nals supported by a flexible insulation film, and a carrying section for carrying a drive LSI and the like on the circuit pattern, and which is provided with at least one cutout on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board has been formed, thereby making flexible the above-mentioned board in a direction in which the above-mentioned output terminal surface and carrying section surface and different from each other.

The invention in connection with claim 3 is a drive circuit module comprising a board formed of a hard base material having no flexibility, a circuit pattern formed on the board and having a plurality of input terminals and output terminals supported by a flexible insulation film, and a carrying section for carrying a drive LSI and the like on the circuit pattern, and which is provided with at least two cutouts on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board is formed, and provided with a separation layer on the above-mentioned board of the above-mentioned circuit pattern surface corresponding to the cutout spacing, thereby making flexible the above-mentioned board in a direction in which the above-mentioned output terminal surface and carrying section surface are different from each other, and making removable the above-mentioned board in contact with the above-mentioned separation layer.

The invention in connection with claim 9 is a circuit board comprising a board formed of a hard base material having no flexibility, and a circuit pattern formed on the board and having a plurality of input terminals and output terminals supported by a flexible insulation film, and which is provided with at least one cutout on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board has been formed, thereby making flexible the above-mentioned board.

The invention in connection with claim 11 is a circuit board which has a board formed of a hard base material having no flexibility, and a circuit pattern formed on the board and supported by a flexible insulation film, and which is provided with at least two cutouts on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board is formed, and provided with a separation layer on the above-mentioned board of the above-mentioned circuit pattern surface corresponding to the cut-out spacing, thereby making flexible the above-mentioned board, and making removable the above-mentioned board in contact with the above-mentioned separation layer.

The invention in connection with claim 15 is a liquid crystal display device provided with a TFT board forming wiring terminals connected to a gate electrode wiring and a source electrode wiring of a TFT, and with a drive circuit module which has a board formed of a hard base material having no flexibility, a circuit pattern formed on the board and having a plurality of input terminals and output terminals supported by a flexible insulation film, and a carrying section for carrying a drive LSI and the like on the circuit pattern and which is provided with at least one cutout on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board has been formed, and provided with a separation layer on the above-mentioned board of the above-mentioned circuit pattern surface corresponding to the cutout spacing, thereby making flexible the above-mentioned board in the direction in which the above-mentioned output terminal surface and carrying section surface are different from each other, and making removable the above-mentioned board in contact with the above-mentioned separation layer, and in the liquid

4

crystal display device, the above-mentioned wiring terminal being connected with the above-mentioned output terminal.

The invention in connection with claim 17 is a liquid crystal display device provided with a TFT board forming wiring terminals connected to a gate electrode wiring and a source electrode wiring of a TFT, and with a drive circuit module which has a board formed of a hard base material having no flexibility, a circuit pattern formed on the board and having a plurality of input terminals and output terminals supported by a flexible insulation film, and carrying section for carrying a drive LSI and the like on the circuit pattern and which is provided with at least two cutouts on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board is formed, and provided with a separation layer on the above-mentioned board of the above-mentioned circuit pattern surface corresponding to the cutout spacing, thereby making flexible the above-mentioned board in the direction in which the above-mentioned output terminal surface and carrying section surface are different from each other, and making removable the above-mentioned board in contact with the above-mentioned separation layer, and in the liquid crystal display device, the above-mentioned wiring terminal being connected with the above-mentioned output terminal.

The invention in connection with claim 27 is a method of manufacturing a drive circuit module comprising steps of forming a circuit pattern having a plurality of input terminals and output terminals supported by a flexible insulation film on a board formed of a hard base material having no flexibility, installing a drive LSI and the like on the circuit pattern on a carrying section, and providing at least one cutout on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board has been formed, thereby making flexible the above-mentioned board in a direction in which the above-mentioned output terminal surface and carrying section surface are different from each other.

The invention in connection with claim 23 is a method of manufacturing a drive circuit module comprising steps of providing a separation layer on a board formed of a hard base material having no flexibility, forming a circuit pattern having a plurality of input terminals and output terminals supported by a flexible insulation film covering the separation layer, installing a drive LSI and the like on the circuit pattern on a surface opposite to the surface on which the above-mentioned separation layer under the above-mentioned circuit pattern of the above-mentioned board has been formed, thereby making flexible the above-mentioned board in a direction in which the above-mentioned board in contact with the above-mentioned separation layer.

The invention in connection with claim 24 is a method of manufacturing a circuit board comprising steps of forming a circuit pattern supported by a flexible insulation film on a board formed of a hard base material having no flexibility, and providing at least one cutout on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board has been formed, thereby making flexible the above-mentioned board.

The invention in connection with claim 25 is a method of manufacturing a liquid crystal display device comprising steps of providing a separation layer on a board formed of a hard base material having no flexibility, forming a circuit pattern supported by a flexible insulation film covering the separation layer, and providing at least two cutouts on a surface opposite to the surface on which the above-mentioned separation layer under the above-mentioned cir-

6,104,464

| 5 | 6 |

cuit pattern of the above-mentioned board has been formed, thereby making flexible the above-mentioned board, and making removable the above-mentioned board in contact with the above-mentioned separation layer.

The invention in connection with claim 26 is a method of manufacturing a liquid crystal display device comprising steps of: connecting a wiring terminal of a TFT board forming wiring terminals connected to a gate electrode wiring and a source electrode wiring of a TFT to an output terminal of a drive circuit module which has a board formed of a hard base material having no flexibility, a circuit pattern formed on the board and having a plurality of input terminals and output terminals supported by a flexible insulation film, and a carrying section for carrying a drive LSI and the like on the circuit pattern, and which is provided with at least one cutout on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board has been formed, thereby making flexible the above-mentioned board in a direction in which the above-mentioned output terminal surface and carrying section surface are different from each other; and bending the above-mentioned board at the above mentioned output

The invention in connection with claim 27 is a method of manufacturing a liquid crystal display device comprising steps of: connecting a wiring terminal of a TFT board forming wiring terminals connected to a gate electrode wiring and a source electrode wiring of a TFT to an output terminal of a drive circuit module which has a board formed of a hard base material having no flexibility, a circuit pattern formed on the board and having a plurality of input terminals and output terminals supported by a flexible insulation film, and a carrying section for carrying a drive LSI and the like on the circuit pattern, and which is provided with at least two cutouts on a surface opposite to the surface on which the above-mentioned circuit pattern of the above-mentioned board has been formed, and provided with a separation layer on the above-mentioned board of the above-mentioned circuit pattern surface corresponding to the cutout spacing, thereby making flexible the above-mentioned board in a direction in which the above-mentioned output terminal surface and carrying section surface are different from each other, and making removable the above-mentioned board in contact with the above-mentioned separation layer; removing the above-mentioned board in contact with the above-mentioned separation layer; and bending the above-mentioned board

According to the present invention in connection with claims 1 to 7, 22 and 23, there is obtained the drive circuit module in which bending at the cutout allows a change in the direction of the output terminal formed with a fine pitch at a high accuracy and of the carrying section carrying the drive LSI, and the circuit pattern is supported by th flexible insulation layer, thereby keeping a function of the circuit pattern without being cut

Also, there is obtained the drive circuit module in which the circuit pattern is formed on the board having no flexibility, so that even heating the board, there are little elongation and warpage, and no deviation in the pitch of the output terminal

According to the present invention in connection with claim 9 through 14, 24 and 25, there is obtained by circuit board in which bending at the cutout allows a change in the direction of the circuit pattern, and the circuit pattern is supported by the flexible insulation layer, thereby keeping a function of the circuit pattern without being cut

According to the present invention in connection with claims 18 to 21, 26 and 27, the overall size of the liquid

crystal display device can be made small by connecting the wiring terminal of the TFT board to the output terminal of the drive circuit module in which bending at the cutout allows a change in the direction of the output terminal formed with a fine pitch at a high accuracy and of the carrying section carrying the drive LSI, and the circuit pattern is supported by the flexible insulation layer, thereby keeping a function of the circuit pattern without being cut.

Also, there is obtained the drive circuit module in which the circuit pattern is formed on the board having no flexibility, so that even heating the board, there are little elongation and warpage, and no deviation in the pitch in the connection of the wiring terminal of the TFT board to the output terminal of the drive circuit module

According to the present invention in connection with claims 3 and 23, by removing the board in contact with the separation layer, there is obtained the drive circuit module having a large degree of freedom in bending such as bending angle and bending direction

According to the present invention in connection with claims 11 and 25, by removing the board in contact with the separation layer, there is obtained the circuit board having a large degree of freedom in bending such as bending angle and bending direction

According to tot he present invention in connection with claims 17 and 27, the overall size of the liquid crystal display device can be made smaller by the use of the drive circuit module having a large degree of freedom in bending such as bending angle and bending direction obtained by removing the board in contact with the separation layer.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1(a) and 1(b) are, respectively, a plan view and a cross sectional view showing a drive circuit module of one embodiment of the present invention;

FIG 2 is a cross sectional view showing a drive circuit module of another embodiment of the present invention;

FIG 3 is a cross sectional view showing a drive circuit module of still another embodiment of the present invention;

FIG 4 is a cross sectional view showing a drive circuit module of yet another embodiment of the present invention;

FIG 5 is a cross sectional view showing the drive circuit module of FIG 2 on which a bump is formed;

FIG 6 is a cross sectional view showing the drive circuit module of FIG 3 on which a bare chip is provided;

FIGS 7(a) and 7(b) are, respectively, a partially cutaway perspective view of a liquid crystal display device wherein the drive circuit module of FIG. 1 is employed and a cross sectional view taken along then lines A—A of FIG 7(a);

FIG 8 is a cross sectional view of a liquid crystal display device wherein the driving circuit module of FIG. 1 is employed;

FIG 9 is a cross sectional view of a liquid crystal display device wherein the driving circuit module of FIG 2 is employed;

FIG 10 is a cross sectional view of a liquid crystal display device wherein the driving circuit module of FIG. 3 is employed;

FIG 11 is a cross sectional view of a liquid crystal display device wherein the driving circuit module of FIG 3 is employed;

FIG 12 is a cross sectional view of showing one example of a conventional liquid crystal display device;

FIG 13 is a cross sectional view of showing another example of a conventional liquid crystal display device; and

6,104,464

7

FIG. 14 is a cross sectional view of showing still another example of a conventional liquid crystal display device.

DETAILED DESCRIPTION

EXAMPLE 1

FIGS. 1(a) and 1(b) are each drive circuit module used in a liquid crystal display device embodied in an Example 1 of the present invention, wherein 1(a) is a plan view, and 1(b) is an expanded sectional view taken on line A—A of FIG 1(a).

In FIGS. 1(a) and 1(b), numeral 14 designates a ceramic board formed of glass or alumina; numeral 4, a drive LSI; numeral 19, an anisotropy conductive film; numeral 15, a chip parts; numeral 16, a solder; numeral 17, a bus line; numeral 18, an input terminal; numeral 19, an output terminal; numeral 20, a scribe line provided on a surface on the side opposite to a glass board 14; numeral 21, a base insulation layer formed of a flexible material such as a polyimide and the like; numeral 22, a first layer conductor formed of copper and the like; numeral 23, an interlayer insulation film formed of a polyimide and the like; numeral 24, a second layer conductor formed of copper and the like; and numeral 25, a surface insulation layer formed of a polyimide and the like.

Manufacturing method will be explained hereinafter

First, a photosensitive or non-photosensitive polyimide is applied to the ceramic board 14 formed of soda glass, bolosilicate glass or alumina with a thickness of 0 5 to 1 1 mm to form the base insulation layer 21 with a thickness of 5 to 10 μm

Subsequently, by means of a spattering technique or an electroless plating technique, a primary copper film with a thickness of 100 to 500 nm is formed on the base insulation layer 21;, a plating resist film is formed on the primary copper to remove the resist of a circuit pattern; and then copper plating is applied to form the first layer conductor 22 with a thickness of 3 to 10 nm

Subsequently, a polyimide with a thickness of 5 to 10 μm is formed into a desired pattern to form the interlayer insulation layer 23; then as with the first layer conductor, the second layer conductor 24 is formed on the interlayer insulation layer 23; and then a polyimide film is formed to form the surface insulation layer 25 Thereafter, the scribe line (cutout) 20 used for bending the ceramic board 14 at a position on the side opposite to the output terminal 19 of the ceramic board 14 is formed by use of a diamond wheel

Further, by means of a solder reflow technique, the chip parts 15 is connected to a carrying section with the solder 16, and using the anisotropy conductive film 9, the drive LSI 4 is carried by means of a thermal pressure bonding technique at a specified position to manufacture the drive circuit module

According to this example, bending at the scribe line 20 allows a change in the direction of the output terminal 19 formed with a fine pitch at a high accuracy and of the carrying section carrying the chip parts and the drive LSI, and at the same time, the first layer conductor 22 and the second layer conductor 24 are held between the base insulation layer 21 and the interlayer insulation film 23 and between the interlayer insulation film 23 and the surface insulation layer 25, respectively, thereby allowing their function to be kept without being cut due to their flexibility

Also, formed on the ceramic board 14 are the base insulation layer 21, the first layer conductor 22, the inter-

8

layer insulation layer 23, the second layer conductor 24 and the surface insulation layer 25, so that there are little elongation and warpage, and no deviation in the pitch of the output terminal 19 of the first layer conductor 22

Although this example shows an example in which one scribe line 20 is formed, a plurality of the scribe lines 20 may be formed at specified places

EXAMPLE 2

FIG 2 is a sectional view showing an example 2 of a drive circuit module for a liquid crystal display device according to the present invention In FIG. 2, numeral 40 designates a separation layer formed of a silicon-type ink or a gold evaporation film; and numeral 20, a scribe lines formed at two places on a surface on the side opposite to the separation layer 40 of the ceramic board 14; the other configuration is the same as Example 1

The drive circuit module with the above-mentioned configuration is manufactured by screen printing a silicon-type ink or evaporating gold at a specified position on the ceramic board 14 to form the separation layer 26, thereafter, as with Example 1, forming sequentially the base insulation layer 21, the first layer conductor 22, the interlayer insulation layer 23, the second layer conductor 24 and the surface insulation layer 25, and forming two places of the scribe lines 20 on a surface on the side opposite to the separation layer 40 on the ceramic board 14

Thereafter, as with the Example 1, the module is manufactured by carrying the chip parts 15 and the drive LSI 4 at a specified position, then bending the board at two places of the scribe lines 20, and removing the ceramic board 14 between the scribe lines 20 which is in contact with the separation layer 40 and weak in adhesive power

According to this example, an action and effect similar to those of Example 1 are obtained, and further, the degree of freedom of bending such as bending angle and bending direction becomes large

Also, in this example, it will be appreciated that the ceramic board 14 may employ a board formed of an organic material or a metal.

EXAMPLE 3

FIG 3 is a sectional view showing an Example 3 of a drive circuit module for a liquid crystal display device according to the present invention In FIG 3, this example is the same in configuration as the Example 1, except that numeral 26 designates an organic-type board using an organic-type material such as a glass epoxy or a glass polyimide as a base material, and that a cutout such as a cut groove 27 is formed on a surface on the side opposite to the output terminal 19

The drive circuit module with the above-mentioned configuration is manufactured by forming sequentially the base insulation layer 21, the first layer conductor 22, the interlayer insulation layer 23, the second layer conductor 24 and the surface insulation layer 23, the second layer conductor 24 and the surface insulation layer 25 on the organic-type board 26 as with the Example 1, and forming the cut groove 27 on a surface on the side opposite to the output terminal 19 of the organic-type board 26

Thereafter, as with Example 1, the module is manufactured by carrying the chip parts 15 and the drive LSI 4 at a specified position

According to this example, there is provided the cut groove 27, at which the thickness of the organic-type board

6,104,464

9

26 is made thin, so that the board can be easily bent, and the direction of the output terminal 19 formed with a fine pitch at a high accuracy and of the carrying section carrying the chip parts 15 and the drive LSI can be changed, and at the same time, the first layer conductor 22 and the second layer conductor 24 are held between the base insulation layer 21 and the interlayer insulation film 23 and between the interlayer insulation film 23 and the surface insulation layer 25, respectively, thereby allowing their function to be kept without being cut due to the flexibility of the insulation layer and the insulation film

Also, the hard organic-type board 26 is strong to heating and has less deformation, so that there is less deviation in the pitch of and less deformation of the output terminal 19

In this example, a metallic material such as aluminium and copper in place of the organic-type board 26 may be used, and even where a cutout 28 like a counter boring groove in place of the groove 27 is formed as shown in FIG. 4, a similar effect is obtained

In the above-mentioned Example 1 through 3, a material used for the board needs that formed of a hard base material As shown in FIG. 5, with a solder plating applied to the first layer conductor 22, a drive LSI 30 having a bump may also be positioned to be aligned and connected by means of a solder reflow technique to the carrying section of the first layer conductor 22, while a chip parts having a bump may also by used

Further, as shown in FIG. 6, there may be employed the so-called gold wire bonding technique in which using a drive LSI 32 formed of a bear chip, the first layer conductor 22 to which Ni-Au plating is applied is connected with a gold wire 31 to a drive LSI 33; and the drive LSI 32 and the gold wire 31 being molded with a mold resin

### EXAMPLE 4

FIGS. 7(a) and 7(b) are each example of a liquid crystal display device using a drive circuit module of the example 1 according to the present invention, wherein FIG. 7(a) is a perspective view when an outer casing frame is removed, and FIG. 7(b) is a sectional view taken on line A—A of FIG. 7(a)

In FIG. 7, numeral 1 designates a liquid crystal panel, which has the TFT board 2 formed with a wiring terminal 34 connected to the source electrode wiring or the gate electrode wiring, the color film board 3, and an outer casing frame not shown; and numeral 35 designates a drive circuit module in which the ceramic board 14 formed with the output terminal 19 connected to the wiring terminal 34 and the ceramic board 14 carrying the drive LSI 4 are bent perpendicularly to each other, the bent edge is reinforced with a reinforcing resin 36 and fixed with a UV curable resin 37 to the end surface of the TFT board 2, and an input cable 38 is connected to the input terminal 21. Numeral 39 designates a laminated film formed of a circuit pattern and an insulation layer

A method of connecting the drive circuit module 35 to the liquid crystal panel 1 will be explained. First, an anisotropy conductive film 12 is temporarily pressure bonded to the output terminal 19 of the drive circuit module 35 or to the wiring terminal 34 of the liquid crystal panel 1

Then, the terminal row of the wiring terminal 34 is positioned to be aligned with that of the output terminal 19, and then the rows are thermally pressure bonded by the use of a heating head from the upper side of the ceramic board 14 to melt the anisotropy conductive film 12, thereby connecting collectively both the terminal rows

10

The ceramic board 14 is previously provided with a scribe line on the back on the side of the output terminal 19, so that applying a force from the scribe line side causes the ceramic board 14 to be easily cut

Then, the ceramic board 14 thus bent is fixed with the UV curable resin 37 to the end surface of the TFT board 2, and a protective coat resin 36 is applied to the bent portion to protect and cure

The first and the second layer conductors are in a condition that they are held between the flexible film and between the interlayer insulation film and the surface insulation layer, respectively, so that they are not cut and keep their function and thus can be bent perpendicularly as shown FIG. 7, thereby allowing the overall size of the liquid crystal display device to be reduced

The ceramic board 14 has little elongation and warpage due to thermal pressure bonding, so that there is no deviation in the pitch of the terminal row of the output terminal 19 and the terminal row of the wiring terminal 34 of the liquid crystal panel 1

Although this example shows a case where the number of the scribe lines is one, a plurality of scribe lines may also be provided, and as shown in FIG. 8, the board be bent at arbitrary places to arrange the drive circuit module 35 on the back of the lighting device 7

Also, by applying the drive circuit module of the example 2, as shown in FIG. 9, the ceramic board 14 may be separated at a desired portion to form a separation portion 41 so as to make large the degree of freedom of bending, thereby allowing the overall size of the liquid crystal display device to be made smaller

Also, by applying the drive circuit module of the Example 3, as shown in FIGS. 10 and 11, the drive circuit module 35 may be connected to the anisotropy conductive film 12 of the liquid crystal panel 1, and bent at a cutout such as the cut groove 27 or the boring portion 28

According to the present invention in connection with claims 1 to 7, 22 and 23, there is obtained the drive circuit module in which bending at the cutout allows a change in the direction of the output terminal formed with a fine pitch at a high accuracy and of the carrying section carrying the drive LSI, and the circuit pattern is supported by the flexible insulation layer, thereby keeping a function of the circuit pattern without being cut

Also, there is obtained the drive circuit module in which the circuit pattern is formed on the board having no flexibility, so that even heating the board, there are little elongation and warpage, and no deviation in the pitch of the output terminal

According to the present invention in connection with claims 9 to 14, 24 and 25, there is obtained the circuit board in which bending at the cutout allows a change in the direction of the circuit pattern, and the circuit pattern is supported by the flexible insulation layer, thereby keeping a function of the circuit pattern without being cut

According to the present invention in connection with claims 15 to 21, 26 and 27, the overall size of the liquid crystal display device can be made small by connecting the wiring terminal of the TFT board to the output terminal of the drive circuit module in which bending at the cutout allows a change in the direction of the output terminal formed with a fine pitch at a high accuracy and of the carrying section carrying the drive LSI, and the circuit pattern is supported by the flexible insulation layer, thereby keeping a function of the circuit pattern without being cut

6,104,464

11

Also, there is obtained the drive circuit module in which the circuit pattern is formed on the board having no flexibility, so that even heating the board, there are little elongation and warpage, and no deviation in the pitch in the connection of the wiring terminal of the TFT board to the output terminal of the drive circuit module.

According to the present invention in connection with claims 3 and 23, by removing the board in contact with the separation layer, there is obtained the drive circuit module having a large degree of freedom in bending such as bending angle and bending direction.

According to the present invention in connection with claims 11 and 25, by removing the board in contact with the separation layer, there is obtained the circuit board having a large degree of freedom in bending such as bending angle and bending direction.

According to the present invention in connection with claims 17 and 27, the overall size of the liquid crystal display device can be made smaller by the use of the drive circuit module having a large degree of freedom in bending such as bending angle and bending direction obtained by removing the board in contact with the separation layer.

While only certain presently preferred embodiments have been described in detail, as will be apparent with those familiar with the art, certain changes and modifications can be made without departing from the spirit and scope of the invention as defined the following claims.

What is claimed is:

1. A method of manufacturing a drive circuit module comprising steps of:

forming a circuit pattern having a plurality of input terminals and output terminals supported by a flexible insulation film on a rigid board formed of a hard base material;

installing a liquid crystal display drive LSI on the circuit pattern on a carrying section;

providing at least one cutout on a surface opposite to the surface on which said circuit pattern of said board is formed, said at least one cutout being in the form of a counter boring groove; and

bending said module at said at least one cutout in a direction in which said output terminal surface and said carrying section surface are different from each other.

2. A method of manufacturing a drive circuit module comprising steps of:

forming a circuit pattern having a plurality of input terminals and output terminals supported by a flexible insulation film;

installing a liquid crystal display drive LSI on the circuit pattern on a carrying section;

12

providing at least two cutouts spaced from one another on a surface opposite to the surface on which said circuit pattern of said board is formed, said cutouts being in the form of cut grooves; and

bending said module at said at least two cutouts in a direction in which said output terminal surface and said carrying section surface are different from each other.

3. A method of manufacturing a liquid crystal display device comprising steps of:

connecting wiring terminals of a TFT board to form wiring terminals connected to a gate electrode wiring and a source electrode wiring of said TFT to an output terminal of a drive circuit module which has a rigid board formed of a hard base material;

forming a circuit pattern on the board having a plurality of input terminals and output terminals supported by a flexible insulation film;

providing a carrying section for carrying a liquid crystal display drive LSI on the circuit pattern;

providing at least one cutout on a surface opposite to the surface on which said circuit pattern of said board is formed, said at least one cutout being in the form of counter boring grooves used for bending said module, thereby making flexible said module in a direction in which said output terminal surface and said carrying section surface are different from each other; and

bending said module at said at least one cutout.

4. A method of manufacturing a liquid crystal display device comprising steps of:

connecting wiring terminals of a TFT board to form wiring terminals connected to a gate electrode wiring and a source electrode wiring of said TFT to an output terminal of a drive circuit module which has a rigid board formed of a hard base material;

forming a circuit pattern on the board having a plurality of input terminals and output terminals supported by a flexible insulation film;

providing a carrying section for carrying a liquid crystal display drive LSI on the circuit pattern;

providing at least two cutouts spaced from one another on a surface opposite to the surface on which said circuit pattern of said board is formed, said cutouts being in the form of cut grooves used for bending said module, thereby making flexible said module in a direction in which said output terminal surface and said carrying section surface are different from each other; and

bending said module at said at least two cutouts.

* * * * *

(19)日本国特許庁（ＪＰ）　　(12) 公 開 特 許 公 報 （A）　　(11)特許出願公開番号

## 特開平4－304427

(43)公開日　平成4年(1992)10月27日

| (51)Int.Cl.⁵ | | 識別記号 | 庁内整理番号 | | FI | | 技術表示箇所 |
|---|---|---|---|---|---|---|---|
| G02F | 1/1343 | | 9018－2K | | FI | | |
| | 1/133 | | 606 | 7829－2K | | | |
| G09F | 9/00 | | 348 G | 6447－5G | | | |
| H05K | 1/16 | | | 8727－4E | | | |

審査請求　未請求　請求項の数3（全 5 頁）

| (21)出願番号 | 特願平3－69770 | (71)出願人 | 000005223 |
|---|---|---|---|
| | | | 富士通株式会社 |
| (22)出願日 | 平成3年(1991)4月2日 | | 神奈川県川崎市中原区上小田中1015番地 |
| | | (72)発明者 | 小野寺 俊也 |
| | | | 神奈川県川崎市中原区上小田中1015番地 |
| | | | 富士通株式会社内 |
| | | (72)発明者 | 田中 英彦 |
| | | | 神奈川県川崎市中原区上小田中1015番地 |
| | | | 富士通株式会社内 |
| | | (72)発明者 | 大嬢 幹夫 |
| | | | 神奈川県川崎市中原区上小田中1015番地 |
| | | | 富士通株式会社内 |
| | | (74)代理人 | 弁理士 青木 朗 （外4名） |
| | | | 最終頁に続く |

(54)【発明の名称】　液晶表示装置

(57)【要約】

【目的】　本発明は液晶表示装置に関し、生産性が良く、且つ小型・薄型化した液晶表示装置を実現することを目的とする。

【構成】　液晶パネル20の表示領域を除く外周部分の非表示回路に、液晶パネルを駆動する駆動回路25の電源線、アース線又は信号線に利用する導体パターン26を設けるように構成する。

＊発明の実施例を示す図

(a)



(b)



| 20… 液晶パネル | 13…LSI |
|---|---|
| 20a… 表示領域 | 20…キャリアテープ |
| 20b… ガラス基板 | 31…TAB系フロント板 |
| 21… 導体パターン | 32…透明電極 |
| 27,28… 電極端 | 33…32’…遮光膜 |

—181—

(2)　　　　　　　　　　　　　　　　特開平4－304427

【特許請求の範囲】
【請求項1】　液晶パネル（20）の表示領域を除く外周部分の非表示領域に、前記液晶パネルを駆動する駆動回路（29）の電源線、アース線又は信号線に利用する導体パターン（26）を設けたことを特徴とする液晶表示装置。
【請求項2】　上記導電パターン（25）が導電ペーストも印刷したものであることを特徴とする前記項1の液晶表示装置。
【請求項3】　上記導電パターン（26）が金属箔を接着したものであることを特徴とする請求項1の液晶表示装置。

【発明の詳細な説明】
【0001】
【産業上の利用分野】本発明は液晶表示装置に関する。液晶表示装置は、他のディスプレイ装置に比べて薄型、軽量、低消費電力等、有利な点が多く、CRTに代わるディスプレイ製品としてパーソナルコンピュータやワードプロセッサ等の情報表示装置として需要が高まっている。

【0002】近年、パーソナルコンピュータやワードプロセッサはラップトップ型が主流になり、更にハンディタイプも市場に広がりつつある。更に、今後パーソナルコンピュータやワードプロセッサ等の小型化・軽量化が要求される中でパーソナルコンピュータやワードプロセッサの小型化・軽量化を推進するためには、回路の薄型化・部品点数の低減化・構造物の厚薄化・軽量化を行う必要がある。

【0003】しかし、パーソナルコンピュータやワードプロセッサに用いられる液晶表示装置の液晶パネルは、その構造上小型化・軽量化に限界がある。そこで小型化・軽量化のためには、液晶パネルを駆動するための回路を構成しているテープオートメイテッドボンディング（TAB）方式による半導体装置の小型化と、その取付用プリント基板の小型化を行う必要がある。

【0004】
【従来の技術】従来の液晶表示装置においては、主にパーソナルコンピュータやワードプロセッサ等に使用されているTFT（Thin Film Transistor）を用いたアクティブマトリクスLCD（Liquid Crystal Display）方式を例にあげると、液晶パネル（ガラス基板2層構成）に液晶駆動用集積回路を実装している。液晶パネルと液晶駆動用集積回路（以下ドライバーLSIという）の代表的な実装形態は図3に示すように、大きく分けて4種類に分類される。

【0005】その前1は図3（a）に示す半田付けタイプである。これはフラットパッケージのドライバーLSI1をプリント基板2とフレキシブル基板に搭載し、ヒートシール3で液晶パネルのガラス基板4に接続する方法である。

【0006】第2はワイヤボンディングによるもので、

図3（b）に示すようにベアチップにワイヤ6を搭載しワイヤボンディングしたフレキシブルプリント基板7を検線板8を挟んで折り曲げ、その配線を液晶パネルのガラス基板4の配線パターンに接続するか、あるいは図3（c）に示すように、液晶パネルのガラス基板4に従線ベアチップ5を搭載し、従線ベアチップ4上の配線とベアチップ5の配線間をワイヤ6でワイヤボンディングする方法である。

【0007】第3は、TAB（テープオートメイテッドボンディング）方式で組立てられたLSIを用いる方法で、図3（d）に示すように、LSI1を搭載したテープキャリア9でプリント基板2と液晶パネルのガラス基板4の配線パターン間を接続する方法である。

【0008】第4は、フリップチップボンディングによる方法で図3（e）に示すように液晶パネルのガラス基板4の配線パターン上にバンプを介してLSI1をフェースダウンで接続する方法である。

【0009】以上の各駆動実装形態には、それぞれ一長一短があるが、現在では第3のTABを用いた方法が主流となっている。この方法は材料コストが高く、バンプ付きのドライバーLSIの入手が困難などの難点はあるが、多ピン、狭パッドピッチ、大型ドライバーLSIの実装が可能、ベアチップの電気テストが可能で100％の良品をガラス基板に実装できる。また、テープ供給のため自動化しやすく、全LSーを一括ボンディングできるため生産性が高く、さらにTABテープを折り曲げて枠をつくることによって表示部周辺の"額縁"（筐体の化粧枠）の幅を小さくすることができ、コンパクトなモジュールが作れるなどの利点がある。

【0010】液晶表示装置は、TVやOA機器に広範に用いられるようになってきている。特にここは、CRTディスプレイに対向するために、高精細、大画面化も指向している。そのためドライバーLSIは大型高密度化が進み、多ピン、狭パッドピッチ、大型化する傾向がある。また、液晶パネルとの接続数も多くなり、ピッチもかなり狭くなってきている。

【0011】図4はTAB方式の駆動回路を液晶パネルに搭載した2例を示す図であり、（a）は標準型、（b）はU字折り曲げ型である。同図での（a）の標準型はインナーリード10にバンプ11をボンディングしてLSI1を搭載したキャリアテープ9のアウターリード12を液晶パネルのガラス基板4とコントローラのプリント基板2と夫々ボンディングしたものである。

【0012】また、図4（b）の折り曲げ型は、インナーリード10にバンプ11をボンディングしてLSI1を搭載したキャリアテープ9をU字の字状に折り曲げ、一方のアウターリード12を液晶パネルのガラス基板4へ、他方のアウターリード12をプリント基板2へ夫々ボンディングしたもので観察の障となる寸法が（a）図のものより狭くなっている。

(3)　　　　　　　　　　　　　　　　　特開平4-304427

3

4

【0013】【発明が解決しようとする課題】上記図4（b）で示した実装方法を採ると、液晶パネルの両辺に配置されたデータドライバーのTABプリント基板とゲートドライバーのTABプリント基板との間をジャンパーケーブルで接続する必要があるため製造工程上問題であり、また、製造工数が多くかかり、生産性が悪いという問題がある。

【0014】また液晶パネルユニットの出荷試験においてTABが不良で交換する場合は、上記のジャンパーケーブルを一度取り外す必要があり、余計な工数が必要としている。さらに、TAB実装上TABプリント基板を一度U字溝から復帰に戻さなければTABの取り付けが出来ない。また、交換を行なわない他のTABについては、再度ユニット組立てTABが二度折り曲げとなるためアウターリードの信頼性が低下する。

【0015】このため、TABの折り曲げ方式で液晶表示装置を組み立てても、工数大のため作業性が悪く、且つ且低廉化が図れない。また液晶表示装置の外形サイズの小型化が可能になっても薄型化ができない等の問題があった。本発明は、TAB方式の組成回路を用いても生産性が良く、且つ小型化薄型化ができる液晶表示装置を実現しようとする。

【0016】

【課題を解決するための手段】本発明の液晶表示装置においては、液晶表示パネルの表示領域を除く外周部分の非表示部分に、液晶表示パネルを駆動回路の信号線、アース線又は信号端子線に利用する導体パターンを設けたことを特徴とする。

【0017】また、それに加えて、上記導電パターンが導電ペーストを印刷したもの、或いは金属面を接触したものであることを特徴とする。この構成を採ることにより、小型化、薄型化した液晶表示装置が得られる。

【0018】

【作用】図2は本発明の液晶表示装置の基本回路の構成を示すブロック図である。本発明では、液晶パネル20を駆動するデータドライバー21、21' 及びゲートドライバー22、22' と、駆動用制御信号を出力するコントロール回路基板23との間は駆動用制御信号線24、25で接続されている。またデータドライバー21、21' 及びゲートドライバー22、22' と、液晶パネル20との間はテープキャリアのパターンによって接続されている。

【0019】また、電源線、アース線又は信号線の一部は液晶表示パネル20の非表示領域の外周に形成された導電パターンを介してドライバーに接続している。これによりコントロール回路基板23から液晶パネル20を駆動することができ、且つ課線、アース線等を液晶パネルに形成した導体パターンを利用するため、ジャンパーケーブルが不要となり、また各ドライバーを支持するTABプリント基板は応線が簡単になり、小型・薄型化ができる。これにより液晶表示装置の小型

化、薄型化が実現できる。

【0020】

【実施例】図1は本発明の実施例を示す図であり、（a）は断面断面図、（b）は導電パターンを示す平面図である。本実施例は、（a）及び（b）図に示すように液晶パネル20の表示領域20nを除く外周部の非表示部方向に挟むように導電パターン26が形成されている。（b）図においては、各体パターン26は2本であるが片数は2本以上又は任意である。またその導電パターン26は導電ペースト（例えばITO）の印刷、あるいはAl又は銅等の金属面を張り付けることにより形成される。

【0021】上記の導電パターン26は、電源線、アース線、信号線に利用することができる。図1（a）においては電源線27及びアース線28が接続されている。また液晶駆動パターン26の上にはドライバー用LSI（駆動回路）29を搭載したTAB用のキャリアテープ30を支持したTABプリント基板31が配置され、且つキャリアテープ30の一端（電源線・アース線等）30aが折り曲げられて導体パターン26に接続されている。

【0022】また、TABプリント基板31には、コントロール回路基板からの信号線24、25が接続されている。またLSI 29を搭載したキャリアテープ30の信号部部30bが折り曲げられて液晶パネル20のガラス面上の適例配線に接続されている。

【0023】このように構成されたTAB本実施例は、信号線24、26及び電源、アース線27、28を介してコントロール回路基板より送られる制御信号により、データドライバー、ゲートドライバーの各LSI 29が作動し液晶パネル20を駆動することができる。

【0024】また本実施例によれば、液晶パネルの非表示部外周に設けた導体パターン26を従来のジャンパーケーブルの代りに利用することができるので、ジャンパーケーブルは不要となり、製造工程が簡略化される。またTABプリント基板31はパターンの一部を導電パターンに負担させることができて、外形を小さくすることができ、液晶表示装置を小型化・薄型化することができる。

【0025】なお導体パターン26をグランド（OV）にすることによりグランドレベルの強化及び対ノイズ（電源ノイズ）に強くなる。また導体パターン28をAl 板等の熱伝導の良い材料で形成すれば、ドライバーLSI の放熱状として作用し、熱の変化に対して色表示が影響され易いSTN型の液晶表示装置のコントラストのシフトを防止することもできる。

【0026】

【発明の効果】本発明に依れば、液晶表示パネルの非表示の外周部に導電パターンを設けることにより、TABプリント基板のジャンパーケーブルを不要とすることができ、これにより生産性を向上し、また、コントロール基板とドライバーLSI 間の接続信号線及び駆動電圧線

—185—

（4）　　　　　　　　　　特開平1-304427

5

をＴＡＢプリント基板と液晶パネル側に分割してパター
ン形成を行なうことにより、ＴＡＢプリント板を縮小す
ることができ、生産性が良く、且つ小型薄型化した液晶
表示装置が得られる。

【図面の簡単な説明】
【図1】本発明の実施例を示す図であり、（ａ）は要部
断面図、（ｂ）は導体パターンを示す図である。
【図2】本発明の液晶表示装置の各部回路の構成を示す
ブロック図である。
【図3】従来の液晶表示用駆動回路の代表的な接続形態
を示す図である。
【図4】従来のＴＡＢ方式の駆動回路を液晶パネルに搭
載した2例を示す図である。

6

【符号の説明】
20…液晶表示パネル
21，21′…データドライバ
22，22′…ゲートドライバ
23…コントロール回路
24，25…接続線
26…導体パターン
27，28…電源・アース線
29…ＬＳＩ
30…キャリアテープ
31…ＴＡＢプリント板
32…透明電極
33，33′…偏光板

【図1】

本発明の実施例を示す図

(a)



(b)

| 20…液晶パネル | 29…ＬＳＩ |
| 20a…表示領域 | 30…キャリアテープ |
| 25a…ガラス基板 | 31…ＴＡＢプリント板 |
| 26…導体パターン | 32…透明電極 |
| 27，28…信号線 | 33，33′…偏光板 |

【図2】

本発明の液晶表示装置の各部回路の構成を示すブロック図



—184—

（5）　　　　　　　特開平4－304427

【図3】　　　　　　　　　　　　　【図4】

従来の接合部材料接続部の光度的な変断面図を示す図　　　光度化した及び方式変換接続回路を接続パネルに接続した状態を示す図


(a)


(a)


(b)


(b)


(c)


(d)


(e)

---

フロントページの続き

(72)発明者　宮原　大樹
　　　　　　神奈川県川崎市中原区上小田中1015番地
　　　　　　富士通株式会社内

—185—

(19)日本国特許庁（ＪＰ）　　　(12) 公 開 特 許 公 報 (A)　　　(11)特許出願公開番号

特開平11−271795

(43)公開日　平成11年(1999)10月8日

| (51)Int Cl.⁶ | 識別記号 | FI | |
|---|---|---|---|
| G 0 2 F | 1/1345 | G 0 2 F | 1/1345 |
| G 0 9 F | 9/00 | 348 | G 0 9 F | 9/00 | 348P |
| // H 0 1 L | 21/60 | 311 | H 0 1 L | 21/60 | 311Q |

審査請求　未請求　請求項の数9　ＯＬ　（全 7 頁）

(21)出願番号　　特願平10−77537

(22)出願日　　　平成10年(1998) 3 月25日

(71)出願人　000221339
　　　　　　　東芝電子エンジニアリング株式会社
　　　　　　　神奈川県川崎市川崎区日進町 7 番地 1
(71)出願人　000003078
　　　　　　　株式会社東芝
　　　　　　　神奈川県川崎市幸区堀川町72番地
(72)発明者　兼田　公昭
　　　　　　　神奈川県川崎市川崎区日進町 7 番地 1　東
　　　　　　　芝電子エンジニアリング株式会社内
(72)発明者　塚本　隆義
　　　　　　　兵庫県姫路市余部区上余部50番地　株式会
　　　　　　　社東芝姫路工場内
(74)代理人　弁理士　鈴江　武彦　（外 6 名）

最終頁に続く

(54)【発明の名称】　テープキャリアパッケージ

(57)【要約】

【課題】歩留りが高く，工程数の少ない液晶表示装置の
製造方法を提供する。

【解決手段】この発明の液晶表示装置1は、液晶パネル
を駆動する駆動ＩＣ11をＴＣＰ手法を用いて液晶パネ
ルおよび回路基板とに接続している液晶表示装置におい
て、ＴＣＰ部分の片面を銅箔パターン23で覆い、且つ
銅箔を接地することにより、高周波ノイズの発生を低減
している。また、ＴＣＰ部分の折り曲げ位置に微少な開
口31を千鳥状にあけることにより、ベースフィルム2
1の強度を維持しながら銅箔パターン23が破断するこ
とを防止している。さらに、ＴＣＰ部分のキャリアテー
プに、駆動ＩＣを接続するためのダミーバンプを、本来
の信号線銅箔パターンに沿って配列するとともに、回路
基板29に接地したことにより、インピーダンスおよび
ＥＭＩのレベルを低減している。



【特許請求の範囲】

【請求項1】導体パターンが形成されたシート状の絶縁媒体に固定された回路素子により駆動される液晶表示装置において、

前記シート状の絶縁媒体の片面を導体層で覆い、且つ前記導体層を接地したことを特徴とするテープキャリアパッケージ。

【請求項2】前記シート状の絶縁媒体は、折り曲げ位置に対応する位置に、前記導体パターンが延伸される方向と直交する方向に所定の間隔で定義される2直線上に所定の間隔で配列されることを特徴とする請求項1記載のテープキャリアパッケージ。

【請求項3】前記開口は、1または複数の前記導体パターンを横切ることを特徴とする請求項1または2記載のテープキャリアパッケージ。

【請求項4】前記開口は、前記2直線に対し、千鳥状に配列されることを特徴とする請求項1ないし3記載のテープキャリアパッケージ。

【請求項5】前記導体パターンは、前記回路素子に設けられたダミーバンプに接続されるダミー導体パターンを含み、前記導体パターンと前記ダミー導体パターンは、互いに平行であることを特徴とする請求項1記載のテープキャリアパッケージ。

【請求項6】前記ダミー導体パターンは、接地されていることを特徴とする請求項5記載のテープキャリアパッケージ。

【請求項7】前記シート状の絶縁媒体は、折り曲げ位置に対応する位置に、前記導体パターンが延伸される方向と直交する方向に所定の間隔で定義される2直線上に所定の間隔で配列された開口を有することを特徴とする請求項5記載のテープキャリアパッケージ。

【請求項8】前記開口は、1または複数の前記導体パターンを横切ることを特徴とする請求項7記載のテープキャリアパッケージ。

【請求項9】前記開口は、前記2直線に対し、千鳥状に配列されることを特徴とする請求項7または8記載のテープキャリアパッケージ。

【発明の詳細な説明】

【0001】

【発明の属する技術分野】この発明は、テープキャリアパッケージに係り、好ましくは、液晶パネルと駆動回路の接続行程における歩留まりの向上および工数の低減に関する。

【0002】

【従来の技術】今日、薄型の表示装置として広く利用されている液晶表示装置は、画素電極を有するガラス基板と対向電極を有するガラス基板とを対向させ、各基板の周囲を液晶封入口を除いて接着剤で固定した後、液晶封入口から液晶組成物を基板間に注入し、液晶封入口を封止剤で封止した構成を有する。

【0003】また、特に表示速度を高速化したもの、カラー画像が表示可能なもの、およびコントラストを高めたものとして、2枚のガラス基板のうちの一方の基板の主面に走査線と走査線と直交する信号線と両者が交差する位置にスイッチング素子としてTFT（薄膜トランジスタ）を配置したアクティブマトリクス駆動液晶表示装置が知られている。

【0004】上述した液晶表示装置においては、電極パターンとして利用される導体箔（主として銅箔）を絶縁フィルムに接着したシート状配線媒体であるキャリアテープを用いるTCP（テープ・キャリア・パッケージ）手法により実装された駆動回路素子（一般には、集積回路であり以下駆動ICと示す）と液晶パネルのTFTとが接続されることで、TCP（TCP手法により駆動ICとキャリアテープとが接続される）部分の外部の回路系から、液晶パネルの駆動に要求される信号の受け渡しが可能となる。なお、駆動ICは、TCP部分の導体箔を所定の形状に折り曲げることにより、ガラス基板の所定位置あるいは液晶表示装置を構成する筐体の所定位置に固定される。

【0005】詳細には、駆動IC1101は、図9に示すように、絶縁性のフィルム（ベースフィルム）1111の一方の面であって、接着層1112を介して導体（銅箔）パターン1113が接着されている側の面に、固定される。このとき、駆動IC1101の所定の位置（背面側）に設けられたバンプ1102と銅箔パターン1113とを接続することにより、駆動IC1101は、図示しない外部の回路系と接続される。なお、導体パターン1113の背面（ベースフィルム1111と反対の側）には、ソルダーレジスト層1114が形成される。また、駆動IC1101の周りは、封止樹脂1115によりモールドされる。

【0006】一方、駆動IC1101には、図10に示すように、上述したバンプ1102に加えて、駆動IC1101を実装する際に生じる応力の緩和およびベースフィルム1111の伸びや反りを緩和させるためのダミーバンプ1103が設けられている。なお、ダミーバンプ1103に対し、ベースフィルム1111には、導体パターン1113に比較して長さの短いダミー導体（銅箔）パターン1116が設けられている。また、導体パターン1113は、図11に示すようにベースフィルム1111が取り除かれた導体パターン領域1113aにおいて、折り曲げられる。

【0007】

【発明が解決しようとする課題】ところで、今日、液晶表示装置は、画面の大型化および高精細化に伴って画素数が増大されていることから、駆動ICのクロック周波数は、非常に高周波となっている。

【0008】このため、TCP部分の駆動IC1101までの配線（導体パターン1113）部分からも、高周

波の不要な電波が発生され、ＥＭＩと呼ばれる不要輻射のレベルが増大されるという問題を引き起こす。

【０００９】また、図１１に示したベースフィルム１１１が取り除かれている導体パターン領域１１１３ａには、機械的あるいは熱的なストレスが集中しやすく、導体パターン領域１１１３ａにおいて導体パターン１１１３が破断して歩留まりが低下する問題がある。なお、導体パターン領域１１１３ａに樹脂等を塗布することにより導体パターン１１１３を補強する方法も提案されているが、製造工程の増加や材料費の点でコスト高となる問題点がある。この発明の目的は、表示性能が良く、歩留まりが高い液晶表示装置を安価に提供することにある。

【００１０】

【課題を解決するための手段】この発明は、上述した問題点に基づきなされたもので、導体パターンが形成されたシート状の絶縁媒体に固定された回路素子により駆動される液晶表示装置において、前記シート状の絶縁媒体の片面を導体層で覆い、且つ前記導体層を接地したことを特徴とするテープキャリアパッケージを提供するものである。

【００１１】またこの発明のシート状の絶縁媒体は、折り曲げ位置に対応する位置に、前記導体パターンが延出される方向と直交する方向に所定の間隔で定義される２直線上に所定の間隔で配列された開口を有することを特徴とする。

【００１２】さらにこの発明の開口は、１または複数の前記導体パターンを横切ることを特徴とする。またこの発明の開口は、前記２直線に対し、千鳥状に配列されることを特徴とする。

【００１３】さらにこの発明の導体パターンは、前記回路素子に設けられたダミーバンプに接続するダミー導体パターンを含み、前記導体パターンと前記ダミー導体パターンは、互いに平行であることを特徴とする。

【００１４】すなわち、この発明は、液晶パネルを駆動する駆動ＩＣをＴＣＰ手法を用いて液晶パネルおよび駆動回路基板とに接続している液晶表示装置において、ＴＣＰ部分の片面を銅箔で覆い、且つ銅箔を接地することにより、高周波ノイズの発生を低減できる。

【００１５】また、ＴＣＰ部分の折り曲げ位置に微少な開口を千鳥状にあけることにより、ベースフィルムの強度が維持されるとともに銅箔パターンが破断することが低減される。

【００１６】さらに、ＴＣＰ部分のキャリアテープに、駆動ＩＣを接続するためのダミーバンプを本来の信号線銅箔パターンに沿って配列するとともに、回路基板に接地したことにより、インピーダンスおよびＥＭＩのレベルを低減することができる。

【００１７】

【発明の実施の形態】以下、図面を用いてこの発明の発明の実施の形態を説明する。図１は、この発明の実施の形態が適用される透過型液晶表示装置の一例を示す概略図である。

【００１８】図１に示されるように、バックライト付き液晶表示装置１は、詳述しない液晶パネルユニット３、液晶パネルユニット３の２次元の任意の位置の画素を非透過として画像を表示するパネル駆動回路５、液晶パネルユニット３の表示面３ａの背面側に設けられ、液晶パネルユニット３を背面から照明する照明ユニット７および照明ユニット７およびパネル駆動回路５への電源を供給する電源回路９からなる。なお、液晶パネルユニット３は、例えば図８を用いて後段に詳述するような回路を有している。

【００１９】液晶パネルユニット３は、詳細には、図２に示すように、アレイ基板２０および対向基板２２を備え、両基板間に液晶材が注入されている液晶パネル１１０を含み、表示面３ａの大きさは、例えば対角１２．１インチで形成されている。

【００２０】この液晶パネルユニット３は、液晶パネル１１０、液晶パネル１１０を駆動するための信号線駆動回路基板１１４、走査線駆動回路基板１１６、各駆動回路基板と液晶表示パネルとを電気的に接続した複数のテープキャリアパッケージ（ＴＣＰと称する）１１８を備えている。すなわち、アレイ基板２０の図示しない電極には、複数のＴＣＰ１１８の一端が接続され、これらＴＣＰの他端には、駆動回路基板１１６が接続されている。これにより、アレイ基板２０は、ＴＣＰ１１８を介して駆動回路基板１１６に接続されている。

【００２１】図３は、図１に示された液晶表示装置のパネル駆動回路部の駆動ＩＣのマウントの様子を説明する概略図である。図３に示されるように、駆動ＩＣ１１は、絶縁性のベースフィルム２１の一方の面であって、接着層２２を介して導体（銅箔）パターン２３が接着されている側の面にマウントされる。このとき、駆動ＩＣ１１の所定の位置（背面側）に設けられたバンプ１２と銅箔パターン２３を接続することにより、駆動ＩＣ１１は、図示しない外部の回路系と接続される。なお、導体パターン２３の背面すなわちベースフィルム２１と反対の側の面には、ソルダーレジスト層２４が形成される。また、駆動ＩＣ１１の周りは、封止樹脂２５によりモールドされる。

【００２２】また、ベースフィルム２１の銅箔パターン２３と対向する側の面には、接着層２６を介して全面導体（銅箔）２７が設けられている。なお、全面銅箔２７は、入力端子２８が設けられる側で折り曲げられ、図４に示されるように、ベースフィルム２１の厚さ方向に沿って延出された後、回路基板３２に接続される。すなわち、銅箔パターン２３のほとんどの領域は、平面方向から見た状態で、駆動ＩＣ１１が露出される部分を除いて、全面導体２７により覆われている。これにより、導

-3-

体パターン２３から放出される高周波成分（ノイズ）は、回路基板２９を通じて接地される。

【００２３】図５は、図１に示した駆動ＩＣ１１とＴＣＰ部分を、駆動ＩＣ１１の背面方向から見た状態を示す概略図である。図５に示されるように、駆動ＩＣ１１には、上述したバンプ１２に加えて、駆動ＩＣ１１を実装する際に生じる応力の緩和およびベースフィルム２１の伸びや反りを緩和させるために利用されるダミーバンプ１３が設けられている。

【００２４】ダミーバンプ１３には、ベースフィルム２１において、導体パターン２３が折り曲げられる部分である領域２３ａまで、導体パターン２３に沿って延出されたダミー導体（銅箔）パターン３０は接続される。なお、ダミー導体パターン３０は、本来の信号線である銅箔パターン２３と平行に配列されることから、ダミー導体パターン３０のインピーダンスを低くすることができる。また、ダミー導体パターンを図４に示した回路基板２９に接続することで、より、シールド効果を高めることができる。

【００２５】図６は、図４に示したＴＣＰ部分の外郭部のベースフィルム２１の特徴を示す概略図である。図６に示されるように、ベースフィルム２１の銅箔パターン２３が延出される方向の端部すなわち折り曲げ領域２３ａとその周辺領域２１ａには、１または複数本の銅箔パターン２３を単位として定義される開口３１が設けられている。なお、開口３１は、銅箔パターン２３が延出される方向と直交する方向に定義される互いに平行な２本の直線Ａ、Ｂに沿って、互い違いに配列されている。

【００２６】すなわち、ベースフィルム２１の折り曲げ領域２１ａは、千鳥状に設けられた複数の開口３１により、フィルム単体での曲げ応力よりも少ない曲げ応力で所定の形状に折り曲げ可能になる。また、それぞれの開口３１は、銅箔パターン２３が延出される方向に関して、比較的近接して設けられることから、折り曲げ領域２１ａの折り曲げ半径が小さくでき、ＴＣＰ部分の大きさに影響を与えない。また、開口の大きさおよび個数を最適に設定することで、フィルムとしての強度も確保できる。

【００２７】図７は、図３ないし図５に示した駆動ＩＣマウントすなわち駆動ＩＣ１１とダミー銅箔パターンの変形例を説明する概略図である。図７に示されるように、ダミー銅箔パターン３３は、図５に示したダミー銅箔パターン３０に比較して、長手方向長さが制限されている。なお、図７に示す例では、ダミー銅箔パターン３３の長さは、図３を用いて説明した全面銅箔パターン２７と概ね等しい長さに設定される。

【００２８】図７に示すダミー銅箔パターン３３を用いることで、図５に示す例に比較して本来の信号線である銅箔パターン２３に対するボンディングワイヤの配列が容易となる。すなわち、銅箔パターン２３と対応する外

部回路系からの信号線との接続に際して、ダミー銅箔パターン３３の本数分だけ、銅箔パターン２３の密度が低減されることから、銅箔パターン２３への信号線の接続処理が簡単になる。なお、ダミー銅箔パターン３３と全面銅箔２７との間に、図示しないボンディングワイヤを設けることで、シールド効果も十分に確保できる。

【００２９】図８は、図１に示した液晶表示装置１の液晶パネルユニット３と駆動回路５のそれぞれに適用可能な液晶表示部の一例を示す概略図である。なお、液晶パネルユニット３については、ガラス基板を省略し、電気的な接続のみを示した等価回路で示している。

【００３０】図８に示すように、液晶表示部４１は、液晶パネルユニット３（５１）が表示する画像データを取り込み、以下に説明する駆動回路を所定のタイミングで駆動する液晶コントローラ４３、液晶コントローラ４３の制御により以下に説明する信号線のうちの奇数番目の信号線に、画像信号に対応する所定の駆動信号を出力する第１の信号線ドライバ回路４５、同以下に説明する信号線のうちの偶数番目の信号線に、画像信号に対応する所定の駆動信号を出力する第２の信号線ドライバ回路４７、同以下に説明する走査線に、所定の駆動信号を供給する走査線ドライバ回路４９および液晶パネル５１（図１における３）とを含む。

【００３１】液晶パネル５１は、図示しないガラス基板上に、例えば１０２４×３本の信号線５３および７６８本の走査線５５、信号線５３と走査線５５とに接続される薄膜トランジスタ（以下、ＴＦＴと略称する）５７、ＴＦＴ５７に接続される画素電極５９がそれぞれ配列されたアレイ基板と、図示しないガラス基板上に対向電極６１および図示しないカラーフィルタ層がそれぞれ形成された図示しない対向基板とが、互いに図示しない配向膜を介して液晶材料６３を挟持するよう対向配置されたものである。

【００３２】詳細には、液晶パネル５１の信号線５３のうちの奇数番目の信号線は、第１の信号線ドライバ回路４５に電気的に接続され、偶数番目の信号線は、第２の信号線ドライバ回路４７に電気的に接続されており、また各走査線５５は走査パルスを順次出力する走査線ドライバ回路４９に電気的に接続される。

【００３３】液晶コントローラ４３は、図示しない主制御回路から供給されるクロック信号ＣＫＲ（ここでは、５０ＭＨｚとする）、画像データＤＡＴＡ−ＯおよびＤＡＴＡ−Ｅに基づいて、２５ＭＨｚの水平クロック信号ＣＫＨ、水平スタート信号ＳＴＨおよび画像データＤＡＴＡ−ＯおよびＤＡＴＡ−Ｅを、第１および第２の信号線ドライバ回路４３および４５に出力するとともに、垂直クロック信号ＣＫＶおよび垂直スタート信号ＳＴＶを、走査線ドライバ回路４９に出力する。

【００３４】なお、図３ないし図７に示した駆動ＩＣ１１は、上述した第１および第２の信号線ドライバ回路４

３および４５および走査線ドライバ回路４９に対応されることはいうまでもない。

【００３５】

【発明の効果】以上説明したように、駆動ＩＣの平面方向の全域を導体により覆って接地したことにより、駆動ＩＣから発生される高周波ノイズによりＥＭＩレベルが増大することが防止される。また、キャリアテープに駆動ＩＣを固定する際に利用されるダミーバンプと対応して設けられるダミー銅箔パターンを接地することにより、シールド特性が向上する。

【００３６】また、この発明によれば、キャリアテープに用いられるベースフィルムから銅箔パターンが露出する部分の大きさを、所定の間隔で定義された２直線上に千鳥状に配列された開口により設定することで、ＴＣＰ部における銅箔パターンの折り曲げにより銅箔パターンが破断することが防止され、歩留まりが向上する。なお、開口部の大きさおよび個数を最適に設定することにより、折り曲げ領域の折り曲げ半径を小さくでき、ＴＣＰ部分の大きさに影響を与えない。また、フィルムとしての強度も確保できる。従って、工程の低減あるいは歩留まりの向上により、液晶表示装置のコストが低減される。

【図面の簡単な説明】

【図１】この発明の実施の形態が適用される液晶表示装置の一例を示す概略図。

【図２】図１に示した液晶表示装置のパネル駆動回路部の一例を説明する概略図。

【図３】図２に示した液晶表示装置のパネル駆動回路部の駆動ＩＣのマウントの様子を説明する概略図。

【図４】図３に示した駆動ＩＣのマウント状態を示す概略図。

【図５】図３に示した駆動ＩＣのマウント状態を図３に示した背面方向から示す概略図。

【図６】図４に示したＴＣＰ部分の外郭部のベースフィルム２１の特徴を示す概略図。

【図７】図３ないし図５に示した駆動ＩＣのマウントすなわち駆動ＩＣ１１とダミー銅箔パターンの変形例を説明する概略図。

【図８】図１に示した液晶表示装置に利用可能な液晶パネル２１の例を示す概略図。

【図９】従来の駆動ＩＣのマウントの状態を示す概略図。

【図１０】従来の駆動ＩＣのマウントの状態を示す概略図。

【図１１】従来の駆動ＩＣのマウントの状態を示す概略図。

【符号の説明】

１　・・・液晶表示装置、
３　・・・液晶パネル、
５　・・・パネル駆動回路、
７　・・・照明ユニット、
９　・・・電源回路、
１１　・・・駆動ＩＣ、
１２　・・・バンプ、
１３　・・・ダミーバンプ、
２１　・・・ベースフィルム、
２２　・・・接着層、
２３　・・・銅箔パターン、
２４　・・・ソルダーレジスト層、
２５　・・・封止樹脂、
２６　・・・接着層、
２７　・・・全面導体、
２８　・・・入力端子、
２９　・・・回路基板、
３０　・・・ダミー銅箔パターン、
３１　・・・開口。

【図２】

【図３】





-5-



【図7】 【図8】

【図10】 【図11】



フロントページの続き

(72)発明者　大橋　一弘
　　　　　兵庫県姫路市余部区上余部50番地　株式会社東芝姫路工場内

(72)発明者　木村　浩
　　　　　兵庫県姫路市余部区上余部50番地　株式会社東芝姫路工場内