# EXHIBIT 1

   http://www.news.com/

## LCDs poised for prime time

By Ed Frauenheim
http://news.com.com/LCDs+poised+for+prime+time/2100-1041_3-5166007.html

Story last modified Thu Feb 26 14:41:00 PST 2004

**That bulky computer monitor in front of you may soon give way to a svelte display, according to a new report.**

This quarter marks the first time that sales of thin, LCD (liquid-crystal display) monitors will overtake those of traditional cathode-ray tube monitors on a unit basis in the United States, according to research released Wednesday by market tracker DisplaySearch. CRT monitors, typically much heavier and thicker than LCD monitors, have dominated desktops for years.

In another sign of LCD progress, shipments of color LCD screens for mobile phones will outstrip those of monochrome LCD screens this year, research firm iSuppli/Stanford Resources predicted Wednesday.

LCD technology allows for slender panels that can be used in products including digital cameras, notebook computers, desktop computer monitors and televisions.

Worldwide revenue for LCD panels is expected to reach $47 billion in 2004, up 32 percent from last year, according to earlier research from iSuppli. In 2003, the worldwide LCD market rose 27.9 percent to $35.7 billion, the firm said. The jump in revenue this year will be fueled by strong growth in the use of LCD panels in desktop monitors, notebook computers and televisions, which will spark demand for large-size thin-film transistor LCD panels, according to iSuppli.

Wednesday, DisplaySearch predicted that in the second quarter of this year, worldwide sales of LCD monitors will overtake those of CRT monitors for the first time on a unit basis. The firm also reported evidence of demand for larger flat-panel screens. It said 17-inch LCD monitors overtook 15-inch LCD monitors in volume in the United States in the third quarter of last year, with preliminary results indicating they became No. 1 worldwide in the fourth quarter.

Consumers worldwide are quickly adopting color-screen mobile phones, which often integrate digital still cameras, iSuppli/Stanford Resources said. Nearly the entire Japanese market has converted to color screens, and the percentage of usage is "surging" in Korea and Taiwan, according to the firm. Adoption of color

cell phones in other regions, such as North America and Europe, is limited but growing fast, it said.

In 2004, color LCDs will account for 60 percent of mobile-phone display shipments, up from 48 percent last year, according to iSuppli/Stanford Resources. By 2007, the firm expects that color will dominate the market with 89 percent of shipments.

The number of displays is higher than the quantity of mobile phones actually shipped because of the large number of clamshell-design handsets that use two screens, the research firm said.

LCDs face competition from organic light-emitting diode (OLED) display technology, which offers the potential of thinner, less power-hungry displays.

Copyright ©1995-2005 CNET Networks, Inc. All rights reserved.

Case 1:05-cv-00292-JJF    Document 24-2    Filed 11/01/2005    Page 4 of 17

 http://www.news.com/

## Flat panels to outpace CRTs in 2004

By Dinesh C. Sharma
http://ecoustics-cnet.com.com, ecoustics-cnet.com.com/Flat+panels+to+outpace+CRTs+in+2004/2100-1041_3-5161666.html

Story last modified Thu Feb 19 07:51:00 PST 2004

**LCD monitors are set to take top honors on the desktop this year.**

For the first time, global shipments of liquid crystal displays in 2004 will surpass those of cathode ray tube (CRT) units, market research firm IDC said Thursday. The driving force behind the switchover: a surplus of LCD units from Asian gear makers.

The abundance of the flat-panel displays has driven prices into a comfort zone for more and more buyers. Mainstream PC users are being lured to the market as 17-inch displays have dropped below $400, and in some cases $300, IDC said. Prices will decline steadily over the next few years, the researcher said.

By sometime next year, 17-inch LCDs will dominate the market, according to IDC.

By 2007, the number of LCDs shipped will reach 119 million. Developed countries will have almost completely switched over to the slimmer displays by then, and CRTs will be sold primarily in less-developed countries. CRTs will account for 30 million units in 2007, IDC said.

The demand for LCD monitors is going up as manufacturers of desktops, notebooks and television sets make the switch from the venerable CRT design. According to an earlier study by iSuppli, worldwide revenue for LCD panels is expected to reach $47 billion in 2004, up 32 percent from last year.

"There's a universal attraction to these thinner, lighter, less cumbersome displays," Jennifer Gallo, analyst for IDC's displays and projectors service, said in a statement. "Throw out an appealing price point to the masses and you've got a formula for shaking up the marketplace."

Copyright ©1995-2005 CNET Networks, Inc. All rights reserved.

DisplaySearch                                                    Page 1 of 2



**Overview / Current News**

Link: Recent News | All Press Releases

Wednesday, October 5, 2005

**DisplaySearch Upgrades 2H'05 Outlook for the Large-area T[ Markets: July and August Results Point to Stronger than Exp Growth**

AUSTIN, TEXAS, October 5, 2005--DisplaySearch, the worldwide leader in displa and part of The NPD Group, revealed in its first *DisplaySearch Quarterly Wei* July and August shipment results, calendar Q3'05 was a much stronger quarter LCD supply chain. Stronger than expected demand from all large-area applicatic large-area TFT LCDs as well as numerous components such as glass substrates, leading to higher than expected margins, profits and revenues for the entire fla

Based on actual July and August panel shipments by application for Korean and 86% of the notebook PC panel market, 90% - 92% of the LCD monitor panel n panel market, DisplaySearch now estimates that Q3'05 large-area TFT LCD reve Y/Y to a record $12.1B. This represents an upward revision of approximately $1 August:



AN NPD GROUP COMPANY

- Notebook PC panel shipments are on track for 21% Q/Q unit growth. Ba results, 2005 notebook PC shipments should approach 60M units worldv
- LCD monitor panel shipments are poised for 10% Q/Q unit growth, 5% which would boost the combined LCD monitor/LCD PC market to over 1'
- LCD TV panel shipments are expected to rise 28% Q/Q. Based on the h LCD TV shipments are now expected to exceed 20M units worldwide.

The October 3 webinar covered the entire flat panel display supply chain, rangir into each fab to weekly US TV sell-through and weighted average TV prices, lev NPD Group. No other display market research company can offer this type of er Additional highlights from the 100-slide presentation included:

- An optimistic TFT LCD demand scenario was compared with TFT LCD su forecasts. It modeled higher unit demand as well as a size mix favoring LCD TV market would be CCFL-limited from 2007-2009 based on curren number of LCD TV panels quantified.
- Corning's glass substrate share reached a record high 60% in Q2'05 wit 74%. The glass substrate market was also projected on an area and $U optimistic demand conditions through 2009. Based on the latest Q3'05 r through the remainder of 2005 and under optimistic conditions will rema
- The TFT LCD and PDP fab schedules were provided through mid-2008 w investments shown and an additional investments on the Watch List. If the 2006 equipment market would be up 19% Y/Y. On the other hand, potentially reduce the 2006-2007 equipment market by up to $1.1B wit already delaying one investment by six months.
- The mobile phone display market is experiencing intense price competiti display price expected to fall by 31% from Q4'04 to Q4'05 despite signi penetration. As a result, small/medium TFT LCD units are expected to r

DisplaySearch                                                                Page 2 of 2

- small/medium TFT LCD revenues. Units, revenues and growth are proje‹ TFT LCD applications.
- Panel supplier and brand share is provided for the mobile phone, noteb‹ with inventory estimated in LCD monitors and LCD TVs.
- Sell-through share is provided for the US TV market by size category b) 9/17. Volume weighted average prices are also provided with large flat declines over the past 12 months at up to 52%.
- At 37"-42" PDP TVs, HD overtook ED for the first time in the week endi
- Pre-tax profit margins for commodity monitor panels are expected to re. LCD suppliers in Q3'05, up from -12% to +2% in the 1H'05.
- Long-term forecasts are also provided for flat panel display revenues, T application, size mix, supply/demand, component supply, panel pricing,

The slides and Webex stream from the first *DisplaySearch's Quarterly Webir* With one easy click to download, you will be able to watch and listen to this co your own desk. To order online for only $545, please visit: www.displaysearch.‹ at 512-459-3126 x107 or kendra@displaysearch.com.

**About DisplaySearch**

DisplaySearch has a core team of 31 employees located in North America and ⁄ market forecasts, technology assessments, surveys, studies and analyses, and t events worldwide. Headquartered in Austin, Texas, DisplaySearch has regional ‹ Houston, Kyoto, San Diego, San Jose, Seoul, Shenzhen, Taipei and Tokyo, and www.displaysearch.com.

**About the NPD Group Inc.**

Since 1967 The NPD Group has provided reliable and comprehensive consumer range of industries. Today more than 1,400 manufacturers and retailers rely on their customers, product categories, distribution channels and competition in or‹ Information from The NPD Group is available for the following major vertical se: automotive, beauty, consumer electronics, food and beverage, foodservice, foot housewares, imaging, information technology, music, software, travel, toys, vid‹ information visit www.npd.com.

Click here for all press releases

THE WORLDWIDE LEADER IN DISPLAY MARKET RESEARCH AND

© 2005

# EXHIBIT 2

# THE KOREA TIMES

hankooki.com

## LG Targets Global Top 3 Electronics

By Bae Keun-min
Staff Reporter

LG Group unveiled an ambitious plan to become the global top 3 electronic, information and telecommunication company by 2010.

As part of the target, the Group will invest 30 trillion won in research and development (R&D) over the next six years, while doubling its staff to 30,000.

About 60 top executive officers of LG Group companies, including LG chairman Koo Bon-moo, LG Electronics vice chairman Kim Ssang-su and LG Philips LCD vice chairman Koo Bon-joon, concluded the long-term objectives in a meeting on Wednesday at the LG Production Engineering Research Center in Pyongtaek, Kyonggi Province.

LG will spend 2.3 trillion won on R&D in the electronics sector this year, up 21 percent from last year. It will keep expanding the R&D volume to 4 trillion won in 2007 and more than 6 trillion won in 2010, totaling 30 trillion won in R&D by 2010 to secure technological competitiveness.

At the same time, LG will increase R&D staff from the current 14,000 to 24,000 in 2007 and 30,000 in 2010.

LG Electronics aims to become the third largest mobile handset maker by establishing grounds at the global standard for mobile communication networks in an early stage with its high-end code division multiple access technologies.

LG plans to make an inroad into the digital television markets of advanced nations such as North America in earnest, based on core technologies in chip and software making.

In the flat-panel display market, where the competition has become even more intense, LG Philips LCD will endeavor to maintain its leadership with aggressive investment in liquid crystal displays and plasma display panels and in next-generation products such as organic light-emitting diodes, the group said.

LG will spend more than 60 percent of its R&D budget for such stressed businesses as mobile handsets, digital television and flat-panel displays.

**Headlines**
- Goh Kun Leads Presidential Aspirants
- Public Wants Greater Independence From US
- Public Wants Greater Independence From US
- President Expects KT to Play Active Role During APEC in Pusan

For R&D in new and futuristic business fields, including home networking, car infotainment and mobile audio and video equipments, 300 billion won will be projected only this year.

``Under uncertain business environments, core technological powers must secure continuous growth. We have decided to keep expanding R&D focusing on businesses with growth potentials,'' an LG official said.

kenbae@koreatimes.co.kr

05-12-2004 19:09

About the Times | Privacy Policy | Terms of Service | Subscription | Media Kit
Copyright© Hankooki.com All rights reserved. E-mail to **webmaster**

# EXHIBIT 3



# EXHIBIT
# 4



# EXHIBIT 5

Tatung Co. Company Profile - Yahoo! Finance                                      Page 1 of 2

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page                Search the Web [    ] [Search]

 Sign In   New User? Sign Up                Finance Home - Help   

Wednesday, October 26 2005 2:20pm ET - U.S. Markets close in 1 hour and 40 minutes.

Welcome [Sign In]                                                    To track stocks & more, Register

## Industry Center - Diversified Electronics            Brought to you by: 

Industry Center > Diversified Electronics > Tatung Co. Company Profile

**More On This Industry**

- Summary
- News
- Leaders & Laggards
- Company Index
- Industry Browser

**Related Industries**

- Scientific & Technical Instruments
- Semiconductor - Broad Line
- Semiconductor - Integrated Circuits
- Semiconductor - Specialized
- Semiconductor Equipment & Materials
- Semiconductor Equipment & Materials
- Semiconductor- Memory Chips

**Top Industries**

- Auto Manufacturers - Major
- Biotechnology
- Business Software & Services
- Chemicals - Major Diversified
- Communication Equipment
- Conglomerates
- Diversified Computer Systems
- Diversified Investments
- Diversified Utilities
- Drug Manufacturers - Major
- Electric Utilities
- Food - Major Diversified
- Industrial Metals & Minerals
- Major Airlines
- Major Integrated Oil & Gas
- Money Center Banks
- Property & Casualty Insurance
- Semiconductor - Broad Line

**Tatung Co. Company Profile**

This company can make sure you stay connected, stay cool, and cook a perfect bowl of rice. Tatung manufactures computer products (PCs, servers, monitors, workstations), appliances (air conditioners, refrigerators, rice cookers), industrial goods (cable and wire, transformers, motors), and medical devices (blood pressure monitors, electrical massage devices, thermometers). The company also offers product development, prototyping, and logistics services. The family-run company maintains a close relationship with Tatung University and Tatung Senior High School, institutions endowed by Tatung's founder, Shan-Chih Lin.

*Need more? Get additional in-depth company and industry information from Hoover's Online.*

**Contact Information**

Address:  22 Chungshan North Rd., Sec. 3
          Taipei, Taiwan
Phone:    +886-22-592-5252
Fax:      +886-22-592-1813

**Financial Highlights**

Fiscal Year End:        December

**Key People**

- Chairman: Lin Tingsheng
- President: Lin Weishan
- Marketing Director: Greg Hwang

**Subsidiaries & Affiliates**

- Tatung Company of America, Inc.

**Industry Information**

Sector: Technology
Industry: Diversified Electronics

**Top Competitors**

- General Electric Company (GE)
- Matsushita Electric Industrial Co., Ltd. (MC)
- Sony Corporation (SNE)

Tatung Co. Company Profile - Yahoo! Finance                                                                 Page 2 of 2

- Telecom Services - Domestic
- Tobacco Products, Other

**Complete Industry List...**


POWERED BY
HOOVERS

Need more? Get unbiased, in-depth information on public and private companies worldwide.

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy
Industry information © 2005 Hemscott Americas All Rights Reserved. Company information © 2005 Capital IQ All Rights Reserved. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. Industry profile © Hoover's, Inc. All rights reserved. Top-Ranked Analyst information © 1999-2005, StarMine Corp. All rights reserved. Data and Information is provided for informational purposes only, and is not intended for trading purposes. Neither Yahoo! nor any of its data or content providers (such as Capital IQ, Hemscott, CSI and exchanges) shall be liable for any errors or delays in the content, or for any actions taken in reliance thereon. By accessing the Yahoo! site, a user agrees not to redistribute the information found therein.
Questions or Comments?