# EXHIBIT 6

TATUNG




## We Serve The World

Founded in 1918 & headquartered in Taiwan, Tatung Company (www.tatung.com) is a worldwide leader in the design and manufacturing of a vast array of digital consumer products, including consumer PCs, LCD TVs PDPs, network-connected devices, storage-based media players, videophones and home appliances. Tatung also delivers advanced products for business computing, such as Tablet PCs, blade servers and wireless thin clients. For industrial products, Tatung has well-established power and energy businesses.

By capitalizing on the advantages of vertical integration, Tatung makes full use of the supply of key components such as flat-panel displays and digital tuners from its many subsidiaries located across the globe. In order to sustain strong, long-term growth, Tatung is particularly focused on the development of advanced technologies and global network of operations. With its overseas branches spreading across 12 countries, Tatung is in a solid position to deliver products more efficiently and fulfill customer services more effectively.

copyright 1997,1998 Tatung Co. All rights reserved.









What's New About TATUNG Worldwide Offices Product Overview







- Computer
  - Server
  - Tablet PC
  - Notebook PC
- Monitor
- IA & Wireless Product
  - Smart Display
  - WebPad
  - WLAN product
  - WLAN Test Analyzer
  - Antennas




- TV
  - LCD TV
  - Plasma TV
- Air Conditioner
- Household Appliance

Industrial Product

- Heavy Electric Apparatus: Transformer, Switch Gear, Varnish, System & Service Engineering
- Optical Fiber, Copper Rod, Telecom, Magnet Wire, Cable & Components
- Hermetic Motor Compressor
- Motor, Power Generator, Machine Tool, Escalator, & Elevator
- Heavy Electric System Engineering

copyright 1997~2003 Tatung Co. All rights reserved.

# Products of TATUNG Display BU

MONITOR

**Series**

- L5CTS
- L15CCAT
- L17AMTN
- L17CMAT
- L19AMTN
- L19CMAT




**View Products** Tatung Monitor



L5CTS

Tatung 15" TFT LCD
1024 x 768 (75HZ)
262,144 Colors

View More

---



L15CCAT

Tatung 15" TFT LCD
1024 x 768 (75Hz)
262,144 Colors

View More

---



L17AMTN

Tatung 17" TFT LCD
1280 x 1024 (75Hz)
16.7 million Colors

View More

---



L17CMAT

Tatung 17" TFT LCD
1280 x 1024 (75Hz)
16 million Colors

View More

---



L19AMTN

Tatung 19" TFT LCD
1280 x 1024 (75Hz)
16.7 million Colors

View More

---



L19CMAT

Tatung 19" TFT LCD
1280 x 1024 (75Hz)
16.7 million Colors

View More

We Serve Your Life Well..................2003.7.28..........

Experience Up to Date Tatung Disply Series
CRT / LCD Monitors, LCD / Plasma Multomedia Display
Vision Evolution
Display Business Unit

View Other Products / LCD-MD/ PDP



# Products of TATUNG Display BU

**MONITOR**





Features

- 17" TFT LCD panel
- 16.7 million colors
- Resolution:1280 x 1024
- Weight (net):5.4 Kg

**L17AMTN**

Click to enlarge picture ▶▶▶

| Products Item | Specifiction |
|---|---|
| Screen Size | 17" TFT LCD panel |
| Display Area | 337.9 mm (H) x 270.3 mm (V) |
| Pixel Pitch | 0.264mm(H) x 0.264mm(V) |
| Display Colours | 16.7 million |
| Contrast Ratio | 500:1 (typical) |
| Luminance | 250 cd/m2 (typical) |
| Viewing Angle | -85°~85° (H); -85° ~ 85° (V) |
| Input Signal | Analog (D-sub 15 pin detachable cable) |
| Scanning Frequency | fH : 31.5 kHz ~ 80 kHz<br>fV : 56 Hz ~75 Hz |
| Resolution Max. | 1280 x 1024 (75 Hz) |
| Recommended | 1280 x 1024 (60 Hz) |
| Power Input | 100V ~ 240V, 50/60Hz (external AC adapter) |
| Power Consumption | < 45W |
| 4 User Keys with OSD digital control | Power, Select, Up(+), Down(-) |
| PnP Compatibility | DDC 2B |
| Monitor Tilt | Forward: 5°, Backward: 20° |
| Panel Mounting Interface | VESA Mounting Standard, 100mm x 100mm |
| Weight (net) | 5.4 Kg |
| Dimension (W x H x D) | 403 mm x 387.5 mm x 192 mm |

We Serve Your Life Well..................2003.7.28..........Last Update

Experience Up to Date Tatung Disply Series
CRT / LCD Monitors, LCD TVs, Plasma TVs
Vision Evolution
Display Business Unit

# Products of TATUNG Display BU

## MONITOR





L17CMAT

Click to enlarge picture ▸▸▸

Features

- 17" TFT LCD panel
- 16 million colors
- Resolution:1280 x 1024
- Weight (net):5.0 Kg

| Products Item | Specifiction |
|---|---|
| Screen Size | 17" TFT LCD panel |
| Display Area | 337.9 mm (H) x 270.3 mm (V) |
| Pixel Pitch | 0.264 mm (H) x 0.264 mm (V) |
| Display Colours | 16 million |
| Contrast Ratio | 400:1 (typical) |
| Luminance | 280 cd/m2 |
| Viewing Angle | -80°~80 ° (H); -65° ~ 75° (V) |
| Input Signal | Analog (D-sub 15 pin detachable cable) |
| Scanning Frequency | fH : 31.5 kHz ~ 80 kHz<br>fV : 56 Hz ~75 Hz |
| Resolution Max. | 1280 x 1024 (75 Hz) |
| Recommended | 1280 x 1024 (60 Hz) |
| Power Input | 100V ~ 240V, 50/60Hz (external AC adapter) |
| Power Consumption | < 45W |
| 4 User Keys with OSD digital control | Power, Select, Up (+), Down (-) |
| PnP Compatibility | DDC 2B |
| Monitor Tilt | Forward: 5°, Backward: 20° |
| Panel Mounting Interface | VESA Mounting Standard, 100mm x 100mm |
| Audio Output | 1 W + 1 W (rms) |
| Weight (net) | 5.0 Kg |
| Dimension (W x H x D) | 403mm x 382.5mm x 192mm |

We Serve Your Life Well..................2003.7.28..........Last Update

Experience Up to Date Tatung Disply Series
CRT / LCD Monitors, LCD TVs, Plasma TVs
Vision Evolution
Display Business Unit

# Products of TATUNG Display BU

LCD Multimedia Display

PAL/SECAM & NTSC System

| | | | |
|---|---|---|---|
| TV Function | TV Standard (CCIR) | B/G, D/K, I and L/L'(Multi-Europe) | |
| | Color System | PAL/SECAM | |
| | Sound System | NICAM/A2(IGR) | |
| | Teletext | 10 Pages(FLOF/TOP) | |
| Video I/O | Video Color System | PAL/SECAM/NTSC | |
| | AV1 (In/Out) | 21-Pin Scart(RGB & Composite)x1 | |
| | AV2 (In) | Video(Composite) | Audio L/Rx1 |
| | | S-Video | |
| | | YCbCr & YPbPr(480i, 480p) | |

Series

- V27DMBX
- V32FLBB
- V30DMTT
- V30CMTT
- V30CMTT-U02
- V17CFAT
- V17AFTW
- V20CAAT
- V23CLTT
- V27CMTT

View Products Tatung LCD Multimedia Display



V27DMBX

Tatung 27" LCD Multimedia Display








V32FLBB

Ta View Other Products / MONITOR / PDP






V30DMTT

Tatung 30" LCD Multimedia Display

US. Spec. EU. Spec.



V30DMTT-U02

Tatung 30" LCD Multimedia Display

US. Spec. EU. Spec.



V30CMTT

Tatung 30" LCD Multimedia Display

US. Spec. EU. Spec.



V17AFTW

Tatung 17" LCD Multimedia Display

US. Spec. EU. Spec.



V17CFAT

Tatung 17" LCD Multimedia Display

US. Spec. EU. Spec.



Tatung 20" LCD Multimedia Display

V20CAAT

US. Spec. EU. Spec.

Tatung 23" LCD Multimedia Display

V23CLTT

US. Spec. EU. Spec.

Tatung 27" LCD Multimedia Display

V27CMTT

US. Spec. EU. Spec.

We Serve Your Life Well..................2005.05..........

Experience Up to Date Tatung Disply Series
CRT / LCD Monitors, LCD /Plasma Multimedia Display
Vision Evolution
Display Business Unit

# Products of TATUNG Display BU

Plasma Display

PAL/SECAM & NTSC System

| | | | |
|---|---|---|---|
| TV Function | TV Standard (CCIR) | B/G, D/K, I and L/L'(Multi-Europe) | |
| | Color System | PAL/SECAM | |
| | Sound System | NICAM/A2(IGR) | |
| | Teletext | 10 Pages(FLOF/TOP) | |
| Video I/O | Video Color System | PAL/SECAM/NTSC | |
| | AV1(In/Out) | 21-Pin Scart(RGB & Composite)x1 | |
| | Av2 (In) | PAL/SECAM/NTSC | Audio L/R x1 |
| | | S-Video | |
| | | YCbCr & YPbPr(1080i,480p) | |

Series

- P50BSAT-UM2
- P50BSAT-U02
- P42HSMT-U02
- P42BSMT
- P42BSTT
- P46ACTP
- P46CCWV
- P50BSTT
- P63BSTT

View Products — Tatung Plasma Display



P50BSAT-UM2

Tatung 50" Plasma Display
1366 × 768 (WXGA)
16:9

View Other Products / MONITOR / LCD-MD



P50BSAT-U02

Tatung 50" Plasma Display
1366 × 768 (WXGA)
16:9

View More▸▸▸

---



P42HSMT-U02

Tatung 42" Plasma Display
1024 x 768 (XVGA)
16:9

View More▸▸▸

---



P42BSMT

Tatung 42" Plasma Display
852 x 480 (WVGA)
16:9

View More▸▸▸

---



P42BSTT

Tatung 42" Plasma Display
852 x 480 (WVGA)
16:9

View More▸▸▸

---



P46CCWV

Tatung 46" Plasma Display
852 x 480 (WVGA)
16:9

View More▸▸▸

---



P46ACTP

Tatung 46" Plasma Display
852 x 480 (WVGA)
16:9

View More▸▸▸

---

Tatung 50" Plasma Display
1366 x 768 (WXGA)

16:9

View More▸▸▸

P50BSTT

---



P63BSTT

Tatung 63" Plasma Display
1366 x 768 (WXGA)
16:9

View More▸▸▸

We Serve Your Life Well..................2003.7.28...........

Experience Up to Date Tatung Disply Series
CRT / LCD Monitors, LCD / Plasma Multimedia Display
Vision Evolution
Display Business Unit

# Products of TATUNG Display BU

LCD Multimedia Display



V27DMBX

Features

- 27" TFT-LCD Panel
- High Contrast/Brightness
- PIP function
- Multimedia: TV, S-Video, CVBS, EDTV, PC, CVBS output

US. Spec. | EU. Spec. | Back

| Products Item | Specification | |
|---|---|---|
| Panel | Screen Size | 27" TFT-LCD Panel |
| | Aspect Ratio | 16:9 |
| | Resolution | 1280 x 720 (WXGA) |
| | Display Area(Opening) | 597mm x 336mm |
| | Pixel Pitch | 0.46mm x 0.46mm |
| | Display Colors | 16,777,216 colors |
| | Contrast Ratio | 500:1 (typ.) |
| | Brightness (Center) | 500 cd/m2 (typ.) |
| | Viewing Angle | Hor = 170°(Typical) Ver = 170°(Typical) |
| | Response Time | Tr = 15ms (typ.) Tf = 10ms(typ.) |
| TV Function | Broadcasting System | NTSC, M/N |
| | Receiving Channel | PLL 181Ch, CATV 125CH |
| | Sound System | MTS + SAP |
| | DATA Broadcasting | Close Caption, V-Chip |
| Video Input | Composite Signal | CVBS |
| | Y, C Signal | S-Video |
| | Component Signal | Y, Pb/Pr (HDTV Ready) |
| PC Input | Signal Connection | DVI - 129 Pin |
| | PnP Compatibility | DDC / 2B |
| | Scanning Frequency | fH=31.5 - 60 KHz / fV=56 - 75Hz |
| | Recommended | 1024 x 768 (60Hz) |
| | Digital Compliant | DVI 1.0 / HDCP 1.1 |
| | HDTV Ready (via D-Sub 15Pin) | 720P, 1080i |
| Audio Input | Audio 1 | CVBS & S-Video x 1 |
| | Audio 2 | Y, Pb/Pr x 1 |
| | Audio 3 | PC x 1 |
| Video Output | Video out (TV Only) | RCA-Jack x 1 |
| Audio Output | Speaker (Build-in) | 10W + 10W(rms) @ THD < 10% |
| | Headphone | Headphone Mini-jack (3.5ϕ) |
| | Line Out | RCA - jack (L/R) |
| | Subwoofer Out | RCA - jack |
| Feature | OSD Language | English, French, German, Spanish, Chinese |
| | Function Keys | Power, Source, Menu, Up/Down (Channel), +/- (Volume), Aspect. |
| | Video Performance | PIP, VOV, 3D De-interlace, 3D Comb-filter, 3D De-interlace, Aspect Ratio Control(ARC), Auto Picture Control. |

| | | |
|---|---|---|
| | Audio Performance | Equalizer, Subwoofer, Auto Volume, Control (AVC) |
| | Other Control | Sleep Timer, Auto Power Off. |
| Power | Power Supply | AC 100V ~ 240V, 50 / 60Hz |
| | Power Consumption | < 140 W |
| Panal Title | Forwards / Backwards | - 5° / + 10° |
| Dimension | W x H x D | 841 x 500 x 267 |
| Weight (net) | w/o Accessories | 14.5 kg(ref.) |
| Accessories | Remote controller, Batteries, AC power cord | |

We Serve Your Life Well..................2005.05..........Last Update

Experience Up to Date Tatung Disply Series
CRT / LCD Monitors, LCD / Plasma Multimedia Display
Vision Evolution
Display Business Unit








What's New About TATUNG Worldwide Offices Product Overview




Organization
Philosophy
History

# Organization

## Major Overseas Subsidiaries

Major Factories
Major Domestic Subsidiaries
Organization Chart

| | | |
|---|---|---|
| TATUNG (U.K.) LTD. | TEL:(01952)290111<br>FAX:(01952) 2900390 | Monitors, PCs and TV sets |
| Tatung Netherlands B.V. ( Nijmegen, Netherlands) | TEL:31(024) 3287200<br>FAX:31(024) 3287211 | Desktop PCs, workstations, servers, digital information peripherals |
| Tatung Mexico S.A. de C.V. | Tel: 52-16-490001<br>Fax: 52-16-331775 | Desktop PCs, monitors |
| TMX Technologies, Inc. | TEL: +1-503-645-8340<br>FAX: +1-503-645-0140 | • WebPads<br>• Tablet PCs<br>• Wireless Products<br>*WiRange Test Analyzer<br>*Directional Antenna<br>*Embedded Antenna<br>• Smart Display<br>• Multimedia solutions |
| TATUNG CO. OF AMERICA, INC. | TEL: (310)637-2105<br>FAX: (310)637-8484 | Monitors, PCs and home appliances |
| TATUNG Science and Technology, Inc. | Tel: (800)-659-5902<br>(510)5687-9688<br>Fax:(510)687-9588 | SPARC compatible workstations and servers |
| TATUNG Electric Co. of Amrica, Inc. | Tel:(714)838-3293~4<br>Fax:(714)838-3295 | Heavy-industry products |
| Tatung Telecom Corporation (Mountain View, California, USA) | Tel: (408)486-9898<br>Fax: (408)486-6066 | Electronic-commerce pay system, smart IC telephones, pay phones |
| TATUNG CO. OF CANADA, INC. | TEL: 905-770-6211<br>FAX: 905-770-6212 | PCs and home appliances |
| TATUNG INFORMATION TECHNOLOGY (JIANGSU) CO., LTD. | TEL: (0512)3401328<br>FAX: (0512)3401368 | Monitors and PCs |
| TATUNG HOME APPLIANCES (WUJIANG) CO., LTD. | TEL: (0512)3403328<br>FAX: (0512)3403329 | Home appliances |
| TATUNG ELECTRONICS (WUJIANG) CO., LTD. | TEL:(0512)3403328<br>FAX:(0512)3403329 | TV sets |
| TATUNG (SHANGHAI) CO., Ltd. | Tel:(021) 64272907~9<br>Fax:(021)64272910 | AC motors, DC motors, AC generators, diesel engine generators, variable speed motors, inverters, PLCs |

| | | |
|---|---|---|
| FDK TATUNG (THAILAND) Co., Ltd. | TEL:(038)213169<br>FAX:(038)213168 | Ferrite cores for deflection yokes, generators, rotary transformer core |
| TATUNG (THAILAND) CO., LTD. | TEL: (038)743411<br>FAX: (038)743412 | Color TV sets and computer monitors |
| TATUNG WIRE AND CABLE (THAILAND) CO., LTD. | TEL: (038)743411<br>FAX: (038)743412 | Magnet wire, tin-plated copper wire |
| TATUNG CO. OF JAPAN, INC. | TEL: (03)3545-2969<br>3545-2205<br>FAX: (03)3545-3155 | Selling Tatung products and purchasing materials and parts |
| TATUNG LIAISON OFFICE, ROK | TEL: (02)718-7137<br>718-8970<br>FAX: (02)718-1825 | Selling Tatung products and purchasing materials and parts |
| TATUNG ELECTRONICS (SINGAPORE) PTE. LTD. | TEL: 2656526<br>2655297<br>FAX: 2687404 | Selling Tatung products and purchasing materials and parts |
| TATUNG CO. HONG KONG OFFICE | TEL: (852)27781386<br>FAX: (852)27846233 | Selling Tatung products and purchasing materials and parts |
| Chunghwa Picture Tubes,(UK) Ltd. | Tel:44-1698-838888<br>Fax:44-1698-838899 | 14-inch TV tubes, 17-inch display tubes |
| Chunghwa Picture Tubes (Malaysia) SDN. BHD. | Tel:60-3-7355055<br>Fax:60-3-7303507 | 14-inch, 15-inch, 17-inch display tubes, 14-inch,20-inch,21-inch color tubes |
| Chunghwa picture Tubes (Malaysia) SDN. BHD. Kampar Plant | Tel:60-5-4665246<br>Fax:60-5-4665249 | Color electron guns, bead glass |
| Makolin Electronics (Malaysia) SDN. BHD. | Tel:60-5-4665780<br>Fax:60-5-4665688 | Deflection yokes for color tubes |
| Chunghwa Picture Tubes (Fuzhou) Ltd. | Tel:86-591-3971357<br>Fax:86-591-3970489 | 14-inch, 15-inch color display tubes, monochrome tubes, color electron guns, monochrome electron guns |

¡@

# EXHIBIT
# 7




Quick Find

PRODUCTS & SERVICES

# Products

Tatung's wide range of technologically advanced & best-in-class products delivers exceptional and competitive customer and partnership value for homes and business enterprises.

- Monitors
- Consumer Appliances
- Lodging Products
- LCD TV
- Plasma TV/Monitor
- Specialty PC
- Security Products

Monitors Consumer Appliances Lodging Procucts LCD TV Plasma TV Speciality PC Security Products

Products Services

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME

TATUNG COMPANY OF AMERICA, INC.

Quick Find



PRODUCTS & SERVICES

## Monitors

- PC Monitors
- Touch Screen
- Open Frame



PC Monitors Touch Screen Monitors Open Frame Monitors

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME

TATUNG COMPANY OF AMERICA, INC.

Quick Find

PRODUCTS & SERVICES

# PC Monitors

Tatung manufactures a full range of CRT and LCD Color Monitors to satisfy the requirements of a diverse range of product markets. Entry level and high specification models designed for consumer, business and professional markets are readily available.

Tatung monitors comply with worldwide standards for safety, EMC and ergonomics; including MPR II and TCO. Zero defect is the quality target for every single monitor produced, providing an assurance of outstanding performance.



CRT LCD Contacts

PC Monitors Touch Screen Monitors Open Frame Monitors

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME

TATUNG COMPANY OF AMERICA, INC.

Quick Find



PRODUCTS & SERVICES

## LCD Monitors




15" LCD Monitor





- 1024 x 768
- 16.7 million colors
- 250 nits
- More

17" LCD Monitor



- 1280 x 1024
- 16.7 million colors
- 260 nits
- More

19" LCD Monitor



- 1280 x 1024
- 16.7 million colors
- 250 nits
- More

CRT LCD Contacts

PC Monitors Touch Screen Monitors Open Frame Monitors

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME




Quick Find

PRODUCTS & SERVICES

## LCD Monitors

**telart**

15" LCD Monitor

- 1024 x 768
- 16.7 million colors
- 250 nits
- More

17" LCD Monitor

- 1280 x 1024
- 16.7 million colors
- 260 nits
- More

19" LCD Monitor

- 1280 x 1024
- 16.7 million colors
- 250 nits
- More

CRT LCD Contacts

PC Monitors Touch Screen Monitors Open Frame Monitors

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME

TATUNG COMPANY OF AMERICA, INC.

Quick Find



PRODUCTS & SERVICES

# Telart 15" LCD Monitor



| | |
|---|---|
| **Model Number** | LT15A |
| **Type** | 15.0" TFT ACtive Matrix LCD display |
| **Viewing Angle** | H:120°, V:100° |
| **Contrast Ratio** | 400 : 1 (Typical) |
| **Brightness Response** | 250 (Typical) |
| **Time (Tr+Tf)** | 16 ms |
| **Display Colors** | 16.7M colors |
| **Max Resolution** | 1024 x 768 (XGA) |
| **Pixel Pitch** | 0.297mm(H) x 0.297mm(V) |
| **PC** | Up to 1024 x 768@75Hz (Non-interlaced) |
| **RGB Analog** | D-sub 15-pin |
| **Video In** | S-Video, RCA jack (optional) |
| **Audio** | Stereo Phone Jack, RCA-Jack (L/R) (optional) |
| **Power** | 12V/DC Power Jack |
| **Internal Speaker** | 2W x 2 (Stereo) |
| **Temperature** | 0°C - 45°C |
| **Air Humidity** | 20% - 80% R.H. |
| **(W x H x D)** | 13.9"(H)x14.8"(W)x2.3"(D) |

The Telart LT15A monitor is a new design aimed at financial, medical and logistic markets. It emits almost no magnetic radiation, and has a significantly reduced footprint, low power consumption, high-resolution capabilities and superior image quality to deliver the most comfortable

display.

Click here for complete product specifications

| | |
|---|---|
| **Net Weight** | 9.0 lbs. |
| **Composite Video** | Optional |

*Specifications subject to change without prior notice.*

CRT LCD Contacts

PC Monitors Touch Screen Monitors Open Frame Monitors

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME




Quick Find



PRODUCTS & SERVICES

# Telart 17" LCD Monitor



| | |
|---|---|
| Model Number | LT17A |
| Type | 17" screen (17" viewable image) |
| Viewing Angle | H:140°, V:125° |
| Contrast Ratio | 400 : 1 (Typical) |
| Brightness Response | 260 (Typical) |
| Time (Tr+Tf) | 16 ms |
| Display Colors | 16.7M colors |
| Max Resolution | 1280 x 1024 (SXGA) |
| Pixel Pitch | 0.264mm(H) x 0.264mm(V) |
| PC | Up to 1280 x 1024@75Hz (Non-interlaced) |
| RGB Analog | D-sub 15-pin |
| Video In | S-Video, RCA jack (optional) |
| Audio | Stereo Phone Jack, RCA-Jack (L/R) (optional) |
| Power | 12V/DC Power Jack |
| Internal Speaker | 2W x 2 (Stereo) |
| Temperature | 0°C - 45°C |
| Air Humidity | 20% - 80% R.H. |
| (W x H x D) | Physical 17.2"(H)x17.1"(W) |

The Telart LT17A monitor is a new design aimed at financial, medical and logistic markets. It emits almost no magnetic radiation, and has a significantly reduced footprint, low power consumption, high-resolution capabilities and superior image quality to deliver the most comfortable display.

Click here for complete product specifications

| | |
|---|---|
| | x2.3"(D) |
| **Net Weight** | 11.2 lbs. |
| **Composite Video** | Optional |

*Specifications subject to change without prior notice.*

CRT LCD Contacts

PC Monitors Touch Screen Monitors Open Frame Monitors

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME




Quick Find



PRODUCTS & SERVICES

# Telart 19" LCD Monitor



| | |
|---|---|
| **Model Number** | LT19A |
| **Panel Type** | 19.0" TFT Active Matrix LCD Display |
| **Pixel Pitch** | 0.294mm(H) x 0.294mm(V) |
| **Max. Resolution** | 1280 x 1024 (SXGA) |
| **Display Color** | 16.7 million (Typical) |
| **Brightness** | 250 cd/m2 (Typical) |
| **Contrast Ratio** | 600:1 (Typical) |
| **Response Time** | 25 ms (Typical) |
| **Viewing Angle** | H:170 \| V:170 (Typical) |
| **Frequency** | FH:30 - 79KHs/FV:56 - 75Hz |
| **Speakers** | 2W x 2 (Stereo) |
| **RGB Analog / DVI Input** | D-sub 15 pin / DVI-D |
| **Video In** | Composite video (optioanl (AV) and S-video |
| **Audio** | Stereo phone jack (L/R) |
| **DPF (Digital Photo Frame)** | CF/Micro drive/SM/SD/MMC/MS/MS PRO |
| **Power Saving Management** | VESA DPMS, EPA energy star |



The Telart LT19A monitor is a new design aimed at financial, medical and logistic markets. It emits almost no magnetic radiation, and has a

significantly reduced footprint, low power consumption, high-resolution capabilities and superior image quality to deliver the most comfortable display.

Click here for complete product specifications

| | |
|---|---|
| **Plug & Play** | DDC1/DDC2B compliant |
| **Regulation (Certification)** | CE, FCC, VCCI, BSMI, UL/CUL |
| **Operating Environment** | Temperature 0°C - 45°C<br>Air humidity 20% - 80% RH |
| **Power Supply** | 100-240V, 50/60Hz (universal) via external AC adapter |
| **Power Consumption** | Active<48W max / Standby<3W |
| **Dimensions** | 18.2"(H)x17.2"(W)x2.5"(D) |
| **Weight** | 14.6 lbs. |

*Specifications subject to change without prior notice.*

CRT LCD Contacts

PC Monitors Touch Screen Monitors Open Frame Monitors

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME

TATUNG COMPANY OF AMERICA, INC.

Quick Find

PRODUCTS & SERVICES

## LCD Monitors

**telart**

15" LCD Monitor

- 1024 x 768
- 16.7 million colors
- 250 nits
- More

17" LCD Monitor

- 1280 x 1024
- 16.7 million colors
- 260 nits
- More

19" LCD Monitor

- 1280 x 1024
- 16.7 million colors
- 250 nits
- More

CRT LCD Contacts

PC Monitors Touch Screen Monitors Open Frame Monitors

CORPORATE INFO PRODUCTS & SERVICES PARTNERS SUPPORT HOME



Quick Find



SUPPORT CENTER

# Product Support

If you have purchased your product from Tatung Company of America, for Customer Service, please co us through the following phone numbers or e-mails. For all other Tatung sites, please contact Tatung lo offices in your area: Other Tatung Websites.

**Tatung Company of America:**

**Main phone number: 1 (800) 827-2850 or (310) 637-2105**

1. **PC**

| | | |
|---|---|---|
| Technical Support | Extension: 873/821 | e-mail: techsupport@tatungusa.co |
| Parts & Repair Service | Extension: 875 | e-mail: info@tatungusa.com |

2. **PC Monitor**

| | | |
|---|---|---|
| Technical Support | Extension: 216 | e-mail: lchen@tatungusa.com |
| Parts & Repair Service | Extension: 875 | e-mail: info@tatungusa.com |

3. **Touch Screen Monitors**

| | | |
|---|---|---|
| Technical Support | Extension: 286 | e-mail: tssupport@tatungusa.com |
| Repair Service | Extension: 242 | e-mail: repairservice@tatungusa.c |
| Parts | Extension: 312 | e-mail: parts4com@tatungusa.com |

4. **Kiosk Monitors, Consumer Appliances**

| | | |
|---|---|---|
| Technical Support | Extension: 216 | e-mail: kmsupport@tatungusa.com |
| Repair Service | Extension: 242 | e-mail: repairservice@tatungusa.c |
| Parts | Extension: 312 | e-mail: parts4com@tatungusa.com |

5. **Closed Circuit TV Monitors (CCTV)**

| | | |
|---|---|---|
| Technical Support | Extension: 311 | e-mail: cctvsupport@tatungusa.coi |
| Repair Service | Extension: 242 | e-mail: repairservice@tatungusa.c |
| Parts | Extension: 312 | e-mail: parts4com@tatungusa.com |

6. **LCDTV & Plasma Screen**

| | | |
|---|---|---|
| Technical Support | Extension: 216 | e-mail: screensupport@tatungusa.com |

| | | |
|---|---|---|
| Repair Service | Extension: 242 | e-mail: repairservice@tatungusa.c |
| Parts | Extension: 312 | e-mail: parts4com@tatungusa.com |
| For Walmart/Sam's Club customer | (888) 482-8864 | |
| For Best Buy customer | (866) 855-6003 | |
| For Micro Center customer | (800) 211-6954 | |

7. **Digital Video Recorder (DVR)**

| | | |
|---|---|---|
| Technical Support | Extension: 299<br>(310) 897-0823 | e-mail: dvrsupport@tatungusa.com |
| Repair Service | Extension: 242 | e-mail: repairservice@tatungusa.c |

8. **Point Of Sales (POS)**

| | | |
|---|---|---|
| Technical Support | Extension: 160 | e-mail: posmpcsupport@tatungusa.com |
| Repair Service | Extension: 242 | e-mail: repairservice@tatungusa.c |
| Parts | Extension: 312 | e-mail: parts4com@tatungusa.com |

9. **Mini PC**

| | | |
|---|---|---|
| Technical Support | Extension: 160 | e-mail: posmpcsupport@tatungusa.com |
| Repair Service | Extension: 242 | e-mail: repairservice@tatungusa.c |
| Parts | Extension: 312 | e-mail: parts4com@tatungusa.com |