# EXHIBIT
# 8

ViewSonic Corporation Company Profile - Yahoo! Finance                    Page 1 of 2

 Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web [                    ] Search

**YAHOO! FINANCE** Sign In
New User? Sign Up

Finance Home – Help

 HOOVERS
A D&B COMPANY

Thursday, October 27 2005 9:27am ET - U.S. Markets open in 3 minutes.

Welcome [Sign In]

To track stocks & more, Register

# Industry Center - Computer Peripherals

Brought to you by:  Novell.

Industry Center > Computer Peripherals > ViewSonic Corporation Company Profile

**More On This Industry**

· Summary
· News
· Leaders & Laggards
· Company Index
· Industry Browser

**Related Industries**

· Communication Equipment
· Computer Based Systems
· Data Storage Devices
· Diversified Computer Systems
· Networking & Communication Devices
· Personal Computers

**Top Industries**

· Auto Manufacturers - Major
· Biotechnology
· Business Software & Services
· Chemicals - Major Diversified
· Communication Equipment
· Conglomerates
· Diversified Computer Systems
· Diversified Investments
· Diversified Utilities
· Drug Manufacturers - Major
· Electric Utilities
· Food - Major Diversified
· Industrial Metals & Minerals
· Major Airlines
· Major Integrated Oil & Gas
· Money Center Banks
· Property & Casualty Insurance
· Semiconductor - Broad Line
· Telecom Services - Domestic

## ViewSonic Corporation Company Profile

ViewSonic has a display for every occasion. The company makes CRT and LCD computer displays, including the Professional Series for high-end computer-aided design, desktop publishing, and graphic design; the Graphics and E2 lines for homes and small offices; and the A Series for replacing monitors included in bundled systems. ViewSonic also offers LCD and plasma TVs, wireless networking equipment, LCD projectors, handheld computers, and tablet PCs. CEO James Chu, who founded ViewSonic in 1987, is the company's majority owner. ViewSonic has also received financing from the venture capital arm of chip giant Intel, which partnered with the company to develop inexpensive chipsets for high-definition TV.

**Contact Information**

Address:   381 Brea Canyon Rd.
           Walnut, CA 91789
Phone:     909-444-8888
Fax:       909-468-1202

**Financial Highlights**

Fiscal Year End:          December
Revenue (2003):           1074.70 M
Revenue Growth (1 yr):    21.60%
Employees (2003):         743
Employee Growth (1 yr):   23.80%

**Key People**

• Chairman and CEO: James Chu
• CFO: James A. Morlan
• President, Global Products Group; President, ViewSonic Inter: H. C. Ho

**Subsidiaries & Affiliates**

• ViewSonic Europe Ltd.

**Industry Information**

Sector: Technology
Industry: Computer Peripherals

**Top Competitors**

• NEC Display Solutions of America, Inc.
• Samsung Electronics Co., Ltd.
• Sony Corporation (SNE)

*Need more? Get additional in-depth company and industry information from Hoover's Online.*

ViewSonic Corporation Company Profile - Yahoo! Finance

· Tobacco Products, Other

**Complete Industry List...**



Need more? Get unbiased, in-depth
information on public and private
companies worldwide.

---

Copyright © 2005 Yahoo Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy
Industry information © 2005 Hemscott Americas All Rights Reserved. Company information © 2005 Capital IQ All Rights Reserved. Quotes and other
information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 Index provided by Comstock. Industry profile ©
Hoover's, Inc. All rights reserved. Top-Ranked Analyst Information © 1999-2005, StarMine Corp. All rights reserved. Data and information is provided for
informational purposes only, and is not intended for trading purposes. Neither Yahoo! nor any of its data or content providers (such as Capital IQ, Hemscott,
CSI and exchanges) shall be liable for any errors or delays in the content, or for any actions taken in reliance thereon. By accessing the Yahoo! site, a user
agrees not to redistribute the information found therein.
Questions or Comments?

# EXHIBIT
# 9



## Company Info

Overview | **Visual Revolution** | **Market Philosophy** | **ViewSonic Birds**
**Technology Provider** | **Executive Team** | **Desktop Displays**
**TV/Entertainment Displays** | **Plasma Displays** | **Projectors**
**Mobility** | **Peripherals** | **Service & Support**

### Overview

Headquartered near Los Angeles in Walnut, Calif., ViewSonic Corporation has quickly become a leading global provider of visual display products.

Since its inception in 1987, ViewSonic® has consistently grown and evolved its business, finding new ways to add more value for its customers. In its first ten years, the company focused primarily on selling **CRT monitors** to businesses. To make the customer's visual experience easier and more enjoyable



ViewSonic expanded its product line to include **LCD monitors**, **LCD TVs**, **projectors**, **plasma displays** and **peripherals**, as well as advanced mobile and wireless products, such as **tablet PCs** and **wireless displays**. Today, the company offers comprehensive visual display solutions for business, education, consumer electronics and professional markets.

ViewSonic is committed to meeting and exceeding its customers' expectations in quality, value and innovation to deliver the utmost in visual experiences. The company remains one of the leading monitor display companies in the United States* and has won more than 2,000 awards from independent global publications and has leveraged its display expertise to develop the first products in several new industry categories. ViewSonic is the "Choice of Professionals" with over 25 million users worldwide and the most recommended computer display brand in the United States. The company's annual sales have risen from $4 million in 1987 to more than $1 billion in 2004.

* Leading stand-alone, branded monitor by sales (CRT and LCDs combined; iSuppli/Stanford Resources Monitrak® and Flat Panel Monitrak®,1998-2004 reports).

### Visual Revolution

ViewSonic has been leading the Visual Revolution in support of the world's transformation from an analog to digital and "PC-centric" to "Display-centric" society. ViewSonic's comprehensive line of leading visual display products, whether on the desk, on the wall or in the hand, is revolutionizing how users rely on display technology as the focal point for accessing and controlling information and entertainment.

### Market Philosophy

ViewSonic is committed to meeting and exceeding its customers' expectations in quality, value and innovation. Its ability and dedication to deliver products to the market ahead of the competition remains a primary focus of the company. Unlike some of its primary competitors, ViewSonic is exclusively devoted to the visual display products business, which enables the company to better

focus its resources.

[ back to top ]

### The ViewSonic Birds



When designing a logo for the company, ViewSonic Chairman, CEO and Founder, James Chu, sought to develop a powerful brand image that would denote superior quality and attributes such as brilliant color and sharp resolution. Chu began searching for a symbol that would achieve these objectives while projecting friendliness, comfort and value. The three Gouldian Finches that form the ViewSonic logo have become a well-recognized symbol of excellence. Consumers around the world now associate them with the attributes that characterize the company: unique, superior quality, vibrant, warm and friendly. Learn more.

ViewSonic not only symbolizes these rare birds through its logo, but also honors its association by sponsoring the Adopt A Bird program on LadyGouldianFinch.com. To adopt one of these wonderful birds or learn more, click here.

[ back to top ]

### ViewSonic as Technology Provider

A large part of ViewSonic's success stems from an innovative production approach that enables the company to design, produce and distribute its products faster and more cost effectively than competitors. Rather than adopting traditional, slower processes, ViewSonic has developed a business model that allows the company to quickly match advanced technologies from research laboratories around the world to market demands. This model has resulted in a series of ViewSonic technology innovations from SuperClearMVA™ and PerfectFlat® displays, to the groundbreaking wireless displays and Media Networks.

[ back to top ]

### Executive Team

- **James Chu** - Chairman and Chief Executive Officer
- **James Morlan** - Chief Financial Officer
- **Robert Ranucci** - Vice President and General Counsel
- **Timothy Ashcroft** - Vice President, Human Resources
- **Michael Holstein** - Vice President, Visual Solutions Group
- **Matthew Milne** - President, ViewSonic Americas
- HC Ho - President, ViewSonic International
- **Jan Jensen** - President, ViewSonic Europe

[ back to top ]

### Visual Technology Products

The ViewSonic product line is divided into six distinct categories: Desktop Displays, TV/Entertainment Displays, Plasma Displays, Projectors, Mobility and Peripherals.

[ back to top ]

**Desktop Displays**

Building from its expertise in cathode ray tube (CRT) technology, ViewSonic has developed a broad line of award-winning CRT and LCDs displays.

Since the introduction of LCD technology, ViewSonic has led the market transition to flat panel displays, delivering a leading product line that meets a variety of customer needs. ViewSonic LCDs offer high performance in environments where space is limited, such as the corporate, government and financial markets.

ViewSonic offers CRTs that incorporate the latest in technology, from PerfectFlat® screens and digital video to multimedia versatility and Internet-ready color.

[ back to top ]

**TV/Entertainment Displays**

ViewSonic has extended its visual display product leadership to television and entertainment produc with award-winning **projectors**, **LCD TVs** and **TV/video processors**. ViewSonic's ultra-slim, HDTV-ready **plasma displays** bring images to life with exceptional brightness and depth. With a clean, professional look, ViewSonic digital displays are ideal for videoconferencing, multi-format presentations, public signage and home theater. From micro-portable projectors to high-resolution, large-format LCD TV and plasma screens, ViewSonic raises the standards for TV and entertainment technology.

[ back to top ]

**Projectors**

Perfect for high-profile boardrooms, presentations on the road, classrooms or the living room, ViewSonic **projectors** are essential tools for any presentation environment. The complete line of LC and DLP projectors deliver vibrant, rich colors with life-like depth, even in well-lit rooms.

[ back to top ]

**Mobility**

Streamline workflow, improve productivity and work anywhere, anytime with ViewSonic's line of mobility. Innovative **wireless displays** offer a new look at computing. In addition, ViewSonic's line of **wireless media networking** products offers the only complete solution that enables consumers to store their digital videos, music and photos in one location and wirelessly distribute them to any TV o stereo in their home or at the office.

[ back to top ]

**Peripherals**

ViewSonic's ViewMate® Desktop Collection helps enhance the user's experience. From **speakers** to

keyboards and mice, ViewSonic has the products to complement its complete line of visual display products.

[ **back to top** ]

**Service & Support**

ViewSonic is devoted to customer satisfaction and is committed to building positive relationships with every company and individual it interacts with. ViewSonic strives to understand interests and concerns, and treat people with respect, courtesy and consideration. ViewSonic's customer and technical support is available 24-hours a day, seven days a week, excluding major holidays. By calling, 800-688-6688, customers are greeted by a trained ViewSonic support expert, who can assist in solving questions on warranties, troubleshooting, etc. ViewSonic has also made **frequently asked questions** and product information available on this web site to support the efforts of its customer service hotline.

[ **back to top** ]

**back to top**

# ViewSonic



Announcing the New VA Series - Xtreme value with great features Immerse yourself in an amazing VA Series LCD. These sleek, attractive, and crystal-clear displays bring you the features you need at a price you can afford. With fast video response times, high brightness and contrast, and stylish slim-bezel designs, the VA Series is an ideal choice for small office, corporate executive, and government users.

🐾 View More



**LCD Displays**



**LCD TV**



**CRT Monitors**



**Projectors**



**Large Screen Displays**



**Wireless Monitors**



**Networking**



**TV/Video Processors**



**ViewMate Accessories**



**ViewSonic Outlet/Refurbished Products**

back to top

# ViewSonic

### ViewSonic LCD Displays



**Xtreme Digital Clarity.** ViewSonic Liquid Crystal Displays offer exciting new technologies, including ultra-fast 4ms response times and ultra-high resolution widescreens. Their slim panels and award-winning performance provide brilliant images and crisp text for all your viewing needs. All ViewSonic LCD displays deliver exceptional price/performance combinations to enhance your desktop while staying on budget. Experience Xtreme image quality where style, ease of use, and elite technology unite.

## LCD Displays The perfect LCD display for any occasion

**E2 Series:**



15" VE510b · VE510s

17" VE710b · VE710s

Ideal for small office, student, and typical Internet users. Easy on the eyes and easy on the budget, these displays provide quality and reliability.

**Graphic Series:**



15" VG510b

17" VG710b · VG710s · VG720

19" VG900b · VG910b · VG910s · VG920

Corporate and advanced graphics/gaming users, start enjoying sharp text and crystal-clear image with an excellent price/performance combination and integrated multimedia.

**X Series:**



17" VX710 · VX724

19" VX910 · VX924

Designed for consumers and enterprise, these stylish displays combine beauty and high

**Pro Series:**



17" VP171b · VP171s · VP730b

19" VP191b · VP930b

20" VP201b · VP201s · VP211b · VP2000s

23" VP231wb

technology in one sleek package.

For top professional users. Designed for the most discriminating users requiring the highest screen performance and advance ergonomic features. Learn how to set up multi-panel displays.
**See More**

**A Series:**



**15"** **VA521**

**17"** **VA702b** • **VA712b** • **VA721**

**19"** **VA902b** • **VA912b**

The price/performance solution for mixed data, graphics and video content, these full-featured displays deliver affordable performance without compromise. For a current list of product rebates, visit **ViewSonic.com/rebates**.

**Optiquest Series:**



**17"** **Q7b**

**19"** **Q9b**

Designed for value, Optiquest® LCD displays offer solid performance for users on a budget.

**back to top**

# ViewSonic

## VE710s

### 17" LCD DISPLAY



**Exhilarating color, elegant design.**

The ViewSonic® VE710s and VE710b 17" LCDs deliver an impressive array of features with solid quality while staying within your budget. The ultra-slim 2.2" panel is wall mountable, allowing you to **MAKE THE MOST OF LIMITED DESKTOP REAL ESTATE.** You'll enjoy brilliant colors with the high 300 nits of brightness (typ), 500:1 contrast ratio (typ) and 1280x1024 native resolution. **WORK COMFORTABLY FOR HOURS** thanks to the anti-glare screen and fast 8ms video response time that provides razor-sharp graphics and smooth motion video. These LCDs are the stylish, affordable upgrade for your office.



**Case color:** ██ Also Available: ██





Find it locally          Buy on-line

Overview | **Features** | **Specs** | **Accessories**

## Product Details

- Overview
- **Features**
- **Specs**
- **Accessories**
- **Awards**
- **User Guide**

📄 **PDF Product Comparison Chart** (245 K)
📄 **PDF Specsheet** (470 K)
**Download Drivers/Utilities**

- **Press Releases**
- **Awards**

Print This Page Email This Page

## Features

**ViewCare<sup>sm</sup> Warranty & Service Programs**
When you need us most we're there for you. Get extra protection for your
ViewSonic LCD display, choose from Extended Warranty, Express Exchange® or
Extended Warranty with Express Exchange programs.
**Buy Now**



**Full 17" viewable screen**
Displays a full, flat 17" viewable area with crisp detail and fully saturated color.

**1280x1024 native resolution**
Incredible image detail for sharp text and graphics.

**High brightness and contrast**
300-nit brightness (typ) and 500:1 contrast ratio (typ) for rich, detailed images.

**Stylish slim-bezel design**
An ultra-thin bezel lets you see more without taking up valuable desktop real estate.

**OSD/Power lock secures your settings**
Prevents changes to monitor settings and maintains an optimized image.

**OnView® controls for superior screen adjustability**
Screen adjustments are precisely made via an easy-to-use on-screen menu.

**Dynamic Structure™ Technology**
Innovative liquid crystal composition and pixel matrix accelerate video response at frame
rates up to 125 fps for seamless video and intense graphics.

**Integrated power supply**

**Flat-folding base for easy wall mounting**

**PC and Mac® compatible**

**TCO'99 and ENERGY qualified**

Overview | Features | Specs | Accessories

 

## Specifications

| LCD Panel | Type | 17" color TFT active matrix SXGA LCD |
| | Display Area | 13.3" (horizontal) x 10.6" (vertical); 17.0" diagonal |
| | Optimum Resolution | 1280x1024 |

| | | |
|---|---|---|
| | Contrast Ratio | 500:1 (typ) |
| | Viewing Angle | 160° horizontal, 160° vertical @ contrast ratio > 5:1 |
| | Response Time | 8ms (typ) |
| | Panel Surface | Anti-glare |
| | Brightness | 300 cd/m2 (typ) |
| | Light Source | Long life, 50,000 hrs. (typ) |
| | Panel Surface | Anti-glare |
| VIDEO INPUT | Frequency | Fh: 30~80kHz, Fv: 50~85Hz |
| | Video | RGB Analog (75 ohms, 0.7v) |
| | Sync | H/V Separated (TTL) |
| COMPATIBILITY | PC | VGA up to 1280 x 1024 non-interlaced |
| | Mac®** | Power Mac™ G3/G4 up to 1280x1024 |
| CONNECTOR | Analog | 15-pin mini D-sub |
| | Power | 3-pin AC plug (CEE22) |
| POWER | Voltage | AC 100-240V, 50-60Hz (+/-3) |
| | Consumption | 30W (typ) (auto switch) |
| CONTROLS | Basic | Power, 1, down, up, 2 |
| | OnView® | Auto image adjust, contrast, brightness, ViewMatch® color adjust (sRGB, 9300K, 6500K □ default, 5400K, RGB), information (mode, model number, serial number, resolution, web site), manual image adjust (H. size, H. position, V. position, fine tune, sharpness), setup menu (language, resolution notice, OSD position, OSD timeout, OSD background), memory recall |
| OPERATING CONDITIONS | Temperature | 32-104°F (0-40°C) |
| | Humidity | 10-90% (non-condensing) |
| DIMENSIONS (WxHxD) | Physical (mm) | 378mm x 374mm x 196mm |
| | Physical (in.) | 14.8" x 14.7" x 7.7" |
| WEIGHT | Net | 9.9 lb. (4.5kg) |
| | Gross | 13.6 lb. (6.2 kg) |
| REGULATIONS | | UL, cUL, FCC-B, CB Report, CE, IC□B, EPA, NOM, TUV/Ergo, TUV/GS (covers ISO13406-2), TCO□99, GOST-R PCT, PCBC, TUV-S EMI/B, VCCI, BSMI, CCC, ENERGY STAR®, PSB, CTICK, ENERGY, Taiwan Green Mark |
| POWER MANAGEMENT | | Meets TCO'99 and ENERGY standards |
| PACKAGE CONTENTS | | LCD display, video cable (attached), power cable, Quick Start Guide, ViewSonic Wizard CD |
| WARRANTY | | Three-year limited warranty on parts, labor and backlight |
| PRODUCT DIMENSIONS W/STAND | | 14.8x14.7x7.7 |
| PRODUCT DIMENSIONS W/OUT STAND | | 14.8x16.8x2.7 |

| SUGGESTED CONSTRUCTION PLANNING DIMENSIONS W/STAND* | 16.8x15.7x8.7 |
|---|---|
| SUGGESTED CONSTRUCTION PLANNING DIMENSIONS W/WALL MOUNT* | 16.8x18.8x7.7 |

* These are recommendations only. There are variables that may require alterations to these dimensions, such as wall mount depth, non-ViewSonic stand height, etc. Specifications and pricing subject to change without notice. Selections, offers and programs may vary by country; see your ViewSonic representative for complete details. Prices in U.S. dollars.

Overview | Features | Specs | Accessories     

# Accessories

### Create a Total Desktop Solution



Add ViewMate® Collection accessories to your display for a complete desktop solution. Choose stylish mice and wireless keyboards, or turn that display into a TV with a TV/video processor.



### Save space — mount your LCD on the wall



This VESA® compliant wall mount provides full LCD tilt, side-to-side tilt and portrait/landscape rotation.

Model: WM-U1

Overview | Features | Specs | Accessories     

back to top



## VE710b

### 17" LCD DISPLAY



**Exhilarating color, elegant design.**



The ViewSonic® VE710s and VE710b 17" LCDs deliver an impressive array of features with solid quality while staying within your budget. The ultra-slim 2.2" panel is wall mountable, allowing you to **MAKE THE MOST OF LIMITED DESKTOP REAL ESTATE.** You'll enjoy brilliant colors with the high 300 nits of brightness (typ), 500:1 contrast ratio (typ) and 1280x1024 native resolution. **WORK COMFORTABLY FOR HOURS** thanks to the anti-glare screen and fast 8ms video response time that provides razor-sharp graphics and smooth motion video. These LCDs are the stylish, affordable upgrade for your office.

**Case color:** ■



   

Overview | **Features** | **Specs** | **Accessories**

### Product Details

- Overview
- **Features**
- **Specs**
- **Accessories**
- **Awards**
- **User Guide**

  **PDF product comparison chart** (245 K)
  **PDF Specsheet** (470 K)
**Download Drivers/Utilities**

- **Press Releases**
- **Awards**

ViewSonic: Products: Desktop Displays: LCD Displays: E2 Series: VE710b          Page 2 of 4

Print This Page Email This Page

# Features

**ViewCare<sup>sm</sup> Warranty & Service Programs**
When you need us most we're there for you. Get extra protection for your
ViewSonic LCD display, choose from Extended Warranty, Express Exchange® or
Extended Warranty with Express Exchange programs.
Buy Now



**Full 17" viewable screen**
Displays a full, flat 17" viewable area with crisp detail and fully saturated color.

**1280x1024 native resolution**
Incredible image detail for sharp text and graphics.

**High brightness and contrast**
300-nit brightness (typ) and 500:1 contrast ratio (typ) for rich, detailed images.

**Stylish slim-bezel design**
An ultra-thin bezel lets you see more without taking up valuable desktop real estate.

**OSD/power lock secures your settings**
Prevents changes to monitor settings and maintains an optimized image.

**OnView® controls for superior screen adjustability**
Screen adjustments are precisely made via an easy-to-use on-screen menu.

**Dynamic Structure™ Technology**
Innovative liquid crystal composition and pixel matrix accelerate video response at frame
rates up to 125 fps for seamless video and intense graphics.

**Integrated power supply**

**Flat-folding base for easy wall mounting**

**PC and Mac® compatible**

**TCO'99 and ENERGY qualified**

Overview | Features | Specs | Accessories

 

# Specifications

| LCD Panel | Type | 17.0" color TFT active matrix SXGA LCD |
|---|---|---|
| | Display Area | 13.3" (horizontal), 10.6" (vertical); 17.0" diagonal |
| | Optimum Resolution | 1280x1024 |

|  |  |  |
|---|---|---|
|  | Contrast Ratio | 500:1 (typ) |
|  | Viewing Angle | 160° horizontal, 160° vertical @ contrast ratio > 5:1 |
|  | Response Time | 8ms (typ) |
|  | Brightness | 300 cd/m2 (typ) |
|  | Light Source | Long life, 50,000 hrs. (typ) |
|  | Panel Surface | Anti-glare |
| VIDEO INPUT | Frequency | fh:30~80kHz, fv:50~85Hz |
|  | Video | RGB Analog (75 ohms, 0.7v) |
|  | Sync | H/V Separated (TTL) |
| COMPATIBILITY | PC | VGA up to 1280 x 1024 non-interlaced |
|  | Mac®** | Power Mac™ G3/G4 up to 1280 X 1024 |
| CONNECTOR | Analog | 15-pin mini D-sub |
|  | Power | 3-pin AC plug (CEE22) |
| POWER | Voltage | AC 100-240V, 50-60Hz(+/-3) |
|  | Consumption | 30W (typ)(auto switch) |
| CONTROLS | Basic | Power, 1, down, up, 2 |
|  | OnView® | Auto image adjust, contrast, brightness, ViewMatch® color adjust (sRGB, 9300K, 6500K - default, 5400K, RGB), information (mode, model number, serial number, resolution, website), manual image adjust (H. size, H. position, V. position, fine tune, sharpness), setup menu (language, resolution notice, OSD position, OSD timeout, OSD background), memory recall |
| OPERATING CONDITIONS | Temperature | 32-104°F (0-40°C) |
|  | Humidity | 10-90% (non-condensing) |
| DIMENSIONS (WxHxD) | Physical (mm) | 378mm x 374mm x 196mm |
|  | Physical (in.) | 14.8" x 14.7" x 7.7" |
| WEIGHT | Net | 9.9 lb. (4.5kg) |
|  | Gross | 13.6 lb. (6.2kg) |
| REGULATIONS |  | UL, cUL, FCC-B, CB Report, CE, IC☐B, EPA, NOM, TUV/Ergo, TUV/GS (covers ISO13406-2), TCO☐99, GOST-R PCT, PCBC, TUV-S EMI/B, VCCI, BSMI, CCC, ENERGY STAR®, PSB, CTICK,ENERGY, Taiwan Green Mark |
| POWER MANAGEMENT |  | Meets TCO'99 and ENERGY standards |
| PACKAGE CONTENTS |  | LCD display, video cable (attached), power cable, Quick Start Guide, ViewSonic Wizard CD |
| WARRANTY |  | Three-year limited warranty on parts, labor and backlight |
| PRODUCT DIMENSIONS W/STAND |  | 14.8x14.7x7.7 |
| PRODUCT DIMENSIONS W/OUT STAND |  | 14.8x16.8x2.7 |
| SUGGESTED |  |  |

| CONSTRUCTION PLANNING DIMENSIONS W/STAND* | 16.8x15.7x8.7 |
|---|---|
| SUGGESTED CONSTRUCTION PLANNING DIMENSIONS W/WALL MOUNT* | 16.8x18.8x7.7 |

* These are recommendations only. There are variables that may require alterations to these dimensions, such as wall mount depth, non-ViewSonic stand height, etc. Specifications and pricing subject to change without notice. Selections, offers and programs may vary by country; see your ViewSonic representative for complete details. Prices in U.S. dollars.

Overview | Features | Specs | Accessories     

## Accessories

### Create a Total Desktop Solution

Add ViewMate® Collection accessories to your display for a complete desktop solution. Choose stylish mice and wireless keyboards, or turn that display into a TV with a TV/video processor.




### Save space — mount your LCD on the wall

This VESA® compliant wall mount provides full LCD tilt, side-to-side tilt and portrait/landscape rotation.

Model: WM-U1



Overview | Features | Specs | Accessories     

back to top

# ViewSonic

**ViewSonic LCD TV**



**Xtreme Flat TV.**
ViewSonic LCD TVs are designed using advanced imaging technology to provide a stunning visual experience. Elegant, flat-panel designs conserve space while you enjoy your favorite movies, television shows, and video games in style and comfort. ViewSonic puts the excitement of Xtreme entertainment in your living room, den, or home theater with a breathtaking video and audio experience.

Advanced features include support for enhanced definition (EDTV) or HDTV (on select models), 181-channel tuner, remote, parental control and more. In addition, most models do double duty by providing Xtreme connectivity for TV/video and computer applications.

**LCD TVs Get the best seat in the house**

**LCD TV Products:**
N1750w | N2010 | N2050w | N2700w | N2750w | N3250w | N4000wP | N4050w

Compare LCD
TV Products



back to top

# ViewSonic

**ViewSonic Large Screen Displays**



**Xtreme Imaging.**
ViewSonic large screen displays are ideal for videoconferencing, digital signage, home theaters, and classroom presentations. Exhibit your products or services in the best light with stunning, high-quality large screen images. ViewSonic's LCD TVs are perfect for digital signage in hotels and restaurants and help create a relaxing experience for customers. With a ViewSonic projector, produce larger-than-life images perfect for presentations in the boardroom or classroom. Attract customers in large areas with our visually captivating plasma technology. ViewSonic large screen displays will deliver Xtreme brilliance and clarity to amaze your audience.

## Large Screen Displays Big ideas for your business

**LCD TV:**



N2700w • N2750w • N3250w • N4000wP • N4050w

Ideal for use as digital signage in hotels, restaurants or exciting TV in sports bar. Take advantage of our imaging technology to bring stunning picture quality to customers.

**Projectors:**



PJ400 • PJ552 • PJ562 • PJ755D • PJ862 • PJ1165 • PJ1172

When you need a very large screen a ViewSonic projector is the answer. Present larger-than-life images in any setting with rich colors and lifelike video. Available to fit a variety of room sizes and budgets.

**Plasmas:**



VPW4255 • VPW5500

Easily direct customers in large areas. Ideal for posting arrivals/departures, announcing events, and for use as an ever-changing billboard. Use our advanced imaging technologies to promote you business or for your conference room with and elegant large-screen display.

**back to top**

For the most convenient shopping experience we recommend browsing by product categories listed below. When you have located the product of your choice, the buying options for that product will be listed on the page.

- **Desktop Display**
- **Projectors**
- **TV/Entertainment**
- **Mobile and Wireless Accessories**
- **Plasma**
- **Accessories**



**Business-to-Business Resellers**
Our commercial line of LCD and CRT displays, projectors, plasma tv's and wireless products are available from ViewSonic resellers.



**Online Merchants**
Link to a selected list of online merchants offering ViewSonic products.



**Local Retailers**
Click here to find a retail store near you.



**ViewSonic Store**
Buy selected Viewsonic products and accessories. You'll find replacement lampsfor projectors, wall mounts, remote controls, carrying cases, and cables, as well as unique products like multifunctional keyboards or our video processing boxes that affordably turn your display into a high-resolution television.



**ViewSonic Outlet**
This is your best site for discontinued and refurbished ViewSonic products - often at incredible savings. If you're looking for an inexpensive way to get one of our high-quality products, your first stop should be the ViewSonic Outlet.



**Contact Us**
To be contacted by a ViewSonic representative, or call (888) 881 8781



**Distribution Partners**
If you are a reseller seeking a distributor, here you will find a list of authorized ViewSonic distributors.