EXHIBIT
10

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page                     Search the Web [         ] [Search]

  Welcome, chadcanderson    Finance Home - Help    
[Sign Out, My Account]

  

Monday, October 31 2005 9:15am ET - U.S. Markets open in 15 minutes.

Welcome, chadcanderson [Sign Out]                                           My Yahoo! View - Customize

## Industry Center - Diversified Electronics        Brought to you by: 

Industry Center > Diversified Electronics > Chunghwa Picture Tubes, Ltd. Company Profile

**More On This Industry**

- Summary
- News
- Leaders & Laggards
- Company Index
- Industry Browser

**Related Industries**

- Scientific & Technical Instruments
- Semiconductor - Broad Line
- Semiconductor - Integrated Circuits
- Semiconductor - Specialized
- Semiconductor Equipment & Materials
- Semiconductor Equipment & Materials
- Semiconductor - Memory Chips

**Top Industries**

- Auto Manufacturers - Major
- Biotechnology
- Business Software & Services
- Chemicals - Major Diversified
- Communication Equipment
- Conglomerates
- Diversified Computer Systems
- Diversified Investments
- Diversified Utilities
- Drug Manufacturers - Major
- Electric Utilities
- Food - Major Diversified
- Industrial Metals & Minerals

**Chunghwa Picture Tubes, Ltd. Company Profile**

Chunghwa Picture Tubes makes optoelectronic display components used in TFT-LCD (thin-film transistor liquid-crystal display), projection, PDP (plasma display panel), and CRT (cathode ray tube) applications. The company, which was established in 1971, also makes color picture tubes and electron guns. Chunghwa is active in Taiwan, China, and Malaysia.

**Contact Information**

Address:  No. 1127, Ho-ping Rd.
          Padeh, Taoyuan, Taiwan
Phone:    +886-3-367-5151
Fax:      +886-3-377-3189

**Financial Highlights**

Fiscal Year End:          December
Revenue (2004):           3671.50 M
Revenue Growth (1 yr):    40.70%
Employees (2004):         20,000
Employee Growth (1 yr):   0.00%

**Key People**

- Chairman and President: C. H. (Frank) Lin
- CFO: James Wu

**Industry Information**

Sector: Technology
Industry: Diversified Electronics

**Top Competitors**

- AU Optronics Corp. (AUO)
- Chi Mei Optoelectronics Corporation
- LG.Philips Displays International Ltd.

*Need more? Get additional in-depth company and industry information from Hoover's Online.*

Chunghwa Picture Tubes, Ltd. Company Profile - Yahoo! Finance                    Page 2 of 2

- Major Airlines
- Major Integrated Oil & Gas
- Money Center Banks
- Property & Casualty Insurance
- Semiconductor - Broad Line
- Telecom Services - Domestic
- Tobacco Products, Other

**Complete Industry List...**

POWERED BY


Need more? Get unbiased, in-depth
information on public and private
companies worldwide.

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy
Industry Information © 2005 Hemscott Americas All Rights Reserved. Company information © 2005 Capital IQ All Rights Reserved. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 Index provided by Comstock. Industry profile © Hoover's, Inc. All rights reserved. Top-Ranked Analyst Information © 1999-2005, StarMine Corp. All rights reserved. Data and information is provided for informational purposes only, and is not intended for trading purposes. Neither Yahoo! nor any of its data or content providers (such as Capital IQ, Hemscott, CSI and exchanges) shall be liable for any errors or delays in the content, or for any actions taken in reliance thereon. By accessing the Yahoo! site, a user agrees not to redistribute the information found therein.
Questions or Comments?

# EXHIBIT 11

CHUNGHWA PICTURE TUBES, LTD.                                                         Page 1 of 1



### CHUNGHWA PICTURE TUBES, LTD.

: Home   : Global   : Contact Us   : Sitemap

About CPT | Investor Relations | Our Products | e-Business | News Center

**Hot News**

### About CPT
Established since 1971, CPT is following the philosophy of repay the country with Industrial contributions..., that the Chairman of Tatung Corporation, Principal and Professor, Lin, Ting-sun has been base on from the very beginning, when dedicated itself to R&D and production of Picture Tubes, the vital component of Taiwan video products.

▸ More

### Spot Light

**2005.10.20**
2005 Q3 Investor Conference

**2005.10.19**
CPT at the FPD International 2005

**2005.10.6**
CPT September 2005 Sales Report

**2005.9.6**
CPT August 2005 Sales Report



**Monthly Report**
The latest data is available... ...



**Financial Reports**
The latest of 2004 report is available ...



**Milestones**
To know the Identity of Corporation... ...



**Activities**
To know our investor activities ...

Copyright© 2004 Chunghwa Picture Tubes, LTD. All rights reserved. Add : 1127 Hopin Rd.,Padeh City,Taoyuan,Taiwan,R.O.C. Tel : 03-367-

Incase your are unable to view some of the images on the screen, you may need to install the Flash Program, a plug-in for your browser.Click this link to download the required program.Designed by CREATOP.

http://www.cptt.com.tw/                                                             10/26/2005

Case 1:05-cv-00292-JJF    Document 24-5    Filed 11/01/2005    Page 6 of 17





CHUNGHWA PICTURE TUBES, LTD.

:· Home    :· Global    :· Contact Us    :· Sitemap

About CPT | Investor Relations | Our Products | e-Business | News Cent

## Our Products

- → TFT
- → CRT
- → PDP

Home > Our Products

CPT being the pioneer of TFT-LCD mass production technology leads in the domestic industry with complete product lines including mass production of PDP. We commit to open up your perspective v dedicated intentions, leading you into a brand new realm of beauty of lights, electric, video and communication.

**TFT Products**



TFT-LCD is compact and space saving (only 15~20% to that of CRT), featuring merits of non-radioactive, low power consumption, low heat, long life span, soft picture and no eye-harms.

▶ More

**CRT Products**



CRT TV product is based on technology of over hundred years and we have absolute superiorities in the aspects of true color rendering, real time response speed, product life span and cost and price.

▶ More

**PDP Products**



PDP products are feature resolution, brightness, ar contrast, so that picture v color is brought to you wi bountiful vividness of the sensation.

CHUNGHWA PICTURE TUBES, LTD.

Page 2 of 2

Copyright© 2004 Chunghwa Picture Tubes, LTD. All rights reserved. Add : 1127 Hopin Rd.,Padeh City,Taoyuan,Taiwan,R.O.C. Tel : 03-367-

Incase your are unable to view some of the images on the screen, you may need to install the Flash Program, a plug-in for your browser.Click this link to download the required program.Designed by CREATOP

CHUNGHWA PICTURE TUBES, LTD.



**CHUNGHWA PICTURE TUBES, LTD.**
Displaying your vision

:: Home  :: Global  :: Contact Us  :: Sitemap  :: 繁體中文

About CPT | Investor Relations | Our Products | e-Business | News Center

Home > Our Products > TFT> Product Catalogue

## Product Catalogue

**Our Products**

→ TFT
  › Product Catalogue
  › Core Technology
  › Product Structure
  › Future Perspectives

→ CRT

→ PDP

Products Specification

:: **Mobile Phone Application**

| Model | Resolution | Contrast | Response time(ms) | Brightness(cd/m2) | Interface |
|---|---|---|---|---|---|
| **1.8"** | | | | | |
| CLAA018QQA01 | QQVGA | 200:1 | 30 | 180 | CPU |
| CLAA018QCA01 | QCIF+ | 200:1 | 30 | 200 | CPU |
| **2.2"** | | | | | |
| CLAA022QVA01 | QVGA | 200:1 | 30 | 180 | CPU |

:: **PMP/PDA/Photo Phone Application**

http://www.cptt.com.tw/english/03_products/01_01_technology.asp?pid=25      10/26/2005

CHUNGHWA PICTURE TUBES, LTD.

Page 2 of 4

| Model | Resolution | Contrast | Response time(ms) | Brightness(cd/m2) | Interface |
|---|---|---|---|---|---|
| **4.0"** | | | | | |
| CLAA040WQA01 | WQVGA | 300:1 | 30 | 200 | TTL |

::: Portable DVD/Car Entertainment Application

| Model | Resolution | Contrast | Response time(ms) | Brightness(cd/m2) | Interface |
|---|---|---|---|---|---|
| **7"** | | | | | |
| CLAA070WA03 | WQVGA | 400:1 | 30 | 350 | ANALOG |
| CLAA070VA01 | WVGA | 400:1 | 30 | 220 | TTL |
| **9"** | | | | | |
| CLAA090WA01 | WQVGA | 350:1 | 30 | 400 | ANALOG |
| CLAA090VA01 | WVGA | 350:1 | 30 | 400 | TTL |

::: Note PC Application

| Model | Resolution | Contrast | Response time | Brightness(cd/m2) | Interface |
|---|---|---|---|---|---|
| **12.1"W** | | | | | |
| CLAA121WA01/01A | 1280*800 | 300:1 | 25ms | 200 | LVDS |
| **14.0"W** | | | | | |
| CLAA140WA01/01A | 1280*800 | 450:1 | 25ms | 200 | LVDS |
| **14.1"** | | | | | |
| CLAA141XD05 | 1024*768 | 350:1 | 25ms | 200 | LVDS |
| **14.1"W** | | | | | |
| CLAA140WB02/02A | 1280*800 | 400:1 | 25ms | 200 | LVDS |

CHUNGHWA PICTURE TUBES, LTD.

**15.4W"**

| Model | Resolution | Contrast | Response time | Brightness(cd/m2) | Interface |
|---|---|---|---|---|---|
| CLAA154WA01Q/01AQ | 1280*800 | 600:1 | 25ms | 250 | LVDS |
| CLAA154WA05/05A | 1280*800 | 500:1 | 25ms | 190 | LVDS |
| CLAA154WA06/06A | 1280*800 | 600:1 | 25ms | 350 | LVDS |

**∴ Monitor Application**

| Model | Resolution | Contrast | Response time | Brightness(cd/m2) | Interface |
|---|---|---|---|---|---|
| **15"** | | | | | |
| CLAA150XP01/01P | 1024*768 | 500:1 | 16ms | 250/320 | LVDS |
| CLAA150XP02/02A | 1024*768 | 500:1 | 16ms | 250 | RSDS |
| **17"** | | | | | |
| CLAA170EA07Q | 1280*1024 | 500:1 | 8ms | 300 | LVDS |
| CLAA170EA08Q | 1280*1024 | 500:1 | 8ms | 300 | RSDS |
| CLAA170ES01 | 1280*1024 | 600:1 | 8ms | 300 | LVDS |
| **19"** | | | | | |
| CLAA190EA05 | 1280*1024 | 700:1 | 8ms | 270 | LVDS |

**∴ TV Application**

| Model | Resolution | Contrast | Response time | Brightness(cd/m2) | Interface |
|---|---|---|---|---|---|
| **15"** | | | | | |
| CLAD018QQA01 | 1024*768 | 500:1 | 16ms | 400 | LVDS |
| **17"** | | | | | |
| CLAA020QVA02 | 1280*1024 | 500:1 | 12ms | 400 | LVDS |

# CHUNGHWA PICTURE TUBES, LTD.

Page 4 of 4

| | | | | |
|---|---|---|---|---|
| **20.1"** | | | | |
| CLAA150XH01 | 640*480 | 500:1 | 16(GTG)ms | 500 LVDS |
| **20.1"W** | | | | |
| CLAA150XH01 | 1680*1050 | 600:1 | 8ms | 300 LVDS |
| **26"W** | | | | |
| CLAA150XH01 | 1366*768 | 1000:1 | 10(GTG)ms | 550 LVDS |
| **32"W** | | | | |
| CLAA150XH01 | 1366*768 | 1000:1 | 10(GTG)ms | 550 LVDS |
| **37"W** | | | | |
| CLAA150XH01 | 1366*768 | 1000:1 | 10(GTG)ms | 550 LVDS [TOP] |

Copyright© 2004 Chunghwa Picture Tubes, LTD. All rights reserved. Add : 1127 Hopin Rd.,Padeh City,Taoyuan,Taiwan,R.O.C. Tel : 03-367-5151 Incase your are unable to view some of the images on the screen, you may need to install the Flash Program, a plug-in for your browser.Click this link to download the required program.Designed by CREATOP

# CHUNGHWA PICTURE TUBES, LTD.

Displaying your vision

**CHUNGHWA PICTURE TUBES, LTD.**

- About CPT
- Investor Relations
- Our Products
- e-Business
- News Center
- Home
- Global
- Contact Us
- Sitemap
- 繁體中文

Home > Our Products > TFT > Core Technology

## Core Technology

**Our Products**

- TFT
  - Product Catalogue
  - Core Technology
  - Product Structure
  - Future Perspectives
- CRT
- PDP



TFT CORE TECHNOLOGY

### Plans on R&D of LTPS technology

**I. Introduction**

LTPS (Low Temperature Poly-Silicon) TFT features High Mobility (Approx. 100 times) and small component, and is suitable for high aperture and high resolution products. Since the driver circuitry, power supply, control IC etc. can be integrated into a TFT panel, CPT is taking the LTPS technology as the first priority for R&D.

**II. R&D Objectives**

1. Set up R&D of One-Pass-Line LTPS with a small production line
2. Develop LTPS technology for small to medium size high-end products
3. Cope with completion of 28"LTPS HDTV sectional project
4. Use LTPS as a baseline to develop AM-OLED display technology

⊞ DOWNLOAD

CHUNGHWA PICTURE TUBES, LTD.

### R&D Plan for OLED Technology

I. Introduction

OLED (Organic LED), a new generation of display featuring lighter and thinner appearance with no viewing angle limitations as well as a self-luminance property, which makes expensive materials and process of color filter, backlight, reflector and liquid crystal all unnecessary. Combined with a TFT panel to make the AMOLED (Active Matrix OLED) is the key technology for the next plat TFT panel to make the AMOLED (Active Matrix OLED) is the key technology for the next plat display.

II. R&D Objectives

1. Set up semi-mass production line, develop process for AMOLED component and a small production line.
2. Coping with the LTPS Plan, develop high-end products technology for small to medium size AMOLED Panel.

⬇ DOWNLOAD

### R&D Plan on Copper Wire Process

I. Introduction

Length of the metal wire increase tremendously when TFT-LCD gaining on screen size. Speed of signal transmission is up to the product of the resistance (R) and capacitance (C) of the wire; smaller the RC product higher the speed. In the present process technology, resistance of aluminum is about $3.5\mu\Omega$-cm while theoretical value of copper is only $1.7\mu\Omega$-cm. The time delay in the Gate wire is worsened when the panel size increase. If copper can be used, a smaller area is capable of loading larger current and the density of the circuitry is allowed to increase.

II. R&D Objectives

1. Develop compound structure copper wire to prevent diffusion of copper ion into gate insulation layer and affect the component functionality.
2. Develop cleaning process to eliminate surface particles on the front and rear face of the substratum, for ensuring active layer copper concentration lower than 12atoms/cm2 so that component will not be affected.
3. This plan is in cooperation with ITRI ERSO, implemented in two 2-year plans. The first phase of the plan is scheduled to complete by 2005 Q4 and introduce preparation of mass production.

⬇ DOWNLOAD

CHUNGHWA PICTURE TUBES, LTD.

### ∴ R&D Plan for Alignment Film Printing by Ink Jet Technology

I. Introduction

Use digital ink jet technology to design alignment layer directly on computer; similar to the ink jet printer, spray the alignment liquid onto position required. Featuring model flexibility, material saving, maintenance convenience and easy process control.

II. R&D Objectives

1. Create alignment liquid inkjet equipment
2. Develop TN (TwistNematic LCD Display), MVA (Multi-DomainVerticalAlignment wide viewing angle technology), IPS (InPlaneSwitch wide viewing angle technology) type alignment materials.
3. Introduction of next generation substrate alignment liquid inkjet technology.
4. Develop other applications of inkjet technology on Flat Panel Display, such as C/F (Color Filter), O-TFT (Organic Thin-Film Transistor), P/S (Photo Spacer), PLED (Polymer Light Emitting Diode) etc.

⬇ DOWNLOAD

### ∴ Plans on R&D of Laser Cutter

I. Introduction

Using the heat expansion principle, passing glass through a small area of high temperature and then quickly cool it down. By utilizing the unbalanced residual strain along the cutting line and the growth of the cracking line, cutting effect is accomplished. Featured with merits of high precision, neat cutting edge, high strength edge, and requiring no Short/Ring chamfer or cleaning.

II. R&D Objectives

1. Develop laser cutting technology for single panel and assembled panel.
2. Cope with OLED Plan and setup laser cutting process.
3. Introduce next generation laser cutting technology.

⬇ DOWNLOAD

### ∴ Plans on R&D of Non-contact Alignment Technology

CHUNGHWA PICTURE TUBES, LTD.

I. Introduction

The traditional alignment uses rubbing of cloth attached to the roller against the substrate to achieve alignment. But due to increase in the substrate size, the traditional method is limited owing to uniformity of the roller and cloth is hard to control, as well as influences from static electric and particle, causing the alignment unstable. UV alignment, ion beam alignment and plasma alignment are developed for solving the above problems.

II. R&D Objectives

1. Setup database of UV alignment, ion beam alignment and plasma alignment technologies.
2. Develop next generation alignment film material and deposit technology.
3. Introduce non-contact alignment technology for mass production of next generation panels.

📥 DOWNLOAD

### R&D plan on Plasma flat light-source technology

I. Introduction

Compared to the current CCFL backlight technique, flat light-source features high uniformity, low temperature on the backlight module, long life span and conformity with EPA requirements (no Hg content). Development of this Plasma flat light-source should be the key factor for a continuous LCDTV technology.

II. R&D Objectives

1. Setup R&D and semi-mass production line by the end of 2004.
2. Combining with 6-generation product line to setup OnePassLine mass production line.
3. Develop flat backlight technique for 32", 37" and 42" panels.

📥 DOWNLOAD

### R&D Plan for LED Backlight Technique

I. Introduction

LED (Light emitted diode) is a solid state light source characterized by the merits of super long life span, power saving, low voltage, high color rendering, low temperature, quick responding speed, conformity to EPA requirements (no Hg content) which are all superior to the current CCFL light source. This light source is currently being used for many a lighting and small size cell phone backlight applications. It is obvious that LED is taking the place of CCFL as a light source.

CHUNGHWA PICTURE TUBES, LTD.                                              Page 5 of 6

II. R&D Objectives

1. Accomplish development of 20-30"LED backlight module.
2. Accomplish planning for mass production of 7" vehicle use LED backlight module by the end of 2004.
3. R&D for related technology for matching LED light source with high speed LCD

⬇ DOWNLOAD

∴ **R&D plan for CRT rear projection optical engine**

I. Introduction

3 Cathode Ray Tubes (CRT) are used to project RGB original colors respectively and form a magnified full color image, featuring the merits of low cost, high resolution, vivid color, soft image and large size display.

II. R&D Objectives

1. Produce the large size and high luminance optical engine.
2. Develop high efficiency nano cathode materials.
3. Built-in auto convergence system.

⬇ DOWNLOAD

∴ **R&D Plan on LCOS Rear Projection Optic Engine Technology**

I. Introduction

LCOS (Liquid Crystal On Silicon) is a reflective liquid crystal panel that exploits the semiconductor process and liquid crystal injection technology to achieve high aperture rate and high resolution in a small area. Combining the LCOS panel with optical projection mechanism can produce a high resolution but low cost rear projection TV; a new solution for large size projection display technology.

II. R&D Objectives

1. 1. 52"720p Optical Engine
2. 65"1080p Optical Engine
3. Super thin TV Optical Engine

⬇ DOWNLOAD

**CHUNGHWA PICTURE TUBES, LTD.**



 Please Download Acrobat Reader to Read PDF Files.

Copyright© 2004 Chunghwa Picture Tubes, LTD. All rights reserved. Add : 1127 Hopin Rd.,Padeh City,Taoyuan,Taiwan,R.O.C. Tel : 03-367-5151

Incase your are unable to view some of the images on the screen, you may need to install the Flash Program, a plug-in for your browser.Click this link to download the required program.Designed by CREATOP