RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

November 8, 2005

**VIA ELECTRONIC MAIL**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

        Re:    **L.G. Philips LCD Co. Ltd. v. Tatung Company et. al., C.A. No. 05-292 (JJF)**

Dear Judge Farnan:

       I write on behalf of the defendants to request a teleconference in the above captioned case. We request the conference so the parties can address with the Court the discovery and briefing schedules for plaintiff's motion for preliminary injunction.

       Plaintiff filed its motion for preliminary injunction on November 1, 2005. On November 5, 2005, Defendants contacted opposing counsel seeking an agreement for an extension of time to respond. Although that request was initially granted, counsel for Plaintiff has now informed Defendants that it will not agree to any extension to respond to the Motion beyond November 18 and will object to any discovery sought by Defendants.

       Under the Local Rules, Defendants' response to the motion is due November 15, 2005. In order to properly prepare a response Defendants' must take the necessary discovery, search and obtain the documents relevant to its non-infringement and invalidity defenses and obtain declarations in support of its defenses to Plaintiff's Motion. Defendants' request an additional two months in order to obtain the time necessary to properly prepare its response.

       Defendants would like the opportunity, at the Court's earliest convenience, to address these issues with the Court and counsel for L.G. Philips. We believe a teleconference is an appropriate vehicle to address these issues.

RLF1-2943342-1

The Honorable Joseph J. Farnan, Jr.
November 8, 2005
Page 2

      Defendants' counsel is available at the Court's convenience to participate in such a teleconference.

      Respectfully submitted,

      Matthew W. King

MWK:mxk
Enclosure
cc:   Richard D. Kirk, Esq. (via hand delivery)
      Gaspare J. Bono, Esq. (via telecopy)