IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

L.G. PHILIPS LCD CO., LTD.,           :
                                      :
      Plaintiff,                     :
                                      :
v.                                    :   Civil Action No. 05-292 JJF
                                      :
TATUNG COMPANY, TATUNG COMPANY        :
OF AMERICA, INC., CHUNGHWA            :
PICTURE TUBES, LTD., and              :
VIEWSONIC CORPORATION,                :
                                      :
      Defendants.                    :

### O R D E R

WHEREAS, counsel for Defendants filed a letter requesting a teleconference to address discovery and briefing schedules on Plaintiff's Motion for Preliminary Injunction;

WHEREAS, the Court believes an in-person conference is necessary to address counsels' disputes;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Conference will be held on **Wednesday, November 16, 2005 at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware;

2) All Rule 16 Scheduling dates in this action are **STAYED** until the conference;

3) Counsel for Plaintiff and Defendants shall each file by **Monday, November 14, 2005**, a statement of issues outlining their positions.

November 9, 2005                      _____
DATE                                  UNITED STATES DISTRICT JUDGE