# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY

November 15, 2005

The Honorable Joseph J. Farnan
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:    *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
              C.A. No. 05-292-JJF

Dear Judge Farnan:

      I write on behalf of plaintiff LG.Philips LCD Co., Ltd. ("LPL") to address an issue raised in defendants' letter of yesterday [D.I. 30] concerning continued sales and offers for sale of defendants' infringing products in the U.S. market and LPL's corresponding need for injunctive relief.

      As a final point in their letter, defendants suggest -- for the first time, and obviously after LPL filed its own statement of issues [D.I. 29] -- that perhaps the products addressed in LPL's preliminary injunction motion papers "may no longer be sold in the United States or incorporate the allegedly infringing tape carrier package." A quick check on the Internet, however, shows that both the Tatung L17AMTN monitor and the ViewSonic VE710s monitor continue to be sold and offered for sale in the U.S. Attached as Exhibit 1 are copies of sample website pages offering for sale the accused Tatung and ViewSonic monitors. Accordingly, expedited injunctive relief remains necessary and appropriate.

      Defendants cannot avoid liability or an injunction in this case merely by changing product model numbers or designations. Defendants are well aware of their product models and how their products are manufactured, eliminating the need for further delay to brief the preliminary injunction motion.

608796v1

THE BAYARD FIRM

The Honorable Joseph J. Farnan
November 15, 2005
Page 2

We look forward to discussing these issues at tomorrow's hearing.

Respectfully submitted,

/s/ Richard D. Kirk (rk0922)

RDK/slh
Exhibit 1 attached
cc:     Clerk of the Court (by hand)
        All counsel as shown on the attached certificate

608796v1