Home    My Account    Sign Up    Shopping Cart

**TATUNG L17AMTN 17" LCD MONITOR**



| | |
|---|---|
| Item Code: | **L17AMTN** |
| Brand Name: | **TATUNG** |

**TATUNG**

:- visit tatung outlet store
:- view similar products

Your price: $419.00       Quantity: 1       ADD TO CART

Plasma TVs
LCD TVs
Projection TVs
Digital TVs
Table Top TVs
Portable TVs
Projectors
Home Video
Home Audio
Monitors
Tablet PCs
Mini PCs
All-In-One PCs
Accessories
**SHOP BY BRAND**
**INFORMATION**
Customer Service
Product Warranties
Shipping Info
Press Room
About Us

**PRODUCT OVERVIEW**

The Tatung L7AMTN monitor is a new design aimed at financial, medical and logistic ma
emits almost no magnetic radiation, and has a significantly reduced footprint, low power
consumption, high-resolution capabilities and superior image quality to deliver the most c
display.

| ITEMS | SPECIFICATIONS |
|---|---|
| Screen Size | 17" TFT LCD panel(Chi Mei:M170E4-L01) |
| Display Area | 337.9 mm (H) x 270.3 mm (V) |
| Pixel Pitch | 0.264mm(H) x 0.264mm(V) |
| Display Colors | 16.7 million |
| Contrast Ratio | 500:1 (min.), 350:1(typical) |
| Luminance | 250cd/m2 (typical) |
| Viewing Angle | -85 ° ~ 85 ° (H) (typical)<br>-85 ° ~ 85 ° (V) (typical)<br>But C.R. >10<br>6 o'clock direction is the optimum |
| Input Signal | Analog : D-sub 15 pin detachable cable |
| Scanning Frequency | Analog :<br>fH : 31.5 kHz ~ 80kHz<br>fV : 56Hz~ 75kHz |
| Resolution Max. | Analog : 1280 x 1024 (75 Hz) |
| Recommended | Analog : 1280 x 1024 (60 Hz) |
| Power Input | 100V ~ 240V, 50/60Hz (external AC adapter) |
| Power Consumption | < 45W |

| | |
|---|---|
| Users Key Control | Power, Select, Up(+), Down(-) |
| OSD Function | Auto Setup, Management(Brightness, Contrast, H. & V. Position), Clock/Phase, Color (Color Temperature, RGB Adjust, Black Level Adjust), OSD display, Factory Recall Setting, Language, Exit |
| Agency Approvals | CE, BSMI, TUV-GS, MPR II, ISO9241-3/7/8,UL1950, CSA950, FCC class B, VCCI,TCO99 (option) |
| PnP Compatibility | DDC 2B |
| Panel Tilt | Tilt: Forwards : - 5 ° ,Backwards : + 20 ° |
| Panel Mounting Interface | VESA Flat Panel Physical Mounting Interface Standard Version 1, 100mmx100mm |
| Weight | 12.95 lbs |
| Dimension (W * H * D) | 403mmx 387.5mmx 192mm |

**Your price: $419.00**     Quantity: 1      ADD TO CART

**Home** | **Contact Us** | **About Us** |
**Partners** | **Privacy Statement** | **Site Map**

Copyright © 2003-2005 GlobalTechElectronics.com. All Rights Reserved.

Constructed Exclusively Using 

 IFCC
Internet Fraud Complaint Center

Home    My Account    Sign Up    Shopping Cart

## TATUNG
COMPANY OF AMERICA, INC.

**Plasma TVs**

**LCD TVs**

**Projection TVs**

**Digital TVs**

**Table Top TVs**

**Portable TVs**

**Projectors**

**Home Video**

**Home Audio**

**Monitors**

**Tablet PCs**

**Mini PCs**

**All-In-One PCs**

**Accessories**

**SHOP BY BRAND**

**INFORMATION**

**Customer Service**

**Product Warranties**

**Shipping Info**

**Press Room**

**About Us**

Accessories » Speakers

| Product Name | Price | Add to cart |
|---|---|---|
| **Tatung External Speakers for P46T Plasma TV**<br>External Speakers for Tatung P46T Plasma TV ...<br>Product Code: P46T-SP    Mfg Part #: P46T-SP | $179 | ADD TO CART |

*Sorry, Image Not Available*

Plasma TVs » 42"

| Product Name | Price | Add to cart |
|---|---|---|
| **Tatung P42BSMT 42" Plasma TV**<br>42" Plasma Display, 852 × 480 (WVGA), Contrast Ratio - 800:1, Viewing Angle - Over 160°, language - 10 languages...<br>Product Code: P42BSMT    Mfg Part #: P42BSMT | $2,745 | ADD TO CART |

LCD TVs » 17"

| Product Name | Price | Add to cart |
|---|---|---|
| **LCD TV / Monitor Tatung V17AFTW 17" Wide Screen**<br>Offers wide, 160-degree viewing angle, 17-inch LCD multimedia/TV monitor with NTSC TV tuner, 1280 x 768 (Wide XGA) resolution, high brightness (400 cd/m2), low power consumption (less than 60 watts), Component-video, S-video, and composite-video inputs ensure optimum connections with any video source, Picture in picture lets you watch two stations simultaneously...<br>Product Code: V17AFTW    Mfg Part #: V17AFTW | $689 | |

Plasma TVs » 46"

| Product Name | Price | Add to cart |
|---|---|---|
| **Tatung P46T 46" Plasma TV w/** | $3,195 | ADD TO CART |

Found 12 Products

Brand, Tatung, appears in 5 categories. Click on one of the links below to filter results by desired category.

☐ **Plasma TVs**

☐ **Speakers**

☐ **LCD TVs**

☐ **Wall Mounts**

☐ **Monitors**

### TV Tuner



Captivate your viewing audience with Tatung's 46" plasma TV/Monitor. Tatung's plasma display offers dual inputs to connect to both a PC and TV simultaneously with PIP. Designed for both the home and professional market, Tatung has the solution you are looking for...

Product Code: P46T    Mfg Part #: P46T

**Monitors » LCD » 15"**

| Product Name | | Price | Add to cart |
|---|---|---|---|
|  | **Tatung L5CTS 15" LCD Monitor** Tatung L5CTS emits almost no magnetic radiation and has a significantly reduced footprint, low power consumption, high-resolution capabilities, and superior image quality to deliver the most comfortable display... Product Code: L5CTS    Mfg Part #: L5CTS | $399 | ADD TO CART |

**Plasma TVs » 50"**

| Product Name | | Price | Add to cart |
|---|---|---|---|
|  | **Tatung P50BSAT 50" HDTV Plasma TV / Monitor** Revolutionize your TV and movie watching with this gigantic 50-inch HDTV-ready plasma display. Its 16:9 ratio closely approximates that of a real movie screen, for a true home theater experience. Equipped for component video input for the sharpest images and richest color possible... Product Code: P50BSAT    Mfg Part #: P50BSAT | $5,299 | ADD TO CART |

**Accessories » Wall Mounts**

| Product Name | | Price | Add to cart |
|---|---|---|---|
| Sorry, Image Not Available | **Tatung Wall Mount for P46T Plasma TV** Wall Mount for Tatung P46T Plasma TV ... Product Code: P46T-WM    Mfg Part #: P46T-WM | $179 | ADD TO CART |

**Monitors » LCD » 17"**

| Product Name | Price | Add to cart |
|---|---|---|



### Tatung L17AMTN 17" LCD Monitor

$419  [ADD TO CART]

Tatung L17AMTN emits almost no magnetic radiation and has a significantly reduced footprint, low power consumption, high-resolution capabilities, and superior image quality to deliver the most comfortable display...
Product Code: L17AMTN    Mfg Part #: L17AMTN



### Tatung L7CMS 17" LCD Monitor

$499  [ADD TO CART]

The Tatung L7CMS monitor is a new design aimed at financial, medical and logistic markets. It emits almost no magnetic radiation, and has a significantly reduced footprint, low power consumption, high-resolution capabilities and superior image quality to deliver the most comfortable display...
Product Code: L7CMS    Mfg Part #: L7CMS

**LCD TVs » 23"**

| Product Name | Price | Add to cart |
| --- | --- | --- |



### Tatung V23CLTT 23" PC LCD TV (HDTV)

$1,229  [ADD TO CART]

Tatung V23CLTT 23" 16:9 Widescreen HDTV (Built-in Speakers TV Tuner, Composite Video, S Video and Subwoofer Output) PC LCD HDTV Reay Display. Watch movies in the comfort of your living room with image quality rivaling that of theaters. The 23-inch, 16:9 ratio widescreen format has similar proportions to a theater screen, so there are no distracting black bars, while the LCD panel delivers an ultra-sharp image with gorgeous, saturated colors...
Product Code: V23CLTT    Mfg Part #: V23CLTT

**LCD TVs » 27"**

| Product Name | Price | Add to cart |
| --- | --- | --- |



### Tatung V27CLTT 27" LCD TV

$1,599  [ADD TO CART]

27" Wide TFT-LCD Panel, High Contrast/Brightness, PIP function, Multimedia: TV, S-Video, CVBS, EDTV, PC, CVBS output, Tuner Detachable, V-chip, C.C. (close caption), Swivel Base, Portable; Handle bundled, VESA Mounting Holes...
Product Code: V27CLTT    Mfg Part #: V27CLTT

**LCD TVs » 30"**

| Product Name | Price | Add to cart |
|---|---|---|
| **Tatung V30CMTT 30" LCD TV**<br>29.6" Wide TFT-LCD Panel, High Contrast/Brightness, PIP function, Multimedia: TV, S-Video, CVBS, EDTV, PC, CVBS output, Tuner Detachable, V-chip, C.C. (close caption), Swivel Base, Portable, Handle bundled, VESA Mounting Holes...<br>Product Code: V30CMTT     Mfg Part #: V30CMTT | $1,929 |  |

**Home | Contact Us | About Us | Partners | Privacy Statement | Site Map**



Copyright © 2003-2005 GlobalTechElectronics.com. All Rights Reserved.

 

Sign in


**Google**

Web   Images   Groups   News   Froogle   Local<sup>New!</sup>   more »

| ViewSonic VE710s | Search | Advanced Search Preferences |

## Web

Results **1** - **10** of about **201,000** for **ViewSonic VE710s**. (0.10 seconds)

Sponsored Links

**Viewsonic, VE710S LCD 17"**
www.MonitorOutlet.com    Low Cost 17" **Viewsonic** LCD Display
Free Shipping and Great Selection!

**Viewsonic Ve710s**
www.pricegrabber.com    Merchants compete for your business
Compare instant bottom-line prices!

Product search results for **ViewSonic VE710s**


**Viewsonic VE710S** 17" Prosumer LCD Computer Monitor -
Silver - $249.95 - B & H Photo-Video-Pro Audio
**Viewsonic Ve710s** 17" TFT Monitor **VE710S**-4 - $273.99 -
Super Warehouse
**ViewSonic- VE710S**-2 17IN LCD 12X10 ALOG TCO99 -
$282.49 - X10.com

**ViewSonic VE710s** review by PC Magazine

The **VE710s** is **ViewSonic's** entry-level 17-inch LCD monitor model,
and it's priced just below most competing models.
www.pcmag.com/article2/0,1759,1631344,00.asp - 101k - Nov 14,
2005 - Cached - Similar pages

**ViewSonic**: Products: Desktop Displays: LCD Displays: E2
Series: **VE710s**

The **ViewSonic® VE710s** and VE710b 17" LCDs deliver an impressive
array of **...** Selections, offers and programs may vary by country; see
your **ViewSonic ...**
www.**viewsonic**.com/products/desktopdisplays/ lcddisplays/e2
series/**ve710s**/ - 45k - Cached - Similar pages

**ViewSonic** - Products - **VE710s**

**ViewSonic VE710s** LCD display not only brings vivid colours to life
with a oustanding **...** Delivering **ViewSonic**'s reowned image quality.
**VE710s** enhances your **...**
www.**viewsonic**.com.au/products/productspecs.php?id=152 - 23k -
Cached - Similar pages

**ViewSonic** Europe | **VE710s** E² series LCD Monitor

**ViewSonic** Europe **VE710s** E² series LCD Monitor. ... Copyright ©2005
**ViewSonic** Corporation. All rights reserved. **VE710s**/VE710b 10/05-
UK **...**
www.**viewsonic**europe.com/UK/Products/LCDE2/VE710s.htm - 68k -
Cached - Similar pages

**Buy LCD Monitors ViewSonic VE710s** - Price Comparison - Australia

Computer Shop 888 · **ViewSonic VE710s** LCD Monitor, $369.00, See site **...** Gennix
**VIEWSONIC VE710S** 17IN LCD 1280X1024 ULTRA BRIGHT SILVER & BLACK,
$719.95 **...**
www.shopbot.com.au/p-2982.html - 17k - Cached - Similar pages

Sponsored Links

**Ve710s**
Reviews, Specs & Price comparisons
on millions of items.
PriceFish.com

**Viewsonic Ve710s**
Bargain Prices.
You want it, we got it!
BizRate.com

**Viewsonic VE710s** Sale
$248.99 - **ViewSonic** 17" LCD Monitor
Save up to 19% - Buy Now!
Amazon.com

**viewsonic ve710s**
Save money! Don't buy a Flat Panel
Monitor before you PriceSCAN it.
www.pricescan.com

**Viewsonic**
Find **Viewsonic** Products At Newegg
New website & features, Same deals
www.newegg.com

**Viewsonic Ve710s** Prices
Find the Cheapest Prices for
**Viewsonic Ve710s**
www.nextag.com

**Viewsonic Ve710s**
Compare prices on LCD Monitors
Read expert reviews- Shop Now!
CNET.com

**PC Hotline**
VP930b 19" LCD Sale $425!
3 year warranty on **Viewsonic** LCDs.
PCHotline.com

More Sponsored Links »

### VE710S Silver 17" LCD Monitor (ViewSonic-VE710S) - TG Stores
Comparison Shop for **ViewSonic VE710S** Silver 17 LCD Monitor (17, 1280x1024, 16ms,
PC/Mac) at stores.tomshardware.com - The **ViewSonic VE710s** and VE710b 17" ...
stores.tomshardware.com/ search_getprod.php/masterid=2595835 - 50k -
Cached - Similar pages

### ViewSonic VE710S-2 (Black, Silver) 17" LCD Monitor - Find, Compare ...
Read **ViewSonic VE710S**-2 (Black, Silver) 17" LCD Monitor Reviews and Compare
**ViewSonic VE710S**-2 (Black, Silver) 17" LCD Monitor Prices.
www.dealtime.com/xPO-ViewSonic_VIEWSONIC_ MONITORS_VE710S_2_VE710S_2_17
IN_LCD_12X10_ALOG_TCO99 - 37k - Cached - Similar pages

### ViewSonic VE710S Silver/Black 17" LCD Monitor (VE710S-2) - Monitors
**ViewSonic VE710S** Silver/Black 17" LCD Monitor. Part #: **VE710S**-2. The **ViewSonic
VE710S** 17" LCD adds a splash of style to your office desktop. ...
www.superwarehouse.com/ ViewSonic_VE710S_Silver_Black_17_LCD_Monitor/VE710S-2
/p/394231 - 30k - Cached - Similar pages

### ViewSonic VE710s - flat panel display - TFT - 17"" Reviews. LCD ...
CNET's comprehensive **ViewSonic VE710s** - flat panel display - TFT - 17.
reviews.cnet.com/ViewSonic_VE710s_ flat_panel_display_TFT_17/4505-3174_7-30833289
.html - 72k - Cached - Similar pages

### Silver/Black ViewSonic VE710S 17" Computer LCD Monitor, 300 cd/m2 ...
Silver/Black **ViewSonic VE710S** 17. ... 300 cd/m2, 450:1, 1280x1024 Part Number: MTR-
LCD-**VE710S** pad Regular price: $269.00 pad On Sale: $266.00 pad Quantity: ...
www.directron.com/**ve710s**.html - 38k - Cached - Similar pages



Result Page:    **1** 2 3 4 5 6 7 8 9 10    **Next**



Free! Instantly find your email, files, media and web history. Download now.

| ViewSonic VE710s |    | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

Case 1:05-cv-00292-JJF        Document 31-2      Filed 11/15/2005      Page 9 of 26

Sign in

**Web**   Images   Groups   News   Froogle   Local<sup>New!</sup>   more »



| ViewSonic VE710s | Search | Advanced Search Preferences |

## Web

Results **11 - 20** of about **201,000** for **ViewSonic VE710s**. (**0.10** seconds)

**Viewsonic Ve710s**                                                Sponsored Links
BizRate.com    Bargain Prices. You want it, we got it!

**ViewSonic VE710s** Sale
Amazon.com    $248.99 - **ViewSonic** 17" LCD Monitor Save up to
19% - Buy Now!

**viewsonic ve710s**
www.pricescan.com    Save money! Don't buy a Flat Panel Monitor
before you PriceSCAN it.

## VE710s 17" LCD Monitor (ViewSonic-VE710S2) - TG Stores

Comparison Shop for **ViewSonic VE710s** 17 LCD Monitor (17,
1280x1024, 16ms, PC/Mac) at stores.tomshardware.com - The
**ViewSonic VE710s** is a 17-inch TFT Active ...
stores.tomshardware.com/ search_getprod.php?masterid=2594590 - 71
k - Cached - Similar pages

## ViewSonic VE710S 17in LCD Silver from Small Dog Electronics

**ViewSonic VE710S** 17in LCD Silver. ... The **ViewSonic** VE710 17"
LCDs add a splash of style to your office desktop. Delivering an
impressive array of features, ...
www.smalldog.com/product/12653802 - 30k - Cached - Similar pages

## Buy Cheap Viewsonic VE710S LCD - Price Comparison - Australia

**VIEWSONIC VE710S** 17IN LCD 1280X1024 ULTRA BRIGHT SILVER
& BLACK · Compare prices for this product - LCD Monitors. $719.95. at
Gennix stores ...
www.shopbot.com.au/price/Viewsonic-VE710S-LCD.html - 11k -
Cached - Similar pages

## ViewSonic VE710s - flat panel display - TFT - 17"" - LCD Monitors ...

Compare **ViewSonic VE710s** - flat panel display - TFT - 17.
www.mysimon.com/ ViewSonic_VE710s_flat_panel_display_TFT_
17/4014-3174_8-30833289.html - 72k - Cached - Similar pages

## ViewSonic VE710S-2 (Black, Silver) 17" LCD Monitor at ...

The **ViewSonic** VE710 17. ... Compare prices on the **ViewSonic VE710S**-2 (Black, Silver)
17" LCD Monitor. The **ViewSonic VE710S**-2 (Black, Silver) 17 ...
shop.resellerratings.com/xPC-ViewSonic_VIEWSONIC_ MONITORS_VE710S_2_VE710S_
2_17IN_LCD_12X10_ALOG_TCO99~PD-... - 39k - Cached - Similar pages

## ViewSonic VE710S (Silver) (Black, Silver) 17" LCD Monitor at ...

The **ViewSonic** VE710 LCD display not only brings images to life with vivid color and
outstanding realism. Its stylish design is also sure to catch your eye.

Sponsored Links

**Viewsonic Ve710s**
Compare prices on LCD Monitors
Read expert reviews- Shop Now!
CNET.com

PC Hotline
VP930b 19" LCD Sale $425!
3 year warranty on **Viewsonic** LCDs.
PCHotline.com

**Viewsonic Ve710s**
Shop for Monitors!
Compare & Buy from 1000's of Stores
www.Shopping.com

**Viewsonic VE710S** £129.74
Complete **Viewsonic** Range
Buy Online Next Day Delivery
www.shopMagenta.com

**viewsonic ve710s**
**Viewsonic Ve710s** - Flat Panel
$271.39
www.pcuniverse.com

Full line of **ViewSonic**
products on sale. We specialize
in educational and govt markets
www.techedu.com/ViewSonic

**ViewSonic VE 710 s**
**ViewSonic** VE 710 s Great Bargain!
Starting from $0.99.
www.superhotdeal.com

More Sponsored Links »

shop.resellerratings.com/xPC-ViewSonic_VIEWSONIC_ 17
_TFT_LCD_SILVER_BLACK_VE710S~PD-21913107~FD-9006~kworg... - 37k -
Cached - Similar pages

### ZDNet **ViewSonic VE710s** - flat panel display - TFT - 17"" Review ...
ZDNet's **ViewSonic VE710s** - flat panel display - TFT - 17.
reviews-zdnet.com.com/ViewSonic_VE710s_ flat_panel_display_TFT_17/4505-3174_16-
30833289.html - 62k - Cached - Similar pages

### **ViewSonic VE710s** - flat panel display - TFT - 17"" Reviews. LCD ...
CNET's comprehensive **ViewSonic VE710s** - flat panel display - TFT - 17.
reviews.cnet.com/ViewSonic_VE710s_ flat_panel_display_TFT_17/4505-3174_7-31554780
.html - 77k - Cached - Similar pages

### Amazon.co.uk: **ViewSonic VE710s** - Flat panel display - TFT - 17 ...
**ViewSonic VE710s** - Flat panel display - TFT - 17 - 1280 x 1024 - VGA (HD-15) - silver on
black, **Viewsonic**.
www.amazon.co.uk/exec/obidos/ASIN/B0002AAFKI - 37k - Cached - Similar pages

### Compare Prices and Read Reviews on **ViewSonic VE710S**-2 (Black ...
Epinions has the best comparison shopping information on **ViewSonic VE710S**-2 (Black,
Silver) 17.
www.epinions.com/pr-ViewSonic_VE710S-2_ Silver_Black_17_in_Flat_Panel_LCD_Monitor
- 115k - Cached - Similar pages

◄ Gooooooooooogle ►

Result Page: **Previous** 1 **2** 3 4 5 6 7 8 9 10 11          **Next**



| ViewSonic VE710s | Search |

Search within results | Language Tools | Search Tips

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

Sign in

 **Web** Images Groups News Froogle Local<sup>New!</sup> more »

| ViewSonic VE710s | Search | Advanced Search Preferences |

## Web

Results **21 - 30** of about **201,000** for **ViewSonic VE710s**. (0.08 seconds)

**Viewsonic Ve710s**
Sponsored Links
PriceFish.com    Reviews, Specs & Price comparisons on millions of items.

**Viewsonic, VE710S** LCD 17"
www.MonitorOutlet.com    Low Cost 17" **Viewsonic** LCD Display
Free Shipping and Great Selection!

**Viewsonic Ve710s**
www.pricegrabber.com    Merchants compete for your business
Compare instant bottom-line prices!

[766907022520 **VE710S-2 ViewSonic VE710s** - flat panel display - TFT ...](#)

Manufacturer Part Number:, **VE710S**-2. TriTech Price:, $262.30.
Product Description, **ViewSonic VE710s** - flat panel display - TFT - 17" ...
www.tritechcoa.com/product/513428.html - 18k -
Cached - Similar pages

[Compare Prices and Read Reviews on **ViewSonic VE710S** (Silver ...](#)

Epinions has the best comparison shopping information on **ViewSonic VE710S** (Silver) (Black, Silver) 17.
www.epinions.com/pr-ViewSonic_VE710S_Monitor - 75k -
Cached - Similar pages

[Buy LCD Monitors **ViewSonic VE710s** - Price Comparison - Canada](#)

Premier Computer, **Viewsonic® VE710s**, 17in 1280x1024 Analog
Active Matrix TFT LCD ... Anitec, **Viewsonic VE710s** (Silver) - 17"
TFT-LCD 16ms, 450:1, VGA Inputs ...
www.shopbot.ca/p-2982.html - 12k - Cached - Similar pages

[LCD 17 Inch - **Viewsonic VE710S-2 VE710S-2** 17IN LCD 12X10 ALOG ...](#)

**Viewsonic VE710S**-2 **VE710S**-2 17IN LCD 12X10 ALOG TCO99 - The
**Viewsonic** VE710 17 LCDs add a splash of style to your office desktop.
www.digitallyunique.com/i239025.html - 33k - Cached - Similar pages

[**VE710S** Silver 17" LCD Monitor (**ViewSonic-VE710S**) - OSTG.com: The ...](#)

Description: The **ViewSonic VE710s** and VE710b 17" LCDs add a splash of style to your office desktop. Delivering an impressive array of features, ...
ostg.pricegrabber.com/ search_getprod.php/masterid=2595835 - 48k -
Cached - Similar pages

[17" **ViewSonic VE710S** 8ms TFT Silver 3yrs onsite available at Micro ...](#)

Sponsored Links

**Viewsonic Ve710s**
Bargain Prices.
You want it, we got it!
BizRate.com

**ViewSonic VE710s** Sale
$248.99 - **ViewSonic** 17" LCD Monitor
Save up to 19% - Buy Now!
Amazon.com

PriceSCAN.com
Save money! Don't buy a Flat Panel
Monitor before you PriceSCAN it.
www.pricescan.com

**Viewsonic**
Find **Viewsonic** Products At Newegg
New website & features, Same deals
www.newegg.com

**Viewsonic ve710s**
Find the best prices and deals.
Compare products, shops and reviews
www.nextag.com

**Viewsonic ve710s**
Compare prices on LCD Monitors
Read expert reviews- Shop Now!
CNET.com

PC Hotline
VP930b 19" LCD Sale $425!
3 year warranty on **Viewsonic** LCDs.
PCHotline.com

**Viewsonic Ve710s**
Shop for Monitors!
Compare & Buy from 1000's of Stores
www.Shopping.com

More Sponsored Links »

Case 1:05-cv-00292-JJF    Document 31-2    Filed 11/15/2005    Page 12 of 26

17" **ViewSonic VE710S** 8ms TFT Silver 3yrs onsite. ... Product Description, **ViewSonic VE710s** - flat panel display - TFT - 17" ...
www.microdirect.co.uk/productinfo.aspx?ProductID=7688 - 73k - Nov 13, 2005 -
Cached - Similar pages

### ViewSonic VE710S (Silver) (Black, Silver) 17" LCD Monitor Specs ...
Get **ViewSonic VE710S** (Silver) (Black, Silver) 17" LCD Monitor product specs, price
comparison, as well as other comparison shopping information on the ...
www.dealtime.com/xPF-ViewSonic_ VIEWSONIC_17_TFT_LCD_SILVER_BLACK_VE710S
- 29k - Cached - Similar pages
[ More results from www.dealtime.com ]

### ViewSonic VE710s : Read reviews and compare prices at Ciao.co.uk
The **ViewSonic** VE710 LCD display not only brings images to life with vivid color and
outstanding realism. Its stylish...
www.ciao.co.uk/ViewSonic_VE710s__5635112 - 43k - Cached - Similar pages

### Lcd Viewsonic Ve710s - Buy at cheap prices from the best stores at ...
Buy Cheap Monitors, LCD Monitors, TFT Monitors, Flat Screen and Flat Panel Monitors at
the lowest prices in the UK. You can buy NEC Monitors Samsung ...
computing.kelkoo.co.uk/b/a/sbs/uk/monitors/
type/lcd/manufacturer/VIEWSONIC/keywords/VE710S/114401.html - 36k -
Cached - Similar pages

### VE710S-2 - Cendirect Canada : ViewSonic VE710s - Flat panel ...
**ViewSonic VE710s** - Flat panel display - TFT - 17" - 1280 x 1024 - 300 cd/m2 - 450:1 - 25
ms - VGA (HD-15) - black, silver. Mfg.PN: **VE710S**-2 ...
www.cendirect.com/main_EN/tech_specs_JO827438.html - 81k - Cached - Similar pages



Result Page: **Previous** 1  2  **3**  4  5  6  7  8  9  10 11 12          **Next**

| ViewSonic VE710s | Search |

Search within results | Language Tools | Search Tips

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google



| Books | Cars | Clothing | **Computers** | Electronics | Flowers & Gifts | Health & Beauty |
|---|---|---|---|---|---|---|
| Home & Garden | | Jewelry | Kids & Family | Movies | Music | Office | Sports | Video Gai |

**Search for:** [＿＿＿＿＿＿＿] in [Monitors ▾] (GO)    Presented by **DISC⊘VER** CARD

Back to: **Computers** > **Hardware** > **Monitors**

## ViewSonic VE710S-2 (Black, Silver) 17" LCD Monitor: Overview



| Write a review at Epinions.com

The ViewSonic VE710 17" LCDs add a splash of style to your office desktop. Delivering an impressive array of features, these LCDs enhance your productivity while staying within your budget. The ultra-slim 2.2" panel is wall mountable, allowing you to...    Read full description

Price Range:  $249.00 - $1,355.00

---

**Prices and Stores**        Tax and shipping estimated for Fort Worth, TX 76177 | Change ZIP

| **Offer Description** | **Store Name & Rating** | **Total Price** |
|---|---|---|



**VE710S 17 SL/BK LCD 450:1 ANA 1280X1024**

Read more at Buy.com

[ IN STOCK ]

**Buy.com**
✓✓✓✓
2,913 store reviews
**Trusted store**

**$269.99**
No Tax
Free Shipping
(▸ Buy)

---



**ViewSonic VE710s / 17-inch / 1280 x 1024 / Black-Silver / LCD Monitor**

If you're looking for a large-screen flat panel display, but have limited work space, your search is over. Read more at TigerDirect.com

[ IN STOCK ]

**TigerDirect.com**
✓✓✓✓½
19,861 store reviews
**Trusted store**

**$266.02**
No Tax
Includes shipping: $17.03
(▸ Buy)

---



**ViewSonic 17" LCD Monitor (Silver)**

Read more at Amazon

[ STOCK INFO
NOT AVAILABLE ]

**amazon.com**
✓✓✓½
1,114 store reviews
**Trusted store**

**$248.99**
No Tax
Free Shipping
(▸ Buy)

---

**17IN LCD 500:1
VE710B-2 BLACK**

VGA 16MS 5 FOR $75
REBATE Read more at
Business Computing
Network

IN STOCK

**Business
Computing Network**

✓✓✓✓✓
7 store reviews

**$1,304.08**
No Tax
Free Shipping

▶ **Buy**

## Compare all 12 store offers (range: $249.00 - $1,355.00)

Why are these stores listed?

## Product Description

The ViewSonic VE710 17" LCDs add a splash of style to your office desktop. Delivering an impressive array of features, these LCDs enhance your productivity while staying within your budget. The ultra-slim 2.2" panel is wall mountable, allowing you to MAKE THE MOST OF LIMITED DESKTOP REAL ESTATE. You'll enjoy brilliant colors with the high 300 nits (typ) of brightness, 450:1 contrast ratio (typ) and 1280x1024 native resolution. WORK COMFORTABLY FOR HOURS thanks to the anti-glare screen and and fast 25ms video response time that provides flicker-free graphics. These LCDs are the stylish upgrade for your office that help you stay within your budget.????

## Product Specifications

| | |
|---|---|
| **Monitor Type** | Flat Panel LCD TFT (Active Matrix) |
| **Size** | 17" |
| **Contrast Ratio** | 450:1 |
| **Max. Resolution** | 1280 x 1024 |
| **Brightness** | 300 cd/m² |

◎ **See product details**

### Sponsored Listings (About)

**17" LCD Monitor - $179.99**
Buy Today Before They Are Gone! Don't Let this Deal
Slip Away.
**www.tigerdirect.com**

**Viewsonic Lcd Monitor**
Pay just $12.99 for Ground Service Shipping of Any
Order Up to 30 lbs!
**www.CDW.com**

**1,000's of Monitors**
On sale now on the Perfect Match Source Engine
**www.computershoppingnetwork.com**

**LCD Monitor Revolution**
Large multi-screen LCD monitors. Powerful multi-
monitor computers.
**digitaltigers.com**

**uBid® on Mega Auctions**
Bigger auctions mean better chances for you to win.

Case 1:05-cv-00292-JJF    Document 37-2    Filed 11/15/2005    Page 15 of 26

Bids start at $1.
**www.ubid.com**

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes and shipping costs are estimated based on the geographical location of your IP address. You may provide your Zip code above if you would like to improve the accuracy of the sales tax and shipping cost estimates. To learn more about why certain stores are listed on the site, click here.

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.

home | about | privacy | user agreement | site index

Copyright © 2000-2005 DealTime Ltd.



| | Motorola Black Razr V3 Cell Price: $237.00 | Motorola Razr V3 Cell Phone Price: $239.99 | |
|---|---|---|---|

  

NEWS     HARDWARE     NETWORK     MOBILE     TWITCHGURU

Home      Computers      Photo      Electronics      Software      Merchant Ratings      Rebates

## TG STORES

Search [All Products ▾] for [                    ] [Sear]

Home > Computers > Monitors > Flat Panels/LCD



### ViewSonic VE710S Silver 17" LCD Monitor

(17", 1280x1024, 16ms, PC/Mac - SKU: VE710S)

Price Range: **$200.00 - $449.82** from 15 Sellers

Description: The ViewSonic VE710s and VE710b 17" LCDs add a splash of style to your office desk... Delivering an impressive array of features, these LCDs enhance your productivity while staying w... budget. The ultra-slim 2.2" panel is wall moun.... Read More

**Compare Prices      Product Details**

**New** (15 Sellers from $200.00)

| | Seller | Price | Tax & Shipping |
|---|---|---|---|
| Shop | **TigerDirect.com** Featured Merchant<br>Merchant Info | $248.99 | **Enter Zip Cod** |
| Shop | **B&H Photo** 800.947.7784 Featured Merchant<br>Merchant Info | $249.95 | To View Shipping & T<br>Price |
| Shop | **newegg.com** Featured Merchant<br>Merchant Info | $249.99 | + Shipping<br>+ Tax |
| Shop | KatroIndustries.com<br>Merchant Info | $200.00 | = BottomLinePri |
| Shop | A2Zcomp.com<br>Merchant Info | $229.00 | [        ] G |
| Shop | CostCentral.com<br>Merchant Info | $258.51 | (Enter Zip Code) |
| Shop | xPCgear.com<br>Merchant Info | $264.99 | |
| Shop | Directron<br>Merchant Info | $266.00 | |
| Shop | **SPARTAN** spartantech.com | $269.00 | |

Merchant Info

| | | |
|---|---|---|
| *Shop* | **HM Computer**<br>Merchant Info | **$273.00** |
| *Shop* | **Compuvest**<br>Merchant Info | **$275.91** |
| *Shop* | **ATACOM.com**<br>Merchant Info | **$291.95** |
| *Shop* | **PC Progress**<br>Merchant Info | **$294.00** |
| *Shop* | **Bright and Sleek**<br>Merchant Info | **$323.00** |
| *Shop* | *PC SuperDeals*<br>Merchant Info | **$449.82** |

⤷ Shipping costs are based on an estimate of UPS ground or equivalent carrier within the contiguous US, excluding Alaska and
**Do you see a mistake?** Do you see a mistake? Report a pricing error on the VE710S Silver 17" LCD Monitor

© 2005 Tom's Guide Publishing. All Rights Reserved. Copyright of all documents and scripts belonging to this site by TG Publishing 1996 - 2005. Most of the infor
redistribute this information in any way without the expressed written consent of TG Publishing. Please use the Content Permission Form for such requests. This s
cause to your system.

TG Daily | Tom's Hardware Guide | Tom's Networking Guide | MobilityGuru | TwitchGuru | De

**tgpublishing**  About Us

Case 1:05-cv-00292-JJF     Document 37-2     Filed 11/15/2005     Page 18 of 26

# ViewSonic

## VE710s

### 17" LCD DISPLAY





**Exhilarating color, elegant design.**

The ViewSonic® VE710s and VE710b 17" LCDs d
impressive array of features with solid quality while
within your budget. The ultra-slim 2.2" panel is wal
mountable, allowing you to **MAKE THE MOST O
LIMITED DESKTOP REAL ESTATE.** You'll en
brilliant colors with the high 300 nits of brightness (
500:1 contrast ratio (typ) and 1280x1024 native reso
**WORK COMFORTABLY FOR HOURS** thanks
anti-glare screen and fast 8ms video response time t
provides razor-sharp graphics and smooth motion vi
These LCDs are the stylish, affordable upgrade for y
office.

**Case color:**  Also Available: ■



Overview | **Features** | **Specs** | **Accessories**

## Product Details

- Overview
- **Features**
- **Specs**
- **Accessories**
- **Awards**
- **User Guide**

📄 **PDF Product Comparison Chart** (245 K)
📄 **PDF Specsheet** (470 K)
**Download Drivers/Utilities**

- **Press Releases**
- **Awards**

**Print This Page Email This Page**

# Features

**ViewCare**<sup>sm</sup> **Warranty & Service Programs**
When you need us most we're there for you. Get extra protection for your
ViewSonic LCD display, choose from Extended Warranty, Express Exchange® or
Extended Warranty with Express Exchange programs.
**Buy Now**

**Full 17" viewable screen**
Displays a full, flat 17" viewable area with crisp detail and fully saturated color.

**1280x1024 native resolution**
Incredible image detail for sharp text and graphics.

**High brightness and contrast**
300-nit brightness (typ) and 500:1 contrast ratio (typ) for rich, detailed images.

**Stylish slim-bezel design**
An ultra-thin bezel lets you see more without taking up valuable desktop real estate.

**OSD/Power lock secures your settings**
Prevents changes to monitor settings and maintains an optimized image.

**OnView® controls for superior screen adjustability**
Screen adjustments are precisely made via an easy-to-use on-screen menu.

**Dynamic Structure™ Technology**
Innovative liquid crystal composition and pixel matrix accelerate video response at f
rates up to 125 fps for seamless video and intense graphics.

**Integrated power supply**

**Flat-folding base for easy wall mounting**

**PC and Mac® compatible**

**TCO'99 and ENERGY qualified**

**Overview | Features | Specs | Accessories**

 Find it locally     Buy o

Case 1:05-cv-00292-JJF    Document 31-2    Filed 11/15/2005    Page 20 of 26

# Specifications

| | | |
|---|---|---|
| LCD Panel | Type | 17" color TFT active matrix SXGA LCD |
| | Display Area | 13.3" (horizontal) x 10.6" (vertical); 17.0" di |
| | Optimum Resolution | 1280x1024 |
| | Contrast Ratio | 500:1 (typ) |
| | Viewing Angle | 160° horizontal, 160° vertical @ contrast rat |
| | Response Time | 8ms (typ) |
| | Panel Surface | Anti-glare |
| | Brightness | 300 cd/m2 (typ) |
| | Light Source | Long life, 50,000 hrs. (typ) |
| | Panel Surface | Anti-glare |
| VIDEO INPUT | Frequency | Fh: 30~80kHz, Fv: 50~85Hz |
| | Video | RGB Analog (75 ohms, 0.7v) |
| | Sync | H/V Separated (TTL) |
| COMPATIBILITY | PC | VGA up to 1280 x 1024 non-interlaced |
| | Mac®** | Power Mac™ G3/G4 up to 1280x1024 |
| CONNECTOR | Analog | 15-pin mini D-sub |
| | Power | 3-pin AC plug (CEE22) |
| POWER | Voltage | AC 100-240V, 50-60Hz (+/-3) |
| | Consumption | 30W (typ) (auto switch) |
| CONTROLS | Basic | Power, 1, down, up, 2 |
| | OnView® | Auto image adjust, contrast, brightness, ViewMatch® color adjust (sRGB, 9300K, 6 default, 5400K, RGB), information (mode, n number, serial number, resolution, web site) image adjust (H. size, H. position, V. positio tune, sharpness), setup menu (language, reso notice, OSD position, OSD timeout, OSD background), memory recall |
| OPERATING CONDITIONS | Temperature | 32-104°F (0-40°C) |
| | Humidity | 10-90% (non-condensing) |
| DIMENSIONS (WxHxD) | Physical (mm) | 378mm x 374mm x 196mm |
| | Physical (in.) | 14.8" x 14.7" x 7.7" |
| WEIGHT | Net | 9.9 lb. (4.5kg) |
| | Gross | 13.6 lb. (6.2 kg) |
| REGULATIONS | | UL, cUL, FCC-B, CB Report, CE, IC☐B, E. NOM, TUV/Ergo, TUV/GS (covers ISO134 TCO☐99, GOST-R PCT, PCBC, TUV-S EI VCCI, BSMI, CCC, ENERGY STAR®, PSI CTICK, ENERGY, Taiwan Green Mark |
| POWER MANAGEMENT | | Meets TCO'99 and ENERGY standards |

Case 1:05-cv-00292-JJF     Document 31-2     Filed 11/15/2005     Page 21 of 26

| PACKAGE CONTENTS | LCD display, video cable (attached), power Quick Start Guide, ViewSonic Wizard CD |
| WARRANTY | Three-year limited warranty on parts, labor backlight |
| PRODUCT DIMENSIONS W/STAND | 14.8x14.7x7.7 |
| PRODUCT DIMENSIONS W/OUT STAND | 14.8x16.8x2.7 |
| SUGGESTED CONSTRUCTION PLANNING DIMENSIONS W/STAND* | 16.8x15.7x8.7 |
| SUGGESTED CONSTRUCTION PLANNING DIMENSIONS W/WALL MOUNT* | 16.8x18.8x7.7 |

* These are recommendations only. There are variables that may require alterations to these dimensions, such as wall mount depth, non-ViewSonic stand height, etc. Specifications and pricing subject to change without notice. Selections, offers and programs may vary by country; see your ViewSonic representative for complete details. Prices in U.S. dollars.

**Overview | Features | Specs | Accessories**

 

# Accessories

### Create a Total Desktop Solution

Add ViewMate® Collection accessories to your display for a complete desktop solution. Choose stylish mice and wireless keyboards, or turn that display into a TV with a TV/video processor.



### Save space -- mount your LCD on the wall

This VESA® compliant wall mount provides full LCD tilt, side-to-side tilt and portrait/landscape rotation.



Model: WM-U1



**Overview | Features | Specs | Accessories**



back to top

## Resellers

Check one or more boxes for reseller profiles
or leave blank for all resellers.

☐ Audio Visual Dealer

☐ Government and Education Reseller

☐ Local Reseller

☐ National Reseller

☐ Wireless Solution Provider

I would like to find a RESELLER near me.

Enter your zip code:    Distance:

| 19899 |    | 50 Miles ▼ |

Country:

| United States ▼ |    | Submit |

While every reasonable attempt has been made to check on the validity of the availability, location, product and pricing informatio
cannot guarantee that the information provided is without error. Stock status reported is an accurate representation of the dealer i
the date and time shown. "Yes" stock status does not guarantee availability, please check directly with the stores listed. Company lo
service names may be trademarks or service marks of the respective companies.

## Resellers

### Start search over

Resellers



Resellers

1  **Aviation Information Services**
2  **Info Systems Inc.**
3  **Audio Visual Xperts Inc.**
4  **Ameristar Technologies**
5  **Compusa**
6  **Data Network Services - Chad**
7  **Biztec Inc.**
8  **PC Supplies Inc.**
9  **Info Systems Inc. - Philadelph**
10 **GBH Distributing**
11 **Sintaks**
12 **Compusa**
13 **Neoware Systems Inc.**
14 **Data Kinetics Inc.**



Page 1 of 2                                                                 Pre

Resellers

| 1 | Aviation Information Services | 318 - 309 Shipley Road<br>Wilmington, DE 19809 | (302) 762-0814 |
| 2 | **Info Systems Inc.**<br>**Send email** | 590 Century Boulevard<br>Wilmington, DE 19808 | (302) 993-4402 |
| 3 | **Audio Visual Xperts Inc.**<br>**Send email** | 37 Lukens Drive<br>New Castle, DE 19720 | (302) 426-0322 |
| 4 | **Ameristar Technologies**<br>**Send email** | 170 Lukens Drive<br>New Castle, DE 19720 | (302) 467-4800 |
| 5 | **Compusa** | 4211 Concord Pike<br>Wilmington, DE 19803 | (302) 479-7994 |
| 6 | Data Network Services - Chadds Ford | 223 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | (610) 558-9540 |
| 7 | Biztec Inc. | 661 Chestnut Gove Road | (302) 399-8660 |

Dover, DE 19714

| | | | |
|---|---|---|---|
| 8 | **PC Supplies Inc.**<br>**Send email** | 13 Garfield Way<br>Newark, DE 19713 | (302) 368-4800 |
| 9 | **Info Systems Inc. - Philadelphia** | Scott International Plaza II<br>Philadelphia, PA 19113 | (610) 521-5677 |
| 10 | **GBH Distributing** | 1150 First Avenue<br>King of Prussia, PA 19406 | (610) 992-9514 |
| 11 | **Sintaks**<br>**Send email** | 479 Shenaker Road<br>King of Prussia, PA 19406 | (610) 277-1750 |
| 12 | **Compusa** | 176 West Dekalb Pike<br>King of Prussia, PA 19406 | (610) 992-1221 |
| 13 | **Neoware Systems Inc.**<br>**Send email** | 400 Feheley Drive<br>King of Prussia, PA 19406 | (610) 277-8300 |
| 14 | Data Kinetics Inc. | 1732 Bluestem Avenue<br>Williamstown, NJ 08094 | (856) 256-8471 |
| 15 | Sight & Sound<br>**Send email** | 858 Green Giant Road<br>Townsend, DE 19734 | (302) 378-0955 |
| 16 | Tcfc / Sintaks | 408 East 4th Street<br>Bridgeport, PA 19405 | (610) 277-1750 |
| 17 | Excelist Inc. | 7905 Browning Road 306 Cooper CTN<br>Pennsauken, NJ 08109 | (856) 663-2047 |
| 18 | Tekconnect Corp. | 1 Keystone Avenue<br>Cherry Hill, NJ 08003 | (856) 834-1100 |
| 19 | **Commnet International Inc.**<br>**Send email** | 1 Dutchtown Road<br>Voorhees, NJ 08043 | (856) 719-1000 |
| 20 | **Compusa** | 1100 Nixon Drive<br>Mount Laurel, NJ 08054 | (856) 231-8600 |
| 21 | **Emtec Inc.**<br>**Send email** | 817 East Gate Drive<br>Mount Laurel, NJ 08054 | (856) 235-2121 |

| 22 | Qed Sales Inc. | 805 North Bethlehem Pike<br>Spring House, PA 19477 | (215) 643-9200 |
| 23 | Eplus Technology of PA Inc.<br>**Send email** | 130 Futura Drive<br>Pottstown, PA 19464 | (610) 495-7800 |
| 24 | **Compusa** | 1251 Knapp Road<br>North Wales, PA 19454 | (215) 616-5710 |
| 25 | Advanced Micro Computer Specialists | dba Amcs Inc.<br>Horsham, PA 19044 | (215) 773-9700 |

Page 1 of 2                                                                                              Pre

_____

While every reasonable attempt has been made to check on the validity of the availability, location, product and pricing informatio
cannot guarantee that the information provided is without error. Stock status reported is an accurate representation of the dealer i
the date and time shown. "Yes" stock status does not guarantee availability, please check directly with the stores listed. Company Ic
service names may be trademarks or service marks of the respective companies.