```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

LG. PHILIPS LCD CO. LTD.,                :
                                         :
         Plaintiff,                      :
                                         :
    v.                                   :Civil Action No. 05-292-JJF
                                         :
TATUNG COMPANY, TATUNG COMPANY OF        :
AMERICA, INC., CHUNGHWA PICTURE          :
TUBES LTD., and VIEWSONIC                :
CORPORATION,                             :
                                         :
         Defendants.                     :

## ORDER

WHEREAS, a hearing was held on November 16, 2005 to resolve Defendants' Motion For Extension Of Time To File And Serve Defendants' Answering Brief In Response To Plaintiff's Motion For Preliminary Injunction (D.I. 25);

WHEREAS, at the hearing, the Court gave the parties the following two options:

a. Continue with the Motion For Preliminary Injunction. The Court would grant an approximate 60-day extension and allow each side 2 depositions. The infringement claims would be limited to the two products named in the preliminary injunction, and the invalidity defense would be limited to the § 102 on-sale bar. A hearing on the Motion For Preliminary Injunction (D.I. 21) would be held in February 2006. After a decision on the Motion, the Court would then enter a scheduling order, and trial would be scheduled to commence

   approximately twenty-four (24) months from the date of the decision.

   b.  Proceed to a full disposition with trial in nine (9) months. Trial would commence in approximately June 2006, and all post-trial matters would be resolved by September 2006.

   NOW THEREFORE IT IS HEREBY ORDERED that:

1. The parties shall advise the Court by Monday, November 21, 2005 which option they elect and submit a letter to the Court explaining their selection. If the parties agree to either of the above, they shall so advise the Court without explanation.

2. The Court will consider the parties' elections or their agreement and conduct a scheduling conference on **December 8, 2005 at 1:30 p.m in Courtroom 4B.**

November 10, 2005

_____
UNITED STATES DISTRICT JUDGE