IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-292-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD., and VIEWSONIC CORPORATION, | : |
| Defendants. | : |

### ORDER

WHEREAS, the Court received a letter from the parties, electing to proceed to a full disposition with trial in nine (9) months (D.I. 33);

WHEREAS, a scheduling conference is scheduled for December 8, 2005 at 1:30 p.m. in Courtroom 4B (D.I. 32);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall submit their proposed scheduling orders by **December 7, 2005.**

DECEMBER 2, 2005

_____
UNITED STATES DISTRICT JUDGE