IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY, <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 13, 2005, copies of PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES TO DEFENDANT CHUNGHWA PICTURE TUBES, LTD. were served as shown:

**BY EMAIL AND BY HAND**

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Christine A. Dudzik, Esq. <br> Thomas W. Jenkins, Esq. <br> Howrey LLP <br> 321 North Clark Street <br> Suite 3400 <br> Chicago, IL 60610 | Teresa M. Corbin, Esq. <br> Glenn W. Rhodes, Esq. <br> Howrey LLP <br> 525 Market Street <br> Suite 3600 <br> San Francisco, CA 94105 |

611486v1

                    THE BAYARD FIRM

                    /s/ Richard D. Kirk (rk0922)
                    Richard D. Kirk (#0922)
                    222 Delaware Avenue, Suite 900
                    P.O. Box 25130
                    Wilmington, DE 19899-5130
                    rkirk@bayardfirm.com
                    (302) 429-4208

                    Counsel for Plaintiff
                    LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

December 13, 2005

611486v1