IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY,<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 13, 2005, copies of PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES TO DEFENDANT VIEWSONIC CORPORATION were served as shown:

**BY EMAIL AND BY HAND**

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND BY U.S. MAIL**

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105

611493v1

                    THE BAYARD FIRM

                    /s/ Richard D. Kirk (rk0922)
                    Richard D. Kirk (#0922)
                    222 Delaware Avenue, Suite 900
                    P.O. Box 25130
                    Wilmington, DE  19899-5130
                    rkirk@bayardfirm.com
                    (302) 429-4208

                    Counsel for Plaintiff
                    LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

December 13, 2005

611493v1