IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | : |
| | : |
| Plaintiff/Counterclaim Defendant, | : |
| | : |
| v. | : |
| | : Civil Action No. 05-292 (JJF) |
| TATUNG COMPANY; | : |
| TATUNG COMPANY OF AMERICA, INC.; | : |
| CHUNGHWA PICTURE TUBES, LTD.; | : |
| AND VIEWSONIC CORPORATION, | : |
| | : |
| Defendants/Counterclaim Plaintiffs. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 16, 2005, copies of PLAINTIFF

LG.PHILIPS LCD CO., LTD.'S  INITIAL DISCLOSURES PURSUANT TO

FED.R.CIV.P. 26(a)(1) and this NOTICE OF SERVICE were served as shown:

**BY EMAIL ON 12/16/05 AND BY HAND ON 12/19/05:**

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL ON 12/16/05 AND BY U.S. MAIL ON 12/19/05:**

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Howrey LLP |
| 321 North Clark Street | 525 Market Street |
| Suite 3400 | Suite 3600 |
| Chicago, IL  60610 | San Francisco, CA  94105 |

608915v1

December 16, 2005

          THE BAYARD FIRM

          <u>/s/ Richard D. Kirk (rk0922)</u>
          222 Delaware Avenue, Suite 900
          P.O. Box 25130
          Wilmington, DE  19899-5130
          rkirk@bayardfirm.com
          (302) 655-5000
          Counsel for Plaintiff
          LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

608915v1