IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY, <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 22, 2005, copies of: 1) Plaintiff's Third Set of Requests for Production of Documents and Things to Defendant Chunghwa Picture Tubes, Ltd. (Nos. 87-103); 2) Plaintiff's Third Set of Requests for Production of Documents and Things to Defendant Tatung Company of America, Inc. (Nos. 97-102); 3) Plaintiff's Third Set of Requests for Production of Documents and Things to Defendant Tatung Company (Nos. 98-103); and 4) Plaintiff's Third Set of Requests for Production of Documents and Things to Defendant ViewSonic Corporation (Nos. 99-109) were served as shown:

**BY EMAIL AND BY HAND**

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

612471v1

BY EMAIL AND BY U.S. MAIL

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105


THE BAYARD FIRM

*/s/ Richard D. Kirk*

Richard D. Kirk (rk0922)
Thomas H. Kovach (tk3964)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 429-4208

Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

December 22, 2005

612471v1