```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

LG. PHILIPS LCD CO. LTD.,                :
                                         :
        Plaintiff,                       :
                                         :
   v.                                    :Civil Action No. 05-292-JJF
                                         :
TATUNG COMPANY, TATUNG COMPANY OF        :
AMERICA, INC., CHUNGHWA PICTURE          :
TUBES LTD., and VIEWSONIC                :
CORPORATION,                             :
                                         :
        Defendants.                      :

## ORDER

WHEREAS, Plaintiff filed a Motion For Preliminary Injunction (D.I. 21) on November 1, 2005;

WHEREAS, a hearing was held on November 16, 2005 to resolve Defendants' Motion For Extension Of Time (D.I. 25), which was filed in connection with Plaintiff's Motion For Preliminary Injunction;

WHEREAS, at that hearing, the parties were given the option to proceed with the Motion For Preliminary Injunction or to proceed to a full disposition with trial in two months (D.I. 32);

WHEREAS, the parties elected to proceed to a full disposition with trial in two months (D.I. 33);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  Plaintiff's Motion For Preliminary Injunction (D.I. 21) is **DENIED AS MOOT**.

2. Defendants' Motion For Extension Of Time (D.I. 25) is **DENIED AS MOOT**.

January 5, 2006

_____
UNITED STATES DISTRICT JUDGE