IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

**NOTICE OF LODGING OF EMAIL COMMUNICATION**

PLEASE TAKE NOTICE that plaintiff LG.Philips LCD Co., Ltd. hereby lodges a copy of an email communication from Richard D. Kirk, Esquire, to The Honorable Joseph J. Farnan, Jr. dated January 6, 2006, a copy of which is attached hereto.

January 6, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk rk0922
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

613521v1

-2-

OF COUNSEL:
Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

613521v1

### Dick Kirk

| | |
|---|---|
| **From:** | Dick Kirk |
| **Sent:** | Friday, January 06, 2006 3:24 PM |
| **To:** | 'jjf_civil@ded.uscourts.gov' |
| **Cc:** | 'whetzel@rlf.com'; 'king@rlf.com'; 'dudzikc@howrey.com'; 'rhodesg@howrey.com'; 'Corbint@howrey.com'; 'jenkinst@howrey.com' |
| **Subject:** | LG.Philips LCD Co., Inc. et al. v. Tatung Company of America, et al., C.A. No. 05-292-JJF |

Dear Judge Farnan:

Under paragraph 4 of the Scheduling Order dated December 21, 2005, the Court is scheduled to hold a conference regarding discovery disputes on Wednesday, January 11. A submission of issues is due Monday, January 9.

The parties have conferred and jointly and respectfully suggest that the discovery conference be postponed until early February, for the reasons that follow:

While the parties have each propounded written discovery requests, the deadlines to respond to the discovery have not run and, therefore, no written responses have yet been made. In addition, the parties have discussed certain discovery issues and are attempting to cooperate. Accordingly, discovery issues are not fully ripe.

Holding the discovery conference in early February will allow the Court to review the ripened and disputed issues. Moreover, deposition discovery is permitted to commence on February 6, so holding the discovery conference in early February will allow the Court to confer with the parties about discovery just before depositions begin and after the parties have identified and narrowed discovery disputes.

The parties wish to stress that this proposal is not intended to affect or postpone any other aspect of the Scheduling Order.

If the Court's calendar permits it, the parties specifically request that the discovery conference be reset for Wednesday, February 1. We appreciate your prompt consideration of this request.


Respectfully submitted,


Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
Website: www.bayardfirm.com

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 6, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Howrey LLP |
| 321 North Clark Street | 525 Market Street |
| Suite 3400 | Suite 3600 |
| Chicago, IL  60610 | San Francisco, CA  94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1