IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 (JJF) |

AMENDED NOTICE OF  RULE 30(b)(6) DEPOSITION
OF TATUNG COMPANY OF AMERICA, INC.

TO:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

Christine A. Dudzik, Esq.           Teresa M. Corbin, Esq.
Thomas W. Jenkins, Esq.             Glenn W. Rhodes, Esq.
Howrey LLP                          Howrey LLP
321 North Clark Street              525 Market Street
Suite 3400                          Suite 3600
Chicago, IL  60610                  San Francisco, CA  94105

PLEASE TAKE NOTICE that Plaintiff LG.Philips LCD Co., Ltd. ("LPL") will

take the deposition of Defendant Tatung Company of America, Inc. ("Tatung America"),

pursuant to Fed. R. Civ. P. 30(b)(6), beginning on **Tuesday, February 14, 2006**[changed

from March 14, 2006] at 9:00 a.m. and continuing through **Thursday, February 16,**

**2006** [changed from March 16, 2006] .  The deposition will take place at The Bayard

Firm, 222 Delaware Avenue, 9th Floor, Wilmington, DE 19899-5130.  The deposition

will be taken before a notary public or court reporter, duly authorized to administer oaths

and transcribe the testimony of the deponent(s). The deposition will be videotaped and

will continue from day to day until completed or adjourned if authorized by the Court or

stipulated by the parties.  The subjects covered in the deposition will include (but are not

limited to) the subjects listed on Attachment A to the original Notice to Tatung America

[D.I. 50].

Pursuant to Fed. R. Civ. P. 30(b)(6), Tatung America is required to designate one

or more persons to testify at the deposition as to the matters known or reasonably

available to Tatung America.

January 12, 2006                                THE BAYARD FIRM


                                                . /s/ Richard D. Kirk (rk0922)
                                                222 Delaware Avenue, Suite 900
                                                P.O. Box 25130
                                                Wilmington, DE  19899-5130
                                                (302) 429-4208

                                                Counsel for Plaintiff
                                                LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

611671v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 12, 2006, he electronically

filed the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document

were sent by email and hand to the above counsel and by email and first class mail to the

following non-registered participants:

Christine A. Dudzik, Esq.                 Teresa M. Corbin, Esq.
Thomas W. Jenkins, Esq.                   Glenn W. Rhodes, Esq.
Howrey LLP                                Howrey LLP
321 North Clark Street                    525 Market Street
Suite 3400                                Suite 3600
Chicago, IL  60610                        San Francisco, CA  94105

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk