IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

L.G. PHILIPS LCD CO., LTD.,         :
     Plaintiff,                    :
                                   :
     v.                            :   Civil Action No. 05-292 JJF
                                   :
TATUNG COMPANY, TATUNG              :
COMPANY OF AMERICA, INC.,           :
CHUNGHWA PICTURE TUBES, LTD.,       :
and VIEWSONIC CORPORATION,          :
                                   :
     Defendants.                   :

### O R D E R

WHEREAS, the Discovery Conference set for January 11, 2006 was postponed at the request of counsel;

NOW THEREFORE, IT IS HEREBY ORDERED that a Discovery Conference will be held on **Wednesday, February 8, 2006 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

_January 25, 2006_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE