IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>Defendants. | Civil Action No. 05-292 (JJF) |

### NOTICE OF DEPOSITION OF SHIH YI-KUANG

TO:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Christine A. Dudzik, Esq.                Teresa M. Corbin, Esq.
Thomas W. Jenkins, Esq.                  Glenn W. Rhodes, Esq.
Howrey LLP                               Howrey LLP
321 North Clark Street                   525 Market Street
Suite 3400                               Suite 3600
Chicago, IL 60610                        San Francisco, CA 94105

PLEASE TAKE NOTICE that Plaintiff L.G.Philips LCD Co., Ltd. ("LPL") will take the deposition by oral examination of Shih Yi-kuang on March 2, 2006 at 9:00 a.m. The deposition will take place at The Bayard Firm, 222 Delaware Avenue, 9th Floor, Wilmington, DE 19899-5130. The deposition will be videotaped and taken before a notary public or court reporter, duly authorized to administer oaths and transcribe the testimony of the deponent(s). The deposition

616110v1

will continue from day to day until completed or adjourned if authorized by the Court or stipulated by the parties.

| February 1, 2006 | THE BAYARD FIRM |
|---|---|
|  | <u>/s/ Richard D. Kirk (rk0922)</u><br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br>(302) 429-4208<br><br>Counsel for Plaintiff<br>LG.PHILIPS LCD CO., LTD. |
| OF COUNSEL:<br><br>Gaspare J. Bono<br>Matthew T. Bailey<br>Andrew J. Park<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, D.C. 20006<br>(202) 496-7500 |  |

616110v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 1, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Howrey LLP |
| 321 North Clark Street | 525 Market Street |
| Suite 3400 | Suite 3600 |
| Chicago, IL  60610 | San Francisco, CA  94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1