IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY,<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 1, 2006, copies of **PLAINTIFF LG.PHILIPS LCD CO., LTD.'S OBJECTIONS TO DEFENDANTS' NOTICE OF RULE 30(b)(6) DEPOSITION** were served as shown:

**BY EMAIL AND BY HAND**

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Christine A. Dudzik, Esq.<br>Thomas W. Jenkins, Esq.<br>Howrey LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL  60610 | Teresa M. Corbin, Esq.<br>Glenn W. Rhodes, Esq.<br>Howrey LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, CA  94105 |

612471v1

February 1, 2006

                    THE BAYARD FIRM

                    /s/ Richard D. Kirk (rk0922)
                    222 Delaware Avenue, Suite 900
                    P.O. Box 25130
                    Wilmington, DE  19899-5130
                    rkirk@bayardfirm.com
                    (302) 655-5000

                    Counsel for Plaintiff
                    LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

612471v1