IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 05-292 (JJF) |
| ) | |
| v. ) | DEMAND FOR JURY TRIAL |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. | |

### NOTICE OF DEPOSITION OF SCOTT H. HOLMBERG

TO:  Richard D. Kirk           Gaspare J. Bono
     The Bayard Firm           Matthew T. Bailey
     222 Delaware Avenue, Suite 900   Andrew J. Park
     P.O. Box 25130            Adrian Mollo
     Wilmington, DE 19899      McKenna Long & Aldridge LLP
                               1900 K Street, NW
                               Washington, DC 2000

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants shall take the deposition by oral examination of Scott H. Holmberg on March 2, 2006 at 9:00 a.m., or at such other time as mutually agreed to by the parties, at a place not yet designated. The deposition will be videotaped and recorded stenographically before a Notary Public or other officer authorized to administer oaths, and shall continue from day to day until completed, with such adjournments as to time and place as may be necessary.

RLF1-2977130-1

Of Counsel:

Christine A. Dudzik
Thomas W. Jenkins
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239


Dated: February 3, 2006

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd, and
Viewsonic Corporation

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>   Richard D. Kirk
>   The Bayard Firm
>   222 Delaware Avenue, Suite 900
>   P.O. Box 25130
>   Wilmington, DE 19899

I hereby certify that on February 3, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

>   Gaspare J. Bono
>   Matthew T. Bailey
>   Andrew J. Park
>   Adrian Mollo
>   McKenna Long & Aldridge LLP
>   1900 K Street, NW
>   Washington, DC 20006

>   /s/ Matthew W. King
>   Matthew W. King (#4566)
>   king@rlf.com
>   Richards, Layton & Finger
>   One Rodney Square
>   P.O. Box 551
>   Wilmington, DE 19899