IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 05-292 (JJF) |
| | ) |
| v. | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| CHUNGHWA PICTURE TUBES, LTD.; | ) |
| AND VIEWSONIC CORPORATION, | ) |
| | |
| Defendants. | |

## SUPPLEMENTAL NOTICE OF RULE 30(b)(6) DEPOSITION OF L.G. PHILIPS LCD CO., LTD.

TO:   Richard D. Kirk                            Gaspare J. Bono
      The Bayard Firm                            Matthew T. Bailey
      222 Delaware Avenue, Suite 900             Andrew J. Park
      P.O. Box 25130                             Adrian Mollo
      Wilmington, DE  19899                      McKenna Long & Aldridge LLP
                                                 1900 K Street, NW
                                                 Washington, DC  2000

PLEASE TAKE NOTICE that Defendnats Chunghwa Picture Tubes, LTD., Tatung Co. of America, Tatung Company, and Viewsonic Corporation will take the deposition of Plaintiff L.G. Philips LCD Co. Ltd. ("LPL"), pursuant to Fed. R. Civ. P. 30(b)(6), beginning on Monday, February 27, 2006, at 9:00 a.m. The deposition will take place at a location to be mutually agreed on by the parties. The deposition will be taken before a notary public or court reporter, duly authorized to administer oaths and transcribe the testimony of the deponent(s). The deposition will be videotaped and will continue from day to day until complete or adjourned if authorized by the Court or stipulated by the parties. The subjects covered in the deposition will include the subjects listed on Attachment A of this notice.

RLF1-2977186-1

Pursuant to the Fed. R. Civ. P. 30(b)(6), LPL is required to designate one or more persons to testify at the deposition as to the matters known or reasonably available to LPL.

|  |  |
|---|---|
| Of Counsel:<br><br>Christine A. Dudzik<br>Thomas W. Jenkins<br>Howrey LLP<br>321 North Clark Street, Suite 3400<br>Chicago, Illinois 60610<br>(312) 595-1239<br><br><br>Dated: February 3, 2006 | /s/ Matthew W. King<br>Robert W. Whetzel (#2288)<br>whetzel@rlf.com<br>Matthew W. King (#4566)<br>king@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for Defendants/Counterclaimants Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd, and Viewsonic Corporation |

# ATTACHMENT A

## DEFINITIONS

A. For purposes of this Notice, Plaintiff should refer to the definitions set out in Defendants' First Set of Interrogatories (Nos. 1-20), which definitions and meanings are incorporated herein by reference.

## TOPICS TO BE ADDRESSED AT THE DEPOSITION

11. All LPL patents, patent applications, and prosecution histories, that relate to tape carrier packages, including any research and development that supports such patents, patent applications and prosecution histories.

12. The circumstances surrounding the drafting and filing of Korean Patent Application No. 10-1999-0065035 (Publication No. Tuk 2001-0065166), including the research and development leading up to the conception and/or reduction to practice of the subject matter disclosed in said application.

13. The inventorship of the '121 patent and the Korean Patent Application No. 10-1999-0065035 (Publication No. Tuk 2001-0065166).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>  Richard D. Kirk
>  The Bayard Firm
>  222 Delaware Avenue, Suite 900
>  P.O. Box 25130
>  Wilmington, DE 19899

I hereby certify that on February 3, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

>  Gaspare J. Bono
>  Matthew T. Bailey
>  Andrew J. Park
>  Adrian Mollo
>  McKenna Long & Aldridge LLP
>  1900 K Street, NW
>  Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1