IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 05-292 (JJF) |
| TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 6, 2006, copies of 1) PLAINTIFF LG.PHILIPS LCD CO., LTD.'S OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF DOCUMENT REQUESTS; and 2) PLAINTIFF LG.PHILIPS LCD CO., LTD.'S OBJECTIONS AND ANSWERS TO DEFENDANTS' SECOND SET OF INTERROGATORIES were served as shown:

**BY EMAIL AND BY HAND**

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

608915v1

BY EMAIL AND BY U.S. MAIL

Christine A. Dudzik, Esq.  
Thomas W. Jenkins, Esq.  
Howrey LLP  
321 North Clark Street  
Suite 3400  
Chicago, IL  60610

Teresa M. Corbin, Esq.  
Glenn W. Rhodes, Esq.  
Howrey LLP  
525 Market Street  
Suite 3600  
San Francisco, CA  94105

February 6, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE  19899-5130  
rkirk@bayardfirm.com  
(302) 655-5000  
Counsel for Plaintiff  
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:  
Gaspare Bono  
Matthew T. Bailey  
Cass W. Christenson  
McKenna Long & Aldridge LLP  
1900 K Street, NW  
Washington, DC 20006  
(202) 496-7500

608915v1