## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO., LTD.,                    )
                                              )
            Plaintiff,                    )    C. A. No. 05-292 (JJF)
                                              )
      v.                              )    **DEMAND FOR JURY TRIAL**
                                              )
TATUNG COMPANY;                               )
TATUNG COMPANY OF AMERICA, INC.;              )
CHUNGHWA PICTURE TUBES, LTD.;                 )
AND VIEWSONIC CORPORATION,                    )
                                              )

            Defendants.

### MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification counsel moves the admission *pro hac vice* of James Li of Howrey LLP to represent Defendants Tatung Company, Tatung Company of America, Inc. Chunghwa Picture Tubes, Ltd. and Viewsonic Corporation in this matter

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company; Tatung Company of
America; Chunghwa Picture Tubes, Ltd.;
and Viewsonic Corporation

Dated: February 6, 2006

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* is granted.

Dated:_____

                                 _____
                                            U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

James Li
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105-2708

DATE: February 6, 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on February 6, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

> Matthew W. King (#4566)
> king@rlf.com
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899