## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 05-292 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; | ) | |
| CHUNGHWA PICTURE TUBES, LTD.; | ) | |
| AND VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | | |

## SECOND SUPPLEMENTAL NOTICE OF RULE 30(b)(6) DEPOSITION
## OF LG.PHILIPS LCD CO., LTD.

**TO:**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Gaspare J. Bono
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

PLEASE TAKE NOTICE that Defendants Chunghwa Picture Tubes, LTD., Tatung Co.

of America, Tatung Company, and Viewsonic Corporation will take the deposition of Plaintiff

LG.Philips LCD Co., Ltd. ("LPL"), pursuant to Fed. R. Civ. P. 30(b)(6) at a time not yet

designated. The deposition will take place at a location to be mutually agreed on by the parties.

The deposition will be taken before a notary public or court reporter, duly authorized to

administer oaths and transcribe the testimony of the deponent(s). The deposition will be

videotaped and will continue from day to day until complete or adjourned if authorized by the

Court or stipulated by the parties. The subjects covered in the deposition will include the subjects listed on Attachment A of this notice.

Pursuant to Fed. R. Civ. P. 30(b)(6), LPL is required to designate one or more persons to testify at the deposition as to the matters known or reasonably available to LPL.

Robert W. Whetzel (#2288)

Of Counsel:

whetzel@rlf.com
Matthew W. King (#4566)

Christine A. Dudzik
Thomas W. Jenkins
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239

king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd, and
Viewsonic Corporation

Dated: February 10, 2006

## ATTACHMENT A

### DEFINITIONS

A.  For purposes of this Notice, Plaintiff should refer to the definitions set out in Defendants'

First Set of Interrogatories (Nos. 1-20), which definitions and meanings are incorporated

herein by reference.

### TOPICS TO BE ADDRESSED AT THE DEPOSITION

14.     The research and development leading up to the conception and reduction to

practice of the subject matter disclosed and claimed in the '002 patent and any

due diligence performed leading up to, and including, the acquisition of the '002

patent from Honeywell.

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and e-mailed and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on February 10, 2006, I sent the foregoing document by e-mail and federal express, next business day delivery, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

> Matthew W. King  (#4566)
> king@rlf.com
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899