## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ROBERT W. WHETZEL
DIRECTOR

DIRECT DIAL NUMBER
302-651-7634
WHETZEL@RLF.COM

February 17, 2006

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
844 King Street
Wilmington, DE 19801

Re:   L.G. Philips LCD Co. Ltd. v. Tatung Company et. al.,
      C.A. No. 05-292 (JJF)

Dear Judge Farnan:

As Your Honor is aware, for months now, Defendants have been working diligently to collect on sale bar evidence from third parties. This evidence is often in the form of invoices and other transaction level documents that require many hours on the part of the third parties to locate and produce. On February 3, CPT produced some transaction level documents that support the on sale bar defense. Since that time, we have continued our efforts to encourage additional third parties to complete their searches and productions by the February 21 deadline. Just this week, we located two new panels that are marked in such a way as to indicate that the first sales for both of these panels appear to have taken place prior to the critical date. We are making every effort to get the third parties involved to produce their transaction level documents by February 21. We write to alert the Court to the possibility that some of these documents may not by available by February 21 and ask that Your Honor consider a limited exception to his ruling on the document discovery cut-off as to the third parties relevant to on sale panels.

We appreciate your consideration of this issue.

Respectfully submitted,

Robert W. Whetzel

cc:   Clerk of Court (by electronic filing)
      Christine A. Dudzik, Esq. (via telecopy)
      Richard D. Kirk, Esq. (via hand delivery)
      Gaspare J. Bono, Esq. (via telecopy)

RLF1-2982620-1