# EXHIBIT A

TO THE SUBPOENA FOR PRODUCTION, INSPECTION AND COPYING OF BOOKS, DOCUMENTS, ELECTRONIC DATA, AND OTHER TANGIBLE THINGS IN THE POSSESSION, CUSTODY OR CONTROL OF RAM ELECTRONIC SALES, INC.

DOCUMENTS AND OTHER TANGIBLE THINGS TO BE PRODUCED FOR INSPECTION AND COPYING

**DEFINITIONS and INSTRUCTIONS:**

1. "Documents" includes, but is not limited to, the following materials: any and all papers, documents, correspondence, letters, manuals, computer disks, data, photographs, videos, surveys, drawings, films, schematics, computer generated information, handwritten or typewritten notes, charts, graphs, publications, diagrams, journals, calendars, diaries, logs, log books, messages, reports, or any other papers or writings or communications or summaries thereof.

2. Please respond to request by Tuesday, February 21, 2006.

**DOCUMENTS**

1. All documents related to a Sharp LQ15X01W LCD module, generated prior to March 23, 2000, including, but not limited to, sales, marketing, and/or other documents that reflect any commissions earned by Ram Electronic Sales, Inc. for any sales of a Sharp LQ15X01W LCD module in the United States prior to March 23, 2000.