# EXHIBIT A

TO THE SUBPOENA FOR PRODUCTION, INSPECTION AND COPYING OF BOOKS, DOCUMENTS, ELECTRONIC DATA, AND OTHER TANGIBLE THINGS IN THE POSSESSION, CUSTODY OR CONTROL OF SHARP ELECTRONICS CORPORATION.

DOCUMENTS AND OTHER TANGIBLE THINGS TO BE PRODUCED FOR INSPECTION AND COPYING

**DEFINITIONS and INSTRUCTIONS:**

1. "Documents" includes, but is not limited to, the following materials: any and all papers, documents, correspondence, letters, manuals, computer disks, data, photographs, videos, surveys, drawings, films, schematics, computer generated information, handwritten or typewritten notes, charts, graphs, publications, diagrams, journals, calendars, diaries, logs, log books, messages, reports, or any other papers or writings or communications or summaries thereof.

2. Please respond to request by Tuesday, February 21, 2006.

**DOCUMENTS**

1. All documents sufficient to identify sales in the United States of LCD products incorporating Sharp's LQ15X01W module prior to March 23, 2000, including, but not limited to sales data and product specifications.