# EXHIBIT A

TO THE SUBPOENA FOR PRODUCTION, INSPECTION AND COPYING OF BOOKS, DOCUMENTS, ELECTRONIC DATA, AND OTHER TANGIBLE THINGS IN THE POSSESSION, CUSTODY OR CONTROL OF RAYLAR DESIGN, INC.

DOCUMENTS AND OTHER TANGIBLE THINGS TO BE PRODUCED FOR INSPECTION AND COPYING

**DEFINITIONS and INSTRUCTIONS:**

1. "Documents" includes, but is not limited to, the following materials: any and all papers, documents, correspondence, letters, manuals, computer disks, data, photographs, videos, surveys, drawings, films, schematics, computer generated information, handwritten or typewritten notes, charts, graphs, publications, diagrams, journals, calendars, diaries, logs, log books, messages, reports, or any other papers or writings or communications or summaries thereof.

2. Please respond to request by Tuesday, February 21, 2006.

**DOCUMENTS**

1. The Sharp LQ15X01W module purchased by Raylar Design Inc. in or around October 1998.

2. Documents related to the purchase of the Sharp LQ15X01W LCD module purchased by Raylar Design Inc. in or around October 1998, including any invoices, purchases orders or sales receipts.