IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 05-292 (JJF) |
| ) | |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. | |

### NOTICE OF SUBPOENA

TO:  Richard D. Kirk                      Gaspare J. Bono
     The Bayard Firm                      Matthew J. Bailey
     222 Delaware Avenue, Suite 900       Andrew J. Park
     P.O. Box 25130                       Adrian Mollo
     Wilmington, DE 19899                 McKenna Long & Aldridge LLP
                                          1900 K Street, NW
                                          Washington, DC 20006

PLEASE TAKE NOTICE that on February 23, 2006, the attached subpoena was served on Audio International, Inc., 7300 Industry Drive, North Little Rock, AR 72117.

                                          /s/ Robert W. Whetzel
                                          Robert W. Whetzel (#2288)
Of Counsel:                               whetzel@rlf.com
                                          Matthew W. King (#4566)
Christine A. Dudzik                       king@rlf.com
Thomas W. Jenkins                         Richards, Layton & Finger
Howrey LLP                                One Rodney Square, P.O. Box 551
321 North Clark Street, Suite 3400        Wilmington, DE 19899
Chicago, Illinois 60610                   (302) 651-7700
(312) 595-1239                            Attorney for Defendants/Counterclaimants
                                          Tatung Company, Tatung Company of
                                          America, Chunghwa Picture Tubes, Ltd. and
Dated: February 24, 2006                  ViewSonic Corporation

RLF1-2984695-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on February 24, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1