# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

February 24, 2006

Richard D. Kirk, Esquire
P. O. Box 25130
Wilmington, DE 19899

Robert W. Whetzel, Esquire
Richards, Layton & Finger
P. O. Box 551
Wilmington, DE 19899

RE:  LG Philips LCD Co. Ltd. v. Tatung Company, et al.
     Civil Action No. 05-292 JJF

Dear Counsel:

The Court has Mr. Wetzel's February 17, 2006 letter and Mr. Kirk's February 21, 2006 letter concerning a possible extension of the February 21 document discovery cut off date.

No extensions will be granted by the Court for the reasons previously discussed with counsel.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
cc: Clerk, U.S. District Court