IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO. LTD.,                    :
                                             :
          Plaintiff,                         :
                                             :
     v.                                      :Civil Action No. 05-292-JJF
                                             :
TATUNG COMPANY, TATUNG COMPANY OF            :
AMERICA, INC., CHUNGHWA PICTURE              :
TUBES LTD., and VIEWSONIC                    :
CORPORATION,                                 :
                                             :
          Defendants.                        :

## ORDER

WHEREAS, the Court conducted a discovery hearing on March 1, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   All discovery on damages is temporarily stayed.

2.   Defendants' requests for production relating to validity,
     questions on commercial success, on-sale issues,
     prosecution, and public use (D.I. 129) are **GRANTED**.  This
     Order is issued pursuant to Rule 37.  Plaintiff shall
     produce all materials by **March 17, 2006**.  If there is a
     dispute over compliance with this Order, the Court will
     conduct an evidentiary hearing on **March 29, 2006 at 4:00pm
     in Courtroom 4B.**

3.   Plaintiff's request for motherglass samples is **GRANTED** as
     requested on page four of D.I. 128.  This Order is issued
     pursuant to Rule 37, and Defendants shall produce all
     materials by **March 17, 2006**.  If there is a dispute over

compliance with this Order the Court will conduct an evidentiary hearing on **March 30, 2006 at 9:30am in Courtroom 4B.**

4.  Plaintiff's request for production captioned "Critical Discovery Related to Products and Technical Issues" in its February 28, 2006 letter (D.I. 128) is **<u>GRANTED</u>**. Defendants shall respond by **March 17, 2006**; however, Defendants may, **before March 17, 2006**, set forth detailed objections to each bullet item in Plaintiff's letter pertaining to these issues (D.I. 128).

5.  All dates in the Rule 16 Scheduling Order, which are linked to the February 3, 2006 deadline for exchange and completion of contention interrogatories and identification of fact witnesses and document production will be extended **thirty (30) days** from the date of the Court's decision on the disputes addressed in this Order.

March 2 , 2006

_____
UNITED STATES DISTRICT JUDGE