# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

March 6, 2006

**VIA ELECTRONIC MAIL**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re: **L.G. Philips LCD Co. Ltd. v. Tatung Company et. al., C.A. No. 05-292 (JJF)**

Dear Judge Farnan:

Pursuant to the order entered by the Court on March 3, 2006, evidentiary hearings in the above-referenced matter have been scheduled for March 29 at 4:00 p.m. and March 30 at 9:30 a.m.

My colleague Julie Gabler of the Howrey law firm is planning to present the argument on behalf of the defendants at those hearings. Ms. Gabler has long standing vacation plans to be out of the country from March 24 through March 31. As a result of that scheduling conflict, we respectfully request that these evidentiary hearings be rescheduled for April 4 at 4:00 p.m. and April 5 at 9:30 a.m. Plaintiff's counsel is available on these days and does not object to this change.

Of course, if Your Honor should have any questions or concerns, counsel remains available at the Court's convenience.

Respectfully,

Matthew W. King

cc:   Christine A. Dudzik, Esq. (via telecopy)

RLF1-2987776-1

The Honorable Joseph J. Farnan, Jr.
March 6, 2006
Page 2

    Richard D. Kirk, Esq. (via hand delivery)
    Gaspare J. Bono, Esq. (via telecopy)

RLF1-2987776-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on March 6, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899