# EXHIBIT C



 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/814,828 | 03/23/2001 | Sai Chang Yun | 8733.246.00 | 4728 |

30827    7590    03/24/2003

MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, NW
WASHINGTON, DC  20006

| EXAMINER |
|---|
| ROMAN, ANGEL |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2812 | |

DATE MAILED: 03/24/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

| Office Action Summary | Application No. 09/814,828 | Applicant(s) YUN ET AL. |
|---|---|---|
| | Examiner Angel Roman | Art Unit 2812 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____ .
2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-15</u> is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) <u>1,4-7,9-12,14 and 15</u> is/are rejected.
7) ☒ Claim(s) <u>2,3,8 and 13</u> is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☒ The specification is objected to by the Examiner.
10) ☒ The drawing(s) filed on <u>23 March 2001</u> is/are: a) ☐ accepted or b) ☒ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.
    If approved, corrected drawings are required in reply to this Office action.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☒ All  b) ☐ Some * c) ☐ None of:
       1. ☒ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
    a) ☐ The translation of the foreign language provisional application has been received.
15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>3</u>.
4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____ .

Application/Control Number: 09/814,828 Page 2
Art Unit: 2812

## DETAILED ACTION

### Drawings

1. The drawings are objected to as failing to comply with 37 CFR 1.84(p)(5) because they include the following reference sign(s) not mentioned in the description: Number 4, in figure 1A. A proposed drawing correction, corrected drawings, or amendment to the specification to add the reference sign(s) in the description, are required in reply to the Office action to avoid abandonment of the application. The objection to the drawings will not be held in abeyance.

### Specification

2. The disclosure is objected to because of the following informalities: In page 4, line 4, number "3" should be replaced with --2--.

Appropriate correction is required.

### Claim Rejections - 35 USC § 102

3. The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

4. Claims 1, 4-7, 9-12, 14 and 15 are rejected under 35 U.S.C. 102(b) as being anticipated by Tajima et al. U.S. Patent 5,398,128 A.

Application/Control Number: 09/814,828                                                   Page 3
Art Unit: 2812

Tajima et al. discloses a liquid crystal display device, comprising; a liquid crystal panel 10; a printed circuit board 11; and a tape carrier package connected to the liquid crystal panel and the printed circuit board, the tape carrier package comprising, a base film 5 mounted with an integrated circuit chip 12 for applying a signal to the liquid crystal panel 10, an output pad part 4 extending from the integrated circuit chip 12 and having terminals connected to the liquid crystal panel, a dummy bending part in which a portion of the base film 5 is removed in a direction perpendicular to the terminals of the output pad part for reducing a thermal expansion force and a thermal contraction force generated when thermal pressing the output pad part onto the liquid crystal panel; a first bending part in which a second portion of the base film existing at a bent position between the dummy bending part and the integrated circuit chip is removed, and an input pad part extending from the integrated circuit chip and having terminals connected to the printed circuit board (see figure 6 below). The tape carrier package further comprises a second dummy bending part in which a third portion of the base film is removed in a direction perpendicular to the terminals of the output pad part.

As to the language in claim 1, lines 11-13, "for reducing a thermal expansion force and a thermal contraction force generated when thermal pressing the output pad part onto the liquid crystal panel", applicant should note that this is merely "result" language which cannot be relied upon to define over Tajima et al. since Tajima et al. discloses all of the claimed elements and their recited relationships. Moreover, the examiner will presume that the recited results are inherent in Tajima et al. since all of the claimed elements and the relationship therebetween are meet by Tajima et al..

Application/Control Number: 09/814,828                                          Page 4
Art Unit: 2812

**Figure 6**



(Dummy bending parts)

(First bending part)

5.  Claims 5 and 9 are rejected under 35 U.S.C. 102(b) as being anticipated by Tagusa et al. U.S. Patent 5,668,700 A.

Tagusa et al. discloses A tape carrier package, comprising; a pad part for connection to a liquid crystal panel; a base film mounted with an integrated circuit chip 1 for applying a signal to the liquid crystal panel; and a dummy bending part, for distributing a stress applied to the liquid crystal panel according to a thermal expansion of the pad part by removing a portion of the base film between the pad part and the

integrated circuit chip 1. The tape carrier package further comprises a second pad part for connection to a printed circuit board (see figure 6).

### Allowable Subject Matter

6. Claims 2, 3, 8 and 13 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

7. The following is a statement of reasons for the indication of allowable subject matter: The prior art either singularly or in combination failed to anticipate or render obvious the limitations of disclosing a tape carrier package comprising a second bending part in which a third portion of the base film existing at a bent position between the input pad part and the integrated circuit chip is removed as required by claim 2.

### Conclusion

8. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Adachi et al., Yamazaki, Takamatsu et al., Tagawa, Kawaguchi et al. and Tanaka et al. disclose tape carrier packages comprising removed portions.

Application/Control Number: 09/814,828 Page 6
Art Unit: 2812

9. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Angel Roman whose telephone number is (703) 306-0207. The examiner can normally be reached on Monday-Friday 8:30am-6:00pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, John Niebling can be reached on (703) 308-3325. The fax phone numbers for the organization where this application or proceeding is assigned are (703) 308-7724 for regular communications and (703) 308-7724 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703) 308-1782.

AR
March 20, 2003

John F. Niebling
Supervisory Patent Examiner
Technology Center 2800

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 09/814,828 | YUN ET AL. |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Angel Roman | 2812 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-5,398,128 | 03-1995 | Tajima et al. | 349/150 |
| | B | US-5,668,700 | 09-1997 | Tagusa et al. | 361/779 |
| | C | US-6,104,464 | 08-2000 | Adachi et al. | 349/150 |
| | D | US-5,362,547 | 11-1994 | Yamazaki, Hideo | 428/167 |
| | E | US-4,474,432 | 10-1984 | Takamatsu et al. | 349/150 |
| | F | US-4,287,525 | 09-1981 | Tagawa, Takao | 347/148 |
| | G | US-5,528,403 | 06-1996 | Kawaguchi et al. | 349/149 |
| | H | US-5,670,994 | 09-1997 | Kawaguchi et al. | 345/206 |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | JP404304427A | 10-1992 | Japan | Tanaka et al. | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)     Notice of References Cited     Part of Paper No. 5