# EXHIBIT G



PATENT
Attorney Docket No. 32972

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Scott H. Holmberg

Serial No. 07/218,312

Filed: July 12, 1988

For: METHOD OF MANUFACTURING FLAT PANEL BACKPLANES INCLUDING ELECTROSTATIC DISCHARGE PREVENTION AND DISPLAYS MADE THEREBY

Group Art Unit: 325

Examiner: Kenneth J. Ramsey

RECEIVED
JUL 12 1990
DEPUTY ASST. COMM.

PROPOSED RESPONSE

Honorable Commissioner of
 Patents and Trademarks
Washington, D.C. 20231

Sir:

In response to the Office Action of March 31, 1989, with a response due date of June 30, 1989 and in accordance with the PETITION FOR REVIVAL attached hereto, please amend the application as follows:

IN THE CLAIMS

Please amend claim 30 as follows:

30. (Amended) The backplane as defined in claim 28 including [interconnecting] substantially all of said row lines <u>interconnected</u> to one another and substantially all of said column lines <u>interconnected</u> to one another and [forming] an outer electrostatic discharge guard ring <u>formed</u> on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic

- 1 -

32972.RSP

In Re Application Of Scott H. Holmberg
Serial No. 07/218,312

discharges between said row and column activation lines during manufacture of the displays[; and

removing said outer guard ring and row and column interconnections prior to completion of the display].

## REMARKS

The Examiner rejected claims 30-34 under 35 U.S.C. Section 112 as indefinite. Claim 30 has been amended to positively recite the elements in lines 2-8 and to delete lines 9 and 10. The 35 U.S.C. Section 112 rejection now should be obviated.

Claims 1-6, 8-17, 19-24 and 26-35 were rejected under 35 U.S.C. Section 103 as obvious over Tuan in view of Hynecek or Harrison and Mack. Tuan in Fig. 5(a) is concerned with electrostatic discharge protection of an active matrix display. The resistive stripes 70 are not however removable as required by independent claims 1 and 19, as noted by the Examiner. The Examiner combines two semiconductor circuits in an attempt to supply such a teaching. Hynecek removes the interconnect 4 between devices 3, but does not provide row and column line connections or remove such connection if resistance 11 is taken to be such a connection. Likewise, Harrison is an integrated circuit, which has elements which could be separated at score line 270, but the elements are not an outer discharge ring connected as claimed. Tuan as noted in column 1 thereof, was familiar with various semiconductor circuits and chose to form the permanent non-removable resistive strips. It is not felt that a proper combination can be made from the teachings of Tuan, Harrison and Hynecek taken as a whole as required. Independent claims 1 and 19 and the claims dependent therefrom clearly should be allowable. Also, specifically dependent claims 8 and 26 add a second permanent inner guard ring, which dual ring is not suggested by any of the references alone or combined. Mack is recited to provide a teaching of such an inner guard ring as also claimed in independent claims 10 and 28. Mack again is a semiconductor type device and is not

- 2 -

32972.RSP

In Re Application Of Scott H. Holmberg
Serial No. 07/218,312

directed to an active matrix backplane as claimed. Further, the subsurface PN junctions 46 and/or 56 are external to the circuit and cannot be utilized in an active matrix backplane structure. Independent claims 10 and 28 clearly should be allowable as well as the claims dependent therefrom. Further, dependent claims 12 and 30 add the second outer guard ring which, as stated above, clearly is not disclosed or suggested by the references alone or in combination.

It is noted with appreciation that claims 7, 18, 25 and 36 are deemed to have allowable subject matter, however, the independent claims are felt to be allowable as above stated.

Claims 1-36 as now written clearly distinguish over the references of record, both structurally and functionally, and are in allowable form. The lacking teaching is not supplied or suggested by the references alone or in combination. Applicant respectfully requests withdrawal of the rejections and allowance of the claims.

Signed at Boca Raton in the County of Palm Beach and State of Florida, this 25th day of June, 1990.

Respectfully submitted,

John T. Winburn - Reg. No. 26822
One of the Attorneys for Applicant
Leydig, Voit & Mayer
One IBM Plaza, Suite 4600
Chicago, Illinois  60611

Boca Raton, Florida
(407) 392-5332

- 3 -

32972.RSP

In Re Application Of Scott H. Holmberg
Serial No. 07/218,312

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on June 25, 1990.

_____6/25/90_____        _____Julie M Fitzsimmons_____
        (date)

- 4 -

32972.RSP

PATENT
Case Docket No. 32972
June 25, 1990

In re Application of: Scott H. Holmberg
Serial No.   07/218,312
Filed:       July 12, 1988
For:         METHOD OF MANUFACTURING FLAT PANEL BACKPLANES INCLUDING ELECTROSTATIC
             DISCHARGE PREVENTION AND DISPLAYS MADE THEREBY

COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

RECEIVED
JUL 12 1990
DEPUTY ASST. COMM.

Sir:

Transmitted herewith is a response in the above-identified application.

[ ] Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement previously submitted.
[ ] A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 is enclosed.
[ ] The fee for a -month extension of time is enclosed.
[X] No additional claim fee is required.
[X] Other: PETITION FOR REVIVAL OF AN APPLICATION FOR PATENT ABANDONED UNINTENTIONALLY UNDER 37 CFR 1.137(b), RESPONSE, CHANGE OF ADDRESS

The fee has been calculated as shown below:

|  | CLAIMS REMAINING AFTER AMENDMENT |  | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. | OTHER THAN A SMALL ENTITY RATE | ADDIT. |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 36 | MINUS | 36 | = 0 | x 6 = | $ | x 12= | $ 0 |
| INDE. | 4 | MINUS | 4 | = 0 | x18 = | $ | x 36= | $ 0 |
|  | FIRST PRESENTATION OF MULTIPLE DEP. CLAIM |  |  |  | x60 = | $ | x120= | $ 0 |
|  |  |  |  |  | TOTAL ADDIT. FEE | $ | TOTAL | $ 0 |

[ ] Please charge my Deposit Account No. 12-1216 in the amount of $_____. A duplicate copy of this sheet is attached.

[X] A check in the amount of $620.00 is attached for reviving application - unintentional.

[X] The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 12-1216. A duplicate copy of this sheet is attached.
   [X] Any filing fees under 37 CFR 1.16 for the presentation of extra claims.
   [X] Any patent application processing fees under 37 CFR 1.17.

32972.AMD

Respectfully submitted,

LEYDIG, VOIT & MAYER

By: _____
John T. Winburn
One of the Attorney(s) for Applicant
Registration No. 26822

Leydig, Voit & Mayer
One IBM Plaza, Suite 4600
Chicago, Illinois 60611
(312) 822-9666