# Exhibit 3

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition




Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2 SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
p. cm.
ISBN 0-7381-2601-2 (paperback : alk. paper)
1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21 00-050601

Content

Introductio

How to Us

Categories

Trademar

The Auth

Abstracts

Non-IEE

*The Authori*

given. 2. For the pur- mean measurements . The recommended ion. This will accom- ne Hz to tens of kHz. to be used. *Synonym:* M) [14], 748-1979w

ial) The magnetic in- ing force in a material gnetized condition. (Std100) 270-1966w

magnetic amplifier the magnetizing force cally magnetized with e of a specified peak esidual induction dif- quires symmetrically (MAG) 393-1977s

e during which a sys- ted to perform its in- conditions. (PE/NP) 1205-1993

dies) A property by n (induction) after the

00) 270-1966w, [84]

vel.

stancy of probe cou- amplitude of the probe when reflected waves by proper matching at attenuation along the tio of one-half of the the probe output, as- e probe, at a specified e. *Note:* This quantity reproducible and the be eliminated by sub- ile the nonrepeatable probe pickup depends of the probe. *See also:* -wave ratio. (IM/HFIM) [40]

eter) The erroneous re- e reflectometer is ter- *See also:* measurement (IM/HFIM) [40]

ts input, derived from nsformers, is propor- ponent of a polyphase G/PE) C37.100-1992

pectrum analyzer) A input. (IM) [14]

esponse in the absence ro pip. (IM) 748-1979w

recorded data and the tting. WM&A) 1057-1994w

lotted line) The stand- otted line is terminated by a signal source that for waves reflected d standing-wave ratio cal probe pickup or the moved along the line. (IM/HFIM) [40]

rge voltage) The volt- ground terminals of an rge current. *See also:* (PE) [8], [84]

(2) **(protective relaying)** The sum of the three line-to-neutral voltages on a three-phase circuit. (PE/PSR) C37.95-1973s

**residue** The value of $\lim_{s \to s_0} (s - s_0) \times F(s)$, where $F(s)$; has the complex pole $s_0$. *See also:* pole. (C/DA) 1481-1999

**residue check (computers)** A check in which each operand is accompanied by the remainder obtained by dividing this number by n, the remainder then being used as a check digit or digits. *See also:* modulo *N* check. (C) [20], [85]

**resin (rotating machinery)** Any of various hard brittle solid-to-soft semisolid amorphous fusible flammable substances of either natural or synthetic origin; generally of high molecular weight, may be either thermoplastic or thermosetting. (PE) [9]

**resin-bonded paper-insulated bushing (outdoor electric apparatus)** A bushing in which the major insulation is provided by paper bonded with resin. (PE/TR) 21-1976

**resin impregnated paper-insulated bushing** A bushing in which the internal insulation consists of a condenser wound from untreated paper and subsequently impregnated with a curable resin. *Note:* A resin impregnated paper bushing may be provided with an insulating envelope, in which case the intervening space may be filled with another insulating medium. (PE/TR) C57.19.03-1996

**resist (electroplating)** Any material applied to part of a cathode or plating rack to render the surface nonconducting. *See also:* electroplating. (EEC/PE) [119]

**resistance (1) (A) (network analysis)** That physical property of an element, device, branch, network, or system that is the factor by which the mean-square conduction current must be multiplied to give the corresponding power lost by dissipation as heat or as other permanent radiation or loss of electromagnetic energy from the circuit. **(B) (network analysis)** The real part of impedance. *Note:* Definitions (A) and (B) are not equivalent but are supplementary. In any case where confusion may arise, specify definition being used. *See also:* resistor. (IA/IM/IAC/HFIM) 270-1966, [60], [40]
(2) **(shunt)** The quotient of the voltage developed across the instrument terminals to the current passing between the current terminals. In determining the value, account should be taken of the resistance of the instrument and the measuring cable. The resistance value is generally derived from a direct-current measurement such as by means of a double Kelvin bridge. (PE/PSIM) 4-1978s
(3) **(automatic control)** A property opposing movement of material, or flow of energy, and involving loss of potential (voltage, temperature, pressure, level). (PE/EDPG) [3]
(4) *See also:* radiation resistance; antenna resistance. (AP/ANT) 145-1993

**resistance, apparent** *See:* apparent resistance.

**resistance, body** *See:* body resistance.

**resistance box** A rheostat consisting of an assembly of resistors of definite values so arranged that the resistance of the circuit in which it is connected may be changed by known amounts. (Std100) 270-1966w

**resistance braking** A system of dynamic braking in which electric energy generated by the traction motors is dissipated by means of a resistor. *See also:* dynamic braking. (EEC/PE) [119]

**resistance bridge smoke detector (fire protection devices)** A device that responds to an increase of smoke particles and moisture, present in products of combustion, which fall on an electrical bridge grid. As these conductive substances fall on the grid they reduce the resistance of the grid and cause the detector to respond. (NFPA) [16]

**resistance-capacitance characteristic, input (oscilloscopes)** The direct-current resistance and parallel capacitance to ground present at the input of an oscilloscope. (IM) 311-1970w

**resistance-capacitance coupling** Coupling between two or more circuits, usually amplifier stages, by means of a combination of resistance and capacitance elements. *See also:* coupling. (EEC/PE) [119]

**resistance-capacitance oscillator** Any oscillator in which the frequency is determined principally by resistance-capacitance elements. *See also:* oscillatory circuit. (EEC/PE) [119]

**resistance drop (power and distribution transformers)** The component of the impedance voltage drop in phase with the current. (PE/TR) C57.12.80-1978r

**resistance furnace** An electrothermic apparatus, the heat energy for which is generated by the flow of electric current against ohmic resistance internal to the furnace. (EEC/PE) [119]

**resistance grading (cr corona shielding)** A form of corona shielding embodying high resistance material on the surface of the coil. *Synonym:* corona shielding. (PE) [9]

**resistance grounded (1) (power and distribution transformers)** Grounded through impedance, the principal element of which is resistance. *Note:* The resistance may be inserted either directly, in the connection to the ground, or indirectly, as for example, in the secondary of a transformer, the primary of which is connected between neutral and ground, or in series with the delta-connected secondary of a wye-delta grounding transformer. (PE/TR) C57.12.80-1978r
(2) **(system grounding)** Grounded through impedance, the principal element of which is resistance. *Note:* The high-resistance-grounded system is designed to meet the criterion of $R_0 \leq X_{C0}$ in order to limit transient overvoltages due to arcing ground faults. The ground-fault current is usually limited to less than 10 A. $X_{C0}$ is the distributed per-phase capacitive reactance to ground of the system. The low-resistance-grounded system permits a higher ground-fault current (on the order of 25 A to several hundred amperes) to obtain sufficient current for selective relay performance. For the usual system the criterion for limiting transient overvoltages is $R_0/X_0 \geq 2$. (IA/PSE) 142-1982s

**resistance lamp** An electric lamp used to prevent the current in a circuit from exceeding a desired limit. (EEC/PE) [119]

**resistance magnetometer** A magnetometer that depends for its operation upon the variation of electrical resistance of a material immersed in the field to be measured. *See also:* magnetometer. (EEC/PE) [119]

**resistance method of temperature determination (power and distribution transformers)** The determination of the temperature by comparison of the resistance of a winding at the temperature to be determined, with the resistance at a known temperature. (PE/TR) C57.12.80-1978r, C57.15-1999

**resistance modulation (bolometric power meters)** A change in resistance of the bolometer resulting from a change in power (RF, ac, or dc) dissipated in the element. *Note:* The resistance modulation sensitivity is the (dc) change in resistance per unit (dc) change in power at normal bias and at a constant ambient temperature. Resistance modulation frequency response is the frequency of repetitive (sinusoidal) power change for which the peak-to-peak resistance change is 3 dB lower than the asymptotic, maximum value at zero frequency. (IM) 470-1972w

**resistance modulation effect (bolometric power meters)** A component of substitution error (for dc power substitution) in bolometer units in which both ac and dc bias is used. *Note:* This component is dependent upon the frequency of the ac bias and the frequency response of the element: it is usually very small, and usually not included in the effective efficiency correction for substitution error. It is caused by resistance modulation of the element, and is more pronounced in barretters than in thermistors. (IM) 470-1972w

**resistance-reduction factor** A number usually less than or equal to 1.0 used in load and resistance factor design (LRFD). Called strength-reduction factor in 751-1990. (T&D/PE) 751-1990

**resistance relay** A linear-impedance form of distance relay for which the operating characteristic on an *R-X* diagram is a straight line of constant resistance. *Note:* The operating char-

acteristic may be described by the equation $R = K$ or $Z\cos\theta = K$, where $K$ is a constant, and $\theta$ is the angle by which the input voltage leads the input current. (SWG/PE) C37.100-1992

**resistance starting** A form of reduced-voltage starting employing resistances that are short-circuited in one or more steps to complete the starting cycle. *See also:* resistance starting, motor-armature; resistance starting, generator-field. (IA/ICTL/IAC/APP) [60], [75]

**resistance starting, generator-field** Field resistance starting provided by one or more resistance steps in series with the shunt field of a generator, the output of which is connected to a motor armature. *See also:* resistance starting; resistance starting, motor-armature. (IA/IAC) [60]

**resistance starting, motor-armature** Motor resistance starting provided by one or more resistance steps connected in series with the motor armature. *See also:* resistance starting; resistance starting, generator-field. (IA/IAC) [60]

**resistance-start motor** A form of split-phase motor having a resistance connected in series with the auxiliary winding. The auxiliary circuit is opened when the motor has attained a predetermined speed. *See also:* asynchronous machine. (EEC/PE) [119]

**resistance temperature detector (resistance thermometer resistor) (resistance thermometer detector)** A resistor made of some material for which the electrical resistivity is a known function of the temperature and that is intended for use with a resistance thermometer. It is usually in such a form that it can be placed in the region where the temperature is to be determined. *Note:* A resistance temperature detector with its support and enclosing envelope, is often called a resistance thermometer bulb. *See also:* electric thermometer; embedded temperature detector. (EEC/PE) [119]

**resistance thermometer (resistance temperature meter)** An electric thermometer that operates by measuring the electric resistance of a resistor, the resistance of which is a known function of its temperature. The temperature-responsive element is usually called a resistance temperature detector. *Note:* The resistance thermometer is also frequently used to designate the sensor and its enclosing bulb alone, for example, as in platinum thermometer, copper-constantan thermometer, etc. *See also:* instrument; electric thermometer. (PE/PSIM) 119-1974w

**resistance times capacitance (RC), RC time constant** The product of some resistance and some capacitance (having the dimensions of time) or a time constant computed in some other way. (C/DA) 1481-1999

**resistance to ground (surge arresters)** The ratio, at a point in a grounding system, of the component of the voltage to ground that is in phase with the ground current, to the ground current that produces it. (PE) [8], [84]

**resistance voltage drop (1)** The component of voltage drop in phase with the current. (PE/TR) C57.16-1996
(2) The component of the impedance voltage in phase with the current. (PE/TR) C57.15-1999

**resistant (1) (rotating machinery)** Material or apparatus so constructed, protected or treated, that it will not be injured readily when subjected to the specified material or condition, for example, fire-resistant, moisture-resistant. *See also:* asynchronous machine. (SWG/PE/PSR) C37.30-1971s, C37.90-1978s
**(2) (power and distribution transformers)** So constructed, protected, or treated that the apparatus will not be damaged when subjected to the specified material or conditions for a specified time. (PE/TR) C57.12.80-1978r
(3) (used as a suffix) So constructed, protected, or treated that damage will not occur readily when the device is subjected to the specified material or condition. (SWG/PE) C37.100-1992, C37.40-1993

**resistive attenuator (waveguide)** A length of waveguide designed to introduce a transmission loss by the use of some dissipative material. *See also:* waveguide; absorptive attenuator. (AP/ANT) [35], [84]

**resistive conductor** A conductor used primarily because it possesses the property of high electric resistance. (T&D/PE) [10]

**resistive coupling** The association of two or more circuits with one another by means of resistance mutual to the circuits. (PE/PSIM) 81-1983

**resistive distributor brush** Resistive pickup brush in an ignition distributor cap. *See also:* electromagnetic compatibility. (EMC/INT) [53], [70]

**resistive feedback preamplifier (germanium gamma-ray detectors)** A charge-sensitive preamplifier in which charge that accumulates on the feedback capacitor is continually discharged through a resistor in parallel with the capacitor. (NPS) 325-1986s

**resistive ignition cable** High-tension ignition cable, the core of which is made of resistive material. *See also:* electromagnetic compatibility. (EMC/INT) [53], [70]

**resistive loads** Loads for which the current supplied by the low-voltage power supply/battery varies proportionally with the source voltage. *Note:* These loads will demand less current when the source voltage is switched from the low-voltage power supply to the battery. Typically, relays fall into this category. (VT) 1476-2000

**resistivity (material)** A factor such that the conduction-current density is equal to the electric field in the material divided by resistivity. (PE/PSIM) 81-1983

**resistivity, volume** *See:* volume resistivity.

**resistor (1)** An element within a circuit that has specified resistance value designed to restrict the flow of current. *See also:* potentiometer. (C) 610.10-1994w
(2) A device with the primary purpose of introducing resistance into an electric circuit. (A resistor as used in electric circuits for purposes of operation, protection, or control, commonly consists of an aggregation of units. Resistors, as commonly supplied, consist of wire, metal, ribbon, cast metal, or carbon compounds supported by or embedded in an insulating medium. The insulating medium may enclose and support the resistance material as in the case of the porcelain tube type or the insulation may be provided only at the points of support as in the case of heavy duty ribbon or cast iron grids mounted in metal frames.) (IA/MT) 45-1998

**resistor, bias** *See:* bias resistor.

**resistor furnace** A resistance furnace in which the heat is developed in a resistor that is not a part of the charge. (EEC/PE) [119]

**resistor-start motor** A single-phase induction motor with a main winding and an auxiliary winding connected in series with a resistor, with the auxiliary winding circuit opened for running operation. (PE) [9]

**resistor-transistor logic (RTL)** A family of circuit logic in which the basic circuit element is a network of resistors and transistors. (C) 610.10-1994w

**re-solution (electrodeposition)** The passing back into solution of metal already deposited on the cathode. (EEC/PE) [119]

**resolution (1) (supervisory control, data acquisition, and automatic control)** The least value of the measured quantity that can be distinguished. (SWG/PE/SUB) C37.100-1992, C37.1-1994
(2) (A) **(data transmission)** The result of deriving from a sound, scene, or other form of intelligence, a series of discrete elements wherefrom the original may subsequently be synthesized. (B) **(data transmission)** The degree to which nearly equal values of a quantity can be discriminated. (C) **(data transmission)** The fineness of detail in a reproduced spatial pattern. (D) **(data transmission)** The degree to which a system or a device distinguishes fineness of detail in a spatial pattern. (COM/PE) 599-1985
(3) **(storage tubes)** A measure of the quantity of information that may be written into and read out of a storage tube. *Notes:* 1. Resolution can be specified in terms of number of bits, spots, lines, or cycles. 2. Since the relative amplitude of the



output may vary w
representation of the
amplitude versus qu

(4) **(television)** A m
tail. *Note:* Resolutio
ber of lines $N$ (norn
width of each line is
practice, where the
measured in either t
the number of test c
to the vertical dimei

(5) **(oscilloscopes)** .
lines discernible alc
extremities of the g
oscillograph.
(6) **(transmission** l
which nearly equal

(7) The smallest
quantity is divided i
control system.
(8) **(digital delay li**
the doublet.
(9) **(acousto-optic** (
to the minimum res
minimum spot size
and phase distributi
minimum spot size
minimum spot size,
with $\alpha = 1$ rectang
cular beam, constan
amplitude. For oper
will be reduced as t

(10) (A) **(spectrum**
play adjacent respo
measure of resoluti
sponses that merge
**lyzer)** (resolution).
specified and contr
plitude responses
(C) **(spectrum an**
difference between
tude when the notcl
the smaller signal.
lution). For every c
time there exists a
($R$). This is the op
theoretically as:

$$R_D = K\sqrt{\frac{\text{Frequer}}{\text{Swee}}}$$

The factor $K$ shall l

(11) **(pulse measu**
characteristic, prop
can unambiguously
urement process.
(12) **(electrotherm**
discernible change
Std 544-1975w, res
with which the pow
out scale.
(13) **(plutonium**
change in instrume
(14) **(image proce**
processing, the deg
image can be distir

(15) In micrograph
record fine detail.

**sweep reset (oscilloscopes)** In oscilloscopes with single-sweep operation, the arming of the sweep generator to allow it to cycle once. *See also:* oscillograph. (IM/HFIM) [40]

**sweep, sine-wave** *See:* sine-wave sweep.

**sweep, stairstep** *See:* stairstep sweep.

**sweep switching (automatic)** Alternate display of two or more time bases or other sweeps using a single-beam cathode-ray tube: comparable to dual- or multiple-trace operation of the deflection amplifier. (IM) 311-1970w

**sweep time** (acoustically tunable optical filter) The time to continuously tune the filter over its spectral range. (UFFC) [17]

**sweep time division (spectrum analyzer)** The nominal time required for the spot in the reference coordinate to move from one graticule division to the next. Also the name of the control used to select this time. (IM) 748-1979w

**swell** (1) A momentary increase in the power frequency voltage delivered by the mains, outside of the normal tolerances, with a duration of more than one cycle and less than a few seconds. *See also:* surge. (SPD/PE) C62.48-1995, C62.41-1991r
(2) An rms increase in the ac voltage, at the power frequency, for durations from a half-cycle to a few seconds. *See also:* overvoltage; surge. (PE/T&D) 1250-1995
(3) An increase in rms voltage or current at the power frequency for durations from 0.5 cycles to 1 min. Typical values are 1.1 to 1.8 pu. See the figure below. (SCC22/IA/PSE) 1346-1998, 1100-1999

**swellable powder** A powder that swells upon contact with moisture. A jelly like material is formed to block the longitudinal transmission of moisture. (PE/IC) 1142-1995

**swim** The visual misrepresentation that occurs when images on a display surface appear to move about their normal positions. (C) 610.6-1991w

**swing** A transient power flow due to change in relative angles of generation on the system caused by a change in transmission or generation configuration. (PE/PSR) C37.113-1999

**swinging compass (navigation aid terms)** An accurate, portable magnetic compass used to indicate magnetic headings during aircraft magnetic compass calibration. (AES/GCS) 172-1983w

**swingout panel (packaging machinery)** A panel that is hinge-mounted in such a manner that the back of the panel may be made accessible from the front of the enclosure. (IA/PKG) 333-1980w

**swing rack cabinet** An assembly enclosed at the top, side, and rear with front hinged door for front access having a swing open frame for equipment mounting (e. g., nominal 19-inch wide chassis and subpanel assemblies). (SWG/PE) C37.100-1992, C37.21-1985r

**switch** (1) **(telephone loop performance) (switching system)** A system that establishes communication channels among two or more of its interfaces at customers' demand. (COM/TA) 820-1984r
(2) **(high-voltage switchgear)** A device designed to close or open, or both, one or more electric circuits. *See also:* switching device. (SWG/PE) C37.40-1993
(3) **(computers)** A device or programming technique for making a selection, for example, a toggle, a conditional jump. (C) [20], [85]
(4) **(electric and electronics parts and equipment)** A device for making, breaking, or changing the connections in an electric circuit. *Note:* a switch may be operated by manual, mechanical, hydraulic, thermal, barometric, or gravitational means, or by electromechanical means not falling within the definition of "relay." (GSD) 200-1975w
(5) A device that connects ringlets and has queues. It can behave as a consumer (when accepting remote subactions) and as a producer (when forwarding the subaction to another ringlet). It may be visible as a node, with a nodeId, or be transparent, with no nodeId. A switch differs from a bridge in that a switch may connect more than two ringlets, but a bridge connects only two. A switch is generally assumed to connect multiple instances of the same bus standard, while a bridge may connect different bus standards. (C/MM) 1596-1992
(6) A routing device (for example, a box or board) providing a set of numbered node interfaces, constructed from one or more switch chips (or by other methods). *See also:* switch chip; fabric; node interface. (C/BA) 1355-1995
(7) **(A)** An electrical or mechanical device used for opening, closing, or changing the connection of a circuit. *Synonym:*







*Swells occurring upon recovery from a remote system fault*

**swell**

switchpoint. *See also:* DIP switch; display switch; sense switch; function switch; relay. **(B)** To open, close, or change the connection of a circuit as in definition (A). **(C)** A device used for making a selection, as in a toggle. (C) 610.10-1994

**(8)** A device for opening and closing or for changing the connection of a circuit. In these rules, a switch is understood to be manually operable, unless otherwise stated. (NESC/T&D) C2-1997, C2.2-1960

**(9)** In a propulsion system, the historic name for the lowest level of positive tractive effort and power; so called because it is typically utilized for slow-speed switching movements, such as yard moves, train makeup, etc. (VT) 1475-1999

**(10)** A layer 2 interconnection device that conforms to the ISO/IEC 10038 [ANSI/IEEE 802.1D-1990] International Standard. *Synonym:* bridge. (C/LM) 802.3-1998

**(11)** An electronic device connected between two data lines. A switch can exist in one of two states, referred to as "open" and "closed." The state at any time depends on a digital control variable. When the switch is open, the pathway between the two data lines has a very high impedance (ideally infinite) so that signals appearing on the data lines should be completely independent. When the switch is closed, the pathway between the two data lines has a very low impedance (ideally zero) so that signals on the two data lines should be identical. *Notes:* 1. Practical electronic switches implemented in silicon depart from the ideal in at least three ways.

a) In the "on" state, the pathway between the two data lines may have significant impedance, or the relationship between voltage and current may be nonlinear (e.g., a voltage-dependent "impedance").
b) In the "off" state, there may be significant interaction between the signals on the two data lines due to, for example, stray capacitance.
c) In either state there may be significant leakage pathways through which current can pass from the data lines to the surrounding circuitry or vice versa.

The effects of all these characteristics will need to be considered as part of the detailed implementation, especially in a system containing multiple-switch networks. 2. A switching action effectively in series with the function signal pathway can sometimes be obtained without a physically separate device by incorporating a high-Z or enable facility into the functional circuitry. 3. Data transmission through a switch is normally assumed to be bidirectional (as with electromechanical devices such as relays or semiconductor switches such as transmission gates). Some forms of switch can implement only unidirectional voltage or current dependence. *See also:* conceptual switch; high-Z. (C/TT) 1149.4-1999

**switch base** The main members to which the insulator units are attached. (SWG/PE) C37.30-1992s

**switchboard (1) (electric power system)** A large single panel, frame, or assembly of panels, on which are mounted, on the face or back or both, switches, overcurrent and other protective devices, buses, and usually instruments. *Note:* Switchboards are generally accessible from the rear as well as from the front and are not intended to be installed in cabinets. *See also:* panelboard; center of distribution; distribution center. (NESC) [86]

**(2)** A type of switchgear assembly that consists of one or more panels with electric devices mounted thereon, and associated framework. *Note:* Switchboards may be classified by function, that is, power switchboards or control switchboards. Both power and control switchboards may be further classified by construction as defined. (SWG/PE/NESC) C37.100-1992, C2-1997

**(3)** When referred to in connection with supply of electricity, a large single panel, frame, or assembly of panels, on which are mounted (on the face, or back, or both) switches, fuses, buses, and usually instruments. (T&D) C2.2-1960

**switchboard cord** A cord that is used in conjunction with switchboard apparatus to complete or build up a telephone connection. (EEC/PE) [119]

**switchboard lamp (switchboard)** A small electric lamp associated with the wiring in such a way as to give a visual indication of the status of a call or to give information concerning the condition of trunks, subscriber lines, and apparatus. (EEC/PE) [119]

**switchboard position (telephone switching systems)** That portion of a manual switchboard normally provided for the use of one operator. (COM) 312-1977w

**switchboards and panels (electric installations on shipboard)** A generator and distribution switchboard receives energy from the generating plant and distributes directly or indirectly to all equipment supplied by the generating plant. A subdistribution switchboard is essentially a section of the generator and distribution switchboard (connected thereto by a bus-feeder and remotely located for reasons of convenience or economy) that distributes energy for lighting, heating, and power circuits in a certain section of the vessel. A distribution panel receives energy from a distribution or subdistribution switchboard and distributes energy to energy-consuming devices or other distribution panels or panelboards. A panelboard is a distribution panel enclosed in a metal cabinet. (IA/MT) 45-1983s

**switchboard section (telephone switching systems)** A structural unit providing for one or more operator positions. A complete switchboard may consist of one or more sections. (COM) 312-1977w

**switchboard supervisory lamp** (cord circuit or trunk circuit) A lamp that is controlled by one or other of the users to attract the attention of the operator. (EEC/PE) [119]

**switchboard supervisory relay** A relay that controls a switchboard supervisory lamp. (EEC/PE) [119]

**switch chip** A VLSI integrated circuit with two or more link interfaces, between which it provides packet routing. *See also:* link; switch. (C/BA) 1355-1995

**switch compartment (metal-enclosed interrupter switchgear)** That portion of the switchgear assembly that contains one switching device, such as an interrupter switch, power fuse interrupter switch combination, etc., and the associated primary conductors. (SWG/PE) C37.20.3-1996

**switch core** A magnetic core in which the core material generally has a high residual flux density and a high ratio of residual to saturated flux density; Switching does not occur when the magnetic force imposed on the core is below a threshold value. (C) 610.10-1994w

**switched bank** A capacitor bank designed for controlled operation.power systems relaying. (T&D/PE) 1036-1992, C37.99-2000

**switched current** The prospective current to be broken during a switching operation by each set of main switching or transition contacts (resistance-type LTC) or transfer contacts (reactance-type LTC) incorporated in the arcing switch or arcing tap switch. (PE/TR) C57.131-1995

**switched network (1)** A computer interconnect that uses switches to allow intermodule communications. (C/BA) 14536-1995

**(2)** A network, using a switching technique, to direct messages from the sender to the ultimate recipient. *See also:* circuit-switched network; store-and-forward switched network. (C) 610.7-1995

**switched-service network (telephone switching systems)** An arrangement of dedicated switching facilities to provide telecommunications services for a specific customer. (COM) 312-1977w

**switched virtual circuit** A virtual circuit that is established on an as-needed basis to interconnect any two end users attached to a network. *Note:* SVC service requires the definition of some call control procedures for the establishment, maintenance, and termination of the virtual circuit. An SVC may not be available when the user wants if too many SVCs are open at once. *See also:* permanent virtual circuit. (C) 610.7-1995