# Exhibit 6

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

©1969, 1970, 1971, 1973 by American Heritage Publishing Co., Inc.

All correspondence and inquiries should be directed to
Dictionary Division, American Heritage Publishing Co., Inc.,
1221 Avenue of the Americas, New York, New York 10020.

All rights reserved under Bern and Pan-American Copyright Conventions

Standard Book Numbers: 395-09064-4 (de luxe edition);
395-09065-2 (plain edges); 395-09066-0 (thumb-indexed);
395-09070-9 (school edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

Couperin | court-martial

**Cou·pe·rin** (ko͞o-prăN′), **François.** 1668–1733. French composer and organist at the court of Louis XIV.

**cou·ple** (kŭp′əl) *n.* **1.** Two items of the same kind; a pair. **2.** Something that joins two things together; connection; link. **3.** A man and woman united in some way, as by marriage or betrothal or as dancing partners. See Usage note below. **4.** *Informal.* A few; several: *a couple of days.* See Usage note below. **5.** *Physics.* A pair of forces of equal magnitude acting in parallel but opposite directions, capable of causing rotation but not translation. —*v.* **coupled, -ling, -les.** —*tr.* **1.** To link together; attach; join. **2.** To form into pairs. **3.** To join as man and wife; marry. **4.** *Electricity.* To link (two circuits or currents) as by magnetic induction. —*intr.* **1.** To form pairs. **2.** To copulate. [Middle English, pair, bond, from Old French *co(u)ple,* from Latin *cōpula,* bond, link. See **ap-**¹ in Appendix.*]

*Synonyms:* *couple, pair, duo, brace, yoke.* These nouns denote two of something in association. *Couple* refers to two of the same kind or sort not necessarily closely associated, though often it does apply to close relationship. Less formally the term may mean "few." *Pair* stresses close association and often reciprocal dependence of things (as in the case of gloves or pajamas). Sometimes it denotes a single thing with interdependent parts (such as shears or spectacles). *Duo* refers to partners in a duet. *Brace* refers principally to certain game birds, and *yoke* to two joined draft animals.

*Usage:* *Couple* (noun), referring to a man and woman united, is more often followed by a plural verb, though a singular one is possible. Whatever the choice, the plural or singular sense should be consistent within the context: *The couple are spending their honeymoon* (or *is spending its honeymoon*). *Couple,* meaning several, is followed by *of: a couple of days.*

**coup·ler** (kŭp′lər) *n.* **1.** A device for coupling two railroad cars. **2.** A device connecting two organ keyboards so that they may be played together.

**coup·let** (kŭp′lit) *n.* **1.** Two successive lines of verse with the same rhyme scheme and the same meter. **2.** Two similar things; a pair. [Old French *couplet,* diminutive of *co(u)ple,* COUPLE.]

**coup·ling** (kŭp′lĭng) *n.* **1.** The act of forming couples. **2.** A railroad coupler. **3.** The part of the body connecting the hindquarters and forequarters of a four-footed animal.

**cou·pon** (ko͞o′pŏn′, kyo͞o′-) *n.* **1.** One of a number of small, negotiable certificates attached to a bond that represent sums of interest due at stated maturities. **2.** A detachable part of a ticket, advertisement, or other certificate entitling the bearer to certain stated benefits, such as a cash refund or a gift, or for use as an order blank or inquiry form. **3.** One of a number of detachable slips calling for periodic payments, as for merchandise bought on an installment plan. [French, from Old French *colpon,* "a piece cut off," from *colper, couper,* to cut off, from *coup,* a blow. See **coup.**]

**cour·age** (kûr′ĭj) *n.* **1.** The state or quality of mind or spirit that enables one to face danger with self-possession, confidence, and resolution; bravery; valor. **2.** *Obsolete.* Heart; mind; disposition. [Middle English *corage,* heart as the seat of feeling, courage, from Old French, from Vulgar Latin *corāticum* (unattested), from Latin *cor,* heart. See **kerd-**¹ in Appendix.*]

*Synonyms:* *courage, mettle, fortitude, resolution, tenacity, backbone, guts.* These nouns denote qualities of mind or spirit that enable a person to be steadfast in meeting danger or adversity. *Courage* suggests a reserve of moral strength on which one may draw in time of emergency. *Mettle* implies inherent capacity for rising to a challenge, and is likened to spirit and pluck. *Fortitude* primarily stresses enduring stoutness of mind and heart in time of severe trial. *Resolution* suggests, along with steadfastness of purpose, a positive expression of will directed toward achievement of personal ends. *Tenacity* stresses persistence in resisting adversity. *Backbone* implies inherent steadfastness associated with strength of character. *Guts* less formally refers to physical and moral stamina in the face of hardship or unfavorable odds.

**cou·ra·geous** (kə-rā′jəs) *adj.* Having or characterized by courage; valiant. See Synonyms at **brave.** —**cou·ra′geous·ly** *adv.* —**cou·ra′geous·ness** *n.*

**cou·rante** (ko͞o-ränt′) *n.* **1.** A French dance of the 17th century, characterized by running and gliding steps to an accompaniment in triple time. **2.** The second movement of the classical suite, typically following the allemande. [French, "running (dance)," from *courir,* to run, from Old French *courre,* from Latin *currere.* See **kers-**² in Appendix.*]

**Cour·an·tyne** (kûr′ən-tīn′). Also **Cor·en·tyn, Cor·en·tyne,** *Dutch* **Co·ran·tijn** (kō′rän-tīn). A river rising in southern Guyana and flowing 300 miles north to the Atlantic Ocean, forming the boundary between Guyana and Surinam.

**Cour·bet** (ko͞or-bĕ′), **Gustave.** 1819–1877. French painter; a leader of the realists.

**cou·ri·er** (ko͞or′ē-ər, kûr′-) *n.* **1.** A messenger, especially one on urgent or official diplomatic business. **2.** A personal attendant hired to make arrangements for a journey. [Old French *courrier,* from Old Italian *corriere,* from *correre,* to run, from Latin *currere.* See **kers-**² in Appendix.*]

**cour·lan** (ko͞or′lən) *n.* A bird, the **limpkin** *(see).* [French, variant of *courliri,* from Galibi *kurliri.*]

**Cour·nand** (ko͞or-näN′), **André Frédéric.** Born 1895. French-born American physiologist; worked in heart catheterization.

**course** (kôrs, kōrs, ko͞ors) *n.* **1.** Onward movement in a particular direction; progress; advance. **2.** The direction of continuing movement. **3.** The route or path taken by something that moves, as a stream. **4.** A designated area of land or water on which a race is held or a sport played. **5.** Movement in time; duration: *in the course of a year.* **6.** A mode of action or behavior. **7.** A typical or natural manner of proceeding; customary passage from stage to stage; regular development: *The fad ran its course.* **8.** A systematic or orderly succession: *a course of medical treatments.* **9.** *Architecture.* A continuous layer of building material, such as brick or tile, on a wall or roof of a building. **10.** *Education.* **a.** A complete body of prescribed studies constituting a curriculum and leading toward an advanced degree. **b.** A unit of such a curriculum. **11.** A part of a meal served as a unit at one time. **12.** The lowest sail on any mast of a square-rigged ship. **13.** A point on the compass; especially, the one toward which a ship is sailing. —See Synonyms at **way.** —**in due course.** In proper order; at the right time. —**of course. 1.** In the natural order of things; naturally. **2.** Without any doubt; certainly. —*v.* **coursed, coursing, courses.** —*tr.* **1.** To move swiftly through or over; traverse. **2.** To pursue; hunt; especially, to hunt (game) with hounds. **3.** To set (hounds) to chase game; send into pursuit. —*intr.* **1.** To proceed on a course; follow a direction. **2. a.** To move swiftly; race. **b.** To run; flow: *"big tears now coursed down her face"* (Iris Murdoch). **3.** To hunt game with hounds. [Middle English *cours, course,* from Old French, from Latin *cursus,* from the past participle of *currere,* to run. See **kers-**² in Appendix.*]

**cours·er**¹ (kôr′sər, kōr′-, ko͞or′-) *n.* A dog trained for coursing.

**cours·er**² (kôr′sər, kōr′-, ko͞or′-) *n. Poetic.* A swift horse.

**cours·ing** (kôr′sĭng, kōr′-, ko͞or′-) *n.* The sport of hunting with dogs trained to chase game by sight instead of scent.

**court** (kôrt, kōrt) *n. Abbr.* **C., ct. 1.** An extent of open ground partially or completely enclosed by walls or buildings; courtyard. **2.** A short street; especially, an alley walled by buildings on three sides. **3.** A large, open section of a building, often with a glass roof or skylight. **4.** Formerly, a mansion or other large building standing in a courtyard. Now used only in proper names. **5.** The place of residence of a sovereign or dignitary; a royal mansion or palace. **6.** The retinue of a sovereign, including the royal family and his personal servants, advisers, ministers, and the like. **7.** A sovereign's governing body, including the council of ministers and state advisers. **8.** A formal meeting called for and presided over by a sovereign. **9. a.** A person or body of persons appointed to hear and submit a decision on civil cases. **b.** The building, hall, or room in which cases are heard and determined. **c.** The regular session of a judicial assembly. **10.** Any similar authorized tribunal having military or ecclesiastical jurisdiction. **11.** An open, level area, marked with appropriate lines, upon which tennis, handball, basketball, or another game is played. **12.** The body of directors of a corporation, company, or other organization. —**out of court. 1.** Without a trial. **2.** Too trivial, rash, or ridiculous for discussion or consideration. —**pay court to. 1.** To flatter with solicitous overtures in an attempt to obtain something. **2.** To woo. —*v.* **courted, courting, courts.** —*tr.* **1.** To attempt to gain the favor of by flattery or attention. **2.** To attempt to gain the affections or love of; woo. **3.** To attempt to gain; seek. **4.** To invite, often unwittingly or foolishly: *court disaster.* —*intr.* To pay court; woo. —*adj.* Of, pertaining, or appropriate to a court. [Middle English, from Old French *cort,* from Latin *cohors* (stem *cohort-*), enclosure, court, cohort. See **gher-**² in Appendix.*]

**cour·te·ous** (kûr′tē-əs) *adj.* Characterized by graciousness; considerate toward others. See Synonyms at **polite.** [Middle English *curteis, corteis,* having manners befitting a courtly gentleman, from Old French, from *cort,* COURT.] —**cour′te·ous·ly** *adv.* —**cour′te·ous·ness** *n.*

**cour·te·san** (kôr′tə-zən, kōr′-) *n.* Also **cour·te·zan.** A prostitute or kept woman, especially one associating with men of rank or wealth. [Old French *courtisane,* from Old Italian *cortigiana,* "female courtier," from *cortigiano,* courtier, from *corte,* court, from Latin *cohors* (stem *cohort-*), COURT.]

**cour·te·sy** (kûr′tə-sē) *n., pl.* **-sies. 1.** Polite behavior; gracious manner or manners. **2.** A polite gesture or remark. **3.** Consent or favor; indulgence: *He was called "doctor" by courtesy.* **4.** Variant of **curtsy.** [Middle English *curteisie,* from Old French, from *curteis,* COURTEOUS.]

**courtesy title.** *British.* A title of nobility having no legal status; for example, the eldest son of the Duke of Bedford is called Marquis of Tavistock during his father's lifetime but is not a peer.

**court hand.** A style of handwriting formerly used in English legal papers. Also called "Gothic hand."

**court·house** (kôrt′hous′, kōrt′-) *n. Abbr.* **c.h., C.H.** A building housing judicial courts.

**court·i·er** (kôr′tē-ər, kōr′-, -tyər) *n.* **1.** An attendant at the court of a sovereign. **2.** One who seeks favor, especially by flattery or obsequious behavior. [Middle English *courteour,* from Norman French, from Old French *corteier,* to be at court, to court, from *cort, court,* COURT.] —**cour′ti·er·ly** *adv.*

**court-leet** (kôrt′lēt′, kōrt′-) *n.* A former court in Great Britain, a **leet** *(see).*

**court·ly** (kôrt′lē, kōrt′-) *adj.* **-lier, -liest. 1.** Suitable for a royal court; stately; dignified. **2.** Elegant in manners; polite; refined. **3.** Flattering; obsequious. —*adv.* In a courtly manner; elegant. —**court′li·ness** *n.*

**courtly love.** A code of chivalrous devotion to a married lady that originated in the mores of Languedoc and developed as a secular counterpart to the cult of the Virgin, exerting an important influence in medieval and Renaissance literature.

**court-mar·tial** (kôrt′mär′shəl, kōrt′-) *n., pl.* **courts-martial.** *Abbr.* **c.m. 1.** A military or naval court of officers appointed by a commander to try persons for offenses under military law. See **general court-martial, special court-martial, summary court-**

**Gustave Courbet**
A self-portrait

t tight/th thin, path/*th* this, bathe/ŭ cut/ûr urge/v valve/w with/y yes/z zebra, size/zh vision/ə about, item, edible, gallop, circus/ à *Fr.* ami/œ *Fr.* feu, *Ger.* schön/ü *Fr.* tu, *Ger.* über/KH *Ger.* ich, *Scot.* loch/N *Fr.* bon. *Follows main vocabulary. †Of obscure origin.

Juma | junk 710

**junco**
*Junco hyemalis*

according to the Gregorian calendar. July has 31 days. See **calendar**. [Middle English *Julie*, from Norman French, from Latin *Jūlius (mēnsis)*, (month of) Julius Caesar.]
**Ju·ma** (jōō'mä) *n.* The Islamic Sabbath, falling on Friday.
**Ju·ma·da** (jōō-mä'dä) *n.* Also **Jo·ma·da**. **1.** The fifth month of the year in the Moslem calendar, having 30 days. See **calendar**. **2.** The sixth month of the year in the Moslem calendar, having 29 days. See **calendar**. [Arabic *Jumādā*.]
**jum·ble** (jŭm'bəl) *v.* **-bled, -bling, -bles.** —*intr.* To move, mix, or mingle in a confused, disordered manner. —*tr.* **1.** To stir or mix in a disordered mass. **2.** To muddle; confuse: *The rapid-fire questioning jumbled his thoughts.* —*n.* **1.** A confused or disordered mass: *a jumble of sales goods.* **2.** A disordered state; a muddle. [Origin obscure.]
**jum·bo** (jŭm'bō) *n., pl.* **-bos.** An unusually large person, animal, or thing. —*adj.* Larger than average: *jumbo shrimp.* [After *Jumbo*, a large elephant exhibited by P.T. Barnum.]
**jum·buck** (jŭm'bŭk) *n. Australian.* A sheep. [From a native Australian name.]
**Jum·na** (jŭm'nə). A river rising in the Himalayas of north-central India and flowing 860 miles southeast to the Ganges.
**jump** (jŭmp) *v.* **jumped, jumping, jumps.** —*intr.* **1. a.** To spring off the ground or other base by a muscular effort of the legs and feet: *jumped three feet into the air.* **b.** To perform this movement repeatedly or rhythmically, as for exercise. **2.** To throw oneself down, off, out, or into something: *He jumped into the political fray.* **3.** To spring at with the intent to assail or censure: *He jumped at me for saying such a thing.* **4.** To arrive at hastily or haphazardly. Used with *to*: *jump to conclusions.* **5.** To grab at eagerly; respond with alacrity. Used with *at*: *jump at a bargain.* **6.** To start involuntarily: *jump at a loud noise.* **7.** To rise suddenly and pronouncedly: *Prices jumped.* **8. a.** To skip over space or material, leaving a break in continuity. **b.** To be displaced vertically or laterally because of improper alignment: *The film jumped during projection.* **9.** *Checkers.* To move over an opponent's playing piece. **10.** *Bridge.* To make a jump bid. **11.** *Informal.* To show enterprise and quickness. **12.** *Slang.* To have a lively, pulsating quality: *a nightclub that jumps.* —*tr.* **1.** To leap over or across: *jump the rope.* **2.** To leap aboard; jump on; to catch: *jump a bus.* **3.** To spring upon in sudden attack: *The muggers jumped him.* **4.** To cause to leap: *jump a horse over a hurdle.* **5.** To cause to increase suddenly and markedly. **6.** To skip: *The typewriter jumped a space.* **7.** To promote, especially by more than one level: *He was jumped to head foreman.* **8.** *Bridge.* To raise (a partner's bid) by more than is necessary. **9.** *Checkers.* To take (an opponent's piece) by moving over it with one's own checker. **10.** To leave (a course or track) through mishap: *The train jumped the rail.* —**jump a claim.** To take land or rights from another by violence or fraud. —**jump bail.** To forfeit one's bail by absconding. —**jump down one's throat.** To answer sharply or angrily. —**jump ship.** To desert. —**jump the gun.** To start something too soon. —*n.* **1.** The act of jumping; a leap. **2.** The space or distance covered by a leap: *a jump of seven feet.* **3.** A hurdle, barrier, or span to be jumped. **4.** A track sport featuring skill in jumping: *the high jump.* **5. a.** A sudden, pronounced rise, as in price or salary. **b.** An impressive promotion. **6.** A step or level: *a jump ahead of the others.* **7.** A major transition, as from one career to another. **8. a.** A short trip: *just a hop, skip, and a jump to the shore.* **b.** One in a series of moves and stopovers, as with a circus or road show. **9.** *Checkers.* A move made by jumping. **10. a.** An involuntary nervous movement, as when startled. **b.** *Informal. Plural.* The fidgets. —**get** (or **have**) **a jump on one.** *Informal.* To have a head start over another. —**on the jump.** *Informal.* **1.** Energetically busy. **2.** On the go; constantly dashing about. [Probably imitative.]
**jump bid.** *Bridge.* A bid at a higher level than that required to exceed the preceding bid.
**jump·er¹** (jŭm'pər) *n.* **1.** One that jumps. **2.** A type of coasting sled. **3.** *Electricity.* A short length of wire used temporarily to complete or by-pass a circuit.
**jum·per²** (jŭm'pər) *n.* **1.** A sleeveless dress worn over a blouse or sweater. **2.** A loose, protective garment worn over other clothes. **3.** A child's garment consisting of straight-legged pants attached to a biblike bodice. [Probably from British dialectal *jump, jup*, man's loose jacket, woman's underbodice, from French *juppe*, variant of *jupe*, skirt, from Arabic *jubbah*.]
**jumper cable.** A **booster cable** *(see)*. Also called "jump cable."
**jumping bean.** A seed, as of certain Mexican shrubs or plants of the genera *Sebastiana* and *Sapium*, containing the larva of a moth, *Laspeyresia saltitans*, the movements of which cause the seed to jerk or roll.

**jumping jack**
*Left:* French
*Center:* Swiss
*Right:* Chinese

**jumping jack.** A toy figure with jointed limbs that can be made to dance by pulling an attached string.
**jumping mouse.** Any of various small rodents of the family Zapodidae, having a long tail and long hind legs.
**jump·ing-off place** (jŭm'pĭng-ôf', -ŏf'). **1.** A very remote spot; an isolated outpost. **2.** A beginning point for an enterprise.
**jump-off** (jŭmp'ôf', -ŏf') *n.* The commencement of a race or of a planned military attack.
**jump seat. 1.** A portable or collapsible seat in the entrance or flight deck of an airplane or in an automobile between the front and rear seats. **2.** A small rear seat in a sports car.
**jump-start** (jŭmp'stärt') *tr.v.* **-started, -starting, -starts. 1.** To start (an automobile engine) by pushing or rolling and suddenly releasing the clutch. **2.** To start (an automobile engine) using a booster cable connected to the battery of another automobile. —*n.* The process of jump-starting.
**jump·y** (jŭm'pē) *adj.* **-ier, -iest. 1.** Characterized by fitful, jerky movements. **2.** Easily unsettled or alarmed; nervous or on edge, as with apprehension. —**jump'i·ness** *n.*
**jun** (jŏŏn) *n., pl.* **jun.** A coin equal to 1/100 of the won of North Korea. See table of exchange rates at **currency**. [Korean.]
**jun., Jun.** junior.
**junc.** junction.
**jun·co** (jŭng'kō) *n., pl.* **-cos.** Any of various North American birds of the genus *Junco*, having predominantly gray plumage. [Spanish, "rush," junco. See **jonquil**.]
**junc·tion** (jŭngk'shən) *n.* **1.** The act or process of joining or the condition of being joined. **2.** *Abbr.* **jct., junc.** The place where two things join or meet; specifically, the place where two roads or railway routes join or cross paths. **3.** A transition layer or boundary between two different materials or between physically different regions in a single material, especially: **a.** A connection between conductors or sections of a transmission line. **b.** The interface between a region of predominantly positive charge carriers and another of predominantly negative charge carriers in a semiconductor. **c.** A mechanical or alloyed contact between different metals or other materials, as in a thermocouple. [Latin *junctiō*, from *junctus*, past participle of *jungere*, to join. See **yeug-** in Appendix.*] —**junc'tion·al** *adj.*
**junction box.** An enclosed panel used to connect or branch electric circuits without making permanent splices.
**junc·ture** (jŭngk'chər) *n.* **1.** The act of joining, or the condition of being joined. **2.** The line or point where two things are joined; junction; joint; hinge. **3.** A point or interval in time; especially, a crisis or similar turning point. **4.** The transition or mode of transition from one sound to another in speech. [Middle English, from Latin *junctūra*, from *junctus*, past participle of *jungere*, to join. See **yeug-** in Appendix.*]
**June** (jōōn) *n.* The sixth month of the year according to the Gregorian calendar. June has 30 days. See **calendar**. [Middle English, from Old French *juin*, from Latin *Jūnius (mēnsis)*, (month consecrated to) the goddess JUNO.]
**Ju·neau** (jōō'nō). The capital of Alaska, in the southeast near the border of British Columbia, Canada. Population, 6,000.
**June beetle.** Any of various North American beetles of the subfamily Melolonthinae, having larvae that are often destructive to crops. Also called "June bug," "May beetle."
**June·ber·ry** (jōōn'bĕr'ē) *n., pl.* **-ries.** The **shadbush** *(see)*, or its fruit.
**Jung** (yŏŏng), **Carl Gustav.** 1875–1961. Swiss psychologist.
**Jung·frau** (yŏŏng'frou'). A mountain rising to 13,653 feet in the Bernese Alps, in south-central Switzerland.
**Jung·i·an** (yŏŏng'ē-ən) *adj.* **1.** Of or pertaining to Carl G. Jung or his theories. **2.** Maintaining Jung's psychological theories; specifically, stressing the contributions of racial and cultural inheritance to the psychology of an individual. —**Jung'i·an** *n.*
**jun·gle** (jŭng'gəl) *n.* **1.** Land densely overgrown with tropical vegetation and trees. **2.** Any dense thicket or growth. **3.** *Slang.* A place of rendezvous for hoboes, often a clearing near a railroad. **4.** A milieu characterized by intense, often ruthless competition. **5.** Any maze, entanglement, or confusion, especially one that is fruitless or leads nowhere. [Originally, "wasteland," from Hindi and Marathi *jaṅgal*, from Sanskrit *jāṅgala†*, "dry," desert.]
**jungle fever.** A pernicious malaria occurring in the East Indies.
**jungle fowl.** Any of several birds of the genus *Gallus*, of southeastern Asia; especially, *G. gallus*, considered to be the ancestor of the common domestic fowl.
**Jungle gym.** A trademark for a structure of poles and bars on which children can play.
**jun·gly** (jŭng'glē) *adj.* **-glier, -gliest.** Resembling or suggestive of a jungle.
**Ju·nín** (hōō-nēn'). A town in west-central Peru; the site of a decisive defeat of the Spaniards by Bolívar and Sucre (1824).
**jun·ior** (jōōn'yər) *adj.* **1.** *Abbr.* **Jr., Jun.** Younger. Used to distinguish the son from the father of the same name, and written after the full name: *William Jones, Jr.* **2.** Designed for or including youthful persons: *a junior tennis match; junior dress sizes.* **3.** Lower in rank or shorter in length of tenure: *the junior senator.* **4.** Designating the third or penultimate year of a U.S. high school or college. **5.** Lesser in scale than the usual. —*n.* *Abbr.* **Jr., jr., Jun., jun. 1.** A younger person or individual. **2.** A person lesser in rank or time of participation or service; subordinate. **3.** An undergraduate in his third or penultimate year of a U.S. high school or college. [Latin *jūnior*, from pre-classical *juvenior* (unattested), comparative of *juvenis*, young. See **yeu-²** in Appendix.*]
**junior college.** An educational institution offering a two-year course that is generally the equivalent of the first two years of a four-year undergraduate course.
**junior high school.** A school in the U.S. system intermediate between grammar school and high school, and generally including the seventh, eighth, and sometimes ninth grades. Also called "junior high."
**jun·ior·i·ty** (jōōn-yôr'ə-tē, jōōn-yŏr'-) *n.* The rank or condition of being a junior.
**junior varsity.** *Abbr.* **J.V.** A high-school or college team that competes in interschool sports on the level below varsity.
**ju·ni·per** (jōō'nə-pər) *n.* Any of various evergreen trees or shrubs of the genus *Juniperus*, having scalelike, often prickly foliage and aromatic, bluish-gray, berrylike fruit. [Middle English *junipere*, from Latin *jūniperus†*.]
**junk¹** (jŭngk) *n.* **1.** Scrapped materials such as glass, rags, paper, or metals that can be converted into usable stock. **2.** *Informal.* **a.** Anything worn-out or fit to be discarded. **b.** Anything of inferior quality; something cheap or shoddy. **c.** Anything

ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/ŏŏ took/ōō boot/p pop/r roar/s sauce/sh ship, dish/

1167 **screening | scroll**

plate marked off with crossing lines, placed before the lens of a camera when photographing for halftone reproduction. —*tr.v.* **screened, screening, screens.** **1.** To provide with a screen: *screen a porch.* **2. a.** To conceal from view. **b.** To protect, guard, or shield. **3. a.** To separate or sift out by means of a sieve or screen. **b.** To examine systematically in order to determine suitability. **4.** To show on a screen, as a motion picture. —See Synonyms at **hide.** [Middle English *screne,* from Old French *escren, escran,* from Middle Dutch *scherm,* "shield," "protection." See **sker-¹** in Appendix.*] —**screen'er** *n.*

**screen·ing** (skrē'nĭng) *n.* **1.** *Plural.* Refuse, such as waste coal, separated out by a screen; siftings. Used with a singular or plural verb. **2.** The mesh material used to make door or window screens. **3.** A presentation of a motion picture.

**screen·land** (skrēn'lănd') *n.* The motion-picture industry.

**screen·play** (skrēn'plā') *n.* The script for a motion picture. Also called "scenario."

**screen test.** A brief motion-picture sequence filmed to test the ability of an aspiring actor.

**screen-test** (skrēn'tĕst') *tr.v.* **-tested, -testing, -tests.** To subject to a screen test.

**screen·writer** (skrēn'rī'tər) *n.* A writer of screenplays.

**screw** (skrōō) *n.* **1. a.** A cylindrical rod incised with one or more helical or advancing spiral threads, as a lead screw or worm screw. **b.** The tapped collar or socket that receives this. **2.** A metal pin with incised thread or threads, having a broad slotted head so that it can be driven as a fastener by turning it with a screwdriver, especially: **a.** A tapered and pointed wood screw. **b.** A cylindrical and flat-tipped machine screw. **3.** A device having helical form, as a corkscrew. **4.** A **propeller** *(see).* **5.** A twist or turn of or as if of a screw. **6.** *Vulgar Slang.* **a.** An act of sexual intercourse. **b.** A partner in sexual intercourse. **7.** *British Slang.* Salary; wages. **8.** *British.* A small paper packet, as of tobacco. **9.** *British.* An old broken-down horse. **10.** *Chiefly British.* A stingy or crafty bargainer. **11.** *Slang.* The warder or turnkey of a jail. —**have a screw loose.** *Slang.* To behave in an eccentric or whimsical manner. —**put** (or **apply**) **the screws on** (or **to**). To apply coercion to; put pressure on (someone). —*v.* **screwed, screwing, screws.** —*tr.* **1.** To drive or tighten (a screw). **2. a.** To fasten, tighten, or attach by or as if by means of a screw. **b.** To attach (a tapped or threaded fitting or cap) by twisting into place. Used with *on* or *in.* **c.** To rotate (a part) on a threaded axis. **3.** To contort (one's face). Used with *up.* **4.** *Slang.* To make a mess of (an undertaking). Used with *up.* **5.** *Vulgar Slang.* To have sexual intercourse with. **6.** *Slang.* To take advantage of; to cheat. —*intr.* **1.** To turn or twist. Used with *around.* **2. a.** To become attached by means of screw threads. Used with *into, on,* or *to.* **b.** To be capable of such attachment. **3.** *Vulgar Slang.* To engage in sexual intercourse. —**screw out of.** *Slang.* **1.** To use force or guile on (one) to obtain something. **2.** To extort (something) using pressure. [Middle English *skrewe,* from Old French *escroue,* originally "female screw," from West Germanic *scrūva* (unattested), from Latin *scrōfa,* sow (probably because screw threads coil like a sow's tail, and perhaps influenced in sense by Latin *scrobis,* ditch, pudenda, hence, in Vulgar Latin, female screw). See **sker-¹** in Appendix.*] —**screw'er** *n.*

**screw·ball** (skrōō'bôl') *n.* **1.** *Baseball.* A pitched ball curving in the direction opposite to a normal curve ball. **2.** *Slang.* An eccentric, impulsively whimsical, or irrational person. —*adj. Slang.* Odd; eccentric; zany.

**screw bean.** **1.** A mesquite, *Prosopis pubescens,* of the southwestern United States, having compound leaves, tiny yellowish-white flowers, and twisted pods used as fodder. **2.** The pod of this tree.

**screw·driv·er** (skrōō'drī'vər) *n.* **1.** A tool used for turning screws. **2.** A cocktail of vodka and orange juice.

**screw eye.** A wood screw with an eyelet in place of a head.

**screw jack.** A jackscrew.

**screw log.** *Nautical.* An instrument with rotary fins that is dragged from the stern of a vessel to measure the speed or distance traveled. Also called "patent log," "taffrail log."

**screw pine.** A plant, the **pandanus** *(see).*

**screw propeller.** A **propeller** *(see).*

**screw thread.** **1.** The continuous helical groove on a screw or on the inner surface of a nut. **2.** One complete turn of a screw thread.

**screw·worm** (skrōō'wûrm') *n.* The larva of the screwworm fly.

**screwworm fly.** A blue-green fly, *Cochliomyia hominivorax,* of the New World, that breeds in the living tissue of mammals, having penetrated chiefly through open wounds. The parasitic larvae cause serious injury or death to livestock.

**screw·y** (skrōō'ē) *adj.* **-ier, -iest.** *Slang.* **1.** Eccentric; crack-brained; crazy. **2.** Ludicrously odd, unlikely, or inappropriate.

**Scria·bin** (skryä'bĭn), **Aleksandr Nikolayevich.** 1872–1915. Russian composer.

**scrib·ble** (skrĭb'əl) *v.* **-bled, -bling, -bles.** —*tr.* **1.** To write hurriedly without heed to legibility or grammatical form. **2.** To cover with such writing or with meaningless marks. —*intr.* To write or draw in a hurried, careless way. —*n.* **1.** Careless, hurried writing. **2.** Meaningless marks and lines. [Middle English *scriblen,* from Medieval Latin *scribillāre,* frequentative of Latin *scrībere,* to write. See **skeri-** in Appendix.*]

**scrib·bler** (skrĭb'lər) *n.* **1.** One who scribbles. **2.** A very minor or disreputable author.

**scribe** (skrīb) *n.* **1.** A public clerk or secretary. **2.** A professional copyist of manuscripts and documents. **3.** A writer or journalist. **4.** A scriber. —*v.* **scribed, scribing, scribes.** —*tr.* **1.** To mark with a scriber. **2.** To write or inscribe. —*intr.* To work as a scribe. [Middle English, from Latin *scrība,* official writer, clerk, scribe, from *scrībere,* to write. See **skeri-** in Appendix.*] —**scrib'al** *adj.*

**Scribe** (skrēb), **Augustin Eugène.** 1791–1861. French author.

**scrib·er** (skrī'bər) *n.* A sharply pointed tool used for marking lines on wood, metal, ceramic, or the like.

**scrim** (skrĭm) *n.* **1.** A durable, loosely woven cotton or linen fabric used for curtains, upholstery lining, or in industry. **2.** *Theater.* A similar fabric used as a transparent drop. [Origin unknown.]

**scrim·mage** (skrĭm'ĭj) *n.* **1. a.** A rough-and-tumble struggle; a tussle. **b.** A skirmish. **2.** *Football.* **a.** The contest between two teams from the time the ball is snapped back until it becomes out of play. **b.** A team's practice session. **3.** *Rugby.* A scrummage. —**line of scrimmage.** *Football.* An imaginary line across the field on which the ball rests and at which the teams line up for a new play. —*intr.v.* **scrimmaged, -maging, -mages.** *Football.* To engage in a scrimmage. [Alteration of *scrimish,* obsolete variant of SKIRMISH.]

**scrimp** (skrĭmp) *v.* **scrimped, scrimping, scrimps.** —*intr.* To economize severely. —*tr.* **1.** To be excessively sparing with or of. **2.** To cut or make too small or scanty. [Perhaps from Scandinavian, akin to Swedish *skrympa,* to shrink. See **skerbh-** in Appendix.*] —**scrimp'y** *adj.* —**scrimp'i·ness** *n.*

**scrim·shaw** (skrĭm'shô') *v.* **-shawed, -shawing, -shaws.** —*tr.* To decorate (whale ivory, bone, or shells) with intricate carvings or designs. —*intr.* To turn out such meticulously executed work. —*n.* A bone or ivory article fashioned in this way. [Earlier *scrimshander*†.]

**scrimshaw**
Whaling scene carved on a whale's tooth

**scrip¹** (skrĭp) *n.* **1.** A small scrap of paper, especially one with writing, as a list or a schedule. **2.** Paper money issued for temporary, emergency use. See **shinplaster.** [Variant of SCRIPT (influenced by SCRAP).]

**scrip²** (skrĭp) *n.* **1.** A provisional certificate entitling the holder to a fractional share of stock or of other jointly owned property. **2.** Such certificates collectively. [Short for *subscription (receipt),* receipt for portion of a loan.]

**scrip³** (skrĭp) *n. Archaic.* A wallet, small satchel, or bag. [Middle English *scrippe,* from Old French *escreppe,* variant of Old North French *escarpe,* "pilgrim's knapsack." See **scarf.**]

**Scripps** (skrĭps). Family of American newspaper editors and publishers, pioneers in syndication, including **James Edmund** (English-born; 1835–1906), his half brother, **E(dward) W(yllis)** (1854–1926), and E.W.'s son, **Robert Paine** (1895–1938).

**scrip·sit** (skrĭp'sĭt). *Latin.* He (or she) wrote (it). Placed after the author's name on a manuscript.

**script** (skrĭpt) *n.* **1. a.** Handwriting as distinguished from print. **b.** A style of writing with cursive characters. **c.** Alphabet. **2. a.** A type that imitates handwriting. **b.** Matter printed with this type. **3.** *Law.* An original document. **4.** The text of a play, broadcast, or motion picture; especially, the copy of a text used by a director or performer. —*tr.v.* **scripted, scripting, scripts.** To prepare (a text) for filming: *Perelman scripted several Marx Brothers movies.* [Middle English *skript,* from Old French *escript,* from Latin *scrīptum,* from *scrīptus,* past participle of *scrībere,* to write. See **skeri-** in Appendix.*]

**screwdriver**
*From left:* Square-bar standard; spiral ratchet; Phillips

**Script.** Scriptural; Scriptures.

**scrip·to·ri·um** (skrĭp-tôr'ē-əm, -tōr'ē-əm) *n., pl.* **-ums** or **-toria** (-tôr'ē-ə, -tōr'ē-ə). A room in a monastery set aside for the copying, writing, or illuminating of manuscripts and records. [Medieval Latin, from Latin *scrībere* (past participle *scrīptus*), to write. See **skeri-** in Appendix.*]

**scrip·tur·al** (skrĭp'chər-əl) *adj.* **1.** Of or pertaining to writing; written. **2.** *Capital* **S.** *Abbr.* **Script.** Of, relating to, based upon, or contained in the Scriptures. —**scrip'tur·al·ly** *adv.*

**Scrip·ture** (skrĭp'chər) *n.* **1.** *Often plural. Abbr.* **Script. a.** A sacred writing or book; especially, the **Holy Scripture** *(see).* **b.** A passage from such a writing or book. **2.** *Small* **s.** A statement regarded as authoritative and definitive, as a code of regulations. [Middle English, from Late Latin *scrīptūra,* from Latin, act of writing, from *scrībere* (past participle *scrīptus*), to write. See **skeri-** in Appendix.*]

**script·writ·er** (skrĭpt'rī'tər) *n.* A person who writes copy to be used by an announcer, performer, or director.

**scriv·en·er** (skrĭv'nər) *n. Archaic.* **1.** A professional copyist; scribe. **2.** A notary. [Middle English *scriveiner,* from *scrivein,* scribe, from Old French *escrevein,* from Vulgar Latin *scrībānem* (unattested), accusative of Latin *scrība,* SCRIBE.]

**scro·bic·u·late** (skrō-bĭk'yə-lĭt, -lāt') *adj. Biology.* Marked with many shallow depressions, grooves, or pits. [From Latin *scrobiculus,* diminutive of *scrobis,* trench. See **sker-¹** in Appendix.*]

**scrod** (skrŏd) *n.* A young cod or haddock, especially one split and boned for cooking. [Obsolete Dutch *schrood,* slice, shred, from Middle Dutch *schrode.* See **skeru-** in Appendix.*]

**scrof·u·la** (skrŏf'yə-lə) *n. Rare.* A constitutional condition affecting the tissues in the young, characterized by predisposition to tuberculosis, lymphatism, glandular swellings, and respiratory catarrhs. Also called "struma." [Middle English *scrophulas* (plural), from Medieval Latin *scrōfulae,* swelling of the glands, "small sows," from Latin *scrōfa,* sow (probably after Greek *khoirades,* scrofula, from *khoiros,* like a hog's back). See **sker-¹** in Appendix.*]

**scrof·u·lous** (skrŏf'yə-ləs) *adj.* **1.** Pertaining to, affected with, or resembling scrofula. **2.** Morally degenerate; corrupt. —**scrof'u·lous·ly** *adv.* —**scrof'u·lous·ness** *n.*

**scroll** (skrōl) *n.* **1.** A roll of parchment, papyrus, or the like used especially for writing a document. **2. a.** *Archaic.* A piece of writing, as a letter. **b.** A list or schedule of names. **3.** Ornamentation resembling a partially rolled scroll of paper, espe-

**scroll**
*Above:* Nineteenth-century Torah scroll
*Below:* Ionic capital

t tight/th thin, path/*th* this, bathe/ŭ cut/ûr urge/v valve/w with/y yes/z zebra, size/zh vision/ə about, item, edible, gallop, circus/ à *Fr.* ami/œ *Fr.* feu, *Ger.* schön/ü *Fr.* tu, *Ger.* über/KH *Ger.* ich, *Scot.* loch/N *Fr.* bon. *Follows main vocabulary. †Of obscure origin.