# Exhibit 8

RLF1-2562749-1

# EXHIBIT 8 CPT'S PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT 6,738,121

| Claims | CPT's Proposed Constructions | LPL's Proposed Constructions[1] |
|---|---|---|
| 1. A liquid crystal display device, comprising: a liquid crystal panel; a printed circuit board; and a tape carrier package connected to the liquid crystal panel and the printed circuit board, the tape carrier package comprising: | 1. **"tape carrier package"**: an assembly used to connect the driving integrated circuit (D-IC) to the liquid crystal display (LCD) and the printed circuit board (PCB), having a base film, adhesive layer and metal layer. | 1. **"tape carrier package"**: an apparatus to connect an integrated circuit chip to the liquid crystal panel and a printed circuit board. |
| a base film mounted with an integrated circuit chip for applying a signal to the liquid crystal panel; an output pad part extending from the integrated circuit chip and | 2. **"output pad part"**: area of the Tape Carrier Package (TCP) that connects to the pads formed on the edge of the lower glass substrate of the LCD. | 2. **"output pad part"**: an interface between the integrated circuit chip and the liquid crystal panel. |

---

[1] Based on LPL's proposed construction served before the parties' meet and confer on March 2, 2006 and subsequent emails served afterwards on March 3 and 7, 2006.

DM_US8321415v1

1

| Claims | CPT's Proposed Constructions | LPL's Proposed Constructions[1] |
|---|---|---|
| having terminals connected to the liquid crystal panel; | 3. **"pad part extending from the integrated circuit chip"**: The pads located at the ends of the tape carrier package which are electrically connected to the integrated circuit chip. | 3. **"pad part extending from the integrated circuit chip"**: an interface electrically connected to the integrated circuit chip. |
| a dummy bending part in which a portion of the base film is removed in a direction perpendicular to the terminals of the output pad part for reducing a thermal expansion force and a thermal contraction force generated when thermal-pressing the output pad part onto the liquid crystal panel; | 4. **"dummy bending part"**: area on TCP where a portion of the base film is removed between either the input or output pad part and the D-IC where the TCP is not folded. <br><br> 5. **"reducing a thermal expansion force and a thermal contraction force generated when thermal pressing the output pad part onto the liquid crystal panel:"** This claim phrase is indefinite. However, if the Court determines that this claim phrase can be construed, the claim phrase should be construed as: a reduction of a thermal expansion force and a thermal contraction force generated when thermal pressing the output pad part of the TCP onto the liquid crystal panel. | 4. **"dummy bending part"**: a bendable part of the tape carrier package where the base film is removed, which has a function other than bending. <br><br> 5. **"reducing a thermal expansion force and a thermal contraction force"**: reducing the thermal expansion and contraction forces that result from thermal pressing the tape carrier package to the liquid crystal panel. |
| a first bending part in which a second portion of the base film existing at a bent position between the | 6. **"bending part"**: area of the TCP where a portion of base film is removed where the TCP is to be folded. | 6. **"bending part"**: a bendable part of the tape carrier package where the base film is removed. |

| Claims | CPT's Proposed Constructions | LPL's Proposed Constructions[1] |
|---|---|---|
| dummy bending part and the integrated circuit chip is removed; and an input pad part extending from the integrated circuit chip and having terminals connected to the printed circuit board, | 7. "**bent position**": Location on the TCP where the TCP is folded.<br><br>8. "**input pad part**": Area of the TCP that is connected to the output signal wiring of a PCB. | 7. "**bent position**": position that is not flat.<br><br>8. "**input pad part**": an interface between the integrated circuit chip and the printed circuit board. |
| wherein the dummy bending part is formed at a position, close to any one of the output pad part or the input pad part, where the tape carrier package is not folded. | 9. "**not folded**": Substantially flat area of the TCP. | 9. "**not folded**": not making a fold. |
| 5. A tape carrier package, comprising:<br><br>a pad part for connection to a liquid crystal panel;<br><br>a base film mounted with an integrated circuit chip for applying a signal to the liquid crystal panel; and | 10. "**distributing a stress applied to the liquid crystal panel according to a thermal expansion of the pad part**": This claim phrase is indefinite. However, if the Court determines that this claim phrase can be construed, the claim phrase should be construed as: distributing a stress applied to the liquid crystal panel that results from the thermal pressing of the output pad part of the TCP onto the liquid crystal panel. | 10. "**distributing a stress applied to the liquid crystal panel according to a thermal expansion of the pad part**": distributing a stress applied to the liquid crystal panel that results from the thermal pressing of the output pad part on to the liquid crystal panel. |

3

DM_US\8321415v1

| Claims | CPT's Proposed Constructions | LPL's Proposed Constructions[1] |
|---|---|---|
| a dummy bending part for distributing a stress applied to the liquid crystal panel according to a thermal expansion of the pad part by removing a portion of the base film between the pad part and the integrated circuit chip, wherein the dummy bending part is formed at a position, close to the pad part, where the tape carrier package is not folded. | | |
| 14. A tape carrier package, comprising: a base film mounted with an integrated circuit chip for applying a signal to a liquid crystal panel; a pad part extending from the integrated circuit chip to be connected to the liquid crystal panel; | 11. "thereby reducing a thermal expansion force and a thermal contraction force of the base film parallel to a longitudinal direction of the integrated circuit chip": This claim phrase is indefinite. However, if the Court determines that this claim phrase can be construed, the claim phrase should be construed as: thereby reducing a thermal expansion force and a thermal contraction force of the base film parallel to a longitudinal direction of the integrated circuit chip. | 11. "thereby reducing a thermal expansion force and a thermal contraction force of the base film parallel to a longitudinal direction of the integrated circuit chip": reducing the thermal expansion and contraction forces of the base film parallel to the longitudinal direction of the integrated circuit chip that result from thermal pressing the tape carrier package to the liquid crystal panel. |

4

DM_US\8321415v1

| Claims | CPT's Proposed Constructions | LPL's Proposed Constructions[1] |
|---|---|---|
| at least one bending part in which a portion of the base film is removed at an area where the tape carrier package is folded; and at least one dummy bending part, in which a second portion of the base film is removed at a portion where the tape carrier package is not folded, thereby reducing a thermal expansion force and a thermal contraction force of the base film parallel to a longitudinal direction of the integrated circuit chip. | | |
| 15. The tape carrier package according to claim 14, wherein said dummy bending part is positioned on the pad part. | 12. **"on the pad part"**: on top of the output pad part. | |

These claim terms also appear in additional claims of the '121 patent and should be interpreted consistently as they are construed in the context of the above representative claims.

5

DM_US\8321415v1