# Exhibit 11

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Appl. No. | : | 09/814,828      Confirmation No.: 4728 |
| Applicant | : | Sai Chan Yun, et al. |
| Filed | : | March 23, 2001 |
| TC/A.U. | : | 2812 |
| Examiner | : | Angel Roman |
| For | : | TAPE CARRIER PACKAGE WITH DUMMY BENDING PART AND LIQUID CRYSTAL DISPLAY EMPLOYING THE SAME |

Docket No. : 8733.246.00
Customer No. : 30827

Mail Stop Non-Fee Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## AMENDMENT

Sir:

In response to the Office Action of March 24, 2003, please amend the above-identified application as follows:

- **Amendments to the Specification** begin on page 2 of this paper.

- **Amendments to the Claims** are reflected in the listing of claims which begins on page 4 of this paper.

- **Amendments to the Drawings** begin on page 10 of this paper and include a replacement sheet.

- **Remarks** begin on page 11 of this paper.

- An Appendix including amended drawing figures is attached following page 11 of this paper.

Page 1 of 13

LANDC:129247.1

```
ERROR: ioerror
OFFENDING COMMAND: imagemask

STACK:

-dictionary-
-savelevel-
```