# Exhibit 13




Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
   p.   cm.
  ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
  1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227  1993
423—dc20                               92-42124
                                             CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

*ins.* pr.part. of *scire*, to know; see **skei-**.] — **om·nis′cience** *n.* — **om·nis′cient·cy** *n.* — **om·nis′cient·ly** *adv.*

**om·ni·um-gath·er·um** (ŏm′nē-əm-găth′ər-əm) *n.* A miscellaneous collection; a hodgepodge. [Lat. *omnium*, genitive pl. of *omnis*, all; see **op-**  + E. *gatherum* (alteration of *carum*).]

**om·ni·vore** (ŏm′nə-vôr′, -vōr′) *n.* 1. An omnivorous person or animal. 2. One that takes in everything available, as with the mind. [< NLat. *Omnivora*, omnivores < neut. pl. of Lat. *omnivorus*, omnivorous. See **omnivorous**.]

**om·niv·o·rous** (ŏm-nĭv′ər-əs) *adj.* 1. Eating both animal and vegetable foods. 2. Taking in everything available. — **om·niv′o·rous·ly** *adv.* — **om·niv′o·rous·ness** *n.*

**Om·o·lon** (ŏm′ə-lŏn′). A river of NE Russia flowing c. 965 km (600 mi) to the Kolyma R.

**om·pha·los** (ŏm′fə-lŏs′, -ləs) *n., pl.* -**li** (-lī). 1. The navel. 2. A central part; a focal point. [Gk. See **nobh-**.]

**Omsk** (ŏmsk). A city of S-central Russia at the confluence of the Irtysh and Om rivers; founded 1716. Pop. 1,108,000.

**on** (ŏn, ôn) *prep.* 1.a. Used to indicate position above and supported by or in contact with: *The vase is on the table.* b. Used to indicate contact with or extent over (a surface) regardless of position: *a picture on the wall.* c. Used to indicate location at or along: *a house on the highway.* d. Used to indicate proximity: *a town on the border.* e. Used to indicate attachment to or suspension from: *beads on a string.* f. Used to indicate figurative or abstract position: *stopped on Chapter 2.* 2.a. Used to indicate actual motion toward, against, or onto: *the march on Washington.* b. Used to indicate figurative or abstract motion toward, against, or onto: *going on six o'clock.* 3.a. Used to indicate occurrence at a given time: *on July third.* b. Used to indicate the particular occasion or circumstance: *on arrival.* 4.a. Used to indicate the object affected by actual, perceptible action: *knocked on the door.* b. Used to indicate the object affected by a figurative action: *Have pity on them.* c. Used to indicate the object of an action directed, tending, or moving against it: *an attack on the fortress.* d. Used to indicate the object of perception or thought: *meditated on his actions.* 5. Used to indicate the agent or agency of a specified action: *talked on the telephone.* 6.a. Used to indicate a medicine or other corrective taken or undertaken routinely: *went on a diet.* b. Used to indicate a substance that is the cause of an addiction, a habit, or an altered state of consciousness: *high on dope.* 7. Used to indicate a source or basis: *got by on promises.* 8.a. Used to indicate the state or process of: *on the way.* b. Used to indicate the purpose of: *travel on business.* c. Used to indicate a means of conveyance: *ride on a train.* d. Used to indicate availability by means of: *beer on tap.* 9. Used to indicate belonging to: *a nurse on the staff.* 10. Used to indicate addition or repetition: *error on error.* 11.a. Concerning; about: *a book on astronomy.* b. Concerning and to the disadvantage of: *has some evidence on him.* 12. Informal. In one's possession; with: *not a cent on me.* 13. At the expense of; compliments of: *drinks on the house.* — *adv.* 1. In or into a position or condition of being supported by or in contact with something: *Put the coffee on.* 2. In or into a position of being attached to or covering something: *Put your clothes on.* 3. In the direction of something: *He looked on while the ship docked.* 4.a. Toward or at a point lying ahead in space or time; forward: *moved on to the next city.* b. At or to a more distant point in time or space: *later on.* 5. In a continuous course: *He worked on.* 6.a. In or into performance or operation: *Turn on the radio.* b. In progress or action; in a state of activity: *The show must go on.* 7. In or at the present position or condition: *hang on.* 8. In a condition of being scheduled to be decided upon: *a party on tonight.* — *adj.* 1. Being in operation: *The television is on.* 2.a. Engaged in a given function or activity, such as a vocal or dramatic role: *You're on in five minutes!* b. Under or behaving as if under observation: *A performer is always on.* 3. *Slang.* Functioning or performing at a high degree of competence or energy: *The goalie is really on.* 4. Planned; intended: *nothing on for tonight.* b. Happening; taking place: *The parade is on.* — *idioms.* **be on to.** *Slang.* To be aware of or have information about. **on and off.** Intermittently. **on and on.** Without stopping; continuously. [ME < OE *an*. See **an-**.]

*Usage Note:* To indicate motion toward a position, both *on* and *onto* can be used, but *onto* indicates clearly motion as distinguished from an outside position, as in *He ran onto the field*: *He ran on the field* may mean that his running began on the field. *On* should not be joined with *to* to form the single word *onto* in constructions where *on* is an adverb attached to a verb: *passed on* (not *onto*) *new subjects.* • In their uses to indicate spatial relations *on* and *upon* are often interchangeable: *It sat on* (or *upon*) *a table.* To indicate a relation between two actions, however, instead of *between an action* and *an end point, upon* cannot always be used: *Hand me the book on* (not *upon*) *the table.* Similarly, *upon* cannot always be used in place of *on* when the relation is not spatial: *a book on* (not *upon*) *birds.*

**On**[1] *also* **O.N.** Old Norse. 2. Ontario.

**on**[2] *suff.* 1.a. Subatomic particle: *baryon.* b. Unit; quantum:

*photon.* 2. Basic hereditary unit: *codon.* [< **ion**.]

**-on**[2] *suff.* Inert gas: *radon.* [NLat. < (arg)on.]

**-on**[3] *suff.* A chemical compound that is not a ketone, or a compound that contains oxygen in a carbonyl group: *parathion.* [Alteration of -**one**.]

**on·a·ger** (ŏn′ə-jər) *n.* 1. A wild ass (*Equus hemionus* subsp. *onager*) of central Asia having an erect mane and a broad black stripe along its back. 2. An ancient and medieval stone-propelling siege engine. [ME < LLat. < Lat. < Gk. *onagros*: *onos, ass + agrios,* wild; see **agro-**.]

**on-air** (ŏn′âr′, ôn′-) *adj.* Spoken, occurring, or used during broadcasting or while being recorded for broadcasting.

**o·nan·ism** (ō′nə-nĭz′əm) *n.* 1. Masturbation. 2. Coitus interruptus. [After *Onan,* son of Judah (Genesis 38:9).] — **o′nan·ist** *n.* — **o′nan·is′tic** *adj.*

**O·nas·sis** (ō-năs′ĭs, ō-nä′sĭs), Jacqueline Lee Bouvier Kennedy. See **Jacqueline Lee Bouvier Kennedy.**

**on·board** (ŏn-bôrd′, -bōrd′, ôn-) *adj.* Carried aboard a vehicle or vessel. — **on·board′** *adv.*

**once** (wŭns) *adv.* 1. One time only; *once a day.* 2. At one time in the past; formerly. 3. At any time; ever: *Once known, never forgotten.* 4. By one degree of relationship: *my first cousin once removed.* — *n.* A single occurrence; one time: *Once will have to do.* — *conj.* As soon as; if ever; when: *Once he goes, we can clean up.* — *adj.* Having been formerly; former: *the once capital.* — *idiom.* **at once.** 1. All at one time; simultaneously. 2. Immediately; instantly. [ME *ones* < *on,* one < OE *ān.* See **oi-no-**.]

**once-o·ver** (wŭns′ō′vər) *n. Informal.* A quick but comprehensive survey or performance.

**on·cho·cer·ci·a·sis** (ŏng′kō-sər-kī′ə-sĭs) *n.* A tropical disease caused by infestation with filarial worms of the genus *Onchocerca* and characterized by nodular swellings on the skin and lesions of the eyes. [NLat.: *Onchocerca,* genus name (Gk. *onkos,* barb + Gk. *kerkos,* tail) + -**iasis**.]

**on·co·gene** (ŏn′kə-jēn, ông′-) *n.* A gene that causes the transformation of normal cells into cancerous tumor cells, esp. a viral gene that transforms a host cell into a tumor cell. [Gk. *onkos,* mass, tumor; see **oncology** + **gene**.]

**on·co·gen·e·sis** (ŏn′kō-jĕn′ĭ-sĭs, ông′-) *n.* The formation and development of tumors. [Gk. *onkos,* mass, tumor; see **nek-**[2] + -**genesis**.] — **on′co·gen′ic** *adj.* — **on′co·ge·nic′i·ty** (-jə-nĭs′ĭ-tē) *n.*

**on·col·o·gy** (ŏn-kŏl′ə-jē, ông-) *n.* The branch of medicine that deals with tumors. [Gk. *onkos,* mass, tumor; see **nek-**[2] + -**logy**.] — **on′co·log′i·cal** (-kə-lŏj′ĭ-kəl), **on′co·log′ic** (-lŏj′ĭk) *adj.* — **on·col′o·gist** *n.*

**on·com·ing** (ŏn′kŭm′ĭng, ôn′-) *adj.* Coming nearer; approaching. — *n.* An approach; an advance.

**on·cor·na·vi·rus** (ŏn-kôr′nə-vī′rəs, ông-) *n.* Any of a group of viruses that contain single-stranded RNA and produce tumors in birds and mammals. [Gk. *onkos,* mass, tumor; see **oncology** + **RNA** + **virus**.]

**one** (wŭn) *adj.* 1. Being a single entity, unit, object, or living being; not two or more. 2. Characterized by unity; undivided. 3.a. Of the same kind or quality: *animals of one species.* b. Forming a single entity of two or more components. 4. Being a single member or element of a group, category, or kind. 5. Being a single thing in contrast with or relation to another or others of its kind: *One day is just like the next.* 6. Occurring or existing as something indefinite, as in time or position: *He will come one day.* 7. Occurring or existing as something particular but unspecified, as in time past: *late one evening.* 8. *Informal.* Used as an intensive: *That is one fine dog.* 9. Being the only individual of a specified or implied kind. — *n.* 1. The cardinal number, represented by the symbol 1, designating the first unit in a series. 2. A single person or thing; a unit. — *pron.* 1. An indefinitely specified individual: *one of her cousins.* 2. An unspecified individual; anyone: *One doesn't know.* — *idioms.* **at one.** In accord or unity. **one and all.** Everyone. **one by one.** Individually in succession. [ME *on* < OE *ān.* See **oi-no-**.]

*Usage Note:* When constructions headed by *one* appear as the subject of a sentence or relative clause, there may be a question whether the verb should be singular or plural, as in *One of every ten rotors was found defective.* Although the plural *were* is sometimes used in such sentences, an earlier survey found that the singular was preferred by a large majority of the Usage Panel. • In the sentence *The defeat turned out to be one of the most costly blows that were ever inflicted on our forces,* most grammarians would hold that the plural *were* is correct, inasmuch as the subject of the verb is *the plural* noun *blows.* However, constructions of this sort are often used with a singular verb even by the best writers. Note also that when the phrase containing *one* is introduced by the definite article, the verb in the relative clause must be singular: *He is the only one of us who has* (not *have*) *already taken Latin.* See Usage Note at **he**[1].

**-one** *suff.* 1. A ketone: *acetone.* 2. A chemical compound containing oxygen, esp. in a carbonyl group: *lactone.* [Perh. < Gk. -*ōnē,* fem. patronymic suff.]

**one-act·er** (wŭn′ăk′tər) *n.* A play consisting of only one act.

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)