# Exhibit 15



PHILIPS

- TCP&COF package comparison (1/4)

Slit
Driver IC
Driver IC
Resin
Solder mask
Resin
Adhesive
Gold bump
Base film
(PI)
Gold bump

Source: ChipMOS 2001 technology symposium

PSK-TDD, MJ Wu, 2002-05-31

CPT-D 19159

PHILIPS

# • TCP&COF package comparison (2/4)

COF 46um
(8+38)
Copper (8/12 μm)
PI (25/38 μm)
Solder mask
TCP 105um
Copper (18 μm)
Adhesive (12 μm)
PI (75 μm)

| | | COF | TCP |
|---|---|---|---|
| Base Film(PI) | Type | Kapton 150EN | Upilex S |
| | Thickness | 25/38 um | 75 um |
| | Flexibility | **Good** | Poor |
| | Strength | Average | Good |
| | Bending Slit | **No need** | Need |
| | ILB Pitch | **~30 um** | ~45 um |
| | Device Hole | **No need** | need |
| Copper Foil | Type | Electro-deposited | FQ-VLP |
| | Thickness | 8/12 um | 18 um |
| Adhesive | | - | #7100 |
| Solder Resist | | SN-9000<br>AR-7100 | AR-7100<br>AE-70-M11 |
| Layer | | 2 | 3 |

Source: ChipMOS 2001 technology symposium

CPT-D 19160

PHILIPS
• TCP&COF package comparison (3/4)
PI Film
S/R
Copper
2 layers
Flex Resin
3 layers
COF
• No Flying Leads
• For Finer Pitch Chip
• High Flexibility thin film, no flex slit
• Can use less sprocket hole
• Routing in die area is possible
TCP
• Flying Leads
• For Min.40um pitch Chip
• Flex resin needed
Source: IST 2002 presentation
PSK-TDD, MJ Wu, 2002-05-31
3

**PHILIPS**

- TCP&COF package comparison (4/4)

400000 15KV X40.0 750um
300000 15KV X40.0 750um

COF Photo( × 40)

TCP Photo( × 40)

PSK-TDD, MJ Wu, 2002-05-31

4

CPT-D 19162