# EXHIBIT A

# CURRICULUM VITAE

## Webster E. Howard
4 Lee Lane
Lagrangeville, NY 12540
845-223-7716
whoward494@aol.com

**Education:**

B.S. in Physics, Carnegie-Mellon University, 1955, A.M. and Ph.D. in Physics, Harvard University, 1956 and 1962, respectively (Nat. Science Foundation Fellow)

Thesis title: "Pressure Dependence of Magnetoconductance in n-Germanium."

**Work Experience:**

1955-57    Summer work at Westinghouse Research Laboratories in semiconductor physics.

1960    US Army Reserve duty, working at Ft. Monmouth, NJ laboratory, in high pressure studies of semiconductors.

1961-93    Research Staff Member at IBM T. J. Watson Research Center, Yorktown Heights, NY. From 1961-73, worked primarily in the area of semiconductor physics, including work on electron quantization in surfaces, semiconductor superlattices, heterojunctions, the band structure of IV-VI compoinds, injection luminescence, and amorphous semiconductors. As a member of the IBM injection laser research team, achieved in 1962 (with F. F. Fang) the first CW operation of an injection laser, at 1.9K. In 1964, initiated the first experiments aimed at demonstrating the two-dimensional nature of electrons in Si inversion layers. Carried out the first self-consistent calculations of two-dimensional subband levels in inversion layers, using a variational approach which has since been widely used. This provided the theoretical framework for the successful experiments carried out with Fowler, Fang, and Stiles, which yielded the first unequivocal evidence of two-dimensionality. With F. Stern, extended the theoretical treatment to include scattering effects, in a paper which became a Citation Classic. In 1972, with L. Esaki, L. L. Chang, and others, achieved the first semiconductor superlattices, using molecular beam epitaxy. A 1973 paper on these experiments also became a Citation Classic.

In 1973, became manager of an exploratory display physics group, working on electrochromic displays and the physics of plasma displays. The plasma work was considered by many the best plasma device physics activity in the industry. Initiated in 1974 a thin film electroluminescence activity which grew into a major project to develop a novel storage CRT using electron beam switching of hysteretic thin film EL devices. Reported, with P. M. Alt, the first observations of such switching, in 1977. This EL work led to a theoretical model memory in thin film EL devices which is still considered the best treatment of the phenomenon.

Initiated in 1980 the first vision science work in IBM aimed at answering difficult display design questions relating to flicker, image quality, etc. This work ultimately led to a flicker test used by IBM and recommended as an international standard. Took over, in 1983, management of Display Technology Department, including work on a Multibeam CRT. Focussed work on electron optics feasibility

prototype and life testing of cathodes, which in the end demonstrated clearly the strengths and weaknesses of the technolgy. In 1983, argued successfully for the initiation in IBM of a project in thin film transistor-liquid crystal technology as a potential successor to CRT technology.  This effort led eventually to a Joint Program with IBM Japan and subsequently to a Joint Venture with Toshiba Corporation, the result of which was to give IBM a leadership position in this important emerging technology.  As manager of the Flat Panel Display Technologies Department in IBM Research, assembled and led a team of thirty people which provided new materials, simple and effective processes, design simulation tools and mathematical models for electrooptical behavior, as well as a manufacturing tester which saved tens of millions of dollars.

1993-96    High Resolution Technologies Director, AT&T, working at Bell Laboratories, Murray Hill, NJ.  As part of a team trying to establish a flat panel manufacturing unit in AT&T, responsible for technical relations, including a partnership with Xerox and Standish Industries known as the Advanced Display Manufacturing Partnership.  This effort was supported by a $50M contract from the Advanced Research Projects Agency of the Department of Defense.  Also served as technical consultant to the Display Research Department, which was prototyping thin film transistor-liquid crystal displays and developing manufacturing processes for this technology.

1996-2002    Chief Technology Officer, eMagin Corporation, Hopewell Junction, NY.  Responsible for organizing and carrying out development of organic light emitting diode microdisplays, using silicon IC chips as active matrix substrates.  This successful program, which has garnered multiple industry and customer awards, provides the best near-to-eye display performance characteristics.

**Professional Honors and Activities:**

John Price Wetherill Medal of the Franklin Institute (1981)
Jan Rajchman Prize of the Society for Information Display (2003)
Fellow of the American Physical Society
Fellow, IEEE
Fellow of the Society for Information Display
Member IBM Academy of Technology (ret.)
Secretary, Society for Information Display, 1990-92
Treasurer, Society for Information Display, 1992-94
President-elect, Society for Information Display, 1994-96
President, Society for Information Display, 1996-98
Program Chairman, 1988 International Display Research Conference (SID, IEEE, ADCOM)
General Chairman, 1991 International Display Research Conference (SID, IEEE, ADCOM)
General Co-chair of the International Information and Image Display Conference, 1992
Guest Editor, IEEE Trans. on Electron Devices, Special Issue on Displays & Hardcopy Technologies, Vol. 36, No. 9 (1989)
Guest Editor, IEEE Trans. on Electron Devices, Special Issue on Amorphous Semiconductor Devices, Vol. 36, No. 12 (1989)
Overseas Advisor for Japan Display and Eurodisplay conferences, 1992-2002
Foreign Advisor, Ministry of Economic Affairs, Rep. of China, July, 1998
Member Sigma Xi, Tau Beta Pi

**Corporate Awards:**

IBM Outstanding Contribution Award for work on CW Injection Laser (1963)
IBM Outstanding Contribution Award for work on Surface Quantization (1967)
IBM Outstanding Innovation Award for work on Semiconductor Superlattices
(1987)
IBM Outstanding Innovation Award and IBM Corporate Award for work on Two-
dimensional Electron Transport in Semiconductors (1988, 1989)

**Patents:**

US Patent No. 3,458,798, "Solid State Rectifying Circuit Arrangements", (with F. F. Fang), July 29, 1969.

US Patent No. 3,445,733, "Metal-Degenerate Semiconductor-Insulator Sandwich Exhibiting...Negative Resistance..." (with L. Esaki and P. J. Stiles), May 20, 1969.

US Patent No. 3,626,328, "Semiconductor Bulk Oscillator" (with L. Esaki and R. Tsu), Dec. 7, 1971.

US Patent No. 3,648,124, "Gated Metal-Semiconductor Transition Device", (with R. Ludeke and P. J. Stiles), Mar. 7, 1972.

US Patent No. 4,518,891, "Resistive Mesh Structure for Electroluminescent Cell", May 21, 1985.

US Patent No. 4,767,723, "Simple Process for Self-Aligned Thin Film Transistors", (with G. Willson), August 30, 1988

US Patent No. 4,792,728, "Cathodoluminescent Garnet Lamp", (with I. F. Chang, R. I. Feigenblatt, and E. I. Gordon), Dec. 20, 1988

US Patent No. 4,845,482, "Elimination of Crosstalk in Thin Film Transistor/Liquid Crystal Displays", (with P. M. Alt), July 4, 1989.

US Patent No. 5,341,153, "Method and Apparatus for Displaying a Multicolor Image", (with T. L. Benzschawel), Aug. 23, 1994.

US Patent No. 6,016,033, "Electrode Structure for High Resolution Organic Light-emitting Diode Displays and Method for Making the Same", (with G. W. Jones and S. M. Zimmerman), Jan. 18, 2000

US Patent No. 6,023,259, "OLED Active Matrix Using a Single Transistor Current Mode Pixel Design", (with O. Prache)

US Patent No. 6,198,220, "Sealing Structure for Organic Light Emitting Devices", (with G. W. Jones and S. M. Zimmerman), Mar. 6, 2001.

US Patent No. 6,218,777, "Field Emission Display Spacers With Guard Electrode", (with G. W. Jones)

US Patent No. 6,255,771, "Flashover Control Structure for Field Emitter Displays and Method of Making Thereof", (with G. W. Jones, S. M. Zimmerman, and S. Lloyd), Jul. 3, 2001.

US Patent No. 6, 337, 492, "Serially-connected Organic Light Emitting Diode Stack Having Conductors Sandwiching Each Light Emitting Layer", (with G. W. Jones), Jan. 8, 2002.

US Patent No. 6,858,989, "Method and System for Stabilizing Thin Film Transistors in AMOLED Displays", Feb. 22, 2005.

**Publications:**

1.    "Magnetoconductance Symmetry Relation in n-Germanium", C. Goldberg and W. E. Howard, Phys Rev. $\underline{110}$, 1035 (1958).

2.    "Pressure Dependence of the Resistivity of Zinc Oxide", A. R. Hutson, W. Paul, W. E. Howard and R. B. Zetterstrom, Z. f. Phys $\underline{158}$, 151 (1960).

3.    "Optical Properties of Heavily Doped Compensated Germanium", A. B. Fowler, W. E. Howard and G. E. Brock, Phys. Rev. $\underline{128}$, 1664 (1962).

4.    "CW Operation of a GaAs Injection Laser", W. E. Howard, F. F. Fang, F. H. Dill, and M. I. Nathan, IBM J. Res. Develop. $\underline{7}$, 74 (1963).

5.    "Reverse Currents in Ge-GaAs n-n Heterojunctions", W. E. Howard and F. F. Fang, IEEE Trans. Electron Dev. $\underline{ED10}$, 336 (1963).

6.    "Effects of Crystal Orientation on Ge-GaAs Heterojunctions", F. F. Fang and W. E. Howard, J. Appl. Phys. $\underline{35}$, 612 (1964).

7.    "The Field-Effect Interface Conductance of Ge-GaAs n-n Heterojunctions", L. Esaki, W. E. Howard and J. Heer, Appl. Phys. Letters $\underline{4}$, 3 (1964).

8.    "The Interface Transport Properties of Ge-GaAs Heterojunctions", L. Esaki, W. E. Howard, and J. Heer, Surf. Sci. $\underline{2}$, 127 (1964)

9.    "Surface Inversion and Accumulation of Anodized InSb", L. L. Chang and W. E. Howard, Appl. Phys. Letters $\underline{7}$, 210 (1965).

10.   "Low Temperature Effects in Si FETs", W. E. Howard and F. F. Fang, Solid State Elect. $\underline{8}$, 82 (1965)

11.   "Negative Field Effect Mobility on (100) Si Surfaces", F. F. Fang and W. E. Howard, Phys. Rev. Letters $\underline{16}$, 797 (1966).

12.   "Magneto-oscillatory Conductance in Si Surfaces", A. B. Fowler, F. F. Fang, W. E. Howard, and P. J. Stiles, Phys. Rev. Letters $\underline{16}$, 901 (1966).

13.   "Oscillatory Magnetoconductance in Si Surfaces", A. B. Fowler, F. F. Fang, W. E. Howard, and P. J. Stiles, Proc. Int. Cong. on Phys. of Semiconductors, Kyoto, 1966 (J. Phys. Soc. Japan Supplement, $\underline{21}$ 33 (1966))

14.   "Energy Band Studies of SnTe and GeTe", P. J. Stiles, L. Esaki, and W. E. Howard, Proc. Int. Conf. on Low Temp. Phys., Moscow, 1966, (Viniti, Moscow, 1966) Vol. III, 257

15.   "Optical Properties of GeTe", R. Tsu, W. E. Howard, and L. Esaki, Solid State Comm. $\underline{5}$, 167 (1967).

16.   "Properties of Semiconductor Surface Inversion Layers in the Electric Quantum Limit", F. Stern and W. E. Howard, Phys. Rev. $\underline{163}$, 816 (1967).

17.   "Pressure Dependence of Barrier Heights in Ge-GaAs n-n Heterojunctions", W. E. Howard, A. B. Fowler, and D. McLeod, J. Appl. Phys. $\underline{39}$, 1533 (1968).

18.   "Optical and Electrical Properties and Band Structure of GeTe and SnTe", R. Tsu, W. E. Howard, and L. Esaki, Phys. Rev. $\underline{172}$, 779 (1968)

19.   "Application of a k·p Band Model to GeTe and SnTe", W. E. Howard, R. Tsu, P. J. Stiles, and L. Esaki, Proc. Int. Conf. on the Phys. of Semiconductors, Moscow, 1968 (Nauka, Leningrad, 1968) p.93

20.   "Photoconductivity and Density of States for Amorphous GeTe", W. E. Howard and R. Tsu, Phys. Rev. $\underline{81}$, 4709 (1970).

21.   "Photoconductivity and Optical Properties of Amorphous GeTe:, R. Tsu, W. E. Howard, and L. Esaki, J. Non-Cryst. Solids $\underline{4}$, 322 (1970).

22.   "Nonequilibrium Conductivity in Amorphous GeTe", W. E. Howard and R. Tsu, Proc. Int.Conf. on the Phys. of Semiconductors, Cambridge, 1970 (Nat. Tech. Inf. Service, Springfield, Va., 1970) p 789

23.   "The Spectral Response and Conversion Efficiency of $Ga_{1-x}Al_x$-GaAs Solar Cells", H. J. Hovel, J. M. Woodall, and W. E. Howard, 1972 Symp. on GaAs (Inst. of Phys., London, 1973) p 205

24.   "Transport Properties of a GaAs-GaAlAs Superlattice", L. Esaki, L. L. Chang, W. E. Howard, and V. L. Rideout, Proc. Int. Conf. on the Phys. of Semiconductors, Warsaw, 1972 (Polish Acad. Sci., Warsaw, 1973)

4

25    "The Growth of a GaAs-GaAlAs Superlattice:, L. L. Chang, L. Esaki, W. E. Howard, R.
       Ludeke, and G. Schul, J. Vac. Sci. Technol. 10, 11 (1973)

26    "Structures Grown by Molecular Beam Epitaxy", L. L. Chang, L. Esaki, W. E. Howard, R.
       Ludeke, and G. Schul, J. Vac. Sci. Technol. 10, 655 (1973).

27    "Performance Characteristics of Electrochromic Displays", I. F. Chang and W. E. Howard,
       IEEE Trans. on Electron Devices ED-22, 749 (1975).

28    "Effects of Higher Sub-band Occupation in (100) Si Inversion Layers", W. E. Howard and
       F. F. Fang, Phys. Rev. B13, 2519 (1976)

29    "The Importance of Insulator Properties in a Thin Film Electroluminescent Device", W. E.
       Howard, IEEE Trans. on Electron Devices ED-24, 903 (1977).

30    "Electron-beam Switching of Thin-Film ZnS Electroluminescent Devices", W. E. Howard
       and P. M. Alt, Appl. Phys. Letters 31, 399 (1977)

31    "One-dimensional Numerical Simulation of ac Discharges in a High-pressure Mixture of
       Ne + 0.1%Ar Confined to a Narrow Gap Between Insulated Metal Electrodes", O. Sahni,
       C. Lanza, and W. E. Howard, J. Appl. Phys 49, 2365 (1978).

32    "Device Characterization of an Electron-beam-switched Thin Film ZnS:Mn
       Electroluminescent Faceplate", O. Sahni, P. M. Alt, D. B. Dove, and W. E. Howard, and D. J.
       McClure, Conf. Record 1980 Biennial Display Research Conference (IEEE, New York,
       1980) p 154, and IEEE Trans. on Electron Devices ED-28, 708 (1981).

33    "Electroluminescent Display Technologies and Their Characteristics", W. E. Howard,
       Proc. of the SID 22, 47 (1981)

34    "Optical Switching in Thin Film Electroluminescent Devices with Inherent Memory
       Characteristics", O. Sahni, W. E. Howard, and P. M. Alt, IEEE Trans. on Electron Devices
       ED-28, 459 (1981).

35    "Memory in Thin Film Electroluminescence", W. E. Howard, J. Lumin. 23, 155 (1981)

36    "Thin Film Electroluminescent Displays", W. E. Howard, J. Lumin. 24/25, 825 (1981).

37    "A Simple Model for the Hysteretic Behavior of ZnS:Mn Thin Film Electroluminescent
       Devices", W. E. Howard, O. Sahni, and P. M. Alt, J. Appl. Phys. 53, 639 (1982)

38    "Experimental Results on the Stability of ac Thin-Film Electroluminescent Devices", P. M.
       Alt, D. B. Dove, and W. E. Howard, J. Appl. Phys. 53, 5186 (1982).

39    "A Simple Method to Determine the Pretilt Angle of Nematic Guest-Host Liquid
       Crystals", K. H. Yang, H. L. Ong, and W. E. Howard, J. Appl. Phys. 60, 2820 (1986).

40    "Active Matrix Techniques for Displays", W. E. Howard, Proc. of the SID 27, 313 (1986).

41    "Eliminating Crosstalk in Thin Film Transistor/Liquid Crystal Displays", W. E.
       Howard, P. M. Alt, and R. L. Wisnieff, IEEE Trans. on Electron Devices ED-36, 1938
       (1989)

42    "Variable Range Hopping Conductivity in Hydrogenated Amorphous Silicon Thin Film
       Transistors", N. Lustig and W. E. Howard, Solid State Comm. 72, 59 (1989)

43    "Flat Panel Display Technologies", Japan Display '89, Proc. 9th Int. Display Res. Conf.
       (Soc. for Inf. Display, Los Angeles, 1989) p. 8.

44    Active Matrix Addressing", W. E. Howard, SID Seminar Lecture Notes 1992 (Soc. for
       Inf. Display, Los Angeles, 1992) p. F2/1-31.

45    "TFT/LCD Technology - An Introduction", W. E. Howard, IBM J. Res. Devel. 36, 3 (1992).

46    "Flat Panel Displays", S. W. Depp and W. E. Howard, Sci. American 266, 90 (1993)

47    "Limitations and Prospects of a-Si:H TFTs", W. E. Howard, Conf. Record 1994 Int.
       Display Res. Conf. (Soc. for Inf. Display, Los Angeles, 1994) p. 6 ; Journal of the Soc. for
       Inf. Display, 3, 127 (1995).

48    "High Efficiency White Organic Light Emitting Devices", T. A. Ali, A. P. Ghosh, and W. E.
       Howard, Digest SID 1999 Int. Symp. (Soc. For Inf. Display, San Jose, 1999) p 442.

49    "Design and Manufacturing of Active-Matrix Organic Light-Emitting Microdisplays on
       Silicon", K. Pichler, W. E. Howard, and O. Prache, Proc. of the SPIE, Vol. 3797, pp 258-
       265 (1999).

50    "Color Changing Materials for OLED Microdisplays", A. P. Ghosh, W. E. Howard, I.
       Sokolik, R. Zhang, V. M. Shershukov, A. V. Tolmachev, N. I. Voronkina, and V. A. Dudkin,
       Digest SID 2000 Int. Symp. (Soc. For Inf. Display, San Jose, 2000) p 983.

5

51.    "Structure and Characterization of a White Up-Emitting OLED on Silicon for Microdisplays", T. Feng, T. A. Ali, E. S. Ramakrishnan, R. A. Campos, and W. E. Howard, Proc. of the SPIE, Vol. 4105, p. 30 (2001)

52.    "Microdisplays Based Upon Organic Light-Emitting Diodes", W. E. Howard and O. Prache, IBM J. Res. & Dev. 45, 115 (2001)

53.    "New Color Changing Materials for OLED Microdisplays", I. Sokolik, W. E. Howard, A. P. Ghosh, V. M. Shershukov, V. T. Skripkina, A. V. Tolmachev, N. I. Voronkina, V. A. Dudkin, V. E. Pukha, O. S. Pishkin, Digest SID 2001 Int. Symp. (Soc. For Inf. Display, San Jose, 2001) p.727

54.    "Technology and Design of an Active Matrix OLED on Crystalline Silicon Direct View Display for a Wrist Watch Computer", Proc. of the SPIE, Vol. 4464, pp. 11-22 (2002).

55.    "Thin Film Transistors – A Historical Perspective", W. E. Howard, in Thin Film Transistors (Marcel Dekker, New York, 2003), p.1.

56.    "Better Displays with Organic Films", Webster E. Howard, Scientific American, Feb. 2004, p.64.

# EXHIBIT A

# CURRICULUM VITAE

## Webster E. Howard
4 Lee Lane
Lagrangeville, NY 12540
845-223-7716
whoward494@aol.com

**Education:**

B.S. in Physics, Carnegie-Mellon University, 1955, A.M and Ph.D. in Physics, Harvard University, 1956 and 1962, respectively (Nat. Science Foundation Fellow)

Thesis title: "Pressure Dependence of Magnetoconductance in n-Germanium "

**Work Experience:**

1955-57     Summer work at Westinghouse Research Laboratories in semiconductor physics

1960        US Army Reserve duty, working at Ft Monmouth, NJ laboratory, in high
            pressure studies of semiconductors

1961-93     Research Staff Member at IBM T. J. Watson Research Center, Yorktown
            Heights, NY. From 1961-73, worked primarily in the area of semiconductor
            physics, including work on electron quantization in surfaces, semiconductor
            superlattices, heterojunctions, the band structure of IV-VI compoinds, injection
            luminescence, and amorphous semiconductors   As a member of the IBM
            injection laser research team, achieved in 1962 (with F. F Fang) the first CW
            operation of an injection laser, at 1.9K   In 1964, initiated the first experiments
            aimed at demonstrating the two-dimensional nature of electrons in Si inversion
            layers.   Carried out the first self-consistent calculations of two-dimensional
            subband levels in inversion layers, using a variational approach which has since
            been widely used   This provided the theoretical framework for the successful
            experiments carried out with Fowler, Fang, and Stiles, which yielded the first
            unequivocal evidence of two-dimensionality.   With F. Stern, extended the
            theoretical treatment to include scattering effects, in a paper which became a
            Citation Classic   In 1972, with L Esaki, L. L. Chang, and others, achieved the
            first semiconductor superlattices, using molecular beam epitaxy   A 1973 paper
            on these experiments also became a Citation Classic

            In 1973, became manager of an exploratory display physics group, working on
            electrochromic displays and the physics of plasma displays.   The plasma work
            was considered by many the best plasma device physics activity in the industry.
            Initiated in 1974 a thin film electroluminescence activity which grew into a major
            project to develop a novel storage CRT using electron beam switching of
            hysteretic thin film EL devices   Reported, with P. M. Alt, the first observations of
            such switching, in 1977   This EL work led to a theoretical model memory in thin
            film EL devices which is still considered the best treatment of the phenomenon

            Initiated in 1980 the first vision science work in IBM aimed at answering difficult
            display design questions relating to flicker, image quality, etc   This work
            ultimately led to a flicker test used by IBM and recommended as an international
            standard.   Took over, in 1983, management of Display Technology Department,
            including work on a Multibeam CRT   Focussed work on electron optics feasibility

prototype and life testing of cathodes, which in the end demonstrated clearly the strengths and weaknesses of the technolgy  In 1983, argued successfully for the initiation in IBM of a project in thin film transistor-liquid crystal technology as a potential successor to CRT technology  This effort led eventually to a Joint Program with IBM Japan and subsequently to a Joint Venture with Toshiba Corporation, the result of which was to give IBM a leadership position in this important emerging technology.  As manager of the Flat Panel Display Technologies Department in IBM Research, assembled and led a team of thirty people which provided new materials, simple and effective processes, design simulation tools and mathematical models for electrooptical behavior, as well as a manufacturing tester which saved tens of millions of dollars

1993-96    High Resolution Technologies Director, AT&T, working at Bell Laboratories, Murray Hill, NJ  As part of a team trying to establish a flat panel manufacturing unit in AT&T, responsible for technical relations, including a partnership with Xerox and Standish Industries known as the Advanced Display Manufacturing Partnership.  This effort was supported by a $50M contract from the Advanced Research Projects Agency of the Department of Defense  Also served as technical consultant to the Display Research Department, which was prototyping thin film transistor-liquid crystal displays and developing manufacturing processes for this technology.

1996-2002   Chief Technology Officer, eMagin Corporation, Hopewell Junction, NY  Responsible for organizing and carrying out development of organic light emitting diode microdisplays, using silicon IC chips as active matrix substrates  This successful program, which has garnered multiple industry and customer awards, provides the best near-to-eye display performance characteristics

**Professional Honors and Activities:**

John Price Wetherill Medal of the Franklin Institute (1981)
Jan Rajchman Prize of the Society for Information Display (2003)
Fellow of the American Physical Society
Fellow, IEEE
Fellow of the Society for Information Display
Member IBM Academy of Technology (ret.)
Secretary, Society for Information Display, 1990-92
Treasurer, Society for Information Display, 1992-94
President-elect, Society for Information Display, 1994-96
President, Society for Information Display, 1996-98
Program Chairman, 1988 International Display Research Conference (SID, IEEE, ADCOM)
General Chairman, 1991 International Display Research Conference (SID, IEEE, ADCOM)
General Co-chair of the International Information and Image Display Conference, 1992
Guest Editor, IEEE Trans  on Electron Devices, Special Issue on Displays & Hardcopy Technologies, Vol. 36, No. 9 (1989)
Guest Editor, IEEE Trans  on Electron Devices, Special Issue on Amorphous Semiconductor Devices, Vol 36, No. 12 (1989)
Overseas Advisor for Japan Display and Eurodisplay conferences, 1992-2002
Foreign Advisor, Ministry of Economic Affairs, Rep  of China, July, 1998
Member Sigma Xi, Tau Beta Pi

**Corporate Awards:**

2

IBM Outstanding Contribution Award for work on CW Injection Laser (1963)
IBM Outstanding Contribution Award for work on Surface Quantization (1967)
IBM Outstanding Innovation Award for work on Semiconductor Superlattices
(1987)
IBM Outstanding Innovation Award and IBM Corporate Award for work on Two-
dimensional Electron Transport in Semiconductors (1988, 1989)

**Patents:**

US Patent No. 3,458,798, "Solid State Rectifying Circuit Arrangements", (with F. F. Fang), July 29, 1969

US Patent No 3,445,733, "Metal-Degenerate Semiconductor-Insulator Sandwich Exhibiting. Negative Resistance .." (with L. Esaki and P. J. Stiles), May 20, 1969

US Patent No. 3,626,328, "Semiconductor Bulk Oscillator" (with L. Esaki and R. Tsu), Dec. 7, 1971

US Patent No 3,648,124, "Gated Metal-Semiconductor Transition Device", (with R. Ludeke and P. J. Stiles), Mar. 7, 1972.

US Patent No 4,518,891, "Resistive Mesh Structure for Electroluminescent Cell", May 21, 1985

US Patent No 4,767,723, "Simple Process for Self-Aligned Thin Film Transistors", (with G. Willson), August 30, 1988

US Patent No 4,792,728, "Cathodoluminescent Garnet Lamp", (with I. F. Chang, R. I. Feigenblatt, and E. I. Gordon), Dec. 20, 1988.

US Patent No. 4,845,482, "Elimination of Crosstalk in Thin Film Transistor/Liquid Crystal Displays", (with P. M. Alt), July 4, 1989

US Patent No 5,341,153, "Method and Apparatus for Displaying a Multicolor Image", (with T. L. Benzschawel), Aug. 23, 1994.

US Patent No 6,016,033, "Electrode Structure for High Resolution Organic Light-emitting Diode Displays and Method for Making the Same", (with G. W. Jones and S. M. Zimmerman), Jan. 18, 2000

US Patent No 6,023,259, "OLED Active Matrix Using a Single Transistor Current Mode Pixel Design", (with O. Prache)

US Patent No. 6,198,220, "Sealing Structure for Organic Light Emitting Devices", (with G. W. Jones and S. M. Zimmerman), Mar. 6, 2001.

US Patent No 6,218,777, "Field Emission Display Spacers With Guard Electrode", (with G. W. Jones)

US Patent No. 6,255,771, "Flashover Control Structure for Field Emitter Displays and Method of Making Thereof", (with G. W. Jones, S. M. Zimmerman, and S. Lloyd), Jul. 3, 2001.

US Patent No 6, 337, 492, "Serially-connected Organic Light Emitting Diode Stack Having Conductors Sandwiching Each Light Emitting Layer", (with G. W. Jones), Jan. 8, 2002.

US Patent No 6,858,989, "Method and System for Stabilizing Thin Film Transistors in AMOLED Displays", Feb. 22, 2005

## Publications:

1.  "Magnetoconductance Symmetry Relation in n-Germanium", C Goldberg and W E Howard, Phys Rev 110, 1035 (1958)
2.  "Pressure Dependence of the Resistivity of Zinc Oxide", A R Hutson, W Paul, W. E. Howard and R B Zetterstrom, Z f. Phys 158, 151 (1960)
3.  "Optical Properties of Heavily Doped Compensated Germanium", A B Fowler, W E Howard and G. E Brock, Phys Rev 128, 1664 (1962)
4.  "CW Operation of a GaAs Injection Laser", W E Howard, F F Fang, F H Dill, and M I Nathan, IBM J Res Develop 7, 74 (1963)
5.  "Reverse Currents in Ge-GaAs n-n Heterojunctions", W E Howard and F F Fang, IEEE Trans. Electron Dev ED10, 336 (1963).
6.  "Effects of Crystal Orientation on Ge-GaAs Heterojunctions", F F Fang and W E Howard, J Appl Phys 35, 612 (1964)
7.  "The Field-Effect Interface Conductance of Ge-GaAs n-n Heterojunctions", L Esaki, W. E. Howard and J Heer, Appl Phys Letters 4, 3 (1964)
8.  "The Interface Transport Properties of Ge-GaAs Heterojunctions", L Esaki, W E. Howard, and J Heer, Surf Sci. 2, 127 (1964)
9.  "Surface Inversion and Accumulation of Anodized InSb", L. L Chang and W E Howard, Appl Phys Letters 7, 210 (1965)
10. "Low Temperature Effects in Si FETs", W E Howard and F F Fang, Solid State Elect 8, 82 (1965)
11. "Negative Field Effect Mobility on (100) Si Surfaces", F F. Fang and W E Howard, Phys Rev Letters 16, 797 (1966)
12. "Magneto-oscillatory Conductance in Si Surfaces", A B Fowler, F F Fang, W E Howard, and P J. Stiles, Phys Rev Letters 16, 901 (1966)
13. "Oscillatory Magnetoconductance in Si Surfaces", A B Fowler, F F Fang, W E Howard, and P J Stiles, Proc. Int. Cong. on Phys. of Semiconductors, Kyoto, 1966 (J. Phys Soc Japan Supplement, 21 33 (1966))
14. "Energy Band Studies of SnTe and GeTe", P J Stiles, L Esaki, and W E Howard, Proc. Int. Conf. on Low Temp. Phys., Moscow, 1966, (Viniti, Moscow, 1966) Vol III, 257
15. "Optical Properties of GeTe", R Tsu, W E Howard, and L Esaki, Solid State Comm 5, 167 (1967)
16. "Properties of Semiconductor Surface Inversion Layers in the Electric Quantum Limit", F. Stern and W E Howard, Phys. Rev 163, 816 (1967)
17. "Pressure Dependence of Barrier Heights in Ge-GaAs n-n Heterojunctions", W E Howard, A B. Fowler, and D McLeod, J Appl Phys 39, 1533 (1968)
18. "Optical and Electrical Properties and Band Structure of GeTe and SnTe", R Tsu, W E Howard, and L Esaki, Phys Rev 172, 779 (1968)
19. "Application of a k p Band Model to GeTe and SnTe", W E Howard, R Tsu, P J Stiles, and L Esaki, Proc. Int. Conf. on the Phys. of Semiconductors, Moscow, 1968 (Nauka, Leningrad, 1968) p 93.
20. "Photoconductivity and Density of States for Amorphous GeTe", W E Howard and R Tsu, Phys Rev 81, 4709 (1970)
21. "Photoconductivity and Optical Properties of Amorphous GeTe:, R Tsu, W E Howard, and L Esaki, J Non-Cryst Solids 4, 322 (1970).
22. "Nonequilibrium Conductivity in Amorphous GeTe", W E Howard and R. Tsu, Proc. Int.Conf. on the Phys. of Semiconductors, Cambridge, 1970 (Nat Tech Inf Service, Springfield, Va., 1970) p 789
23. "The Spectral Response and Conversion Efficiency of $Ga_{1-x}Al_x$-GaAs Solar Cells", H J Hovel, J M Woodall, and W E Howard, 1972 Symp. on GaAs (Inst of Phys , London, 1973) p 205.
24. "Transport Properties of a GaAs-GaAlAs Superlattice", L Esaki, L L Chang, W E Howard, and V L Rideout, Proc. Int. Conf. on the Phys. of Semiconductors, Warsaw, 1972 (Polish Acad Sci , Warsaw, 1973).

4

25.   "The Growth of a GaAs-GaAlAs Superlattice:, L. L. Chang, L. Esaki, W. E. Howard, R. Ludeke, and G. Schul, J. Vac. Sci. Technol. 10, 11 (1973).

26.   "Structures Grown by Molecular Beam Epitaxy", L. L. Chang, L. Esaki, W. E. Howard, R. Ludeke, and G. Schul, J. Vac. Sci. Technol. 10, 655 (1973).

27.   "Performance Characteristics of Electrochromic Displays", I. F. Chang and W. E. Howard, IEEE Trans. on Electron Devices ED-22, 749 (1975).

28.   "Effects of Higher Sub-band Occupation in (100) Si Inversion Layers", W. E. Howard and F. F. Fang, Phys. Rev. B13, 2519 (1976).

29.   "The Importance of Insulator Properties in a Thin Film Electroluminescent Device", W. E. Howard, IEEE Trans. on Electron Devices ED-24, 903 (1977).

30.   "Electron-beam Switching of Thin-Film ZnS Electroluminescent Devices", W. E. Howard and P. M. Alt, Appl. Phys. Letters 31, 399 (1977).

31.   "One-dimensional Numerical Simulation of ac Discharges in a High-pressure Mixture of Ne + 0.1%Ar Confined to a Narrow Gap Between Insulated Metal Electrodes", O. Sahni, C. Lanza, and W. E. Howard, J. Appl. Phys. 49, 2365 (1978).

32.   "Device Characterization of an Electron-beam-switched Thin Film ZnS:Mn Electroluminescent Faceplate", O. Sahni, P. M. Alt, D. B. Dove, W. E. Howard, and D. J. McClure, Conf. Record 1980 Biennial Display Research Conference (IEEE, New York, 1980) p 154, and IEEE Trans. on Electron Devices ED-28, 708 (1981).

33.   "Electroluminescent Display Technologies and Their Characteristics", W. E. Howard, Proc. of the SID 22, 47 (1981).

34.   "Optical Switching in Thin Film Electroluminescent Devices with Inherent Memory Characteristics", O. Sahni, W. E. Howard, and P. M. Alt, IEEE Trans. on Electron Devices ED-28, 459 (1981).

35.   "Memory in Thin Film Electroluminescence", W. E. Howard, J. Lumin. 23, 155 (1981).

36.   "Thin Film Electroluminescent Displays", W. E. Howard, J. Lumin. 24/25, 825 (1981).

37.   "A Simple Model for the Hysteretic Behavior of ZnS:Mn Thin Film Electroluminescent Devices", W. E. Howard, O. Sahni, and P. M. Alt, J. Appl. Phys. 53, 639 (1982).

38.   "Experimental Results on the Stability of ac Thin-Film Electroluminescent Devices", P. M. Alt, D. B. Dove, and W. E. Howard, J. Appl. Phys. 53, 5186 (1982).

39.   "A Simple Method to Determine the Pretilt Angle of Nematic Guest-Host Liquid Crystals", K. H. Yang, H. L. Ong, and W. E. Howard, J. Appl. Phys. 60, 2820 (1986).

40.   "Active Matrix Techniques for Displays", W. E. Howard, Proc. of the SID 27, 313 (1986).

41.   "Eliminating Crosstalk in Thin Film Transistor/Liquid Crystal Displays", W. E. Howard, P. M. Alt, and R. L. Wisnieff, IEEE Trans. on Electron Devices ED-36, 1938 (1989).

42.   "Variable Range Hopping Conductivity in Hydrogenated Amorphous Silicon Thin Film Transistors", N. Lustig and W. E. Howard, Solid State Comm. 72, 59 (1989).

43.   "Flat Panel Display Technologies", Japan Display '89, Proc. 9th Int. Display Res. Conf. (Soc. for Inf. Display, Los Angeles, 1989) p. 8.

44.   Active Matrix Addressing", W. E. Howard, SID Seminar Lecture Notes 1992 (Soc. for Inf. Display, Los Angeles, 1992) p. F2/1-31.

45.   "TFT/LCD Technology - An Introduction", W. E. Howard, IBM J. Res. Devel. 36, 3 (1992).

46.   "Flat Panel Displays", S. W. Depp and W. E. Howard, Sci. American 266, 90 (1993).

47.   "Limitations and Prospects of a-Si:H TFTs", W. E. Howard, Conf. Record 1994 Int. Display Res. Conf. (Soc. for Inf. Display, Los Angeles, 1994) p. 6 ; Journal of the Soc. for Inf. Display, 3, 127 (1995).

48.   "High Efficiency White Organic Light Emitting Devices", T. A. Ali, A. P. Ghosh, and W. E. Howard, Digest SID 1999 Int. Symp. (Soc. For Inf. Display, San Jose, 1999) p 442.

49.   "Design and Manufacturing of Active-Matrix Organic Light-Emitting Microdisplays on Silicon", K. Pichler, W. E. Howard, and O. Prache, Proc. of the SPIE, Vol. 3797, pp 258-265 (1999).

50.   "Color Changing Materials for OLED Microdisplays", A. P. Ghosh, W. E. Howard, I. Sokolik, R. Zhang, V. M. Shershukov, A. V. Tolmachev, N. I. Voronkina, and V. A. Dudkin, Digest SID 2000 Int. Symp. (Soc. For Inf. Display, San Jose, 2000) p 983.

51. "Structure and Characterization of a White Up-Emitting OLED on Silicon for Microdisplays", T. Feng, T. A. Ali, E. S. Ramakrishnan, R. A. Campos, and W. E. Howard, Proc. of the SPIE, Vol. 4105, p. 30 (2001)

52. "Microdisplays Based Upon Organic Light-Emitting Diodes", W. E. Howard and O. Prache, IBM J. Res. & Dev. <u>45</u>, 115 (2001).

53. "New Color Changing Materials for OLED Microdisplays", I. Sokolik, W. E. Howard, A. P. Ghosh, V. M. Shershukov, V. T. Skripkina, A. V. Tolmachev, N. I. Voronkina, V. A. Dudkin, V. E. Pukha, O. S. Pishkin, <u>Digest SID 2001 Int. Symp.</u> (Soc. For Inf. Display, San Jose, 2001) p 727.

54. "Technology and Design of an Active Matrix OLED on Crystalline Silicon Direct View Display for a Wrist Watch Computer", Proc. of the SPIE, Vol. 4464, pp 11-22 (2002).

55. "Thin Film Transistors – A Historical Perspective", W. E. Howard, in <u>Thin Film Transistors</u> (Marcel Dekker, New York, 2003), p.1

56. "Better Displays with Organic Films", Webster E. Howard, Scientific American, Feb. 2004, p 64.