# Exhibit A

D. Michael Holmes
4700 Hunington Drive
Bryan, Texas 77802
(979) 774-2941

## SUMMARY

Provides technical consulting and expert testimony in the field of LED and LCD indoor and outdoor electronic display systems. Pioneered several advances in the state of the art of thermal management for outdoor, sunlight-readable LCD display devices. Expert in the area of multi-color and full-color LED display systems and the various electronic drive means for generating variable colors. Has recent design involvement in digital merchandising display systems, including most display device types, media players and software.

Has extensive experience working with patents and other intellectual property matters, including providing attorney consultation on patent claims, depositions, preparation and participation in a Markman hearing, preparation and participation in Federal Court patent litigation, and development of computer graphic visual aids and physical demonstrative exhibits for trial use.

Has over 25 years experience in corporate management, engineering management, project management, and detail design of electronic display systems, analytical laboratory and petrochemical instrumentation. Has successfully developed a market-driven product line strategy, has directed all R&D and design activities, and has transitioned new products into full production.

## PROFESSIONAL EXPERIENCE

**Holmes Development, Bryan, Texas**                                            1992-Present

### President/Owner
Founded and managed contract engineering firm specializing in electronic systems, precision electromechanical design, and software development. Projects included mechanical design and packaging of RISC processor based instrumentation used by the electric power industry, electronic and mechanical design of 19 inch rack-mount instrumentation, and precision mechanical fixturing and positioning mechanisms for semiconductor automated test equipment used in the manufacture and testing of integrated circuits. Key customers included General Electric and Texas Instruments.

**Texas Digital Systems, Inc., College Station, Texas**                                1996 to 2005

### Chief Technology Officer (2004–2005)
Directed and oversaw all corporate technical matters, and developed a technology strategic plan that supported the overall company mission, including a long-term product roadmap. Had primary responsibility for all patent and intellectual property activities involving the company. Continually evaluated technology trends for possible application within the company to retain competitive advantage. Oversaw research programs to assure the company's competitive position and to meet long-range strategic goals. Kept abreast of competitive landscape as well as market and customer needs. Interfaced directly with major customers at the corporate level (Burger King Corp., McDonalds Corp., Wendys Corp., Tim Hortons Corp, Sonic, Mettler Toledo, AAFES, Commerce Bank, etc.). Was directly responsible for custom product development and all customer negotiations for a $4M+ outdoor LCD digital signage contract with Tim Hortons of Canada in Q1 of 2005. Had primary responsibility for the customer contact, development and delivery of an indoor digital merchandising project (hardware, software, media creation, deployment) for Burger King Corp. in Q1-Q2 of 2005.

### VP Engineering (1997–2004)
Directed the development of LED and LCD electronic systems for corporate visual communications and quick-serve restaurant applications. Was actively involved in various corporate IP related litigation

activities. Acted as corporate technical expert for patent infringement litigation (LED displays), participated in multiple depositions, designed and constructed physical demonstratives for trial. Prepared DVD-based multimedia visual aids designed to reduce complex patent concepts to simple-to-understand concepts. Recruited and managed a team of electrical, mechanical, and software development engineers to develop a product line consisting of cutting-edge outdoor electronic color display systems. Established and implemented departmental policies for new product development, document control, manufacturing release, and engineering changes. Played a significant role in developing business relationships with several major customers, including Burger King Corporation and McDonald's Corporation. Was directly responsible for all manufacturing operations and for product quality control (1997-2000). Was chiefly responsible for the identification and resolution of quality problems for the LCD and other display technologies employed, including all failure modes of liquid crystal displays. Was intimately involved with problem resolution related to TAB and TCP bonding issues caused by mechanical and thermal stress. Worked closely with LCD manufacturers and their field applications engineers to jointly develop resolutions to these problems. Oversaw the relocation of manufacturing facilities three times over a three-year period to accommodate increased production requirements. Was responsible for selection and implementation of an Enterprise Management software package, thus automating and integrating MRP, production planning control and product configuration (BOMs) with other departmental functions.

**Director of Engineering (1996-1997)**
Directed the activities of mechanical and electrical engineering for the development of new indoor and outdoor electronic display systems. Responsible for the design of new products and for the sustaining engineering of existing products. Redesigned several existing LED display systems for reduced cost, higher performance and design for manufacturability (DFM)

**O.I. Analytical, College Station, Texas** (Formerly Oceanography International Corp.)            **1988-1992**

**Product Section Head (1991-1992)**
Responsible for all R&D and Engineering activities for the design of analytical instrumentation used for environmental analysis. Managed product development of water and soil autosamplers, sample screening devices, Microsoft Windows-based instrument control software and laboratory instrument network systems. Interfaced with Marketing and Product Line Management to establish corporate new product development strategy. Insured that all new products were designed to meet EC-92 Electromagnetic Compatibility (EMC) requirements for international distribution.

**Engineering Manager (1990-1991)**
Directed Electrical and Mechanical Engineers, Chemists, Draftsmen, and Technicians for the design of environmental analyzer systems and instruments to conformance with EPA specifications. Responsible for multiple engineering cost centers, with annual budget exceeding $1.2 Million. Negotiated all contracts for outside engineering services. Implemented "Concurrent Engineering" and "Design for Manufacture" practices within the company. Designed, tested and certified products for compliance with CSA, UL, VDE safety standards and applicable EMI/RFI requirements.

**Electrical Engineering Manager (1988-1990)**
Managed the development of electronic systems for all sample introduction and detector products. Specified and procured departmental CAD systems for schematic capture, circuit analysis, PCB design, and mechanical drafting. Exercised project management responsibility for embedded controller hardware and software design, mechanical packaging, user interface design, and system integration. Hardware consisted of Intel 80188, 8051 and 8085 family processor-based designs for the control of various electromechanical and electropneumatic devices including stepper-motors, pumps, valves, heaters, fans, and displays. Designed analog sub-systems including various signal conditioners, data acquisition MUX, A/D, and precision D/A circuits. Developed multi-tasking, real-time control and PID closed-loop control software in Assembly, PLM86, and C languages.

**Oceanography International Corporation, College Station, Texas** 1980-1988

Vice President, Engineering (1985-1988)
Directed the development of analytical laboratory and oilfield instrumentation products. Established departmental policies for new product development, document control, manufacturing release, and engineering changes. Appraised for effectively using human resource management skills in recruiting, employee personal development, and motivation (management by objectives). Performed as Radiation Safety Officer certified by State of Texas, 1986-1992.

Project Engineer (1982-1985)
Coordinated the design of offshore oil and gas platform instrumentation, downhole production logging tools, and Total Organic Carbon Analyzers. Controller designs used Z80, 8080, Z8 and TI9900 microprocessors. Traveled internationally and performed field installations, system commissioning, and training of platform operators and service engineers on four North Sea oil production platforms.

Design Engineer (1980-1982)
Designed Sonic Sand Detector (SSD) components and systems for the petroleum industry. Pioneered multi-phase flow noise suppression scheme for third generation SSD equipment. Designed intrinsically safe sensors for hazardous environments. Designed and constructed multi-phase flow test loops for instrument test and calibration.

**Monitec Systems, Inc., Bryan, Texas** 1981-1992

Vice President
Co-founded electronics manufacturing company. Designed and marketed critical-equipment remote monitoring and alarm systems for the telecommunications industry. Monitec was an exclusive provider of air-conditioning system monitors for GTE Southwest (General Telephone) remote switch stations.

**Custom Sounds, Inc., Bryan Texas** 1976-1980

Vice President – Commercial Products Division (1978-1980)
Service Manager (1976-1978)
Established audio equipment service department for local retail sales operation. Applied for and obtained "Authorized Repair Center" status with several major home entertainment electronics manufacturers. Performed equipment repairs, designed and installed custom commercial sound systems, and performed sales duties.

## EDUCATION

M.B.A., Texas A&M University, College Station, Texas, 1993.

B.S., Electrical Engineering, Texas A&M University, College Station, Texas, 1977

Completed more than 20 other courses and seminars in Instrument Systems Design, EMI/RFI Control, Gas Chromatography, Management of R&D Organizations, Effective Human Resource Management Technique, Digital Signal Processing, Fiber optics, Electronic Components, Bar Code Technology, Computer-Aided Design, and Radioactive Materials Handling.

## PUBLICATIONS AND PROFESSIONAL AFFILIATIONS

**Technical papers presented at the Pittsburgh Conference on Applied Chemistry and Spectroscopy:**
"Finally! Totally Automated Volatiles Analysis Using Interactive Purge And Trap Control with the Personal Computer", Presented in Chicago, Illinois, 1991.

"Understanding GC Instrument Interface Protocols For Successful Multi-Vendor Component Integration", Presented in New Orleans, Louisiana, 1988

"Practical Interconnection of Multi-Vendor Components for EMI (Noise) Reduction in Laboratory Instrument Systems", Presented in Atlantic City, New Jersey, 1987.

**Member:** Instrument society of America, Houston Chapter, 1986-1992

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on March 8, 2006, I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

/s/ Matthew W. King
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1