IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-292 (JJF) |
| ) | |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, Defendants Chunghwa Picture Tubes Ltd., ViewSonic Corporation, Tatung Company of America, and Tatung Company having moved this Court for an order barring disclosure of Defendants' Confidential and Confidential Attorneys Only information to Mr. Scott Holmberg, LPL's retained consultant and the named inventor of one of the patents-in-suit;

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the Motion is GRANTED. Mr. Scott Holmberg is denied access to all Confidential and Confidential Attorneys Only information produced by Defendants.

_____
United States District Judge

RLF1-2990520-1