# THE BAYARD FIRM
### ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY

March 13, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

RE: *LG.Philips LCD Co., Ltd. v. Tatung Company of America, c et al.*
C.A. No. 05-292-JJF

Dear Judge Farnan:

On behalf of plaintiff LG.Philips LCD Co., Ltd. ("LPL"), I seek the Court's guidance on a matter of timing. The parties are due to exchange responsive claim construction briefs this Wednesday (March 15) in advance of the Markman hearing scheduled for Monday (March 20).

When the parties exchanged their opening briefs last Wednesday (March 8), LPL e-filed and served its brief before 5:00 p.m. EST. In contrast, Defendants, e-filed and served their brief close to midnight EST.

It would help the parties to know the Court's preference for this week's filing. If the Court does not require the briefs by normal close of business Wednesday, the parties can simply agree on a time to e-file and exchange briefs at some later time that day. If, however, the Court would like to begin reviewing the briefs before Thursday, the parties can adjust their filing and delivery times accordingly.

Respectfully submitted,

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)

RDK/slh
cc: Clerk of the Court (courtesy copy by hand)
    All counsel as shown on the attached certificate

608796v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 13, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Howrey LLP |
| 321 North Clark Street | 525 Market Street |
| Suite 3400 | Suite 3600 |
| Chicago, IL 60610 | San Francisco, CA 94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1