# EXHIBIT D

**From:** Quader, Salmaan [QuaderS@howrey.com]
**Sent:** Tuesday, February 21, 2006 5:16 PM
**To:** mangert@mckennalong.com; cchristenson@mckennalong.com
**Cc:** Dudzik, Christine; Jenkins, Thomas; Gabler, Julie; Corbin, Terry
**Subject:** Additional Documents
**Attachments:** 27844.pdf; 27867.pdf

Gentlemen,

Attached are the documents as per my previous message.

Best regards,

-Salmaan Quader

| PREPARED BY :    DATE | | SPEC No. LD-9Y11A |
|---|---|---|
| | **SHARP** | FILE No. |
| | | ISSUE : Dec. 22 1997 |
| APPROVED BY :    DATE | | PAGE  : 17 pages |
| | MIE LCD DEVELOPMENT GROUP | APPLICABLE GROUP |
| | SHARP CORPORATION | Mie Liquid Crystal Display |
| | | Group |
| | SPECIFICATION | |

DEVICE SPECIFICATION FOR

# TFT−LCD Module

MODEL No.

# LQ15X01W

☐ CUSTOMER'S APPROVAL

DATE _____

BY _____

PRESENTED
BY    *H. Fukuoka*

H. FUKUOKA

Division Deputy General Manager

Engineering Department 3

TFT LCD Engineering Center

MIE LIQUID CRYSTAL DISPLAY GROUP

SHARP CORPORATION

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27844

# RECORDS OF REVISION

LQ15X01W

| SPEC No. | DATE | REVISED No. | PAGE | SUMMARY | NOTE |
|---|---|---|---|---|---|
| LD-9Y11 | Dec. 01 1997 | – | – | – | 1st Issue |
| LD-9Y11A | Dec. 22 1997 | ▲ 1 | 12 | Contrast ratio : Min150→200,Typ―→300 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27845

LD-9Y11-1

1.  Application

    This technical literature applies to a color TFT-LCD module, LQ15X01W.

◎These specification sheets are the proprietary product of SHARP CORPORATION("SHARP) and include
    materials protected under copyright of SHARP. Do not reproduce or cause any third party to reproduce them in
    any form or by any means, electronic or mechanical, for any purpose, in whole or in part, without the express
    written permission of SHARP .

◎The device listed in these specification sheets was designed and manufactured for use in OA equipment .

◎In case of using the device for applications such as control and safety equipment for transportation(aircraft, trains,
    automobiles, etc. ), rescue and security equipment and various safety related equipment which require higher
    reliability and safety, take into consideration that appropriate measures such as fail-safe functions and redundant
    system design should be taken .

◎Do not use the device for equipment that requires an extreme level of reliability, such as aerospace applications,
    telecommunication equipment(trunk lines), nuclear power control equipment and medical or other equipment for
    life support .

◎SHARP assumes no responsibility for any damage resulting from the use of the device which does not comply
    with the instructions and the precautions specified in these specification sheets .

◎Contact and consult with a SHARP sales representative for any questions about this device .

2.  Overview

    This module is a color active matrix LCD module incorporating amorphous silicon TFT (Thin Film
Transistor). It is composed of a color TFT-LCD panel, driver ICs, control circuit, power supply circuit and a back
light unit. Graphics and texts can be displayed on  a 1024×3×768 dots panel with 262,144 colors by supplying
36 bit data signals(6 bit×2pixel×RGB), four timing signals, +5V DC supply voltage for TFT-LCD panel driving
and supply voltage for back light .

    It is a wide viewing-angle-module (Vertical viewing angle:120° Horizontal viewing angle:140° ).

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27846

LD-9Y11-2

3. Mechanical Specifications

| Parameter | Specifications | Unit |
|---|---|---|
| Display size | 38 (Diagonal) | cm |
| | 15.0 (Diagonal) | inch |
| Active area | 304.1 (H)×228.1 (V) | mm |
| Pixel format | 1024 (H)×768 (V) | pixel |
| | (1 pixel=R+G+B dots) | |
| Pixel pitch | 0.297 (H)×0.297 (V) | mm |
| Pixel configuration | R,G,B vertical stripe | |
| Display mode | Normally white | |
| Unit outline dimensions *1 | 355 (W)×263.1 (H)×18 (D) | mm |
| Mass | 1535±30 | g |
| Surface treatment | Anti-glare and hard-coating 2H (Haze value = 28) | |

*1.Note: excluding back light cables .

The thickness of module (D) doesn't contain the projection .

*2.Outline dimensions is shown in Fig.1

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27847

LD–9Y11–3

4. Input Terminals

4-1. TFT-LCD panel driving
CN1    The module-side connector  : FX8-60S-SV (Hirose Electric Co., Ltd.)
       The user-side connector    : FX8-60P-SV (Hirose Electric Co., Ltd.)

| Pin No. | Symbol | Function | Remark |
|---------|--------|----------|--------|
| 1 | GND | GND | |
| 2 | RB0 | RED even data signal (LSB) | |
| 3 | RB1 | RED even data signal | |
| 4 | RB2 | RED even data signal | |
| 5 | RB3 | RED even data signal | |
| 6 | RB4 | RED even data signal | |
| 7 | RB5 | RED even data signal (MSB) | |
| 8 | GND | GND | |
| 9 | GB0 | GREEN even data signal (LSB) | |
| 10 | GB1 | GREEN even data signal | |
| 11 | GB2 | GREEN even data signal | |
| 12 | GB3 | GREEN even data signal | |
| 13 | GB4 | GREEN even data signal | |
| 14 | GB5 | GREEN even data signal (MSB) | |
| 15 | GND | GND | |
| 16 | BB0 | BLUE even data signal (LSB) | |
| 17 | BB1 | BLUE even data signal | |
| 18 | BB2 | BLUE even data signal | |
| 19 | BB3 | BLUE even data signal | |
| 20 | BB4 | BLUE even data signal | |
| 21 | BB5 | BLUE even data signal (MSB) | |
| 22 | GND | GND | |
| 23 | RA0 | RED odd data signal (LSB) | |
| 24 | RA1 | RED odd data signal | |
| 25 | RA2 | RED odd data signal | |
| 26 | RA3 | RED odd data signal | |
| 27 | RA4 | RED odd data signal | |
| 28 | RA5 | RED odd data signal (MSB) | |
| 29 | GND | GND | |
| 30 | GA0 | GREEN odd data signal (LSB) | |
| 31 | GA1 | GREEN odd data signal | |
| 32 | GA2 | GREEN odd data signal | |
| 33 | GA3 | GREEN odd data signal | |
| 34 | GA4 | GREEN odd data signal | |
| 35 | GA5 | GREEN odd data signal (MSB) | |
| 36 | GND | GND | |
| 37 | BA0 | BLUE odd data signal (LSB) | |
| 38 | BA1 | BLUE odd data signal | |
| 39 | BA2 | BLUE odd data signal | |
| 40 | BA3 | BLUE odd data signal | |

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27848

LD—9Y11—4

| Pin No. | Symbol | Function | Remark |
|---------|--------|----------|--------|
| 41 | BA4 | BLUE odd data signal | |
| 42 | BA5 | BLUE odd data signal (MSB) | |
| 43 | GND | GND | |
| 44 | GND | GND | |
| 45 | GND | GND | |
| 46 | Vsync | Vertical synchronous signal | |
| 47 | Hsync | Horizontal synchronous signal | |
| 48 | ENAB | Data enable signal (Signal to settle the display position) | [Note 1] |
| 49 | GND | GND | |
| 50 | GND | GND | |
| 51 | CKB | Clock B signal for sampling even data signal | |
| 52 | CKA | Clock A signal for sampling odd data signal | |
| 53 | GND | GND | |
| 54 | GND | GND (Reserve) | |
| 55 | GND | GND (Reserve) | |
| 56 | MODE | Timing signal select | [Note 1] |
| 57 | Vcc | +5V power supply | |
| 58 | Vcc | +5V power supply | |
| 59 | Vcc | +5V power supply | |
| 60 | Vcc | +5V power supply | |

※The shielding case is connected with GND in the module .

[Note 1]  In case MODE is fixed "Low", the display start timing is determined by Hsync, Vsync and ENAB.
The vertical display start position and horizontal display start position are determined as described
in 7-1-2, 7-1-3. Do not keep ENAB "high" during operation.
In case MODE is fixed "High" or "Open", the display start timing is determined by only ENAB.

4-2. Back light driving

CN2,CN3          The module-side connector : BHR-03VS-1(JST)

The user-side connector     : SM02(8.0)B-BHS-1(JST)

| Pin no. | symbol | function |
|---------|--------|----------|
| 1 | V$_{HIGH}$ | Power supply for lamp    (High voltage side) |
| 2 | NC | This is electrically opened. |
| 3 | V$_{LOW}$ | Power supply for lamp    (Low voltage side) |

5. Absolute Maximum Ratings

| Parameter | Symbol | Condition | Ratings | Unit | Remark |
|-----------|--------|-----------|---------|------|--------|
| Input voltage | V$_I$ | Ta=25℃ | −0.3 ～+5.5 | V | [Note1] |
| +5.0V supply voltage | Vcc | Ta=25℃ | 0 ～ + 6 | V | |
| Storage temperature | Tstg | — | −25 ～ +60 | ℃ | [Note2] |
| Operating temperature (Ambient) | Topa | — | 0 ～ +50 | ℃ | |

[Note1]  CKA, CKB, RA0～RA5, GA0～GA5, BA0～BA5, RB0～RB5, GB0～GB5, BB0～BB5,
Hsync, Vsync, ENAB, MODE

[Note2]  Humidity : 95%RH Max.   ( Ta≦40℃ )
Maximum wet-bulb temperature at 39℃ or less   ( Ta>40℃ )
No condensation.

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27849

LD–9Y11–5

## 6. Electrical Characteristics

### 6-1. TFT-LCD panel driving

Ta=25℃

| Parameter | | Symbol | Min. | Typ. | Max. | Unit | Remark |
|---|---|---|---|---|---|---|---|
| Vcc | Supply voltage | Vcc | +4.5 | +5.0 | +5.5 | V | 【Note1】 |
| | Current dissipation | Icc | — | 470 | 800 | mA | 【Note2】 |
| Permissive input ripple voltage | | VRF | — | — | 100 | mVp-p | Vcc=+5.0V |
| Input voltage (Low) | | VIL | GND | — | 0.6 | V | 【Note3】 |
| Input voltage (High) | | VIH | 2.6 | — | Vcc | V | 【Note3】 |
| Input current (Low) | | IIL | — | — | 10 | μA | Vt=GND 【Note3】 |
| | | | — | — | 400 | μA | Vt=GND 【Note4】 |
| Input current (High) | | IIH | — | — | 10 | μA | Vt=Vcc 【Note3】 |
| | | | — | — | 600 | μA | Vt=Vcc 【Note4】 |

※ 3.3(v) logic is recommended as
input signals .

【Note1】
On-off conditions for supply voltage

0<t1≦10ms    0<t2≦10ms

0<t3≦1s    t4≧1s



Vcc-dip conditions

1) 2.7V≦Vcc<4.5V
td≦10ms

2) Vcc<2.7V

Vcc-dip conditions should also follow the
on-off conditions



【Note2】 Typical current situation : 16-gray-bar pattern.

Vcc=+5.0V,

Gray scale : GS(4n)

n=0～15

The explanation of each gray scale ,GS(4n), is described

below section (8).



【Note3】 CKA, CKB, RA0～RA5, GA0～GA5, BA0～BA5, RB0～RB5, GB0～GB5, BB0～BB5,

Hsync, Vsync, ENAB

【Note4】 MODE

Input circuit of MODE is
shown in right figure.



CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27850

LD−9Y11−6

6-2. Back light driving

The back light system is an edge-lighting type with a couple of CCFT (Cold Cathode Fluorescent Tube). The characteristics of the lamp are shown in the following table .

The value mentioned below is at the case of one CCFT .

| Parameter | Symbol | Min. | Typ. | Max. | Unit | Remark |
|---|---|---|---|---|---|---|
| Lamp current range | $I_L$ | 2.5 | 5.5 | 6.0 | mArms | 【Note1】 |
| Lamp voltage | $V_L$ | − | 670 | − | Vrms | Ta=25℃ |
| Lamp power consumption | $P_L$ | − | 3.7 | − | W | 【Note2】 |
| Lamp frequency | $F_L$ | 20 | 35 | 60 | KHz | 【Note3】 |
| Kick-off voltage | $V_S$ | − | − | 1400 | Vrms | Ta=25℃ 【Note4】 |
|  |  | − | − | 1500 | Vrms | Ta=0℃ 【Note4】 |
| Lamp life time | $L_L$ | 10000 | 25000 | − | hour | 【Note5】 |

【Note1】 A lamp can be light in the range of lamp current shown above .

Maximum rating for current is measured by high frequency current measurement equipment connected to $V_{Low}$ at circuit showed below . (Note : To keep enough kick-off voltage and necessary steady voltage for CCFT .)

Lamp frequency : 20～60kHz

Ambient temperature : 0～50℃



＊ 3pin is V Low

【Note2】 Referential data per one CCFT by calculation ( $I_L \times V_L$ ).

The data dosen't include loss at inverter .

【Note3】 Lamp frequency may produce interference with horizontal synchronous frequency, and this may cause beat on the display. Therefore lamp frequency shall be detached as much as possible from the horizontal synchronous frequency and from the harmonics of horizontal synchronous to avoid interference .

【Note4】 The voltage above this value should be applied to the lamp for more than 1 second to startup. Otherwise the lamp may not be turned on .

【Note5】 Lamp life time is defined as the time when either ① or ② occurs in the continuous operation under the condition of Ta=25℃ and $I_L$=6.0mArms .

① Brightness becomes 50% of the original value under standard condition .

② Kick-off voltage at Ta=0℃ exceeds maximum value, 1500Vrms .

《Note》 The performance of the back light, for example life time or brightness, is much influenced by the characteristics of the DC-AC inverter for the lamp .When you design or order the inverter, please make sure that a poor lighting caused by the mismatch of the back light and the inverter (miss-lighting, flicker, etc.) never occurs . When you confirm it, the module should be operated in the same condition as it is installed in your instrument .

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27851

LD–9Y11–7

## 7. Timing characteristics of input signals

### 7-1. H-V mode (MODE = "Low")

Timing diagrams of input signal are shown in Fig.2 .

#### 7-1-1. Timing characteristics

| Parameter | | Symbol | Min. | Typ. | Max. | Unit | Remark |
|---|---|---|---|---|---|---|---|
| Clock A | Frequency | 1/Tc | 25 | 32.5 | 37.5 | MHz | |
| Clock B | High time | Tch | 9 | — | — | ns | |
| | Low time | Tcl | 9 | — | — | ns | |
| Data | Setup time | Tds | 8 | — | — | ns | |
| | Hold time | Tdh | 8 | — | — | ns | |
| Horizontal sync. signal | Cycle | TH | 19.2 | 20.7 | — | $\mu$ s | |
| | | | 630 | 672 | 704 | clock | |
| | Pulse width | THp | 4 | 68 | — | clock | |
| Horizontal data start | | THbp | 148 | 148 | 148 | clock | |
| Hsync-Clock phase difference | | TFc | 5 | — | — | ns | |
| Vertical sync. signal | Cycle | TV | — | 16.7 | — | ms | 【Note1】 |
| | | | 803 | 806 | — | line | |
| | Pulse width | TVp | 4 | 6 | — | line | |
| Vertical data start | | TVbp | 35 | 35 | 35 | line | |
| Hsync-Vsync phase difference | | TVh | 1 | — | TH-THp | clock | |

【Note1】 In case of lower frequency, the deterioration of display quality, flicker etc may be occurred .

#### 7-1-2. Horizontal display position

① The horizontal display position is determined by ENAB signal and the input data corresponding to the rising edge of ENAB signal is displayed at the left end of the active area .

| Parameter | | symbol | Min. | Typ. | Max. | Unit | Remark |
|---|---|---|---|---|---|---|---|
| ENAB signal | Setup time | Tes | 8 | — | Tc-10 | ns | |
| | Pulse width | Tep | 5 | 512 | 512 | clock | |
| Hsync-ENAB phase difference | | THe | 750-TH | 148 | TH-450 | clock | |

② When ENAB is fixed "Low", the display starts from the data of C148(clock) as shown in Fig.2 .

#### 7-1-3. Vertical display position

The vertical display start position is the 35th line from the falling edge of Vsync .(cf. Fig.2)

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27852

LD-9YL1-8



Fig.2 Input Signal Waveforms (H-V Mode)

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27853

## 7-2. ENAB mode (MODE = "High" or "Open")

Timing diagrams of input signal are shown in Fig.3.

### 7-2-1. Timing characteristics

| Parameter | | Symbol | Min. | Typ. | Max. | Unit |
|---|---|---|---|---|---|---|
| Clock A | Frequency | 1/Tc | 25 | 32.5 | 37.5 | MHz |
| Clock B | High time | Tch | 9 | — | — | ns |
| | Low time | Tcl | 9 | — | — | ns |
| Data | Setup time | Tds | 8 | — | — | ns |
| | Hold time | Tdh | 8 | — | — | ns |
| Data enable | Setup time | Tes | 8 | — | Tc-10 | ns |
| signal | Horizontal period | TH | 19.2 | 20.7 | — | μ s |
| | | | 630 | 672 | 704 | clock |
| | Horizontal period (High) | THp | 10 | 512 | 512 | clock |
| | Vertical period | TV | 780 | 806 | 860 | line |
| | Vertical blanking width | TVb | 12 | 38 | 92 | line |

【Note1】 In case of using the long vertical period, the deterioration of display quality, flicker etc.,may
be occurred.

## 7-3. Input Data Signals and Display Position on the screen

Graphics and texts can be displayed on a 1024 × 3× 768 dots panel with 262,144 colors by supplying 36 bit
data signal (6bit/color [64 gray scale] x 3 x 2 pixels).



RA GA BA RB GB BB
(1, 1)    (1, 1)

Two pixel-data are sampled at the same time.

*DA : RA0~RA5, GA0~GA5, BA0~BA5
*DB : RB0~RB5, GB0~GB5, BB0~BB5

DA(1, 1) DB(1, 1) DA(2, 1)    DB(512, 1)
DA(1, 2) DB(1, 2)
DA(1, 3)

DA(1, 768)    DB(512, 768)

Display position of input data (H, V)

CPT-D 27854

CONFIDENTIAL
ATTORNEYS ONLY

LD-9Y11-10



Fig.3  Input Signal Waveforms(ENAB mode)

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27855

LD-9Y11-11

8. Input Signals, Basic Display Colors and Gray Scale of Each Color

| Colors & Gray scale | | Gray Scale | RA0 | RA1 | RA2 | RA3 | RA4 | RA5 | GA0 | GA1 | GA2 | GA3 | GA4 | GA5 | BA0 | BA1 | BA2 | BA3 | BA4 | BA5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RB0 | RB1 | RB2 | RB3 | RB4 | RB5 | GB0 | GB1 | GB2 | GB3 | GB4 | GB5 | BB0 | BB1 | BB2 | BB3 | BB4 | BB5 |
| Basic Color | Black | — | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue | — | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Green | — | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Cyan | — | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Red | — | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Magenta | — | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Yellow | — | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | White | — | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Gray Scale of Red | Black | GS0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ↑ | GS1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Darker | GS2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ↑ | ↓ | | | ↓ | | | | | | ↓ | | | | | | ↓ | | | |
| | ↓ | ↓ | | | ↓ | | | | | | ↓ | | | | | | ↓ | | | |
| | Brighter | GS61 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ↓ | GS62 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red | GS63 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gray Scale of Green | Black | GS0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ↑ | GS1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Darker | GS2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ↑ | ↓ | | | ↓ | | | | | | ↓ | | | | | | ↓ | | | |
| | ↓ | ↓ | | | ↓ | | | | | | ↓ | | | | | | ↓ | | | |
| | Brighter | GS61 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ↓ | GS62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green | GS63 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gray Scale of Blue | Black | GS0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ↑ | GS1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Darker | GS2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| | ↑ | ↓ | | | ↓ | | | | | | ↓ | | | | | | ↓ | | | |
| | ↓ | ↓ | | | ↓ | | | | | | ↓ | | | | | | ↓ | | | |
| | Brighter | GS61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 |
| | ↓ | GS62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| | Blue | GS63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |

0 : Low level voltage,    1 : High level voltage

Each basic color can be displayed in 64 gray scales from 6 bit data signals. According to the combination of total 18 bit data signals, the 262,144-color display can be achieved on the screen.

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27856

LD–9Y11–12

## 9. Optical Characteristics

Ta=25℃, Vcc=+5V

| Parameter | | Symbol | Condition | Min. | Typ. | Max. | Unit | Remark |
|---|---|---|---|---|---|---|---|---|
| Viewing angle range | Horizontal | θ 21, θ 22 | CR>5 | 60 | 70 | — | Deg. | [Note1,4] |
| | Vertical | θ 11 | | 45 | 60 | — | Deg. | |
| | | θ 12 | | 50 | 60 | — | Deg. | |
| Contrast ratio | | C Rn | θ =0° | 200 | 300 | — | | [Note2,4] |
| Response time | Rise | τ r | | — | 10 | 25 | m s | [Note3,4] |
| | Decay | τ d | | — | 35 | 50 | m s | |
| Chromaticity of white | | x | | — | 0.313 | — | | [Note4] |
| | | y | | — | 0.329 | — | | |
| Luminance of white | | Y L1 | | 150 | 200 | — | cd/m² | I_L=5.5mArms [Note4] |
| White Uniformity | | δ w | | — | — | 1.45 | | [Note5] |

▲1

※The measurement shall be executed 30 minutes after lighting at rating .

(typical condition:I_L=5.5mArms)

The optical characteristics shall be measured in a dark room or equivalent state with the method shown in Fig.4 below .



Photodetector (BM–5A:TOPCON)

F i e l d = 2°

4 0 0 m m

T F T – L C D module

L C D panel

Center of the screen

Fig.4 Optical characteristics measurement method

CONFIDENTIAL ATTORNEYS ONLY

CPT-D 27857

LD—9Y11—13

【Note1】 Definitions of viewing angle range:



【Note2】 Definition of contrast ratio:

The contrast ratio is defined as the following .

$$\text{Contrast Ratio (CR)} = \frac{\text{Luminance (brightness) with all pixels white}}{\text{Luminance (brightness) with all pixels black}}$$

【Note3】 Definition of response time:

The response time is defined as the following figure and shall be measured by switching the input signal for "black" and "white" .



【Note4】 This shall be measured at center of the screen .

【Note5】 Definition of white uniformity:

White uniformity is defined as the following with five measurements (A~E) .



$$\delta w = \frac{\text{Maximum Luminance of five points (brightness)}}{\text{Minimum Luminance of five points (brightness)}}$$

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27858

10. Handling Precautions

   a)  Be sure to turn off the power supply when inserting or disconnecting the cable .

   b)  Be sure to design the cabinet so that the module can be installed without any extra stress such as warp or twist .

   c)  Since the front polarize is easily damaged, pay attention not to scratch it .

   d)  Since long contact with water may cause discoloration or spots, wipe off water drop immediately .

   e)  When the panel surface is soiled, wipe it with absorbent cotton or other soft cloth. .

   f)  Since the panel is made of glass, it may break or crack if dropped or bumped on hard surface. Handle with care .

   g)  Since CMOS LSI is used in this module, take care of static electricity and take the human earth into consideration when handling .

   h)  Observe all other precautionary requirements in handling components .

   i)  This module has its circuitry PCBs on the rear side and should be handled carefully in order not to be stressed .

   j)  At lamp unit exchange , the screw behind the module need to be removed . So , please consider the necessity for cabinet design .

   k)  When some pressure is added onto the module from rear side constantly , it causes display non-uniformity issue , functional defect , etc . So , please avoid such design .

11. Packing form

     a)  Piling number of cartons : maximum 5 carton

     b)  Packing quantity in one carton : 5 modules

     c)  Carton size : 410mm(W)×255mm(H)×500mm(D)

     d)  Total mass of one carton filled with full modules : 9.5kg

     e)  Packing form is shown in Fig.5

**CONFIDENTIAL**
**ATTORNEYS ONLY**

CPT-D 27859

LD–9Y11–15

12. Reliability test items

| No. | Test item | Conditions |
|---|---|---|
| 1 | High temperature storage test | Ta=60℃    240h |
| 2 | Low temperature storage test | Ta=-25℃    240h |
| 3 | High temperature & high humidity operation test | Ta=40℃ ; 95%RH   240h (No condensation) |
| 4 | High temperature operation test | Ta=50℃    240h (The panel temp. must be less than 60℃) |
| 5 | Low temperature operation test | Ta=0℃    240H |
| 6 | Vibration test (non- operating) | Frequency : 10〜57Hz/Vibration width (one said) : 0.075mm : 58〜500Hz/Gravity : 9.8m/s² Sweep time : 11minutes Test period : 3 hours   (1 hours for each direction X,Y,Z) |
| 7 | Shock test (non- operating) | Max. gravity : 490m/s² Pulse width : 11 ms, sine wave Direction : ±X,±Y,±Z   once for each direction |

【Result Evaluation Criteria】

Under the display quality test conditions with normal operation state, these shall be no change

which may affect practical display function .

13. Others

1) Lot No. and indication Label:



2) Adjusting volume have been set optimally before shipment, so do not change any adjusted value . If adjusted value is changed, the specification may not be satisfied .

3) Disassembling the module can cause permanent damage and should be strictly avoided .

4) Please be careful since image retention may occur when a fixed pattern is displayed for a long time .

5) When any question or issue occurs , it shall be solved by mutual discussion .

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27860



CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27861

LD-9Y11-17



FIG5: PACKING FORM

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27862

LCD, TFT, 15", LQ15X01W

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27863

Adapter PCB Pinout | Sharp LQ15X01W and LQ14X03 Panels in 36 bit Mode | 2/21/2006

| RayFire FP 68 Pin Connector | | | Sharp LQ15X01W | | |
|---|---|---|---|---|---|
| PIN | Label | 555 Function Name | Name | Pin # | Special Notes for Adapt. PCB |
| 6 | GND | GND | GND | 1 | All GND's go into GND plane |
| 60 | P30 | SR0 | RB0 | 2 | |
| 61 | P31 | SR1 | RB1 | 3 | |
| 63 | P32 | SR2 | RB2 | 4 | |
| 64 | P33 | SR3 | RB3 | 5 | |
| 66 | P34 | SR4 | RB4 | 6 | |
| 67 | P35 | SR5 | RB5 | 7 | |
| 8 | GND | GND | GND | 8 | All GND's go into GND plane |
| 42 | P18 | SG0 | GB0 | 9 | |
| 43 | P19 | SG1 | GB1 | 10 | |
| 45 | P20 | SG2 | GB2 | 11 | |
| 46 | P21 | SG3 | GB3 | 12 | |
| 48 | P22 | SG4 | GB4 | 13 | |
| 49 | P23 | SG5 | GB5 | 14 | |
| 12 | GND | GND | GND | 15 | All GND's go into GND plane |
| 24 | P6 | SB0 | BB0 | 16 | |
| 25 | P7 | SB1 | BB1 | 17 | |
| 27 | P8 | SB2 | BB2 | 18 | |
| 28 | P9 | SB3 | BB3 | 19 | |
| 30 | P10 | SB4 | BB4 | 20 | |
| 31 | P11 | SB5 | BB5 | 21 | |
| 17 | GND | GND | GND | 22 | All GND's go into GND plane |
| 51 | P24 | FR0 | RA0 | 23 | |
| 52 | P25 | FR1 | RA1 | 24 | |
| 54 | P26 | FR2 | RA2 | 25 | |
| 55 | P27 | FR3 | RA3 | 26 | |
| 57 | P28 | FR4 | RA4 | 27 | |
| 58 | P29 | FR5 | RA5 | 28 | |
| 23 | GND | GND | GND | 29 | All GND's go into GND plane |
| 33 | P12 | FG0 | GA0 | 30 | |
| 34 | P13 | FG1 | GA1 | 31 | |
| 36 | P14 | FG2 | GA2 | 32 | |
| 37 | P15 | FG3 | GA3 | 33 | |
| 39 | P16 | FG4 | GA4 | 34 | |
| 40 | P17 | FG5 | GA5 | 35 | |
| 32 | GND | GND | GND | 36 | All GND's go into GND plane |
| 15 | P0 | FB0 | BA0 | 37 | |
| 16 | P1 | FB1 | BA1 | 38 | |
| 18 | P2 | FB2 | BA2 | 39 | |
| 19 | P3 | FB3 | BA3 | 40 | |
| 21 | P4 | FB4 | BA4 | 41 | |
| 22 | P5 | FB5 | BA5 | 42 | |
| 35 | GND | GND | GND | 43 | All GND's go into GND plane |
| 41 | GND | GND | GND | 44 | All GND's go into GND plane |
| 44 | GND | GND | GND | 45 | All GND's go into GND plane |
| 11 | VSYNC | FLM | VSYNC | 46 | |
| 9 | HSYNC | LP | HSYNC | 47 | |
| 13 | DE | M | ENAB | 48 | |
| 47 | GND | GND | GND | 49 | All GND's go into GND plane |
| 50 | GND | GND | GND | 50 | All GND's go into GND plane |
| 7 | DCLK | SHFCLK | CLOCK B | 51 | |
| 7 | DCLK | SHFCLK | CLOCK A | 52 | |
| 53 | GND | GND | GND | 53 | All GND's go into GND plane |
| | GND | | Reserve | 54 | Connect to GND |
| | GND | | Reserve | 55 | Connect to GND |
| | GND | | MODE | 56 | Connect to GND |
| 1 | PNLVDD | PNLVDD | 5V | 57 | |
| 2 | PNLVDD | PNLVDD | 5V | 58 | |
| 3 | PNLVDD | PNLVDD | 5V | 59 | |
| 4 | PNLVDD | PNLVDD | 5V | 60 | |
| 5 | Contrast | Contrast | | | nc |
| 10 | GND | GND | | | All GND's go into GND plane |
| 14 | GND | GND | | | All GND's go into GND plane |
| 20 | GND | GND | | | All GND's go into GND plane |
| 26 | GND | GND | | | All GND's go into GND plane |
| 29 | GND | GND | | | All GND's go into GND plane |
| 38 | GND | GND | | | All GND's go into GND plane |
| 56 | GND | GND | | | All GND's go into GND plane |
| 59 | GND | GND | | | All GND's go into GND plane |

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27864

Adapter PCB Pinout                Sharp LQ15X01W and LQ14X03 Panels                2/21/2006
                                        in 36 bit Mode

| 62 | GND | GND | | | All GND's go into GND plane |
|----|-----|-----|---|---|----------------------------|
| 65 | GND | GND | | | All GND's go into GND plane |
| 68 | GND | GND | | | All GND's go into GND plane |

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27865

Raylar Design, Inc.                                                            02/21/06

## Interface Dimensions of Sharp LQ14X03 and LQ15X01W Panels



Panel:  Hirose P/N: FX8-60S-SV

Adapter PCB: Hirose P/N:  FX8-60P-SV

CONFIDENTIAL
ATTORNEYS ONLY

CPT-D 27866