# EXHIBIT F

# HOWREY LLP

321 North Clark Street
Suite 3400
Chicago, IL 60610
T 312.595.1239
F 312.595.2250
www.howrey.com
Direct Dial 312.595.1037
File 01450.0011.000000

February 24, 2006

VIA EMAIL

Cass W. Christenson, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

Re:     *LG. Philips LCD Co., Ltd. v. Tatung Company et al.*
        Civil Action No. 05-292 (JJF)

Dear Mr. Christenson:

Enclosed please find documents numbered SHARP-D 001-011, produced by Sharp Electronics Corporation in response to our subpoena. Feel free to contact me should you have any questions or concerns.

Sincerely,

Elsa M. Doi
Paralegal

Encl.

AMSTERDAM  BRUSSELS  CHICAGO  HOUSTON  IRVINE  LONDON
LOS ANGELES  MENLO PARK  NORTHERN VIRGINIA  PARIS  SAN FRANCISCO  WASHINGTON, DC

SHARP-D 001
CONFIDENTIAL ATTORNEYS ONLY

| PERIOD | AREA | REP CODE | REM | REP CODE | CUST NAME | MODEL | PROD CODE | DISTI | BRANCH | BRANCH | ENTITY NM | CUST CITY | CUST ST | RESNAME | VEND | REP | SAMPLE FLAG | SUB CAT | TOT COSTS | TOT $SLS | QUANTITY | UNIT COSTS | UNIT $SLS | COMM PCT | INVOICE # | INVOICE DATE | COMMCOLL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SHARP-D 002
CONFIDENTIAL ATTORNEY'S ONLY

SHARP-D 003
CONFIDENTIAL ATTORNEYS ONLY

SHARP-D 004
CONFIDENTIAL ATTORNEYS ONLY

SHARP-D 005
CONFIDENTIAL - ATTORNEYS ONLY

SHARP-D 006
CONFIDENTIAL ATTORNEYS ONLY

SHARP-D 007
CONFIDENTIAL ATTORNEYS ONLY

SHARP-D 008
CONFIDENTIAL ATTORNEYS ONLY

SHARP-D 009
CONFIDENTIAL ATTORNEYS ONLY

SHARP-D 010
CONFIDENTIAL ATTORNEY'S ONLY

SHARP-D 011
CONFIDENTIAL ATTORNEYS ONLY