# EXHIBIT G



**HOWREY**LLP

321 North Clark Street
Suite 3400
Chicago, IL 60610
T 312.595.1239
F 312.595.2250
www.howrey.com

Direct Dial 312.595.1037
File 01450.0011.000000

February 28, 2006

<u>VIA EMAIL</u>

Cass W. Christenson, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

  Re: *LG. Philips LCD Co., Ltd. v. Tatung Company et al.*
     Civil Action No. 05-292 (JJF)

Dear Mr. Christenson:

  Enclosed please find documents numbered AUD-D 0001-0003, produced by Audio International Inc. in response to our subpoena. Feel free to contact me should you have any questions or concerns.

            Sincerely,

            Elsa M. Doi
            Paralegal

Encl.

# BELL
INDUSTRIES

(407) 339-0078

175  Invoice Date 04/14/98 Page 1
INVOICE NO. DAL066635 of 1
ORIGINAL INVOICE

| SOLD TO | SHIP TO |
|---|---|
| BELL INDUSTRIES INC. EDD-DALLAS PO BOX 73211 CHICAGO IL 60673-7211 | AUDIO INTERNATIONAL INC. 7300 INDUSTRY DRIVE NORTH LITTLE ROCK AR 72117- |
| | AUDIO INTERNATIONAL INC. 7300 INDUSTRY DRIVE NORTH LITTLE ROCK AR 72117- |

RECEIVED APR 21 1998

| CUSTOMER ORDER NO. | BUYER | DATE SHIPPED | TERMS | SLSM | CUSTOMER NO. | SHIP COMPLETE | SHIPPED VIA | TAXABLE ITEMS |
|---|---|---|---|---|---|---|---|---|
| 20724 | DONNA | 04/14/98 | NET 30 | 227 | 0133400 | Y | FED-X | |

| | DESCRIPTION | U/M | ORDERED | BACKORDER | SHIPPED | UNIT PRICE | EXTENSION PRICE |
|---|---|---|---|---|---|---|---|
| SRP | L015X01W | EA | 2 | | 2 | 1471.0000 | 2,942.00 |

********************************************************************
ATTENTION ACCOUNTS PAYABLE:           BELL INDUSTRIES, INC.
                                       P.O. BOX 73211
NEW REMIT-TO ADDRESS:                  CHICAGO, IL  60673-7211
********************************************************************

Voucher# 36920  Due Date 6-1
GL# 7070-0070  $
GL#            $
GL#            $

Apprvd:           Apprvd:

A

| *DAL066635 | GROSS | TAX % | SALES TAX | SHIPPING/HANDLING | MISC. CHGS. | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| SPECIAL INSTRUCTIONS | 2942.00 | 8.25 | 0.00 | 0.00 | | 2,942.00 |

S/O# 043734-01

THIS INVOICE IS SUBJECT TO ALL
OF THE TERMS AND CONDITIONS
ON THE FACE AND REVERSE SIDE
BI-900-1006B

AUD-D 0001
CONFIDENTIAL ATTORNEYS ONLY

**BELL INDUSTRIES**

```
******************        175  Invoice Date  06/15/98  Page 1 of 1
    (407) 339-0078             INVOICE NO.   DAL067771
                               ORIGINAL INVOICE
```

| BELL INDUSTRIES INC - DAL | SOLD TO: AUDIO INTERNATIONAL INC. | SHIP TO: AUDIO INTERNATIONAL INC. |
|---|---|---|
| EDD-DALLAS | 7300 INDUSTRY DRIVE | 7300 INDUSTRY DRIVE |
| PO BOX 73211 | NORTH LITTLE ROCK   AR | NORTH LITTLE ROCK   AR |
| CHICAGO   IL | 72117- | 72117- |
| 60673-7211 | | |

| CUSTOMER ORDER NO. | BUYER | DATE SHIPPED | TERMS | SLSM | CUSTOMER NO. | SHIP COMPLETE | SHIPPED VIA | TAXABLE ITEMS |
|---|---|---|---|---|---|---|---|---|
| 20201 | JOHN OSTEN | 06/15/98 | NET 30 | 227 | 0133400 | Y | IN PLANT | |

| DESCRIPTION | U/M | ORDERED | BACKORDER | SHIPPED | UNIT PRICE | EXTENSION PRICE |
|---|---|---|---|---|---|---|
| SRP  L015X01W | EA | 6 | | 6 | 1263.0000 | 7,578.00 |
| CN# 01334 | | | | | | |
| VOUCHER #039445  AI PART #P250-0006 | | | | | | |

```
*****************************************************
ATTENTION ACCOUNTS PAYABLE:        BELL INDUSTRIES, INC.
                                   P.O. BOX 73211
NEW "REMIT-TO" ADDRESS             CHICAGO, IL   60673-7211
*****************************************************
```

RECEIVED JUN 22 1998

Voucher# 39445   Due Date 7-22-98
GL# 1327-0000   $ _____
GL# _____     $ _____
GL# _____     $ _____

Apprvd: [signature]   Apprvd: _____

| *DAL067771 | GROSS | TAX % | SALES TAX | SHIPPING/HANDLING | MISC. CHGS. | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| SPECIAL INSTRUCTIONS | 7578.00 | 8.25 | 0.00 | 0.00 | | 7,578.00 |

S/O# 044384-01

THIS INVOICE IS SUBJECT TO ALL
OF THE TERMS AND CONDITIONS
ON THE FACE AND REVERSE SIDE
BI-900-1006B

SOURCE # MASTER-ORDER#:038893 Z27

**AUD-D 0002**
CONFIDENTIAL ATTORNEYS ONLY

# BELL INDUSTRIES

(407) 339-0078

175   Invoice Date 09/02/98 Page 1
INVOICE NO. DAL069271 of 1
ORIGINAL INVOICE

- BELL INDUSTRIES INC - DAL
  EDD-DALLAS
  PO BOX 73211
- CHICAGO           IL
  60673-7211

SOLD TO:
AUDIO INTERNATIONAL INC.
7300 INDUSTRY DRIVE
NORTH LITTLE ROCK   AR
72117-

SHIP TO:
AUDIO INTERNATIONAL INC.
7300 INDUSTRY DRIVE
NORTH LITTLE ROCK   AR
72117-

| CUSTOMER ORDER NO. | BUYER | DATE SHIPPED | TERMS | SLSM | CUSTOMER NO. | SHIP COMPLETE | SHIPPED VIA | TAXABLE ITEMS |
|---|---|---|---|---|---|---|---|---|
| 20201 | DONNA | 09/02/98 | NET 30 | 227 | 0133400 | Y | IN PLANT | |

| DESCRIPTION | U/M | ORDERED | BACKORDER | SHIPPED | UNIT PRICE | EXTENSION PRICE |
|---|---|---|---|---|---|---|
| SRP   LQ15X01W | EA | 1 | | 1 | 1263.0000 | 1,263.00 |
| CN# 01334 | | | | | | |
| VOUCHER #042825   AI PART #P250-00061 | | | | | | |

************************************************
ATTENTION ACCOUNTS PAYABLE:      BELL INDUSTRIES, INC.
                                 P.O. BOX 73211
NEW "REMIT-TO" ADDRESS           CHICAGO, IL  60673-7211
************************************************

Voucher# 42825   Due Date 10-7-98
GL# 1327 -0000    $ 1263.00
GL# _____     $ _____
GL# _____     $ _____

Aprvd: _____   Aprvd: _____

RECEIVED SEP 08 1998

| *DAL069271 | GROSS | TAX % | SALES TAX | SHIPPING/HANDLING | MISC. CHGS. | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| | 1263.00 | 8.25 | 0.00 | 0.00 | | 1,263.00 |

SPECIAL INSTRUCTIONS
S/O# 045262-01

THIS INVOICE IS SUBJECT TO ALL
OF THE TERMS AND CONDITIONS
ON THE FACE AND REVERSE SIDE
BI-900-1006B

SOURCE # MASTER-ORDER#:038893 227

AUD-D 0003
CONFIDENTIAL ATTORNEYS ONLY