# EXHIBIT H

# HOWREY LLP

321 North Clark Street
Suite 3400
Chicago, IL 60610
T 312.595.1239
F 312.595.2250
www.howrey.com

Direct Dial 312.595.1037
File 01450.0011.000000

February 21, 2006

VIA EMAIL AND U.S. MAIL

Cass W. Christenson, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

Re:   *LG. Philips LCD Co., Ltd. v. Tatung Company et al.*
      Civil Action No. 05-292 (JJF)

Dear Mr. Christenson:

We sent via overnight courier yesterday the following modules bates labeled CPT-D 19135-19147. As in the California cases, LPL will be charged for the samples provided by CPT. We will send an invoice for the shipped samples shortly.

CLAA130VA01Y
CLAA150XA03
CLAA150XC01D
CLAA150XC01Y
CLAA150XG01
CLAA170EA03Q
CLAA190EA03
CLAA201WA01
CLAA260WA01
CLAA300WA11Y
CLAA320WA01
CLAA370WA01
CLAA181XA01

The following samples are available for your inspection at Howrey, LLP in Chicago:

CLAA141XB01
CLAA201VA03
LQ15X01W (Sharp)
HP Omnibook XE2
IBM ThinkPad 2640

# HOWREY

Mr. Christenson<br>February 3, 2006<br>Page 2

The following modules were previously produced to Morgan, Lewis & Bockius LLP in the California cases:

CLAA130VA01
CLAA150PB01
CLAA150XC01
CLAA150XE01
CLAA150XG06
CLAA150XG08
CLAA150XG09D
CLAA150XH01
CLAA150XP01
CLAA150XP02
CLAA154WA01
CLAA170EA02
CLAA170EA03
CLAA170EA07

We also sent via courier today documents bearing the bates numbers CPT-D 19148-27843, ADI-D 0120-0177 and RAM-D 0001, as well as documents bearing the bates numbers CPT-D 27844-27870 via email. The bates prefixes represent:

CPT-D:   Chunghwa Picture Tubes, Ltd. – Delaware

ADI-D:   Advanced Display, Inc. – Delaware

RAM-D:   Ram Electronic Sales, Inc. - Delaware

Feel free to contact me should you have any questions or concerns.

Sincerely,

*[signature]*

Elsa M. Doi<br>Paralegal