# EXHIBIT I

**From:** Quader, Salmaan [QuaderS@howrey.com]
**Sent:** Tuesday, February 21, 2006 5:00 PM
**To:** mangert@mckennalong.com; cchristenson@mckennalong.com
**Cc:** Dudzik, Christine; Jenkins, Thomas; Gabler, Julie
**Subject:** Additional Documents

Gentlemen,

Forthcoming by email are a few additional documents for production.

Please note that an additional LCD module, Sharp LQ15X01W, purchased by Raylar Design, Inc., in or around October of 1998, is also available for inspection.

Thank you.

-Salmaan Quader