# Exhibit 16

*CPT Reply Brief in Support of their Proposed Claim Constructions*

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

AMERICAN HERITAGE PUBLISHING CO., INC.

and

HOUGHTON MIFFLIN COMPANY

BOSTON/NEW YORK/ATLANTA/GENEVA, ILLINOIS/DALLAS/PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark

©1969, 1970, 1971, 1973 by American Heritage Publishing Co., Inc.
All correspondence and inquiries should be directed to
Dictionary Division, American Heritage Publishing Co., Inc.,
1221 Avenue of the Americas, New York, New York 10020.

All rights reserved under Bern and Pan-American Copyright Conventions

Standard Book Numbers: 395-09064-4 (de luxe edition);
395-09065-2 (plain edges); 395-09066-0 (thumb-indexed);
395-09070-9 (school edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

XII

al·ien·age (āl'yən-ĭj, ā'lē-ən-) n. The state or condition of being alien or an alien.

al·ien·ate (āl'yən-āt', ā'lē-ən-) tr.v. -ated, -ating, -ates. 1. To cause (someone previously friendly or affectionate) to become unfriendly or indifferent; estrange: *alienate a friend.* 2. To remove or dissociate (oneself, for example): "*man cannot alienate himself from his own consciousness*" (Wylie Sypher). 3. To cause to be transferred; turn away: "*he succeeded . . in alienating the affections of my only ward*" (Oscar Wilde). 4. *Law.* To transfer (property) to the ownership of another —See Synonyms at estrange. [Latin *aliēnāre*, from *aliēnus*, ALIEN.] —al'ien·a'tor (-ā'tər) n.

al·ien·a·tion (āl'yən-ā'shən, ā'lē-ən-) n. 1. The condition of being an outsider; a state of isolation: "*His alienation is far more acute than Holmes's . . . not an eccentric but rather an outcast.*" (F.R. Shaw). 2. *Psychology.* A state of estrangement between the self and the objective world, or between different parts of the personality. 3. The act of alienating; estrangement; disaffection: "*In the decades after 1795 there was a profound alienation between classes in Britain.*" (E.P. Thompson). 4. *Law.* The act of transferring property, or title to it, to another. 5. *Psychiatry. Obsolete.* Mental derangement.

al·ien·ee (āl'yən-ē', ā'lē-ən-ē') n. *Law.* A person to whom ownership of property is transferred.

al·ien·ism (āl'yən-ĭz'əm, ā'lē-ən-) n. 1. The state or condition of being alien or an alien. 2. *Obsolete.* Psychiatry.

al·ien·ist (āl'yən-ĭst, ā'lē-ən-) n. 1. *Law.* A physician who has been accepted by a court as an expert on the mental competence of principals or witnesses appearing before it. 2. *Obsolete.* A psychiatrist. [French *aliéniste,* from *aliéné,* insane, from Latin *aliēnātus,* "estranged," past participle of *aliēnāre.* to ALIENATE.]

al·ien·or (āl'yən-ôr', ā'lē-ən-) n. *Law* A person who transfers ownership of property to another.

a·lif (ä'lĭf) n. The first letter of the Arabic alphabet. [Arabic.]

a·li·form (ā'lə-fôrm', ăl'ə-) adj. Shaped like a wing; alar. [Latin *āla,* wing (see aks- in Appendix*) + -FORM.]

Al·i·garh (ăl'ĭ-gŭr') A city in western Uttar Pradesh, Republic of India, 70 miles southeast of Delhi. Population, 185,000.

a·light¹ (ə-līt') intr.v. alighted or alit (ə-lĭt'), alighting, alights. 1. To come down and settle, as after flight. Used with *on* or *upon: a bird alighting on a branch* 2. To dismount. Used with *from* 3. *Archaic.* To come upon by chance. Used with *on* or *upon: alight on an answer.* [Middle English *ali(g)hten,* Old English *ālīhtan* : ā- (intensive) + *līhtan,* to dismount, lighten, from *līht,* LIGHT (adjective).]

a·light² (ə-līt') adj. Burning; lighted; lit up. [Middle English *aliht,* Old English *ālīht,* past participle of *ālīhtan,* to light up : ā- + *līhtan,* to light, from *līht,* LIGHT.] —a·light' adv.

a·lign (ə-līn') v. aligned, aligning, aligns. Also aline, alined, alining, alines. —tr. 1. To arrange in a line. 2. To ally (oneself, for example) with one side of an argument, cause, or the like. —intr. To fall into line [French *aligner,* from Old French : *a-,* from Latin *ad-,* to + *ligne,* LINE.] —a·lign'or n.

a·lign·ment (ə-līn'mənt) n. Also a·line·ment. 1 Arrangement or position in a straight line. 2. A ground plan. 3 The act of aligning or the condition of being aligned.

alignment chart. *Mathematics.* A nomograph (*see*).

a·like (ə-līk') adj. Having close resemblance; similar. Usually used as a predicate adjective: "*All good books are alike*" (Hemingway). —adv. In the same way, manner, or to the same degree: *They dress and walk alike.* See Usage note at both. [Middle English *ilik,* Old English *gelīc : ge-* (collective prefix) + *līc,* form (see līk- in Appendix*).] —a·like'ness n.

al·i·ment (ăl'ə-mənt) n. 1 Food; nourishment. 2. Something that supports or sustains: "*Liberty is to faction what air is to fire, an aliment without which it instantly expires.*" (James Madison). —tr.v. (ăl'ə-mĕnt') alimented, -menting, -ments. To supply with food or other sustenance. [Middle English, from Latin *alimentum,* from *alere,* to nourish. See al-³ in Appendix.*] —al'i·men'tal adj. —al'i·men'tal·ly adv.

al·i·men·ta·ry (ăl'ə-měn'trē, -tər-ē) adj. 1. Of or pertaining to food or nutrition. 2. Providing nourishment.

alimentary canal. The mucous-membrane-lined tube of the digestive system, extending from the mouth to the anus and including the pharynx, esophagus, stomach, and intestines.

al·i·men·ta·tion (ăl'ə-měn-tā'shən) n. 1. The act or process of giving or receiving nourishment. 2 Support; sustenance.

A·li Mo·ham·med of Shi·raz. See the Bab

al·i·mo·ny (ăl'ə-mō'nē) n., pl. -nies. 1. *Law.* An allowance for support made under court order to a divorced person, usually the former wife, by the former spouse, out of the former spouse's income or estate. It is also granted without a divorce, as between legally separated persons, or those whose marriage has been annulled. 2. Maintenance; sustenance; support. [Latin *alimōnia,* nutriment, support, from *alere,* to nourish. See al-³ in Appendix.*]

al·i·phat·ic (ăl'ə-făt'ĭk) adj. Of, pertaining to, or designating organic chemical compounds in which the carbon atoms are linked in open chains rather than rings. [From Greek *aleiphar* (stem *aleiphat-*), oil, from *aleiphein,* to anoint. See loip- in Appendix.*]

al·i·quot (ăl'ə-kwŏt', -kwət) adj. 1. *Mathematics* Of, pertaining to, or designating an exact divisor or factor of a quantity, especially of an integer. 2. Contained exactly or an exact number of times. [French (*partie*) *aliquote,* aliquot (part), from Medieval Latin (*pars*) *aliquotae,* from Latin *aliquot,* some, several : *alius,* some, other (see al-¹ in Appendix*) + *quot,* how many (see kwo- in Appendix*).]

Al·Is·kan·da·ri·yah. The Arabic name for Alexandria.

a·li·un·de (ā'lē-ŭn'dē, ăl'ē-) adv. *Law.* From a source extrinsic to the matter at hand; from elsewhere: *evidence aliunde.* [Latin, from elsewhere : *alius,* other (see al-¹ in Appendix*) + *unde,* whence (see kwo- in Appendix*).]

a·live (ə-līv') adj. 1. Having life; in a living state. 2. In existence or operation; not extinct or inactive: *keep love alive.* 3. In a state of animation; full of life; lively: *Her face was alive with laughter.* 4. Now living. Used as an intensive: *the strongest man alive.* —See Synonyms at aware, living. —alive to. Aware of; sensitive to: *alive to the moods of others.* —alive with. Swarming with: "*This pool was alive with grilse*" (Douglas McCraith). [Middle English *alive,* on live, Old English *on līfe* : ON + *līfe,* dative of *līf,* LIFE.] —a·live'ness n.

a·liz·a·rin (ə-lĭz'ə-rĭn) n. Also a·liz·a·rine (-rĭn, -rēn') An orange-red compound, $C_{14}H_8O_4$, used in dyes [French *alizarine,* from *alizari,* madder, from Spanish, from Arabic *al-'aṣārah,* the juice pressed out : *al,* the + *'aṣara,* he pressed.]

al·ka·hest (ăl'kə-hĕst') n. The hypothetical universal solvent once sought by alchemists. [Medieval Latin *alchahest,* said to have been coined as a pseudo-Arabic word by Paracelsus.]

al·ka·les·cent (ăl'kə-lĕs'ənt) adj. Becoming alkaline; slightly alkaline. [ALKAL(I) + -ESCENT] —al'ka·les'cence, al'ka·les'cen·cy n.

al·ka·li (ăl'kə-lī') n., pl. -lis or -lies. 1. *Chemistry.* A hydroxide or carbonate of an alkali metal (*see*), the aqueous solution of which is bitter, slippery, caustic, and characteristically basic in reactions. 2. Any of various soluble mineral salts found in natural water and arid soils. 3. An alkali metal [Middle English *alcaly,* from Medieval Latin *alcali,* from Arabic *al-qalīy,* the ashes (of saltwort), from *qalay,* to fry.]

al·ka·li·fy (ăl'kə-lə-fī', ăl-kăl'ə-fī') v. -fied, -fying, -fies. —tr To make alkaline; alkalize. —intr. To become alkaline.

alkali metal. Any of a group of soft, white, low-density, low-melting, highly reactive metallic elements, including lithium, sodium, potassium, rubidium, cesium, and francium.

al·ka·lim·e·ter (ăl'kə-lĭm'ə-tər) n. 1. An apparatus for measuring alkalinity. 2. An apparatus for measuring the amount of carbon dioxide evolved from a solid. —al'ka·lim'e·try n.

al·ka·line (ăl'kə-līn, -lĭn) adj. 1. Of, relating to, or containing an alkali. 2. Having a pH greater than 7

alkaline earth. 1. An oxide of an alkaline-earth metal 2. An alkaline-earth metal. —al'ka·line-earth' adj

alkaline-earth metal. Any of a group of metallic elements, especially calcium, strontium, and barium, but generally including beryllium, magnesium, and radium.

al·ka·lin·i·ty (ăl'kə-lĭn'ə-tē) n. The alkali concentration or alkaline quality of an alkali-containing substance

al·ka·lize (ăl'kə-līz') v. -lized, -lizing, -lizes. Also al·ka·lin·ize (-lĭn-īz'). —tr To make alkaline. —intr. To become an alkali —al'ka·li·za'tion n.

al·ka·loid (ăl'kə-loid') n Any of various physiologically active nitrogen-containing organic bases derived from plants, including nicotine, quinine, cocaine, atropine, and morphine. [German : ALKAL(I) + -OID.] —al'ka·loi'dal (-loid'l) adj.

al·ka·lo·sis (ăl'kə-lō'sĭs) n. Pathologically high alkali content in the blood and tissues. [New Latin : ALKAL(I) + -OSIS.]

al·kane series (ăl'kān') *Chemistry.* The paraffin series (*see*). [ALK(YL) + -ANE.]

al·ka·net (ăl'kə-nĕt') n. 1. a. A European plant, *Alkanna tinctoria,* the roots of which yield a red dye. b. The root of this plant, or a dye prepared from it. 2. Any of several hairy plants of the genus *Anchusa,* native to the Old World, having clusters of blue flowers. Also called "bugloss." 3. A plant, the puccoon (*see*). [Middle English, from Spanish *alcaneta,* diminutive of *alcana,* henna, from Medieval Latin *alchanna,* from Arabic *al-hinnā',* the HENNA.]

al·kene (ăl'kēn') n. *Chemistry.* An open-chain hydrocarbon. olefin (*see*). [ALK(YL) + -ENE.]

al-Khwa·riz·mi (ăl'KHwä-rĕz'mē), Muhammad Ibn-Musa. Also al-Khowa·riz·mi. A.D. 780–850? Arab mathematician and author; regarded as the father of algebra

Al·ko·ran. Variant of Alcoran.

Al Ku·wait. See Kuwait.

al·kyd resin (ăl'kĭd). *Chemistry.* A widely used durable synthetic resin derived from glycerol and phthalic anhydride. Also called "alkyd." [Blend of ALKYL and ACID.]

al·kyl (ăl'kĭl) n. *Chemistry.* A monovalent radical, such as ethyl or propyl, having the general formula $C_nH_{2n+1}$. [German : ALC(OHOL) + -YL.]

al·kyl·a·tion (ăl'kə-lā'shən) n. *Chemistry.* Any process in which an alkyl group is added to or substituted in a compound, as in the reaction of olefins with paraffin hydrocarbons to make high-octane fuels.

al·kyne (ăl'kīn') n. Also al·kine. Any of a group of open-chain hydrocarbons with a triple bond and the general formula $C_nH_{2n-2}$. [ALKY(L) + -(I)NE.]

all (ôl) adj. 1. The total entity or extent of: *all Christendom.* 2. The entire or total number, amount, or quantity of: *all the saints.* 3. The utmost possible of: *in all truth* 4. Every. Used only in phrases such as *all manner, all kinds.* 5. Any whatsoever: *beyond all doubt.* 6. Nothing but; only: *He was all skin and bones.* —pron. 1. Each and every one: *All were drowned.* 2. Each and every thing: *Ten ships sailed and all returned.* See Usage note below. —n. 1. Everything one has: *He gave his all.* 2. The whole number; totality. —above all. Most of all; before everything else. —after all. Nevertheless. —all in all. Everything being taken into account. —at all. 1. In any and every way: *He can't walk at all.* 2. To any extent; whatever: *no money at all* —for all. 1 To the extent that: *for all I care.* 2 In spite

# Exhibit 17

*CPT Reply Brief in Support of their Proposed Claim Constructions*



The single source for people who need to be right

# THE AMERICAN HERITAGE DICTIONARY

Second College Edition with 200,000 precise definitions, 3,000 photographs & illustrations, and usage guidance from our panel of experts

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by the 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
  Reference Division, Houghton Mifflin Company
    One Beacon Street Boston, MA 02108

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
  Rev. ed. of: American Heritage dictionary of the
English language New college ed. c1976.
  1. English language—Dictionaries   1. Morris
William, 1913—
PE1625.A54  1982    423    82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

  Manufactured in the United States of America

**pro-vin-cial-ize** (prə-vĭn′shə-līz′) *tr.v.* -ized, -iz-ing, -iz-es. To make provincial. —**pro-vin′cial-i-za′tion** *n.*

**proving ground** *n.* A place for testing new devices or theories.

**pro-vi-sion** (prə-vĭzh′ən) *n.* 1. The act of supplying or fitting out. 2. Something that is provided. 3. A preparatory action or measure 4. **provisions.** A stock of necessary supplies, esp. food. 5. A stipulation or qualification, esp. a clause in a document or agreement. —*tr.v.* -sioned, -sion-ing, -sions. To supply with provisions. [ME < OFr. forethought < Lat *provisio* < *providēre*, to foresee. —see PROVIDE.] —**pro-vi′sion-er** *n.*

**pro-vi-sion-al** (prə-vĭzh′ə-nəl) also **pro-vi-sion-ar-y** (-vĭzh′ə-nĕr′ē) *adj.* Provided for the time being, pending permanent arrangements: *a provisional capital.* —**pro-vi′sion-al-ly** *adv.*

**pro-vi-so** (prə-vī′zō) *n., pl.* -sos or -soes. A clause in a document making a qualification, condition, or restriction [ME < Med. Lat. *proviso quod*, provided that.]

**pro-vi-so-ry** (prə-vī′zə-rē) *adj.* Depending on a proviso; conditional. —**pro-vi′so-ri-ly** *adv.*

**pro-vi-ta-min** (prō-vī′tə-mĭn) *n.* A substance converted to a vitamin within the body, as carotene into vitamin A.

**Pro-vo** (prō′vō) *n.* A member of the extremist faction of the Irish Republican Army. [Shortening and alteration of *provisional* (*wing*), name of the faction.]

**pro-vo-ca-teur** (prō-vŏk′ə-tûr′) *n.* An agent provocateur. [Fr.]

**prov-o-ca-tion** (prŏv′ə-kā′shən) *n.* 1. The act of provoking or inciting. 2. Something that provokes. [ME *provocacioun* < OFr. *provocation* < Lat *provocatio* < *provocare*, to challenge. —see PROVOKE.]

**pro-voc-a-tive** (prə-vŏk′ə-tĭv) *adj.* Tending to provoke; stimulating. —*n.* Something that provokes. —**pro-voc′a-tive-ly** *adv.* —**pro-voc′a-tive-ness** *n.*

**pro-voke** (prə-vōk′) *tr.v.* -voked, -vok-ing, -vokes. 1. To cause anger, resentment, or deep feeling in. 2. To cause to take action. 3. To bring on by inciting: *provoke a fight.* [ME *provoken* < OFr. *provoker* < Lat. *provocare*, to challenge : *pro-*, forth + *vocare*, to call.] —**pro-vok′ing-ly** *adv.*

*Synonyms:* provoke, incite, excite, stimulate, arouse, rouse, stir. These verbs are compared in the sense of causing a person to take action or feel emotion. *Provoke*, the least explicit with respect to means, does little more than state the consequences produced: *He was provoked to anger. Incite* implies the urging on and directing of energies toward a certain course. *Excite* stresses a playing upon the emotions generally. The remaining terms suggest increasing degrees of emotional awakening. *Stimulate* and *arouse* connote immediate, often brief sensations, and *rouse* and *stir*, deeper, stronger responses.

**pro-vok-ing** (prə-vō′kĭng) *adj.* Troubling the nerves or peace of mind, as by repeated vexations. —**pro-vok′ing-ly** *adv.*

**pro-vost** (prō′vōst′, -vəst, prŏv′əst) *n.* 1. The chief magistrate of certain Scottish cities. 2. The chief officer of some colleges. 3. The highest official in certain cathedrals or collegiate churches. 4. The keeper of a prison. [ME < OE *profast* and OFr. *provost*, both < Med. Lat. *propositus* < Lat. *praepositus*, superintendent < *p.part.* of *praeponere*, to place over : *prae-*, before + *ponere*, to put.]

**provost court** (prō′vō) *n.* A military court for the trial of minor offenses committed in occupied hostile territories.

**provost guard** (prō′vō) *n.* A detail of soldiers on police duty under a provost marshal.

**pro-vost marshal** (prō′vō) *n.* 1. The head of military police. 2. A naval officer responsible for the disposition of prisoners facing court-martial.

**pro-vost sergeant** (prō′vō) *n.* A noncommissioned officer who heads a detail of military police.

**prow** (prou) *n.* 1. The forward part of a ship's hull; bow. 2. A projecting part similar in configuration to the prow of a ship, as the forward end of a ski [OFr. *proue* < Lat *prora* < Gk. *prōira*.]

**prow-ess** (prou′ĭs) *n.* 1. Superior skill or ability. 2. Superior strength, courage, or daring, esp. in battle [ME *prowesse* < OFr. *proesse* < *prou*, var. of *prud*, brave. —see PROUD.]

**prowl** (proul) *v.* prowled, prowl-ing, prowls. —*tr.* To roam through stealthily, as in search of prey or plunder —*intr.* To rove furtively or with predatory intent. —*n.* An act of prowling. —*idiom.* **on the prowl.** Actively looking for something. [ME *prollen.*] —**prowl′er** *n.*

**prowl car** *n.* A squad car.

**prox-i-mal** (prŏk′sə-məl) *adj.* 1. Nearest; proximate. 2. *Biol.* Near the central part of the body or a point of attachment or origin: *the proximal end of a bone.* [< Lat. *proximus*, superl. of *propior*, near.] —**prox′i-mal-ly** *adv.*

**prox-i-mate** (prŏk′sə-mĭt) *adj.* 1. Closely related in space, time, or order; very near 2. Approximate. [Lat. *proximatus*, p.part of *proximare*, to come near < *proximus*, superl. of *propior*, near.] —**prox′i-mate-ly** *adv.* —**prox′i-mate-ness** *n.*

**prox-im-i-ty** (prŏk-sĭm′ĭ-tē) *n.* The state, quality, or fact of being near or next; closeness. —See Usage note at **close**. [OFr. *proximite* < Lat. *proximitas* < *proximus*, superl. of *propior*, near.]

**proximity fuze** *n.* An electronic device for detonating a projectile as it approaches a target, used in antiaircraft shells.

**prox-i-mo** (prŏk′sə-mō′) *adv. Archaic.* Of or in the following month. [Lat. *proximo mense*, in the next month.]

**prox-y** (prŏk′sē) *n., pl.* -ies. 1. A person authorized to act for another; agent or substitute. 2. The authority to act for another 3. The written authorization to act in place of another. —*modifier: a proxy vote.* [ME *proxcy* < Norman Fr. *procuracie* < Med. Lat. *procuratia* < Lat *procurare*, to take care of. —see PROCURE.]

**prude** (prōōd) *n.* A person who is excessively concerned with being or seeming to be proper, modest, or righteous. [Fr., short for OFr. *preudefemme*, virtuous woman : *preu*, virtuous, proud + *de-* of (< Lat.) + *femme*, woman (< Lat *femina*).]

**pru-dence** (prōōd′ns) *n.* 1. The state, quality, or fact of being prudent 2. Careful management; economy.

*Synonyms:* prudence, discretion, circumspection. These nouns are compared as they express caution and wisdom in the conduct of affairs. *Prudence*, the most comprehensive, implies not only caution but the capacity for judging in advance the probable results of one's actions. *Discretion* suggests prudence coupled with self-restraint and sound judgment. *Circumspection* adds to discretion the implication of wariness in one's actions out of consideration for social and moral consequences.

**pru-dent** (prōōd′nt) *adj.* 1. Wise in handling practical matters; exercising good judgment or common sense. 2. Careful in regard to one's own interests; provident 3. Careful about one's conduct; circumspect. [ME < OFr. < Lat. *prudens*, short for *providens.* —see PROVIDENT.] —**pru′dent-ly** *adv.*

**pru-den-tial** (prōō-dĕn′shəl) *adj.* 1. Arising from or characterized by prudence. 2. Exercising prudence, good judgment, or common sense. —**pru-den′tial-ly** *adv.*

**prud-er-y** (prōō′də-rē) *n., pl.* -ies. 1. The state or quality of being prudish. 2. An instance of prudish behavior or talk [Fr. *pruderie* < *prude*, prude. —see PRUDE.]

**prud-ish** (prōō′dĭsh) *adj.* Marked by or exhibiting the characteristics of a prude; priggish —**prud′ish-ly** *adv.* —**prud′ish-ness** *n.*

**pru-i-nose** (prōō′ĭ-nōs′) *adj. Bot.* Having a white, powdery covering or bloom. [Lat. *pruinosus*, frosty < *pruina*, hoarfrost.]

**prune¹** (prōōn) *n.* 1. a. The partially dried fruit of any of several varieties of the common plum, *Prunus domestica.* b. Any kind of plum that can be dried without spoiling. 2. *Slang.* An ill-tempered person [ME < OFr. < Lat. *prunum*, plum.]

**prune²** (prōōn) *v.* pruned, prun-ing, prunes. —*tr.* 1. To cut off or remove dead or living parts or branches of (a plant, for example) to improve shape or growth. 2. To remove or cut out as superfluous. 3. To reduce: *prune the budget.* —*intr.* To remove what is superfluous or undesirable. [ME *prouynen* < OFr. *proignier* < VLat. *prorotundiare* : Lat. *pro-*, in front + Lat. *rotundus*, round.] —**prun′er** *n.*

**pru-nel-la** (prōō-nĕl′ə) *n., pl.* -las also -los. A strong, heavy fabric of worsted twill, used chiefly for shoe uppers, clerical robes, and academic gowns. [Fr. *prunelle*, sloe, dim. of *prune*, prune.]

**pru-nelle** (prōō-nĕl′) *n.* A brownish sloe-flavored French liqueur. [Fr., dim. of *prune*, prune.]

**pru-nel-lo** (prōō-nĕl′ō) *n.* Variant of **prunella**.

**pruning hook** *n.* A long pole with a curved saw blade and usually a clipping mechanism on one end, used esp. for pruning small trees.

**pru-ri-ent** (prŏŏr′ē-ənt) *adj.* 1. Obsessively interested in matters of a sexual nature. 2. a. Characterized by an obsessive interest in sex: *prurient thoughts.* b. Arousing or appealing to an obsessive interest in sex: *prurient literature.* [Lat. *pruriens, prurient-*, pr.part. of *prurire*, to feel desire, itch.] —**pru′ri-ence, pru′ri-en-cy** *n.* —**pru′ri-ent-ly** *adv.*

**pru-ri-go** (prōō-rī′gō) *n.* A chronic, inflammatory skin disease characterized by eruption and severe itching. [Lat., an itching < *prurire*, to itch.] —**pru-rig′i-nous** (-rĭj′ə-nəs) *adj.*

**pru-ri-tus** (prōō-rī′təs) *n.* Severe itching, usually of undamaged skin [Lat. < *prurire*, to itch.] —**pru-rit′ic** (-rĭt′ĭk) *adj.*

**Prus-sian** (prŭsh′ən) *adj.* 1. Of or pertaining to Prussia, its people, or their language and culture. 2. Like or suggestive of the Junkers and the military class of Prussia. —*n.* 1. One of the western Balts anciently inhabiting the region between the Vistula and Neman. 2. A Baltic inhabitant of Prussia. 3. A German inhabitant of Prussia.

**Prussian blue** *n.* 1. An insoluble, dark-blue pigment and dye, ferric ferrocyanide or one of its modifications. 2. Iron blue. 3. A moderate to strong blue or deep greenish blue. [After *Prussia*, where the dye was discovered.]

**prus-si-ate** (prŭs′ē-āt′) *n.* 1. A ferrocyanide or ferricyanide. 2. A salt of hydrocyanic acid; cyanide. [Fr < (*acide*) *prussique*, prussic acid.]

**prussic acid** (prŭs′ĭk) *n.* Hydrocyanic acid [So called because it is obtained from Prussian blue.]

**pru-tah** (prōō-tä′) *n., pl.* -toth or -tot (-tōt′) table at currency. [Mod. Heb. *perūṭāh*.]

**pry¹** (prī) *intr.v.* pried, pry-ing, pries. To closely, curiously, or inquisitively. often ner; snoop: *always prying into the affairs* pries. 1. An act of prying. 2. An excessive son; snoop. [ME *prien.*] —**pry′ing-ly** *adv.*

**pry²** (prī) *tr.v.* pried, pry-ing, pries. 1. T force open with a lever. 2. To obtain w culty: *pried a confession out of the suspe* 1. Something, as a crowbar, that is used 2. Leverage. [Alteration of PRIZE³]

**pry-er** (prī′ər) *n.* Variant of **prier**.

**psalm** (säm) *n.* 1. A sacred song; hymn with *a sing. verb*). See table at **Bible**. —*tr.v.* ing, **psalms**. To sing of or celebrate in p *psealm* < LLat. *psalmus* < Gk *psalmos* < p harp.]

**psalm-ist** (sä′mĭst) *n.* A writer or compos

**psalm-o-dy** (sä′mə-dē, säl′mə-) *n., pl.* -d practice of singing psalms in divine worst sition or arranging of psalms for singing. psalms. [ME *psalmodie* < LLat. *psalmodi* singing to the harp : *psalmos*, psalm (< *p* harp) + *didē*, song.] —**psalm′o-dist** *n.*

**Psal-ter** also **psal-ter** (sôl′tər) *n.* A bo Book of Psalms or a particular version for, or selection from it. [ME < OE *psalti tier*, both < LLat. *psalterium* < Gk. *psal* PSALTERY.]

**psal-te-ri-um** (sôl-tîr′ē-əm) *n., pl.* -ri-a (-i [LLat., psalter, so called because with str apart like the leaves of a book.] —**psal-t**

**psal-ter-y** (sôl′tə-rē) also **psal-try** (sôl′trē′ -tries. An ancient stringed musical inst plucking the strings with the fingers or *psalterie* < OFr. < Lat. *psalterium* < Gk *lein*, to play the harp.]

**p's and q's** (pēz′ ən kyōōz′) *pl. n.* 1. Soci ior; manners. 2. The way one acts; co *watch his p's and q's or he would be fired.*

**pse-phol-o-gy** (sē-fŏl′ə-jē) *n.* The study tions. [Gk. *psēphos*, pebble, ballot (from use of pebbles for voting) + -LOGY.] (sē′fə-lŏj′ĭ-kəl) *adj.* —**pse-phol′o-gist** *n.*

**pseud-** *pref.* Variant of **pseudo-**.

**pseud-ax-is** (sōō-dăk′sĭs) *n.* A sympodiu

**pseud-e-pig-ra-pha** (sōō′dĭ-pĭg′rə-fə) *pl. n.* ings, esp. writings falsely attributed to Bi times. 2. A body of Jewish religious tex 200 B.C. and A.D. 200 and spuriously a prophets and kings of Hebrew Scriptur false (< *pseudein*, to lie) + *epigraphei*, upon + *graphein*, to write).] —**pseud′e ep-i-graph′ic** (sōō′dĕp′ĭ-grăf′ĭk), **pse pseud′e-pig′ra-phous** *adj.*

**pseudo-** or **pseud-** *pref.* 1. False; dec *doscience.* 2. Apparently similar; *pseudoc* Gk. *pseudēs*, false < *pseudein*, to lie.]

**pseu-do-carp** (sōō′də-kärp′) *n.* An acces do-car′pous *adj.*

**pseu-do-coel** (sōō′də-sēl′) also **pseu** də-sē′ləm) *n.* A body cavity not formed lacking a mesodermal lining.

**pseu-do-coe-lo-mate** (sōō′dō-sē′lə-mā: pseudocoel.

**pseu-do-cy-e-sis** (sōō′dō-sī-ē′sĭs) *n.* A p dition in which physical symptoms of weight gain and amenorrhea, are mani ception.

**pseu-do-e-vent** (sōō′dō-ĭ-vĕnt′) *n. Infor.* that is designed to attract attention: *th political campaign.*

**pseu-do-mo-nad** (sōō′də-mō′năd′) *n.* A negative, rod-shaped bacteria of the gen cluding some plant and animal pathog *monas, Pseudomonad-*, genus name : PSE unit < *monas*, one.]

**pseu-do-morph** (sōō′də-môrf′) *n.* 1. A irregular form. 2. *Mineral.* A mineral ha form of another mineral rather than th teristic of its composition. —**pse** —**pseu′do-mor′phic, pseu′do-mor′phou**

**pseu-do-nym** (sōō′d′n-ĭm′) *n.* A fictitiou an author; pen name. [Fr. *pseudonyme* < *pseudēs*, false + *onoma*, name.] (sōō-dŏn′ə-məs) *adj.* —**pseu-don′y-mo don′y-mous-ness** *n.*

**pseu-do-po-di-um** (sōō′də-pō′dē-əm) (sōō′də-pōd′) *n., pl.* -po-di-a (-pō′dē-ə) a rary protrusion of the cytoplasm of means of locomotion and of surroundin in organisms such as the amoeba. [NLa *podion*, dim. of *pous*, foot.]

**pseu-do-preg-nan-cy** (sōō′dō-prĕg′nən