IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

L.G. PHILIPS LCD CO., LTD., :
      Plaintiff, :
       :
   v. : Civil Action No. 05-292 JJF
       :
TATUNG COMPANY, TATUNG :
COMPANY OF AMERICA, INC., :
CHUNGHWA PICTURE TUBES, LTD., :
and VIEWSONIC CORPORATION, :
       :
      Defendants. :

**O R D E R**

WHEREAS, Counsel for Defendants has requested a continuance of the Evidentiary Hearings set for March 29 and March 30, 2006 (D.I. 133);

WHEREAS, Counsel for Plaintiff does not oppose the request;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Evidentiary Hearing set for March 29, 2006 will be held on **Wednesday, April 5, 2006 at 4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2) The Evidentiary Hearing set for March 30, 2006 will be held on **Thursday, April 6, 2006 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

March 17, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE