IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 (JJF) |

### [PROPOSED] ORDER

WHEREAS plaintiff has requested permission for the following consultant to bring laptops into the courtroom for hearing in this matter on March 20, 2006:

| Name | Title and firm or company |
|---|---|
| Paul R. Hugo | Consultant, Digital Evidence Group, LLC |

NOW, THEREFORE, IT IS ORDERED that, subject to the approval and order of the Court, the person listed above is permitted to bring into the J. Caleb Boggs Federal Building Courthouse, for use in Court, laptop computers for proceedings on March 20, 2006. Counsel shall comply with the inspection provisions of the United States Marshall.

SO ORDERED this ____20____ day of __March__, 2006.

_____
United States District Judge

620663v1