IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO. LTD, :
:
       Plaintiff, :
:
   v. : Civil Action No. 05-292-JJF
:
TATUNG COMPANY, TATUNG COMPANY :
OF AMERICA, INC., CHUNGWHA :
PICTURE TUBES LTD., and :
VIEWSONIC CORP., :
:
       Defendants. :

### O R D E R

WHEREAS, the Court held a Claim Construction Hearing in this matter on Monday, March 20, 2006;

WHEREAS, after hearing the parties' claim construction arguments, the Court concludes that the parties are close to agreement on several of the proposed claim constructions, and that several other disputed terms and phrases need not be construed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. **No later than Friday, March 24, 2006**, each party shall submit a letter to the Court listing the claim terms or phrases it requests the Court to construe;

2. Plaintiff may submit a maximum of **five (5)** such terms or phrases and Defendant may submit a maximum of **eight (8)**;

3. The letters may include refinements of the parties' existing arguments on proposed claim constructions;

      4. Each party may file a reply letter **no later than Friday, March 31, 2006**;

      5. In the alternative, the parties may jointly submit a maximum of twelve terms or phrases that they agree should be construed by the Court.

March 22, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE