IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## STIPULATION AND ORDER REGARDING DISCOVERY LETTERS

IT IS HEREBY STIPULATED AND AGREED by the parties hereto through their respective counsel, subject to the approval of the Court, that the date by which the parties shall exchange and file **letters challenging the sufficiency of another party's responses to written discovery** shall be extended from **March 24, 2006** to **March 31, 2006,** consistent with the rescheduling of discovery sufficiency hearings from March 29 and 30, 2006 to April 5 and 6, 2006.

| THE BAYARD FIRM | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ Richard D. Kirk (rk0922) | Robert W. Whetzel (rw2288) |
| rkirk@bayardfirm.com | whetzel@rlf.com |
| 222 Delaware Avenue, Suite 900 | One Rodney Square, P.O. Box 551 |
| Wilmington, DE 19899-5130 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 651-7700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Tatung* |
| *LG.Philips LCD Co., Ltd.* | *Co., Tatung Company of* |
| | *America, Inc., Chunghwa Picture* |
| | *Tubes, Ltd., and ViewSonic Corp.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

619563v1