## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

### NOTICE OF LODGING OF EMAIL COMMUNICATION

PLEASE TAKE NOTICE that plaintiff LG.Philips LCD Co., Ltd. hereby lodges a copy of an email communication from Richard D. Kirk, Esquire, to The Honorable Joseph J. Farnan, Jr. dated March 31, 2006, a copy of which is attached hereto.

March 31, 2006                                    THE BAYARD FIRM

/s/ Richard D. Kirk rk0922
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

613521v1

OF COUNSEL:
Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

## Dick Kirk

| | |
|---|---|
| **From:** | Dick Kirk |
| **Sent:** | Friday, March 31, 2006 2:01 PM |
| **To:** | 'jjf_civil@ded.uscourts.gov' |
| **Cc:** | Bono, Gaspare; Thomas W. Jenkins; Christine A. Dudzik; Glenn W. Rhodes; Matthew W. King; Robert Whetzel; Teresa M. Corbin |
| **Subject:** | LG.Philips LCD Co., Ltd. v. Tatung, et al., C.A. No. 05-292-JJF |
| **Importance:** | High |

Your Honor:

I write on behalf of plaintiff LG.Philips LCD Co., Ltd. ("LPL") to request that the discovery hearings slated in this matter for next week (Wednesday, April 5 at 4:00 p.m. and Thursday, April 6 at 10:00 a.m.) be rescheduled.

The need to reschedule is the sudden death this morning of the father of LPL's main counsel, Gap Bono. Mr. Bono will be with his family through next week.

Counsel for defendants have graciously indicated that they do not object to this request to cancel the hearings for next week. The parties will work with chambers to accomplish a mutually convenient rescheduling shortly thereafter.

Respectfully submitted,

/s/ Richard D. Kirk (rk0922)

The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
rkirk@bayardfirm.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 31, 2006, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899


The undersigned counsel further certifies that copies of the foregoing document

were sent by email and hand to the above counsel and by email and first class mail to the

following non-registered participants:

Christine A. Dudzik, Esq.              Teresa M. Corbin, Esq.
Thomas W. Jenkins, Esq.                Glenn W. Rhodes, Esq.
Howrey LLP                             Howrey LLP
321 North Clark Street                 525 Market Street
Suite 3400                             Suite 3600
Chicago, IL  60610                     San Francisco, CA  94105


                        /s/ Richard D. Kirk (rk0922)
                        Richard D. Kirk