# Exhibit 18

# THE AMERICAN HERITAGE
# DICTIONARY
## OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

©1969, 1970, 1971, 1973 by American Heritage Publishing Co., Inc. All correspondence and inquiries should be directed to Dictionary Division, American Heritage Publishing Co., Inc., 1221 Avenue of the Americas, New York, New York 10020.

All rights reserved under Bern and Pan-American Copyright Conventions

Standard Book Numbers: 395-09064-4 (de luxe edition); 395-09065-2 (plain edges); 395-09066-0 (thumb-indexed); 395-09070-9 (school edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc. in Maynard, Massachusetts




scepter
Scepter of Charles V
of France

**scat²** (skăt) *n.* A type of jazz singing consisting of the improvisation and repetition of meaningless syllables sung to a melody. —*intr.v.* **scatted, scatting, scats.** To sing in this manner. [Perhaps imitative.]

**scat³** (skăt) *n.* Any of several freshwater fishes of the genus *Scatophagus*, of tropical Asia and adjacent areas, having a flat, rounded, spotted or striped body, and popular as an aquarium fish. [Shortened from New Latin *Scatophagus*, from Greek *skatophagos*, SCATOPHAGOUS.]

**scat⁴** (skăt) *n.* The excrement of an animal, especially a game animal. [Probably from SCATO-.]

**scathe** (skā*th*) *tr.v.* **scathed, scathing, scathes.** 1. To harm or injure severely, especially by fire or heat; wither; sear. 2. To criticize severely. —*n.* Harm; injury. [Middle English *scathen*, from Old Norse *skadha*. See *skēth*- in Appendix.*] —**scathe′ful** *adj.*

**scath·ing** (skā*th*′ĭ*th*ĭng) *adj.* 1. Extremely severe or harsh; bitterly denunciatory: "*a scathing tract on the uselessness of war*" (Pierre Brodin). 2. Harmful or painful; injurious.

**scato-.** Indicates feces or excrement; for example, scatology. [Greek *skato-*, from *skōr* (genitive *skatos*), dung, ordure. See *skor-¹* in Appendix.*]

**sca·tol·o·gy** (ska-tŏl′o-jē, skă-) *n.* 1. The study of fecal excrement, as in medicine or paleontology. 2. a. An obsession with excrement or excretory functions. b. The psychiatric study of such an obsession. 3. Preoccupation with obscenity, as in literature. [SCATO- + -LOGY.] —**scat′o·log′i·cal** (skăt′o-lŏj′ĭ-kəl), **scat′o·log′ic** *adj.* —**sca·tol′o·gist** *n.*

**sca·toph·a·gous** (ska-tŏf′o-gəs, skă-) *adj.* Feeding on dung, as a beetle or fly. [Greek *skatophagos* : SCATO- + -PHAGOUS.]

**scat·ter** (skăt′ər) *v.* **-tered, -tering, -ters.** —*tr.* 1. To cause to separate and go in various directions; disperse. 2. To distribute loosely by or as if by sprinkling or strewing. 3. *Physics.* To deflect (radiation or particles). —*intr.* 1. To separate and go in several directions; disperse. 2. To appear, occur, or fall at widely spaced intervals. —*n.* 1. The act of scattering. 2 The condition or extent of being scattered. 3. That which is scattered. [Middle English *scateren*, possibly variant of *schateren*, SHATTER.] —**scat′ter·er** *n.*

*Synonyms:* scatter, disperse, dissipate, dispel. These verbs are compared as they mean to cause something, considered as a mass or aggregate, to break up. *Scatter* usually refers to widespread and often haphazard distribution of components, as persons fleeing from a storm or physical objects blown by wind. *Disperse* makes a stronger implication of complete breaking up of the mass, as a crowd of persons routed by police or a mass of clouds acted on by sunlight. *Dissipate* usually implies reduction to nothing, as by squandering (a fortune, time, or energy) or causing something (such as fog or mist) to evaporate. *Dispel* suggests making disappear as if by scattering; often it takes as its object something nonphysical, as a rumor, fear, joy, or doubt.

**scat·ter·brain** (skăt′ər-brān′) *n.* A person lacking the power of concentration or attention; a flighty, disorganized, or thoughtless person. —**scat′ter·brained′** *adj.*

**scat·ter·good** (skăt′ər-gŏŏd′) *n.* One who wastes money; spendthrift; wastrel.

**scat·ter·ing** (skăt′ər-ĭng) *n.* 1. a The act or process of dispersing or scattering. b. The state of being dispersed or scattered. 2. A sparse distribution or irregular occurrence of something: *a scattering of applause.* 3. *Physics.* The dispersal of a beam of particles or of radiation into a range of directions resulting from physical interactions. —*adj.* Placed at intervals or occurring irregularly. —**scat′ter·ing·ly** *adv.*

**scatter pin.** A small brooch often worn in groups of two or three as a decorative accessory for a woman.

**scatter rug.** A small rug for carpeting a part of a floor. Also called "throw rug."

**scaup** (skôp) *n.* Either of two diving ducks, *Aythya marila* or *A. affinis,* having predominantly black and white plumage. Sometimes called "bluebill." [Perhaps from *scaup,* variant of SCALP (rare sense "bed of mussels"), because these ducks feed on shellfish.]

**scaur.** *Scottish.* Variant of scar (rock).

**scav·enge** (skăv′ĭnj) *v.* **-enged, -enging, -enges.** —*tr.* 1. To collect and remove refuse from; clean up. 2. To search through for salvageable material. 3. To collect (salvageable material) by searching. 4. To expel (exhaust gases) from a cylinder of an internal-combustion engine. 5. *Metallurgy.* To clean (molten metal) by chemically removing impurities. —*intr.* To search through discarded material for edible or useful things. [Back-formation from SCAVENGER.]

**scav·en·ger** (skăv′ĭn-jər) *n.* 1. An animal that feeds on dead animal flesh or other decaying organic matter. 2. One who scavenges. 3. *Chemistry.* A substance added to a mixture to remove impurities or to counteract the undesirable effects of other constituents. [Earlier *scavager,* street-cleaner, Middle English *skawager,* collector of tolls, from Norman French *scawager,* from *scawage,* a toll levied on foreign merchants, variant of Old North French *escauwage,* inspection, from *escauver,* to inspect, from Flemish *scauwen,* to look at. See *keu-¹* in Appendix.*]



scaup
*Aythya affinis*
Lesser scaup

**sce·nar·i·o** (sĭ-nâr′ē-ō′, sĭ-när′-) *n., pl.* **-os.** 1. An outline of the plot of a dramatic or literary work. 2. A screenplay (*see*). 3. An outline of a hypothesized chain of events. [Italian, "scenery," from Late Latin *scaenārius,* of the stage, from Latin *scaena,* stage, SCENE.]

**sce·nar·ist** (sĭ-nâr′ĭst, sĭ-när′-) *n.* A writer of screenplays.

**scend** (sĕnd) *intr.v.* **scended, scending, scends.** Also **send.** To heave upward on a wave or swell. —*n.* Also **send.** The rising movement of a ship on a wave or swell. [Perhaps from earlier '*scend,* short for DESCEND or ASCEND.]

**scene** (sēn) *n.* 1. A locality as seen by a viewer; view. 2. The surroundings and place where an action or event occurs. 3. *Abbr.* **sc.** The place in which the action of a narrative occurs; setting; locale. 4. *Abbr.* **sc.** A subdivision of an act in a dramatic presentation in which the setting is fixed and the time continuous. 5. *Abbr.* **sc.** A shot or series of shots in a film constituting a unit of continuous related action. 6. The scenery and properties for a dramatic presentation. 7. *Archaic.* A theater stage. 8. A real or fictitious episode, especially when described. 9. A public display of passion or temper. 10. *Slang.* A place or realm of the currently fashionable or exciting. —**behind the scenes.** 1. Backstage. 2. In private. —**make the scene.** *Slang.* To participate in an activity or event. [French *scène,* from Old French *scene,* stage, stage performance, from Latin *scaena,* stage, scene, theater, from Greek *skēnē,* "tent."]

**scen·er·y** (sē′nə-rē) *n.* 1. The landscape. 2. The painted backdrops on a theatrical stage. [Italian *scenario,* SCENARIO.] —**sce′nic** *adj.* —**sce′ni·cal·ly** *adv.*

**scent** (sĕnt) *n.* 1. A distinctive odor. 2. A perfume. 3. An odor left by the passing of an animal. 4. The trail of a hunted animal or fugitive. 5. The sense of smell. 6. A hint of something imminent; suggestion. —See Synonyms at **smell.** —*v.* **scented, scenting, scents.** —*tr.* 1. To perceive or identify by the sense of smell. 2. To suspect or detect as if by smelling: *scent danger.* 3. To perfume. —*intr.* To hunt by means of the sense of smell. Used of hounds. [Middle English *sent,* from *senten,* to smell, scent, from Old French *sentir,* from Latin *sentīre,* to feel. See *sent-* in Appendix.*]

**scep·ter** (sĕp′tər) *n.* Also *chiefly British* **scep·tre.** 1. A staff held by a sovereign on ceremonial occasions as an emblem of authority. 2. Sovereign office or power. —*tr.v.* **sceptered, -tering, -ters.** Also *chiefly British* **scep·tre, -tred, -tring, -tres.** To invest with royal authority. [Middle English *(s)ceptre,* from Old French, from Latin *sceptrum,* from Greek *skēptron,* "staff," "stick."]

**scep·tic.** Variant of skeptic.

**sch.** school.

**Schau·dinn** (shou′dĭn), **Fritz.** 1871–1906. German zoologist; discovered organism that causes syphilis.

**Schaum·burg-Lip·pe** (shoum′bŏŏrk′lĭp′ə). A former state of northwestern Germany, now part of Lower Saxony, West Germany.

**schav** (shäv) *n.* A chilled soup made with sorrel, onions, lemon juice, eggs, and sugar, and served with sour cream. [Polish *szczaw,* sorrel, akin to Russian *ščavel′.*]

**sched·ule** (skĕj′ōōl, -ōō-əl, skĕj′əl; *British* shĕd′yōōl) *n.* 1. A formal written list of items, usually in tabular form; especially, a listing of rates or prices. 2. a. A program of forthcoming events or appointments. b. A student's program of classes. 3. A timetable of departures and arrivals. 4. A production plan allotting work to be done and specifying deadlines. 5. A supplemental statement of details appended to a document. —*tr.v.* **scheduled, -uling, -ules.** 1. To enter on a schedule. 2. To make up a schedule for. 3. To plan or appoint for a certain time or date. [Middle English *cedule, sedule,* slip of parchment or paper, short note, from Old French *cedule,* from Late Latin *schedula,* diminutive of Latin *scheda, scida,* papyrus leaf, from Greek *skhidē* (unattested), splinter of wood, from *skhizein,* to split. See *skei-* in Appendix.*]

**Schee·le** (shā′lə), **Karl Wilhelm.** 1742–1786 Swedish chemist; discovered many acids, gases, and elements

**schee·lite** (shā′līt′) *n.* A variously colored natural form of calcium tungstate, $CaWO_4$, found in igneous rocks and used as a source of tungsten. [Discovered by Karl SCHEELE.]

**Sche·her·a·za·de** (shə-hĕr′ə-zä′də, -zäd′). The fictional narrator of *The Arabian Nights' Entertainments.*

**Scheldt** (skĕlt). *Flemish & Dutch* **Schel·de** (skĕl′də); *French* **Es·caut** (ĕs-kō′). A river rising in northern France and flowing 270 miles generally north through Belgium and the southern Netherlands to the North Sea.

**Schel·ling** (shĕl′ĭng), **Friedrich Wilhelm Joseph von.** 1775–1854. German philosopher.

**sche·ma** (skē′mə) *n., pl.* **-ma·ta** (-mə-tə). A summarized or diagrammatic representation of something; an outline. [German *Schema,* from Greek *skhēma,* form. See **scheme.**]

**sche·mat·ic** (skē-măt′ĭk) *adj.* Pertaining to or in the form of a scheme or schema; diagrammatic. —*n.* A structural or procedural diagram, especially of an electrical or mechanical system.

**sche·ma·tism** (skē′mə-tĭz′əm) *n.* The patterned disposition of constituents within a given system.

**sche·ma·tize** (skē′mə-tīz′) *tr.v.* **-tized, -tizing, -tizes.** To form into a scheme. [Greek *skhēmatizein,* to give a form to, from *skhēma,* form, manner. See **scheme.**] —**sche′ma·ti·za′tion** *n.*

**scheme** (skēm) *n.* 1. A systematic plan of action. 2. An orderly combination of related or successive parts or things; system. 3. An underhand or secret plan; plot; intrigue. 4. A visionary plan. 5. A chart, diagram, or outline of a system or object. —*v.* **schemed, scheming, schemes.** —*tr.* 1. To contrive a plan or scheme for. 2. To plot. —*intr.* To make devious plans. [Latin *schēma,* form, figure, manner, from Greek *skhēma.* See *segh-* in Appendix.*] —**schem′er** *n.*

**Sche·nec·ta·dy** (skə-nĕk′tə-dē). A city and industrial center of New York State, in the east on the Mohawk River. Population, 77,000.

**scher·zan·do** (skĕr-tsän′dō) *adj. Music.* Playful; sportive. Used

---

ā pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/ŏŏ took/ōō boot/p pop/r roar/s sauce/sh ship, dish/