IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## SECOND STIPULATION AND ORDER REGARDING PRIVILEGE LOGS

IT IS HEREBY STIPULATED AND AGREED by the parties hereto through their respective counsel, subject to the approval of the Court, that the date by which the parties shall exchange and file **challenges to another party's claim of privilege** as set forth in that party's privilege log shall be further extended from **April 7, 2006** to **April 14, 2006**.

| THE BAYARD FIRM | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ Richard D. Kirk (rk0922) | Robert W. Whetzel (rw2288) |
| rkirk@bayardfirm.com | whetzel@rlf.com |
| 222 Delaware Avenue, Suite 900 | One Rodney Square, P.O. Box 551 |
| Wilmington, DE 19899-5130 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 651-7700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Tatung* |
| *LG.Philips LCD Co., Ltd.* | *Co., Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd., and ViewSonic Corp.* |

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

619563v1