# Exhibits 1 - 9
# Redacted