IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>Defendants/Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-292 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Timothy K. Halloran of McKenna Long & Aldridge LLP to represent plaintiff LG.Philips LCD Co., Ltd. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

| OF COUNSEL: | THE BAYARD FIRM |
|---|---|
| Gaspare J. Bono<br>Adrian A.J. Mollo<br>Matthew T. Bailey<br>Andrew J. Park<br>Cass Christenson<br>Michael I. Angert<br>Chad C. Anderson<br>Timothy K. Halloran<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, D.C. 20006<br>(202) 496-7500<br><br>April 5, 2006 | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#922)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com<br>(302) 429-4208<br><br>Counsel for Plaintiff<br>LG.PHILIPS LCD CO., LTD. |

610654v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Virginia State Bar and the District of Columbia Bar and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: March 30, 2006

_____
Timothy K. Halloran
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
Counsel for Plaintiff,
LG.Philips LCD Co., Ltd.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 7, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on April 7, 2006 by email and to the above counsel to the following non-registered participants, and will be sent by hand to the above counsel and by first class mail to the following counsel:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Howrey LLP |
| 321 North Clark Street | 525 Market Street |
| Suite 3400 | Suite 3600 |
| Chicago, IL 60610 | San Francisco, CA 94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk