IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## THIRD STIPULATION AND ORDER REGARDING PRIVILEGE LOGS

IT IS HEREBY STIPULATED AND AGREED by the parties hereto through their respective counsel, subject to the approval of the Court, that the date by which the parties shall exchange and file **challenges to another party's claim of privilege** as set forth in that party's privilege log shall be further extended from **April 14, 2006** to **April 21, 2006**. *The parties represent that this requested extension is the result of several negotiations and will allow the parties to exchange revised privilege logs.*

| | |
|---|---|
| THE BAYARD FIRM | RICHARDS, LAYTON & FINGER |
| /s/ Richard D. Kirk (rk0922)<br>rkirk@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>*Attorneys for Plaintiff*<br>*LG.Philips LCD Co., Ltd.* | Robert W. Whetzel (rw2288)<br>whetzel@rlf.com<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>*Attorneys for Defendants Tatung*<br>*Co., Tatung Company of*<br>*America, Inc., Chunghwa Picture*<br>*Tubes, Ltd., and ViewSonic Corp.* |

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge

619563v1