IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-292 JJF |
| | : |
| TATUNG COMPANY, TATUNG COMPANY | : |
| OF AMERICA, INC., CHUNGHWA | : |
| PICTURE TUBES, LTD., and | : |
| VIEWSONIC CORPORATION, | : |
| | : |
|     Defendants. | : |

## MEMORANDUM ORDER

Before the Court is Defendants' Motion For Order Barring Disclosure of CPT's Confidential And Confidential Attorneys Only Information To Mr. Scott Holmberg, LPL's Retained Consultant And The Named Inventor Of One Of The Patents-In-Suit (D.I. 140). Plaintiff opposes the motion (D.I. 145)

The Court has read the briefs and concludes that Defendants' motion should be granted. Mr. Holmberg is the sole inventor of the '002 patent, one of the patents-in-suit and a technical consultant to Plaintiff. Plaintiff wants to disclose information properly designated as "Confidential - Attorneys Only" to Mr. Holmberg to assist them in understanding the relevant technology. The Court finds that based on the arguments presented, Mr. Holmberg is a possible competitive threat to Defendants' confidential business information because of his past and potential future work in the area of technology at issue. The Court's decision is not intended to impugn Mr. Holmberg's integrity, but is predicated on the legitimate concerns expressed

by Defendants.

Therefore, IT IS HEREBY ORDERED that Defendants' Motion For Order Barring Disclosure of CPT's Confidential And Confidential Attorneys Only Information To Mr. Scott Holmberg, LPL's Retained Consultant And The Named Inventor Of One Of The Patents-In-Suit (D.I. 140) is **GRANTED**.

April 13, 2006
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE