# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

April 24, 2006

**VIA ELECTRONIC MAIL**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: **L.G. Philips LCD Co. Ltd. v. Tatung Company et. al.**
    **Civil Action No. 05-292 (JJF)**

Dear Judge Farnan:

Time allowing, at the conclusion of our hearings set for April 25, 2006, Defendants would like to address the following additional issues with the Court:

- Defendants' pending motion for reconsideration concerning third-party discovery regarding the on-sale bar;

- Depositions – number of party depositions and number of hours of Rule 30(b)(6) testimony;

- Schedule for resolving disputes concerning damages discovery that were postponed on March 1, 2006;

- Scheduling of expert dates, last day to amend the complaint and answer, and summary judgment motions;

- Protective Order.

Respectfully submitted,

Matthew W. King

RLF1-3006082-1

The Honorable Joseph J. Farnan, Jr.
April 24, 2006
Page 2

MKW:ps
cc: Christine A. Dudzik, Esq. (via e-mail)
    Glenn Rhodes (via e-mail)
    Julie Gabler (via e-mail)
    Richard D. Kirk, Esq. (via hand delivery)
    Gaspare J. Bono, Esq. (via e-mail)

RLF1-3006082-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on April 24, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1