# THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

TTT MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY
ORIGINAL BY HAND

April 24, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE  19801

> RE:    *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
>         C.A. No. 05-292-JJF

Dear Judge Farnan:

In addition to the issues raised in Mr. King's letter of today's date, Plaintiff would like to address at tomorrow's hearing the remaining fact and expert discovery deadlines for this case.

Enclosed is a proposed order setting forth Plaintiff's proposed deadlines. We have discussed this proposed schedule with Defendants' counsel, but have been unable to reach an agreement. Therefore, we seek the Court's assistance.

Respectfully submitted,

/s/ Richard D. Kirk (rk0922)

RDK/slh
cc:    Clerk of the Court (by hand)
        All counsel as shown on the attached certificate

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 (JJF) |

PROPOSED ORDER SETTING DISCOVERY DEADLINES

The Court having issued a Joint Rule 16 Scheduling Order on December 21, 2005, and the Court having concluded that certain deadlines in the Joint Rule 16 Scheduling Order need to be reset, IT IS ORDERED that:

1. Depositions may commence on or after May 1, 2006. Fact depositions and Rule 30(b)(6) depositions must be completed by May 19, 2006.

2. Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) relating to each parties burden of proof are due by May 26, 2006; all rebuttal expert reports are due by June 2, 2006.

3. Any party desiring to depose an expert witness shall notice and complete said deposition no later than June 13, 2006, unless otherwise agreed in writing by the parties or ordered by the Court.

4.     The Joint Rule 16 Scheduling Order continues to govern in all other respects.

_____            _____
DATE                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 24, 2006, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899


The undersigned counsel further certifies that copies of the foregoing document

were sent on April 24, 2006 by email and by hand to the above counsel and by email and

first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.          Teresa M. Corbin, Esq.
Thomas W. Jenkins, Esq.           Glenn W. Rhodes, Esq.
Howrey LLP                        Howrey LLP
321 North Clark Street            525 Market Street
Suite 3400                        Suite 3600
Chicago, IL  60610                San Francisco, CA  94105


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk