IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-292-JJF |
| | : |
| TATUNG COMPANY, TATUNG COMPANY | : |
| OF AMERICA, INC., CHUNGWHA | : |
| PICTURE TUBES LTD., and | : |
| VIEWSONIC CORP., | : |
| | : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court held a discovery dispute hearing in this matter on Tuesday, April 25, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff and Defendants shall each designate **one (1)** attorney who is responsible to the Court for ongoing discovery issues;

2. No later than **Monday, May 1, 2006**, Plaintiff shall notify the Court whether it will continue to pursue its claims of infringement of the '121 patent;

3. If Plaintiff elects to pursue its claims of infringement of the '121 patent, then:

    (a) Defendants may conduct additional discovery with respect to whether the invention claimed in the '121 patent was on sale in the United States prior to March 23, 2000;

       (b) Said discovery shall conclude no later than **Friday, May 12, 2006;**

       (c) Said discovery may include:

         (i) Discovery of relevant documents from Plaintiff and its subsidiary, LG. Philips LCD America Inc.;

         (ii) **Three (3)** Rule 30(b)(6) depositions;

         (iii) **One (1)** Rule 30(b)(6) deposition of Plaintiff's patent prosecution counsel for the '121 patent;

       (d) A hearing will be held on **Wednesday, May 17, 2006, at 9:30 a.m.** to resolve issues concerning the additional discovery;

    4. The Court's stay of discovery concerning damages (D.I. 132) is **LIFTED**. Discovery concerning damages may commence immediately;

    5. Plaintiff shall submit to the Court a letter identifying any issues concerning damages discovery no later than **Wednesday, May 3, 2006;**

    6. Not later than **Monday, May 8, 2006**, Defendants shall submit to the Court a letter responding to Plaintiff's damages discovery issues and identifying any additional issues concerning damages discovery;

    7. The parties shall complete the exchange of expert witness reports no later than **Friday, June 16, 2006;**

8. The parties may depose expert witnesses during the period from **Monday, June 19, 2006 through Friday, June 30, 2006**;

9. Not later than **Friday, May 5, 2006**, Defendants shall submit to the Court a letter specifying the discovery from cases pending in other jurisdictions that Defendants request the Court admit in this case.

April 27, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE