IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO. LTD, :
:
    Plaintiff, :
:
v. : Civil Action No. 05-292-JJF
:
TATUNG COMPANY, TATUNG COMPANY :
OF AMERICA, INC., CHUNGWHA :
PICTURE TUBES LTD., and :
VIEWSONIC CORP., :
:
    Defendants. :

### O R D E R

WHEREAS, the Court conducted a discovery hearing in this matter on Tuesday, April 25, 2006, and heard argument from the parties concerning certain open discovery issues;

WHEREAS, The Court finds that Plaintiff is entitled to the information described below, and further, that Defendants are capable of producing the information and will not incur any undue prejudice;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants shall provide Plaintiff with the following information no later than **Wednesday, May 10, 2006**:

(1) A list, in English, showing which liquid crystal display modules and products use which types of tape carrier packages;

(2) A list, in English, of which LCD modules and products are manufactured using electrostatic discharge guard rings;

(3) An index regarding all of Defendants' mask works files that shows which files relate to which products.

May 1, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE