IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO. LTD, :
:
    Plaintiff, :
:
v. : Civil Action No. 05-292-JJF
:
TATUNG COMPANY, TATUNG COMPANY :
OF AMERICA, INC., CHUNGWHA :
PICTURE TUBES LTD., and :
VIEWSONIC CORP., :
:
    Defendants. :

### O R D E R

WHEREAS, Defendants filed a Motion For Reconsideration Of The Court's February 24 And March 1, 2006 Orders Concerning Third Party Discovery (D.I. 134) requesting an extension of time for document discovery concerning the on-sale bar to the '121 patent;

WHEREAS, Plaintiff has filed a Notice Of Voluntary Withdrawal Of Claims Relating to U.S. Patent No. 6,738,121 (D.I. 180) withdrawing all claims relating to the '121 patent;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion For Reconsideration Of The Court's February 24 And March 1, 2006 Orders Concerning Third Party Discovery (D.I. 134) is **DENIED** as moot.

May 3, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE