# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

May 4, 2006

**VIA ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re: L.G. Philips LCD Co. Ltd. v. Tatung Company et. al., C.A. No. 05-292 (JJF)

Dear Judge Farnan:

In light of LPL's May 1 election to withdraw its claim that the defendants infringed the '121 patent, the parties are now ready to get deposition discovery underway on the remaining issues. To that end, Defendants renew their request made at the April 25 hearing, though in a slightly amended form given LPL's withdrawal of its '121 claims, that this Court impose the following limits on deposition discovery:

**CPT and LPL** – 20 hours of Rule 30(b)(6) testimony may be taken of each party and 4 individuals from each party may be deposed in their personal capacity.

**ViewSonic, Tatung and Tatung of America** – 5 hours of Rule 30(b)(6) testimony may be taken of each party and 1 individual from each party may be deposed in their personal capacity.

**Third-Parties** – no change from the Court's prior order (there are no limitations on the number of third party depositions that may be taken).

Of course, if Your Honor should have any questions or concerns, counsel remains available at the Court's convenience.

Respectfully,

Matthew W. King

RLF1-3010552-1

The Honorable Joseph J. Farnan, Jr.
May 4, 2006
Page 2

cc:  Christine A. Dudzik, Esq. (via e-mail)
     Julie S. Gabler (via e-mail)
     Richard D. Kirk, Esq. (via e-mail)
     Gaspare J. Bono, Esq. (via e-mail)

RLF1-3010552-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 4, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>Richard D. Kirk
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899

I hereby certify that on May 4, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>Gaspare J. Bono
>Matthew T. Bailey
>Andrew J. Park
>Adrian Mollo
>McKenna Long & Aldridge LLP
>1900 K Street, NW
>Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1