**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

May 5, 2006

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    *LG. Philips LCD Co., Ltd. v. Tatung Company et al.*
             Case No. 05-292 (JJF)

Dear Judge Farnan:

    Further to Defendants' oral request during the April 25, 2006 hearing and Your Honor's Order of May 1, 2006, Defendants hereby submit their formal request that the following specifically identified discovery from Chunghwa Picture Tubes, Ltd. v. LG.Philips LCD Co., Ltd., et al., Civil Action No. 05-0189 CBM (JTLx), pending in the United States District Court for the Central District of California ("the '810 case") be admitted in this case:

- All Financial Data discovery, discovery responses, testimony, documents and things produced or provided in the '810 case, including any such discovery provided by Hewlett-Packard Company, may be used in this case, Civil Action No. 05-292 (JFF).

    Defendants further request the this Court, consistent with the Protective Orders previously entered in this case, as well as the other pending cases between the parties, enter an Order that, "Any person who receives in discovery produced in the '810 case concerning another party 's pending patent application(s) or prosecution history file(s) relating to a pending patent application that has not been published (that is not otherwise publicly available) shall not be substantively involved in drafting, filing or prosecuting any patent applications (including any continuations, continuations-in-part, or divisionals thereof and/or any reissue or reexamination applications), selecting or identifying the subject matter of any patent claims, or preparing or drafting of any patent claims, or providing instruction, direction or advice regarding these prosecution activities, where the application or claims are directed to side-mounting LCD panels in notebook computers or other products until one (1) year after the conclusion of their participation in the above captioned action. These restrictions do not apply, however, to providing general legal advice on procedural aspects of patent prosecution."

RLF1-3011164-1

The Honorable Joseph F. Farnan
May 5, 2006
Page 2

Defendants appreciate this Court's prompt attention to this issue.

Respectfully submitted,

*Matthew W. King /MWK#4351*
Matthew W. King (#4566)

/mwk

cc: Christine A. Dudzik, Esq. (by electronic mail)
Glenn Rhodes, Esq. (by electronic mail)
Richard Kirk, Esq. (by hand delivery)
Robert Whetzel, Esq.
Gaspare Bono, Esq. (by electronic mail)

RLF1-3011164-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>   Richard D. Kirk
>   The Bayard Firm
>   222 Delaware Avenue, Suite 900
>   P.O. Box 25130
>   Wilmington, DE 19899

I hereby certify that on May 5, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>   Gaspare J. Bono
>   Matthew T. Bailey
>   Andrew J. Park
>   Adrian Mollo
>   McKenna Long & Aldridge LLP
>   1900 K Street, NW
>   Washington, DC 20006

>   /s/ Alyssa M. Schwartz
>   Alyssa M. Schwartz (#4351)
>   schwartz@rlf.com
>   Richards, Layton & Finger
>   One Rodney Square
>   P.O. Box 551
>   Wilmington, DE 19899

RLF1-2917974-1