IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-292-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGWHA PICTURE TUBES LTD., and VIEWSONIC CORP., | : |
| Defendants. | : |

**MEMORANDUM ORDER**

By letter dated May 4, 2006 (D.I. 186) and at the April 25, 2006 hearing, Defendants have requested a modification of the Scheduling Order (D.I. 62). At the April 25 hearing, Defendants requested an increase in the number of depositions of witnesses for LG. Philips LCD Co. LTD ("LPL") and Chungwha Picture Tubes LTD. ("CPT") from four to six each, and an increase in the allowable time from thirty-five to forty hours. (D.I. 178 at 19:15 - 20:16.) Defendants also requested a decrease in the number of depositions of witnesses for the other Defendants from four to two each, and a decrease in the allowable time from thirty-five to ten hours. (Id.) In their May 4 letter, Defendants modified their request, citing LPL's withdrawal of the '121 patent claims. Defendants now request a return to the four depositions of LPL and CPT witnesses allowed by the Scheduling Order, but seek a reduction of the allowable time to twenty

hours. Defendants also request a reduction in the number of depositions of witnesses for the other Defendants to one each and a reduction in the allowable time to five hours.

The Court finds that Defendants have not demonstrated sufficient cause to modify the Scheduling Order. Therefore, the request is denied.

So Ordered.

May 11, 2006
DATE

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE