IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO. LTD,                :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 :    Civil Action No. 05-292-JJF
                                        :
TATUNG COMPANY, TATUNG COMPANY          :
OF AMERICA, INC., CHUNGWHA              :
PICTURE TUBES LTD., and                 :
VIEWSONIC CORP.,                        :
                                        :
          Defendants.                   :

## MEMORANDUM ORDER

     Pending before the Court is Defendants' Motion To Strike

Plaintiff L.G. Philips LCD Co., LTD's Response Brief In Support

Of Its Proposed Claim Constructions And The Accompanying

Declarations Of Scott H. Holmberg And William K. Bohannon (D.I.

149).  Defendants contend that the Court should strike

Plaintiff's Response Brief (D.I. 143) and the accompanying

Declarations because the Response Brief exceeds the twenty page

limit prescribed by District of Delaware Local Rule 7.1.3(c)(2)

and because Plaintiff made new arguments in its Response Brief

that it should have made in its Opening Brief.

     The Court will deny Defendants' Motion for two reasons.

First, Defendants are not prejudiced by the excessive length of

Plaintiff's Response Brief.  After Defendants filed their Motion,

Plaintiff filed a Notice Of Voluntary Withdrawal Of Claims

Relating To U.S. Patent No. 6,738,121 (D.I. 180).  In the Court's

view, the withdrawal rendered moot everything in Plaintiff's

Response Brief beyond page twenty.

Second, Defendants have had an opportunity to respond to any

new arguments in Plaintiff's Response Brief and the accompanying

Declarations.  Following the <u>Markman</u> hearing, the Court issued an

Order, dated March 22, 2006 (D.I. 155), in which it ordered the

parties to reduce the number of claim terms and phrases they

requested the Court to construe.  That Order also allowed the

parties to refine their existing claim construction arguments.

In response, Defendants submitted two letters.  The first (D.I.

160) identified the terms and phrases they requested the Court to

construe and provided further argument on those terms and

phrases.  The second (D.I. 164) responded to Plaintiff's

arguments on the terms and phrases Plaintiff requested the Court

to construe.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion

To Strike Plaintiff L.G. Philips LCD Co., LTD's Response Brief In

Support Of Its Proposed Claim Constructions And The Accompanying

Declarations Of Scott H. Holmberg And William K. Bohannon (D.I.

149) is **DENIED**.

May 11, 2006
DATE

UNITED STATES DISTRICT JUDGE