IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>        Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
PLAINTIFF'S SECOND MOTION TO COMPEL DEPOSITION TESTIMONY
AND FOR SANCTIONS [D.I. 199]**

The undersigned attorney for plaintiff, LG.Philips LCD Co., Ltd. ("LPL") hereby states, pursuant to Local Rule 7.1.1, that LPL's attorneys have made a reasonable effort to reach agreement with opposing counsel on the matters set forth in LPL's Second Motion to Compel Deposition Testimony and for Sanctions (the "Second Motion") [D.I. 199]. Specifically, counsel states the following:

    (1)    The Second Motion deals with depositions LPL is taking of defendants on an expedited basis in preparation for the trial that will commence on July 17. The Second Motion seeks relief as a result of (a) defendants' presentation of corporate witnesses inadequately prepared to testify under Fed. R. Civ. P. 30(b)(6); and (b) defense counsel's repeated improper consultation with deponents during the course of depositions.

    (2)    LPL's counsel asked defense counsel to present corporate witnesses adequately prepared to testify under Fed. R. Civ. P. 30(b)(6), but defense counsel stated their belief that the witnesses were adequately prepared. LPL's counsel also asked the witnesses to disclose the

626744v1

substance of discussions with counsel that took place during the depositions concerning testimony, but counsel refused to allow the witnesses to answer those questions.

May 31, 2006

                              THE BAYARD FIRM

                              */s/ Richard D. Kirk*
                              Richard D. Kirk (rk0922)
                              222 Delaware Avenue, Suite 900
                              P.O. Box 25130
                              Wilmington, DE  19899-5130
                              (302) 655-5000
                              rkirk@bayardfirm.com
                              Counsel for plaintiff,
                              LG.Philips LCD Co., Ltd.

626744v1

1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on May 31, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on May 31, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL 60610 | Suite 3600 |
| | San Francisco, CA 94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1