**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff/Counterclaim Defendant, | |
| v. | Civil Action No. 05-292 (JJF) |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, | |
| Defendants/Counterclaim Plaintiffs. | |

**PLAINTIFF LG.PHILIPS LCD CO., LTD.'S RESPONSE TO DEFENDANTS' MOTION**
**FOR CONTINUANCE OF PRETRIAL CONFERENCE DATE**

Plaintiff LG.Philips LCD Co., Ltd. ("LPL") hereby responds to Defendants' Motion for Continuance of Pretrial Conference Date (D.I. 204)(the "Motion"):

(1)    LPL did not join in the Motion because the Court obviously selected and set the date for the pretrial conference (June 16, 2006) in relation to the start of the trial (July 17, 2006). The Court has told the parties repeatedly that the trial date is firm. LPL does not wish in any way to jeopardize the commencement of trial on July 17, 2006. LPL is preparing to exchange documents so that the pretrial conference can proceed as scheduled.

(2)    The scheduling of the pretrial conference is a matter for the Court's discretion. If the Court wishes to postpone the pretrial conference (without affecting the commencement of trial) then, of course, LPL would not object. However, LPL respectfully suggests that, if the Court is inclined to postpone the pretrial conference at all (without affecting the commencement of trial), that it be held not later than June 30, 2006.

626969v1

June 2, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (RK0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@bayardfirm.com
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

626969v1

1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 2, 2006, he electronically filed the

foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899


The undersigned counsel further certifies that copies of the foregoing document

were sent on June 2, 2006 by email and by hand to the above counsel and by email and

first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Julie Gabler, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk