IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.G. PHILIPS LCD CO., LTD., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-292 JJF |
| | : | |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD., and VIEWSONIC CORPORATION, | : | |
| | : | |
|     Defendants. | : | |

<u>**O R D E R**</u>

Pending before the Court is Defendants' Motion For Continuance of Pre-Trial Conference (D.I. 204). By its motion, Defendants request a brief continuance so as to allow the parties to complete discovery.

Plaintiff, L.G. Philips LCD Co., Ltd, filed a response (D.I. 205) to the motion stating that they would not object to a continuance of the Pretrial Conference as long as it does not jeopardize the commencement of trial on July 17, 2006.

Therefore, the Court will reschedule the Pretrial Conference to **Thursday, July 6, 2006 at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The trial date will remain as scheduled.

June 5, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE