IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## NOTICE OF LODGING OF EMAIL COMMUNICATION

PLEASE TAKE NOTICE that plaintiff LG.Philips LCD Co., Ltd. hereby lodges a copy of an email communication from Richard D. Kirk, Esquire, to The Honorable Joseph J. Farnan, Jr. dated June 8, 2006, a copy of which is attached hereto.

June 8, 2006              THE BAYARD FIRM

/s/ Richard D. Kirk rk0922
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

613521v1

-2-

OF COUNSEL:
Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

613521v1

**Dick Kirk**

| | |
|---|---|
| **From:** | Dick Kirk |
| **Sent:** | Thursday, June 08, 2006 11:36 AM |
| **To:** | 'jjf_civil@ded.uscourts.gov' |
| **Cc:** | Bono, Gaspare; Thomas W. Jenkins; Christine A. Dudzik; Glenn W. Rhodes; Julie Gabler; Matthew W. King; Robert Whetzel; Teresa M. Corbin |
| **Subject:** | LG.Philips LCD Co., Ltd. v. CPT, et al., C.A. No. 05-292-JJF |

Dear Judge Farnan:

Pursuant to paragraph 4(c) of the Joint Rule 16 Scheduling Order dated December 21, 2005, plaintiff LG.Philips LCD Co., Ltd. ("LPL") hereby notifies the Court that LPL's Sealed Motion to Compel Deposition Testimony and for Sanctions (Motion D.I. 198 and Response D.I. 206) and LPL's Sealed Second Motion to Compel Deposition Testimony and for Sanctions (Motion D.I. 199 and Response D.I. 211) are ready for decision.

Respectfully submitted,

Richard D. Kirk (rk0922)

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
rkirk@bayardfirm.com

Attorneys for plaintiff, LG.Philips LCD Co., Ltd.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 8, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on June 8, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL 60610 | Suite 3600 |
| | San Francisco, CA 94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1