IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO. LTD,                :
                                        :
       Plaintiff,                       :
                                        :
v.                                      :  Civil Action No. 05-292-JJF
                                        :
TATUNG COMPANY, TATUNG COMPANY          :
OF AMERICA, INC., CHUNGWHA              :
PICTURE TUBES LTD., and                 :
VIEWSONIC CORP.,                        :
                                        :
       Defendants.                      :

### O R D E R

At Wilmington, this 13 Day of June, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that for the purposes of United States Patent No. 6,738,121, the following terms and phrases are construed as follows:

1. The term "**interconnecting**," as used in claim 1, means "electrically connecting with conductors;"

2. The phrase "**removing said outer guard ring and row and column interconnections**," as used in claims 1 and 12, means "physically disconnecting said guard ring and row and column interconnections;"

3. The term "**outer electrostatic discharge guard ring**," as used in claims 12, 19, and 30, means "a closed or open ring, or

open L or C-shaped line, outside the active matrix display to provide protection from electrostatic discharges;"

4. The term "**resistance**," as used in claims 1, 2, 3, 12, 13, 14, 19, 20, 21, 30, 31, and 32, means "a circuit component that has a specified resistance to the flow of electric current and is used to minimize the current surge from electrostatic discharge;"

5. The term "**corner pad**," as used in claims 7, 18, 25, and 36, means "an area of conductive material;"

6. The Court declines to construe the term "**pickup pad**."

_____
UNITED STATES DISTRICT JUDGE