IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-292 (JJF) |
| ) | |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court, having considered Defendants', Chunghwa Picture Tubes, Ltd., Tatung Company, Tatung Company of America, Inc. and Viewsonic Corporation, Motion for Summary Judgment and the parties' positions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2006 that Defendants', Chunghwa Picture Tubes, Ltd., Tatung Company, Tatung Company of America, Inc. and Viewsonic Corporation, Motion for Partial Summary Judgment is GRANTED;

IT IS FURTHER ORDERED that LG Philips LCD Co., Ltd.'s claim for damages is limited to those accruing after the filing of this lawsuit.

_____
UNITED STATES DISTRICT JUDGE