IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-292 (JJF) |
| ) | |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF MATTHEW W. KING IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES UNDER 35 U.S.C. § 287

STATE OF DELAWARE      )
                       ) ss.
NEW CASTLE COUNTY      )

Matthew W. King, being duly sworn, deposes and says:

1. My name is Matthew W. King. I am an attorney with the law firm of Richards, Layton & Finger, PA, One Rodney Square, Wilmington, DE 19899.

2. I am counsel for Defendants Chunghwa Picture Tubes, Ltd., Tatung Company, Tatung Company of America, Inc. and Viewsonic Corporation in the above-captioned matter.

3. I submit this affidavit in support of Defendants' Motion For Partial Summary Judgment On Damages Under 35 U.S.C. § 287.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Jeong-Hwan Lee, Vice President of L.G. Philips, to Cheng-Yuan Lin, President of Chunghwa Picture Tubes, Ltd dated February 8, 2002.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Jeong-Hwan Lee, Vice President of L.G. Philips, to Cheng-Yuan Lin, President of Chunghwa Picture Tubes, Ltd dated February 27, 2002.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Supplemental Responses And Objections To Defendants' First And Second Sets Of Interrogatories.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Tatung Company's Supplemental Response To Plaintiff's Amended First Set Of Interrogatories.

8. Attached hereto as **Exhibit 5** is a true and correct copy of Defendant Tatung Company of America Inc.'s Supplemental Response To Plaintiff's Amended First Set Of Interrogatories.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Defendant Viewsonic Corporation's Supplemental Response To Plaintiff's Amended First Set Of Interrogatories.

10. Attached hereto as **Exhibit 7** is a true and correct copy of United States Patent No. 5,019,002.

_____
Matthew W. King (#4566)

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on this 13th day of June, 2006.

_____
Notary Public

KARA J. BLANKENSHIP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 9, 2007

My Commission Expires: 3/9/2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to, and also hand delivered same to:

>Richard D. Kirk
>Morris James Hitchens & Williams LLP
>222 Delaware Avenue, Suite 900
>Wilmington, DE 19899

I HEREBY CERTIFY that on June 13, 2006, I sent the foregoing document by Electronic Mail to the following non-registered participants:

>Gaspare J. Bono
>Matthew T. Bailey
>Andrew J. Park
>Adrian Mollo
>McKenna Long & Aldrige LLP
>1900 K Street, NW
>Washington, DC 20006

>*[signature]*
>Matthew W. King (#4566)
>king@rlf.com
>Richards, Layton & Finger
>One Rodney Square
>PO Box 551
>Wilington, DE 19899