# EXHIBIT A

## REDACTED

RLF1-2834345-1

# EXHIBIT B
## REDACTED

RLF1-2834345-1