IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 (JJF) |

### NOTICE OF DEPOSITION OF MICHAEL J. WAGNER

TO:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899


| | |
|---|---|
| Christine A. Dudzik, Esq. <br> Thomas W. Jenkins, Esq. <br> Howrey LLP <br> 321 North Clark Street <br> Suite 3400 <br> Chicago, IL  60610 | Teresa M. Corbin, Esq. <br> Glenn W. Rhodes, Esq. <br> Julie Gabler, Esq. <br> Howrey LLP <br> 525 Market Street <br> Suite 3600 <br> San Francisco, CA  94105 |

PLEASE TAKE NOTICE that Plaintiff LG.Philips LCD Co., Ltd. ("LPL") will take the deposition by oral examination of Michael J. Wagner on June 28, 2006 at 9:00 a.m. The deposition will take place at The Bayard Firm, 222 Delaware Avenue, 9th Floor, Wilmington, DE 19899-5130. The deposition will be videotaped and taken before a notary public or court

628569v1

reporter, duly authorized to administer oaths and transcribe the testimony of the deponent(s). The deposition will continue from day to day until completed or adjourned if authorized by the Court or stipulated by the parties.

| | |
|---|---|
| June 22, 2006 | THE BAYARD FIRM |
| | |
| | /s/ Richard D. Kirk (rk0922) |
| | 222 Delaware Avenue, Suite 900 |
| | P.O. Box 25130 |
| | Wilmington, DE 19899-5130 |
| | rkirk@bayardfirm.com |
| | (302) 429-4208 |
| | |
| | Counsel for Plaintiff |
| | LG.PHILIPS LCD CO., LTD. |

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

628569v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 22, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on June 22, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL  60610 | Suite 3600 |
| | San Francisco, CA  94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1