IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-292-JJF |
| | : |
| TATUNG COMPANY, TATUNG COMPANY | : |
| OF AMERICA, INC., CHUNGWHA | : |
| PICTURE TUBES LTD., and | : |
| VIEWSONIC CORP., | : |
| | : |
| Defendants. | : |

## O R D E R

WHEREAS, Defendants have requested emergency leave pursuant to Federal Rule of Civil Procedure 30(d) to continue the deposition of Mr. Scott Holmberg for an additional seven hours (D.I. 226);

WHEREAS, the Court finds that the additional time requested is needed for a fair examination of the deponent;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants request to continue the deposition of Mr. Scott Holmberg is **GRANTED**;

2. Plaintiff shall, no later than **Friday, June 30, 2006**, make Mr. Holmberg available for an additional deposition of one day of seven hours;

3. Each party shall bear its own costs related to the additional deposition.

June 22, 2006                                      _____
DATE                                               UNITED STATES DISTRICT JUDGE