IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) Civil Action No. 05-292 (JJF) |
| Plaintiff, | ) |
| v. | ) REDACTED - PUBLIC VERSION |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION *IN LIMINE* (No. 1) PRECLUDING LPL FROM MAKING REFERENCE TO THE TERMS "U.S. BRANDS" OR "U.S. CUSTOMERS"**

Any reference to global companies, such as Hewlett Packard Development Company, L.P. (HP), Dell Inc., IBM, Gateway or ViewSonic, as "U.S. brands" or "U.S. customers" should be excluded pursuant to Federal Rules of Evidence 402 and 403 because such reference is of limited, if any, probative value, and would be prejudicial to CPT, confuse the issues, and mislead the jury.

Global brands, such as HP, Dell, IBM, Gateway and ViewSonic, sell their products all over the world, including in Asia, Europe and the Americas. Characterizing those companies as "U.S. brands" or "U.S. customers" creates the false impression that sales from these companies occur singularly in the United States. Because this representation is untrue, it is highly misleading and potentially confusing for the jury. Fed. R. Evid. 403. In addition, the mischaracterization would be prejudicial to CPT because it would cloud the perception of the jurors and might be used to improperly advance LPL's allegation that CPT (a foreign company) infringed a United States patent. Such a mischaracterization is not probative and would unfairly

undercut the fact that CPT's liability is limited to actions that occurred in the United States. *Deepsouth Packing Co. v. Laitram Corp.*, 406 U.S. 518, 527 (1972) ("The statute [35 U.S.C. § 271] makes it clear that it is not an infringement to make or use a patented product outside of the United States. Our patent system makes no claim to extraterritorial effect.").

Counsel for LPL attempted to mischaracterize these global brands, such as HP and Dell, as "U.S. brands" during the depositions of Oliver Shih taken on May 31-June 1, 2006 and Chien Ming Kuan taken on May 25-26, 2006.

REDACTED

Thus, pursuant to Federal Rules of Evidence 402 and 403, Defendants respectfully move *in limine* to preclude LPL from referring to global companies such as Dell and HP as "U.S. brands" or "U.S. customers" at trial.

/s/ *[signature]*

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd. and
ViewSonic Corporation

Of Counsel:
Christine A. Dudzik
Thomas W. Jenkins
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Glenn W. Rhodes
J. James Li
Qin Shi
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Dated: June 19, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>Richard D. Kirk
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899

I hereby certify that on June 19, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>Gaspare J. Bono
>Matthew T. Bailey
>Andrew J. Park
>Adrian Mollo
>McKenna Long & Aldridge LLP
>1900 K Street, NW
>Washington, DC 20006

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
whetzel@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on June 26, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

> Matthew W. King (#4566)
> king@rlf.com
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899

RLF1-2917974-1