# EXHIBIT A

Case 1:05-cv-00292-JJF    Document 246-2    Filed 06/26/2006    Page 1 of 4

# REDACTED

**EXHIBIT B**

# REDACTED