IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 (JJF) <br><br> REDACTED - PUBLIC VERSION |

### DEFENDANTS' MOTION *IN LIMINE* (No. 3) TO PRECLUDE LPL FROM SOLICITING OR OFFERING ANY TESTIMONY, EVIDENCE, OR ARGUMENT RELATING TO ANY ALLEGED CUSTOMER RELATIONSHIP BETWEEN VIEWSONIC AND CPT

Any reference to a customer relationship between CPT and ViewSonic should be excluded pursuant to Federal Rule of Evidence 403 because the reference would be prejudicial, confusing, and misleading to the jury.

A customer is "one that purchases some commodity or service." WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY 559 (1993); *see also Aiken Mills v. U.S.*, 53 F. Supp. 524, 526 (E.D.S.C. 1944) (finding that a customer is one who regularly makes purchases from a business).

ViewSonic is not a CPT customer.

**REDACTED**

# REDACTED

Any reference to a customer relationship between CPT and ViewSonic would unfairly prejudice the parties because it would be factually inaccurate. It would also confuse the issues and mislead the jury because the reference would directly contradict the testimony of the person most knowledgeable about ViewSonic's business.

Due to the dangers of unfair prejudice, confusion of the issues and misleading the jury, Defendants respectfully move *in limine* to preclude LPL from introducing evidence or argument at trial relating to any customer relationship between CPT and ViewSonic, or between CPT and any other entity who does not purchase products directly from CPT. Fed. R. Evid. 403.

Of Counsel:

Christine A. Dudzik
Thomas W. Jenkins
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Glenn W. Rhodes
J. James Li
Qin Shi
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Dated: June 19, 2006

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd. and ViewSonic Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>Richard D. Kirk
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899

I hereby certify that on June 19, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>Gaspare J. Bono
>Matthew T. Bailey
>Andrew J. Park
>Adrian Mollo
>McKenna Long & Aldridge LLP
>1900 K Street, NW
>Washington, DC 20006

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
whetzel@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on June 26, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1