IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) Civil Action No. 05-292 (JJF) |
| Plaintiff, | ) |
| v. | ) REDACTED - PUBLIC VERSION |
| TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION *IN LIMINE* (No. 5) TO PRECLUDE LPL'S REFERENCE TO THE WORD "DiKANG" AS RESISTANCE**

LPL should be precluded from referring to the Chinese word "DiKang" as resistance. Because of the potential difference in the interpretation of this word, it should be referred to as "DiKang" during the trial.

REDACTED

The phrase "DiKang" is a foreign word that could potentially have differing meanings. He Dep Tr. at 330:1-33:16.

REDACTED

LPL's tactic unfairly takes advantage of the translation process. Mr. He does not speak English. REDACTED

RLF1-3028036-1

**REDACTED**

LPL's reference to "DiKang" as resistance throughout Mr. He's deposition has created an inaccurate record. Thus, this Court should not allow LPL to mislead the jury by doing the same thing at trial. The word "DiKang" should be referred to as "DiKang" or by a mutually acceptable term such as "isolation."  **REDACTED**

It is anticipated that LPL may use the same tactic at trial. LPL should not be allowed to do so. If there is a factual dispute as to the meaning of the word "DiKang," LPL should not be permitted to mislead the jury by referring to the word "DiKang" as "resistance."

For the foregoing reasons, Defendants respectfully request that this Court order that LPL be precluded from referring to the Chinese word "DiKang" as resistance at trial.

Of Counsel:

Christine A. Dudzik
Thomas W. Jenkins
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Glenn W. Rhodes
J. James Li
Qin Shi
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Dated: June 19, 2006

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd. and ViewSonic Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on June 19, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Robert W. Whetzel (#2288)
whetzel@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on June 26, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1