**EXHIBIT A**


# REDACTED

**EXHIBIT B**

# REDACTED