IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) Civil Action No. 05-292 (JJF) |
| Plaintiff, | ) |
| | ) REDACTED - PUBLIC VERSION |
| v. | ) |
| TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION *IN LIMINE* (No. 7) TO PRECLUDE
LPL FROM SOLICITING OR OFFERING ANY TESTIMONY, EVIDENCE, OR
ARGUMENT RELATING TO ANY BUSINESS RELATIONSHIP
BETWEEN CPT AND ANY OTHER COMPANY**

Any reference to any business relationship, including common stock ownership, common parentage, or "sister company" status between CPT and any other entity should be excluded pursuant to Federal Rules of Evidence 402 and 403 because this information is not probative of any issue before the jury, or, in the alternative, any probative value is substantially outweighed by the danger of unfair prejudice.

LPL alleges that CPT infringed United States patent number 5,019,002 (the "'002 patent"). Complaint at ¶28. LPL does not allege that any other entity practices the '002 patent. *Id.* LPL does not allege that any of CPT's business relationships impacted its alleged infringement of the '002 patent. *Id.* Furthermore, LPL has not alleged that any company received favorable treatment from CPT as the result of any business relationship. *Id.* Consequently, any testimony regarding CPT's business relationships

should be excluded because it is not relevant and unduly prejudicial to CPT. Fed. R. Evid. 402, 403.

Moreover, because LPL alleges that CPT infringed a United States patent, CPT's liability is limited to actions that occurred in the United States. *Deepsouth Packing Co. v. Laitram Corp.*, 406 U.S. 518, 527 (1972) ("The statute [35 U.S.C. § 271] makes it clear that it is not an infringement to make or use a patented product outside of the United States. Our patent system makes no claim to extraterritorial effect."); *see also Johns Hopkins University v. CellPro, Inc.*, 152 F.3d 1342, 1367 (Fed. Cir. 1998) (finding that damages for foreign acts belong in foreign courts; if defendant's "infringement has damaged [plaintiff's] ability to service foreign markets, [plaintiff] must rely on foreign patent protection."). Therefore, any testimony, evidence, or argument regarding activities or business relationships outside of the United States is not relevant to this action. Fed. R. Evid. 402.

Specifically, the Court should exclude any reference to a family relationship between the executives of Jean Company and CPT.

**REDACTED**

As stated above, LPL has not alleged that Jean Company, or any other company, received favorable treatment. Moreover, a family relationship between CPT and Jean Company executives would not affect CPT's alleged practice of the '002 patent. Any reference to the relationship should, therefore, be excluded as not relevant pursuant to Federal Rule of Evidence 402.

# REDACTED

Any reference to the above-mentioned business relationships, or *any other* business relationship, including common stock ownership, common parentage, or "sister company" status between CPT and any other entity does not have any bearing on allegations of infringement against CPT or the other defendants. CPT, Tatung, Tatung USA, and ViewSonic are no more or less likely to have infringed the '002 patent based on CPT's business relationships. Likewise, any defendant's importation, offer for sale, or sale of any product practicing the '002 patent, in the United States, is equally unrelated to any ownership relationship between CPT and any other entity. Consequently, LPL should be precluded from referring to any business relationship between CPT and any other entity because this information is wholly unrelated to any issue that LPL has put before the Court or the jury. Fed. R. Evid. 402.

Of Counsel:

Christine A. Dudzik
Thomas W. Jenkins
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1239

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Glenn W. Rhodes
J. James Li
Qin Shi
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Dated: June 19, 2006

/s/ Robert W. Whetzel

Robert W. Whetzel (#2288)
whetzel@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd. and
ViewSonic Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on June 19, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

*/s/ Robert W. Whetzel*
Robert W. Whetzel (#2288)
whetzel@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>Richard D. Kirk
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899

I hereby certify that on June 26, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>Gaspare J. Bono
>Matthew T. Bailey
>Andrew J. Park
>Adrian Mollo
>McKenna Long & Aldridge LLP
>1900 K Street, NW
>Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1