# EXHIBIT A

# REDACTED

# EXHIBIT B

# REDACTED