


**THIS DOCUMENT WAS FILED UNDER SEAL**