IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>　　　　　　Plaintiff/Counterclaim Defendant,<br><br>　v.<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>　　　　　　Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
PLAINTIFF'S MOTION FOR ORDER
BARRING DISCLOSURE OF LPL'S CONFIDENTIAL INFORMATION**

The undersigned attorney for plaintiff, LG.Philips LCD Co., Ltd. ("LPL") hereby states, pursuant to Local Rule 7.1.1, that LPL's attorneys have made a reasonable efforts to reach agreement with opposing counsel on the matters set forth in LPL's Motion for Order Barring Disclosure of Confidential Information, efforts that are detailed in that motion and its attachments, but that no agreement was forthcoming.

June 30, 2006

　　　　　　　　　　　　　　　　　　　　THE BAYARD FIRM

　　　　　　　　　　　　　　　　　　　　　/s/ Richard D. Kirk
　　　　　　　　　　　　　　　　　　　　Richard D. Kirk (rk0922)
　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　P.O. Box 25130
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-5130
　　　　　　　　　　　　　　　　　　　　(302) 655-5000
　　　　　　　　　　　　　　　　　　　　rkirk@bayardfirm.com
　　　　　　　　　　　　　　　　　　　　Counsel for plaintiff,
　　　　　　　　　　　　　　　　　　　　LG.Philips LCD Co., Ltd.

626743v1