IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## ORDER

**WHEREAS**, Plaintiff LG.Philips LCD Co. Ltd. having moved this Court for an order barring further disclosure of Plaintiff's CONFIDENTIAL AND CONFIDENTIAL ATTORNEYS ONLY information to Dr. Nisha Mody and The CapAnalysis Group, LLP; and

**WHEREAS**, Plaintiff has further requested that Defendants be ordered to comply with its obligations under Paragraph 1(d) of Confidentiality Stipulation and Protective Order, which requires that Defendants, *inter alia*, promptly retrieve LPL's discovery from Dr. Mody and CapAnalysis, bind Dr. Mody and CapAnalysis to the terms of this Order, and identify to Plaintiff what of its CONFIDENTIAL or CONFIDENTIAL ATTORNEYS ONLY was disclosed to Dr. Mody or CapAnalysis;

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that the Motion is GRANTED.  Dr. Nisha Mody and CapAnalysis are denied access to all CONFIDENTIAL and CONFIDENTIAL ATTORNEYS ONLY information produced by Plaintiffs, the Defendants are ordered to immediately comply with ¶ 1(d) of the Confidentiality Stipulation and Protective Order, and Defendants are ordered not to use Dr. Nisha Mody and CapAnalysis, or any work product prepared by them that involves or relates to LPL's CONFIDENTIAL or CONFIDENTIAL ATTORNEYS ONLY information, in any way, shape, or form, including but not limited to the trial of this action.

_____
United States District Judge

2