# Exhibit 2

Case 1:05-cv-00292-JJF  Document 274-5  Filed 06/30/2006  Page 1 of 4

# CAPANALYSIS

## The CapAnalysis Group, LLC

🖨 Print Version

CapAnalysis provides economic, financial, regulatory, environmental, and litigation consulting services. Our work has played a central role in achieving positive outcomes for our clients in some of the most high-profile and significant antitrust, intellectual property, regulatory and business litigation matters in recent years.

Our 50+ professionals include Ph.D. economists, CPAs, CFAs, CVAs and other certified specialists. Our experts are widely published, and our public reports have received widespread attention in the media.

With offices in Washington, DC, Los Angeles, San Francisco and Brussels, and affiliate offices in Amsterdam, Chicago, Houston, Irvine, London, Menlo Park, Paris, and Salt Lake City, CapAnalysis offers clients transatlantic services with seamless delivery.



CapAnalysis is led by Managing Principals Mark Glueck, Kristopher A. Boushie, Joseph T. Gardemal III, Donald L. Martin and Laura O. Robinson. Our litigation consulting practice is led by Senior Vice President Charles Kauffman.

## Maxiam®

Our Maxiam® subsidiary specializes in strategic valuation of intellectual property and other intellectual property management consulting services.

Copyright © 2006. All Rights Reserved.



Amsterdam Brussels Chicago Houston Irvine London Los Angeles Menlo Park Paris Salt Lake City San Francisco Washington, DC

**Sidebar navigation:** Overview · Antitrust · Litigation · Intellectual Property · Regulatory Matters · Corporate Responsibility · Insurance Recovery · Professionals · News/Events · Articles and Papers · Client Alerts · Contact Us · Careers

# CAPANALYSIS

- Overview
- Antitrust
- Litigation
- Intellectual Property
- Regulatory Matters
- Corporate Responsibility
- Insurance Recovery
- Professionals
- News/Events
- Articles and Papers
- Client Alerts
- Contact Us
- Careers

## Intellectual Property

🖶 Print Version

Increasingly, effective representation in intellectual property disputes requires highly developed economic and financial analysis. At CapAnalysis, we identify critical issues and perform incisive evaluations, including assessments of lost or reduced profits, price erosion, reasonable royalties, future damages, and mitigating offsets. We also work closely with counsel to assess the value of brand names, licensing agreements, and other intellectual property.

Clients benefit from our extensive economic and financial expertise developed in and applied to patent, trademark and copyright litigation, trade secret, royalty, and trademark licensing matters, and technology transfer and licensing cases covering a broad range of industries. Our economic and financial experts determine damages, measure the impact of trademark infringement, evaluate the competitive effects of patent misuse, and critique opposing experts' claims and testimony.

We also apply innovative approaches and state-of-the-art techniques to address non-infringing substitutes, ability to meet market demand, "but for" price, output and profit analyses, market expansion effects, incremental costs, and the firm-specific values of access to intellectual property used in determining royalties.

Copyright © 2006. All Rights Reserved.

Amsterdam Brussels Chicago Houston Irvine London Los Angeles Menlo Park Paris Salt Lake City San Francisco Washington, DC

# CAPANALYSIS



**Nisha M. Mody, Ph.D.**
Senior Vice President

*CapAnalysis*

**Contact Information**
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
(415) 848-4924
(415) 848-4999 (FAX)
modyn@capanalysis.com

Nisha Mody specializes in intellectual property and antitrust.

In the intellectual property field she has valued patent portfolios, managed numerous cases dealing with patent infringement, patent misuse, trade secrets and commercial success.

In the antitrust field, she has concentrated her work on price-fixing, and vertical and horizontal antitrust issues.

Dr. Mody's commercial practice areas include specialty chemicals, biotechnology, nanotechnology, pharmaceuticals, and medical devices. She has also done work in the oil and gas industries.

Education
University of Southern California, Ph.D., Political Economy, Dissertation Fellowship, 1999
Pomona College, B.A., International Relations, 1993

PROFESSIONAL ASSOCIATIONS
- American Economic Association, Member
- Licensing Executive Society, Member

PUBLICATIONS AND SPEECHES

Articles
- Co-author. "Getting Royalties on a Car by Reinventing the Wheel," *New Matter*, Vol. 31, no. 1 (2006) at 12-15.
- Mody, Nisha M. "Are Patents Really Options?," *les Nouvelles*, (December, 2003) at 190-192.
- Mody, Nisha M. "Book Review: Assessment and Management of Environmental Risks Cost-Efficient Methods," (December, 2002). *Risk Analysis*.

Copyright © 2006 CapAnalysis ™