## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff/Counterclaim Defendant, | |
| v. | Civil Action No. 05-292 (JJF) |
| TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION, | |
| Defendants/Counterclaim Plaintiffs. | |

## LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF
## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
## REGARDING DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION

The undersigned attorney for plaintiff, LG.Philips LCD Co., Ltd. ("LPL") hereby states, pursuant to Local Rule 7.1.1, that LPL's attorneys have made a reasonable efforts to reach agreement with opposing counsel on the matters set forth in LPL's Motion for Protective Order Regarding Defendants' First Set of Requests for Admission, but that no agreement was forthcoming.

July 3, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@bayardfirm.com
Counsel for plaintiff,
LG.Philips LCD Co., Ltd.