# Juror Questionnaire
## Delaware Federal Court
### July 2006

Thank you for coming to court as a potential juror! In order to select a jury, the judge and the people involved in the case need to know something about you so that they can select jurors who are able to be fair to both sides

Everyone has attitudes and opinions that are shaped by their life experiences  Sometimes these experiences can make it difficult to look at a certain issue in an unbiased and unemotional way. As a juror, you must return a verdict based on the law and on the facts proved in court, not on emotion or on other views not supported by the evidence  The judge will give you instructions on the law and on how you should go about deciding the case  You must listen to and follow the judge's instructions

The questions on this form are designed to help the court and the lawyers learn something about your background and your views on issues that may be related to this case  The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror.  If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so

*PLEASE PRINT ALL YOUR ANSWERS  IF THERE IS NOT ENOUGH ROOM TO ANSWER COMPLETELY, THERE IS SPACE TO CONTINUE ON THE LAST PAGE OF THIS QUESTIONNAIRE*

| Juror # | Full Name: | | Gender: ____ Female  ____ Male  Age: _____ |
|---|---|---|---|
| 1.  Date and place of birth: | 2.  Is English your first language?  ___ Yes ___ No  IF NO, what is? | | 3.  With regard to your home:  ___ Own  ___ Rent  ___ Live with others, do not pay rent |
| 4.  Area, neighborhood, or community in this county where you currently live (do not give your address): | 5.  Your current marital status:  ___ Never married, living alone  ___ Engaged  ___ Married for ___ yrs | | ___ Partnered for ___ years  ___ Divorced for ___ years  ___ Separated for ___ years  ___ Widowed for ___ years |
| 6.  Your present employment status (check all that apply) ___ Employed full time   ___ Employed part time  ___ Do not work outside the home   ___ Self employed   ___ Working more than one job  ___ Temporarily laid off   ___ Retired in ___(year)   ___ Unemployed, looking for work  ___ Unemployed, not looking for work   ___ Part-time student   ___ Full-time student ||||
| 7.  Your current or (if retired or unemployed) most recent occupation: || 8.  Name of your current or most recent employer or, if a student, your school: ||
| 9.  What are your specific duties and responsibilities on the job? ||||
| 10  All other employment you have had in the past ten years (and for how long): ||||
| 11.  Your spouse or partner's current occupation and employer: || 12.  Does you job involve supervising other people?  ___ Yes   ___ No  IF YES, approximately how many? ___ ||
| 13.  If you have children, please list (including any children who do not currently live with you): ||||
| Sex   Age   Does child live with you? | | Education | Occupation |
| ___   ___   _____ | | _____ | _____ |
| ___   ___   _____ | | _____ | _____ |

| | |
|---|---|
| 14. Your highest level of education completed:<br>____ Grade school or less<br>____ High school graduate<br>____ Some college or AA degree<br>____ Technical or vocational school (major): _____<br>____ College graduate (major): _____<br>____ Post graduate study (major): _____ | 15. Your <u>spouse or partner's</u> highest level of education completed:<br>____ Grade school or less<br>____ High school graduate<br>____ Some college or AA degree<br>____ Technical or vocational school (major): _____<br>____ College graduate (major): _____<br>____ Post graduate study (major): _____ |

16. What social, civic, professional, trade, or other organizations are you affiliated with? If you have ever held any officer positions, please list as well.

17. Have you or has anyone close to you had training or work experience in any of the following: (Check all that apply)
____ Electrical Engineering         ____ Computer design                              ____ LCD monitors
____ Mechanical Engineering      ____ Integrated Circuit Design/Manufacturing   ____ Law
____ Product Development/Design ____ Electrical Static Discharge

IF YES, please explain:

| | |
|---|---|
| 18. Have you ever (please check all that apply):<br>____ Made a claim for damages<br>____ Had a claim for damages made against you<br>____ Sued someone else<br>____ Been sued by someone else | 19. How many times have you served on a jury?<br>____ 0   ____ 1   ____ 2   ____ More than 2<br>What kinds of cases did you hear?<br>____ Civil   ____ Criminal   ____ Both Civil and Criminal<br>In how many cases did the jury reach a verdict? _____ |
| 20. Have you experienced any significant losses within the past three years, such as death, divorce, separation, or the loss of a job?   ____ Yes ____ No | In how many cases did you serve as foreperson? _____<br>Was your jury experience positive or negative?<br>____ Positive   ____ Mixed   ____ Negative |
| 21. What is your primary (most important) source of news?<br>____ TV          ____ Friends<br>____ Radio       ____ Internet<br>____ Newspaper   ____ None, I don't follow the news | 22. How often do you read the <u>newspaper</u>?<br>____ Daily              ____ A few times a week<br>____ A few times a month ____ Rarely or never |
| 23. How frequently are you a group leader?<br>____ Very frequently   ____ Occasionally   ____ Never | 24. How frequently do you discuss political issues?<br>____ Frequently    ____ Seldom<br>____ Occasionally  ____ Never |
| 25. From what you have read or heard, do you think in recent years that the money awards from lawsuits have generally been:<br>____ Too high   ____ About right   ____ Too low | 26. Do you feel that a company that is sued should have to prove that it has done nothing wrong?<br>____ Yes, definitely   ____ Yes, probably   ____ No |
| 27. Have you ever made a claim for any of the following?<br>Disability              ____ Yes   ____ No<br>Workers' Compensation   ____ Yes   ____ No<br>Bankruptcy              ____ Yes   ____ No | 28. Have you or a family member ever been a member of a union?<br>____ Yes           ____ No |
| 29. Have you, or has someone close to you, ever applied for or obtained a patent or trademark?<br>____ Yes      ____ No     IF YES, please explain: | 30. Have you, or has anyone close to you, ever worked for a company that designed products which later became patented?   ____ Yes   ____ No<br>IF YES, please explain: |
| 31. How likely do you think that it is that the U.S. Patent Office makes mistake in awarding patents?<br>____ Very likely      ____ Not very likely<br>____ Somewhat likely  ____ Not at all likely | 32. Have you ever worked for a company that was unfairly harmed by a business competitor?<br>____ Yes           ____ No |

| | |
|---|---|
| 33. How important are experts in helping you to decide when you are faced with an important decision about what is right and wrong?<br>____ Very Important     ____ Not very important<br>____ Somewhat Important  ____ Not at all important | 34. Do you think that business executives from Taiwan have higher, lower, or the same standards for business ethics as American business executives?<br>____ Higher   ____ Lower   ____ The Same |
| 35. How much do you agree or disagree with the following statement? "It is a good idea that patents protect an inventor from competition for many years to come."<br>____ Strongly Disagree    ____ Somewhat Agree<br>____ Somewhat Disagree    ____ Strongly Agree | 36. How much do you agree or disagree with the following statement? "It is hard for a patent applicant to deceive the U.S Patent Office."<br>____ Strongly Disagree    ____ Somewhat Agree<br>____ Somewhat Disagree    ____ Strongly Agree |
| 37. How much do you agree or disagree with the following statement? "Patents on new inventions only serve to raise consumer prices on the resulting products."<br>____ Strongly Disagree    ____ Somewhat Agree<br>____ Somewhat Disagree    ____ Strongly Agree | 38. How much do you agree or disagree with the following statement? "An important function of juries in America is to send messages to corporations to improve their behavior."<br>____ Strongly Disagree    ____ Somewhat Agree<br>____ Somewhat Disagree    ____ Strongly Agree |
| 39. Is there any reason that you might not be able to give a fair hearing in a dispute involving patent infringement?<br>____ Yes, definitely   ____ Yes, probably   ____ No   ____ Not sure<br>IF YES, please explain: ||
| 40. Do you have any ethical, religious, political or other beliefs that might prevent you from serving as a juror?<br>____ Yes     ____ No | IF YES to 63 and/or 64, please explain: |
| 41. Is there anything not covered by this questionnaire that might affect your ability to be a fair and impartial juror?<br>____ Yes     ____ No | |
| 42. The attorneys may need to ask you follow up questions. Are there any questions you would prefer to discuss in private?   ____ Yes   ____ No | IF YES, please indicate the question numbers here: |

Below is a list of people and entities that are in some way connected to this case, whether as parties, witnesses or lawyers working on the case If you know or have any close association with any of these individuals and/or entities (such as a business relationship or social connection), please indicate this by placing a checkmark next to that individual or entity's name

| Parties to the Lawsuit | Possible Witnesses (continued) |
|---|---|
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| **Lawyers Associated with the Lawsuit** | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| **Possible Witnesses** | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |
| ___ | ___ |

If you checked any of the above names, please explain your relationship to each name you have checked:

_____
_____
_____
_____
_____

*Room for additional explanations:*

_____
_____
_____
_____
_____

***I swear that all the foregoing is true and correct, and that I completed this questionnaire without any assistance.***
SIGNATURE AND DATE:

_____