# APPENDIX 1A

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0001 | | (PX-240) U.S. Patent No. 5,019,002 | No objection | No objection | |
| PTX 0002 | LPLII 000001 - LPLII 000102 | File History for U.S. Patent No. 5,019,002 | No objection | No objection | |
| PTX 0003 | | Complaint (dated May 13, 2005) (D.I. 1) | 105, 802 | 105, 803 | |
| PTX 0004 | | Answer and Counterclaim on Behalf of Defendant CPT dated September 2, 2005 | 105 | 105 | |
| PTX 0005 | | Answer and Counterclaim on Behalf of Defendant Tatung and Tatung of America dated September 2, 2005 | 105 | 105 | |
| PTX 0006 | | Answer and Counterclaim on Behalf of Defendant Viewsonic dated September 2, 2005 | 105 | 105 | |
| PTX 0007 | CPT 015791 - CPT 015793 | RMA Agreement between CPT and Alpha-Top Corporation dated September 8, 1999 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0008 | CPT 062724 - CPT 062734 | Amendment of the Technical Collaboration Agreement between CPT and Toshiba Corporation dated August 16, 1995 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0009 | CPT 091869 - CPT 091889 | Purchase Agreement between Advanced Display Inc. and CPT (marked-up, incl. fax cover sheet, no date); Quality Assurance Agreement between Advanced Display Inc. and CPT (no date); Agreement of Service Parts between Advanced Display and CPT (no date) | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0010 | CPT 123143 - CPT 123162 | Purchase Agreement between Advanced Display Inc. and CPT (no date); Quality Assurance Agreement between Advanced Display Inc. and CPT (no date); Agreement of Service Parts between Advanced Display and CPT (no date) | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0011 | CPT 256100 - CPT 256116 | Assignment Agreement between Hewlett-Packard and CPT (REDACTED) (February 10, 2004) | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0012 | CPT 267435 - CPT 267449 | (PX-047) Patent License Agreement between CPT and Sharp dated January 1, 2002 | 105 | 105 | |
| PTX 0013 | CPT-D 034162 - CPT-D 034179 | Supplementary Agreement between Advanced Display Inc. ("ADI") and Chunghwa Picture Tubes dated June 5, 1998 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0014 | CPT 267450 - CPT 267468 | (CAPX-341) Patent License Agreement Re: Amorphous Silicon TFTs between Semiconductor Energy Laboratory, Co. and CPT dated March 8, 2004 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0015 | CPT 267450 - CPT 267468 | (PX-051) Patent License Agreement Re: Amorphous Silicon TFTs between Semiconductor Energy Laboratory, Co. and CPT dated March 8, 2004 | 105 | 105 | |
| PTX 0016 | CPT 267469 - CPT 267481 | (PX-049) Patent License Agreement between Hitachi, Ltd, Hitachi Displays, and CPT dated January 1, 2003 | 105 | 105 | |
| PTX 0017 | CPT 267469 - CPT 267481 | (CAPX-343) Patent License Agreement between Hitachi, Ltd, Hitachi Displays, and CPT dated January 1, 2003 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0018 | CPT 267482 - CPT 267491 | (PX-050) Patent Sublicense Agreement between Hitachi and CPT dated January 1, 2003 | 105 | 105 | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0019 | CPT-D 034180 - CPT-D 034196 | Settlement and License Agreement between Guardian Industries Corp. and Chunghwa Picture Tubes dated April 7, 2006 with draft of the Stipulated Dismissal | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0020 | CPT 267482 - CPT 267491 | (CAPX- 344) Patent Sublicense Agreement between Hitachi, Ltd, Hitachi Displays, and CPT dated January 1, 2003 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0021 | CPT 267492 - CPT 267501 | (PX-045) Technology Cooperation and License Agreement between ADI and CPT dated March 29, 2005 | 105 | 105 | |
| PTX 0022 | CPT 267502 - CPT 267509 | (PX-044) License Agreement between ADI and CPT dated March 25, 2004 | 105 | 105 | |
| PTX 0023 | CPT 267502 - CPT 267509 | (CAPX- 352) License Agreement between CPT and ADI dated March 25, 2004. | 105 | 105 | |
| PTX 0024 | CPT 267510 - CPT 267516 | (PX-042) Supplemental Agreement 3 between ADI and CPT dated March 25, 2004 | 105 | 105 | |
| PTX 0025 | CPT 267517 - CPT 267518 | (PX-043) Amendment 3 to Supplemental Agreement 2 between ADI and CPT dated March 25, 2004 | 105 | 105 | |
| PTX 0026 | CPT 267519 - CPT 267520 | (PX-041) Amendment 2, License and Technical Assistance Agreement between ADI and CPT dated March 25, 2004 | 105 | 105 | |
| PTX 0027 | CPT 267521 - CPT 267561 | (CAPX- 345) License and Technical Assistance Agreement between ADI and CPT dated April 24, 1997 | 105 | 105 | |
| PTX 0028 | CPT 267521 - CPT 267561 | (PX-038) License and Technical Assistant Agreement between Advanced Display, Inc. and CPT dated April 24, 1997 | 105 | 105 | |
| PTX 0029 | LPLII 104166 - LPLII 104177 | Media and industry information, including a September 20, 2005 article from a Taiwanese government web-site, an article entitled "Honeywell License for Patented Display Technology Granted to Chunghwa Picture Tubes of Taiwan" (dated August 29, 2005), an article entitled "China Syndrome" (dated April 11, 2005), and an article from Global Sources dated October 6, 2005. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0030 | CPT 267562 - CPT 267578 | (PX-040) Supplemental Agreement 2 between ADI and CPT dated November 19, 1999 | 105 | 105 | |
| PTX 0031 | CPT 267579 - CPT 267580 | (PX-039) Amendment to Supplemental Agreement 2 and License and Technical Assistance Agreement between Advanced Display, Inc. and CPT dated October 18, 2001 | 105 | 105 | |
| PTX 0032 | CPT 274367 - CPT 274374 | (PX-048) Patent License Agreement between Mitsubishi Electric Corporation and CPT dated December 27, 2002 | 105 | 105 | |
| PTX 0033 | CPT 274415 - CPT 274416 | (PX-046) Amendment to Technical Cooperation and License Agreement between Advanced Display Inc. and CPT dated July 29, 2005 | 105 | 105 | |
| PTX 0034 | CPT 274417 - CPT 274489 | (CHINESE): CPT Quarterly financial report and accountant review report--January 1 through Sept 30, 2000 and Jan 1 through September 30, 2001 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0035 | CPT 276039 - CPT 276050 | (PX-052) License Settlement and Release Agreement between CPT and Honeywell International, Inc. dated August 26, 2005 | 105 | 105 | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.
TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0036 | CPT 276268 - CPT 276272 | Business Contract between CPT and Hunet, Inc. dated March 9, 2001; Memorandum to interpret some articles in the Business Contract and March 15, 2001 Memorandum from E. Mori to HK Cheung regarding Memorandum to the Business Contract | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0037 | T-D 003249 - T-D 003256 | Service Agreement between Edwards Service LLC and Tatung Company dated May 21, 2002 | 105, 402, 403, 802, 901 | 105, 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0038 | T-D 003266 - T-D 003267 | (CHINESE) Tatung Company Supplier Agreement | 105, 402, 403, 802, 901 | 105, 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0039 | T-D 002944 - T-D 002945 | (PX-090) Indemnification Agreement between CPT and Tatung Company for procuring intellectual property rights, replacement of parts and modification of products dated July 24, 2003. | 105, 402, 403, 802, 901 | 105, 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0040 | CPT 084280 - CPT 084293 | Draft Patent License Agreement for LG.Philips LCD Co., Ltd., faxed from Tatung Company | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0041 | CPT 084413- CPT 084426 | (PX-058) Draft LPL License Agreement | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0042 | CPT 271165 - CPT 271166 | Indemnification Agreement between CPT and Tatung dated July 2003. | 105, 402, 403, 802, 901 | 105, 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0043 | TAT 092222 - TAT 092223 | (CAPX-340) Indemnification Agreement between CPT and Tatung Company dated July 2003. | 105, 402, 403, 802, 901 | 105, 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0044 | LPL 018290 - LPL 018311 | Patent Cross License Agreement between LPL and NEC Corp. dated April 21, 2001 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0045 | LPL 021908 - LPL 021919 | Agreement between Lemelson Foundation Partnership and LG dated July 31, 1999 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0046 | LPL 021937 - LPL 021941 | Addendum License Agreement and Sublicensing agreement on vertically aligned LCD between CEA and LPL dated July 10, 2000 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0047 | LPL 021942 - LPL 021959 | License Agreement between the Trustees of Columbia University in the city of New York and LPL dated July 10, 2000 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0048 | LPL 021960 - LPL 021978 | Patent License Agreement between Semiconductor Energy Laboratories and LPL, October 18, 2001 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0049 | LPL 021979 - LPL 021982 | License Agreement between Seiko and LPL between December 6, 2001 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0050 | LPL 021983 - LPL 022002 | License Agreement between Penn State Research and LPL January 2, 2003 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0051 | LPL 022015 - LPL 022030 | Patent Agreement between Honeywell and LPL October 27, 2003 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0052 | LPL 022031 - LPL 022047 | Statement and Licensing Agreement between Solar Physics Corp. and LPL dated July 15, 2003. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0053 | LPL 022048 - LPL 022060 | Patent License Agreement between LPL and Fergason Patent Properties dated October 27, 2003. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0054 | LPL 022061 - LPL 022071 | Patent Cross License Agreement between Hitachi Display and LPL dated June 17, 2004. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0055 | LPL 022072 | March 10, 2004 LCD Patent License Exchange Agreement between Koninklijke Philips Electronics N.Va and Toshiba Corporation | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0056 | LPL 022073 - LPL 022082 | License Agreement between LPL and Rockwell Collins Inc. dated June 13, 2001. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0057 | LPL 022003 - LPL 022014 | Patent License Agreement between Honeywell and LPL dated March 28, 2003. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0058 | LPL 027879 - LPL 027882 | Patent Agreement between LPL and Government of Korea dated June 23, 2003. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0059 | LPL 096936 - LPL 096938 | Flat Panel Display Long Term Agreement between NEC-Mitsubishi Electric Visual Systems Corp. and LPL dated November 6, 2000. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0060 | LPLII 103171 - LPLII 103192 | Patent License Agreement between Semiconductor Energy Laboratories Company Ltd. and LPL LCD Co., Ltd. dated October 1, 2005 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0061 | TAT 009219 - TAT 009226 | Indemnification Agreement between Tatung and LG. Philips dated April 13, 2004; Indemnification Agreement between CPT and Tatung July 15, 2003 and Draft Indemnification Agreement between Tatung and LPL. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0062 | TAT 007694 - TAT 007707 | Agreement between Thomson Multimedia Licensing and Tatung Co. dated May 1, 2001 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0063 | T-D 002971 - T-D 002982 | (PX-113) Thomson Licensing and Tatung Company dated January 1, 2005. | 105 | 105 | |
| PTX 0064 | T-D 003009 - T-D 003025 | (PX-102) January 6, 2005 Letter from Ms. Musselman (Gateway) to Mr. Lin (Tatung) enclosing Product Supply Attachment between Gateway Companies, Inc. and Tatung Company dated November 4, 2004 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0065 | T-D 002957 - T-D 002970 | (PX-114) Exhibit 2 Licensing Agreement between Tatung Co., Tatung Company of America and Hitachi Ltd. dated April 19, 2006 | 105 | 105 | |
| PTX 0066 | T-D 003119 - T-D 003182 | OEM Agreement between Viewsonic Corp. and Tatung Company (no date) | 105, 802, 901 | 105, 803, 901(a), 902 to the extent applicable | |

Page 4

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0067 | T-D 003026 - T-D 003087 | (PX-103) Original Design Manufacturer Agreement between Hewlett-Packard Company and Tatung Company, Global Agreement HP Contract # HP0P314 dated April 23, 2002 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0068 | T-D 003088 - T-D 003098 | (PX-104) Master Purchasing Contract between Planar Systems, Inc. and Tatung Company dated September 22, 2004 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0069 | T-D 003099 - T-D 003118 | (PX-105) International Vendor Agreement between RadioShack Global Sourcing Limited Partnership and Tatung Company dated July 1, 2005 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0070 | T-D 003183 - T-D 003195 | (PX-106) Supplier Agreement between Worldwide Marketing Limited and Tatung Company dated December 5, 2005 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0071 | T-D 002983 - T-D 003008 | (PX-101) Emachines Original Design Manufacturer Master Agreement dated September 1, 2003 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0072 | VS 006222 - VS 006241 | (PX-033) Settlement and License Agreement between ViewSonic Corporation and Guardian Industries Corp. dated January 17, 2005 | 105 | 105 | |
| PTX 0073 | VS 006242 - VS 006304 | OEM Agreement between ViewSonic Corporation and Jean Company, Ltd. dated July 25, 2001 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0074 | VS-D 000001 - VS-D 000002 | (PX-025) LG.Philips (LA) Master Indemnity List 1999 - Q3 2005 Net Product Sales | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0075 | VS-D 000024 - VS-D 000026 | General Program Summary outlining basic business relationship between ViewSonic and AmTran Technology Co., Ltd. faxed on January 20, 1992 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0076 | VS-D 006251 - VS-D 006255 | (PX-009) General Program Summary (GPS) Addendum to OEM Agreement between ViewSonic and Quanta Computer Inc. dated December 11, 2003 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0077 | VS-D 006983 - VS-D 007052 | (PX-006) OEM Agreement between ViewSonic Corporation and. Quanta Computer, Inc. dated January 27, 2003. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0078 | VS-D 007779 - VS-D 007796 | (PX-008) Viewsonic Agreement- OEM Agreement between ViewSonic Corporation and AmTran Technology Co., Ltd. dated May 1, 1997. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0079 | VS-D 007867 - VS-D 007868 | Letter dated February 1, 2004 from T. Lu and S. Chou to J. Morlan regarding Spin-Off of Quanta. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0080 | VS-D 007869 - VS-D 007938 | OEM Agreement between Viewsonic Corp. and Quanta dated January 27, 2003. | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0081 | VS-D 008003 - VS-D 008066 | (PX-007) OEM Agreement between ViewSonic Corporation and Top Victory Electronics (Fujian) Co., Ltd. dated September 30, 2002 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0082 | | (S Wang PX-004) Digitimes daily IT news: "Report: ViewSonic to increase LCD product procurement from Taiwan" dated September 26, 2005 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |

Page 5

Appendix 1A
LPL's Trial Exhibits
LG.PHILIPS LCD CO., LTD.,v.
TATUNG COMPANY, et al.,

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0083 | SUB-VS 000031 - SUB-VS 000094 | (PX-100) OEM Agreement between ViewSonic Corporation and Tatung Company dated February 27, 2002 | 105, 802, 901 | 105, 803, 901(a), 902 to the extent applicable | |
| PTX 0084 | VS-D 007939 - VS-D 008002 | (PX-005) OEM Agreement between ViewSonic Corporation and Tatung Company dated July 18, 2001 | 105, 802, 901 | 105, 803, 901(a), 902 to the extent applicable | |
| PTX 0085 | CPT-D 004444 - CPT-D 004450 | (CHINESE) CPT cost charts dated January 12, 1988 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0086 | CPT-D 004451 - CPT-D 004456 | (CHINESE) CPT R&D cost charts dated May 1989 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0087 | CPT-D 004457 - CPT-D 004460 | CPT 2006 estimated profit/loss statements for various manufacturing plants | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0088 | CPT-D 018753 | CPT Income Statement of TFT B.U. (Non-Consolidated) 1999-2005 Q3 | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0089 | CPT-D 034021 - CPT-D 034035 | (PX-072) T1 Cell Cost Chart, T2 Cell Cost and MDL Cost dated October 2003 through December 2004 | 105 | 105 | |
| PTX 0090 | CPT-D 034036 - CPT-D 034088 | (PX-073) CPT Cost Information Chart regarding T1 Cost, T2 Cost, L1 Cost and CPTW | 105 | 105 | |
| PTX 0091 | LPLII 103193 - LPLII 103218 | Bumpy Road Ahead For Taiwan's TFT-LCD Manufactures by Raymond Hsu dated September 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | Barred because of late production |
| PTX 0092 | CPT 052066 - CPT 052142 | CPT Roadshow Presentation dated August 2002 | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0093 | CPT-D 002785 | "Product Roadmap (for N/B)" – refers to various modules | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0094 | CPT-D 002786 - CPT-D 002787 | "Product Roadmap (for Monitor / TV Monitor)" – refers to various products | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0095 | CPT-D 002817 - CPT-D 002853 | (PX-232) CLAA141XC01 with attached slide presentation on "Array" dated February 2, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0096 | CPT-D 003715 - CPT-D 003760 | (PX-235) 141XF01 Design Review 2 dated October 22, 1990 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0097 | CPT-D 033641 - CPT-D 034020 | (PX-109)CPT Sales Chart Organized by Module and Customer Invoice | 105 | 105 | |
| PTX 0098 | CPT 185773 - CPT 185914 | (CAPX-136) August 2002 CPT (CPT-TFT Information for GDR) Presentation | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0099 | CPT 185773 - CPT 185914 | (PX-074) August 2002 CPT (CPT-TFT Information for GDR) Presentation | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0100 | T-D 003428 | February 23, 2006 Handwritten notes regarding Rule 408 - without prejudice, compromise proposal in principle - subject to approval by Hitachi and Tatung Senior Management | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |

Page 6

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0101 | T-D 002895 - T-D 002896 | (PX-098) 1998-2005 LCD Monitor Profit and Loss Statement, Display Bu Profit and Loss Statement | 105 | 105 | |
| PTX 0102 | T-D 003408 - T-D 003411 | Service Center Agreement between Tatung Company and TMX Logistics Inc. for MEI PC repairs | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0103 | T-D 002955 - T-D 002956 | (PX-099) Tatung profit Information- 2005 Q4-2005Q1 LCD Monitor Profit and Loss Statement | 105 | 105 | |
| PTX 0104 | CPT 018090 - CPT 018099 | (PX-247) (CHINESE) LCD Standard Notice LSN-4421102-003 dated August 14, 1990 | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0105 | CPT 011762 | (CAPX-038) Design specification not sent by Chien Kuo He to the Thin Film Design Processing Department No. 2 on November 4, 2001. | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0106 | CPT 019869 - CPT 019870 | (CHINESE): LCD Standard Notice – Module 4710108-005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0107 | CPT 137653 | (CAPX-192) TFT II Array diagrams | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0108 | CPT 269427 | STR Files CPT IT 1 and CPT IT 2 produced July 5, 2005 | No objection | No objection | |
| PTX 0109 | CPT 276051 | Mask Files enclosed with the September 21, 2005 letter. | No objection | | |
| PTX 0110 | CPT-D 002770 - CPT-D 002771 | (PX-233) Department of IE Section dated July 5, 1999 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0111 | CPT-D 003690 - CPT-D 003712 | (PX-234) 141XF01 Design Review (0), Array 141Xc01 dated January 18, 1990 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0112 | CPT-D 007712 - CPT-D 007735 | (PX-249) (CHINESE) Technical Specification | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0113 | CPT-D 008774 - CPT-D 008788 | Panel Design Spec: 18QQA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0114 | CPT-D 009189 - CPT-D 009195 | Array Design Spec: FAB2E201VA | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0115 | CPT-D 009384 - CPT-D 009398 | Array Design Spec: L1 32WA | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0116 | CPT-D 009556 - CPT-D 009570 | Array Design Spec: L1 141XD | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0117 | CPT-D 009581 - CPT-D 009612 | Array Design Spec: CLAA121WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0118 | CPT-D 009615 - CPT-D 009629 | Array Design Spec: L1 141XD | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0119 | CPT-D 009630 - CPT-D 009646 | (PX-207) TFT 154WA04 L1 Cell | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
LG.PHILIPS LCD CO., LTD.,v.
TATUNG COMPANY, et al.,

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0120 | CPT-D 009653 - CPT-D 009667 | (PX-236)Array Design Spec: L1 141XD | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0121 | CPT-D 009668 - CPT-D 009704 | Array Design Spec: ALAC370WA01 (MVA) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0122 | CPT-D 009722 - CPT-D 009736 | Array Design Spec: L1 154WA05 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0123 | CPT-D 009773 - CPT-D 009801 | Array Design Spec: ALAC260WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0124 | CPT-D 009802 - CPT-D 009830 | Array Design Spec: ALAC140WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0125 | CPT-D 009831 - CPT-D 009845 | Array Design Spec: L1 201WA | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0126 | CPT-D 009888 - CPT-D 009905 | Array Design Spec: L1 154WA06A | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0127 | CPT-D 009958 - CPT-D 009973 | Array Design Spec: CLAD022QA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0128 | CPT-D 009974 - CPT-D 010001 | Array Design Spec: CLAA190EA05 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0129 | CPT-D 010002 - CPT-D 010029 | Array Design Spec: CLAA190EA05 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0130 | CPT-D 010030 - CPT-D 010060 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0131 | CPT-D 010061 - CPT-D 010091 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0132 | CPT-D 010092 - CPT-D 010122 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0133 | CPT-D 010123 - CPT-D 010153 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0134 | CPT-D 010154 - CPT-D 010167 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0135 | CPT-D 010181 - CPT-D 010194 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0136 | CPT-D 010195 - CPT-D 010208 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0137 | CPT-D 010209 - CPT-D 010238 | Array Design Spec: CLAA070WB01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0138 | CPT-D 010239 - CPT-D 010268 | Array Design Spec: CLAA070WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0139 | CPT-D 010269 - CPT-D 010283 | Array Design Spec: T2 170EA02/03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0140 | CPT-D 010293 - CPT-D 010325 | Array Design Spec: CLAA090WB01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0141 | CPT-D 010326 - CPT-D 010339 | (PX-202) Array Design Spec: 150XP (150XP01~03, 150XP01C, 150XP01P) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0142 | CPT-D 010349 - CPT-D 010394 | Array Design Spec: CLAD080WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0143 | CPT-D 010395 - CPT-D 010409 | Array Design Spec: L1B 320WA | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0144 | CPT-D 010414 - CPT-D 010441 | Array Design Spec: CLAA070VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0145 | CPT-D 010442 - CPT-D 010455 | Array Design Spec: 150XP (150XP01~03, 150XP01C, 150XP01P) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0146 | CPT-D 010456 - CPT-D 010491 | Array Design Spec: CLAA018QCA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0147 | CPT-D 010498 - CPT-D 010512 | Array Design Spec: L1B 320WA21 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0148 | CPT-D 010531 - CPT-D 010545 | Array Design Spec: 17ES01 (L1B) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0149 | CPT-D 010546 - CPT-D 010560 | Array Design Spec: 201WA03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0150 | CPT-D 010561 - CPT-D 010572 | Array Design Spec: 201WA03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0151 | CPT-D 010591 - CPT-D 010607 | Array Design Spec: L2 32WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0152 | CPT-D 010608 - CPT-D 010624 | Array Design Spec: L2 32WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0153 | CPT-D 010625 - CPT-D 010652 | Array Design Spec: CLAA190EA05Q | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0154 | CPT-D 010653 - CPT-D 010688 | Array Design Spec: CLAA018QQA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0155 | CPT-D 010689 - CPT-D 010724 | Array Design Spec: CLAA090WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0156 | CPT-D 010725 - CPT-D 010739 | Array Design Spec: L1A 154WB04 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0157 | CPT-D 012381 - CPT-D 012382 | (PX-218) 19 Inch EA Panel | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0158 | CPT-D 012386 - CPT-D 012403 | (PX-214) 30 Inch IPS L1 ESD Solution/Array Design of Cell Department Product Develop Division of T2 dated October 15, 2003 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0159 | CPT-D 012601 - CPT-D 012604 | (PX-212) ESD guard circuit design and result test assessment along with translation of same dated July 2, 2004 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0160 | CPT-D 012633 - CPT-D 012635 | (PX-217) Inner Short Ring Guard TFT W/L | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0161 | CPT-D 012793 - CPT-D 012801 | (PX-226) TFT Array T2 295/PS ESD | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0162 | CPT-D 012827 - CPT-D 012830 | (PX-228) Floating Gates ESD Guard Circuit | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0163 | CPT-D 012873 - CPT-D 012875 | (PX-219) L1B32 Data Line Source ESD | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0164 | CPT-D 012948 - CPT-D 012956 | (PX-227) A Nine Page Outline Regarding Conveyor and Array Cell Module | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0165 | CPT-D 013005 | (PX-238) CPT 260WA01 & 260WA02P out Short-Ring dated July 25, 1994 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0166 | CPT-D 015514 | Circuit Schematic used in CPT-D 015525 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0167 | CPT-D 015515 - CPT-D 015518 | (PX-225) IT Array April 18, 2005/ CPT Inner Short Ring | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0168 | CPT-D 015524 | Circuit Schematic used in CPT-D 015525 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0169 | CPT-D 015525 - CPT-D 015536 | (CHINESE) Electrostatic Protection Circuit | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0170 | CPT-D 016713 - CPT-D 016717 | (PX-229) 150XG11 48 Shot Double S/R ESD improvement measures experiment report | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0171 | CPT-D 016722 - CPT-D 016728 | (PX-239) TFT 15 inch XG01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0172 | CPT-D 016893 - CPT-D 016897 | (PX-220) Fab 2 150XG High Opening Double S/R Examination Report on preventive measures against ESD | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0173 | CPT-D 017072 - CPT-D 017084 | ESD Preventive Designs Mechanical layouts and circuit equivalents of Outer Guard Ring Circuits | 802, 901 | 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
LG.PHILIPS LCD CO., LTD.,v.
TATUNG COMPANY, et al.,

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0174 | CPT-D 017304 - CPT-D 017306 | 15.4 inch ES Array outer S/R Short Measures | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0175 | CPT-D 017311 - CPT-D 017313 | (PX-230) 150XG11 Double S/R Laser Repair | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0176 | CPT-D 017653 - CPT-D 017664 | Design Diagrams | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0177 | CPT-D 017665 - CPT-D 017682 | (PX-224) TFT Device Array Design dated May 21, 2004 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0178 | CPT-D 017733 - CPT-D 017739 | (PX-215) Short-Ring Array Design L1-154WA0303 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0179 | CPT-D 017864 - CPT-D 017900 | (PX-222) ESD Patent US 6,587,160 Samsung dated July 1, 2003 PowerPoint Presentation | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0180 | CPT-D 017977 - CPT-D 017986 | (PX-216) ESD in LCD Process Array Design Group Cell Dep. of T2 Product Division | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0181 | CPT-D 018151 | Circuit schematic diagrams | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0182 | CPT-D 018688 | (PX-221) Email from Liuwh to Houss, et. al. regarding L1 154WA03 dated March 9, 2004 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0183 | CPT-D 018726 | Mask Files on CD ROM produced by Howrey | No objection | No objection | |
| PTX 0184 | CPT-D 019296 - CPT-D 019300 | Array Design Spec: CLAA070WA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0185 | CPT-D 019301 - CPT-D 019306 | Array Design Spec: CLAA140WA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0186 | CPT-D 019307 - CPT-D 019308 | Array Design Spec: CLAA141WB02 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0187 | CPT-D 019321 - CPT-D 019324 | Array Design Spec: CLAA201VA07 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0188 | CPT-D 027820A | Mask Files on CD ROM produced by Howrey | To be provided | To be provided | |
| PTX 0189 | CPT-D 028626 - CPT-D 028641 | Array Design Spec: L1 201WA | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0190 | CPT-D 028642 - CPT-D 028654 | (PX-204) LCD (TFT) LCD Standard 150XP COF Array dated March 5, 2003 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0191 | CPT-D 028678 - CPT-D 028704 | Array Design Spec: CLAA190EA05 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0192 | CPT-D 028833 - CPT-D 028841 | Mask Files on CD ROM produced by Howrey | 105, 901 | 105, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
LG.PHILIPS LCD CO., LTD.,v.
TATUNG COMPANY, et al.,

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0193 | CPT-D 028842 | Module Assembly CAD Files (Kroll Ontrack BM #39961) | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0194 | CPT-D 028843 | Module Assembly CAD Files (Kroll Ontrack BM #39962) | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0195 | CPT-D 028844 | Module Assembly CAD Files (Kroll Ontrack BM #39963) | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0196 | CPT-D 028845 | Module Assembly CAD Files (Kroll Ontrack BM #40047) | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0197 | CPT-D 028846 | Mask Files on CD ROM produced by Howrey on April 7, 2006 | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0198 | CPT-D 029367 - CPT-D 029396 | Array Design Spec: CLAA070WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0199 | CPT-D 029397 - CPT-D 029411 | Array Design Spec: T2 170EA02/03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0200 | CPT-D 029412 - CPT-D 029420 | Array Design Spec: 170EA02/03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0201 | CPT-D 029421 - CPT-D 029453 | Array Design Spec: CLAA090WB01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0202 | CPT-D 029454 - CPT-D 029499 | Array Design Spec: CLAD080WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0203 | CPT-D 029500 - CPT-D 029529 | Array Design Spec: CLAA070WB01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0204 | CPT-D 029530 - CPT-D 029531 | Array Design Spec: 170EA02/03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0205 | CPT-D 029532 - CPT-D 029546 | Array Design Spec: L1B 320WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0206 | CPT-D 029551 - CPT-D 029578 | Array Design Spec: CLAA070VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0207 | CPT-D 029579 - CPT-D 029614 | Array Design Spec: CLAA018QCA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0208 | CPT-D 029615 - CPT-D 029629 | Array Design Spec: 17ES01 (L1B) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0209 | CPT-D 029630 - CPT-D 029644 | Array Design Spec: 201WA03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0210 | CPT-D 029645 - CPT-D 029656 | Array Design Spec: 201WA03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Page 12

Appendix 1A
LPL's Trial Exhibits
LG.PHILIPS LCD CO., LTD.,v.
TATUNG COMPANY, et al.,

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0211 | CPT-D 029657 - CPT-D 029662 | Array Design Spec: 170ES01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0212 | CPT-D 029663 - CPT-D 029679 | Array Design Spec: L2 32WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0213 | CPT-D 029680 - CPT-D 029696 | Array Design Spec: L2 32WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0214 | CPT-D 029697 - CPT-D 029710 | Array Design Spec: 150XP (150XP01~03, 150XP01C, 150XP01P) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0215 | CPT-D 029711 - CPT-D 029738 | Array Design Spec: CLAA190EA05Q | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0216 | CPT-D 029743 - CPT-D 029778 | Array Design Spec: CLAA018QQA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0217 | CPT-D 029781 - CPT-D 029816 | Array Design Spec: CLAA090WA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0218 | CPT-D 029817 - CPT-D 029830 | Array Design Spec: 150XP (150XP01~03, 150XP01C, 150XP01P) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0219 | CPT-D 029831 - CPT-D 029845 | Array Design Spec: L1A 154WB04 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0220 | CPT-D 029854 - CPT-D 029890 | Array Design Spec: CLAD022QA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0221 | CPT-D 029891 - CPT-D 029923 | Array Design Spec: CLAD064VGA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0222 | CPT-D 029924 - CPT-D 029941 | Array Design Spec: L2 37WA02 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0223 | CPT-D 029973 - CPT-D 030004 | Array Design Spec: CLAA070WQA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0224 | CPT-D 030005 - CPT-D 030037 | Array Design Spec: CLAA015SQA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0225 | CPT-D 030042 - CPT-D 030079 | Array Design Spec: CLAA024QVA03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0226 | CPT-D 030088 - CPT-D 030141 | Array Design Spec: CLAA022QVA03 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0227 | CPT-D 030142 - CPT-D 030178 | Array Design Spec: CLAD022QA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0228 | CPT-D 030181 - CPT-D 030213 | Array Design Spec: CLAA0155QA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0229 | CPT-D 030216 - CPT-D 030242 | Array Design Spec: T1 150XN01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0230 | CPT-D 030243 - CPT-D 030268 | Array Design Spec: CLAA201VA07 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0231 | CPT-D 030278 - CPT-D 030295 | Array Design Spec: L1 154WA06A | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0232 | CPT-D 030311 - CPT-D 030338 | Array Design Spec: CLAA190EA05 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0233 | CPT-D 030339 - CPT-D 030366 | Array Design Spec: CLAA190EA05 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0234 | CPT-D 030367 - CPT-D 030380 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0235 | CPT-D 030381 - CPT-D 030411 | Array Design Spec: CLAA090VA01 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0236 | CPT-D 031568 - CPT-D 031590 | Panel Design Spec: CLAA070WA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0237 | CPT-D 031591 - CPT-D 031613 | Panel Design Spec: CLAA070WA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0238 | CPT-D 031626 - CPT-D 031647 | Panel Design Spec: CLAA070WB01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0239 | CPT-D 031675 - CPT-D 031693 | Panel Design Spec: 170EA02 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0240 | CPT-D 031704 - CPT-D 031716 | Panel Design Spec: T1 090WB01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0241 | CPT-D 031717 - CPT-D 031729 | Panel Design Spec: 022 QA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0242 | CPT-D 031759 - CPT-D 031773 | (PX-206) Panel Design Spec: T2 150XP01C | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0243 | CPT-D 031774 - CPT-D 031789 | Panel Design Spec: CLAA201WA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0244 | CPT-D 031790 - CPT-D 031806 | Panel Design Spec: 170ES01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0245 | CPT-D 031842 - CPT-D 031856 | Panel Design Spec: 090WA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0246 | CPT-D 031857 - CPT-D 031865 | Panel Design Spec: 018QCA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |

Page 14

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0247 | CPT-D 031866 - CPT-D 031873 | Panel Design Spec: 170EA07 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0248 | CPT-D 031874 - CPT-D 031890 | Panel Design Spec: CLAA170EA07Q | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0249 | CPT-D 031891 - CPT-D 031897 | Panel Design Spec: 170EA07Q | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0250 | CPT-D 031898 - CPT-D 031912 | Panel Design Spec: T2 190EA05Q | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0251 | CPT-D 031913 - CPT-D 031918 | Panel Design Spec: 022QA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0252 | CPT-D 031929 - CPT-D 031946 | Panel Design Spec: 154WB04/04A | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0253 | CPT-D 031947 - CPT-D 031955 | Panel Design Spec: 090WA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0254 | CPT-D 031966 - CPT-D 031979 | Panel Design Spec: 201VA07 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0255 | CPT-D 031984 - CPT-D 031991 | Panel Design Spec: 170ES01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0256 | CPT-D 031992 - CPT-D 032008 | Panel Design Spec: 320WB02 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0257 | CPT-D 032009 - CPT-D 032023 | Panel Design Spec: T2 150XP01P | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0258 | CPT-D 032024 - CPT-D 032030 | Panel Design Spec: 090VA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0259 | CPT-D 032047 - CPT-D 032057 | (PX-205) Design Specification 150XP01/02/03/01C/0IP | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0260 | CPT-D 032058 - CPT-D 032067 | Panel Design Spec: 018QA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0261 | CPT-D 032068 - CPT-D 032085 | Panel Design Spec: 320WA01C | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0262 | CPT-D 032086 - CPT-D 032100 | Panel Design Spec: 018QQA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0263 | CPT-D 032101 - CPT-D 032117 | Panel Design Spec: CLAA070VA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0264 | CPT-D 032118 - CPT-D 032132 | Panel Design Spec: T2 141WB02 | 802, 901 | 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.
TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0265 | CPT-D 032158 - CPT-D 032174 | Panel Design Spec: 320WA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0266 | CPT-D 032178 - CPT-D 032183 | Panel Design Spec: 170ES01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0267 | CPT-D 032191 - CPT-D 032205 | Panel Design Spec: 022QVA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0268 | CPT-D 032217 - CPT-D 032221 | Panel Design Spec: 022QVA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0269 | CPT-D 032231 - CPT-D 032237 | Panel Design Spec: 070WA03 T2 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0270 | CPT-D 032258 - CPT-D 032272 | Panel Design Spec: 024QVA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0271 | CPT-D 032273 - CPT-D 032281 | Panel Design Spec: 150XN01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0272 | CPT-D 032300 - CPT-D 032314 | Panel Design Spec: T1 150XN01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0273 | CPT-D 032315 - CPT-D 032329 | Panel Design Spec: L2 370WA02 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0274 | CPT-D 032343 - CPT-D 032357 | Panel Design Spec: T2 19EA05 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0275 | CPT-D 032358 - CPT-D 032372 | Panel Design Spec: T2 19EA05 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0276 | CPT-D 032384 - CPT-D 032400 | Panel Design Spec: CLAA171WA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0277 | CPT-D 032416 - CPT-D 032430 | Panel Design Spec: T2 140WA01A | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0278 | CPT-D 032431 - CPT-D 032445 | Panel Design Spec: T2 140WA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0279 | CPT-D 032446 - CPT-D 032461 | Panel Design Spec: CLAA154WA06/06A | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0280 | CPT-D 032500 - CPT-D 032513 | Panel Design Spec: 150PB03A (T1) | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0281 | CPT-D 032526 - CPT-D 032538 | Panel Design Spec: 080WA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0282 | CPT-D 032560 - CPT-D 032574 | Panel Design Spec: T1 090VA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |