Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0283 | CPT-D 032753 - CPT-D 032785 | Array Design Spec: CLAA015SQA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0284 | CPT-D 032815 - CPT-D 032831 | Panel Design Spec: 070WA03; 070WA01; CLAA018QQA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0285 | CPT-D 033519 - CPT-D 033533 | Panel Design Spec: T2 070WA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0286 | CPT-D 033557 - CPT-D 033571 | Panel Design Spec: CLAA040WQA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0287 | CPT-D 033585 - CPT-D 033599 | Panel Design Spec: 015SQA01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0288 | CPT-D 033640 | STR Files on CD ROM produced by Howrey | To be provided | To be provided | |
| PTX 0289 | | (CAPX-098) CPT Label for CLAA150PB01 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0290 | T-D 002548 | (PX-002 Hang Hui Hu) Report of Components Test dated February 11, 2003 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0291 | | (PX-208) E150XJ01.str color prints | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0292 | | (PX-209) Color Printout of E150XJ01/E150XJ | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0293 | | (PX-210) Color Printout of E150XJ01/E150XJ | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0294 | | (PX-211) E150XJ01.str color prints: enlargements of gate TFT's and layers thereof. | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0295 | | (PX-237) Hand drawn sketches by Witness Ming-Hsuan Chang | 802 | 803 | |
| PTX 0296 | LPL 094716 - LPL 094847 | LPL reverse engineering photographs of CPT products | 901 | 901(a), 902 to the extent applicable | |
| PTX 0297 | | Motherglass Samples (produced on March 14, 2006)* | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0298 | | D018QC_1A.str D018QC_2A.str D018QC_3A.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0299 | | D018QF_1A.str D018QF_2A.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0300 | | D022QA_1A.str D022QA_2A.str D022QA_3A.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0301 | | CLAA040WA.str D040WA_1A.str D040WA_2A.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0302 | | D055WA01.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0303 | | D070VA_A1.str<br>D070VA_A2.str<br>D070VA_A3.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0304 | | D070A1D.str<br>D070A2D.str<br>D070A3D.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0305 | | D070A1F.str<br>D070A2F.str<br>D070A3F.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0306 | | D070A1F.str<br>D070A2F.str<br>D070A3F.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0307 | | D090VA01.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0308 | | D090V1A.str<br>D090V2A.str<br>D090V4A.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0309 | | D090W1A1.str<br>D090W1A2.str<br>D090W1A3.str<br>D090W1A4.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0310 | | D090WD01_1A.str<br>D090WD01_2A.str<br>D090WD01_3A.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0311 | | D121W1A.str<br>D121W2A.str<br>D121W3A.str<br>D121W4A.str<br>D121W5A.str<br>D121W6A.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0312 | | E130AA_1.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0313 | | E140WA01.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0314 | | 141WB02.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0315 | | D141EA.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0316 | | D141 EB2.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0317 | | C141XC.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0318 | | D141YT.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0319 | | D141HA.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0320 | | F141XD2.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0321 | | D141YP.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0322 | | D141 H1 B3.str<br>D141 H2B3.str<br>D141 H3B3.str<br>D141 H4B3.str<br>D141 H5B3.str<br>D141 H6B3.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0323 | | D150E2B1.str<br>D150E2B2.str<br>D150E2B3.str<br>D150E2B4.str<br>D150E2B5.str<br>D150E2B6.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0324 | | D150E1E.str<br>D150E2E.str<br>D150E3E.str<br>D150E4E.str<br>D150E5E.str<br>D150E6E.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0325 | | D150XW1.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0326 | | D150GF.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0327 | | D150GB.STR | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0328 | | D150XY2.str<br>E150XG2.str<br>F150XA.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0329 | | D150X1U.STR<br>D150X2U.STR<br>D150X3U.STR<br>D150X4U.STR<br>D150X5U.STR<br>D150X6U.STR<br>E150XH.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0330 | | D 150X1Z.str<br>D150X2Z.str<br>D150X3Z.str<br>D150X4Z.str<br>D150X5Z.str<br>D150X6Z.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0331 | | D150G1C.str<br>D150G2C.str<br>D150G3C.str<br>D150G4C.str<br>D150G5C.str<br>D150G6C.str<br>E150XJ01.str<br>E150XJ3.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0332 | | E154WA_OK.str<br>F 154WB.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0333 | | N154WB_0929.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0334 | | F170ED_GAP10.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0335 | | F170EC3.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0336 | | G170EA_4S_Final.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0337 | | N170ES_1227.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0338 | | F171WA2.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0339 | | D181EA. str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0340 | | D 181XB.str<br>E 181XA.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0341 | | E190EA01.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0342 | | E190EB-E1.str<br>E190EB-E2.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0343 | | E190EA05.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0344 | | E201VA02.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0345 | | F201WA2.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0346 | | G201WA_0831.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0347 | | F260WA01_1029.str<br>F260WA01_0425.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0348 | | F295WA11.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0349 | | F320WA01.str<br>F320WA02.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0350 | | C320WA01.str<br>C320WA02.str<br>C320WA03.str<br>C320WA04.str<br>C320WA05.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0351 | | G320WA01.str<br>G320WA02.str<br>G320WA03.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0352 | | F370WA01.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0353 | | F370WA01.str<br>F370WA02.str<br>F370WA03.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0354 | | G370WA02.str | 105, 901 | 105, 901(a), 902 to the extent applicable | |
| PTX 0355 | LPL 094898 -<br>LPL 096168 | LPL reverse engineering photographs of CPT products | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0356 | | Motherglass samples produced by CPT (Invoice Nos. E0610562 and T0610314 dated March 14, 2006) | No objection | No objection | |
| PTX 0357 | CPT-D 028994 | CD ROM produced by Defendants | No objection | No objection | |
| PTX 0358 | T-D 002529 -<br>T-D 002547 | "Chunghwa Picture Tubes, Ltd. Technical Specification" to Tatung, dated September 26, 2001, re: "CPT TFT-LCD CLAA150XE01" | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0359 | T-D 002549 -<br>T-D 002565 | "Chunghwa Picture Tubes, Ltd. Technical Specification" to Tatung, dated January 27, 2003, re: "CPT TFT-LCD CLAA150XG01" | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0360 | T-D 002567 -<br>T-D 002585 | (PX-243) Tatung Specification for Approval TFT-LCD Module/ Type Number CLAA150XG02 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0361 | T-D 003412 -<br>T-D 003416 | Service Center Agreement between Tatung Company and TMX Logistics Inc. for eMachines LCM repairs | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0362 | LPLII 104471 -<br>LPLII 104474 | CPT press release and advertisement regarding sidemount lawsuit dated July 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0363 | | CAD files produced by Defendants on CD ROM (enclosed with November 9, 2004 letter from H. Fan to A. Wu and R. Meuer) | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0364 | | Tatung monitor L17AMTN Module: CPT CLAA170EA02 (Sample Purchase by LPL) | 901 | 901(a), 902 to the extent applicable | |
| PTX 0365 | | (PX-251) (CHINESE) San-Chi Yang's name, other Chinese names in Chinese Characters | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0366 | T-D 000921 -<br>T-D 000934 | (PX-242) L15CCAT/L15CCAM and L15CNAT/L15CNAM Serial | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0367 | T-D 001131 - T-D 001141 | L19FCBT-U12 Wal-Mart (CPT LVDS Panel) Alignment/Inspection Specification | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0368 | T-D 001864 - T-D 001919 | (PX-108) Service Manual: Model No. L17AMTN, 17" Color TFT LCD Display Mstar scaler/CPT Panel | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0369 | T-D 000956 - T-D 000967 | (PX-107) L15FCBT-U02. WalMart (CPT RSDS Panel) Specification | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0370 | CPT 051495 - CPT 051499 | (CHINESE) Diwan, Ernst & Young review and verification report to CPT for Year 1998 and 1997 on benefits and loss; shareholder rights and cash flow etc. | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0371 | CPT 271812 - CPT 272019 | (CHINESE): CPT Year 2002 annual report published on May 10, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0372 | CPT 272063 - CPT 272275 | (CHINESE): CPT Year 2003 annual report published on April 30, 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0373 | CPT 272276 - CPT 272499 | (CHINESE): CPT Letter from President to shareholders with regard to year 2000 performance and goals for 2001. | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0374 | CPT 272500 - CPT 272553 | (CHINESE): CPT's 2002 shareholder meeting agenda | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0375 | CPT 272554 - CPT 272584 | (CHINESE): CPT Year 2004 shareholder meeting discussion notes dated June 16, 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0376 | CPT 272645 - CPT 272775 | (CHINESE): CPT Year 1998 and 1999 Financial Report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0377 | CPT 272776 - CPT 272840 | (CHINESE): CPT Year 1998 and 1999 Consolidated Financial Report and Accountant Audit Report for CPT and its subsidiaries | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0378 | CPT 272841 - CPT 272905 | (CHINESE): CPT Quarterly financial report and accountant review report--January 1 through March 31, 1999 and Jan 1 through March 31, 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0379 | CPT 272906 - CPT 273027 | (CHINESE): CPT First half year of 2000 financial report and accountant verification report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0380 | CPT 273028 - CPT 273094 | (CHINESE): CPT Quarterly financial report and accountant review report--January 1--Sept 30, 2000 and Jan 1--Sept 30, 1999 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0381 | CPT 273095 - CPT 273226 | (CHINESE): CPT Financial Report for 2000 and 1999 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0382 | CPT 273227 - CPT 273297 | (CHINESE): CPT and its subsidiaries, consolidated financial report and accountant verification report for 1999 and 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0383 | CPT 273298 - CPT 273368 | (CHINESE): CPT Quarterly financial report and accountant review report--January 1 through March 31, 2000 and January 1 through March 31, 2001 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0384 | CPT 273369 - CPT 273482 | (CHINESE): CPT First half year of 2000 & 2001 financial report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0385 | CPT 273483 - CPT 273679 | (CHINESE): CPT Year 2001 annual report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0386 | CPT 273680 - CPT 273887 | (CHINESE): CPT Year 2002 annual report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0387 | CPT 273888 - CPT 274100 | (CHINESE): CPT Year 2003 annual report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0388 | CPT 274101 - CPT 274167 | (CHINESE): CPT and its subsidiaries, consolidated financial report and accountant verification report for 2003 and 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0389 | CPT 274168 - CPT 274366 | (CHINESE): CPT and its subsidiaries, consolidated financial report and accountant verification report for 2002 and 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0390 | CPT 274490 - CPT 274627 | (CHINESE): CPT Financial Report 2000 and 2001 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0391 | CPT 274628 - CPT 274702 | (CHINESE): CPT and its subsidiaries, consolidated financial report and accountant verification report for 2000 and 2001 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0392 | CPT 274703 - CPT 274766 | (CHINESE): CPT Quarterly financial report and accountant review report--January 1 through March 31, 2001 and January 1 through March 31, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0393 | CPT 274767 - CPT 274833 | (CHINESE): CPT Quarterly financial report and accountant review report--January 1 through September 30, 2001 and Jan 1 through September 30, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0394 | CPT 274834 - CPT 275021 | (CHINESE): CPT Annual Report Year 2001 and 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0395 | CPT 275022 - CPT 275088 | (CHINESE): CPT Quarterly financial report and accountant review report--January through March 31, 2002 and January 1, through March 31, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0396 | CPT 275089 - CPT 275184 | (CHINESE): CPT First half year of 2001 and 2002 financial report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0397 | CPT 275185 - CPT 275293 | (CHINESE): CPT First half year of 2002 and 2003 financial report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0398 | CPT 275294 - CPT 275360 | (CHINESE): CPT Quarterly financial report and accountant review report--January 1 through September 30, 2002 and Jan 1 through September 30, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0399 | CPT 275361 - CPT 275486 | (CHINESE): CPT Financial Report of Year 2003 and 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0400 | CPT 275487 - CPT 275545 | (CHINESE): CPT and its subsidiaries, consolidated financial report and accountant verification report for 2002 and 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0401 | CPT 275546 - CPT 275607 | (CHINESE): CPT Financial Report and Accountant verification report from January 1 through March 31, 2003 and January 1 through March 31, 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0402 | CPT 275608 - CPT 275713 | (CHINESE): CPT First half year of 2004 and 2003 financial report and accountant report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0403 | CPT 275714 - CPT 275781 | (CHINESE): CPT Financial Report and accountant report from January 1 through September 30, 2004 and January 1 through September 30, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0404 | CPT 275782 - CPT 275888 | (CHINESE): CPT Financial Report Year 2004 and 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0405 | CPT 275889 - CPT 275955 | (CHINESE): CPT and its Subsidiaries Consolidated Financial Report and Accountant Verification Report--Year 2004 and 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0406 | CPT 275956 - CPT 276038 | (CHINESE): Other matters for disclosure for Year 2004 of CPT | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0407 | CPT 271615 - CPT 271811 | (CHINESE): CPT Year 2001 annual report published on April 30, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0408 | CPT-D 034089 - CPT-D 034161 | (PX-110) CPT's Q1 2006 Sales Chart | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0409 | | (PX-037) CPT's consolidated financial statements for six-month periods ending June 30, 2004 and 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0410 | CPT-D 027559 | CPT sales chart /Invoice | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| **PTX 0411** | **CPT-D 004461 - CPT-D 005241** | **(PX-111) CPT Financial Information/ sales chart organized by customers** | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0412 | CPT 271223 - CPT 271278 | (CHINESE)- Organizational Chart and various other documents; President's letter to Shareholders for Year 2000 annual performance and 2001 goals | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0413 | CPT 271279 - CPT 271390 | (CHINESE)- Organizational chart and various other documents; President's letter to Shareholders for Year 2000 annual performance and 2001 goals | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0414 | CPT 271391 - CPT 271614 | (CHINESE)- Organizational chart and various other documents; President's letter to Shareholders for Year 2000 annual performance and 2001 goals | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0415 | LPLII 104475 - LPLII 104723 | Financial Information from CPT's Website | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0416 | T-D 003417 - T-D 003420 | Service Center Agreement between Tatung Company and TMX Logistics Inc. for MEI LCM repairs | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0417 | CPT-D 004345 - CPT-D 004370 | CPT sales chart for CLAA150XA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0418 | SUB-VS 000135 - SUB-VS 000136 | Tatung Sales Chart- Viewsonic Americas Sales Chart | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0419 | TCT 000052 | (CAPX-016) Charts containing Tatung's Sales Information from 1999 to 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0420 | TCA 000722 - TCA 000833 | Quarterly sales information by Customer (Tatung Company) between 1st Quarter 2001 and 4th Quarter 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0421 | T-D 000004 | Tatung LCD TV Sales Record from January through May 1994 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0422 | T-D 003421 - T-D 003424 | Service Center Agreement between Tatung Company and TMX Logistics Inc. for MEI LCM repairs | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0423 | T-D 003257 - T-D 003258 | JVC Purchase Order Breakdown dated March 17, 2006 and May 16, 2006 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0424 | T-D 003259 - T-D 003265 | Exhibits to the Radio Shack Vendor Agreement dated December 8, 2004 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0425 | T-D 002953 - T-D 002954 | Tatung LCM Sales Record prior to April 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0426 | | (PX-091) Tatung Sales from 1999-2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0427 | T-D 000196 - T-D 000256 | (PX-092) Tatung LCM Sales Record from 1989-1994 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0428 | T-D 002795 - T-D 002861 | (PX-093) Tatung LCM Sales Record 1999-2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0429 | T-D 002862 - T-D 002884 | (PX-094) Tatung LCM Sales Record 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0430 | T-D 003234 - T-D 003247 | (PX-095) Tatung LCM Sales Record 1994-1995 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0431 | T-D 000004, T-D 002885- T-D 002888 | (PX-096) Tatung LCD TV Sales Record 1994 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0432 | LPL 025673 - LPL 025674 | November 27, 2002 letter from the law firm of Morgan Lewis to Chi Mei Optoelectronics | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0433 | LPLII 103263 - LPLII 103798 | LG.Philips LCD Co. Financial Information provided to potential investors, including March 2006 Company Overview, LPL's May 2006 Form 6-K, Interim Non-Consolidated Financial Statements for 2005 and 2006, LPL's March 2006 Form 6-K, LPL's April 2005 Form 6-K, and LPL's July 2004 Prospectus Summary | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0434 | T-D 002885 - T-D 002888 | Tatung LCD TV Sales Record | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0435 | SUB-VS 000095 - SUB-VS 000132 | (PX-010) Tatung Company invoices and packing lists dated December 4-10, 2001 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0436 | | (PX-003) ViewSonic's Corporation form 10-K for the year ended December 31, 2005 | 901 | 901(a), 902 to the extent applicable | |
| PTX 0437 | | (PX-071) CPT's First Quarter 2006 Result Investor Conference | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0438 | | (PX-076) CPT Monthly Sales Announcement | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0439 | T-D 002947 - T-D 002949 | (PX-084) List of Tatung Company Products (Non-USA) | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0440 | T-D 000043 - T-D 000054 | (PX-097) Tatung LCD Monitor Sales Record 2002-2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0441 | CPT-D 000252 | CPT Invoices to Paneltronix Inc. dated February 15, 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0442 | CPT-D 002606 | CPT Invoices to Paneltronix Inc. dated February 16, 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0443 | CPT-D 003912 - CPT-D 003999 | (PX-064) Invoices produced by CPT to U.S. customers on various dates | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0444 | CPT-D 027720 - CPT-D 027772 | (PX-065) CPT Invoices to U.S. customers Amkotron Inc., Network Technologies Inc., dated September through October 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0445 | LPLII 103257 - LPLII 103262 | January 3, 2006 and January 2, 2002 Federal Reserve Statistical Releases: Foreign Exchange Rates (Annual) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0446 | VS-D 008415 - VS-D 008457 | April 3, 2002 e-mail from Dundee Hsieh of CPT to Mr. Chu of ViewSonic, forwarding presentation materials discussing partnership between ViewSonic and CPT, which includes worldwide and regional demand forecasting | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0447 | VS-D 007797 - VS-D 007798 | (PX-026) ViewSonic Corporation's US Sales | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0448 | VS-D 007797 - VS-D 007798 | (PX-027) ViewSonic Corporation's US Sales | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0449 | SUB-VS 000136 | (S Wang PX-032) ViewSonic America's Jan-2002 - Dec-2004 U.S. Sales of Tatung-manufactured LCD products | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0450 | CPT 008461 - CPT 008467 | (CAPX-145) Product Development Meeting dated September 25, 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0451 | CPT 162139 - CPT 162141 | (PX-063) Dell Supplier Survey of CPT | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0452 | CPT 015758 - CPT015761 | (CAPX-146) HP and CPT Meeting on November 3, 1999 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0453 | CPT 042019 - CPT 042021 | TFT Customer Contact Report | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0454 | CPT 088981 | (CAPX-082) Dell FPM Visit Report dated November 8, 2001 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0455 | CPT-D 019757 | (Chinese) ViewSonic, info communication | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0456 | VS-D 001897 | (S Wang PX-032) Engineering Change Form No. 3785, Product VA720, Model VLCDS23895-3W, Supplier: Jean dated August 20, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0457 | VS-D 003074 - VS-D 003085 | (PX-022) ViewSonic Corporation Acceptance Specs for LCD panel modules, Panel Model # CLAA150XG 02, Product VE155/VA520-2 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0458 | VS-D 004641 - VS-D 004642 | (PX-024) Engineering Change Form No. 4933: Product VX715, Model VS10057, Supplier TPV | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0459 | VS-D 004859 - VS-D 004870 | ViewSonic Corporation Acceptance Specs for LCD panel modules, Panel Model # CLAA150XG 02, Product VG500b | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0460 | VS-D 004983 - VS-D 004985 | (S Wang PX-017) Acceptance Specs for LCD panel modules Product VX710 Panel Model #: CPT CLAA170EA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0461 | VS-D 005348 - VS-D 005360 | (PX-014) ViewSonic Corporation Acceptance Specs for LCD panel modules Product VE710s/b and VA721, Panel Model # CLAA170EA03QV | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0462 | T-D 000070 - T-D 000089 | (PX-079) Specs on Tatung Company Products such as Tablet PCs, LCD monitors, servers, etc. | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| **PTX 0463** | **CPT 061904** | **(CAPX-144) CPT Business report regarding Dell evaluating CPT's TFT LCD plant dated August 10, 1999.** | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0464 | CPT 091772 - CPT 091776 | (CAPX-080) Trip Report dated January 10, 2001 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0465 | CPT 125919 - CPT 125934 | (CAPX-087) CPT's sales presentation packet for clients | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0466 | CPT-D 004000 | (CHINESE) Travel Application by Zhao Zhijian for Trip to Denver for SPIE Annual Meeting July 1988 for 6 days | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0467 | CPT-D 004001 | (CHINESE) Travel Application for Zheng to ADI SPC Meeting in Japan and Sequel USA in July 1999 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0468 | CPT-D 004005 | Travel Application for Zhao Zhijian, Zhuang Yinghong and Su Keqiang to Chicago for screen and lens measurement equipment in February of 1989 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0469 | CPT-D 004006 | Travel Application for Zheng Qingwen to Chicago for CAMCO visit in February of 1989 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0470 | CPT-D 019732 - CPT-D 019953 | (PX-075) (CHINESE) Applications for going overseas | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0471 | VS-D 008459 - VS-D 008501 | April 3, 2002 e-mail from Tony Cheng of CPT to Messrs Chu and McConnaughey of ViewSonic, forwarding presentation materials discussing partnership between ViewSonic and CPT, which includes worldwide and regional demand forecasting | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| **PTX 0472** | **CPT-D 034237 - CPT-D 034831** | **(Chinese) CPT documents given to potential investors** | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0473 | CPT-D 005780 - CPT-D 005795 | (PX-070) (CHINESE) CPT document showing specifications for customers - Module sales chart | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0474 | CPT-D 002476 - CPT-D 002487 | CPT Repair Services Agreement Solectron dated April 24, 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0475 | CPT-D 002488 - CPT-D 002605 | (PX-067) CPT Reported Defects log from CPT Customers (Distributors)? | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0476 | CPT 061904 | (CAPX-081) Request from Dell to Come to Taiwan to Audit CPT'S Plant dated August 10, 1998 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| **PTX 0477** | **CPT 087018 - CPT 087020** | **(CAPX-137) Business Trip Report dated January 9, 2001** | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0478 | CPT 088909 - CPT 088910 | (CAPX-085) October 29, 2002 Direct Clients of CPT | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| **PTX 0479** | **CPT 126003 - CPT 126004** | **(CAPX-139) Meeting Report. Meeting with Compaq Computer Procurement Manager on May 24, 1999 with regard to Compaq Product Strategic Meeting on every other year. The meeting covers the FPD demand, US and global market, new product directions, etc** | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0480 | CPT-D 004003 | (CHINESE) August 10, 1999 Letter from Jean Co., Ltd. regarding Viewsonic | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0481 | CPT-D 004008 | Travel Application for Yuan Yong Xin, Zhang Shangmin, Huang Jinzhou, Zhong Zhao Qi, and Dia Fujia to visit solectron RMA, AM Incline in United States in February of 1989 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| **PTX 0482** | CPT 126000 | **(CAPX-138) Sales representative report on visit to client Dell** | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0483 | CPT 132849 - CPT 132850 | (CAPX-135) Foreign Trip Report dated October 8, 2001 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0484 | CPT 132983 - CPT 132984 | (CAPX-147) Customer Visit Report dated August 21, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0485 | CPT-D 004002 | (CHINESE) Travel Application for Zhong Zhao Qi to US for ViewSonic Meeting in August 1999 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0486 | CPT-D 004004 | Travel Application for Zheng Wen Jun to Seattle and Houston for MKA and Compaq visit in December of 1988 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0487 | CPT-D 004007 | Travel Application for Qiu Chuang Yi and Zhu Jing Peng visit Dell, Compaq Apple Imac and IBM at various locations in United States in March of 1989 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0488 | CPT-D 004371 - CPT-D 004377 | (PX-066) Chart titled "CPT TFT Payable Shipments to USA" dated January 1, 1999 through May 9, 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0489 | CPT-D 004102 | CPT Invoices to U.S. customers Landmark Technology dated March 24, 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0490 | CPT 268451 | (CAPX-166) Work report while in the United States. | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0491 | CPT-D 034832 - CPT-D 035178 | Offering Circular for investors interested in purchasing bonds that contains CPT financial information, future expansion plans, and business strategy. Global Coordinator & Bookrunner: ABN AMRO Rothschild. November 14, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0492 | TCT 000001 - TCT 000020 | (CAPX-030) Catalogue of Tatung Products: Manual titled "Live with Style" from Tatung Company regarding Multiplemedia Portable Entertainment | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0493 | CPT-D 035179 - CPT-D 035789 | (Chinese) CPT documents given to potential investors | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0494 | CPT-D 035790 - CPT-D 036233 | (Chinese) CPT documents given to potential investors | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0495 | CPT 262080 - CPT 262085 | (CAPX-093) CPT produced brochure of CPT TFT LCD specs. | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0496 | CPT 268367 - CPT 268368 | (CAPX-159) Memorandum of Conditional Authorization for Service Provider between CPT and Amkotron, Inc. dated October 9, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0497 | CPT 268367 - CPT 268368 | (PX-112) Memorandum of Conditional Authorization for Service Provider between CPT and Amkotron, Inc. dated 1999 through 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0498 | CPT 268369 - CPT 268380 | (CAPX-158) Repair Services Agreement between CPT and Solectron dated April 24, 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.
TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0499 | TCA 000863 - TCA 000880 | (CAPX-010) Specification report for CPT TFT LCD module CLAA170EA02. Issued October 16, 2002 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0500 | TCA 000898 | (CAPX-004) Technical Specification for CPT TFT LCD CLAA150XG02 for Tatung dated May 14, 2002 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0501 | TCA 000933 - TCA 000951 | (CAPX-009) Specification report for a CPT LCD module CLAA150XA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0502 | VS-D 001883 - VS-D 001896 | (PX-020) ViewSonic Corporation Acceptance Specs for LCD panel modules, Panel Model # CPT CLAA 170EA02, VG Product VA720-1 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0503 | VS-D 003366 - VS-D 003370 | ViewSonic VE155 Product advantages/disadvantages, product ID drawings | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0504 | VS-D 003611 - VS-D 003653 | Service Manual for ViewSonic VE175-2, VE175b-2 17" TFT LCD Display | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0505 | VS-D 004542 - VS-D 004554 | (PX-018) ViewSonic Corporation Acceptance Specs for LCD panel modules, Product VX715, Panel Model # CPT CLAA170EA02 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0506 | VS-D 004567 - VS-D 004580 | (PX-013) ViewSonic Corporation Acceptance Specs for LCD panel modules Product VX715, Panel Model # CPT CLAA170EA02Q | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0507 | VS-D 005400 - VS-D 005412 | (PX-012)ViewSonic Corporation Acceptance Specs for LCD panel modules Product VE710s/b-2 and VA721, Panel Model # CLAA170EA08Q | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0508 | VS-D 006614 - VS-D 006626 | (PX-015) ViewSonic Corporation Acceptance Specs for LCD panel modules Panel Model # CLAA150XG 08V, Product VA521/VE510s-2/VE510b-2 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0509 | VS-D 006979 - VS-D 006982 | (PX-019) ViewSonic Corporation Acceptance Specs for LCD panel modules, Product VE710s/b and VA721, Panel Model # CLAA170EA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0510 | VS-D 007277 - VS-D 007289 | (PX-016) ViewSonic Corporation Acceptance Specs for LCD panel modules, Product VX710, Panel Model # CPT CLAA170EA03 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0511 | TAT 008909 | (CAPX-004) Part list and diagrams showing assembly of products. | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0512 | TAT 009348 | (CAPX-005) Technical Specification of CPT TFT LCD CLAA150XG08 dated October 9, 2002. | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0513 | TAT 009424 | (CAPX-010) Chart containing Mechanical Work Specifications. | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0514 | T-D 002586 - T-D 002605 | (PX-244) Report of Components Test dated November 12, 2003. | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0515 | CPT 093770 | (CAPX-353) ViewSonic Acceptance of Specs for LCD Panel Modules dated January 9, 2001 | 802, 901 | 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0516 | CPT 042022 - CPT 042024 | (CHINESE) Chart with module numbers- SPWG machine type; OEM clients and completion of products | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0517 | CPT 042042 - CPT 042044 | (CHINESE) N/B Panel Plan forecast | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0518 | CPT 042045 - CPT 042046 | New Product Development Schedule dated June 6, 2001 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0519 | CPT 042124 - CPT 042128 | Presentation titled "Qualification Plan for FPM use Panel" dated March 28, 2001 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0520 | CPT 042135 | Chart with Module Numbers | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0521 | CPT 043107 - CPT 043131 | (CHINESE) November 25, 2002 top conference, CPT Strengthen the Development: 3 keys for competitiveness in LCD business: 1) technology (product, cost and IP); 2) capital (investment); 3 sales/marketing | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0522 | CPT 046553 | (CAPX-142) FPD Technology Presentation Meeting dated December 7, 2000 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0523 | CPT 050323 | (CAPX-083) February 23, 2000 Sales Coordination Report | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0524 | CPT 051260 - CPT 051261 | (CHINESE) Suppliers participating Da Zhong Computer Company's electronic system for supply chain agreement letter (no date) | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0525 | CPT 061905 | (CAPX-143) August 1, 1999 Email to Dundee Hsieh Regarding Audit Date | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0526 | CPT 062735 | (CHINESE): Buy-Back of CPT'S TFT-LCD | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| **PTX 0527** | **CPT 087718** | **(CAPX-140) Client Demand Information Sheet on Sept 2001: Client name: Compal Electronics; Product: 15" SXGA+ and demand: 20 K/m and specification and for Dell HP etc..** | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0528 | CPT 087720 | (CAPX-141) Market Investigation and Evaluation Sheet on product 15.0" SXGA+ for NBPC use covering market sales prediction (unit: KPCS); market price prediction (US$); selected numbers from assembling lines; each TFT plant development, concluding that in the market of sales, sales of 15"SXGA+ products has significant increase from Q1 of 2001 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0529 | CPT 088911 - CPT 088913 | (CAPX-084) Minutes of Product Development Meeting dated September 24, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0530 | CPT 132023 - CPT 132033 | Presentation: CPT Perspective of SPWGm, dated December 13, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0531 | CPT 132034 - CPT 132052 | Presentation: CPT Perspective of SPWGm 15", dated January 15, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0532 | CPT 132053 - CPT 132070 | Presentation: CPT Perspective of SPWGm 15", dated January 15, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0533 | CPT 132071 - CPT 132084 | Presentation: CPT Perspective of SPWGm 15", dated December 13, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0534 | CPT 132089 - CPT 132097 | Presentation: CPT Perspective of SPWGm, dated November 8, 2002 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0535 | CPT 185084 - CPT 185088 | (CHINESE)- CPT ADI Top Meeting dated November 11, 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0536 | CPT 270923 - CPT 271166 | U.S. Patent 6,304,432 B1 with file history; U.S. Patent 6,693,794 B2 with file history; Patent Indemnity Agreement between CPT and Jean Company Ltd. dated June 19, 2003; Patent Indemnity Agreement between CPT and Lite-On Technology Corp. dated June 10, 2003; Indemnification Agreement between CPT and Tatung Company dated July 2003 | 105, 402, 802, 901 | 105, 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0537 | CPT 271167 - CPT 271222 | (CHINESE)- CPT ADI Top Meeting November 11, 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0538 | CPT 277300 - CPT 277308 | CPT Company Profiles and Product Catalogues from CPT web-site | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0539 | CPT 277309 - CPT 277316 | Reference Price Information | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0540 | CPT 277317 - CPT 277328 | CPT Product Catalogues for Notebooks and LC TVs from CPT web-site | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0541 | CPT 277329 - CPT 277669 | (Chinese) Reference Price Information | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0542 | CPT 277670 - CPT 277674 | CPT LC Product Roadmap dated April 2006 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0543 | CPT 277675 - CPT 277678 | Reference Price Information for Module | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0544 | CPT 277679 - CPT 277711 | CPT LCD TV Product Roadmap Product Planning Management general division TFT Business March 2006 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0545 | CPT 277712 - CPT 277729 | CPTL Income Statement 2004 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0546 | CPT 277730 - CPT 277749 | Displaying your vision Quality, Innovative, Efficient for CPT | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0547 | CPT 277750 - CPT 277798 | Invoices for TFT January 2005 | 802, 901 | 803, 901(a), 902 to the extent applicable | |