Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0548 | CPT 277836 - CPT 277841 | Suppliers Surveys regarding Lead-Free Requirements | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0549 | CPT 277848 - CPT 277857 | Dell Controlled Document 7X435 Supplier Declaration on restricted or banned materials | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0550 | CPT 277858 - CPT 277859 | PCBA Complexity Calculation Tool FY04 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0551 | CPT 277891 - CPT 277908 | Supplier Quality and PCBA Test Engineering : Gage Repeatability & Reproducibility (GR&R) Analysis Procedure for Motherboard PCBAs dated June 26, 2003 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0552 | CPT 277940 - CPT 277948 | LCD Supplier Lead-Free Reliability Qualification Sheet Progress Self Tracking | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0553 | CPT 277958 - CPT 277963 | Supplier Enrollment Pack to HFDM | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0554 | CPT 277964 - CPT 277977 | Dell Lead free LCD Monitor Reliability Qualification Requirements | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0555 | CPT 277986 - CPT 277999 | Dell Lead free Supplier Assessment Toll Survey Instructions | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0556 | CPT 278412 - CPT 278450 | CPT LCD TV Product Roadmap Product Planning Management general division TFT Business March 2006 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0557 | CPT 278466 - CPT 278470 | Notebook Display Roadmap November 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0558 | CPT 278534 - CPT 278550 | Flat Lighting Lamp Backlight | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0559 | CPT 280271 - CPT 280325 | Dell Lead Free Issue Follow LF Supplier Assessment | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0560 | CPT 281113 - CPT 281116 | Dell Lead Free Audit Report for supplier CPT | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0561 | CPT 281681 - CPT 281691 | CPT Product Roadmap (Lead-Free) Product Planning Management General Division, September 10, 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0562 | CPT 281762 - CPT 281800 | Surveys regarding LCD Supplier Name | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0563 | CPT 284008 - CPT 284019 | Deliverables and Activity Tool | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0564 | CPT 284081 - CPT 284118 | CPT Qtr Report Spring 2005 / Johnny Lee dated April 14, 2005 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0565 | CPT 284413 - CPT 284420 | CPT document entitled Roadmap: "Product Roadmap (Dell)" dated August 25, 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0566 | CPT 284463 - CPT 284472 | CPT document entitled Company Briefs: "Technical Development & Plan," referencing multiple Dell projects, dated August 25, 2004 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0567 | CPT 284495 - CPT 284499 | CPT document entitled "Technical Development & Plan" for "2004.08.25 Dell meeting," dated August 25, 2004 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0568 | CPT 286065 - CPT 286164 | Multiple copies of CPT document entitled "CPT FPM Product Roadmap," showing CPT products and estimated dates for mass production, dated June 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0569 | CPT 286165 - CPT 286200 | Four documents entitled "CPT LCD Notebook Product Roadmap, Product Planning Management General Division TFT Business Unit," respectively dated August 2005, December 2005, October 2005, and March 2006 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0570 | CPT 286201 - CPT 286273 | Six documents entitled "CPT LCD TV Product Roadmap, respectively dated June 2005, January 2006, November 2005, October 2005, September 2005, and May 2006 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0571 | CPT-D 005242 - CPT-D 005265 | "Quick Reference Guide to Chunghwa Display Technology" – CPT corporate brochure in English | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0572 | CPT-D 036234 - CPT-D 036623 | Offering Memorandum for investors interested in purchasing PCT stock that contains CPT financial information, future expansion plans, and business strategy. Global Coordinator & Bookrunner: Citigroup. Bookrunner: ABN AMRO Rothschild. October 3, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0573 | | (Wagner-158) Wagner's Schedule 6 | | | |
| PTX 0574 | T-D 002889 - T-D 002894 | "Purchasing Forecast[s]" - charts cover all or parts of 2002 - 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0575 | TCA 000445 | April 5, 2005 Email from Chiuyp (CPT) to Nancy Lin regarding quotation of size, model and price of 15 inch, 17 inch and 19 inch models in preparation for shipping. | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0576 | CPT-D 037089 - CPT-D 037601 | (Chinese) CPT documents given to potential investors | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0577 | VS-D 000161 - VS-D 000163 | April 20, 2004 Email from A. Huang to E. Chen regarding the PVT inspection report N1300TV, JEAN (Suzhou), of April 17, 2004 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0578 | CPT 007571 | July 22, 2002 Letter from Mr. Chung (CPT) to Mr. Lee (LPL) asking for extension to consider July 5, 2002 Claims Chart and License Agreement | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0579 | CPT 007572 | (PX-056) June 4, 2002 letter from Mr. Chung (CPT) to Mr. Lee (LPL) requesting claims charts for alleged infringement | 403 | 403 | |
| PTX 0580 | CPT 084443 | (PX-057) June 7, 2002 Letter from WJ Choi (LPL) to HK Chung (CPT) confirming June 11, 2002 meeting. | 403 | 403 | |
| PTX 0581 | CPT 084444 | (PX- 055) May 17, 2002 letter from Jeong-Hwan Lee (LPL) to HK Chung (CPT) confirming June 11, 2002 meeting. | 403 | 403 | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0582 | CPT 084445 | (PX-053) February 8, 2002 Letter from Jeong-Hwan Lee (LPL) to Cheng-Yuan Lin (CPT) identifying '002 patent | 403 | 403 | |
| PTX 0583 | LPL 000216 | February 27, 2002 Follow-up letter from Jeong-Hwan Lee of LG.Philips to CY Lin of CPT to February 8, 2002 letter requesting meeting to discuss patent infringement | 402, 403 | 401, 402, 403 | |
| PTX 0584 | LPL 000217 | (PX-054) February 8, 2002 Letter from Jeong-Hwan Lee of LPL to Cheng-Yuan Lin of CPT regarding patent license and infringement | 403 | 403 | |
| PTX 0585 | CPT 033936 | February 8, 2002 letter from Jeong-Hwan Lee of LG.Philips to Cheng-Yuan Lin of CPT | 403 | 403 | |
| PTX 0586 | CPT 007575 | March 5, 2002 letter from Hsiang-Kuei Chung of CPT to Jeong-Hwan Lee of LG.Philips, | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0587 | LPL 000214 | March 7, 2002 letter from Hsiang-Kuei Chung of CPT to Jeong-Hwan Lee of LG.Philips | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0588 | LPL 000213 | March 7, 2002 letter from Jeong-Hwan Lee of LG.Philips to Hsiang-Kuei Chung of CPT | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0589 | LPL 000212 | March 26, 2002 letter from Jeong-Hwan Lee of LG.Philips to Hsiang-Kuei Chung of CPT | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0590 | CPT 007574 | May 8, 2002 letter from Jeong-Hwan Lee of LG.Philips to Hsiang-Kuei Chung of CPT, | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0591 | CPT 084277 | May 8, 2002 letter from Jeong-Hwan Lee of LG.Philips to Hsiang-Kuei Chung of CPT, | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0592 | CPT 084278 | May 10, 2002 letter from Hsiang-Kuei Chung of CPT to Jeong-Hwan Lee of LG.Philips | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0593 | CPT 007573 | May 10, 2002 letter from Hsiang-Kuei Chung of CPT to Jeong-Hwan Lee of LG.Philips, | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0594 | LPL 000205 | July 5, 2002 letter from Jeong-Hwan Lee of LG.Philips to Hsian-Kuei Chung of CPT | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0595 | LPL 025661 | July 22, 2002 letter from Hsian-Kuei Chung of CPT to Jeong-Hwan Lee of LG.Philips | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0596 | CPT 120225 A | July 30, 2002 letter from Won-Jun Choi of LG.Philips to Hsian-Kuei Chung of CPT | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0597 | LPL 025668 | August 12, 2002 letter from Jeong-Hwan Lee of LG.Philips to Wen-Yen K. Lin of Tatung Co. | 701, 802, 901 | 602, 701, 803, 901(a), 902 to the extent applicable | |
| PTX 0598 | CPT 084295 | August 12, 2002 letter from Jeong-Hwan Lee of LG.Philips to Wen-Yen K. Lin of Tatung Co. | 701, 802, 901 | 602, 701, 803, 901(a), 902 to the extent applicable | |
| PTX 0599 | VS 001458 | Letter dated September 17, 2002 from Jeong-Hwan Lee to J. Chu regarding law suit of infringement. | 701, 802, 901 | 602, 701, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,* v.
*TATUNG COMPANY,* et al.,

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0600 | VS 001459 | Letter dated January 22, 2002 from Jeong-Hwan Lee to Mr. J. Chu regarding LPL's suggestion to Viewsonic to see a non-infringing source of LCP Panels. | 402, 403, 701, 802, 901 | 401, 402, 403, 602, 701, 803, 901(a), 902 to the extent applicable | |
| PTX 0601 | VS 001460 - VS 001462 | Letter dated February 5, 2003 from R. Ranucci to Jeong-Hwan Lee regarding the undertaking of various suppliers. | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0602 | VS 001463 | Letter dated March 3, 2003 from Jeong-Hwan Lee to R. Ranucci regarding working together on a patent issue. | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0603 | VS 001464 | Letter dated March 14, 2003 from B. Uphold to Jeong-Hwan Lee requesting extension of time for substance response. | 402, 803, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0604 | VS 001465 - VS 001468 | Letter dated March 18, 2003 from S. Miller to Jeong-Hwan Lee regarding the potential infringing products. | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0605 | VS 001469 - VS 001470 | Letter dated April 9, 2003 from N. McCutcheon to S. Miller responding to the March 18, 2003 Letter to LPL on behalf of Viewsonic. | 402, 403, 701, 802, 901 | 401, 402, 403, 602, 701, 803, 901(a), 902 to the extent applicable | |
| PTX 0606 | VS 004912 - VS 004926 | (PX-011) ViewSonic Roadmap Discussions with LCD BU dated July 21, 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0607 | VS 006209 | September 17, 2002 letter from Jeong-Hwan Lee to J. Chu regarding the infringing products. | 402, 403, 701, 802, 901 | 401, 402, 403, 602, 701, 803, 901(a), 902 to the extent applicable | |
| PTX 0608 | VS 006210 | January 22, 2002 letter from Jeong-Hwan Lee to J. Chu requesting Viewsonic to cease using infringing panels. | 402, 403, 701, 802, 901 | 401, 402, 403, 602, 701, 803, 901(a), 902 to the extent applicable | |
| PTX 0609 | VS 006211 - VS 006213 | February 5, 2003 letter from R. Ranucci to Jeong-Hwan Lee regarding the undertaking to various suppliers. | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0610 | VS 006214 | March 3, 2003 letter from Jeong-Hwan Lee to R. Ranucci regarding the dispute between CPT and Viewsonic. | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0611 | VS 006215 | March 14, 2003 letter from B. Uphold to Jeong-Hwan Lee requesting an extension of time. | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0612 | VS 006216 - VS 006217 | April 9, 2003 letter from N. McCutcheon to S. Miller responding to the March 18, 2003 letter. | 402, 403, 701, 802, 901 | 401, 402, 403, 602, 701, 803, 901(a), 902 to the extent applicable | |
| PTX 0613 | VS 006219 - VS 006220 | September 5, 2003 letter from A. Roth to S. Miller responding to the August 28, 2003 letter. | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0614 | LPL 000218 | March 3, 2003 letter from Jeong-Hwan Lee of LG.Philips to Robert J. Ranucci of ViewSonic Corporation | 402, 403, 701, 802, 901 | 401, 402, 403, 602, 701, 803, 901(a), 902 to the extent applicable | |
| PTX 0615 | LPL 000237 | August 12, 2002 letter from Jeong-Hwan Lee of LG.Philips to James Chu of ViewSonic | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0616 | LPL 000231 | September 17, 2002 letter from Jeong-Hwan Lee of LG.Philips to James Chu of ViewSonic | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0617 | LPL 000219 - LPL 000221 | February 5, 2003 letter from Robert Ranucci of ViewSonic Corporation to Jeong-Hwan Lee of LG.Philips | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0618 | | (PX-241) (CHINESE) Organizational Chart | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0619 | | (PX-246) (CHINESE) Organizational Chart | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0620 | CPT-D 001954 | (PX-231) (CHINESE) CPT Organizational Chart | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0621 | CPT-D 001954 | (PX-248) (CHINESE) CPT Organizational Chart | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0622 | CPT-D 037602 - CPT-D 037888 | Offering Circular for investors interested in purchasing bonds that contains CPT financial information, future expansion plans, and business strategy. Global Coordinator & Bookrunner: ABN AMRO Rothschild December 3, 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0623 | T-D 000008 - T-D 000042 | (PX-078) Tatung Company Information: Titled "Serving the Country through Education and Industry" | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0624 | CPT 259825 | (CAPX-079) List of Modules | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0625 | T-D 002950 - T-D 002952 | (PX-085) List of Tatung Company Products (USA) | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0626 | | (PX-203) Chinese language names of selected persons identified by Mr. He | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0627 | | Expert Report of Gary Rubloff on Infringement of U.S. Patent Nos. 4,624,737; 5,825,449 with exhibits | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0628 | | (PX-201) CPT's Disclosure Pursuant to Court Order dated May 1, 2006 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0629 | TUS-D 000066 | "LCD Open Frame Monitor" - table listing specs for two products | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0630 | CPT-D 038261 - CPT-D 038771 | (Chinese) CPT issue new stocks for cash for year 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0631 | | "Exhibit 32A Tatung Company of America's Products Using '737 Patent" from Expert Report of Gary Rubloff on Infringement of U.S. Patent Nos. 4,624,737; 5,825,449 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0632 | TCA 000854 - TCA 000862 | (CAPX-004) Invoice From Tatung Company to Tatung Company of America for purchase of CPT LCD panels dated January 17, 2003, February 4, 2002, May 27, 2005, May 3, 2005, March 24, 2005, April 5, 2005, January 20, 2005, November 12, 2004, July 23, 2003 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0633 | T-D 002946 | "List of Tatung LCM Prior to April 2000" – table correlating panel supplier (e.g., CPT) to module number to Tatung model [table has only 8 rows] | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0634 | CPT-D 038772 - CPT-D 038840 | (Chinese) CPT documents given to potential investors | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0635 | CPT-D 038841 - CPT-D 039219 | Offering Memorandum for investors interested in purchasing PCT stock that contains CPT financial information, future expansion plans, and business strategy. Global Coordinator & Bookrunner: Citigroup. Bookrunner: ABN AMRO Rothschild. June 21, 2005 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0636 | CPT-D 039220 - CPT-D 039545 | (Chinese) CPT's Public Statement for the first time domestic unsecured convertible company bond issuing in 2005 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0637 | CPT-D 037889 - CPT-D 038260 | Offering Circular for investors interested in purchasing bonds that contains CPT financial information, future expansion plans, and business strategy. Global Coordinator & Bookrunner: China Trust Commercial Bank, Ltd. January 6, 2004 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0638 | TUS-D 000001 - TUS-D 000065 | (PX-143)"Sales for CPT panel" - chart listing customer names, addresses, invoice information and product purchased - Sales for CPT Panel – Customer mailing list | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0639 | | "Exhibit 29 A Tatung Company Products Using '737 Patent" from Expert Report of Gary Rubloff on Infringement of U.S. Patent Nos. 4,624,737; 5,825,449" | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0640 | T-D 000005 | (PX-086) List of Tatung Company Products by Model Number, CPT Module, Product and Size | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0641 | T-D 003196 - T-D 003233 | (PX-087) Invoice from Tatung Company to Gateway for purchase of LCD monitors | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0642 | T-D 002938 - T-D 002940 | (PX-088) Invoice from Tatung Company to HP for purchase of LCD monitors dated July 11, 1999. | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0643 | T-D 002941 - T-D 002943 | (PX-089) Invoice from Tatung Company to HP for purchase of LCD monitors dated January 19, 2000 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0644 | TCA 000302 - TCA 000393 | LCD Panels Relevant Product Sales Record | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0645 | VS 006062 - VS 006076 | Amtran LCD Purchase Summary from January 2000 through December 2005 | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0646 | VS006221 | (S Wang PX-028) July 1, 2005 Letter from H. Fan to M.J. Boswell with attached verified product list for ViewSonic Corporation | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0647 | | (CAPX-002) ViewSonic Product List verified by Erik Wiley on June 30, 2005 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0648 | CPT-D 019135 | Module: CPT CLAA170EA03Q* | No objection | No objection | |
| PTX 0649 | CPT-D 019136 | Module: CPT CLAA150XC01Y* | No objection | No objection | |
| PTX 0650 | CPT-D 019137 | Module: CPT CLAA260WA01* | No objection | No objection | |
| PTX 0651 | CPT-D 019138 | Module: CPT CLAA 300WA11Y* | No objection | No objection | |
| PTX 0652 | CPT-D 019139 | Module: CPT CLAA320WA01* | No objection | No objection | |
| PTX 0653 | CPT-D 019140 | Module: CPT CLAA130VA01Y* | No objection | No objection | |
| PTX 0654 | CPT-D 019141 | Module: CPT CLAA150XG01* | No objection | No objection | |
| PTX 0655 | CPT-D 019142 | Module: CPT CLAA201WA01* | No objection | No objection | |
| PTX 0656 | CPT-D 019143 | Module: CPT CLAA370WA01* | No objection | No objection | |
| PTX 0657 | CPT-D 019144 | Module: CPT CLAA150XC01D* | No objection | No objection | |
| PTX 0658 | CPT-D 019145 | Module: CPT CLAA150XA03* | No objection | No objection | |
| PTX 0659 | CPT-D 019146 | Module: CPT CLAA190EA03* | No objection | No objection | |
| PTX 0660 | CPT-D 019147 | Module: CPT CLAA181XA01* | No objection | No objection | |
| PTX 0661 | CPT-D 027871 | Samples of the Modules: CLAA 150PB03(produced March 6, 2006)* | No objection | No objection | |
| PTX 0662 | CPT-D 027872 | CLAA 150XP03 (produced March 6, 2006)* | No objection | No objection | |
| PTX 0663 | CPT-D 027873 | CLAA 154WA06A (produced March 6, 2006)* | No objection | No objection | |
| PTX 0664 | CPT-D 027874 | CLAA 190EA03H, (produced March 6, 2006)* | No objection | No objection | |
| PTX 0665 | CPT-D 027875 | CLAA 190EA05 (produced March 6, 2006)* | No objection | No objection | |
| PTX 0666 | CPT-D 027876 | CLAA130VA01 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0667 | CPT-D 027877 | CLAA150PB01 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0668 | CPT-D 027878 | CLAA150XC01 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0669 | CPT-D 027879 | CLAA150XG08 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0670 | CPT-D 027880 | CLAA150XG09D (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0671 | CPT-D 027881 | CLAA150XH01 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0672 | CPT-D 027882 | CLAA150XHP01 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0673 | CPT-D 027883 | CLAA150XHP02 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0674 | CPT-D 027884 | CLAA154WA01 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0675 | CPT-D 027885 | CLAA170EA02 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0676 | CPT-D 027886 | CLAA170EA03 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0677 | CPT-D 027887 | CLAA170EA07 (produced on March 6, 2006)* | No objection | No objection | |
| PTX 0678 | CPT-D 027888 | CLAA150XE01* | No objection | No objection | |
| PTX 0679 | CPT-D 027890 | CLAA154WA03* | No objection | No objection | |
| PTX 0680 | CPT-D 027891 | CLAA201VA02* | No objection | No objection | |
| PTX 0681 | CPT-D 027892 | CLAA201VA03* | No objection | No objection | |
| PTX 0682 | CPT-D 027989 | CLAA150XG06* | No objection | No objection | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0683 | | ViewSonic monitor ES710s Module: CPT CLAA170EA 03QV (Sample Purchase by LPL)* | No objection | No objection | |
| PTX 0684 | | (PX-223)U.S. Patent No. 6,587,160 | No objection | No objection | |
| PTX 0685 | | JP 59-126663 | No objection | No objection | |
| PTX 0686 | | JP 62-187885 | No objection | No objection | |
| PTX 0687 | | JP 63-10558 | No objection | No objection | |
| PTX 0688 | | U.S. File History 5,019,002 | No objection | No objection | |
| PTX 0689 | | U.S. Patent No. 4,455,739 | No objection | No objection | |
| PTX 0690 | | U.S. Patent No. 4,586,242 | No objection | No objection | |
| PTX 0691 | | U.S. Patent No. 4,714,949 | No objection | No objection | |
| PTX 0692 | | U.S. Patent No. 4,736,271 | No objection | No objection | |
| PTX 0693 | | U.S. Patent No. 4,803,536 | No objection | No objection | |
| PTX 0694 | | U.S. Patent No. 5,019,002 | No objection | No objection | |
| PTX 0695 | LPLII 104724 | "Shining a light on the Development of LCD's," Electronic Engineering, p. 107 (June 1993) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0696 | LPLII 000396 - LPLII 000624 | US Patent 4,455,739<br>US Patent 4,586,242<br>US Patent 4,714,949<br>US Patent 4,736,271<br>US Patent 4,803,536<br>US Patent 4,287,525<br>US Patent 4,747,432<br>US Patent 5,362,547<br>US Patent 5,398,128<br>US Patent 5,528,403 | 402 | 401, 402 | |
| PTX 0697 | LPLII 005755- LPLII 005760 | (JAPANESE) JP 63-10558 | No objection | No objection | |
| PTX 0698 | LPLII 013077- LPLII 013079 | (JAPANESE) JP 59-126663 | No objection | No objection | |
| PTX 0699 | LPLII 013236 - LPLII 013238 | (JAPANESE) JP 62-187885 | No objection | No objection | |
| PTX 0700 | HON-D 000158 - HON-D 000166 | Annotated Drawing; May 9, 1988 letter from J. Winburn (Silverman, Cass, Finger & Winburn, Ltd.) to R. Flasck (redacted) | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0701 | LPLII 005768 - LPLII 005770 | Translation of JP 62-187885 titled Prevention of Electrostatic Breakage for Display Unit dated February 14, 1986 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0702 | LPLII 005771 - LPLII 005778 | Translation of JP 63-10558 titled A flat Display dated January 18, 1988 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0703 | LPLII 013080 - LPLII 013086 | LCD Monitor Strategy Report Part 2 Display search 2002 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0704 | LPLII 013242 - LPLII 102207 | Display Search Reports (as compiled on DVD and sent to counsel for Defendants on May 9, 2006) | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0705 | | Defendants Markman Hearing Bench Book dated March 20, 2006 | No objection | No objection | |
| PTX 0706 | | Defendants' Reply Brief in Support of Their Proposed Claim Constructions (w/ Exhibits) dated March 15, 2006 | No objection | No objection | |
| PTX 0707 | | April 21, 2006 letter from E. Doi to C. Christenson with Module Price list attached | 402, 802 | 401, 402, 803 | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0708 | CPT 008479 | (CAPX-133) CPT's Supplemental Response to LPL's First Set of Interrogatories No. 3 dated June 14, 2005 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0709 | | (CAPX-077) CPT's Supplemental Objections and Responses to LPL's First Set of Interrogatories (No. 1) dated March 9, 2005 | No objection | No objection | |
| PTX 0710 | | (CAPX-078) CPT's Supplemental Objections and Responses to LPL's Second Set of Interrogatories (Nos. 11-12) dated March 9, 2005 | No objection | No objection | |
| PTX 0711 | | (CAPX-126) CPT's Supplemental Objections and Responses to LPL's First Set of Interrogatories Nos. 1-2 dated June 30, 2005 | No objection | No objection | |
| PTX 0712 | | (CAPX-301) Chunghwa Picture Tubes, Ltd.'s Supplemental Objections and Responses to LG. Philips LCD Co., Ltd.'s First Set of Interrogations (Nos. 1 & 2) dated June 30, 2005 | No objection | No objection | |
| PTX 0713 | | (PX-002) May 8, 2006 Letter to J. Gabler and S. Yovits from C. Christenson regarding deposition topics | 402, 802 | 401, 402, 803 | |
| PTX 0714 | | (PX-036) May 8, 2006 Letter to J. Gabler and S. Yovits from C. Christenson regarding deposition topics | 402, 802 | 401, 402, 803 | |
| PTX 0715 | | (PX-059) CPT's Second Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated May 23, 2006 | No objection | No objection | |
| PTX 0716 | | (PX-060) Notice of Rule 30(b)(6) Deposition of CPT dated December 14, 2005. | 402, 802 | 401, 402, 803 | |
| PTX 0717 | | (PX-061) May 8, 2006 letter to J. Gabler and S. Yovits from C. Christenson regarding deposition topics | 402, 802 | 401, 402, 803 | |
| PTX 0718 | | (PX-062) CPT's Disclosure Pursuant to Court Order dated May 1, 2006 | 108 | No objection | |
| **PTX 0719** | | **(PX-068) CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated May 10, 2006 (CA case 02-6775)** | 402, 403, 802, 901 (as to exhibits) | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0720 | | (PX-069) CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated August 4, 2005 (CA case 02-6775) | 402, 403, 802, 901 (as to exhibits) | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0721 | | (PX-200) Notice of Rule 30(b)(6) Deposition of CPT dated December 14, 2005 | 402, 802 | 401, 402, 803 | |
| PTX 0722 | | (PX-213) May 8, 2006 Letter to J. Gabler and S. Yovits from C. Christenson regarding deposition topics | 402, 802 | 401, 402, 803 | |
| PTX 0723 | | (PX-250) CPT's Disclosure Pursuant to Court Order Dated May 1, 2006. | 105 | 105 | |
| PTX 0724 | | CPT and Subsidiaries Consolidated Financial Statements For the Sixth Month Periods Ended June 20, 2004 and 2005 with Review Report of Independent Auditors | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| **PTX 0725** | | **Federal Judiciary Center Patent Lesson Videocassette*** | | | |
| PTX 0726 | | CPT's Disclosure Pursuant to Court Order dated May 1, 2006 | 105 | 105 | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0727 | | (Schlam-002) Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002 with exhibits, including translations produced by defendants at deposition, dated June 2, 2006 | | | |
| PTX 0728 | | CPT's Supplemental Objections and Responses to LG First Set of Interrogatories (Nos. 1 through 3), dated October 24, 2005 (CA Case) | 402, 403, 802, 901 (as to exhibits) | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0729 | LPLII 103799 - LPLII 104165 | Tatung Company financial documents obtained from the internet; CPT financial documents obtained from the Internet, including CPT Quarterly Reports for Investor Conferences, CPT Financial Statements for Years Ended December 31, 2003 and 2004, and CPT Financial Statements for Years Ended December 31, 2002 and 2003; and Dell Inc. 10-K for fiscal year ended January 28, 2005; . | No objection | No objection | |
| PTX 0730 | | CPT's Supplemental Response to LG.'s First Set of Interrogatories (No. 3), dated July 29, 2005 (CA Case) | 402, 403, 802, 901 (as to exhibits) | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0731 | T-D 003269 - T-D 003407 | (Chinese) Tatung 2005 Annual Report TATUNG company | No objection | No objection | |
| PTX 0732 | | CPT's Objections and Supplemental Responses to LPL's Second Set of Interrogatories (Nos. 11-12) dated May 26, 2006 | 402, 403 | 401, 402, 403 | |
| PTX 0733 | | CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 2, 5, 6, 8 and 9) dated May 26, 2006 | 402, 403 | 401, 402, 403 | |
| PTX 0734 | | Defendant CPT's Response to Plaintiff's Amended First Set of Interrogatories dated January 13, 2006 | No objection | No objection | |
| PTX 0735 | | Defendant CPT's Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated February 28, 2006 | No objection | No objection | |
| PTX 0736 | | Initial Disclosures for Defendant CPT dated December 16, 2005 | No objection | No objection | |
| PTX 0737 | | LG's Reply to the Counterclaim on CPT dated September 22, 2005 | 802 | 803 | |
| PTX 0738 | | Supplemental Initial Disclosures for Defendant CPT dated May 9, 2006 | No objection | No objection | |
| PTX 0739 | | Interrogatory Answers on Sales from the California Case | To be provided | To be provided | |
| PTX 0740 | | Declaration of Dr. Webster E. Howard in Support of Defendants Opening Brief of their Proposed Claim Construction (with exhibits) | No objection | No objection | |
| PTX 0741 | | Declaration of David Michael Holmes in Support of Defendants' Opening Brief of their Proposed Claim Construction (with exhibits) | No objection | No objection | |
| PTX 0742 | | Claim Construction Hearing Transcript from March 20, 2006 | No objection | No objection | |
| PTX 0743 | | March 24, 2006 letter from R. Kirk to Judge Farnan, Jr. in accordance with the Court's March 21, 2006 Order. | 402, 802 | 401, 402, 803 | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0744 | | March 24, 2006 Letter from M. King to Judge Farnan, Jr. in accordance to March 21, 2006 Order. | 402, 802 | 401, 402, 803 | |
| PTX 0745 | | March 31, 2006 Letter from R. Kirk to Judge Farnan, Jr. in accordance to March 21, 2006 Order. | 402, 802 | 401, 402, 803 | |
| PTX 0746 | | March 31, 2006 Letter from M. King to Judge Farnan, Jr. in accordance to March 21, 2006 Order. | 402, 802 | 401, 402, 803 | |
| PTX 0747 | | Declaration of Scott H. Holmberg in Support of Plaintiff LG.Philips LCD Co., Ltd's Response Brief in Support of its Proposed Claim Construction | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0748 | | (PX-035) Notice of Rule 30(b)(6) Deposition of CPT dated December 14, 2005 | 402, 802 | 401, 402, 803 | |
| PTX 0749 | | (PX-077) Notice of Rule 30(b)(6) Deposition of Tatung Company dated November 14, 2005. | 402, 802 | 401, 402, 803 | |
| PTX 0750 | | Declaration of Jong Hwan Kim, November 1, 2005. | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0751 | | Declaration of William K. Bohannon, November 1, 2005. | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0752 | | LG's Memorandum in Support of Its Motion of Preliminary Injunction dated November 1, 2005 | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0753 | | LPL Presentation Markman Hearing Binder dated March 20, 2006 | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0754 | | LPL's Amended Initial Disclosures Pursuant to Rule 26(a)(1) dated May 9, 2006 | No objection | 401, 402, 403, 803 | |
| PTX 0755 | | Plaintiff's Motion for Preliminary Injunction dated November 1, 2005 | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0756 | | Plaintiff's Memorandum in Support of its Proposed Claim Constructions (w/ Exhibits) dated March 8, 2006 | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0757 | | Plaintiff's Response Brief in Support of its Proposed Claim Constructions (w/ Exhibits) dated March 15, 2006 | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0758 | | LPL's Markman Hearing Bench Book | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0759 | | August 26, 2005 letter regarding TOA Production. | 402, 802 | 401, 402, 803 | |
| PTX 0760 | | Tatung Company of America Responses to LG's Second Set of Interrogatories (Nos. 5 through 9), dated December 31, 2003 (CA Case) | No objection | No objection | |
| PTX 0761 | | (Wagner-156) Report of Cobb & Associates, Ltd. dated June 2, 2006 | | | |
| PTX 0762 | | Tatung Company of America's Seventh Set of Supplemental Responses to LPL's First Set of Interrogatories dated May 24, 2006. | 802, 901 (as to exhibits) | 803, 901(a), 902 to the extent applicable | |
| PTX 0763 | | Tatung of America's Third Set of Supplemental Responses to LG's First Set of Interrogatories, dated February 4, 2004 (CA Case) | No objection | No objection | |
| PTX 0764 | | (PX-245) Initial Disclosure for Defendant Tatung Company dated December 16, 2005. | No objection | No objection | |

Page 43

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0765 | | Tatung's Responses to LG's Second Set of Interrogatories (Nos. 6 through 12), dated December 31, 2003 (CA Case) | No objection | No objection | |
| PTX 0766 | | Tatung's Second Set of Supplemental Responses to LG's First Set of Interrogatories (Nos. 1 through 5), dated February 23, 2003 (CA Case) | No objection | No objection | |
| PTX 0767 | | Expert Report of Dr. Elliott Schlam regarding Validity of U.S. Patent No. 5,019,002 dated June 16, 2006 | | | |
| PTX 0768 | | CPT's Objections and Responses to LPL's First Set of Interrogatories (Nos. 1-10), dated August 19, 2003 (CA Case) | | | |
| PTX 0769 | | (CAPX-001) Notice of Federal Rule of Civil Procedure 20(B)(6) Deposition of Tatung Co, of America dated December 17, 2004 | 402, 802 | 401, 402, 803 | |
| PTX 0770 | | (CAPX-002) Defendant Tatung Company of America's Third Set of Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories. Filed July 5, 2005 | No objection | No objection | |
| PTX 0771 | | (PX-001 Hang Hui Hu) Notice of Rule 30(b)(6)Deposition of Tatung Company dated December 14, 2005. | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0772 | | (PX-080) Defendant Tatung Company's Fourth Set of Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories dated July 14, 2005. | No objection | No objection | |
| PTX 0773 | | (PX-081) Defendant Tatung Company's Fifth Set of Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories dated August 30, 2005 | No objection | No objection | |
| PTX 0774 | | (PX-082) Defendant Tatung Company's Sixth Set of Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories dated September 2, 2005. | No objection | No objection | |
| PTX 0775 | | (PX-083A) Defendant Tatung Company's Seventh Set of Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories dated October 21, 2005 | No objection | No objection | |
| PTX 0776 | | Defendant Tatung Company of America, Inc.'s Response to Plaintiff's Amended First Set of Interrogatories dated January 13, 2006 | No objection | No objection | |
| PTX 0777 | | Defendant Tatung Company of America, Inc.'s Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated February 28, 2006 | No objection | No objection | |
| PTX 0778 | | Defendant Tatung Company's Response to Plaintiff's Amended First Set of Interrogatories dated January 13, 2006 | No objection | No objection | |
| PTX 0779 | | Defendant Tatung Company's Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated February 28, 2006 | No objection | No objection | |
| PTX 0780 | | Defendant ViewSonic Corporation's Response to Plaintiff's Amended First Set of Interrogatories dated January 13, 2006 | No objection | No objection | |
| PTX 0781 | | Initial Disclosures for Defendant Tatung Company dated December 16, 2005 | No objection | No objection | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.
TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0782 | | Initial Disclosures for Defendant Tatung Company of America dated December 16, 2005 | No objection | No objection | |
| PTX 0783 | | LG's Reply to the Counterclaim of Tatung Company and Tatung Company of America dated September 22, 2005. | 802 | 803 | |
| PTX 0784 | | Supplemental Initial Disclosures for Defendant Tatung Company dated May 9, 2006 | No objection | No objection | |
| PTX 0785 | | Supplemental Initial Disclosures for Defendant Tatung Company of America dated May 9, 2006 | No objection | No objection | |
| PTX 0786 | | Tatung Company of America's Fifth Set of Supplemental Response to LPL's First Set of Interrogatories dated August 26, 2005 (CA Case) | No objection | No objection | |
| PTX 0787 | | (Wagner-154) Expert Report of Michael J. Wagner dated June 16, 2006 | | | |
| PTX 0788 | | CPT's Objections and Supplemental Responses to LPL's Second Set of Interrogatories (No. 9), dated May 10, 2006 (CA Case) | | | |
| PTX 0789 | | Letter from H. Fan (Howrey) to M. J. Boswell (MLB) enclosing VS 06221 and Verification signed by Erik Willey. | 402, 802 | 401, 402, 803 | |
| PTX 0790 | | Viewsonic's Objections and Responses to LG's First Set of Interrogatories (Nos. 1 through 8), dated January 5, 2005 (CA Case) | No objection | No objection | |
| PTX 0791 | | (Schlam-004) Expert Report of Webster E. Howard, PhD in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent 5,019,002 with exhibits, including translations produced by defendants at deposition, dated June 16, 2006 | | | |
| PTX 0792 | | (CAPX-003) Defendant ViewSonic Corporation's Objections and Responses to LG. Philips LCD Co., Ltd.'s First Set of Interrogations (Nos. 1-8) dated January 5, 2004 | No objection | No objection | |
| PTX 0793 | | (S Wang PX-001) Notice of Rule 30(b)(6) Deposition of ViewSonic Corporation dated December 14, 2005 | 402, 802 | 401, 402, 803 | |
| PTX 0794 | | (S Wang PX-029) Defendant ViewSonic Corporation's Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories (Nos. 1-3) dated May 13, 2005 (C.A. No. CV-03-2886) | 403 | 403 | |
| PTX 0795 | | (S Wang PX-030) May 19, 2006 Letter from E. Doi to C. Christenson enclosing reformatted ViewSonic production documents bates numbered VS-D 000001, VS-D 000002, VS-D 007797, VS-D 007797.001 and VS-D 007798 | 402, 802 | 401, 402, 803 | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0796 | | (S Wang PX-031) Defendant ViewSonic Corporation's Amended and Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories (Nos. 1-3) dated May 19, 2006 (C.A. No. CV-03-2886) | 403 | 403 | |
| PTX 0797 | | (S Wang PX-034) Defendant ViewSonic Corporation's Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated February 28, 2006 (C.A. No. 05-292) | No objection | No objection | |
| **PTX 0798** | | **(Wagner-155) Wagner's Revised Schedule 5** | | | |
| PTX 0799 | | Initial Disclosures for Defendant ViewSonic Corporation dated December 16, 2005 | No objection | No objection | |
| PTX 0800 | | LG's Reply to the Counterclaim of Viewsonic dated September 22, 2005 | 802 | 803 | |
| PTX 0801 | | Supplemental Initial Disclosures for Defendant ViewSonic Corporation dated May 9, 2006 | No objection | No objection | |
| PTX 0802 | | Defendants' Opening Brief in Support of Their Proposed Claim Constructions (w/ Exhibits) dated March 8, 2006 | No objection | No objection | |
| PTX 0803 | CPT-D 016998 - CPT-D 016999 | Statistics for ESD damage for October 2002 through January 2003 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0804 | CPT-D 012823 - CPT-D 012824 | Discussion of solutions for ESD problems | No objection | No objection | |
| PTX 0805 | LPLII 104178 - LPLII 104470 | ViewSonic's Corporation form 10-K for the year ended December 31, 2005 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| **PTX 0806** | VS-D 008299 - VS-D 008305 | **(PX-115) ViewSonic shipments to U.S. addresses, gross sales by LCD monitor product, from December 2001 through 1st Q 2006** | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| **PTX 0807** | VS-D 008306 - VS-D 008309 | **(PX-117) ViewSonic shipments to U.S. addresses, gross sales by LCD t.v. product, from 2002 through first quarter 2006** | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0808 | VS-D 008412 | October 7, 1999 correspondence from Pearlyn Lim of ViewSonic to Dundee Hsieh of CPT referencing meetings in Taiwan with CPT and Jean, requesting product roadmaps, and inquiring after cost of particular modules | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0809 | VS-D 008413 - VS-D 008414 | May 19, 1999 correspondence from Pearlyn Lim of ViewSonic to Dundee Hsieh of CPT to request meeting | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0810 | VS-D 008502 - VS-D 008538 | June 14, 2006 e-mail from Tony Cheng of CPT to ViewSonic personnel, including Pearlyn Lim and Tina Chen, regarding meetings between ViewSonic and CPT and forwarding preliminary specification for 13.0" LCD TV | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0811 | VS-D 008539 - VS-D 008559 | August 11, 2003 e-mail from Hanson Chen of CPT to Tina Chen, Pearlyn Lim, and other ViewSonic recipients, forwarding specification for 13" module (CLAA130VA01) | 402, 403, 802 | 401, 402, 403, 803 | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0812 | VS-D 008560 - VS-D 008561 | August 12, 2003 e-mail from Albert Huang of CPT to Tina Chen of ViewSonic, forwarding specification sheet for 19 inch CPT module (CLAA190EA01) | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0813 | VS-D 008562 - VS-D 008564 | December 18, 2003 e-mail from Tony Cheng of CPT to Pearlyn Lim and others at ViewSonic, with discussion of module pricing and OEM selection | 802 | 803 | |
| PTX 0814 | VS-D 008565 - VS-D 008572 | August 11, 2003 e-mail from Hanson Chen of CPT to Pearlyn Lim and others at ViewSonic, discussing panel availability and ViewSonic sales to Fry's and CompUSA | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0815 | VS-D 008313 - VS-D 008324 | (PX-118) CPT LCD TV Product Roadmap Product Planning Management general Division TFT Business Unit dated March 2006 | 402, 403, 802 | 401, 402, 403, 803 | |
| PTX 0816 | VS-D 008325 - VS-D 008344 | (PX-119) CPT LCD TV Product Roadmap Product Planning Management general Division TFT Business Unit dated March 2006 | 402, 403, 802, 901 | 401, 402, 403, 803, 901(a), 902 to the extent applicable | |
| PTX 0817 | VS-D 008345 - VS-D 008354 | (PX-120) November 9, 2005 CPT LCD TV Product Roadmap | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0818 | VS-D 008355 - VS-D 008362 | (PX-121) June 2005 CPT LCD TV Product Roadmap | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0819 | VS-D 008363 - VS-D 008372 | (PX-122) October 2005 CPT LCD TV Product Roadmap | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0820 | VS-D 008373 - VS-D 008391 | (PX-123) October 2004 presentation CPT: Displaying your vision | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0821 | VS-D 008392 - VS-D 008401 | (PX-124) July 2005 CPT LCD TV Product Roadmap | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| **PTX 0822** | WAG 005076 - WAG 005092 | **(Wagner-157) Wagner's Schedules 10, 10.1, 10.2, 10.3** | | | |
| PTX 0823 | VS-D 008402 - VS-D 008411 | (PX-125) April 2006 CPT Product Roadmap: Monitor | 402, 802, 901 | 401, 402, 803, 901(a), 902 to the extent applicable | |
| PTX 0824 | VS-D 008458 | January 28, 2002 e-mail from Dundee Hsieh of CPT to various recipients, forwarding his new contact information | 402, 802 | 401, 402, 803 | |
| PTX 0825 | TUS-D 000071 - TUS-D 000323 | (PX-126) Packing slips for US and International customers from Tatung America (Credit Memo) | 402, 802 | 401, 402, 803 | |
| PTX 0826 | TUS-D 000067 | Chart of Tatung Company of America's sales of products with CPT panels from January 9, 2006 to March 30, 2006 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0827 | TUS-D 00069 - TUS-D 00070 | (PX-144) Product description of Tatung Company of America's Open Frame LCD monitor | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0828 | T-D 003268 | (Chinese) Tatung Company Organizational Chart | 802 | 803 | |

Page 47

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD., v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0829 | VS-D 008310 - VS-D 008312 | (PX-116) ViewSonic Shipments to U.S. Addresses - LCD Monitors Gross Sales 1999 through November 2001 | 802, 901 | 803, 901(a), 902 to the extent applicable | |
| PTX 0830 | CPT-D 034197 - CPT-D 034236 | 2002 Worldwide and Regional Market and Market Trend Information, identified by Messrs. Tsai and Kuan in their depositions | 402, 802 | 401, 402, 803 | |
| PTX 0831 | LPLII 103219 - LPLII 103230 | August 18, 2005 DisplaySearch Press Release: DisplaySearch Reports Global Q2'05 TV Revenues Rise 10% on Strong Flat Panel Growth - Samsung Overtakes Sony on a Revenue Basis, attached DisplaySearch comparative sales charts | 402, 802 | 401, 402, 803 | |
| PTX 0832 | | (PX-140) Tatung Company of America's Sixth Set of Supplemental and Amended Responses to LPL's First Set of Interrogatories. Filed January 26, 2006 | No objection | No objection | |
| PTX 0833 | | (PX-141) October 26, 2005 letter from Valerio Ho (Greenberg) to James Reed (Morgan Lewis) enclosing chart of information relating to Tatung Company of America's products, including those incorporating CPT modules | No objection | No objection | |
| PTX 0834 | | (PX-142) Tatung Company of America's Fourth Set of Supplemental Responses to LPL's First Set of Interrogatories dated July 14, 2005 | No objection | No objection | |
| PTX 0835 | TUS-D 000454 - TUS-D 000615 | (PX-145) Sales Report CCVE & OEM dated June 22, 2006 | No objection | No objection | |
| PTX 0836 | TUS-D 000418 - TUS-D 000422 | (PX-146) ISD Annual Budget Forecasts for 2004-2006 of computer monitors (LCD & CRT) | No objection | No objection | |
| PTX 0837 | TUS-D 000423 - TUS-D 000432 | (PX-147) CPT Production Roadmap- Monitor dated April 2006 | No objection | No objection | |
| PTX 0838 | TUS-D 000368 - TUS-D 000386 | (PX-148) CPT Production Roadmap by Production Planning Management General Division, TFT BU dated September 29, 2004 | No objection | No objection | |
| PTX 0839 | TUS-D 000357 - TUS-D 000367 | (PX-149) CPT Product Roadmap by Production Planning Management General Division, TFT BU Dated January 1, 2004 | No objection | No objection | |
| PTX 0840 | TUS-D 000346 - TUS-D 000356 | (PX-150) CPT Product Roadmap by Production Planning Management General Division, TFT BU Dated January 1, 2004 | No objection | No objection | |
| PTX 0841 | TUS-D 000324 - TUS-D 000345 | (PX-151) CPT Product Roadmap, TFT BU dated May 6, 2002 | No objection | No objection | |
| PTX 0842 | TUS-D 000332 - TUS-D 000339 | (PX-152) CPT Product Roadmap, TFT BU dated May 6, 2002 | No objection | No objection | |
| PTX 0843 | TUS-D 000433 - TUS-D 000453 | (PX-153) Supply & Purchasing Agreement between Tatung Company of America and Sensormatice Electronics Corporation dated January 3, 2006 | No objection | No objection | |
| PTX 0844 | | (Wagner-159) Wagner's Schedule 6.1 with subsidiary schedules | | | |
| PTX 0845 | | (Wagner-160) Wagner's Schedule 6.2 with subsidiary schedules | | | |
| PTX 0846 | WAG 004143 | (Wagner-161) Wagner's Schedule 7 | | | |
| PTX 0847 | WAG 003696 - WAG 003993 | (Wagner-162) Wagner's Schedule 7.1 and subsidiary schedules | | | |
| PTX 0848 | WAG 003994 - WAG 004046 | (Wagner-163) Wagner's Schedule 7.2 and subsidiary exhibits | | | |

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0849 | WAG 004047 - WAG 004142 | (Wagner-164) Wagner's Schedule 7.3 and subsidiary exhibits | | | |
| PTX 0850 | WAG 004145 - WAG 004835 | (Wagner-165) Wagner's Schedule 8: sales information to the invoice level for all products sold by CPT from June 1st, 1999 through December 30th, 2005 | | | |
| PTX 0851 | WAG 004836 - WAG 004895 | (Wagner-166) Wagner's Scheule 8.1 reflecting currency conversion rates relied upon for Wagner's expert report | | | |
| PTX 0852 | WAG 004896 - WAG 004999 | (Wagner-167) Wagner's Schedule 9.1 | | | |
| PTX 0853 | WAG 005000 - WAG 005056 | (Wagner-168) Wagner's Schedule 9.2 | | | |
| PTX 0854 | WAG 005057 - WAG 005074 | (Wagner-169) Wagner's Schedule 9.3 | | | |
| PTX 0855 | WAG 005075 | (Wagner-170) Wagner's Schedule 9.4 | | | |
| PTX 0856 | WAG 005093 - WAG 005098 | (Wagner-171) Wagner's Schedule 11: all accused models | | | |
| PTX 0857 | WAG 005099 - WAG 005112 | (Wagner-172) Wagner's Schedule 12.1.1 | | | |
| PTX 0858 | WAG 005113 - WAG 005116 | (Wagner-173) Wagner's Schedule 12.2.1 | | | |
| PTX 0859 | WAG 005117 - WAG 005124 | (Wagner-174) Wagner's Schedule 12.3.1 | | | |
| PTX 0860 | WAG 005125 - WAG 005133 | (Wagner-175) Wagner's Schedule 12.4.1 | | | |
| PTX 0861 | WAG 005134 - WAG 005137 | (Wagner-176) Wagner's Schedule 12.5.1 | | | |
| PTX 0862 | WAG 005138 - WAG 005140 | (Wagner-177) Wagner's Schedule 12.6.1 | | | |
| PTX 0863 | WAG 004155 - WAG 004156 | (Wagner-178) IDC Unit Shipments sales information and dollar values | | | |
| PTX 0864 | WAG 004146 - WAG 004154 | (Wagner-179) Raw Data from IDC | | | |
| PTX 0865 | WAG 003017 | (Wagner-180) One-page CPT analysis regarding the cost of using chip on glass technology as compared to other technologies | | | |
| PTX 0866 | | (PX-300) Expert Report of Webster E. Howard, PhD. Regarding the Invalidity of U.S. Patent No. 5,019,002 dated June 2, 2006 | | | |
| PTX 0867 | | (PX-301) Court order regarding claim construction dated June 13, 2006 | | | |
| PTX 0868 | | (PX-302) Exhibit 3 of Howard Report Regarding Invalidity: JP Patent Application S63-106788, reference and apparent translation of the Kawamura reference | | | |
| PTX 0869 | | (PX-303) Exhibit 4 of Howard Report Regarding Invalidity: JP Patent Application S62-187885, apparent translation of a reference Okawa | | | |
| PTX 0870 | | (PX-304) Expert Report of Webster E. Howard, PhD in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent 5,019,002 dated | | | |

Page 49

Appendix 1A
LPL's Trial Exhibits
*LG.PHILIPS LCD CO., LTD.,v.*
*TATUNG COMPANY, et al.,*

Civil Action No. 05-292 (JJF)

| Plaintiff's Trial Exhibit No. | Bates No. | Document Description | Objections | Proponent's Basis for Admission Under FRE | Admitted |
|---|---|---|---|---|---|
| PTX 0871 | | (PX-305) Exhibit 11 to Howard's Expert Report in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent 5,019,002 dated June 2, 2006 | | | |
| PTX 0872 | | (PX-306) Exhibit 12 to Howard's Expert Report in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent 5,019,002 dated June 2, 2006 | | | |
| PTX 0873 | | (PX-307) Exhibit 13 to Howard's Expert Report in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent 5,019,002 dated June 2, 2006 | | | |
| PTX 0874 | | (PX 308) Schematic drawn by Dr. Howard of non-infringing alternative showing two conductor bars that are connected by a pair of diode | | | |
| PTX 0875 | | Certified copy of 5,019,002 Patent | | | |
| PTX 0876 | | Certified copy of 5,019,002 Assignment History | | | |
| PTX 0877 | | Certified copy of 5,019,002 File History | | | |