| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0324 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, LTD.'s Objections and Supplemental Responses to LG.Philips LCD Co., LTD.'s First Set of Interrogatories (Nos. 4, 5 and 10) | | |
| DTX 0325 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, LTD.'s Supplemental Objections and Responses to LG.Philips LCD Co., LTD.'s First set of Interrogatories (Nos. 1-3) | | |
| DTX 0326 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, LTD.'s Objections and Supplemental Responses to LG.Philips LCD Co., LTD.'s First Set of Interrogatories (Nos. 4, 8 and 9) | | |
| DTX 0327 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Supplemental Responses to LG.Philips LCD Co., LTD.'s First Set of Interrogatories (Nos. 4-6) | | |
| DTX 0328 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Responses to Counterclaim Defendant LG.Philips LCD Co., LTD.'s First Set of Interrogatories (Nos. 1-8) | | |
| DTX 0329 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Supplemental Responses to LG.Philips LCD Co., LTD.'s First Set of Interrogatories (No. 1) | | |
| DTX 0330 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Third Supplemental Response to LG.Philips LCD Co. LTD.'s First Set of Interrogatories (No. 5) | | |
| DTX 0331 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Supplemental Response to LG.Philips LCD Co. LTD.'s First Set of Interrogatories (No. 3) | | |
| DTX 0332 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Supplemental Objections and Responses to LG.Philips LCD., LTD.'s First Set of Interrogatories (Nos. 1 & 2) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0333 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Counterclaim Defendant LG.Philips LCD Co., LTD.'s Second Set of Interrogatories on Counterclaim Plaintiff Chunghwa Picture Tubes, Ltd. (Nos. 9-11) | | |
| DTX 0334 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Responses to LG.Philips LCD Co., LTD's Second Set of Interrogatories (Nos. 11-12) | | |
| DTX 0335 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Supplemental Responses to LG.Philips LCD Co., LTD.'s Second Set of Interrogatories (Nos. 11-12) | | |
| DTX 0336 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Supplemental Responses to LG.Philips LCD Co., LTD.'s Second Set of Interrogatories (Nos. 11-12) | | |
| DTX 0337 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): | | |
| DTX 0338 | | Chunghwa Picture Tubes, Ltd.'s Objections and Supplemental Responses to LG.Philips LCD Co., LTD.'s Second Set of Interrogatories (Nos. 11-12) | | |
| DTX 0339 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): | | |
| DTX 0340 | | Chunghwa Picture Tubes, Ltd.'s Objections and Responses to LG.Philips LCD Co., LTD.'s Third Set of Interrogatories (No. 13) | | |
| DTX 0341 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): | | |
| DTX 0342 | | Chunghwa Picture Tubes, Ltd.'s Supplemental Responses to LG.Philips LCD Co., LTD.'s Third Set of Interrogatories (No. 13) | | |
| DTX 0343 | | *LG.Philips LCD Co., LTD, v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Responses to LG.Philips LCD Co., LTD.'s Fourth Set of Interrogatories (No. 14) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0344 | | LPL0000225, LPL0000216, LPL0000213, LPL0000212, LPL0000211, LPL25961-63, LPL25959, LPL0000209, LPL0000208, LPL0000206, LPL0000236, LPL0000237, LPL0000238, LPL0000231, LPL0000232, LPL0000233, LPL0000234, LPL0000235, LPL0000230, LPL25673-76, LPL027877, LPL0000229, LPL0000228, LPL0000227, LPL0000226, LPL0000223, LPL0000218, LPL25940-43, LPL0000201-203, LPL0000205, LPL0000217: Letters LPL Sent In 2002 And 2003 To Other Companies Seeking Licenses Or Accusing The Companies Of Infringement | | |
| DTX 0345 | LPL0000181 - LPL0000186 | USP 4,624,737 CPT CLAA150XA03 Claim Chart Provided To CPT In 2002 Meetings | | |
| DTX 0346 | LPL0000187 - LPL0000193 | USP 5,825,449 CPT CLAA150XA03 Claim Chart Provided To CPT In 2002 Meetings | | |
| DTX 0347 | LPL0000194 - LPL0000199 | CPT CLAA141XC01 Claim Chart Provided to CPT In 2002 Meetings | | |
| DTX 0348 | | United States Patent Number 4,651,185 | | |
| DTX 0349 | | United States Patent Number 4,736,229 | | |
| DTX 0350 | | United States Patent Number 4,820,222 | | |
| DTX 0351 | | United States Patent Number 4,842,378 | | |
| DTX 0352 | | United States Patent Number 5,019,002 | | |
| DTX 0353 | | United States Patent Number 5,123,847 | | |
| DTX 0354 | | United States Patent Number 5,162,931 | | |
| DTX 0355 | | *LG.Philips LCD Co., LTD v.Tatung Co. of American, Tatung Company and Picture Tubes, LTD* .(Case No. CV-02-6775 CBM (JTLx): Plaintiffs' Complaint For Patent Infringement [Demand For Jury Trial], August 29, 2002 | | |
| DTX 0356 | | *LG.Philips LCD Co., LTD v.Tatung Co. of American, Tatung Company and Picture Tubes, LTD* .(Case No. CV-02-6775 CBM (JTLx): Plaintiffs' First Amended Complaint For Patent Infringement [Demand For Jury Trial], September 29, 2003 | | |
| DTX 0357 | | *LG.Philips LCD Co., LTD v.Tatung Co. of American, Tatung Company and Picture Tubes, LTD* .(Case No. CV-02-6775 CBM (JTLx): Plaintiffs' Second Amended Or Supplemental Complaint For Patent Infringement [Demand For Jury Trial], November 14, 2005 | | |
| DTX 0358 | | *LG.Philips LCD Co., LTD v.Michele B. Bovio & Robert C. Frame* (Civil Action No. 04-11076 (RCL): Plaintiffs' Complaint For Declaratory Judgment Or Properly Recorded Inventorship, May 24, 2004 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0359 | | *LG.Philips LCD Co., LTD v.Michele B. Bovio & Robert C. Frame* (Civil Action No. 04-11076 (RCL): Plaintiffs' First Amended Complaint For Declaratory Judgment Or Properly Recorded Inventorship, July 13, 2004 | | |
| DTX 0360 | | *LG.Philips LCD Co., LTD and LG Electronices Inc., v.Chungwa Picture Tubes LTD.,* (Case No. CV-04-3708 PJK (VBKx): Plaintiffs' Complaint For Declaratory Judgment [Trial By Jury Demanded] May 26, 2004 | | |
| DTX 0361 | | *LG.Philips LCD Co., LTD. v.Tatung Co.; Tatung Company of America, Inc.; and Viewsonic Corporation,* (Civil Action No. 04-343): Plaintiffs' Complaint For Patent Infringement, May 27, 2004 | | |
| DTX 0362 | | *LG.Philips LCD Co., LTD., v TPV Technology, LTD., and Envision Peripherals, INC.,* (Case No. CV-03-2885 JFW (SHx): Plaintiff Complaint For Patent Infringement [Demand For Jury Trial] April 24, 2003 | | |
| DTX 0363 | | *LG.Philips LCD Co., LTD., v Jean Company LTD.,* (Case No. CV-03-2866 DDP (RZx): Plaintiff Complaint For Patent Infringement [Demand For Jury Trial] April 24, 2003 | | |
| DTX 0364 | | *LG.Philips LCD Co., LTD., v Lite-On Technology Corporation and Lite-On Technology International Incorporated* (Case No. CV-03-2884 WJR (MANx): Plaintiffs' Complaint For Patent Infringement [Demand For Jury Trial] April 24, 2003 | | |
| DTX 0365 | | *LG.Philips LCD Co., LTD., v Viewsonic Coroporation,* (Case No. CV-03-2886 SVW (PLAx): Plaintiffs' Complaint For Patent Infringement [Demand For Jury Trial] April 24, 2003 | | |
| DTX 0366 | | *LG.Philips LCD Co., LTD., v Lite-On Technology Corporation and Lite-On Technology International Incorporated* (Case No. CV-03-2884 CBM (JTLx): Plaintiffs' First Amended Complaint For Patent Infringement [Demand For Jury Trial] December 28, 2005 | | |
| DTX 0367 | | *LG.Philips LCD Co., LTD., v Jean Company LTD.,* (Case No. CV-03-2866 CBM (JTLx): Plaintiffs' First Amended Complaint For Patent Infringement [Demand For Jury Trial] Decemmber 28, 2005 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0368 | | *LG.Philips LCD Co., LTD., v TPV Technology, LTD., and Envision Peripherals, INC.,* (Case No. CV-03-2885 CBM (JTLx): Plaintiffs' First Amended Complaint For Patent Infringement [Demand For Jury Trial] December 28, 2005 | | |
| DTX 0369 | | *LG.Philips LCD Co., LTD., v Viewsonic Coroporation,* (Case No. CV-03-2886 CBM (JTLx): Plaintiffs' First Amended Complaint For Patent Infringement [Demand For Jury Trial] December 28, 2005 | | |
| DTX 0370 | | *Chungwa Picture Tubes, LTD. v LG Electronics Inc. and LG.Philips LCD Co., LTD,* (Case No. CV-05-0189 TJH (VBKx): Plaintiffs' Complaint For Patent Infringement [Demand For Jury Trial] January 10, 2005 | | |
| DTX 0371 | | *L.G. Philips LCD., Co. v. Michelle Bovio,* et. al, Civil Action No. 04-11076-RCL (D. Mass. January 11, 2005): Judgment of Dismissal | | |
| DTX 0372 | | *L.G. Philips LCD., Co. v. Michelle Bovio,* et. al, Civil Action No. 04-11076-RCL (D. Mass. Feb. 9, 2004): Notice of Appeal | | |
| DTX 0373 | | *L.G. Philips LCD., Co. Ltd., v. Michelle Bovio and Robert C. Frame*, 05-1240 (Fed. Cir. Dec. 12, 2005): Judgment | | |
| DTX 0374 | | *LG.Philips LCD Co.LTD and (1) Tatung (U.K.) LTD (2) VIEWSONIC EUROPE LTD. (3) NUMBER ONE SERVICES LTD:* Judgment, November 28, 2005 | | |
| DTX 0375 | | *In the Matter of the Arbitration between: Picture Tubes, Ltd. ("CPT") vs. LG Electronics Inc. ("LGE"), LG.Philips LCD Co., LTD. ("LPL")*: Award of Arbitrators, June 13, 2006 | | |
| DTX 0376 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America,Tatung Company and Chunghwa Picture Tubes, LTD.,* Case No. CV-02-6775CBM (JTLx): Notice Of Chunghwa Picture Tubes, LTD.'S Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing, May 2, 2005 | | |
| DTX 0377 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America,Tatung Company and Chunghwa Picture Tubes, LTD.,* Case No. CV-02-6775CBM (JTLx): Chunghwa Picture Tubes, LTD.'S Memorandum of Points And Authorities In Support Of Its Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing, May 2, 2005 [SUBMITTED CONCURRENTLY WITH EX PARTE APPLICATION TO FILE UNDER SEAL] | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0378 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD.,* Case No. CV-02-6775CBM (JTLx): Chunghwa Picture Tubes, LTD.'S Memorandum of Points And Authorities In Support Of Its Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing, May 2, 2005 [PORTIONS REDACTED PURSUANT TO EX PARTE APPLICATION TO FILE UNDER SEAL] | | |
| DTX 0379 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD.,* Case No. CV-02-6775CBM (JTLx): Declaration of Heather H. Fan In Support Of Chunghwa Picture Tubes, LTD's Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing, May 2, 2005 [SUBMITTED CONCURRENTLY WITH EX PARTE APPLICATION TO FILE UNDER SEAL] | | |
| DTX 0380 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD.,* Case No. CV-02-6775CBM (JTLx): Declaration of Heather H. Fan In Support Of Chunghwa Picture Tubes, LTD's Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing, May 2, 2005 [EXHIBIT C REDACTED] | | |
| DTX 0381 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD.,* Case No. CV-02-6775CBM (JTLx): Declaration of Christopher A. Mathews In Support Of Chunghwa Picture Tubes, LTD's Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing, May 2, 2005 | | |
| DTX 0382 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): Chunghwa Picture Tubes, [Proposed] Statement of Uncontroverted Facts And Conclusions Of Law In Support Of Its Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing, May 2, 2005 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0383 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): Chunghwa Picture Tubes, LTD's Ex Parte Application For Order Permitting Documents In Support Of Its Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing To Be Filed Under Seal, May 2, 2005 | | |
| DTX 0384 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): Declaration of Christopher A. Mathews in Support of Chunghwa Picture Tubes, LTD's Ex Parte Application For Order Permitting Documents In Support Of Its Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing To Be Filed Under Seal, May 2, 2005 | | |
| DTX 0385 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): [Proposed] Order Granting Chunghwa Picture Tubes, LTD's Ex Parte Application For Order Permitting Documents In Support Of Its Motion For Summary Judgment To Dismiss Plaintiff's Side-Mount Patent Infringement Claims For Lack of Standing To Be Filed Under Seal, May 2, 2005 | | |
| DTX 0386 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): Memorandum Of Points And Authoriities Of LG. Philips LCD CO., LTD. In Opposition To CPT's Motion For Summary Judgment to Dismiss Side-Mount Patent Infringement Claims For Lack of Standing, May 9, 2005 | | |
| DTX 0387 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): Memorandum Of Points And Authoriities Of LG. Philips LCD CO., LTD. In Opposition To CPT's Motion For Summary Judgment to Dismiss Side-Mount Patent Infringement Claims For Lack of Standing, May 9, 2005 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0388 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): Statement Of Genuine Issues In Opposition To Chunghwa Picture Tubes, LTD's Motion For Summary Judgment to Dismiss Side-Mount Patent Infringement Claims For Lack of Standing, May 9, 2005 | | |
| DTX 0389 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): Memorandum Of LG. Philips LCD CO., LTD. In Opposition To The Joinder of the Tatung Defendants to CPT's Motion For Summary Judgment to Dismiss Side-Mount Patent Infringement Claims For Lack of Standing, May 16, 2005 | | |
| DTX 0390 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, LTD's.,* Case No. CV-02-6775CBM (JTLx): Reply Memorandum Of Points and Authorities In Support of Chunghwa Picture Tubes, LTD's Motion For Summary Judgment to Dismiss Side-Mount Patent Infringement Claims For Lack of Standing, May 16, 2005 | | |
| DTX 0391 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America* Case No. CV-02-6775CBM (JTLx): Civil Minutes – Continues Pictures Tubes, Ltd's Motion For Summary Judgment To Dismiss Plaintiffs Side-Mount Patent Infringement Claims For Lack Of Standing, and Joinder by Tatung Company & Tatung Company of America, May 17, 2005 | | |
| DTX 0392 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America* Case No. CV-02-6775CBM (JTLx): Civil Minutes – Order Vacating Hearing And Supplemental Briefing Schedule Re: Motion Of Chunghw Picture Tubes, Ltd. For Summary Judgment To Dismiss Plaintiff LG. Philips LCD Co.'s Side-Mount Patent Infringement Claims. July 8, 2005 | | |
| DTX 0393 | | *LG. Philips LCD Co., LTD v. Tatung Co. of America* Case No. CV-02-6775CBM (JTLx): Amended Order Re: Picture Tubes, LTD.'s Motion For Summary Judgment To Dismiss Side-Mount Patent Infringement Claims For Lack Of Standing. December 9, 2005 | | |
| DTX 0394 | LPL0002266 - LPL0002268 | Terminal Disclaimer '237 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0395 | LPL0002471 - LPL0002473 | Terminal Disclaimer '942 | | |
| DTX 0396 | LPL0002353 - LPL0002355 | Terminal Disclaimer '457 | | |
| DTX 0397 | LPL0002568 - LPL0002571 | Terminal Disclaimer '540 | | |
| DTX 0398 | CPT256200 - CPT256206 | Assignment Record United State Patent No. 5,926,237 | | |
| DTX 0399 | CPT256207 - CPT256213 | Assignment Record United State Patent No. 6,002,457 | | |
| DTX 0400 | CPT256214 - CPT256220 | Assignment Record United State Patent No. 6,020,942 | | |
| DTX 0401 | CPT256180 - CPT256186 | Assignment Record United State Patent No. 6,373,537 | | |
| DTX 0402 | CPT256187 - CPT256199 | Assignment Record United State Patent No. 5,835,139 | | |
| DTX 0403 | | United States Patent No. 6,838,810 | | |
| DTX 0404 | CPT095472 - CPT095548 | Development and Manufacturing Agreement Between Digital Equipment Corporation and LG Electronics Inc. for Laptop Computer | | |
| DTX 0405 | | Third Party Honeywell International's Log Of Documents Withheld Under Claim Of Privilege And February 6, 2002 Letter From Kurt A. Luther To Salmaan Quader, Esq. Enclosing Same. | | |
| DTX 0406 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Plaintiff LG.Philips LCD. Co., LTD'S Objections And Answers To Defendants' First Set Of Interrogatories | | |
| DTX 0407 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Plaintiff LG.Philips LCD. Co., LTD'S Objections And Answers To Defendants' Second Set Of Interrogatories | | |
| DTX 0408 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Plaintiff LG.Philips Supplemental Responses And Objections To Defendants' First And Second Sets Of Interrogatories | | |
| DTX 0409 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Plaintiffs' Motion for Preliminary Injunction, November 1, 2005 | | |
| DTX 0410 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Declaration of William K. Bohannon in support of Plaintiffs' Motion for Preliminary Injunction, November 1, 2005 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0411 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Declaration Of Jong Hwan Kim In Support Of Plaintiffs' Motion For Preliminary Injunction, November 1, 2005 | | |
| DTX 0412 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Defendants' Motion For An Extension Of Time To Respond To Plaintiffs' Motion For Preliminary Injunction, November 8, 2005 | | |
| DTX 0413 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Plaintiff LG.Philips LCD Co. Ltd.'s Answering Brief In Opposition To Defendants' Motion For An Extension Of Time And Statement Of Issues To Be Addressed, November 14, 2005 | | |
| DTX 0414 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): November 9, 2005 ORDER Regarding Discovery And Briefing Schedules On Plaintiffs' Motion For Preliminary Injunction | | |
| DTX 0415 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): November 14, 2005 Letter From Robert W. Whetzel To The Honorable Joseph J. Farnan, Jr. | | |
| DTX 0416 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): November 15, 2005 Letter From Richard D. Kirk To The Honorable Joseph J. Farnan, Jr. | | |
| DTX 0417 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): November 18, 2005 ORDER Re Defendants' Motion For Extension Of Time To File And Serve Defendants' Answering Brief In Response To Plaintiff's Motion For Preliminary Injunction | | |
| DTX 0418 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): November 21, 2005 Letter From Richard D. Kirk To The Honorable Joseph J. Farnan, Jr. | | |
| DTX 0419 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): April 25, 2006 Hearing Transcript | | |
| DTX 0420 | | May 1, 2006 Letter from Richard D. Kirk to The Honorable Joseph J. Farnan, Jr. re *LG.Philips LCD Co., LTD. v Tatung Company of America, et al.* C.A. No. 05-292-JJF stating, in part that "LPL has considered the matter further and has decided that it will withdraw its claims for patent infringement under the '121 patent." | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0421 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Notice Of Voluntary Withdrawal Of Claims Relating To U.S. Patent No. 6,738,121 | | |
| DTX 0422 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): April 25, 2006 ORDER | | |
| DTX 0423 | LPLII 013003 - LPLII 013004 | August 21, 1998 Letter from Song K. Jung, Loeb & Loeb, to Dr. Scott Holmberg re LG Electronics | | |
| DTX 0424 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): Defendants' Motion For Order Barring Disclosure Of CPT's Confidential And Confidential Attorneys Only Information To Mr. Scott Holmberg, LPL's Retained Consultant And The Named Inventor Of One Of The Patents-In-Suit | | |
| DTX 0425 | | *LG.Philips LCD Co., LTD. v Tatung Company*, et. al (Civil Action No. 05-292-JJF): April 13, 2006 Memorandum Order Re Defendants' Defendants' Motion For Order Barring Disclosure Of CPT's Confidential And Confidential Attorneys Only Information To Mr. Scott Holmberg, LPL's Retained Consultant And The Named Inventor Of One Of The Patents-In-Suit | | |
| DTX 0426 | | Scott H. Holmberg *curriculum vitae* | | |
| DTX 0427 | | United States Patent No. 6,613,650 | | |
| DTX 0428 | | United States Patent No. 6,160,270 | | |
| DTX 0429 | | United States Patent No. 6,066,506 | | |
| DTX 0430 | | United States Patent No. 5,954,559 | | |
| DTX 0431 | | United States Patent No. 5,874,746 | | |
| DTX 0432 | | United States Patent No. 5,737,041 | | |
| DTX 0433 | | United States Patent No. 5,731,216 | | |
| DTX 0434 | | United States Patent No. 5,668,032 | | |
| DTX 0435 | | United States Patent No. 5,162,931 | | |
| DTX 0436 | | United States Patent No. 5,123,847 | | |
| DTX 0437 | | United States Patent No. 5,075,591 | | |
| DTX 0438 | | United States Patent No. 5,019,002 | | |
| DTX 0439 | | United States Patent No. 4,842,378 | | |
| DTX 0440 | | United States Patent No. 4,820,222 | | |
| DTX 0441 | | United States Patent No. 4,736,229 | | |
| DTX 0442 | | United States Patent No. 4,651,185 | | |
| DTX 0443 | | United States Patent No. 4,599,705 | | |
| DTX 0444 | | United States Patent No. 4,545,112 | | |
| DTX 0445 | | United States Patent No. 4,531,144 | | |
| DTX 0446 | | United States Patent No. 4,499,557 | | |
| DTX 0447 | | United States Patent No. 4,177,475 | | |
| DTX 0448 | | "Temperature and Pressure Dependence of the Optical and Electrical Gap in Chalcogenide Glasses" E.A. Fagen, S.H. Holmberg, R.W. Seguin, and J.C. Thompson, Proc 10th Int. Conf. Phys. Semicon. | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0449 | | "A Model for Photoconductivity in Amorphous Chalcogenide Alloys" T.C. Arnoldussen, R.H. Bube, E.A. Fagan, and S.H. Holmberg, J. Non-Chryst. Solids 8-10, 933 (1972). | | |
| DTX 0450 | | "Analysis of Photoconductivity in Amorphous Chalcogenides". T.C. Arnoldussen, R.H. Bube, E.A. Fagan, and S.H. Holmberg, J. Appl. Phys. 43, 1798 (1972). | | |
| DTX 0451 | | "New Thin Film Tunnel Triode Using Amorphous Semiconductors". R.F. Shaw, H. Fritzsche, M. Silver, P. Smejtek, S.H. Holmberg and S.R. Ovshinsky, Appl. Phus. Lett. 20, 214 (1972). | | |
| DTX 0452 | | "Nanosecond Switching in Thin Amorphous Chalcogenide films". S.H. Holmberg and M.P. Shaw, Proc. 5th Int. Conf. on Amorphous and Liquid Semicon. (1973). | | |
| DTX 0453 | | "Reversible Switching in Thin Amorphous Chalcogenide Films – Electronic Effects". M.P. Shaw, S.H. Holmberg and S.A. Kostylev, Phys. Rev. Lett. 31, 542 (1973). | | |
| DTX 0454 | | "Evidence for Critical Field Switching in Amorphous Semiconductor Materials". W.D. Buckley and S.H. Holmberg, Sol. State Elec. 18, 127 (1975). | | |
| DTX 0455 | | "Chalcogenide Memory Materials". Scott H. Holmberg, R.R. Shanks and V.A. Bluhm, J. Elec. Mater. 8, 333 (1979). | | |
| DTX 0456 | | "Active Matrix Liquid Displays Using Amorphous Silicon Thin Film Transistors". R.A. Flasck and S.H. Holmberg, IEEE Computer Graphics and Applications, Vol 4, 19-22 (1984). | | |
| DTX 0457 | | "Amorphous Silicon Thin Film Transistors (TFT) Driven Liquid Crystal Displays (LCD)". R.A. Flasck and S.H. Holmberg, Advances in Display Technology V, Elliott Schlam, Editor; Proceedings of SPIE, Vol. 526 94-98 (1985). | | |
| DTX 0458 | | "Amorphous Device Memories Based on the Ovonic Memory Switch". S.H. Holmberg, IEEE NVSM Workshop, (1979). | | |
| DTX 0459 | | "Nanosecond Switching Characteristics of Ovonic Threshold and Memory Switches". S.H. Holmberg, Workshop on Threshold Switching, (1980). | | |
| DTX 0460 | | "A U.S. Supplier of Active Matrix Liquid Displays". Scott H. Holmberg, Electronic Buyers News Forum on Flat Panel Displays, (1993) | | |
| DTX 0461 | | "An Overview of the Flat Panel Display Industry". Scott H. Holmberg, SEMI SMECS Program, (1994) | | |
| DTX 0462 | | United State Patent No. 4,624,737 | | |
| DTX 0463 | | United State Patent No. 5,825,449 | | |
| DTX 0464 | | United State Patent No. 5,926,237 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0465 | | United State Patent No. 6002,457 | | |
| DTX 0466 | | United State Patent No. 6,020,942 | | |
| DTX 0467 | | United State Patent No. 6,373,537 | | |
| DTX 0468 | | An Introduction To The Patent System, Federal Judicial Center, 2002 [Videocassette] | | |
| DTX 0469 | LPL0000201 - LPL0000203 | July 30, 2002 Letter from Won-Jun Choi (LG Philips LDC) to Hsiang-Kuei Chung (TFT Business Unit, Chunghwa Picture Tubes., LTD) | | |
| DTX 0470 | LPL0000205 | July 5, 2002 Letter from Jeong -Hwan Lee (LG Philips LDC) to Hsiang-Kuei Chung (TFT Business Unit, Chunghwa Picture Tubes., LTD) | | |
| DTX 0471 | LPL0000217 | February 8, 2002 Letter from Jeong-Hwan Lee (LG Philips LDC) to Cheng-Yuan. Lin (Chunghwa Picture Tubes., LTD) | | |
| DTX 0472 | | (DX-100 Holmberg) Notice of Deposition of Scott H. Holmberg | | |
| DTX 0473 | | (DX-105 Holmberg) Schematic Drawings | | |
| DTX 0474 | LPL 013057 - LPL 013075 | (DX-107 Holmberg) Article by Holmberg andd R. A. Flasck, entitled "Active-Matrix Liquid Crystal Displays Using Amorphous Silicon Thin-Film Transistors" | | |
| DTX 0475 | LPL 013076 | (DX-109 Holmberg) Letter from Dr. Holmberg to J. Zele dated January 21, 1998 | | |
| DTX 0476 | | (DX-110 Holmberg) Fax from Dr. Holmberg to J. Zele dated January 21, 1998 | | |
| DTX 0477 | LPL 013003 - LPL 013004 | (DX-111 Holmberg) Letter from Song Jung of Loeb & Loeb to Dr. Holmberg | | |
| DTX 0478 | LPL 013172 | (DX-112 Holmberg) Letter from Song Jung of Loeb & Loeb to Dr. Holmberg | | |
| DTX 0479 | LPL 013173 - LPL 013174 | (DX-113 Holmberg) Letter from Song Jung of Loeb & Loeb to Dr. Holmberg | | |
| DTX 0480 | | T.P. Brody, F.C. Luo, D.H. Davies, and E.W. Greenwich, "Operational Characteristics of a 6" by 6" TFT Matrix Array Liquid Crystal Display, Digest of Technical papers, 1974 SID International Symposium (Society for Information display, Los Angeles, 1974) | | |
| DTX 0481 | | Webster E. Howard Curriculum Vitae | | |
| DTX 0482 | | Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliot Schlam for Infringement of U.S. Patent No. 5,019,002 | | |
| DTX 0483 | | Expert Report of Webster E. Howard, Ph.D. Regarding the Invalidity of U.S. Patent No. 5,019,002 | | |
| DTX 0484 | | Japanese Patent Application No. S57-52021 (O. Yamada)(Exhibit 8 to the Expert Report of Webster E. Howard, Ph.D. Regarding the Invalidity of U.S. Patent No. 5,019,002) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0485 | | Japanese Patent Application No. S57-52027 (K. Sakai)(Exhibit 7 to the Expert Report of Webster E. Howard, Ph.D. Regarding the Invalidity of U.S. Patent No. 5,019,002) | | |
| DTX 0486 | | Japanese Patent Application No. S59-126623 (Kodaira)(Exhibit 9 to the Expert Report of Webster E. Howard, Ph.D. Regarding the Invalidity of U.S. Patent No. 5,019,002) | | |
| DTX 0487 | | Japanese Patent Application No. S59-126663 (K. Yudasaka)(Exhibit 6 to the Expert Report of Webster E. Howard, Ph.D. Regarding the Invalidity of U.S. Patent No. 5,019,002) | | |
| DTX 0488 | | Japanese Patent Application No. S62-187885 (Y. Okawa, et al.)(Exhibit 4 to the Expert Report of Webster E. Howard, Ph.D. Regarding the Invalidity of U.S. Patent No. 5,019,002) | | |
| DTX 0489 | | Japanese Patent Application No. S63-10558 (R. Oritsuke)(Exhibit 5 to the Expert Report of Webster E. Howard, Ph.D. Regarding the Invalidity of U.S. Patent No. 5,019,002) | | |
| DTX 0490 | | Japanese Patent Application No. S63-106788 (T. Kawamura, et al.)(Exhibit 3 to the Expert Report of Webster E. Howard, Ph.D. Regarding the Invalidity of U.S. Patent No. 5,019,002) | | |
| DTX 0491 | | P.G. LeComber, W.E. Spear, and A. Gahith, Amorphous Silicon Field-Effect Device and Possible Application," Elect. Lett., 15 (1979) | | |
| DTX 0492 | | U.S. Patent No. 4,820,222 | | |
| DTX 0493 | | 40 Years of SID Symposia - Nuturing Progress in AMLCD Technology | | |
| DTX 0494 | | Printouts from D090VA01.str (Exhibit 11 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0495 | | Printouts from D150E6E.str (Exhibit 12 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0496 | | Printouts from E190EA05.str (Exhibit 13 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0497 | | Schematics for CPT Outer Ring Couplings (Module 150BP) (Exhibit 14 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |