| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0498 | | Schematics for CPT Outer Ring Couplings (Module 190EA05) (Exhibit 15 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0499 | | Printouts from D150E6E.str (Exhibit 16 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0500 | CPT-D 010334 | Design Specification 15XP Array (Exhibit 17 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0501 | | David Halliday, Robert Resnick, Kenneth S. Krane, *Physics*, Volume Two Extended Version, 4th ed. (1992) (Exhibit 18 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0502 | | Michael Quirk, Julian Serda, *Semiconductor Manufacturing Technology*, (2001) (Exhibit 20 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0503 | | Paul Horowitz, Winfield Hill, *The Art of Electronics*, 2d ed. (1989) (Exhibit 21 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0504 | | Richard A. Flack, Scott H. Holmberg, *Amorphpous Silicon Thin Film Transistor (TFT) driven liquid crystal displays (LCD)* (Exhibit 22 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliott Schlam for Infringement of U.S. Patent No. 5,019,002) | | |
| DTX 0505 | CPT 120225 A - CPT 120227 A | Patents cited in LPL's July 30, 2002 letter to CPT and prior art cited therein (A list of these patents is included as Appendix A) | | |
| DTX 0506 | | Japanese Patent Office Official Gazette for Kokai Unexamined Patents dated Jan 18, 1988 inventor Ryoji Oritsuke | | |
| DTX 0507 | | Japanese Patent Office Official Gazette for Kokai Unexamined Patents dated Feb 14, 1986, inventor Yasufumi Okawa | | |
| DTX 0508 | | Japanese Patent Office Official Gazette for Kokai Unexamined Patents dated Oct 24, 1986, inventor Tetsuya Kawamura | | |
| DTX 0509 | | Japanese Patent Office Official Gazette for Kokai Unexamined Patents dated Feb 14, 1986, inventor Kazuo Yudasaka | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0510 | | Japan Patent Office, Sept 12, 1980, Inventor Keiji Sakai, Liquid crystal display device | | |
| DTX 0511 | | Japan Patent Office, Sept 12, 1980, Inventor Osamu Yamada, Liquid Crystal Display Cell Manufacturing method | | |
| DTX 0512 | | Unexamined Patent Application, Japan Patent Office, July 21, 1984, Inventor Toshihiko Mano and Toshimoto Kodaira | | |
| DTX 0513 | LPL 013458 - LPL 013583 | LCD Monitor Strategy Report, DisplaySearch 2002 | | |
| DTX 0514 | | U.S. Patent 5,019,002 | | |
| DTX 0515 | LPL 0000217 | Feb 8, 2002 from Jeong-Hwan Lee to Cheng-Yuan. Lin | | |
| DTX 0516 | LPL 0000216 | Feb 27, 2002, from Jeong-Hwan Lee to Cheng-Yuan.Lin | | |
| DTX 0517 | LPL 0000215 | March 5, 2002 from Hsiang-Huei Chung to Jeng-Hwan Lee | | |
| DTX 0518 | LPL 0000205 | July 5, 2002 from Jeong-Hwan Lee to Hsiang-Huei Chung | | |
| DTX 0519 | LPL 0025661 | July 22, 2002 from Hsiang-Huei Chung to Jeong-Hwan Lee | | |
| DTX 0520 | LPL 0000201 - LPL 0000203 | July 30, 2002 Letter and attachment from Won-Jun Choi to Hsiang-Kuei Chung | | |
| DTX 0521 | | *Cardiac Peacemakers, Inc. v Aspen II Holding Co.,* 2006 U.S. Dist. LEXIS 22559, No. 04-4048 (D. Minn. Apr. 20, 2006) | | |
| DTX 0522 | | *EZ Dock Inc. v. Schager Sys. Inc.,* 2003 U.S. Dist. LEXIS 1810, No. 98-2364 (D. Minn. Jan. 22, 2003) | | |
| DTX 0523 | CPT-D 008774 - CPT-D 008788 | Panel Design Spec: 18QQA01 | | |
| DTX 0524 | CPT-D 031568 - CPT-D 031590 | Panel Design Spec: CLAA070WA01 | | |
| DTX 0525 | CPT-D 031591 - CPT-D 031613 | Panel Design Spec: CLAA070WA03 | | |
| DTX 0526 | CPT-D 031626 - CPT-D 031647 | Panel Design Spec: CLAA070WB01 | | |
| DTX 0527 | CPT-D 031675 - CPT-D 031693 | Panel Design Spec: 170EA02 | | |
| DTX 0528 | CPT-D 031704 - CPT-D 031716 | Panel Design Spec: T1 090WB01 | | |
| DTX 0529 | CPT-D 031717 - CPT-D 031729 | Panel Design Spec: 022 QA01 | | |
| DTX 0530 | CPT-D 031774 - CPT-D 031789 | Panel Design Spec: CLAA201WA03 | | |
| DTX 0531 | CPT-D 031790 - CPT-D 031806 | Panel Design Spec: 170ES01 | | |
| DTX 0532 | CPT-D 031842 - CPT-D 031856 | Panel Design Spec: 090WA01 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0533 | CPT-D 031857 - CPT-D 031865 | Panel Design Spec: 018QCA01 | | |
| DTX 0534 | CPT-D 031866 - CPT-D 031873 | Panel Design Spec: 170EA07 | | |
| DTX 0535 | CPT-D 031874 - CPT-D 031890 | Panel Design Spec: CLAA170EA07Q | | |
| DTX 0536 | CPT-D 031891 - CPT-D 031897 | Panel Design Spec: 170EA07Q | | |
| DTX 0537 | CPT-D 031898 - CPT-D 031912 | Panel Design Spec: T2 190EA05Q | | |
| DTX 0538 | CPT-D 031913 - CPT-D 031918 | Panel Design Spec: 022QA01 | | |
| DTX 0539 | CPT-D 031929 - CPT-D 031946 | Panel Design Spec: 154WB04/04A | | |
| DTX 0540 | CPT-D 031947 - CPT-D 031955 | Panel Design Spec: 090WA01 | | |
| DTX 0541 | CPT-D 031966 - CPT-D 031979 | Panel Design Spec: 201VA07 | | |
| DTX 0542 | CPT-D 031984 - CPT-D 031991 | Panel Design Spec: 170ES01 | | |
| DTX 0543 | CPT-D 031992 - CPT-D 032008 | Panel Design Spec: 320WB02 | | |
| DTX 0544 | CPT-D 032009 - CPT-D 032023 | Panel Design Spec: T2 150XP01P | | |
| DTX 0545 | CPT-D 032024 - CPT-D 032030 | Panel Design Spec: 090VA01 | | |
| DTX 0546 | CPT-D 032058 - CPT-D 032067 | Panel Design Spec: 018QA01 | | |
| DTX 0547 | CPT-D 032068 - CPT-D 032085 | Panel Design Spec: 320WA01C | | |
| DTX 0548 | CPT-D 032086 - CPT-D 032100 | Panel Design Spec: 018QQA01 | | |
| DTX 0549 | CPT-D 032101 - CPT-D 032117 | Panel Design Spec: CLAA070VA01 | | |
| DTX 0550 | CPT-D 032118 - CPT-D 032132 | Panel Design Spec: T2 141WB02 | | |
| DTX 0551 | CPT-D 032158 - CPT-D 032174 | Panel Design Spec: 320WA01 | | |
| DTX 0552 | CPT-D 032178 - CPT-D 032183 | Panel Design Spec: 170ES01 | | |
| DTX 0553 | CPT-D 032191 - CPT-D 032205 | Panel Design Spec: 022QVA03 | | |
| DTX 0554 | CPT-D 032217 - CPT-D 032221 | Panel Design Spec: 022QVA03 | | |
| DTX 0555 | CPT-D 032231 - CPT-D 032237 | Panel Design Spec: 070WA03 T2 | | |
| DTX 0556 | CPT-D 032258 - CPT-D 032272 | Panel Design Spec: 024QVA03 | | |
| DTX 0557 | CPT-D 032273 - CPT-D 032281 | Panel Design Spec: 150XN01 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0558 | CPT-D 032300 - CPT-D 032314 | Panel Design Spec: TI 150XN01 | | |
| DTX 0559 | CPT-D 032315 - CPT-D 032329 | Panel Design Spec: L2 370WA02 | | |
| DTX 0560 | CPT-D 032343 - CPT-D 032357 | Panel Design Spec: T2 19EA05 | | |
| DTX 0561 | CPT-D 032358 - CPT-D 032372 | Panel Design Spec: T2 19EA05 | | |
| DTX 0562 | CPT-D 032384 - CPT-D 032400 | Panel Design Spec: CLAA171WA01 | | |
| DTX 0563 | CPT-D 032416 - CPT-D 032430 | Panel Design Spec: T2 140WA01A | | |
| DTX 0564 | CPT-D 032431 - CPT-D 032445 | Panel Design Spec: T2 140WA01 | | |
| DTX 0565 | CPT-D 032446 - CPT-D 032461 | Panel Design Spec: CLAA154WA06/06A | | |
| DTX 0566 | CPT-D 032500 - CPT-D 032513 | Panel Design Spec: 150PB03A (T1) | | |
| DTX 0567 | CPT-D 032526 - CPT-D 032538 | Panel Design Spec: 080WA01 | | |
| DTX 0568 | CPT-D 032560 - CPT-D 032574 | Panel Design Spec: TI 090VA01 | | |
| DTX 0569 | CPT-D 032815 - CPT-D 032831 | Panel Design Spec: 070WA03; 070WA01; CLAA018QQA01 | | |
| DTX 0570 | CPT-D 033519 - CPT-D 033533 | Panel Design Spec: T2 070WA03 | | |
| DTX 0571 | CPT-D 033557 - CPT-D 033571 | Panel Design Spec: CLAA040WQA01 | | |
| DTX 0572 | CPT-D 0336585 - CPT-D 033599 | Panel Design Spec: 015SQA01 | | |
| DTX 0573 | CPT-D 028842 | Module Assembly CAD Files (Kroll Ontrack BM #39961) | | |
| DTX 0574 | CPT-D 028843 | Module Assembly CAD Files (Kroll Ontrack BM #39962) | | |
| DTX 0575 | CPT-D 028844 | Module Assembly CAD Files (Kroll Ontrack BM 339963) | | |
| DTX 0576 | CPT-D 028845 | Module Assembly CAD Files (Kroll Ontrack BM #40047) | | |
| DTX 0577 | CPT 269427 | STR Files CPT IT 1 and CPT IT 2 produced July 5, 2005 | | |
| DTX 0578 | CPT 276051 | Mask Files enclosed with the September 21, 2005 letter | | |
| DTX 0579 | | D018QC_1A.str D018QC_2A.str D018QC_3A.str | | |
| DTX 0580 | | D018QF_1A.str D018QF_2A.str | | |
| DTX 0581 | | D022QA_1A.str D022QA_2A.str D022QA_3A.str | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0582 | | CLAA040WA.str<br>D040WA_1A.str<br>D040WA_2A.str | | |
| DTX 0583 | | D055WA01.str | | |
| DTX 0584 | | D070VA_A1.str<br>D070VA_A2.str<br>D070VA_A3.str | | |
| DTX 0585 | | D070A1D.str<br>D070A2D.str<br>D070A3D.str | | |
| DTX 0586 | | D070A1F.str<br>D070A2F.str<br>D070A3F.str | | |
| DTX 0587 | | D070A1F.str<br>D070A2f.str<br>D070A3f.str | | |
| DTX 0588 | | D090VA01.str | | |
| DTX 0589 | | D090V1A.str<br>D090V2A.str<br>D090V4A.str | | |
| DTX 0590 | | D090W1A1.str<br>D090W1A2.str<br>D090W1A3.str<br>D090W1A4.str | | |
| DTX 0591 | | D090WD01_1A.str<br>D090WD01_2A.str<br>D-90WD01_3A.str | | |
| DTX 0592 | | D121W1A.str<br>D121W2A.str<br>D121W3A.str<br>D121W4A.str<br>D121W5A.str<br>D121W6A.str | | |
| DTX 0593 | | E130AA_1.str | | |
| DTX 0594 | | E140WA01.str | | |
| DTX 0595 | | D141 EB02.str | | |
| DTX 0596 | | C141XC.str | | |
| DTX 0597 | | D141YT.str | | |
| DTX 0598 | | D14HA.str | | |
| DTX 0599 | | F141XD2.str | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0600 | | D141YP.str | | |
| DTX 0601 | | D141 H1B3.str<br>D141 H2B3.str<br>D141 H3B3.str<br>D141 H4B3.str<br>D141 H5B3.str<br>D141 H6B3.str | | |
| DTX 0602 | | D150E2B1.str<br>D150E2B2.str<br>D150E2B3.str<br>D150E2B4.str<br>D150E2B5.str<br>D150E2B6.str | | |
| DTX 0603 | | D150E1E.str<br>D150E2E.str<br>D150E3E.str<br>D150E4E.str<br>D150E5E.str<br>D150E6E.str | | |
| DTX 0604 | | D150XW1.str | | |
| DTX 0605 | | D150GF.str | | |
| DTX 0606 | | D150GB.STR | | |
| DTX 0607 | | D150XY2.str<br>E150XG2.str<br>F150XA.str | | |
| DTX 0608 | | D150X1U.STR<br>D150X2U.STR<br>D150X3U.STR<br>D150X4U.STR<br>D150X5U.STR<br>D150X6U.STR<br>E150XH.str | | |
| DTX 0609 | | D150X1Z.str<br>D150X2Z.str<br>D150X3Z.str<br>D150X4Z.str<br>D150X5Z.str<br>D150X6Z.str | | |
| DTX 0610 | | D150G1C.str<br>D150G2C.str<br>D150G3C.str<br>D150G4C.str<br>D150G5C.str<br>D150G6C.str<br>E150XJ01.str<br>E150XJ3.str | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0611 | | E154WA_OK.str<br>F 154WB.str | | |
| DTX 0612 | | N154WB_0929.str | | |
| DTX 0613 | | F170EB_GAP10.str | | |
| DTX 0614 | | F170EC3.str | | |
| DTX 0615 | | G170EA_4S_Final.str | | |
| DTX 0616 | | N170ES_1227.str | | |
| DTX 0617 | | F171WA2.str | | |
| DTX 0618 | | D181EA.str | | |
| DTX 0619 | | D 181XB.str<br>E 181XA.str | | |
| DTX 0620 | | E190EA01.str | | |
| DTX 0621 | | E190EB-E1.str<br>E190EB-E2.str | | |
| DTX 0622 | | E190EA05.str | | |
| DTX 0623 | | E201VA02.str | | |
| DTX 0624 | | F201WA2.str | | |
| DTX 0625 | | G201WA_0831.str | | |
| DTX 0626 | | F260WA01_1029.str<br>F260WA01_0425.str | | |
| DTX 0627 | | F295WA11.str | | |
| DTX 0628 | | F320WA01.str<br>F320WA02.str | | |
| DTX 0629 | | C320WA01.str<br>C320WA02.str<br>C320WA03.str<br>C320WA04.str<br>C320WA05.str | | |
| DTX 0630 | | F370WA01.str | | |
| DTX 0631 | | F370WA01.str<br>F370WA02.str<br>F370WA03.str | | |
| DTX 0632 | | G370WA02.str | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0633 | | G320WA01.str<br>G320WA02.str<br>G320WA03.str | | |
| DTX 0634 | CPT-D 018726 | Mask Files | | |
| DTX 0635 | CPT-D 027820A | Mask Files (CD ROM) | | |
| DTX 0636 | CPT-D 028833 - CPT-D 028841 | Mask Files on CD ROM produced by Howrey | | |
| DTX 0637 | CPT-D 028846 | Mask Files (CD produced on April 7, 2006) | | |
| DTX 0638 | CPT-D 028994 | CD ROM produced by Defendants | | |
| DTX 0639 | CPT-D 033640 | STR files (CD-ROM) | | |
| DTX 0640 | CPT-D 019135 | Module: CPT CLAA170EA03Q | | |
| DTX 0641 | CPT-D 019136 | Module: CPT CLAA150XC01Y | | |
| DTX 0642 | CPT-D 019137 | Module: CPT CLAA260WA01 | | |
| DTX 0643 | CPT-D 019138 | Module: CPT CLAA300WA11Y | | |
| DTX 0644 | CPT-D 019139 | Module: CPT CLAA320WA01 | | |
| DTX 0645 | CPT-D 019140 | Module: CPT CLAA130VA01Y | | |
| DTX 0646 | CPT-D 019141 | Module: CPT CLAA150XG01 | | |
| DTX 0647 | CPT-D 019142 | Module: CPT CLAA201WA01 | | |
| DTX 0648 | CPT-D 019143 | Module: CPT CLAA370WA01 | | |
| DTX 0649 | CPT-D 019144 | Module: CPT CLAA150XC01D | | |
| DTX 0650 | CPT-D 019145 | Module: CPT CLAA150XA03 | | |
| DTX 0651 | CPT-D 019146 | Module: CPT CLAA190EA03 | | |
| DTX 0652 | CPT-D 019147 | Module: CPT CLAA181XA01 | | |
| DTX 0653 | CPT-D 027871 | Samples of the Modules: CLAA 150PB03 (produced March 6, 2006) | | |
| DTX 0654 | CPT-D 027872 | CLAA 150XP03 (produced March 6, 2006) | | |
| DTX 0655 | CPT-D 027873 | CLAA 154WA06A (produced March 6, 2006) | | |
| DTX 0656 | CPT-D 027874 | CLAA 190EA03H, (produced March 6, 2006) | | |
| DTX 0657 | CPT-D 027875 | CLAA 190EA05 (produced March 6, 2006) | | |
| DTX 0658 | CPT-D 027876 | CLAA130VA01 (produced March 6, 2006) | | |
| DTX 0659 | CPT-D 027877 | CLAA150PB01 (produced March 6, 2006) | | |
| DTX 0660 | CPT-D 027878 | CLAA150XC01 (produced March 6, 2006) | | |
| DTX 0661 | CPT-D 027879 | CLAA150XG08 (produced on March 6, 2006) | | |
| DTX 0662 | CPT-D 027880 | CLAA150XG09D (produced on March 6, 2006) | | |
| DTX 0663 | CPT-D 027881 | CLAA150XH01 (produced on March 6, 2006) | | |
| DTX 0664 | CPT-D 027882 | CLAA150XHP01 (produced on March 6, 2006) | | |
| DTX 0665 | CPT-D 027883 | CLAA150XG08 (produced on March 6, 2006) | | |
| DTX 0666 | CPT-D 027884 | CLAA154WA01 (produced on March 6, 2006) | | |
| DTX 0667 | CPT-D 027885 | CLAA170EA02 (produced on March 6, 2006) | | |
| DTX 0668 | CPT-D 027886 | CLAA170EA03 (produced on March 6, 2006) | | |
| DTX 0669 | CPT-D 027887 | CLAA170EA07 (produced on March 6, 2006) | | |
| DTX 0670 | CPT-D 027888 | CLAA150XE01 | | |
| DTX 0671 | CPT-D 027890 | CLAA154WA03 | | |
| DTX 0672 | CPT-D 027891 | CLAA201VA02 | | |
| DTX 0673 | CPT-D 027892 | CLAA201VA03 | | |
| DTX 0674 | CPT-D 027989 | CLAA150XG06 | | |
| DTX 0675 | | All CPT motherglass samples produced to LPL | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0676 | | Defendants Markman Hearing Bench Book dated March 20, 2006 | | |
| DTX 0677 | | Defendants' Reply Brief in Support of Their Proposed Claim Constructions (w/Exhibits) dated March 15, 2006 | | |
| DTX 0678 | | Declaration of Dr. Webster E. Howard in Support of Defendants Opening Brief of their Proposed Claim Construction (with exhibits) | | |
| DTX 0679 | | Declaration of David Michael Holmes in Support of Defendants' Opening Brief of their Proposed Claim Construction (with exhibits) | | |
| DTX 0680 | | Claim Construction Hearing Transcript from March 20, 2006 | | |
| DTX 0681 | | Plaintiff's Motion for Preliminary Injunction dated November 1, 2005 | | |
| DTX 0682 | | Defendants' Opening Brief in Support of Their Proposed Claim Constructions (w/Exhibits) dated March 8, 2006 | | |
| DTX 0683 | | U.S. Patent No. 4,714,949 | | |
| DTX 0684 | | JP 59-126663 | | |
| DTX 0685 | | JP 62-187885 | | |
| DTX 0686 | | JP 63-10558 | | |
| DTX 0687 | | U.S. Patent No. 4,455,739 | | |
| DTX 0688 | | U.S. Patent No. 4,586,242 | | |
| DTX 0689 | | U.S. Patent No. 4,736,271 | | |
| DTX 0690 | | U.S. Patent No. 4,803,536 | | |
| DTX 0691 | LPLII 005755 - LPLII 005760 | (JAPANESE) JP 63-10558 | | |
| DTX 0692 | LPLII 013077 - LPLII013079 | (JAPANESE) JP 59-126663 | | |
| DTX 0693 | LPLII 013236 - LPLII 013238 | (JAPANESE) JP 62-187885 | | |
| DTX 0694 | | (JAPANESE) JP 05-265021 | | Need Bates |
| DTX 0695 | | (JAPANESE) JP 06-018914 | | Need Bates |
| DTX 0696 | | United States Patent No. 2004/0012746 | | Need Bates |
| DTX 0697 | | United States Patent No. 2005/0030466 | | Need Bates |
| DTX 0698 | | United States Patent No. 6,636,281 | | Need Bates |
| DTX 0699 | | U.S. Patent No. 6,819,371 | | Need Bates |
| DTX 0700 | | U.S. Patent No. 5,719,752 | | Need Bates |
| DTX 0701 | | (JAPANESE) JP 02-132418 | | Need Bates |
| DTX 0702 | | (JAPANESE) JP 06-301047 | | Need Bates |
| DTX 0703 | | (JAPANESE) JP 07-122713B | | Need Bates |
| DTX 0704 | | (JAPANESE) JP 08-221003 | | Need Bates |
| DTX 0705 | | (JAPANESE) JP 11-008455 | | Need Bates |
| DTX 0706 | | (JAPANESE) JP 11-271793 | | Need Bates |
| DTX 0707 | | (JAPANESE) JP 11-271794 | | Need Bates |
| DTX 0708 | | (JAPANESE) JP 64-088577 | | Need Bates |
| DTX 0709 | | (JAPANESE) JP 04-088320 | | Need Bates |
| DTX 0710 | | (JAPANESE) JP 06-202136 | | Need Bates |
| DTX 0711 | | United States Patent No. 2001/0024259 | | Need Bates |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0712 | | United States Patent No. 5,029,984 | | Need Bates |
| DTX 0713 | | United States Patent No. 5,161,009 | | Need Bates |
| DTX 0714 | | United States Patent No. 6,211,936 | | Need Bates |
| DTX 0715 | | (JAPANESE) JP 04-077136 | | Need Bates |
| DTX 0716 | | (JAPANESE) JP 07-288266 | | Need Bates |
| DTX 0717 | | U.S. Patent No. 6,633,002 B2 | | Need Bates |
| DTX 0718 | | (JAPANESE) JP 61-12268B | | Need Bates |
| DTX 0719 | | (JAPANESE) JP 58-116573 | | Need Bates |
| DTX 0720 | | (JAPANESE) JP 63-106788 | | Need Bates |
| DTX 0721 | | (JAPANESE) JP 62-38423 | | Need Bates |
| DTX 0722 | | (JAPANESE) JP 05-87430 | | Need Bates |
| DTX 0723 | TAT 06353 - TAT 07384 | ViewSonic User Manual | | |
| DTX 0724 | TAT 07385 - TAT 07693 | ViewSonic User Manual | | |
| DTX 0725 | TAT 09235 - TAT 09716 | ViewSonic User Manual | | |
| DTX 0726 | TCA 00033 - TCA 00301 | ViewSonic User Manual | | |
| DTX 0727 | TCA 00640 - TCA 00721 | ViewSonic User Manual | | |
| DTX 0728 | TCA 00863 - TCA 01011 | ViewSonic User Manual | | |
| DTX 0729 | VS 00835 - VS 01406 | ViewSonic User Manual | | |
| DTX 0730 | VS 01749 - VS 01867 | ViewSonic User Manual | | |
| DTX 0731 | VS 01878 - VS 02008 | ViewSonic User Manual | | |
| DTX 0732 | VS 02060 - VS 02303 | ViewSonic User Manual | | |
| DTX 0733 | VS 02335 - VS 02600 | ViewSonic User Manual | | |
| DTX 0734 | VS 06096 - VS 06127 | ViewSonic User Manual | | |
| DTX 0735 | VS 06305 - VS 06761 | ViewSonic User Manual | | |
| DTX 0736 | VS 06783 - VS 07082 | ViewSonic User Manual | | |
| DTX 0737 | VS-D 04963 VS-D 04982 | ViewSonic User Guide | | |
| DTX 0738 | VS-D 04521 - VS-D 04541 | ViewSonic User Guide | | |
| DTX 0739 | VS-D 04735 - VS-D 04755 | ViewSonic User Guide | | |
| DTX 0740 | VS-D 04839 - VS-D 04858 | ViewSonic User Guide | | |
| DTX 0741 | VS-D 04162 - VS-D 04230 | ViewSonic User Guide | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0742 | VS-D 04049 - VS-D 04069 | ViewSonic User Guide | | |
| DTX 0743 | VS-D 03345 - VS-D 03365 | ViewSonic User Guide | | |
| DTX 0744 | VS-D 03511 - VS-D 03531 | ViewSonic User Guide | | |
| DTX 0745 | VS-D 03658 - VS-D 03677 | ViewSonic User Guide | | |
| DTX 0746 | VS-D 02824 - VS-D 02845 | ViewSonic User Guide | | |
| DTX 0747 | VS-D 02958 - VS-D 02973 | ViewSonic User Guide | | |
| DTX 0748 | VS-D 00940 - VS-D 00969 | ViewSonic User Guide | | |
| DTX 0749 | VS-D 00209 - VS-D 00234 | ViewSonic User Guide | | |
| DTX 0750 | VS-D 00400 - VS-D 00431 | ViewSonic User Guide | | |
| DTX 0751 | VS-D 01849 - VS-D 01870 | ViewSonic User Guide | | |
| DTX 0752 | VS-D 02024 - VS-D 02043 | ViewSonic User Guide | | |
| DTX 0753 | VS-D 06002 - VS-D 06022 | ViewSonic User Guide | | |
| DTX 0754 | VS-D 06958 - VS-D 06978 | ViewSonic User Guide | | |
| DTX 0755 | VS-D 07579 - VS-D 07599 | ViewSonic User Guide | | |
| DTX 0756 | CPT 084280 - CPT 084293 | Draft Patent License Agreement for LG Philips LCD Co., Ltd., faxed from Tatung Company | | |
| DTX 0757 | CPT 091890 - CPT 091901 | Draft Supplementary Agreement with between Advanced Display, Inc. and Chunghwa Picture Tubes, Ltd. | | |
| DTX 0758 | CPT 267502 - CPT 267509 | (CAPX-352) License Agreement between CPT and ADI dated March 25, 2004 | | |
| DTX 0759 | CPT 267521 - CPT 267561 | (CAPX-345) License and Technical Assistance Agreement between ADI and CPT dated April 24, 1997 | | |
| DTX 0760 | LPL 006404 - LPL 006412 | Patent Purchase Agreement between Seiko and LG Electronics dated June 11, 1997 | | |
| DTX 0761 | | Credit Suisse, "Asian TFT-LCD Sector," 3/24/2006 | | |
| DTX 0762 | | Goldscheider et al., *Use of the 25 Per Cent Rule in Valuing IP* (December 2002) | | |
| DTX 0763 | | John M. Skenyon, "Proving Patent Damages to a Jury" | | |
| DTX 0764 | | Michael J. Wagner Curriculum Vitae | | |
| DTX 0765 | | Expert Report of Michael J. Wagner dated June 16, 2006 | | |
| DTX 0766 | LPL 025673 - LPL 025674 | Letter from N. McCutcheon to R. Chen dated November 27, 2002 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0767 | | Citigroup, "Chunghwa Picture Tubes, Ltd.," 10/14/2005 | | |
| DTX 0768 | | Nomura International (Hong Kong) limited, "Taiwan TFT-LCD Panels," 11/10/2005 | | |
| DTX 0769 | | Robert Goldscheider, *Technology Management Handbook*, Clark Boardman Company, Ltd., 1984 edition | | |
| DTX 0770 | | SG Cowen Technology Group, "Taiwan TFT-LCD Sector," 3/29/2002 | | |
| DTX 0771 | WAG 000001 - WAG 000027 | DS Monitor Data | | |
| DTX 0772 | WAG 000028 - WAG 000040 | DS NB Data Q4 '01 - Q4 '04 | | |
| DTX 0773 | WAG 000041 - WAG 000059 | DS NB Data | | |
| DTX 0774 | WAG 000060 - WAG 000063 | IDC NB and Monitor Data | | |
| DTX 0775 | WAG 000064 | Schedule 5 | | |
| DTX 0776 | WAG 000065 | Schedule 6.0 | | |
| DTX 0777 | WAG 000066 - WAG 000390 | Schedule 6.1 | | |
| DTX 0778 | WAG 000391 - WAG 000653 | Schedule 6.2 | | |
| DTX 0779 | WAG 000654 | Schedule 7.0 | | |
| DTX 0780 | WAG 000655 - WAG 001178 | Schedule 7.1 | | |
| DTX 0781 | WAG 001179 - WAG 001237 | Schedule 7.2 | | |
| DTX 0782 | WAG 001238 - WAG 001335 | Schedule 7.3 | | |
| DTX 0783 | WAG 001336 - WAG 002098 | Schedule 8 | | |
| DTX 0784 | WAG 002099 - WAG 002255 | Schedule 9 | | |
| DTX 0785 | WAG 002272 - WAG 002275 | Schedule 11 | | |
| DTX 0786 | WAG 002276 - WAG 002283 | Schedule 12.1 | | |
| DTX 0787 | WAG 002284 - WAG 002287 | Schedule 12.2 | | |
| DTX 0788 | WAG 002288 - WAG 002295 | Schedule 12.3 | | |
| DTX 0789 | WAG 002296 - WAG 002305 | Schedule 12.4 | | |
| DTX 0790 | WAG 002306 - WAG 002309 | Schedule 12.5 | | |
| DTX 0791 | WAG 002310 - WAG 002312 | Schedule 12.6 | | |
| DTX 0792 | WAG 002313 - WAG 002709 | CPT Source Documents Vol. 2 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0793 | WAG 002710 - WAG 003077 | CPT Source Documents Vol. 3 | | |
| DTX 0794 | WAG 003078 - WAG 003107 | Supply Chain by TFT-LCD Maker in the Note PC Market (Q1 '00) | | |
| DTX 0795 | WAG 003108 - WAG 003113 | Supply Chain by TFT-LCD Maker in the Notebook PC Market (Q2 '00) | | |
| DTX 0796 | WAG 003114 - WAG 003143 | TFT-LCD Value Chain for Notebook PCs (Q3 '00) | | |
| DTX 0797 | WAG 003144 - WAG 003151 | TFT LCD Value Chain for Notebook PCs (Q2 '01) | | |
| DTX 0798 | WAG 003152 - WAG 003189 | TFT LCD Value Chain for Notebook PCs (2001) | | |
| DTX 0799 | WAG 003190 - WAG 003226 | TFT LCD Value Chain for Notebook PCs (2002) | | |
| DTX 0800 | WAG 003227 - WAG 003260 | TFT LCD Value Chain for Notebook PCs (2003) | | |
| DTX 0801 | WAG 003261 - WAG 003278 | TFT LCD Value Chain for Notebook PCs (Q1 '04) | | |
| DTX 0802 | WAG 003279 - WAG 003299 | TFT LCD Value Chain for Notebook PCs (Q2 '04) | | |
| DTX 0803 | WAG 003300 - WAG 003320 | TFT LCD Vaule Chain for Notebook PCs (Q3 '04) | | |
| DTX 0804 | WAG 003321 - WAG 003341 | TFT LCD Vaule Chain for Notebook PCs (Q4 '04) | | |
| DTX 0805 | WAG 003342 - WAG 003349 | TFT LCD Value Chain for Notebook PCs (Q1 '05) | | |
| DTX 0806 | WAG 003350 - WAG 003357 | TFT LCD Value Chain for Notebook PCs (Q2 '05) | | |
| DTX 0807 | WAG 003358 - WAG 003366 | TFT LCD Value Chain for Notebook PCs (Q3 '05) | | |
| DTX 0808 | WAG 003367 - WAG 003396 | TFT LCD Value Chain for Notebook PCs (Q2 01) | | |
| DTX 0809 | WAG 003397 - WAG 003426 | TFT LCD Value Chain for Notebook PCs (Q4 '00) | | |
| DTX 0810 | WAG 003427 - WAG 003465 | Supply chain by TFT-LCD maker in the LCD monitor market (Q1 '00) | | |
| DTX 0811 | WAG 003457 - WAG 003486 | Supply chain by TFT-LCD maker in the LCD monitor market (Q2 '00) | | |
| DTX 0812 | WAG 003487 - WAG 003516 | Supply chain by TFT-LCD maker in the LCD monitor market (Q3 '00) | | |
| DTX 0813 | WAG 003517 - WAG 003551 | TFT LCD Value Chain for Monitors (Q1 '01) | | |
| DTX 0814 | WAG 003552 - WAG 003587 | TFT LCD Value Chain for Monitors (Q2 '01) | | |
| DTX 0815 | WAG 003588 - WAG 003622 | TFT LCD Value Chain for Monitors (Q2 '01) | | |
| DTX 0816 | WAG 003623 - WAG 003657 | TFT LCD Value Chain for Monitors (Q1 '02) | | |
| DTX 0817 | WAG 003658 - WAG 003692 | TFT LCD Value Chain for Monitors (Q2 '02) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0818 | WAG 003693 - WAG 003727 | TFT LCD Value Chain for Monitors (Q3 '02) | | |
| DTX 0819 | WAG 003728 - WAG 003762 | TFT LCD Value Chain for Monitors (Q1 '03) | | |
| DTX 0820 | WAG 003763 - WAG 003789 | TFT LCD Value Chain for Monitors (Q2 '03) | | |
| DTX 0821 | WAG 003790 - WAG 003816 | TFT LCD Value Chain for Monitors (Q3 '03) | | |
| DTX 0822 | WAG 003817 - WAG 003843 | Q1 '04 Total | | |
| DTX 0823 | WAG 003844 - WAG 003870 | TFT LCD Value Chain for Monitors (Q2 '04) | | |
| DTX 0824 | WAG 003871 - WAG 003894 | TFT LCD Monitor Value Chain (Q3 '04) | | |
| DTX 0825 | WAG 003895 - WAG 003903 | LCD Monitor Value Chain (Q1 '05 Shipments) | | |
| DTX 0826 | WAG 003904 - WAG 003918 | LCD Monitor Value Chain (Q2 '05 Shipments) | | |
| DTX 0827 | WAG 003919 - WAG 003935 | LCD Monitor Value Chain (Q3 '05 Shipments) | | |
| DTX 0828 | WAG 003936 - WAG 003971 | TFT LCD Value Chain for Monitors (Q4 '00) | | |
| DTX 0829 | WAG 003972 - WAG 004006 | TFT LCD Value Chain for Monitors (Q4 '01) | | |
| DTX 0830 | WAG 004007 - WAG 004041 | TFT LCD Value Chain for Monitors (Q4 '02) | | |
| DTX 0831 | WAG 004042 - WAG 004083 | TFT LCD Monitor Value Chain (Q4 '04) | | |
| DTX 0832 | WAG 004084 - WAG 004103 | Q1 '05 LCD TV Value Chain | | |
| DTX 0833 | WAG 004104 - WAG 004123 | Q1 '05 LCD TV Value Chain | | |
| DTX 0834 | WAG 004124 - WAG 004145 | Q1 '05 LCD TV Value Chain | | |
| DTX 0835 | WAG 004146 - WAG 004153 | 2002 US LCD Market and WWW LCD Market | | |
| DTX 0836 | WAG 004154 | IDC WW Quartertly PC Tracker | | |
| DTX 0837 | WAG 004155 - WAG 001456 | IDC WW Quartertly PC Tracker | | |
| DTX 0838 | | www.lgphilips-lcd.com | | |
| DTX 0839 | | ESD PROGRAM MANAGEMENT: A Realistic Approach to Continuous Measurable Improvement in Static Control Second Edition.  Dangelmayer, G. Theodore  Chapter 5, "Economic Benefits: Seven Convincing Case Studies" Copyright 1999.  Kluwer Academic Publishers | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0840 | | ESD PROGRAM MANAGEMENT: A Realistic Approach to Continuous Measurable Improvement in Static Control Second Edition. Dangelmayer, G. Theodore Chapter 6, "Designed-In Protection and Product Testing" Copyright 1999. Kluwer Academic Publishers | | |
| DTX 0841 | | ESD PROGRAM MANAGEMENT: A Realistic Approach to Continuous Measurable Improvement in Static Control Second Edition. Dangelmayer, G. Theodore "Glossary" Copyright 1999. Kluwer Academic Publishers | | |
| DTX 0842 | | ESD PROGRAM MANAGEMENT: A Realistic Approach to Continuous Measurable Improvement in Static Control Second Edition. Dangelmayer, G. Theodore "References" Copyright 1999. Kluwer Academic Publishers | | |
| DTX 0843 | | Electrostatic Discharge Control McAteer, Owen J. Chapter 12, "Design Techniques." Copyright 1990. R.R. Donnelley & Sons Company | | |
| DTX 0844 | | Electrostatic Discharge and Electronic Equipment: A Practical Guide for Designing To Prevent ESD Problems Boxleitner, Warren. Copyright 1989. The Institute of Electrical and Electronics Engineers, Inc. | | |
| DTX 0845 | | Electrical Overstress/ Electrostatic Discharge Symposium Proceedings 1986 Copyright 1986. EOS/ESD Association and IIT Research Institute | | |
| DTX 0846 | | Electrical Overstress/ Electrostatic Discharge Symposium Proceedings 1983 Copyright 1984. Reliability Analysis Center | | |
| DTX 0847 | | Electrical Overstress/ Electrostatic Discharge Symposium Proceedings 1982 Copyright 1983. Reliability Analysis Center | | |
| DTX 0848 | | Electrical Overstress/ Electrostatic Discharge Symposium Proceedings 1980 Copyright 1981. Reliability Analysis Center | | |
| DTX 0849 | | The American Heritage Dictionary of the English Language, p. 1240 (1973) | | |
| DTX 0850 | | Longman English-Chinese Science & Technology Dictionary, p.1410-11 (1991) | | |
| DTX 0851 | LPLII 104725 - LPLII 104726 | Letter agreement signed by A. Mollo of McKenna Long & Aldridge and S. Holmberg dated December 19, 2005 | | |
| DTX 0852 | LPLII 104727 - LPLII 104730 | Letter agreement signed by S. Jung of McKenna Long & Aldridge and S. Holmberg and attachment dated February 27, 2006 | | |
| DTX 0853 | | (DX-006 Cho) Handwritten drawing | | |
| DTX 0854 | | All patents licenced under the Memorandum of Sales & Production Committee between Advanced Display Inc and Chunghwa Picture Tubes, Ltd. | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0855 | | All patents licenced under the License and Technical Assistance Agreement between Advanced Display Inc. and Chunghwa Picture Tubes, Ltd. dated April 24, 1997 | | |
| DTX 0856 | | All patents licenced under the Summary of Purchase Agreement between ADI and CPT | | |
| DTX 0857 | | All patents licenced under the Draft Supplementary Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd | | |
| DTX 0858 | | All patents licenced under the Supplementary Agreement 2 between Advanced Display Inc and Chunghwa Picture Tubes dated November 19, 1999 | | |
| DTX 0859 | | All patents licenced under the Amendment to Supplementary Agreement 2 and License and Technical Assistance Agreement dated October 18, 2001 | | |
| DTX 0860 | | All patents licenced under the License Agreement between Advanced Display Inc. and Chunghwa Picture Tubes Ltd. dated March 25, 2004 | | |
| DTX 0861 | | All patents licenced under the Amendment 2 to License and Technical Assistance Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0862 | | All patents licenced under the Amendment 3 to Supplementary Agreement 2 between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0863 | | All patents licenced under the Supplementary Agreement 3 between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0864 | | All patents licenced under the Technology Cooperation and License Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 29, 2004 | | |
| DTX 0865 | | All patents licensed under the Patent License Agreement between Hitachi, Ltd., Hitachi Displays, and CPT dated January 1, 2003 | | |
| DTX 0866 | | All patents licensed under the Patent Sublicense Agreement between Hitachi and CPT dated January 1, 2003 | | |
| DTX 0867 | | All patents licenced under the Patent License Agreement between CPT and Sharp dated January 1, 2002 | | |
| DTX 0868 | | All patents licensed under the Patent License Agreement Re: Amorphous Silicon TFTs between Semiconductor Energy Laboratory, Co. and CPT dated March 8, 2004 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0869 | | (PX-048) Patent License Agreement between Mitsubishi Electric Corporation and CPT dated December 27, 2002 | | |
| DTX 0870 | CPT-D 033691 - CPT-D 033695 | Financial documents | | |
| DTX 0871 | CPT 185780 | Presentation | | |
| DTX 0872 | | (CAPX 157) U.S. Patent No. 5,835,139 | | |
| DTX 0873 | | (CAPX 158) U.S. Patent No. 5,926,237 | | |
| DTX 0874 | | (CAPX 159) U.S. Patent No. 6,002,457 | | |
| DTX 0875 | | (CAPX 160) U.S. Patent No. 6,020,942 | | |
| DTX 0876 | | (CAPX 161) U.S. Patent No. 6,373,537 | | |
| DTX 0877 | LPL 020850- LPL 020858 | (CAPX 162) Document written in Korean | | |
| DTX 0878 | LPL 088831- LPL 088848 | (CAPX 163) Document written in Korean | | |
| DTX 0879 | LPL 088849- LPL 088869 | (CAPX 164) Document written in Korean | | |
| DTX 0880 | LPL 0001804- LPL 0001833 | (CAPX 165) Side Mount Patent filed with European Patent Office | | |
| DTX 0881 | LPL 032696- LPL 032722 | (CAPX 166) Document written in Korean | | |
| DTX 0882 | LPL 032723- LPL 032724 | (CAPX 167) Document written in Korean | | |
| DTX 0883 | LPL 0002266- LPL 0002268 | (CAPX 168) Patent Related documents | | |
| DTX 0884 | LPL 006417- LPL 006422 | (CAPX 169) Patent relatd documents | | |
| DTX 0885 | CPT 256194- CPT 256194 | (CAPX 170) Patent Recordation Form Cover Sheet | | |
| DTX 0886 | CPT 032771- CPT 032790 | (CAPX 171) Document written in Korean | | |
| DTX 0887 | | (CAPX 172) Document written in Korean | | |
| DTX 0888 | MLA 002900- MLA 002902 | (CAPX 173) Document written in Korean | | |
| DTX 0889 | MLA 003030- MLA 003049 | (CAPX 174) Document written in Korean | | |
| DTX 0890 | MLA 002903- MLA 002904 | (CAPX 175) Document written in Korean | | |
| DTX 0891 | LPL 027432- LPL 027446 | (CAPX 176) Document written in Korean | | |
| DTX 0892 | CPT 032809- CPT 032815 | (CAPX 177) Document written in Korean | | |
| DTX 0893 | | (CAPX 178) Letter from law firm of Viering, Jentschura and Patner | | |
| DTX 0894 | | (CAPX 179) Summons to Attend Oral Proceedings Pursuant to Rule 71 (I) EPC | | |
| DTX 0895 | LPL 0002179- LPL 0002181 | (CAPX 180) IBM Technical Disclosure Bulletin | | |
| DTX 0896 | LPL 0001799- | (CAPX 181) IBM Technical Disclosure Bulletin | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0897 | | (CAPX 182) 14.2" XGA (Ver. 2) Technical Data AA142XB11 | | |
| DTX 0898 | LPL 010113- LPL 010143 | (NEC) Deposition Transcript of Ho Lee dated 10/19/00 | | |
| DTX 0899 | LPL 010396- LPL 010156 | (NEC) Deposition Word Index of Ho Lee dated 10/19/00 | | |
| DTX 0900 | LPL 010157- LPL 010193 | (NEC) Deposition Transcript of Ho Lee dated 10/20/00 | | |
| DTX 0901 | LPL 010194- LPL 010218 | (NEC) Deposition Transcript of Ho Lee dated 10/23/00 | | |
| DTX 0902 | LPL 011123- LPL 010227 | (NEC) Deposition Word Index of Ho Lee dated 10/23/00 | | |
| DTX 0903 | LPL 010228- LPL 010242 | (NEC) Deposition Transcript of Ho Lee dated 10/24/00 | | |
| DTX 0904 | LPL 011470- LPL 010248 | (NEC) Deposition Word Index of Ho Lee dated 10/24/00 | | |
| DTX 0905 | LPL 010417- LPL 010426 | (NEC 59) Document written in Korean | | |
| DTX 0906 | LPL 010427- LPL 010442 | (NEC 60) Notorial Certificate and Patent Purchase Agreement between Seiko and LG Electronics | | |
| DTX 0907 | LPL 010499 | (NEC 61) Patent No.: USP 4,624,737 | | |
| DTX 0908 | LPL 010450 | (NEC 62) USP 4,624,737 Process for Producing Thin-Film Transistor | | |
| DTX 0909 | LPL010451- LPL010465 | (NEC 63) Claim- Mitsubishi 12.1" Panel | | |
| DTX 0910 | LPL 010466- 010494 | (NEC 64) US. Patent No. 4,470,667 | | |
| DTX 0911 | LPL 010495- LPL 010502 | (NEC 65) US. Patent No. 4,558,340 | | |
| DTX 0912 | LPL 010503- LPL 010510 | (NEC 66) US. Patent No. 4,404,731 | | |
| DTX 0913 | LPL 010511- LPL 010586 | (NEC 67) Letter from Jennifer Rehberg to John Feldhaus dated 10/17/00 re LGP document production | | |
| DTX 0914 | LPL 010587- LPL 010623 | (NEC 68) LG Phillips Responses to NEC's 2nd Set of Requests for Production (Nos. 32-96) | | |
| DTX 0915 | LPL 010624- LPL 010642 | (NEC 69) Document written in Korean | | |
| DTX 0916 | LPL 011133- LPL 011138 | (NEC 70) DOT Inversion Flicker in Korean | | |
| DTX 0917 | LPL 011139- LPL 011140 | (NEC 71) USP 4,624,737 Claim NEC Panel | | |
| DTX 0918 | LPL 011141- LPL 011215 | (NEC 72) Document written in Korean | | |
| DTX 0919 | LPL 011216 | (NEC 73) Assignement- Data Driver for Liquid Crystal Display | | |
| DTX 0920 | LPL 011217- LPL 011280 | (NEC 74) Document written in French | | |
| DTX 0921 | LPL 011281- LPL 011382 | (NEC 75) Document written in Dutch | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0922 | LPL 011383 | (NEC 76) Major Claim in US Patent No. 5,856,816 | | |
| DTX 0923 | LPL 011384- LPL 011399 | (NEC 77) Sharp LH168T Description | | |
| DTX 0924 | LPL 011400- LPL 011403 | (NEC 78) Claims of USP 5,856,816 | | |
| DTX 0925 | LPL 011477- LPL 011484 | (NEC 79) Document written in Japanese | | |
| DTX 0926 | LPL 011485- LPL 011486 | (NEC 80) Drawing Specification | | |
| DTX 0927 | LPL 011487 | (NEC 81) Drawing Specification | | |
| DTX 0928 | LPL 011488- LPL 011524 | (NEC 82) Reverse Engineering of the Hitachi HD66322 TFT-LCD Source Driver | | |
| DTX 0929 | LPL 011525- LPL 011558 | (NEC 83) Reverse Engineering of the Hitachi HD16715 TFT-LCD Source Driver | | |
| DTX 0930 | LPL 011559- LPL 011562 | (NEC 84) Toshiba Panel-Handwritten document in Japanese | | |
| DTX 0931 | LPL 011563- LPL 011592 | (NEC 85) NEC 12.1 SVGA Sample | | |
| DTX 0932 | LPL 011593- LPL 011627 | (NEC 86) Document written in Korean | | |
| DTX 0933 | | *LG. Philips LCD Co., Ltd. v. Tatung (U.K.) Limited, et al.* (PATNo. 0402, Patents County Court): Particulars of Claim | | |
| DTX 0934 | | *Protection of MOS Integrated Circuits from Destruction by Electrostaic Discharge* by Jack K. Keller, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 9-11, 1980) | | |
| DTX 0935 | | *On Chip Protection of High Density NMOS Devices* by Terry V. Hullet, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 22-24, 1981) | | |
| DTX 0936 | | *Failure Analysis of Semiconductor Devices in EOS/ESD Testing* by E.L. Horgan and T.S. Lin, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 22-24, 1981) | | |
| DTX 0937 | | *Evaluation of Electrostatic Discharge (ESD) Damage to 16K EPROMS* by E.W. Chase, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 22-24, 1981) | | |
| DTX 0938 | | *Electrostatic Discharge (ESD) Damage Susceptibility of Thin Film Resistors and Capacitors* by E.W. Chase, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 21-23, 1982) | | |
| DTX 0939 | | *Circuit Design for EOS/ESD Protection* by Henry Domingos and Rajan Raghavan, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 21-23, 1982) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0940 | | *In-Circuit Analysis of ESD Damaged Devices* by James P. Sauers, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 21-23, 1982) | | |
| DTX 0941 | | *ESD Sensitivity of Complex ICS* by David Wilson and Martin Mariette, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1983) | | |
| DTX 0942 | | *A Failure Analysis Methodology for Revealing ESD Damage to Integrated Circuits*, by RG Taylor, J. Woodhouse and P.R. Feasy, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1984) | | |
| DTX 0943 | | *ESD in Semiconductor Wafer Procedings - An Example* by Denis P. Renaud and Harlan W. Hill, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1985) | | |
| DTX 0944 | | *ESD Design Considerations for ULSI* by C. Duvvury, R.N. Rountree, D.A. Baglee, R.A. McPhee, A.E. Hyslop and I.S. White, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1985) | | |
| DTX 0945 | | *The Elimination of Electrostatic Discharge Failures from Silicon Gate Logic Technologies* by R.. Wilcox and R.E. Doucette, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1985) | | |
| DTX 0946 | | *An Experimental Investigation of ESD-Induced Damage to Integrated Circuits on Printed Circuit Boards* by R.N. Shaw and R.D. Enoch, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1985) | | |
| DTX 0947 | WAG 003116 - WAG 005140 | Financial documents | | |
| DTX 0948 | LPL 010409- LPL 010415 | (NEC 1) NEC Corporation's Second Rule 30(b)(6) Notice of Deposition | | |
| DTX 0949 | LPL 010416 | (NEC 9) Document written in Korean | | |
| DTX 0950 | LPL 010781- LPL 010790 | (NEC 11) Document written in Korean | | |
| DTX 0951 | LPL 010443- LPL 010448 | (NEC 12) Document written in Korean | | |
| DTX 0952 | MLA 003491- MLA 003505 | (NEC 95) Certificate of Mailing via U.S. Express Mail from the US Patent and Trademark Office dated 06/30/98 | | |
| DTX 0953 | LPL 0002353- LPL 0002355 | (NEC 100) Identification of Person Malking this Disclaimer | | |
| DTX 0954 | | (NEC 113) Personal consultation with the applicant/representatives for application no. 98 106 383.7 | | |
| DTX 0955 | | (NEC 116) US Patent No. 5,568,357 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0956 | | (NEC 117) US Patent No. 5,479,285 | | |
| DTX 0957 | CPT 096289-CPT 096295 | (NEC 147) Drawing Specification | | |
| DTX 0958 | LPL 025394 - LPL 025396 | Au Optronics website frontpage printout for various TFT LCD panels | | |
| DTX 0959 | LPL 025397 - LPL 25399 | Printout from California Secretary of State, corporate records re Au Optronics Corporation of America's index information | | |
| DTX 0960 | LPL 025400 - LPL 025406 | Business Wire, Inc.'s article entitled, "PixTech Announces Third Quarter 2001 Results." | | |
| DTX 0961 | LPL 025407 - LPL 025408 | Electronic Engineering Times' article, "Unipac buys PixTech stake for field-emission displays" | | |
| DTX 0962 | LPL 025409 | Financial Times Article - re Compal Obtains Order for 17-Inch LCD Monitors from Compaq | | |
| DTX 0963 | LPL 025410 | Hamstar Display website frontpage | | |
| DTX 0964 | LPL 025411 | Electronic Buyers' News article, "Unipac to make large-screen FPDs" | | |
| DTX 0965 | LPL 025413 | Taiwan Economic News article "Hannstar Display to Raise Capital of NT$ 6 Billion Next Spring" | | |
| DTX 0966 | LPL 025414 | Consumer Electronics article on HannStar Display's plans to perform back-end module assembly of low-temperature polysilicon TFT LADS for Toshiba. | | |
| DTX 0967 | LPL 025415 | Global News Wire's article, "Taiwan to Take TFT-LCD Orders Valued at NT$ 30 Billion" | | |
| DTX 0968 | LPL 025416 | Taiwan Economic News article "Sintek Obtains Huge Color Filter Orders from Hannstar" | | |
| DTX 0969 | LPL 025417 - LPL 025418 | Addresses of individual plants for Chunghwa Picture Tubes, Ltd. Around the world. | | |
| DTX 0970 | LPL 025419 - LPL 025420 | Taiwan Economic News article, "Japan Shifts TFT-LCD Production to Taiwan" | | |
| DTX 0971 | LPL 025421 - LPL 025426 | Company report - China Securities Auerbach Grayson - Tatung Company owns 70% of Chunghwa Picture Tubes specializing in 14", 15", and 17" CRTs. | | |
| DTX 0972 | LPL 025427 - LPL 025434 | Morphology of sputter deposited Al alloy films. Elsevier Science S.A. article by Takashi Omishi, Eiji Iwamura, and Katsutoshi Takagi | | |
| DTX 0973 | LPL 025585 - LPL 025587 | Proceedings of the Society of Information Display publication - A TFT Addressed Liquid Crystal Color Display by M. Sugata, Y. Okubo, Y. Osada, and Y. Kasugayama (Canon Research Center) Japan Display 1983 Research Conference | | |
| DTX 0974 | LPL 025588 - LPL 025601 | Proceedings of the Society of Information Display publication - A TFT Addressed Liquid Crystal Color Display by M. Sugata, Y. Okubo, Y. Osada, and Y. Kasugayama (Canon Research Center) Japan Display 1983 Research Conference (complete article) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0975 | LPL 025602 - LPL 025612 | Liquid Crystal Device having storage capacitors of increased capacitance and fabrication method therefor | | |
| DTX 0976 | LPL 025613 - LPL 025624 | Proceedings of the Society of Information Display publication - A TFT Addressed Liquid Crystal Color Display by M. Sugata, Y. Okubo, Y. Osada, and Y. Kasugayama (Canon Research Center) Japan Display 1983 Research Conference (complete article) | | |