# APPENDIX 2A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION,<br><br>Defendants. | Civil Action No. 05-292 (JJF) |

**APPENDIX 2A:  DEPOSITION DESIGNATIONS BY
PLAINTIFF LG.PHILIPS LCD CO., LTD.**

| Deponent | Date | Page Numbers |
|---|---|---|
| Caudillo, Robert R. (California) | 7/28/05 | 7:15 - 8:4 |
| | | 18:15 - 19:9 |
| | | 19:16 - 20:4 |
| | | 23:10 - 23:25 |
| | | 24:3 - 24:12 |
| | | 62:1 - 62:4; 62:8 |
| | | 71:12 - 71:22 |
| | | 124:13 - 124:19 |
| Chang, Belle (Delaware) | 5/23/06 | 7:22 – 7:23 |
| | | 8:6 – 8:11 |
| | | 9:7 – 9:9 |
| | | 9:17 – 9:21 |
| | | 15:9 – 15:12 |
| | | 41:11 – 41:14 |
| | | 41:22 – 41:24 |
| | | 44:18 – 44:19 |
| | | 45:18 |
| | | 49:13 – 49:21 |
| | | 51:15 – 51:17 |
| | | 51:20 – 52:7 |
| | | 52:14 – 52:23 |
| | | 53:2 |
| | | 53:8 – 53:17 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 53:20 – 54:6 |
| | | 54:12 – 54:17 |
| | | 54:23 – 54:25 |
| | | 55:12 – 55:14 |
| | | 55:18 – 55:25 |
| | | 56:6 – 56:10 |
| | | 56:17 – 56:23 |
| | | 56:25 – 57:7 |
| | | 57:13 – 57:21 |
| | | 59:1 – 59:10 |
| | | 60:5 – 60:21 |
| | | 62:11 – 62:19 |
| | | 63:12 – 63:20 |
| | | 63:22 – 64:13 |
| | | 64:16 – 64:19 |
| | | 64:21 – 65:22 |
| | | 66:1 – 66:15 |
| | | 66:17 |
| | | 66:19 – 66:21 |
| | | 66:24 – 67:4 |
| | | 67:6 – 67:17 |
| | | 73:11 – 73:18 |
| | | 80:18 – 80:21 |
| | | 82:7 – 82:23 |
| | | 82:25 – 83:1 |
| | | 83:3 – 83:5 |
| | | 83:7 – 84:12 |
| | | 84:23 – 85:18 |
| | | 86:11 – 86:23 |
| | | 86:25 – 87:3 |
| | | 87:6 – 87:17 |
| | | 87:19 – 88:12 |
| | | 89:7 – 89:14 |
| | | 89:19 – 90:5 |
| | | 90:7 – 90:12 |
| | | 92:11 – 93:1 |
| | | 93:15 – 93:17 |
| | | 93:22 – 93:23 |
| | | 93:25 – 94:14 |
| | | 94:16 – 94:20 |
| | | 95:16 – 96:3 |
| | | 96:15 – 98:25 |
| | | 99:5 – 99:11 |
| | | 99:20 – 99:25 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 102:5 – 102:20 |
| | | 103:2 – 103:4 |
| | | 103:16 – 104:1 |
| | | 105:1 – 105:3 |
| | | 105:6 – 105:7 |
| | | 105:10 – 105:13 |
| | | 105:18 – 106:4 |
| | | 108:23 – 109:13 |
| | | 114:13 – 114:21 |
| | | 116:2 – 116:11 |
| | | 117:12 – 117:22 |
| | | 118:17 – 119:9 |
| | | 124:5 – 125:3 |
| | | 125:7 – 136:3 |
| | | 126:11 – 127:13 |
| Chang, Ming-Hsuan | 5/26/06 | 6:8 – 7:6 |
| | | 11:11 – 13:19 |
| | | 14:5 – 14:15 |
| | | 14:24 – 16:1 |
| | | 16:18 – 19:1 |
| | | 19:9 – 20:4 |
| | | 20:23 – 21:10 |
| | | 22:4 – 25:6 |
| | | 25:18 – 26:21 |
| | | 27:7 – 30:5 |
| | | 30:20 – 34:10 |
| | | 34:22 – 36:3 |
| | | 36:12 – 38:10 |
| | | 38:24 – 42:6 |
| | | 43:2 – 45:22 |
| | | 46:7 – 50:9 |
| | | 50:20 – 72:22 |
| Chang, Po Hsiung (Pat) Tatung Company (Delaware) | 6/8/06 | 3:8 – 3:20 |
| | | 6:14 – 8:12 |
| | | 9:7 – 9:16 |
| | | 9:21 – 19:6 |
| | | 19:8 – 19:16 |
| | | 19:18 – 20:6 |
| | | 20:9 – 22:3 |
| | | 22:5 – 22:18 |
| | | 22:20 – 25:19 |
| | | 25:21 – 26:9 |
| | | 26:11 – 31:13 |
| | | 31:19 – 32:18 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
| | | 33:2 – 34:3 |
| | | 34:5 – 34:19 |
| | | 34:23 – 36:1 |
| | | 36:5 – 37:9 |
| | | 37:11 – 37:17 |
| | | 37:19 – 39:3 |
| | | 39:14 – 41:22 |
| | | 41:24 – 43:22 |
| | | 43:25 – 44:3 |
| | | 44:6 – 44:13 |
| | | 44:16 – 44:25 |
| | | 45:13 – 45:19 |
| | | 45:22 – 46:11 |
| | | 47:12 – 47:19 |
| | | 47:22 – 51:6 |
| | | 51:8 – 51:11 |
| | | 51:13– 51:20 |
| | | 51:23 – 54:15 |
| | | 54:19 – 55:2 |
| | | 55:5 – 55:8 |
| | | 55:11 – 55:20 |
| | | 55:23 – 56:3 |
| | | 56:5 – 56:8 |
| | | 56:13 – 56:19 |
| | | 56:22 – 57:3 |
| | | 57:6 – 57:13 |
| | | 57:16 – 57:20 |
| | | 57:24 – 58:2 |
| | | 58:14 – 73:23 |
| | | 74:9 – 86:19 |
| | | 86:22 – 87:6 |
| | | 87:11 – 88:2 |
| | | 88:4 – 89:2 |
| | | 89:4 – 89:8 |
| | | 89:10 |
| | | 89:21 - |
| | | 93:15 – 95:8 |
| | | 95:11 – 96:14 |
| | | 96:17 – 98:5 |
| | | 98:8 – 98:12 |
| | | 98:15 – 98:18 |
| | | 98:23 – 99:20 |
| | | 99:23 – 100:25 |
| | | 102:1 – 103:4 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 103:6 – 104:2 |
| | | 104:5 – 105:4 |
| | | 105:8 – 106:13 |
| | | 106:23 – 110:1 |
| | | 110:4 – 110:20 |
| | | 110:24 – 111:5 |
| | | 111:9 – 112:18 |
| | | 112:21 – 113:2 |
| | | 113:6 – 113:12 |
| | | 113:14 – 113:25 |
| | | 114:3 – 114:15 |
| Chen, Al-Jen (California) | 7/29/05 | 8:15 - 8:20 |
| | | 9:1 - 9:5 |
| | | 15:3- 16:19 |
| | | 19:1 - 19:3 |
| | | 19:23 - 20:13; |
| | | 20:25 - 21:13 |
| | | 22:7 - 22:15 |
| | | 23:4 - 23:13 |
| | | 23:21 - 24:8 |
| | | 26:19 -26:25 |
| | | 35:2 - 36:4 |
| | | 36:20 - 37:17 |
| | | 38:9 - 38:13 |
| | | 40:14 - 40:20 |
| | | 41:21 - 43:15 |
| | | 45:7 - 58:15 |
| | | 62:6 - 68:14 |
| Chen, Edward (Rearmount) | 2/5/05 | 18:14 – 19:15 |
| | | 21:5 – 22:10 |
| | | 39:5-16 |
| | | 53:23 – 54:20 |
| Chen, Edward (Rearmount) | 2/8/05 | 16:15 - 17:1 |
| | | 60:14 - 62:2 |
| | | 98:25 - 99:11 |
| Chen, Kuang Lang | 6/8/06 | 5:9 – 6:1 |
| | | 9:6 – 9:9 |
| | | 12:18 – 16:25 |
| | | 17:6 – 17:9 |
| | | 17:23 – 18:12 |
| | | 18:20 – 19:1 |
| | | 21:20 – 25:3 |
| | | 26:11 – 36:25 |
| | | 38:11 – 41:13 |

| Deponent | Date | Page Numbers |
|---|---|---|
|  |  | 45:15 – 47:6 |
|  |  | 50:14 – 55:20 |
|  |  | 57:5 – 60:15 |
|  |  | 60:24 – 62:2 |
|  |  | 62:25 – 64:25 |
|  |  | 72:15 – 74:5 |
|  |  | 75:1 – 81:25 |
|  |  | 84:5 – 89:19 |
|  |  | 90:4 – 96:25 |
|  |  | 101:25 – 103:25 |
| Chu, Hung-Jen Chunghwa Picture Tube (Delaware) | 5/26/06 | 5:13 – 6:19 |
|  |  | 23:8 – 24:1 |
|  |  | 28:22 – 30:5 |
|  |  | 30:6 – 31:16 |
|  |  | 32:1 – 32:13 |
|  |  | 35:1 – 36:25 |
|  |  | 37:19 – 37:25 |
|  |  | 40:17 – 41:2 |
|  |  | 45:7 – 48:14 |
|  |  | 48:15 – 49:22 |
|  |  | 51:3 – 51:25 |
|  |  | 52:1 – 62:11 |
|  |  | 62:23 – 64:5 |
|  |  | 64:6 – 65:8 |
|  |  | 65:15 – 67:25 |
|  |  | 68:23 - 75:21 |
|  |  | 76:8 – 77:1 |
|  |  | 78:16 – 78:25 |
|  |  | 79:18 - 90:16 |
|  |  | 94:10 – 94:11 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 96:4 – 96:23 |
| | | 104:9 – 104:18 |
| | | 104:20 – 104:24 |
| | | 105:1 – 105:5 |
| | | 105:7 – 105:9 |
| | | 106:15 – 106:16 |
| | | 106:18 – 106:19 |
| | | 107:7 – 107:10 |
| | | 107:12 – 107:13 |
| | | 110:3 – 111:3 |
| | | 111:6 – 111:14 |
| | | 111:16 – 111:25 |
| | | 112:2 – 113:9 |
| | | 113:12 – 113:19 |
| | | 114:17 – 114:21 |
| | | 114:24 – 115:19 |
| | | 116:6 – 116:9 |
| | | 117:1 - 126:12 |
| Cho, Youngwood LPL (Delaware) | 6/9/06 | 9:3 – 10:4 |
| | | 13:15 – 15:3 |
| | | 16:17 – 22:15 |
| | | 23:3 – 25:4 |
| | | 25:7 – 28:14 |
| | | 29:8 – 29:9 |
| | | 29:13 – 29:19 |
| | | 30:7 – 30:10 |
| | | 30:14 – 33:22 |
| | | 34:3 – 40:14 |
| | | 41:3 – 50:10 |
| | | 50:13 – 53:11 |
| | | 53:14 – 53:19 |
| | | 53:22 – 54:6 |
| | | 54:9 – 55:3 |
| | | 55:6 – 55:10 |
| | | 55:14 – 56:8 |
| | | 56:11 – 58:19 |
| | | 60:9 – 63:3 |
| | | 63:6 – 68:17 |
| | | 70:14 – 77:8 |
| | | 77:2 – 77:8 |
| | | 77:13 – 78:2 |
| | | 78:5 – 78:13 |
| | | 79:8 – 80:21 |
| | | 81:2 – 81:9 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 83:20 – 84:14 |
| | | 86:3 – 88:1 |
| | | 88:4 – 92:9 |
| | | 92:12 – 93:3 |
| | | 93:6 – 93:11 |
| | | 94:7 – 94:10 |
| | | 94:14 – 95:16 |
| | | 96:9 – 97:10 |
| | | 97:13 – 104:1 |
| | | 106:2 – 106:15 |
| | | 106:18 – 110:3 |
| | | 110:6 – 113:18 |
| | | 114:5 – 115:2 |
| | | 116:18 – 119:19 |
| | | 120:14 – 121:15 |
| | | 121:18 – 124:1 |
| | | 124:2 – 127:21 |
| | | 128:11 – 128:15 |
| | | 128:19 – 129:20 |
| | | 130:2 – 133:3 |
| | | 133:7 – 136:2 |
| | | 136:11 – 136:16 |
| | | 136:20 – 139:6 |
| | | 139:10 – 141:2 |
| | | 141:6 – 146:7 |
| | | 146:10 – 148:12 |
| | | 148:15 – 149:15 |
| | | 149:19 – 150:18 |
| | | 153:12 – 154:15 |
| | | 154:19 – 155:3 |
| Chung, Ryan (California) | 8/3/05 | 13:12 - 13:15 |
| | | 14:3 - 14:16 |
| | | 19:2 - 24:10 |
| | | 27:9 - 28:17 |
| | | 29:3 - 32:5 |
| | | 32:23 - 34:8 |
| | | 34:20 - 35:8 |
| | | 36:18 - 38:3 |
| | | 39:1 - 40:12 |
| | | 46:17 - 47:2 |
| He, Chien Kuo (California) | 3/12/05 | Vol. 2  217:2 – 219:14 |
| | | Vol. 2  223:12 – 224:15 |

8

| Deponent | Date | Page Numbers |
|---|---|---|
| | | Vol. 2  336:23 – 336:24 |
| | | Vol. 2  340:25 – 348:3 |
| | | Vol. 2  217:2 – 219:14 |
| | | Vol. 2  223:12 – 224:15 |
| | | Vol. 2  336:23 – 336:24 |
| | | Vol. 2  340:25 – 344:1 344:3 - 395:21 345:23 - 348:3 |
| Hsu, Yi Tsai (California) | 3/15/05 | Vol. 1 |
| | 3/16/05 | Vol. 2 |
| | 7/21/05 | Vol. 3 |
| | 7/22/05 | Vol. 4 |
| He, Chien Kuo | 5/23/06 | 6:1 – 38:14 |
| | | 42:1 – 43:15 |
| | | 43:24 – 51:12 |
| | | 52:1 – 64:14 |
| | | 65:17 – 93:24 |
| | | 94:14 – 138:21 |
| | 5/24/06 | 148:7 – 224:19 |
| | | 225:23 – 314:8 |
| | 5/25/06 | 324:24 – 344:4 |
| | | 346:16 – 410:9 |
| | | 411:9 – 470:5 |
| | | 470:20 – 484:6 |
| | | 485:19 – 486:3 |
| | | 487:8 – 489:17 |
| Holmberg, Scott | 6/15/06 | 9:17 - 12:22 |
| | | 15:5 - 18:2 |
| | | 18:20 - 19:3 |
| | | 20:9 - 26:12 |
| | | 31:21 - 31:24 |
| | | 32:1 - 34:5 |
| | | 34:10 - 44:24 |
| | | 59:16 – 59:21 |
| | | 75:21 – 81:1 |
| | | 82:3 – 82:8 |
| | | 82:18 – 82:25 |
| | | 83:3 – 83:16 |
| | | 86:7 – 88:12 |
| | | 90:13 – 90:20 |
| | | 91:3 – 93:1 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 93:5 – 94:4 |
| | | 94:6 – 98:20 |
| | | 109:10 - 111:8 |
| | | 111:18 – 112:25 |
| | | 126:7 – 126:18 |
| | | 135:12 - 135:25 |
| | | 136:16 - 142:9 |
| | | 143:22 – 143:25 |
| | | 145:6 – 145:12 |
| | | 145:17 – 146:4 |
| | | 146:24 – 148:16 |
| | | 156:7 – 158:19 |
| Hu, Hang Hui Tatung Company (Delaware) | 6/1/06 | 6:3 – 6:21 |
| | | 7:14 – 7:18 |
| | | 9:4-12:16 |
| | | 13:9 – 14:13 |
| | | 14:16-15:16 |
| | | 15:17 - 23:11 |
| | | 23:19 – 24:1 |
| | | 24:4 – 26:4 |
| | | 26:5-27:23 |
| | | 28:2 - 28:24 |
| | | 29:24 - 34:17 |
| | | 35:7 – 35:23 |
| | | 37:2 -37:17 |
| Kao, James (California) Chunghwa Picture Tubes, Ltd. | 8/4/05 | 87:1 – 87:25 |
| Kim, Jong Hwan (John) (Delaware) | 6/6/06 | 9:4 – 10:2 |
| | | 18:12 – 18:15 |
| | | 26:7 – 27:14 |
| | | 28:15 – 36:15 |
| | | 36:18 – 36:22 |
| | | 37:3 – 37:22 |
| | | 38:3 – 40:5 |
| | | 40:17 – 40:19 |
| | | 41:2 – 42:4 |
| | | 44:2 – 45:19 |
| | | 45:22 – 47:19 |
| | | 48:13 – 52:8 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 52:13 – 54:7 |
| | | 54:10 – 59:12 |
| | | 59:15 – 61:9 |
| | | 62:9 – 64:15 |
| | | 64:18 – 66:4 |
| | | 66:8 – 68:16 |
| | | 70:1 – 71:22 |
| | | 72:3 – 72:16 |
| | | 82:13 – 83:9 |
| | | 83:19 – 97:1 |
| | | 97:4 – 101:21 |
| | | 102:2 – 103:3 |
| | | 103:6 – 103:21 |
| | | 104:13 – 105:15 |
| | | 106:21 – 119:12 |
| | | 119:16 – 125:1 |
| | | 125:4 – 129:6 |
| | | 129:18 – 103:13 |
| | | 130:16 – 131:10 |
| | | 134:22 – 137:17 |
| | | 138:12 – 146:17 |
| Kim, Joo-Sup LPL (Delaware) | 6/13/06 | 9:4 – 12:8 |
| | | 23:3 – 25:12 |
| | | 25:16 – 26:3 |
| | | 26:13 – 30:4 |
| | | 32:8 – 33:11 |
| | | 35:8 – 36:11 |
| | | 36:16 – 38:4 |
| | | 38:20 – 46:16 |
| | | 47:2 – 48:5 |
| | | 48:16 – 51:13 |
| | | 52:11 – 55:18 |
| | | 56:5 – 57:22 |
| | | 59:18 – 63:9 |
| | | 63:12 – 66:8 |
| | | 66:11 – 68:8 |
| | | 69:9 – 71:9 |
| | | 71:12 – 80:1 |
| | | 80:6 – 81:5 |
| | | 83:2 – 83:7 |
| | | 85:22 – 87:8 |
| | | 87:11 – 89:5 |
| | | 89:21 – 90:3 |
| | | 90:6 – 90:8 |

| Deponent | Date | Page Numbers |
|---|---|---|
|  |  | 91:1 – 92:1 |
|  |  | 92:4 – 93:7 |
|  |  | 93:10 – 101:15 |
|  |  | 102:22 – 104:8 |
|  |  | 104:16 – 105:2 |
|  |  | 105:6 – 107:7 |
|  |  | 107:10 – 108:11 |
|  |  | 108:13 – 108:20 |
|  |  | 109:16 – 110:11 |
|  |  | 112:13 – 114:5 |
|  |  | 114:8 – 114:20 |
|  |  | 115:1 – 117:1 |
|  |  | 117:4 – 124:12 |
|  |  | 124:15 – 125:8 |
|  |  | 125:2 – 135:15 |
| Kuan, Chien Ming (Delaware) | 5/25/06 | 6:23 – 7:1 |
|  |  | 7:16 – 8:10 |
|  |  | 10:4 – 10:22 |
|  |  | 17:1 – 17:4 |
|  |  | 18:13 – 18:14 |
|  |  | 19:13 - 19:23 |
|  |  | 26:15 – 26:17 |
|  |  | 27:2 – 27:10 |
|  |  | 27:13 – 27:14 |
|  |  | 27:17 – 27:20 |
|  |  | 27:23 – 28:4 |
|  |  | 28:7 – 28:15 |
|  |  | 28:18 – 28:20 |
|  |  | 28:22 |
|  |  | 36:14 - 36:15 |
|  |  | 36:18 |
|  |  | 38:8 – 38:13 |
|  |  | 39:10 |
|  |  | 39:13 – 39:18 |
|  |  | 39:22 – 40:10 |
|  |  | 40:14 – 40:23 |
|  |  | 41:8 – 41:11 |
|  |  | 41:25 – 42:1 |
|  |  | 42:4 – 42:7 |
|  |  | 42:9 – 42:11 |
|  |  | 42:25 – 43:9 |
|  |  | 43:11 – 43:16 |
|  |  | 43:19 – 43:20 |
|  |  | 44:17 – 45:10 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 45:12 – 45:19 |
| | | 45:21 – 45:25 |
| | | 46:11 – 46:13 |
| | | 47:8 – 47:9 |
| | | 47:11 – 47:19 |
| | | 47:22 – 48:9 |
| | | 48:23 – 50:18 |
| | | 51:20 – 52:1 |
| | | 53:3 – 53:5 |
| | | 53:11 – 53:13 |
| | | 53:16 – 53:22 |
| | | 54:13 – 54:14 |
| | | 54:17 – 54:20 |
| | | 54:22 – 55:4 |
| | | 55:9 – 55:11 |
| | | 55:13 – 55:22 |
| | | 56:4 – 56:6 |
| | | 56:8 – 56:11 |
| | | 56:13 – 56:14 |
| | | 56:17 – 56:21 |
| | | 56:23 – 57:2 |
| | | 57:4 – 57:6 |
| | | 57:8 |
| | | 57:12 – 57:13 |
| | | 57:15 |
| | | 58:16 – 58:17 |
| | | 58:19 – 59:3 |
| | | 59:6 – 59:7 |
| | | 59:14 – 59:15 |
| | | 59:19 – 60:1 |
| | | 61:16 – 61:24 |
| | | 62:2 – 62:11 |
| | | 62:13 – 62:22 |
| | | 62:24 – 63:1 |
| | | 63:3 – 63:12 |
| | | 63:14 |
| | | 63:22 – 63:25 |
| | | 64:3 – 64:9 |
| | | 64:17 – 64:19 |
| | | 64:22 |
| | | 69:6 – 69:7 |
| | | 69:10 – 69:18 |
| | | 69:20 – 70:6 |
| | | 70:9 – 70:19 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 71:1 |
| | | 71:3 – 71:12 |
| | | 71:14 – 71:16 |
| | | 71:19 – 71:21 |
| | | 72:7 – 72:8 |
| | | 72:10 – 72:11 |
| | | 72:18 – 73:3 |
| | | 74:4 – 74:6 |
| | | 74:11 – 74:18 |
| | | 74:23 – 75:2 |
| | | 75:4 – 75:8 |
| | | 76:5 – 76:7 |
| | | 76:9 – 76:12 |
| | | 76:14 – 77:1 |
| | | 77:3 |
| | | 77:14 – 77:16 |
| | | 78:8 – 78:9 |
| | | 78:11- 78:20 |
| | | 79:5 – 79:14 |
| | | 79:21 – 80:1 |
| | | 80:6 – 80:8 |
| | | 80:10 – 81:1 |
| | | 81:3 – 81:7 |
| | | 83:20 – 83:22 |
| | | 83:25 – 84:1 |
| | | 88:13 – 88:15 |
| | | 88:18 – 88:22 |
| | | 88:24 – 89:7 |
| | | 89:10 – 89:14 |
| | | 89:17 – 89:21 |
| | | 89:23 |
| | | 90:25 – 91:2 |
| | | 91:4 – 91:9 |
| | | 92:3 – 92:5 |
| | | 92:7 |
| | | 95:9 – 95:18 |
| | | 99:16 – 99:20 |
| | | 99:22 – 100:7 |
| | | 100:9 – 100:12 |
| | | 100:14 – 100:19 |
| | | 102:13 – 102:15 |
| | | 102:17 – 102:22 |
| | | 103:2 – 103:8 |
| | | 105:2 – 105:10 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 108:16 – 108:25 |
| | | 109:2 |
| | | 109:23 – 109:25 |
| | | 110:4 – 110:8 |
| | | 110:16 – 110:23 |
| | | 111:5 – 111:11 |
| | | 111:13 – 112:4 |
| | | 112:6 |
| | | 112:8 – 112:10 |
| | | 112:14 – 112:17 |
| | | 114:11 – 114:16 |
| | | 114:18 – 114:19 |
| | | 114:24 – 115:4 |
| | | 115:11 – 115:17 |
| | | 116:4 |
| | | 116:6 – 116:8 |
| | | 116:10 – 116:15 |
| | | 116:18 – 116:21 |
| | | 118:8 – 118:12 |
| | | 118:15 |
| | | 118:23 -118:25 |
| | | 119:3 – 119:7 |
| | | 119:9 – 199:22 |
| | | 120:2 – 121:3 |
| | | 121:10 – 121:15 |
| | | 124:20 – 124:23 |
| | | 125:3 – 125:23 |
| | | 126:15 – 126:23 |
| | | 126:25 – 127:9 |
| | | 127:24 – 128:9 |
| | | 128:16 – 128:21 |
| | | 129:8 – 129:11 |
| | | 129:14 – 129:16 |
| | | 129:19 – 129:23 |
| | | 131:9 – 131:18 |
| | | 132:20 – 132:22 |
| | | 132:25 |
| | | 133:10 – 133:12 |
| | 5/26/06 | 144.4-9 |
| | | 144.17-18 |
| | | 145.21-146.3 |
| | | 147.12-148.2 |
| | | 149.3-4 |
| | | 149.6 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
|          |      | 149.11-20 |
|          |      | 149.22-23 |
|          |      | 153.25-154.19 |
|          |      | 156.21-23 |
|          |      | 157.5-7 |
|          |      | 157.13-15 |
|          |      | 157.18-22 |
|          |      | 157.24 |
|          |      | 159.4-10 |
|          |      | 159.12-15 |
|          |      | 159.19-25 |
|          |      | 168.3-4 |
|          |      | 168.6-13 |
|          |      | 169.4-9 |
|          |      | 169.12-20 |
|          |      | 169.23-170.3 |
|          |      | 170.8-12 |
|          |      | 170.14-19 |
|          |      | 172.1-20 |
|          |      | 172.23 |
|          |      | 173.3-4 |
|          |      | 173.6-11 |
|          |      | 175.4-176.9 |
|          |      | 183.20-21 |
|          |      | 183.24-184.2 |
|          |      | 184.4-184.9 |
|          |      | 184.24-25 |
|          |      | 185.2-4 |
|          |      | 192.15 |
|          |      | 192.18 |
|          |      | 193.25-194.10 |
|          |      | 193.18-19 |
|          |      | 193.22 |
|          |      | 197.4-5 |
|          |      | 197.8-9 |
|          |      | 198.6-8 |
|          |      | 198.11-12 |
|          |      | 198.21-22 |
|          |      | 198.24-25 |
|          |      | 199.1 |
|          |      | 199.3 |
|          |      | 203.6-22 |
|          |      | 204.6-12 |
|          |      | 214.4-24 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
|          |      | 217.17-19 |
|          |      | 217.25-218.4 |
|          |      | 219.3-5 |
|          |      | 220.4-24 |
|          |      | 221.15-18 |
|          |      | 222.9-14 |
|          |      | 222.20-23 |
|          |      | 226.16.19 |
|          |      | 227.10-25 |
|          |      | 228.3-9 |
|          |      | 228.18-20 |
|          |      | 229.2 |
|          |      | 229.18-19 |
|          |      | 230.3-5 |
|          |      | 230.7-9 |
|          |      | 230.11 |
|          |      | 231.2-5 |
|          |      | 231.7-9 |
|          |      | 231.11-15 |
|          |      | 233.9-25 |
|          |      | 240.6-16 |
|          |      | 240.18-25 |
|          |      | 241.2-5 |
|          |      | 241.7-10 |
|          |      | 241.24-242.6 |
|          |      | 242.20-24 |
|          |      | 243.5-6 |
|          |      | 243.10-16 |
|          |      | 243.18-244.13 |
|          |      | 245.5 |
|          |      | 245.12-17 |
|          |      | 246.7-11 |
|          |      | 246.14-17 |
|          |      | 246.19-23 |
|          |      | 246.25-247.5 |
|          |      | 248.12-13 |
|          |      | 248.15-21 |
|          |      | 249.23-24 |
|          |      | 250.11-14 |
|          |      | 252.21-22 |
|          |      | 253.8-15 |
|          |      | 253.21-254.9 |
|          |      | 254.11-13 |
|          |      | 254.20-22 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 255.17 |
| | | 256.1-12 |
| | | 257.11-15 |
| | | 258.5-10 |
| | | 258.13 |
| | | 258.18-24 |
| | | 259.1 |
| | | 259.20-21 |
| | | 259.23-260.8 |
| | | 260.10-15 |
| | | 260.17-18 |
| | | 260.20-21 |
| | | 260.23 |
| | | 261.10-14 |
| | | 261.16-23 |
| | | 261.25 |
| | | 262.4-11 |
| | | 262.13-19 |
| | | 262.21 |
| Lee, Ho | 7/26/05 | 7:21 – 8:8 |
| | | 53:5 – 66:5 |
| | 7/27/06 | 165:1 – 173:25 |
| | | 174:7 – 188:3 |
| | | 196:21 – 217:7 |
| | | 218:13 – 221:24 |
| | | 227:16 – 228:2 |
| | | 276:17 – 228:1 |
| | | 228:8 – 280:14 |
| Lee, Mike Tatung Company of America (Delaware) | 6/23/06 | 6:23 – 6:24 |
| | | 11:19 – 12:6 |
| | | 12:14 – 12:25 |
| | | 14:15 – 15:12 |
| | | 16:3 – 16:10 |
| | | 16:16 – 16:21 |
| | | 17:1 – 17:18 |
| | | 17:22 – 19:2 |
| | | 19:14 – 19:16 |
| | | 19:20 – 20:3 |
| | | 20:10 – 20:20 |
| | | 21:3 – 21:5 |
| | | 21:7 – 22:12 |
| | | 22:24 – 23:6 |
| | | 23:12 – 23:15 |
| | | 23:22 – 24:9 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
|          |      | 24:19 – 24:21 |
|          |      | 24:24 |
|          |      | 24:22 – 25:23 |
|          |      | 26:1 – 26:4 |
|          |      | 26:7 – 26:14 |
|          |      | 26:17 – 26:21 |
|          |      | 27:25 – 28:2 |
|          |      | 28:4 – 28:15 |
|          |      | 28:17 – 28:23 |
|          |      | 29:1 – 29:2 |
|          |      | 29:5 – 29:12 |
|          |      | 29:14 – 29:16 |
|          |      | 29:19 – 30:4 |
|          |      | 30:7 – 30:8 |
|          |      | 30:10 – 30:13 |
|          |      | 31:7 – 31:8 |
|          |      | 31:10 – 31:14 |
|          |      | 31:17 – 32:1 |
|          |      | 32:4 – 32:11 |
|          |      | 32:15 – 32:21 |
|          |      | 33:6 – 33:10 |
|          |      | 33:12 |
|          |      | 33:18 – 34:6 |
|          |      | 34:9 – 34:22 |
|          |      | 35:4 – 35:6 |
|          |      | 35:8 – 36:5 |
|          |      | 36:17 – 36:23 |
|          |      | 39:24 – 40:3 |
|          |      | 40:5 |
|          |      | 40:18 – 41:5 |
|          |      | 41:12 – 41:21 |
|          |      | 42:14 – 42:22 |
|          |      | 44:21 – 45:16 |
|          |      | 45:20 – 46:7 |
|          |      | 48:4 – 48:6 |
|          |      | 48:8 – 48:15 |
|          |      | 48:17 – 48:19 |
|          |      | 48:22 |
|          |      | 49:24 – 49:25 |
|          |      | 50:3 – 50:6 |
|          |      | 50:8 – 51:8 |
|          |      | 51:11 – 51:16 |
|          |      | 51:18 – 52:4 |
|          |      | 52:10 – 52:13 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 52:23 – 53:3 |
| | | 53:8 – 54:1 |
| | | 54:3 – 54:5 |
| | | 54:3 – 54:5 |
| | | 54:11 – 54:12 |
| | | 54:14 – 54:16 |
| | | 54:19 – 55:1 |
| | | 56:7 – 56:18 |
| | | 56:20 |
| | | 57:23 – 58:3 |
| | | 58:14 – 58:21 |
| | | 58:24 – 59:16 |
| | | 59:18 – 59:24 |
| | | 60:16 – 60:20 |
| | | 61:14 – 62:4 |
| | | 64:22 – 65:1 |
| | | 68:5 – 69:10 |
| | | 69:12 – 69:15 |
| | | 69:22 – 70:5 |
| | | 70:7 – 71:1 |
| | | 71:15 – 72:20 |
| | | 73:3 – 73:22 |
| | | 73:24 – 74:3 |
| | | 74:6 – 74:7 |
| | | 76:7 – 76:14 |
| | | 76:22 – 76:25 |
| | | 77:5 – 78:2 |
| | | 79:23 – 80:12 |
| | | 81:6 – 81:8 |
| | | 84:2 – 84:9 |
| | | 86:17 – 87:5 |
| | | 87:7 |
| | | 87:11 – 87:18 |
| | | 87:21 – 88:7 |
| | | 90:10 – 90:13 |
| | | 94:17 – 94:22 |
| | | 95:11 – 95:15 |
| | | 95:19 – 95:24 |
| | | 96:12 – 96:24 |
| | | 97:2 – 97:21 |
| | | 98:7 – 98:12 |
| | | 99:11 |
| | | 99:14 – 99:25 |
| | | 100:2 – 101:3 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 102:7 – 102:23 |
| | | 103:13 – 104:15 |
| | | 105:4 – 105:9 |
| | | 109:20 – 110:10 |
| | | 111:21 – 112:6 |
| | | 112:15 – 112:22 |
| | | 115:15 – 116:17 |
| | | 116:24 – 117:4 |
| | | 118:1 – 118:5 |
| | | 118:8 – 118:12 |
| | | 118:14 – 118:19 |
| | | 119:4 – 119:22 |
| | | 120:6 – 120:7 |
| | | 120:9 |
| | | 122:10 – 122:12 |
| | | 122:15 – 122:17 |
| | | 122:21 – 122:25 |
| | | 123:22 – 123:25 |
| | | 124:2 – 124:3 |
| | | 124:12 – 125:13 |
| | | 126:1 – 126:3 |
| | | 133:14 – 134:10 |
| | | 134:12 |
| | | 135:8 – 135:21 |
| | | 136:1 – 136:12 |
| | | 136:14 – 136:22 |
| | | 137:2 – 137:6 |
| | | 137:8 – 138:15 |
| | | 138:24 – 139:8 |
| | | 139:20 – 140:2 |
| | | 140:15 – 140:20 |
| | | 141:25 – 141:3 |
| | | 141:7 – 142:4 |
| | | 142:13 – 142:17 |
| | | 142:20 – 143:1 |
| | | 143:7 – 143:8 |
| | | 143:10 |
| | | 143:12 – 143:14 |
| | | 143:16 – 143:19 |
| | | 144:7 – 144:15 |
| | | 147:2 – 147:22 |
| | | 148:21 – 148:22 |
| | | 149:3 – 149:18 |
| | | 150:6 – 152:15 |