| Deponent | Date | Page Numbers |
|---|---|---|
| | | 152:17 – 152:22 |
| | | 152:24 – 153:5 |
| | | 153:7 |
| | | 156:5 – 156:10 |
| | | 156:17 – 156:19 |
| | | 156:22 |
| | | 156:24 – 157:2 |
| | | 157:4 – 157:9 |
| | | 157:13 – 157:14 |
| | | 157:16 – 157:20 |
| | | 158:15 – 158:21 |
| | | 159:21 – 160:9 |
| | | 162:17 – 162:19 |
| | | 162:22 – 163:1 |
| | | 163:4 – 163:8 |
| | | 163:11 – 163:15 |
| | | 163:18 – 164:3 |
| Lee, Tse Rong ViewSonic (Delaware) | 6/21/06 | 5:3 – 5:25 |
| | | 6:11 – 7:5 |
| | | 10:25 – 11:18 |
| | | 11:22 – 11:24 |
| | | 12:9 – 12:14 |
| | | 14:7 – 14:8 |
| | | 14:10 – 14:11 |
| | | 16:9 – 16:21 |
| | | 16:25 – 17:6 |
| | | 17:14 |
| | | 17:16 – 17:19 |
| | | 18:4 – 18:17 |
| | | 19:20 – 22:25 |
| | | 25:8 – 28:25 |
| | | 29:17 – 30:10 |
| | | 30:21 – 36:10 |
| | | 36:19 – 36:25 |
| | | 38:9 – 39:24 |
| | | 40:9 – 61:9 |
| | | 63:13 – 65:9 |
| Lim, Pearlyn Bee ViewSonic (Delaware) | 6/22/06 | 6:9 – 6:18 |
| | | 7:16 – 8:4 |
| | | 10:1 – 10:15 |
| | | 10:24 – 11:17 |
| | | 11:23 – 12:3 |
| | | 12:18 – 12:21 |
| | | 13:8 – 14:3 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 14:12 – 14:13 |
| | | 14:15 – 16:19 |
| | | 17:21 – 18:8 |
| | | 18:10 – 18:12 |
| | | 18:14 – 20:1 |
| | | 20:3 – 20:18 |
| | | 20:24 – 21:5 |
| | | 21:14 – 21:17 |
| | | 22:4 – 22:8 |
| | | 22:11 – 23:13 |
| | | 23:15 – 23:21 |
| | | 23:23 |
| | | 24:7 – 25:12 |
| | | 25:24 – 27:24 |
| | | 32:1 – 33:6 |
| | | 33:8 – 34:19 |
| | | 35:21 – 35:23 |
| | | 36:10 – 36:12 |
| | | 36:16 – 36:20 |
| | | 45:2 – 45:12 |
| | | 46:5 – 46:16 |
| | | 46:18 – 46:22 |
| | | 49:2 – 54:21 |
| | | 57:10 – 58:8 |
| | | 58:12 – 58:19 |
| | | 59:24 – 60:9 |
| | | 61:14 – 62:1 |
| | | 63:5 – 63:8 |
| | | 63:12 – 63:16 |
| | | 63:18 – 64:8 |
| | | 64:10 – 64:17 |
| | | 64:19 – 64:22 |
| | | 65:1 – 65:17 |
| | | 66:9 – 66:14 |
| | | 66:17 – 66:20 |
| | | 67:6 – 67:8 |
| | | 67:17 – 68:10 |
| | | 68:18 – 70:6 |
| | | 70:22 – 71:8 |
| | | 72:6 – 73:19 |
| | | 74:15 – 75:20 |
| | | 75:23 – 76:12 |
| | | 76:15 – 76:19 |
| | | 76:23 – 77:18 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 78:16 – 78:19 |
| | | 79:13 – 79:15 |
| | | 79:17 |
| | | 80:7 – 80:9 |
| | | 80:12 – 80:14 |
| | | 80:20 |
| | | 81:10 – 82:3 |
| | | 82:7 – 82:18 |
| | | 83:7 -83:9 |
| | | 85:6 – 85:16 |
| | | 87:8 – 87:11 |
| | | 88:17 – 88:20 |
| | | 88:23 – 89:2 |
| | | 90:25 – 91:18 |
| | | 92:15 – 93:17 |
| | | 93:20 – 95:10 |
| | | 95:23 – 96:14 |
| | | 96:19 – 97:17 |
| | | 98:4 – 98:14 |
| | | 99:8 – 99:20 |
| | | 101:20 – 102:2 |
| | | 102:5 – 102:19 |
| | | 103:7 – 104:6 |
| | | 104:10 – 104:11 |
| | | 104:23:105:1 |
| | | 105:5 – 105:23 |
| | | 106:3 – 106:6 |
| | | 106:10 |
| | | 106:16 – 106:17 |
| | | 106:20 – 107:1 |
| | | 109:9 – 109:11 |
| | | 109:14 |
| | | 112:10 – 112:14 |
| | | 112:17 – 112:23 |
| | | 112:25 - 113:5 |
| | | 113:7 – 113:10 |
| | | 113:12 – 113:16 |
| | | 113:19 |
| | | 119:3 – 119:9 |
| | | 119:12 – 119:20 |
| | | 119:23 – 120:3 |
| | | 120:5 – 120:6 |
| | | 120:7 – 120:9 |
| | | 120:13 – 121:13 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 121:22 – 122:6 |
| | | 123:11 – 123:13 |
| | | 123:15 – 123:18 |
| | | 123:21 – 124:1 |
| | | 124:7 – 124:9 |
| | | 124:11 – 124:15 |
| | | 124:17 – 124:19 |
| | | 124:22 – 125:9 |
| | | 125:15 – 125:18 |
| | | 126:6 – 126:8 |
| | | 126:11 – 127:3 |
| | | 127:8 |
| | | 129:3 – 129:17 |
| | | 131:21 – 131:25 |
| | | 132:4 – 132:6 |
| | | 132:8 – 132:21 |
| | | 133:4 – 133:5 |
| | | 133:9 – 133:15 |
| | | 133:19 – 133:24 |
| | | 134:3 – 134:4 |
| | | 134:14 – 134:16 |
| | | 134:20 – 135:4 |
| | | 136:5 – 136:9 |
| | | 136:19 – 136:20 |
| | | 136:22 |
| | | 137:15 – 137:20 |
| | | 137:24 – 138:1 |
| | | 138:4 |
| | | 138:10 – 138:12 |
| | | 138:15 – 139:1 |
| | | 139:4 – 139:5 |
| | | 142:5 – 142:10 |
| | | 142:14 – 143:9 |
| | | 143:23 – 144:3 |
| | | 144:6 – 144:13 |
| | | 144:17 – 145:13 |
| | | 145:22 – 146:18 |
| | | 146:20 – 146:24 |
| | | 148:4 – 148:9 |
| | | 149:16 – 149:18 |
| | | 149:25 – 150:13 |
| | | 154:8 – 154:10 |
| | | 154:12 – 154:16 |
| | | 155:6 – 155:20 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 157:15 – 158:1 |
| | | 158:4 – 158:7 |
| | | 158:10 – 158:11 |
| | | 159:1 – 159:7 |
| | | 159:12 – 159:13 |
| | | 159:18 – 159:22 |
| | | 160:2 – 160:6 |
| | | 160:18 – 161:7 |
| | | 161:11 – 161:13 |
| | | 161:17 – 161:20 |
| | | 162:5 – 162:6 |
| | | 162:10 – 162:13 |
| | | 162:17 |
| | | 162:21 – 163:2 |
| | | 163:5 – 163:9 |
| | | 163:12 – 163:15 |
| | | 163:18 – 164:1 |
| | | 164:10 – 164:14 |
| | | 164:17 – 164:18 |
| | | 167:13 – 167:18 |
| | | 170:17 – 170:20 |
| | | 171:3 – 171:6 |
| | | 171:9 – 171:11 |
| | | 172:1 – 173:4 |
| | | 174:25 – 175:6 |
| | | 176:21 – 177:2 |
| Lin, Bryan (California) | 7/22/05 | 10:19 - 10:20 |
| | | 37:4 - 38:4 |
| Liu, Hsuing Wen CPT (Delaware) | 6/22/06 | 5:1 – 6:3 |
| | | 8:20 – 9:4 |
| | | 11:13 – 16:15 |
| | | 19:18 – 32:15 |
| | | 35:10 – 39:22 |
| | | 41:1 – 43:8 |
| | | 43:22 – 45:4 |
| | | 45:17 – 47:13 |
| | | 47:16 – 50:25 |
| | | 51:13 |
| | | 51:18 – 52:3 |
| | | 52:10 – 53:24 |
| | | 54:11 – 57:16 |
| | | 57:18 – 58:17 |
| | | 59:9 – 60:25 |
| | | 61:3 – 62: 4 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 62:14 – 63:9 |
| | | 64:19 – 74:3 |
| Liu, Tsyr-Huey (Vincent) Tatung Company (Delaware) | 6/1/06 | 6:3 – 7:1 |
| | | 9:25 – 10:11 |
| | | 12:17 – 12:19 |
| | | 12:21 – 13:25 |
| | | 15:11 – 17:7 |
| | | 21:1 - 24:1 |
| | | 25:14 – 26:2 |
| | | 26:10 – 27:21 |
| | | 24:9 – 31:14 |
| Liu, Vincent (California) Tatung Company | 8/2/05 | 8:17 – 9:8 |
| | | 10:16 – 10:19 |
| | | 16:19 – 18:25 |
| | | 20:14 – 20:15 |
| | | 20:19 - 21:19 |
| | | 23:1 – 23:6 |
| | | 24:2 – 24:6 |
| | | 24:8 - 24:16 |
| | | 32:1 – 33:10 |
| | | 33:11 – 33:15 |
| | | 33:19 - 35:11 |
| | | 35:15 - 36:2 |
| | | 38:12 – 41:2 |
| | | 53:23 – 54:14 |
| | | 91:4 – 91:8 |
| | | 91:23 – 92:3 |
| | | 94:4 – 94:21 |
| | | 103:14 – 103:15 |
| | | 103:22 - 104:18 |
| Shih, Cheng Chen (Alan) Tatung Company of America (Delaware) | 6/21/06 | 5:15 – 5:19 |
| | | 5:23 – 6:3 |
| | | 17:16 – 18:1 |
| | | 20:5 – 20:17 |
| | | 21:4 – 21:5 |
| | | 21:7 – 21:13 |
| | | 24:13 – 24:15 |
| | | 25:1 – 25:3 |
| | | 25:5 – 25:6 |
| | | 25:20 – 25:24 |
| | | 30:20 – 30:22 |
| | | 31:17 – 31:21 |
| | | 32:3 – 32:6 |
| | | 33:8 – 33:10 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 33:12 – 33:14 |
| | | 34:10 – 34:12 |
| | | 34:15 – 34:19 |
| | | 34:21 |
| | | 41:5 – 41:6 |
| | | 41:8 – 41:18 |
| | | 41:21 – 41:25 |
| | | 44:4 – 44:7 |
| | | 44:11 |
| | | 58:9 – 59:10 |
| | | 59:13 |
| | | 59:21 – 59:22 |
| | | 59:24 – 59:25 |
| | | 61:7 – 61:14 |
| | | 64:21 – 64:23 |
| | | 66:10 – 66:16 |
| Shih, Oliver (California) | 8/4/05 | 9:12 - 9:17 |
| | | 10:4 - 10:13 |
| | | 24:6 - 24:12 |
| | | 25:2 - 25:4 |
| | | 26:8 - 26:20 |
| | | 31:25 - 32:5 |
| | | 39:13 - 40:25 |
| | | 42:13 - 42:21 |
| | | 43:7 - 43:21 |
| | | 48:14 - 48:18 |
| | | 48:23 |
| | | 49:1 - 49:8 |
| | | 49:14 - 50:7 |
| | | 56:7 - 56:9 |
| | | 56:17 - 57:2 |
| | | 70:1 - 70:7 |
| | | 70:22 - 71:3 |
| | | 71:16 - 71:24 |
| | | 75:6 - 76:3 |
| | | 77:17 - 78:2 |
| | | 78:8 - 78:9 |
| | | 78:14 - 78:18 |
| Shih, Oliver | 5/31/06 | 8:3 – 8:5 |
| | | 8:17 – 8:22 |
| | | 9:16 – 9:18 |
| | | 18:16 |
| | | 18:19 – 18:20 |
| | | 19:20 – 19:24 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 20:21 – 20:24 |
| | | 21:3 – 21:10 |
| | | 22:7 – 22:8 |
| | | 22:11 – 22:12 |
| | | 22:16 – 22:17 |
| | | 22:19 – 23:2 |
| | | 23:5 – 23:10 |
| | | 23:13 – 24:1 |
| | | 24:1 |
| | | 24:3 |
| | | 24:5 – 24:6 |
| | | 24:8 – 24:9 |
| | | 26:8 – 26:9 |
| | | 26:11 – 26:18 |
| | | 26:20 – 26:21 |
| | | 28:12 – 28:14 |
| | | 28:17 – 28:20 |
| | | 29:5 – 30:4 |
| | | 30:6 |
| | | 31:9 – 31:10 |
| | | 31:12 – 31:24 |
| | | 32:2 – 32:6 |
| | | 32:9 – 32:13 |
| | | 33:7 – 33:9 |
| | | 33:11 – 33:16 |
| | | 33:18 – 33:19 |
| | | 34:9 – 34:16 |
| | | 34:19 – 34:20 |
| | | 34:22 |
| | | 34:24 – 34:25 |
| | | 35:7 – 35:10 |
| | | 36:9 – 36:10 |
| | | 36:12 – 36:21 |
| | | 36:23 – 37:1 |
| | | 37:3 |
| | | 37:5 – 38:12 |
| | | 38:21 – 39:3 |
| | | 39:6 – 39:7 |
| | | 39:13 – 39:15 |
| | | 39:18 – 40:1 |
| | | 40:3 – 40:10 |
| | | 40:12 |
| | | 40:22 – 41:3 |
| | | 41:5 |

29

| Deponent | Date | Page Numbers |
|----------|------|--------------|
| | | 41:22 – 42:1 |
| | | 42:5 – 42:9 |
| | | 42:12 |
| | | 44:17 – 44:21 |
| | | 44:23 – 45:6 |
| | | 45:10 – 45:13 |
| | | 45:21 – 45:22 |
| | | 45:24 |
| | | 46:8 – 46:13 |
| | | 46:16 – 46:18 |
| | | 46:21 – 46:25 |
| | | 47:2 – 47:3 |
| | | 47:13 – 47:18 |
| | | 48:9 – 48:11 |
| | | 48:15 – 48:23 |
| | | 489:1 – 49:2 |
| | | 49:6 – 49:10 |
| | | 49:13 – 49:14 |
| | | 49:17 – 49:19 |
| | | 49:21 |
| | | 49:25 – 50:1 |
| | | 51:3 |
| | | 51:5 – 51:12 |
| | | 51:22 – 51:25 |
| | | 52:12 – 52:20 |
| | | 52:23 – 53:6 |
| | | 53:16 – 53:20 |
| | | 54:10 – 54:11 |
| | | 54:13 – 54:19 |
| | | 55:9 – 55:10 |
| | | 55:12 |
| | | 55:21 – 55:23 |
| | | 56:1 – 56:6 |
| | | 57:17 – 57:18 |
| | | 57:20 – 58:7 |
| | | 61:6 – 61:8 |
| | | 61:11 – 61:21 |
| | | 61:23 |
| | | 62:7 – 62:9 |
| | | 62:13 – 62:16 |
| | | 62:20 – 62:21 |
| | | 62:24 – 63:3 |
| | | 63:5 – 63:10 |
| | | 63:12 – 63:13 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 63:18 – 63:20 |
| | | 63:23 – 64:3 |
| | | 65:21 – 67:9 |
| | | 67:12 – 67:20 |
| | | 68:18 – 68:19 |
| | | 68:21 – 68:25 |
| | | 70:6 – 70:8 |
| | | 70:11 – 70:19 |
| | | 72:11 – 72:14 |
| | | 72:17 – 72:18 |
| | | 72:21 – 73:4 |
| | | 73:6 |
| | | 73:11 – 73:25 |
| | | 74:2 – 74:3 |
| | | 76:24 – 76:25 |
| | | 77:5 – 77:10 |
| | | 78:17 – 78:18 |
| | | 78:21 – 79:4 |
| | | 79:6 – 79:9 |
| | | 79:14 – 79:15 |
| | | 79:17 – 79:19 |
| | | 81:2 – 81:15 |
| | | 84:12 – 84:16 |
| | | 85:22- 85:25 |
| | | 86:22 – 86:25 |
| | | 88:7 – 88:10 |
| | | 88:12 – 88:22 |
| | | 88:24 – 89:2 |
| | | 89:14 – 89:15 |
| | | 89:17 – 89:22 |
| | | 91:25 – 92:1 |
| | | 92:3 – 92:8 |
| | | 92:10 – 92:15 |
| | | 94:5 – 94:8 |
| | 6/1/06 | 149:9 – 149:20 |
| | | 150:10 – 150:16 |
| | | 150:18 – 150:21 |
| | | 151:14 – 151:15 |
| | | 151:18 – 151:19 |
| | | 152:3 – 152:12 |
| | | 152:15 |
| | | 152:21 – 153:6 |
| | | 153:9 |
| | | 155:8 – 155:10 |

31

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 155:13 – 155:20 |
| | | 155:23 |
| | | 157:16 – 158:6 |
| | | 158:9 – 158:18 |
| | | 159:14 – 159:16 |
| | | 159:19 – 160:2 |
| | | 160:5 |
| | | 161:15 – 161:18 |
| | | 161::24 – 162:13 |
| | | 162:21 – 163:1 |
| | | 163:3 – 163:10 |
| | | 163:12 – 163:22 |
| | | 164:4 – 164:6 |
| | | 164:9 – 164:15 |
| | | 165:10 – 165:11 |
| | | 165:14 – 165:17 |
| | | 166:1 – 166:4 |
| | | 167:19 – 167:25 |
| | | 171:16 – 171:24 |
| | | 172:17 – 172:19 |
| | | 172:22 – 173:13 |
| | | 173:19 – 174:2 |
| | | 174:5 – 174:11 |
| | | 174:13 – 174:16 |
| | | 174:18 – 174:21 |
| | | 174:25 – 175:2 |
| | | 175:4 – 175:11 |
| | | 176:6 – 177:6 |
| | | 177:8 – 177:16 |
| | | 177:4 |
| | | 178:11 – 178:13 |
| | | 178:22 – 179:4 |
| | | 176:6 |
| | | 179:8 – 179:9 |
| | | 179:11 – 179:14 |
| | | 176:16 – 176:19 |
| | | 179:21 – 180:3 |
| | | 180:5 – 180:12 |
| | | 181:12 – 181:15 |
| | | 182:1 – 182:17 |
| | | 182:19 – 182:20 |
| | | 182:22 – 183:8 |
| | | 186:9 – 186:20 |
| | | 187:3 – 187:4 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 187:6 – 187:10 |
| | | 188:7 – 188:17 |
| | | 188:20 – 188:22 |
| | | 189:20 – 190:8 |
| | | 190:10 – 190:14 |
| | | 190:16 – 190:22 |
| | | 190:24 – 191:3 |
| | | 193:18 – 193:25 |
| | | 196:1 – 196:13 |
| | | 196:16 – 196:17 |
| | | 197:6 – 197:12 |
| | | 197:14 – 197:15 |
| | | 198:1 – 198:5 |
| | | 198:13 – 199:8 |
| | | 199:11 – 199:12 |
| | | 199:15 – 199:17 |
| | | 199:19 – 199:24 |
| | | 200:1 – 200:7 |
| | | 200:9 – 200:17 |
| | | 200:25 – 201:2 |
| | | 201:5 – 201:10 |
| | | 201:25 – 202:1 |
| | | 202:9 – 202:16 |
| Shin, Woo Sup (California) | 8/1/05 | 133:1 – 137:25 |
| | | 7:24 - 8:7 |
| | | 12:10 - 13:5 |
| | | 17:24 - 18:7 |
| | | 18:21 - 19:14 |
| | | 19:24 - 20:21 |
| | | 31:7 -32:4 |
| | | 33:19 - 34:1 |
| | | 45:3 - 45:23 |
| Tatung Co. of America 30(b)(6) - Andrew Sun | 7/20/05 | 49:21 - 50:10 |
| | | 53:18 - 55:3 |
| | | 57:4 - 57:9 |
| | | 57:22 - 58:22 |
| | | 65:11 - 66:24 |
| | | 68:12 - 69:2 |
| | | 96:17 - 96:20 |
| | | 98:14 - 98:20 |
| | | 117:12 - 119:2 |
| | | 125:12 - 127:8 |
| Tsai, Chen Chou | 3/22/05 | 8:25 - 10:1 |

| Deponent | Date | Page Numbers |
|---|---|---|
| (John Tsai) | | 12:11 - 13:1 |
| | | 1:2 - 18:18 |
| | | 19:22 - 20:3 |
| | | 82:4 - 84:6 |
| | | 85:8 - 86:7 |
| | | 89:5 - - 92:18 |
| | | 95:12 - 96:7 |
| | | 98:21 - 100:10 |
| | | 104:18 - 105:9 |
| | | 108:12 - 108:18 |
| | | 125:20 - 128:8 |
| | | 129:19 - 132:11 |
| | | 136:25 - 137:17 |
| | | 139:23 - 140:13 |
| | | 143:7 - 145:6 |
| | | 156:10 - 159:9 |
| | | 160:12 - 120:18 |
| | 3/23/05 | Vol. 2<br>188:5 – 188:13<br>188:16 - 188:21<br>188:23 0 188:25<br>189:2 - 189:11<br>189:14 - 189:17<br>189:19 - 189:23<br>189:25 - 190:6 |
| | | Vol. 2  191:9 – 191:14 |
| | | Vol. 2  193:10 –<br>193:13 |
| | | Vol. 2  198:18 –<br>198:20 |
| | | Vol. 2  201:16 – 202:4 |
| | | Vol. 2  202:15 –<br>203:16 |
| | | Vol. 2  209:14 -<br>209:17<br>209:19 - 210:15 |
| | | Vol. 2  255:1 – 255:18 |
| | | Vol. 2  261:19 – 263 -<br>10 |
| | | Vol. 2  294:8 – 294:10<br>294:13 -<br>296:12296:12 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | 7/26/05 | Vol. 3  323:10 – 323:23 |
| | | Vol. 3  326:24 – 327:9 |
| | | 327:10 - 327:25 |
| | | Vol. 3  328:16 – 328:21 |
| | | Vol. 3  333:13 – 335:17 |
| | | Vol. 3  338:13 – 338:17 |
| | | Vol. 3  345:16 – 346:5 |
| | | 346:6 |
| | | Vol. 3  347:13 – 348:19 |
| | | Vol. 3  349:18 – 349:24 |
| | | Vol. 3  365:5 – 366:8 |
| | | Vol. 3  367:11 – 368:7 |
| | | Vol. 3  368:17 – 368:21 |
| | 7/27/05 | 405:16 – 405:19 |
| | | 405:21 - 406:3 |
| | | 407:18 – 408:6 |
| | | 408:21 – 408:23 |
| | | 409:17 – 409:19 |
| | | 409:22 - 410:2 |
| | | 410:5 - 410:9 |
| | | 410:13 - 411:2 |
| | | 411:5 - 411:10 |
| | | 411:15 - 411:20 |
| | | 411:23 - 411:25 |
| | | 413:21 – 414:7 |
| | | 415:9 – 415:12 |
| | | 415:14 - 415:15 |
| | | 417:13 – 418:13 |
| | | 419:9 – 419:15 |
| | | 419:17 - 419:22 |
| | | 419:25 - 420:9 |
| | | 422:19 – 422:22 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
|          |      | 424:13 – 424:15 |
|          |      | 426:11 – 426:16 |
|          |      | 427:19 – 427:20 |
|          |      | 427:22 - 428:1 |
|          |      | 429:17 – 429:20 |
|          |      | 429:24 - 430:9 |
|          |      | 430:11 - 430:15 |
|          |      | 430:17 - 431:11 |
|          |      | 442:16 – 442:20 |
|          |      | 442:22 - 443:8 |
|          |      | 445:22 – 446:13 |
|          |      | 446:15 - 446:25 |
|          |      | 448:5 – 448:17 |
|          |      | 448:20 - 449:15 |
|          |      | 449:17 |
|          |      | 451:6 – 451:12 |
|          |      | 451:22 - 452:14 |
|          |      | 452:16 - 453:10 |
|          |      | 453:12 - 454:13 |
|          |      | 454:15 - 454:17 |
|          |      | 454:19 - 454:21 |
|          |      | 455:14 – 456:8 |
|          |      | 456:17 – 457:13 |
|          |      | 457:15 - 458:17 |
|          |      | 459:20 – 460:5 |
|          |      | 460:24 |
|          |      | 461:4 – 461:9 |
|          |      | 461:10 – 464:23 |
|          |      | 464:1 - 464:6 |
|          |      | 464:9 - 465:4 |
|          |      | 465:5 – 467:17 |
|          |      | 473:22 – 474:23 |
|          |      | 477:4 – 477:18 |
|          |      | 477:24 – 477:25 |
|          |      | 483:12 – 483:17 |
|          |      | 485:7 – 485:13 |
|          |      | 485:14 – 485:25 |
|          |      | 486:14 – 486:22 |
|          |      | 486:23 - 487:6 |
|          |      | 487:12 – 488:11 |
|          |      | 488:14 - 488:19 |
|          |      | 489:6 – 489:10 |
|          |      | 501:22 – 504:10 |
|          |      | 504:12 - 504:17 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 507:9 – 508:11 |
| | | 508:24 – 509:5 |
| | | 509:18 – 509:19 |
| | | 510:17 – 511:5 |
| | | 511:15 – 511:22 |
| | | 512:20 – 513:12 |
| Tsai, Chen Chao (Delaware) | 6/6/06 | 6:19 – 7:6 |
| | | 9:22 – 10:9 |
| | | 14:1 – 14:9 |
| | | 14:11-14:16 |
| | | 14:18 – 14:25 |
| | | 15:2 – 15:18 |
| | | 15:20 |
| | | 15:23 – 15:24 |
| | | 16:3 – 16:5 |
| | | 16:13 – 16:23 |
| | | 17:7 – 17:11 |
| | | 17:14 – 17:20 |
| | | 18:1 – 18:6 |
| | | 22:12 – 22:13 |
| | | 22:17 – 22:24 |
| | | 23:5 – 23:9 |
| | | 23:14 – 24:1 |
| | | 24:11 – 24:25 |
| | | 25:3 – 25:12 |
| | | 25:15 – 26:1 |
| | | 26:3 |
| | | 26:7 – 26:9 |
| | | 27:1 – 27:3 |
| | | 27:5 – 27:8 |
| | | 28:7 – 28:9 |
| | | 28:12 – 28:19 |
| | | 28:23 – 29:21 |
| | | 29:23 – 29:25 |
| | | 30:2 – 30:15 |
| | | 31:9 – 31:10 |
| | | 31:19 – 32:9 |
| | | 32:11 – 32:19 |
| | | 32:22 – 32:23 |
| | | 33:6 – 33:8 |
| | | 33:10 – 33:20 |
| | | 33:23 – 34:6 |
| | | 34:11 – 34:14 |
| | | 34:16 – 34:19 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
|          |      | 34:22 – 35:9 |
|          |      | 35:12-35:25 |
|          |      | 36:3 – 36:11 |
|          |      | 36:14 – 36:22 |
|          |      | 36:24 – 37:4 |
|          |      | 37:7 – 37:11 |
|          |      | 37:14 – 37:16 |
|          |      | 37:20 – 38:1 |
|          |      | 38:4 – 38:5 |
|          |      | 38:8 – 38:15 |
|          |      | 40:7 |
|          |      | 40:9 – 40:14 |
|          |      | 40:17 |
|          |      | 40:22 – 40:24 |
|          |      | 41:1 |
|          |      | 43:25 – 44:11 |
|          |      | 44:14 |
|          |      | 49:23 – 50:6 |
|          |      | 50:9 – 50:13 |
|          |      | 50:21 – 50:22 |
|          |      | 50:24 – 51:2 |
|          |      | 21:7 – 51:9 |
|          |      | 51:11 – 51:14 |
|          |      | 51:17 – 51:22 |
|          |      | 52:3 – 52:6 |
|          |      | 54:17 – 54:18 |
|          |      | 54:22 – 55:7 |
|          |      | 57:11 – 57:12 |
|          |      | 57:14 |
|          |      | 57:18 – 57:23 |
|          |      | 58:2 – 58:3 |
|          |      | 58:6 |
|          |      | 58:15 – 58:24 |
|          |      | 59:7 – 59:11 |
|          |      | 59:13 – 59:17 |
|          |      | 59:19 – 59:23 |
|          |      | 59:25 |
|          |      | 60:6 – 60:7 |
|          |      | 60:9 – 60:18 |
|          |      | 61:4 – 61:5 |
|          |      | 61:13 – 61:18 |
|          |      | 61:20 – 61:21 |
|          |      | 63:1 – 63:3 |
|          |      | 63:6 – 63:10 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
|          |      | 63:12 – 63:14 |
|          |      | 63:16 – 63:18 |
|          |      | 6320 – 63:23 |
|          |      | 64:1 – 64:2 |
|          |      | 64:19 – 64:20 |
|          |      | 64:24 – 65:4 |
|          |      | 65:7 – 65:9 |
|          |      | 65:12 – 65:15 |
|          |      | 65:18 – 65:22 |
|          |      | 65:25 – 66:3 |
|          |      | 66:6 – 66:10 |
|          |      | 66:14 – 66:19 |
|          |      | 66:22 – 66:25 |
|          |      | 67:3 – 67:4 |
|          |      | 68:4 – 68:5 |
|          |      | 68:7 – 68:13 |
|          |      | 68:15 – 68:24 |
|          |      | 69:2 – 69:4 |
|          |      | 69:6 – 69:8 |
|          |      | 69:16 – 69:17 |
|          |      | 69:20 |
|          |      | 69:23 |
|          |      | 70:1 – 70:6 |
|          |      | 70:11 – 70:12 |
|          |      | 70:15 – 70:17 |
|          |      | 70:20 – 71:1 |
|          |      | 71:6 – 71:10 |
|          |      | 71:18 – 71:23 |
|          |      | 72:1 – 72:6 |
|          |      | 72:22 -72:24 |
|          |      | 73:2 – 73:10 |
|          |      | 73:14 – 73:19 |
|          |      | 73:23 |
|          |      | 74:6 – 74:10 |
|          |      | 74:16 – 75:13 |
|          |      | 75:18 – 76:14 |
|          |      | 76:24 – 77:2 |
|          |      | 77:5 – 77:12 |
|          |      | 77:15 – 77:18 |
|          |      | 77:20 – 78:1 |
|          |      | 78:3 – 78:10 |
|          |      | 79:2 – 79:3 |
|          |      | 79:6 – 79:9 |
|          |      | 79:11 – 79:18 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 79:20 – 79:24 |
| | | 80:2 – 80:9 |
| | | 85:25 – 86:11 |
| | | 86:18 – 86:19 |
| | | 87:9 – 87:19 |
| | | 87:22 |
| | | 87:24 – 88:12 |
| | | 88:15 – 88:16 |
| | | 88:18 – 88:25 |
| | | 89:4 |
| | | 89:7 – 89:10 |
| | | 89:13 – 89:16 |
| | | 89:20 – 89:23 |
| | | 90:1 – 90:2 |
| | | 90:11 – 90:12 |
| | | 90:14 – 90:24 |
| | | 91:1 |
| | | 91:3 |
| | | 91:6 – 91:9 |
| | | 91:14 – 91:15 |
| | | 91:17 – 91:19 |
| | | 91:25 – 92:2 |
| | | 92:6 – 92:10 |
| | | 93:5 – 93:6 |
| | | 93:9 – 93:16 |
| | | 93:19 – 94:13 |
| | | 94:16 – 95:4 |
| | | 96:25 – 97:1 |
| | | 97:4 – 97:16 |
| | | 97:19 – 97:24 |
| | | 98:21 – 98:24 |
| | | 99:2 – 99:12 |
| | | 99:15 – 99:21 |
| | | 100:20 – 101:6 |
| | | 101:8 – 101:14 |