| Deponent | Date | Page Numbers |
|---|---|---|
| | | 101:16 – 101:17 |
| | | 102:3 – 102:4 |
| | | 102:6 – 102:9 |
| | | 102:15 – 102:19 |
| | | 102:23 – 102:24 |
| | | 103:2 – 102:24 |
| | | 104:8 – 104:22 |
| | | 105:1 |
| | | 105:3 |
| | | 108:3 – 108:5 |
| | | 108:8 – 108:9 |
| | | 108:20 – 108:5 |
| | | 109:14 – 109:15 |
| | | 109:22 – 109:24 |
| | | 110:2 – 110:5 |
| | | 110:13 – 110:15 |
| | | 110:17 |
| | | 110:22 – 111:2 |
| | | 111:10 – 111:20 |
| | | 111:23 – 112:1 |
| | | 112:6 – 112:9 |
| | | 112:12 |
| | | 117:3 – 117:8 |
| | | 117:12 – 117:18 |
| | | 118:1 – 118:3 |
| | | 118:5 – 118:6 |
| | | 118:16 – 118:20 |
| | | 118:22 – 119:2 |
| | | 119:12 – 119:15 |
| | | 119:18 – 119:22 |
| | | 119:25 – 120:1 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 121:2 – 121:6 |
| | | 121:19 – 121:20 |
| | | 121:23 – 121:24 |
| | | 123:9 – 123:12 |
| | | 123:16 – 123:17 |
| | | 124:9 – 124:11 |
| | | 125:15 – 125:19 |
| | | 125:23 – 125:24 |
| | | 126:2 – 126:7 |
| | | 126:9 – 126:13 |
| | | 127:7 – 127:20 |
| | | 128:8 – 128:25 |
| | | 129:2 – 129:6 |
| | | 129:8 – 129:9 |
| | | 132:1 – 132:2 |
| | | 132:4 – 132:11 |
| | | 132:18 – 133:1 |
| | | 133:4 |
| | | 133:24 – 134:2 |
| | | 134:4 – 134:7 |
| | | 134:9 – 134:12 |
| | | 135:8 – 135:12 |
| | | 136:8 – 136:11 |
| | | 136:14 – 136:18 |
| | | 136:22 – 137:1 |
| | | 138:18 – 138:20 |
| | | 138:23 – 138:25 |
| | | 139:14 – 139:16 |
| | | 139:18 – 139:22 |
| | | 139:25 – 140:14 |
| | | 140:16 – 140:19 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 140:24 – 141:1 |
| | | 141:3 – 141:11 |
| | | 142:21 – 143:16 |
| | | 144:5 – 144:7 |
| | | 144:10 – 144:12 |
| | | 144:18 – 144:19 |
| | | 144:22 – 145:7 |
| | | 146:13 – 146:15 |
| | | 146:17 – 146:19 |
| | | 147:1 – 147:4 |
| | | 147:14 – 147:18 |
| | | 147:24 – 148:6 |
| | | 148:8 – 148:11 |
| | | 148:13 – 148:17 |
| | | 149:7 – 149:8 |
| | | 149:11 – 149:19 |
| | | 149:21 – 150:8 |
| | | 450:10 – 151:3 |
| | | 151:5 – 151:14 |
| | | 151:16 – 152:3 |
| | | 152:6 – 152:9 |
| | | 152:12 – 152:14 |
| | | 152:16 – 152:20 |
| | | 152:22 – 152:24 |
| | | 153:2 – 153:3 |
| | | 153:8 – 153:12 |
| | | 153:14 – 153:17 |
| | | 154:2 – 154:4 |
| | | 155:6 – 155:9 |
| | | 156:7 – 156:9 |
| | | 156:11 – 156:15 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 156:20 – 157:1 |
| | | 157:17 – 157:20 |
| | | 157:24 – 157:25 |
| | | 158:3 – 158:7 |
| | | 158:10 |
| | | 158:15 – 158:16 |
| | | 158:18 – 158:19 |
| | | 159:2 – 159:19 |
| | | 160:6 – 161:2 |
| Tseng, Wen-Tse (California) | 7/27/05 | 19:2 - 19:5 |
| | | 38:21 - 43:4 |
| | 7/28/05 | 175:22 - 176:7 |
| | | 177:22 - 178:4 |
| Tsou, Robin (Rearmount) | 2/7/05 | 12:14 – 14:1 |
| | | 15:12 - 15:24 |
| | | 19:4 – 20:9 |
| | | 22:19 – 26:10 |
| | | 26:19 – 28:17 |
| | | 31:21 – 33:18 |
| | | 34:18 – 37:25 |
| | | 60:8 - 63:3 |
| | | 67:3 - 67:17 |
| | | 157:5 - 158:14 |
| | | 160:23 - 161:15 |
| Tsou, Robin | 6/20/06 | 5.18-6.7 |
| | | 7.15-10.18 |
| | | 10.20-11.7 |
| | | 11.9-17 |
| | | 14.6-15.1 |
| | | 15.3-16.11 |
| | | 16.14-19 |
| | | 16.21-17.25 |
| | | 18.3-19.15 |
| | | 19.17-25 |
| | | 20.2-5 |
| | | 20.7-21.8 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 21.14-21.25 |
| | | 22.2-22.10 |
| | | 22.12-23.8 |
| | | 23.10-12 |
| | | 23.14-19 |
| | | 23.21-24.19 |
| | | 26.8-29.24 |
| | | 30.1-19 |
| | | 31.6-32.2 |
| | | 32.5-33.22 |
| | | 33.24-38.5 |
| | | 38.8-39.7 |
| | | 39.10-14 |
| | | 39.16-25 |
| | | 40.8-41.5 |
| | | 41.7-20 |
| | | 41.23-42.20 |
| | | 42.22-46.8 |
| | | 46.10-15 |
| | | 46.17-22 |
| | | 46.25-47.17 |
| | | 47.19-50.23 |
| | | 50.25-52.14 |
| | | 52.16-54.4 |
| | | 54.6-8 |
| | | 55.1-57.1 |
| | | 57.14-24 |
| | | 58.1-59.15 |
| | | 59.17-60.6 |
| | | 60.9-22 |
| | | 60.24-61.8 |
| | | 61.11-16 |
| | | 61.18-62.18 |
| | | 62.20-63.14 |
| | | 63.21-64.1 |
| | | 64.4-15 |
| | | 64.25-65.20 |
| | | 65.22-67.3 |
| | | 67.13-22 |
| | | 67.24-68.8 |
| | | 68.11-18 |
| | | 68.20-25 |
| | | 69.3-4 |
| | | 69.12-70.13 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 70.16-71.13 |
| | | 71.16-72.5 |
| | | 72.7-11 |
| | | 72.13-15 |
| | | 73.5-24 |
| | | 74.1-5 |
| | | 74.7-75.2 |
| | | 75.4-76.2 |
| | | 76.19-79.8 |
| | | 79.11-80.1 |
| | | 80.5-10 |
| | | 80.13-82.18 |
| | | 82.20-83.25 |
| | | 84.4-89.19 |
| | | 90.10-90.23 |
| | | 90.25-92.2 |
| | | 92.9-23 |
| | | 92.25-94.21 |
| | | 95.18-96.2 |
| | | 96.4-18 |
| | | 96.21-98.5 |
| | | 98.7-24 |
| | | 99.1-100.11 |
| | | 100.13-101.3 |
| | | 101.6-20 |
| | | 101.23-102.15 |
| | | 102.17-21 |
| | | 102.23-103.1 |
| | | 103.9-11 |
| | | 103.13-21 |
| | | 103.23-104.10 |
| | | 104.13-24 |
| | | 105.5-14 |
| | | 105.16-108.15 |
| | | 108.23-110.14 |
| | | 110.16-112.13 |
| | | 110.24-113.20 |
| | | 113.22-116.4 |
| | | 116.6-119.6 |
| Uphold, Bonnie ViewSonic (Delaware) | 6/13/06 | 7:21 – 8:2 |
| | | 8:23 – 9:5 |
| | | 9:11 – 9:18 |
| | | 15:13 – 16:2 |
| | | 16:16 – 18:2 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 19:15 – 22:6 |
| | | 23:8 – 25:2 |
| | | 26:23 – 30:9 |
| | | 30:21 – 31:4 |
| | | 35:8 – 37:7 |
| | | 38:9 – 38:21 |
| | | 41:18 – 41:23 |
| | | 42:15 – 43:14 |
| | | 46:3 – 47:10 |
| | | 48:5 – 48:16 |
| | | 49:9 – 50:10 |
| | | 50:20 – 51:1 |
| | | 51:5 – 52:18 |
| | | 53:2 – 55:4 |
| | | 55:8 – 56:2 |
| | | 56:19 – 56:21 |
| | | 63:13 – 66:5 |
| | | 67:19 – 70:9 |
| | | 70:18 – 88:24 |
| | | 91:3 – 94:19 |
| | | 94:22 – 106:11 |
| | | 107:12 – 111:2 |
| | | 112:10 – 114:17 |
| | | 115:8 – 116:10 |
| | | 117:15 – 119:15 |
| | | 120:1 – 120:3 |
| | | 120:10 – 122:16 |
| | | 12:23 – 126:7 |
| | | 126:25 – 127:17 |
| | | 128:3 – 135:2 |
| | | 136:8 – 137:19 |
| | | 138:7 – 139:11 |
| | | 140:13 – 141:5 |
| | | 141:14 – 144:19 |
| | | 145:9 – 147:14 |
| | | 147:25 – 148:17 |
| | | 149:7 – 163:12 |
| | | 163:20 – 173:3 |
| | | 173:21 – 179:16 |
| | | 182:5 – 186:14 |
| | | 187:3 – 196:9 |
| | | 196:18 – 209:15 |
| | | 211:6 – 211:12 |
| | | 217:5 – 230:16 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 231:4 – 232:5 |
| | | 234:11 – 238:22 |
| | | 241:2 – 244:14 |
| | | 3:8 – 3:20 |
| | | 5:16 – 5:23 |
| | | 7:8 – 8:19 |
| | | 8:22 – 8:25 |
| | | 9:17 – 13:5 |
| | | 13:8 – 13:18 |
| | | 13:20 – 13:24 |
| | | 14:1 – 14:16 |
| | | 14:19 – 14:22 |
| | | 15:1 – 15:5 |
| | | 15:7 – 15:11 |
| | | 15:19 – 15:21 |
| | | 17:5 – 17:8 |
| | | 17:10 – 17:18 |
| | | 17:21 – 19:3 |
| | | 19:5 – 19:18 |
| | | 19:20 – 20:11 |
| | | 20:13 – 20:23 |
| | | 21:1 – 21:14 |
| | | 21:17 - |
| | | 22:13 – 22:15 |
| | | 22:17 – 24:24 |
| | | 25:22 – 26:22 |
| | | 26:25 – 27:9 |
| | | 27:11 – 28:17 |
| | | 28:19 – 28:23 |
| | | 28:25 – 29:13 |
| | | 29:15 – 30:21 |
| | | 31:4 – 31:7 |
| | | 31:11 – 31:12 |
| | | 31:16 – 31:17 |
| | | 32:11 – 32:14 |
| | | 32:17 – 32:21 |
| | | 33:2 – 33:19 |
| | | 33:22 – 34:1 |
| | | 34:3 – 34:6 |
| | | 34:10 – 34:19 |
| | | 34:21 – 35:16 |
| | | 35:19 – 36:2 |
| | | 36:7 – 36:14 |
| | | 36:17 – 36:21 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 36:24 – 37:14 |
| | | 37:16 – 38:9 |
| | | 38:13 – 39:14 |
| | | 39:16 – 39:20 |
| | | 39:22 – 40:9 |
| | | 40:11 – 40:17 |
| | | 40:19 – 40:23 |
| | | 41::1 – 41:3 |
| | | 41:5 – 41:17 |
| | | 41:19 – 41:24 |
| | | 42:1 – 42:13 |
| | | 42:16 – 42:18 |
| | | 42:24 – 43:2 |
| | | 43:9 – 43:14 |
| | | 43:15 – 43:19 |
| | | 43:21 – 44:4 |
| | | 44:6 – 44:14 |
| | | 44:17 – 45:1 |
| | | 45:3 – 46:20 |
| | | 46:22 -47:5 |
| | | 47:11 – 48:10 |
| | | 48:12 -48:15 |
| | | 48:18 – 48:22 |
| | | 49:1 – 49:11 |
| | | 49:14 – 49:20 |
| | | 49:24 – 50:7 |
| | | 50:19 – 51:3 |
| | | 51:6 – 51:12 |
| | | 51:14 – 51:20 |
| | | 51:22 – 52:1 |
| | | 52:11 – 52:23 |
| | | 52:25 – 54:14 |
| | | 54:16 – 54:17 |
| | | 54:19 – 54:25 |
| | | 55:2 – 55:6 |
| | | 55:8 – 55:16 |
| | | 55:21 – 56:13 |
| | | 56:15 – 57:19 |
| | | 57:21 – 59:5 |
| | | 59:7 – 59:22 |
| | | 60:1 – 60:4 |
| | | 60:6 – 62:20 |
| | | 62:22 – 63:15 |
| | | 63:17 – 64:1 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 64:4 – 64:10 |
| | | 64:13 – 64:20 |
| | | 64:22 – 64:24 |
| | | 65:2 – 65:5 |
| | | 65:7 – 65:20 |
| | | 65:23 - 66:22 |
| | | 68:2 – 68:4 |
| | | 68:17 – 72:8 |
| | | 72:12 – 72:15 |
| | | 73:16 – 74:15 |
| | | 74:17 – 79:4 |
| | | 79:18 – 80:7 |
| | | 80:9 – 82:10 |
| | | 82:18 – 85:6 |
| | | 85:9 – 86:10 |
| | | 86:13 – 86:21 |
| | | 87:2 – 87:16 |
| | | 87:24 – 88:1 |
| | | 88:4 – 88:11 |
| | | 88:13 – 88:17 |
| | | 88:20 – 89:9 |
| | | 89:11 – 92:11 |
| | | 92:13 |
| | | 92:25 – 93:9 |
| | | 93:12 – 94:2 |
| | | 94:4 – 94:15 |
| | | 94:17 – 95:6 |
| | | 95:8 – 95:12 |
| | | 95:14 – 95:20 |
| | | 95:23 – 97:12 |
| | | 97:15 – 98:7 |
| | | 98:10 – 98:16 |
| | | 98:19 – 101:4 |
| | | 101:6 – 106:5 |
| | | 106:7 – 106:12 |
| | | 106:14 – 107:12 |
| | | 107:14 – 107:20 |
| | | 107:22 – 108:1 |
| | | 108:3 – 108:21 |
| | | 108:23 – 109:16 |
| | | 109:19 – 110:1 |
| | | 110:4 – 110:13 |
| | | 110:16 – 110:20 |
| | | 110:22 – 111:2 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 111:15 – 112:4 |
| | | 112:6 |
| | | 112:9 – 112:25 |
| | | 113:3 – 113:18 |
| | | 113:21 – 113:25 |
| | | 114:2 – 114:8 |
| | | 114:10 – 114:24 |
| | | 115:4 – 115:6 |
| | | 115:8 – 115:21 |
| | | 115:24 – 117:7 |
| | | 117:9 – 123:22 |
| | | 123:23 – 124:2 |
| | | 124:4 – 124:16 |
| | | 124:18 – 124:21 |
| | | 124:23 – 125:4 |
| | | 125:6 – 125:9 |
| | | 127:13 – 128:9 |
| | | 128:12 – 128:15 |
| | | 128:19 – 128:23 |
| | | 129:1 – 129:9 |
| | | 129:12 – 129:18 |
| | | 129:20 – 130:9 |
| | | 130:12 – 130:17 |
| | | 130:19 – 132:17 |
| | | 134:9 – 136:1 |
| | | 136:3 – 138:15 |
| | | 138:17 – 139:1 |
| | | 139:11 – 139:19 |
| | | 139:21 – 139:24 |
| | | 140:1 – 140:4 |
| | | 140:6 – 140:16 |
| | | 140:25 – 141:2 |
| | | 141:5 – 141:8 |
| | | 141:10 – 142:19 |
| | | 142:21 – 143:21 |
| | | 143:23 – 144:9 |
| | | 144:11 – 144:19 |
| | | 144:23 – 150:6 |
| | | 150:8 – 150:19 |
| | | 150:21 – 150:24 |
| | | 1514:1 – 151:5 |
| | | 151:7 |
| | | 151:17 – 151:21 |
| | | 151:23 – 155:17 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 155:19 – 156:19 |
| | | 156:21 – 162:23 |
| | | 162:24 – 163:15 |
| | | 163:18 – 168:11 |
| | | 168:13 – 173:18 |
| | | 173:20 – 174:3 |
| | | 174:5 – 175:3 |
| | | 175:6 – 176:4 |
| | | 176:6 – 177:8 |
| | | 177:10 – 178:15 |
| | | 178:25 – 182:16 |
| | | 182:18 – 184:18 |
| | | 184:21 – 187:5 |
| | | 187:7 – 187:19 |
| | | 188:1 – 188:14 |
| | | 189:6 – 194:2 |
| | | 194:10 – 196:7 |
| | | 196:9 – 203:18 |
| | | 203:20 – 205:25 |
| | | 206:3 – 206:14 |
| | | 206:16 – 207:12 |
| | | 207:15 – 210:2 |
| | | 210:4 – 211:10 |
| Wang, Sally C. (Delaware) | 5/18/06 | 8:12 – 8:13 |
| | | 9:16 – 9:18 |
| | | 9:23: - 10:5 |
| | | 13:15 – 13:22 |
| | | 14:8 – 14:10 |
| | | 14:14 – 14:17 |
| | | 16:20 – 16:22 |
| | | 17:1 – 18:1 |
| | | 18:3 – 18:9 |
| | | 18:12 – 18:14 |
| | | 18:17 – 19:2 |
| | | 20:1 – 20:5 |
| | | 20:7 – 20:8 |
| | | 20:13 – 20:15 |
| | | 20:18 – 20:25 |
| | | 21:9 – 22:6 |
| | | 22:16 – 22:25 |
| | | 23:5 – 23:12 |
| | | 23:16 – 23:18 |
| | | 23:20 – 24:1 |
| | | 24:3 – 24:23 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 25:2 – 25:11 |
| | | 25:13 – 26:7 |
| | | 26:10 – 26:13 |
| | | 26:16 – 26:20 |
| | | 26:24 – 28:19 |
| | | 28:22 – 29:8 |
| | | 29:24 – 30:6 |
| | | 30:8 – 31:17 |
| | | 31:20 – 31:24 |
| | | 32:2 – 32:4 |
| | | 32:8 – 32:10 |
| | | 32:13 – 32:23 |
| | | 33:3 – 33:8 |
| | | 33:11 – 33:15 |
| | | 33:17 – 33:23 |
| | | 34:1 – 34:3 |
| | | 34:5 – 34:10 |
| | | 34:14 – 35:7 |
| | | 35:9 – 35:16 |
| | | 35:22 – 36:8 |
| | | 37:16 – 37:18 |
| | | 37:21 – 37:23 |
| | | 38:1 – 38:8 |
| | | 38:11 – 38:17 |
| | | 38:19 – 38:24 |
| | | 39:15 – 40:5 |
| | | 40:11 – 40:15 |
| | | 40:17 |
| | | 42:2 – 42:7 |
| | | 42:10 – 42:14 |
| | | 44:8 – 44:18 |
| | | 47:17 – 47:24 |
| | | 48:1 – 48:22 |
| | | 48:25 – 49:3 |
| | | 49:6 – 49:13 |
| | | 49:15 – 49:20 |
| | | 49:23 – 50:8 |
| | | 50:11 – 50:19 |
| | | 50:24 – 51:1 |
| | | 51:4 – 51:7 |
| | | 51:19 – 51:22 |
| | | 52:1 – 52:3 |
| | | 52:5 – 52:16 |
| | | 53:19 – 54:2 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
|          |      | 55:2 – 55:4 |
|          |      | 55:8 – 55:10 |
|          |      | 55:13 – 55:19 |
|          |      | 56:9 – 57:6 |
|          |      | 57:9 – 58:2 |
|          |      | 58:7 – 59:3 |
|          |      | 59:5 – 59:18 |
|          |      | 60:24 – 61:4 |
|          |      | 61:12 – 62:7 |
|          |      | 62:12 – 62:15 |
|          |      | 62:17 – 62:21 |
|          |      | 62:24 – 63:13 |
|          |      | 63:16 – 63:19 |
|          |      | 63:22 – 63:25 |
|          |      | 65:4 – 69:18 |
|          |      | 69:21 – 69:24 |
|          |      | 70:1 – 70:8 |
|          |      | 70:10 – 70:13 |
|          |      | 70:16 – 70:18 |
|          |      | 70:21 – 70:23 |
|          |      | 71:8 – 71:10 |
|          |      | 71:12 – 71:15 |
|          |      | 71:17 – 71:23 |
|          |      | 72:1 – 72:10 |
|          |      | 72:13 – 73:6 |
|          |      | 73:9 – 73:18 |
|          |      | 73:22 - 74:13 |
|          |      | 74:15 – 74:17 |
|          |      | 74:19 – 75:5 |
|          |      | 75:7 – 75:8 |
|          |      | 75:12 – 75:16 |
|          |      | 76:24 – 77:6 |
|          |      | 77:9 |
|          |      | 78:5 – 78:17 |
|          |      | 78:20 – 78:23 |
|          |      | 79:1 |
|          |      | 79:7 – 79:10 |
|          |      | 79:17 – 79:20 |
|          |      | 80:3 – 80:7 |
|          |      | 80:15 – 80:16 |
|          |      | 80:23 – 80:24 |
|          |      | 81:1 – 81:3 |
|          |      | 81:5 – 81:17 |
|          |      | 81:20 – 82:18 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 82:22 – 83:20 |
| | | 83:23 – 84:13 |
| | | 84:16 – 84:22 |
| | | 84:25 – 85:5 |
| | | 85:7 |
| | | 85:11 – 85:14 |
| | | 85:17 – 85:19 |
| | | 87:1 – 87:2 |
| | | 87:5 |
| | | 87:14 – 87:18 |
| | | 87:20 – 87:23 |
| | | 88:1 – 88:3 |
| | | 88:6 – 88:8 |
| | | 88:10 – 88:13 |
| | | 88:16 |
| | | 90:23 – 91:4 |
| | | 91:7 – 92:5 |
| | | 92:7 – 92:9 |
| | | 92:11 – 92:18 |
| | | 93:1 – 93:3 |
| | | 93:6 – 93:13 |
| | | 93:15 – 93:21 |
| | | 93:24 – 93:25 |
| | | 94:4 – 94:22 |
| | | 94:23 – 97:2 |
| | | 97:5 – 97:6 |
| | | 97:13 – 97:15 |
| | | 97:18 – 98:21 |
| | | 98:24 – 99:3 |
| | | 99:6 – 99:8 |
| | | 99:10 – 99:15 |
| | | 99:18 – 99:23 |
| | | 100:2 – 100:14 |
| | | 101:2 – 101:4 |
| | | 101:12 – 101:16 |
| | | 102:6 – 104:19 |
| | | 105:5 – 105:6 |
| | | 105:9 – 105:12 |
| | | 105:17 – 105:19 |
| | | 105:22 – 107:10 |
| | | 107:19 – 108:4 |
| | | 108:7 |
| | | 110:1 – 110:2 |
| | | 110:4 – 110:11 |

| Deponent | Date | Page Numbers |
|----------|------|--------------|
|          |      | 111:4 – 111:6 |
|          |      | 111:8 – 112:16 |
|          |      | 112:24 – 113:7 |
|          |      | 113:10 – 113:16 |
|          |      | 113:18 – 113:20 |
|          |      | 113:24 – 114:1 |
|          |      | 114:24 – 115:7 |
|          |      | 115:20 – 116:1 |
|          |      | 116:5 – 116:11 |
|          |      | 116:17 – 117:11 |
|          |      | 117:14 – 118:3 |
|          |      | 118:7 |
|          |      | 118:15 – 118:16 |
|          |      | 118:19 |
|          |      | 118:25 – 119:1 |
|          |      | 119:4 – 120:7 |
|          |      | 120:14 – 120:22 |
|          |      | 120:25 – 121:20 |
|          |      | 126:1 – 126:2 |
|          |      | 126:6 – 126:13 |
|          |      | 126:15 – 126:20 |
|          |      | 128:3 – 128:5 |
|          |      | 128:10 – 128:16 |
|          |      | 128:21 – 130:6 |
|          |      | 130:8 – 130:9 |
|          |      | 130:11 – 131:1 |
|          |      | 131:3 – 131:14 |
|          |      | 131:25 – 132:4 |
|          |      | 133:17 – 134:8 |
|          |      | 134:10 – 134:12 |
|          |      | 134:15 – 134:16 |
|          |      | 134:18 – 135:1 |
|          |      | 135:3 – 135:6 |
|          |      | 136:1 – 136:8 |
|          |      | 136:10 |
|          |      | 138:14 – 139:9 |
|          |      | 139:11 – 139:16 |
|          |      | 139:19 |
|          |      | 164:21 – 165:19 |
|          |      | 165:22 – 165:24 |
|          |      | 168:6 – 168:11 |
|          |      | 168:18 – 169:15 |
|          |      | 169:19 – 170:16 |
|          |      | 171:10 – 171:15 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 171:18 – 171:19 |
| | | 179:23 – 180:7 |
| | | 180:12 – 181:14 |
| | | 183:12 – 185:7 |
| | | 190:1 – 191:3 |
| | 5/19/06 | 201.4-7 |
| | | 201.17-19 |
| | | 222.20-24 |
| | | 223.1 |
| | | 230.20-231.7 |
| | | 231.10-11 |
| | | 231.14-21 |
| | | 231.25-232.10 |
| | | 232.14 |
| | | 235.20-25 |
| | | 236.2 |
| | | 247.10-14 |
| | | 248.12-19 |
| | | 249.15-23 |
| | | 250.2-3 |
| | | 250.6-19 |
| | | 250.24-25 |
| | | 251.2-5 |
| | | 251.7-13 |
| | | 251.16-252.6 |
| | | 252.9-11 |
| | | 252.16-20 |
| | | 252.23-253.4 |
| | | 253.7-8 |
| | | 255.16-256.2 |
| | | 260-17.19 |
| | | 260.22-24 |
| | | 261.4-11 |
| | | 261.15-21 |
| | | 267.9-10 |
| | | 267.16-22 |
| | | 267.25-268.4 |
| | | 268.14-22 |
| | | 268.24 |
| | | 271.24-272.2 |
| | | 272.7-8 |
| | | 272.19-21 |
| | | 272.24-273.2 |
| | | 273.5 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 274.8-15 |
| | | 278.12-13 |
| | | 278.18-22 |
| | | 278.25 |
| | | 285.17-286.13 |
| Wang, Tony (California) | 8/1/05 | 29:21 - 29:23 |
| | | 32:20 - 33-12 |
| | | 33:19 - 34:2 |
| | | 54:23 - 54:24 |
| | | 55:3 - 55:7 |
| | | 57:3 - 57:21 |
| | | 61:9 - 61:10 |
| | | 61:21 - 61: 24 |
| | | 62:12 - 62:14 |
| | | 62:17 |
| | | 82:23 - 83:14 |
| | | 87:2 - 87:6 |
| | | 92:20 - 93:8 |
| | | 96:19 - 96:25 |
| | | 97:11 - 97:12 |
| | | 98:12 |
| | 8/2/05 | 131:23 - 131:24 |
| | | 135:16 - 135:20 |
| Wang, Yu Fang (California) Chunghwa Picture Tubes, Ltd. | 8/1/05 | 10:23 – 11:4 |
| | | 40:1 – 40:6 |
| | | 41:3 – 41:4 |
| | | 41:6 - 41:16 |
| Willey, Erik ViewSonic Corporation 30(b)(6) (California) | 7/15/05 | 8:24 - 9:7 |
| | | 21:16 - 23:3 |
| | | 27:4 - 28:15 |
| | | 28:16 - 29:10 |
| | | 30:10 - 30:19 |
| | | 31:20 - 32:12 |
| | | 34:23 - 35:6 |
| Yang, San-Chi | 6/9/06 | 5:1 – 5:25 |
| | | 9:15 – 10:3 |
| | | 10:11 – 10:19 |
| | | 17:1 – 17:22 |
| | | 18:8 – 18:15 |
| | | 19:18 – 20:7 |
| | | 22:23 – 24:5 |
| | | 24:23 – 25:13 |
| | | 25:21 – 26:6 |
| | | 26:16 – 30:1 |

| Deponent | Date | Page Numbers |
|---|---|---|
| | | 31:19 – 32:3 |
| | | 35:21 – 37:9 |
| | | 37:16 – 39:17 |
| | | 39:20 – 39:21 |
| | | 40:3 – 40:25 |
| | | 44:20 – 75:4 |
| | | 75:22 – 82:16 |
| Yang, Hsi Ling | 6/7/06 | 7:3 – 8:1 |
| | | 13:7 – 13:15 |
| | | 18:20 – 19:8 |
| | | 19:19 – 20:9 |
| | | 22:1 – 22:2 |
| | | 22:13 – 23:15 |
| | | 24:4 – 25:9 |
| | | 25:21 – 28:25 |
| | | 30:12 – 30:23 |
| | | 31:6 – 31:14 |
| | | 31:24 – 32:2 |
| | | 32:6 – 32:14 |
| | | 33:4 – 33:25 |
| | | 35:13 – 36:19 |
| | | 39:6 – 41:15 |
| | | 41:23 – 42:7 |
| | | 42:20 – 44:17 |
| | | 45:6 – 46:15 |
| | | 48:6 – 48:25 |
| | | 50:16 – 52:23 |
| | | 53:5 – 57:10 |
| | | 62:16 – 62:25 |
| | | 64:4 – 64:16 |
| | | 64:23 – 65:18 |
| | | 67:19 – 67:21 |
| | | 69:23 – 70:19 |
| | | 71:16 – 72:19 |
| | | 74:2 – 81:2 |
| | | 81:10 – 82:4 |
| | | 82:21 – 83:19 |
| | | 84:15 – 85:11 |
| | | 87:1 – 94:17 |
| | | 95:17 – 95:23 |
| | | 97:7 – 97:15 |
| | | 100:8 – 104:10 |
| | | 108:13 – 109:5 |
| | | 109:20 – 109:25 |

| Deponent | Date | Page Numbers |
|---|---|---|
|  |  | 112:14 – 114:17 |