IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-292 (JJF) |
| | ) | |
| TATUNG COMPANY; | ) | **DEMAND FOR JURY TRIAL** |
| TATUNG COMPANY OF AMERICA, INC.; | ) | |
| CHUNGHWA PICTURE TUBES, LTD.; | ) | |
| AND VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## DEENDANTS' PROPOSED VERDICT FORM

OF COUNSEL:
Christine A. Dudzik
Thomas W. Jenkins
Steven Yovits
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610
(312) 595-1239

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900

Dated: July 5, 2006

Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd, and
Viewsonic Corporation

## I.    INFRINGEMENT

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that CPT's LCD modules designated _____ (CPT LCD modules containing inner guard rings) literally infringe any claims of the '002 patent?  Answer "Yes" or "No" for each claim element listed below.  If you find that CPT's LCD modules contain every element of any claim, then the modules infringe that claim.  If there is any element of any claim that CPT's LCD modules do not contain, then the modules do not infringe that claim.

| Claim | Element | Yes (Infringes) | No (Does not infringe) |
|-------|---------|-----------------|------------------------|
| 1 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | |
| | providing a substrate; | | |
| | forming a pattern of pixels on said substrate; | | |
| | forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another; | | |
| | forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | |
| | | | |
| 2 | The method as defined in claim 1 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | |
| | | | |
| 3 | The method as defined in claim 2 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | |
| | | | |
| 4 | The method as defined in claim 3 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | |
| | | | |
| 5 | The method as defined in claim 3 including forming a corner on said pad to align the front plane and back plane of the display. | | |
| | | | |
| 6 | The method as defined in claim 3 including forming a plurality of pickup pads, each one on a separate corner of | | |

- 2 -

| | | | |
|---|---|---|---|
| | the display. | | |
| | | | |
| 7 | The method as defined in claim 1 including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections. | | |
| | | | |
| 8 | The method as defined in claim 1 including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | |
| | | | |
| 9 | The method as defined in claim 8 including forming separate shunt switching elements between said inner guard ring and each row and column line. | | |
| | | | |
| 10 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | |
| | providing a substrate; | | |
| | forming a pattern of pixels on said substrate; | | |
| | forming a plurality of row and column intersecting pixel activation lines; and | | |
| | forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | |
| | | | |
| 12 | The method as defined in claim 10 including interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another and forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | |
| | | | |
| 13 | The method as defined in claim 12 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | |
| | | | |

| 14 | The method as defined in claim 13 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | |
|----|---|---|---|
| 15 | The method as defined in claim 14 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | |
| 16 | The method as defined in claim 14 including forming a corner on said pad to align the front plane and back plane of the display. | | |
| 17 | The method as defined in claim 10 including forming a plurality of pickup pads, each one on a separate corner of the display. | | |
| 18 | The method as defined in claim 10 including forming a corner pad on at least one corner of the display and aligning scribe liens with said corner pad for removing said outer guard ring and row and column intersections. | | |

**QUESTION NO. 2:**

Do you find by a preponderance of the evidence that CPT's LCD modules designated _____ (CPT LCD modules containing inner guard rings) infringe any claims of the '002 patent under the doctrine of equivalents? Answer "Yes" or "No" for each claim element listed below. If you find that the methods used to manufacture CPT's LCD modules perform substantially the same function, in substantially the same way to produce substantially the same result for every element of any claim, then the modules infringe that claim under the doctrine of equivalents. Otherwise the modules do not infringe that claim under the doctrine of equivalents.

| Claim | Element | Same function (yes or no) | Same way (yes or no) | Same result (yes or no) |
|---|---|---|---|---|
| 1 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | | |
| | providing a substrate; | | | |
| | forming a pattern of pixels on said substrate; | | | |
| | forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another; | | | |
| | forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | | |
| 2 | The method as defined in claim 1 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | | |
| 3 | The method as defined in claim 2 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | | |
| 4 | The method as defined in claim 3 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | | |

| | | | | |
|---|---|---|---|---|
| 5 | The method as defined in claim 3 including forming a corner on said pad to align the front plane and back plane of the display. | | | |
| 6 | The method as defined in claim 3 including forming a plurality of pickup pads, each one on a separate corner of the display. | | | |
| 7 | The method as defined in claim 1 including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections. | | | |
| 8 | The method as defined in claim 1 including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | | |
| 9 | The method as defined in claim 8 including forming separate shunt switching elements between said inner guard ring and each row and column line. | | | |
| 10 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | | |
| | providing a substrate; | | | |
| | forming a pattern of pixels on said substrate; | | | |
| | forming a plurality of row and column intersecting pixel activation lines; and | | | |
| | forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | | |
| 12 | The method as defined in claim 10 including interconnecting substantially all of said row lines to one another and substantially all of | | | |

| | | | | |
|---|---|---|---|---|
| | said column lines to one another and forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | | |
| 13 | The method as defined in claim 12 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | | |
| 14 | The method as defined in claim 13 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | | |
| 15 | The method as defined in claim 14 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | | |
| 16 | The method as defined in claim 14 including forming a corner on said pad to align the front plane and back plane of the display. | | | |
| 17 | The method as defined in claim 10 including forming a plurality of pickup pads, each one on a separate corner of the display. | | | |
| 18 | The method as defined in claim 10 including forming a corner pad on at least one corner of the display and aligning scribe liens with said corner pad for removing said outer guard ring and row and column intersections. | | | |

**QUESTION NO. 3:**

Do you find by a preponderance of the evidence that CPT's LCD modules designated _____ (CPT LCD modules containing outer guard rings) literally infringe any claims of the '002 patent?  Answer "Yes" or "No" for each claim element listed below.  If you find that CPT's LCD modules contain every element of any claim, then the modules infringe that claim.  If there is any element of any claim that CPT's LCD modules do not contain, then the modules do not infringe that claim.

| Claim | Element | Yes (Infringes) | No (Does not infringe) |
|---|---|---|---|
| 1 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | |
| | providing a substrate; | | |
| | forming a pattern of pixels on said substrate; | | |
| | forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another; | | |
| | forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | |
| 2 | The method as defined in claim 1 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | |
| 3 | The method as defined in claim 2 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | |
| 4 | The method as defined in claim 3 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | |
| 5 | The method as defined in claim 3 including forming a corner on said pad to align the front plane and back plane of the display. | | |
| 6 | The method as defined in claim 3 including forming a plurality of pickup pads, each one on a separate corner of the display. | | |

| | | | |
|---|---|---|---|
| 7 | The method as defined in claim 1 including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections. | | |
| 8 | The method as defined in claim 1 including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | |
| 9 | The method as defined in claim 8 including forming separate shunt switching elements between said inner guard ring and each row and column line. | | |
| 10 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | |
| | providing a substrate; | | |
| | forming a pattern of pixels on said substrate; | | |
| | forming a plurality of row and column intersecting pixel activation lines; and | | |
| | forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | |
| 12 | The method as defined in claim 10 including interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another and forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | |
| 13 | The method as defined in claim 12 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | |
| 14 | The method as defined in claim 13 including forming at | | |

| | | | |
|---|---|---|---|
| | least one pickup pad coupled to said resistance via a shunt switching element. | | |
| | | | |
| 15 | The method as defined in claim 14 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | |
| | | | |
| 16 | The method as defined in claim 14 including forming a corner on said pad to align the front plane and back plane of the display. | | |
| | | | |
| 17 | The method as defined in claim 10 including forming a plurality of pickup pads, each one on a separate corner of the display. | | |
| | | | |
| 18 | The method as defined in claim 10 including forming a corner pad on at least one corner of the display and aligning scribe liens with said corner pad for removing said outer guard ring and row and column intersections. | | |

**QUESTION NO. 4:**

Do you find by a preponderance of the evidence that CPT's LCD modules designated _____ (CPT LCD modules containing outer guard rings) infringe any claims of the '002 patent under the doctrine of equivalents? Answer "Yes" or "No" for each claim element listed below. If you find that the methods used to manufacture CPT's LCD modules perform substantially the same function, in substantially the same way to produce substantially the same result for every element of any claim, then the modules infringe that claim under the doctrine of equivalents. Otherwise the modules do not infringe that claim under the doctrine of equivalents.

| Claim | Element | Same function (yes or no) | Same way (yes or no) | Same result (yes or no) |
|---|---|---|---|---|
| 1 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | | |
| | providing a substrate; | | | |
| | forming a pattern of pixels on said substrate; | | | |
| | forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another; | | | |
| | forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | | |
| | | | | |
| 2 | The method as defined in claim 1 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | | |
| | | | | |
| 3 | The method as defined in claim 2 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | | |
| | | | | |
| 4 | The method as defined in claim 3 including coupling said pickup pad to the other plurality of said interconnected row and column lines | | | |

| | | | | |
|---|---|---|---|---|
| | via another shunt switching element. | | | |
| | | | | |
| 5 | The method as defined in claim 3 including forming a corner on said pad to align the front plane and back plane of the display. | | | |
| | | | | |
| 6 | The method as defined in claim 3 including forming a plurality of pickup pads, each one on a separate corner of the display. | | | |
| | | | | |
| 7 | The method as defined in claim 1 including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections. | | | |
| | | | | |
| 8 | The method as defined in claim 1 including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | | |
| | | | | |
| 9 | The method as defined in claim 8 including forming separate shunt switching elements between said inner guard ring and each row and column line. | | | |
| | | | | |
| 10 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | | |
| | providing a substrate; | | | |
| | forming a pattern of pixels on said substrate; | | | |
| | forming a plurality of row and column intersecting pixel activation lines; and | | | |
| | forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | | |
| | | | | |
| 12 | The method as defined in claim 10 including interconnecting substantially all of said row | | | |

| | | | | |
|---|---|---|---|---|
| | lines to one another and substantially all of said column lines to one another and forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | | |
| | | | | |
| 13 | The method as defined in claim 12 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | | |
| | | | | |
| 14 | The method as defined in claim 13 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | | |
| | | | | |
| 15 | The method as defined in claim 14 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | | |
| | | | | |
| 16 | The method as defined in claim 14 including forming a corner on said pad to align the front plane and back plane of the display. | | | |
| | | | | |
| 17 | The method as defined in claim 10 including forming a plurality of pickup pads, each one on a separate corner of the display. | | | |
| | | | | |
| 18 | The method as defined in claim 10 including forming a corner pad on at least one corner of the display and aligning scribe liens with said corner pad for removing said outer guard ring and row and column intersections. | | | |

**QUESTION NO. 5:**

Do you find by a preponderance of the evidence that CPT's LCD modules designated _____ (CPT LCD modules containing inner and outer guard rings) literally infringe any claims of the '002 patent? Answer "Yes" or "No" for each claim element listed below. If you find that CPT's LCD modules contain every element of any claim, then the modules infringe that claim. If there is any element of any claim that CPT's LCD modules do not contain, then the modules do not infringe that claim.

| Claim | Element | Yes (Infringes) | No (Does not infringe) |
|-------|---------|-----------------|------------------------|
| 1 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | |
| | providing a substrate; | | |
| | forming a pattern of pixels on said substrate; | | |
| | forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another; | | |
| | forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | |
| 2 | The method as defined in claim 1 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | |
| 3 | The method as defined in claim 2 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | |
| 4 | The method as defined in claim 3 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | |
| 5 | The method as defined in claim 3 including forming a corner on said pad to align the front plane and back plane of the display. | | |
| 6 | The method as defined in claim 3 including forming a plurality of pickup pads, each one on a separate corner of the display. | | |

| | | | |
|---|---|---|---|
| 7 | The method as defined in claim 1 including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections. | | |
| | | | |
| 8 | The method as defined in claim 1 including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | |
| | | | |
| 9 | The method as defined in claim 8 including forming separate shunt switching elements between said inner guard ring and each row and column line. | | |
| | | | |
| 10 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | |
| | providing a substrate; | | |
| | forming a pattern of pixels on said substrate; | | |
| | forming a plurality of row and column intersecting pixel activation lines; and | | |
| | forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | |
| | | | |
| 12 | The method as defined in claim 10 including interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another and forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | |
| | | | |
| 13 | The method as defined in claim 12 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | |
| | | | |
| 14 | The method as defined in claim 13 including forming at | | |

| | | | |
|---|---|---|---|
| | least one pickup pad coupled to said resistance via a shunt switching element. | | |
| 15 | The method as defined in claim 14 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | |
| 16 | The method as defined in claim 14 including forming a corner on said pad to align the front plane and back plane of the display. | | |
| 17 | The method as defined in claim 10 including forming a plurality of pickup pads, each one on a separate corner of the display. | | |
| 18 | The method as defined in claim 10 including forming a corner pad on at least one corner of the display and aligning scribe liens with said corner pad for removing said outer guard ring and row and column intersections. | | |

**QUESTION NO. 6:**

Do you find by a preponderance of the evidence that CPT's LCD modules designated _____ (CPT LCD modules containing inner and outer guard rings) infringe any claims of the '002 patent under the doctrine of equivalents? Answer "Yes" or "No" for each claim element listed below. If you find that the methods used to manufacture CPT's LCD modules perform substantially the same function, in substantially the same way to produce substantially the same result for every element of any claim, then the modules infringe that claim under the doctrine of equivalents. Otherwise the modules do not infringe that claim under the doctrine of equivalents.

| Claim | Element | Same function (yes or no) | Same way (yes or no) | Same result (yes or no) |
|-------|---------|---------------------------|----------------------|-------------------------|
| 1 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | | |
| | providing a substrate; | | | |
| | forming a pattern of pixels on said substrate; | | | |
| | forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another; | | | |
| | forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | | |
| 2 | The method as defined in claim 1 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | | |
| 3 | The method as defined in claim 2 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | | |
| 4 | The method as defined in claim 3 including coupling said pickup pad to the other plurality of said interconnected row and column lines | | | |

| | | | | |
|---|---|---|---|---|
| | via another shunt switching element. | | | |
| | | | | |
| 5 | The method as defined in claim 3 including forming a corner on said pad to align the front plane and back plane of the display. | | | |
| | | | | |
| 6 | The method as defined in claim 3 including forming a plurality of pickup pads, each one on a separate corner of the display. | | | |
| | | | | |
| 7 | The method as defined in claim 1 including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections. | | | |
| | | | | |
| 8 | The method as defined in claim 1 including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | | |
| | | | | |
| 9 | The method as defined in claim 8 including forming separate shunt switching elements between said inner guard ring and each row and column line. | | | |
| | | | | |
| 10 | A method of manufacturing active matrix display backplanes and displays therefrom, comprising: | | | |
| | providing a substrate; | | | |
| | forming a pattern of pixels on said substrate; | | | |
| | forming a plurality of row and column intersecting pixel activation lines; and | | | |
| | forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | | | |
| | | | | |
| 12 | The method as defined in claim 10 including interconnecting substantially all of said row | | | |

| | | | | |
|---|---|---|---|---|
| | lines to one another and substantially all of said column lines to one another and forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and | | | |
| | removing said outer guard ring and row and column interconnections prior to completion of the display. | | | |
| 13 | The method as defined in claim 12 including coupling one plurality of said interconnected row and column lines to said outer guard ring via said resistance. | | | |
| 14 | The method as defined in claim 13 including forming at least one pickup pad coupled to said resistance via a shunt switching element. | | | |
| 15 | The method as defined in claim 14 including coupling said pickup pad to the other plurality of said interconnected row and column lines via another shunt switching element. | | | |
| 16 | The method as defined in claim 14 including forming a corner on said pad to align the front plane and back plane of the display. | | | |
| 17 | The method as defined in claim 10 including forming a plurality of pickup pads, each one on a separate corner of the display. | | | |
| 18 | The method as defined in claim 10 including forming a corner pad on at least one corner of the display and aligning scribe liens with said corner pad for removing said outer guard ring and row and column intersections. | | | |

IF YOU HAVE CHECKED THE "YES" COLUMN FOR EVERY ELEMENT OF ANY CLAIM IN QUESTIONS 1, 3 OR 5, OR IF YOU HAVE ANSWERED "YES" FOR THE FUNCTION, WAY AND RESULT FOR EVERY ELEMENT OF ANY CLAIM IN QUESTIONS 2, 4 OR 6, THEN ANSWER QUESTION NOS. 7 THROUGH 14. OTHERWISE, PROCEED TO QUESTION NOS. 16 AND 17, AND DO NOT ANSWER QUESTION NOS. 18 THROUGH 21. THE JURY FOREPERSON SHOULD THEN SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE SECURITY OFFICER.

**QUESTION NO. 7:**

Do you find by a preponderance of the evidence that CPT has made, used, sold or offered for sale in the United States, or imported into the United States, any of the accused CPT LCD Modules?

Yes___                No___

**QUESTION NO. 8:**

Do you find by a preponderance of the evidence that CPT has actively induced anyone to make, use, sell, or offer for sale in the United States, or import into the United States, any of the accused CPT LCD Modules?

Yes___                No___

**QUESTION NO. 9:**

Do you find by a preponderance of the evidence that Tatung Co. has made, used, sold or offered for sale in the United States, or imported into the United States, any of the accused CPT LCD Modules?

Yes___                No___

**QUESTION NO. 10:**

Do you find by a preponderance of the evidence that Tatung Co. has actively induced anyone to make, use, sell, or offer for sale in the United States, or import into the United States, any of the accused CPT LCD Modules?

Yes___                     No___

**QUESTION NO. 11:**

Do you find by a preponderance of the evidence that Tatung Co. of America has made, used, sold or offered for sale in the United States, or imported into the United States, any of the accused CPT LCD Modules?

Yes___                     No___

**QUESTION NO. 12:**

Do you find by a preponderance of the evidence that Tatung Co. of America has actively induced anyone to make, use, sell, or offer for sale in the United States, or import into the United States, any of the accused CPT LCD Modules?

Yes___                     No___

**QUESTION NO. 13:**

Do you find by a preponderance of the evidence that ViewSonic Corp. has made, used, sold or offered for sale in the United States, or imported into the United States, any of the accused CPT LCD Modules?

Yes___                     No___

**QUESTION NO. 14:**

Do you find by a preponderance of the evidence that ViewSonic Corp. has actively induced anyone to make, use, sell, or offer for sale in the United States, or import into the United States, any of the accused CPT LCD Modules?

Yes___                     No___

IF YOU HAVE ANSWERED "YES" TO ANY OF QUESTION NOS. 7 THROUGH 14, THEN ANSWER QUESTION NOS. 15 THROUGH 17. OTHERWISE, PROCEED TO QUESTION NOS. 16 AND 17, AND DO NOT ANSWER QUESTION NOS. 15, 18 THROUGH 21. THE JURY FOREPERSON SHOULD THEN SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE SECURITY OFFICER.

**QUESTION 15:**

Do you find by clear and convincing evidence that any defendant's infringement of the claims of the patent in suit was willful? Answer "yes" or "no" for each defendant below:

| | | |
|---|---|---|
| Chunghwa Picture Tubes | Yes___ | No___ |
| Tatung Company | Yes___ | No___ |
| Tatung Co. of America | Yes___ | No___ |
| ViewSonic Corporation | Yes___ | No___ |

## II.     INVALIDITY

**QUESTION 16:**

Have the Defendants proven by clear and convincing evidence that any of the claims of

the '002 patent are invalid by anticipation?

| Claim 1 | Yes____ | No____ |
|---|---|---|
| Claim 2 | Yes____ | No____ |
| Claim 3 | Yes____ | No____ |
| Claim 4 | Yes____ | No____ |
| Claim 5 | Yes____ | No____ |
| Claim 6 | Yes____ | No____ |
| Claim 7 | Yes____ | No____ |
| Claim 8 | Yes____ | No____ |
| Claim 9 | Yes____ | No____ |
| Claim 12 | Yes____ | No____ |
| Claim 13 | Yes____ | No____ |
| Claim 14 | Yes____ | No____ |
| Claim 15 | Yes____ | No____ |
| Claim 16 | Yes____ | No____ |
| Claim 17 | Yes____ | No____ |
| Claim 18 | Yes____ | No____ |

**QUESTION 17:**

Have the Defendants proven by clear and convincing evidence that any of the claims of the '002 patent are invalid for obviousness?

| | | |
|---|---|---|
| Claim 1 | Yes___ | No___ |
| Claim 2 | Yes___ | No___ |
| Claim 3 | Yes___ | No___ |
| Claim 4 | Yes___ | No___ |
| Claim 5 | Yes___ | No___ |
| Claim 6 | Yes___ | No___ |
| Claim 7 | Yes___ | No___ |
| Claim 8 | Yes___ | No___ |
| Claim 9 | Yes___ | No___ |
| Claim 12 | Yes___ | No___ |
| Claim 13 | Yes___ | No___ |
| Claim 14 | Yes___ | No___ |
| Claim 15 | Yes___ | No___ |
| Claim 16 | Yes___ | No___ |
| Claim 17 | Yes___ | No___ |
| Claim 18 | Yes___ | No___ |

# III.  DAMAGES

IF YOU HAVE FOUND INFRINGEMENT BY CPT (QUESTION NOS. 7 OR 8) OF ANY VALID CLAIM (QUESTION NOS. 16 AND 17), PLEASE ANSWER QUESTION NO. 18.  IF YOU HAVE FOUND INFRINGEMENT BY TATUNG COMPANY (QUESTION NOS. 9 OR 10) OF ANY VALID CLAIM (QUESTION NOS. 16 AND 17), PLEASE ANSWER QUESTION NO. 19.  IF YOU HAVE FOUND INFRINGEMENT BY TATUNG COMPANY OF AMERICA (QUESTION NOS. 11 OR 12) OF ANY VALID CLAIM (QUESTION NOS. 16 AND 17), PLEASE ANSWER QUESTION NO. 20.  IF YOU HAVE FOUND INFRINGEMENT BY VIEWSONIC CORP. (QUESTION NOS. 13 OR 14) OF ANY VALID CLAIM (QUESTION NOS. 16 AND 17), PLEASE ANSWER QUESTION NO. 21.

IF YOU HAVE NOT FOUND INFRINGEMENT OR IF YOU HAVE FOUND INFRINGEMENT ONLY OF A CLAIM YOU HAVE FOUND TO BE INVALID, DO NOT ANSWER QUESTION NOS. 18 THROUGH 21, BUT ANSWER QUESTION NO. 22.  THE JURY FOREPERSON SHOULD THEN SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE SECURITY OFFICER.

**QUESTION NO. 18:**

Without any considerations of willfulness or prejudgment interest, which is a separate issue for the judge, what sum of money would fairly and adequately compensate the plaintiff for CPT's infringement of the '002 patent?

Answer: _____

**QUESTION NO. 19:**

Without any considerations of willfulness or prejudgment interest, which is a separate issue for the judge, what sum of money would fairly and adequately compensate the plaintiff for Tatung Company's infringement of the '002 patent?

Answer: _____

**QUESTION NO. 20:**

Without any considerations of willfulness or prejudgment interest, which is a separate issue for the judge, what sum of money would fairly and adequately compensate the plaintiff for Tatung Company of America's infringement of the '002 patent?

Answer: _____

**QUESTION NO. 21:**

Without any considerations of willfulness or prejudgment interest, which is a separate issue for the judge, what sum of money would fairly and adequately compensate the plaintiff for ViewSonic's infringement of the '002 patent?

Answer: _____

**QUESTION NO. 22:**

If you have found that there is no infringement of any valid claim, is this an exceptional case that merits awarding the Defendants their attorneys' fees?

Answer: _____

Signed this ___ day of July, 2006

_____
Jury Foreperson

OF COUNSEL:
Christine A. Dudzik
Thomas W. Jenkins
Steven Yovits
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610
(312) 595-1239

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900

Dated: July 5, 2006

Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd, and
Viewsonic Corporation

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 5, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

> Steven J. Fineman (#4025)
> fineman@rlf.com
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899