IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 05-292-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGWHA PICTURE TUBES LTD., and VIEWSONIC CORP., | : |
|       Defendants. | : |

### O R D E R

WHEREAS, on June 13, 2006, Defendants filed a Motion For Partial Summary Judgment On Damages Under 35 U.S.C. § 287 (D.I. 219);

WHEREAS, Plaintiff filed a Motion To Strike Defendants' Motion For Partial Summary Judgment On Damages Under 35 U.S.C. § 287 (D.I. 222) contending that Defendants' Motion was not timely filed;

WHEREAS, on June 13, 2006, Defendants filed a Motion To Enlarge Time To File Motion For Summary Judgment (D.I. 223) requesting the Court to enlarge the period within which dispositive motion briefing is to be completed;

WHEREAS, the Rule 16 Scheduling Order in this case (D.I. 62) set the date for completion of dispositive motion briefing as June 14, 2006;

WHEREAS, Federal Rule of Civil Procedure 6(b) permits the Court, at its discretion and for cause shown, to enlarge the

period for performing an act "if request therefor is made before the expiration of the period originally prescribed;"

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion To Enlarge Time To File Motion For Summary Judgment (D.I. 223) is **GRANTED**;

2. Plaintiff's Motion To Strike Defendants' Motion For Partial Summary Judgment On Damages Under 35 U.S.C. § 287 (D.I. 222) is **DENIED**;

3. Plaintiff shall file an answering brief to Defendants' Motion For Partial Summary Judgment (D.I. 219) no later than **Monday, July 10, 2006**;

4. Defendants shall file a reply brief no later than **Thursday, July 13, 2006**;

July 5, 2006
DATE

*/s/ Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE