# THE BAYARD FIRM
### ATTORNEYS

222 Delaware Avenue, Suite 900
P O Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395
Writer's Direct Access

(302) 429-4208
rkirk@bayardfirm.com

July 6, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

RE: *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
C.A. No. 05-292-JJF

Dear Judge Farnan:

I write on behalf of plaintiff LG.Philips LCD Co., Ltd. ("LPL").

The Joint Pretrial Order submitted yesterday by the parties (D.I. 279) contained Appendix 1B, which is a table showing Defendants' anticipated exhibits. The table that was submitted to the Court did not contain LPL's objections to Defendants' anticipated exhibits.

LPL transmitted its objections to the Defendants before the submission of the Joint Pretrial Order, but those objections did not make it onto Appendix 1B. LPL will furnish a new Appendix 1B, including LPL's objections, to the Court at the pretrial conference tomorrow. Meanwhile, LPL does not want to the Court to think it has no objections to any of Defendants' exhibits.

Respectfully submitted,

*/s/ Richard D. Kirk*
Richard D. Kirk (#0922)

:rdk
cc: Clerk of the Court
All counsel as shown on attached certificate

629393v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 6, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on July 6, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Julie Gabler, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1