IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-292 (JJF) |
| ) | |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON INVALIDITY UNDER 35 U.S.C. § 112 SECOND PARAGRAPH

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Chunghwa Picture Tubes, Ltd., Tatung Company, Tatung Company of America, Inc. and Viewsonic Corporation ("Defendants") respectfully move for summary judgment that Claim 18 of Plaintiff LG. Philips LCD Co., Ltd.'s (LPL) U.S. Patent No. 5,019,002 (the "'002 patent") is invalid under 35 U.S.C. § 112, second paragraph. The grounds for this motion are fully set forth in Defendants' Memorandum of Law in Support of Its Motion For Partial Summary Judgment For Invalidity Of Claim 18 Under 35 U.S.C. § 112 Second Paragraph filed contemporaneously herewith.

Defendants respectfully request the Court's consideration of this motion outside of the time frame set forth in the scheduling order, since it depends upon the Court's June 13, 2006 Markman ruling, as set forth in the accompanying memorandum of law.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Teresa M. Corbin<br>Glenn W. Rhodes<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, California 94105<br>(415) 848-4900<br><br>Julie S. Gabler<br>Howrey LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, California 90071<br>(213) 892-1800 | /s/ Robert W. Whetzel<br>Robert W. Whetzel (#2288)<br>whetzel@rlf.com<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Matthew W. King (#4566)<br>king@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for Defendants/Counterclaimants Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd, and Viewsonic Corporation |

Dated: July 6, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 6, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-3033886-1