IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD.,                     )
                                              )
            Plaintiff,                        )   C.A. No. 05-292 (JJF)
                                              )
      v.                                      )
                                              )
TATUNG COMPANY;                               )
TATUNG COMPANY OF AMERICA, INC.;              )
CHUNGHWA PICTURE TUBES, LTD.;                 )
AND VIEWSONIC CORPORATION,                    )
                                              )
            Defendants.                       )

## ORDER

The Court, having considered Defendants' Chunghwa Picture Tubes, Ltd., Tatung Company, Tatung Company of America, Inc. and Viewsonic Corporation Motion for Summary Judgment and the parties' positions related thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Defendants' Chunghwa Picture Tubes, Ltd., Tatung Company, Tatung Company of America, Inc. and Viewsonic Corporation Motion for Partial Summary Judgment is GRANTED;

IT IS FURTHER ORDERED that Claims 3-6, 14-17, 21-24 and 32-35 of Plaintiff LG.Philips LCD Co., Ltd.'s (LPL) U.S. Patent No. 5,019,002 (the "'002 patent") are invalid because the term "pickup pad" is neither defined nor described in the specification.

_____
United States District Judge

RLF1-3033961-1