IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TATUNG COMPANY; ) <br> TATUNG COMPANY OF AMERICA, INC.; ) <br> CHUNGHWA PICTURE TUBES, LTD.; ) <br> AND VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 05-292 (JJF) <br><br> **DEMAND FOR JURY TRIAL** |

**MOTION TO EXCLUDE EXPERT OPINION OFFERED BY LPL'S REPORT OF COBB & ASSOCIATES, LTD., THE NON-OBVIOUSNESS OPINION OFFERED IN THE EXPERT REPORT OF DR. ELLIOTT SCHLAM REGARDING VALIDITY OF U.S. PATENT NO. 5,019,002, AND ANY PROFFERED SUBSEQUENT TESTIMONY**

Defendants Chunghwa Picture Tubes, Ltd., Tatung Company, Tatung Company of America, Inc. and Viewsonic Corporation ("Defendants") move *in limine* to preclude Plaintiff LG. Philips LCD Co., Ltd. from introducing at trial (i) expert testimony offered by the Report of Cobb & Associates, including testimony from any person at Cobb & Associates, Ltd. relating to damages, and (ii) the non-obviousness opinion offered by Dr. Elliott Schlam relating to validity of U.S. Patent No. 5,019,002 which relies upon the Report of Cobb & Associates. The grounds for this motion are fully set forth in Defendants' Memorandum In Support of Their Motion To Exclude Expert Opinion Offered By LPL's Report of Cobb & Associates, Ltd., the Non-Obviousness Opinion Offered in the Expert Report of Dr. Elliott Schlam Regarding Validity of U.S. Patent No. 5,019,002, and Any Proffered Subsequent Testimony filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL: | /s/ Robert W. Whetzel |
| | Robert W. Whetzel (#2288) |
| Teresa M. Corbin | whetzel@rlf.com |
| Glenn W. Rhodes | Steven J. Fineman (#4025) |
| Howrey LLP | fineman@rlf.com |
| 525 Market Street, Suite 3600 | Matthew W. King (#4566) |
| San Francisco, California 94105 | king@rlf.com |
| (415) 848-4900 | Richards, Layton & Finger |
| | One Rodney Square, P.O. Box 551 |
| Julie S. Gabler | Wilmington, DE 19899 |
| Howrey LLP | (302) 651-7700 |
| 550 South Hope Street, Suite 1100 | Attorneys for Defendants/Counterclaimants Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd, and Viewsonic Corporation |
| Los Angeles, California 90071 | |
| (213) 892-1800 | |

Dated: July 7, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>   Richard D. Kirk
>   The Bayard Firm
>   222 Delaware Avenue, Suite 900
>   P.O. Box 25130
>   Wilmington, DE 19899

I hereby certify that on July 7, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>   Gaspare J. Bono
>   Matthew T. Bailey
>   Andrew J. Park
>   Adrian Mollo
>   McKenna Long & Aldridge LLP
>   1900 K Street, NW
>   Washington, DC 20006

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-3034383-1