**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:05-cv-00292-JJF    Document 307    Filed 07/07/2006    Page 1 of 1