IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-292 (JJF) |
| | ) |
| v. | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| CHUNGHWA PICTURE TUBES, LTD.; | ) |
| AND VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF TERESA M. CORBIN IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR
INVALIDITY OF CLAIM 18 UNDER 35 U.S.C. § 112 SECOND PARAGRAPH
AND DEFENDANTS' MOTION IN LIMINE (NO. 12) PRECLUDING LPL
FROM ANY REFERENCE TO CLAIM 18 OF THE '002 PATENT**

I, Teresa M. Corbin, declare:

1. I am an attorney licensed to practice in the State of California and am a partner with the law firm of Howrey LLP, attorney of record for Defendant Tatung Company, Tatung Company Of America, Inc., Chunghwa Picture Tubes, Ltd. and Viewsonic Corporation.

2. I have first hand knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts. I submit this declaration in support of Defendants' Motion for Partial Summary Judgment for Invalidity of Claim 18 Under 35 U.S.C. § 112 Second Paragraph and Defendants' Motion in Limine (No. 12) Precluding LPL from any Reference to Claim 18 of the '002 Patent.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Request for Certificate of Correction under 35 U.S.C. § 254 filed on October 24, 1991 and the Certificate of Correction which was signed by the Patent Office on February 23, 1993 which are referenced in footnote 1 on page 2 of Defendants' Motion for Partial Summary Judgment for Invalidity of

Claim 18 Under 35 U.S.C. § 112 Second Paragraph and Defendants' Motion in Limine (No. 12) Precluding LPL from any Reference to Claim 18 of the '002 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on July 7, 2006, at Wilmington, Delaware.

Teresa M. Corbin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 7, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899