# EXHIBIT 1

Case 1:05-cv-00292-JJF    Document 310-2    Filed 07/07/2006    Page 1 of 5



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 28, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *07/218,312*
FILING DATE: *July 12, 1988*
PATENT NUMBER: *5,019,002*
ISSUE DATE: *May 28, 1991*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



T. WALLACE
Certifying Officer

Docket No. 15347-142



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent of
Scott HOLMBERG

| | |
|---|---|
| Serial No. 07/218,312 | Now Patent No. 5,019,002 |
| Filed: July 12, 1988 | Issued: May 28, 1991 |
| For: METHOD OF MANUFACTURING FLAT PANEL BACKPLATES INCLUDING ELECTROSTATIC DISCHARGE PREVENTION AND DISPLAYS MADE THEREBY | |

REQUEST FOR CERTIFICATE OF CORRECTION
UNDER 37 CFR 1.322

The Honorable Assistant Secretary and
  Commissioner of Patents and Trademarks
Washington, D.C. 20231

OCT 2 4 1991
CERTIFICATE OF CORRECTION BR.

Sir:

The Certificate of the above-identified patent has been examined and found to have printing errors which were incurred through the fault of the Patent and Trademark Office, as is clearly disclosed by the records of the PTO. The errors are listed, together with the necessary corrections, in the accompanying form PTO-1050.

Respectfully submitted,

10-8-91
Date

John T. Winburn, Reg. No. 26,822
One of the Attorneys for Applicant
Foley & Lardner
West Palm Beach, Florida
Tel: (407) 655-5050
Fax: (407) 655-6925

Foley & Lardner
  P.O. Box 299
Alexandria, VA 22313-0299
  Tel: (703) 836-9300
  Fax: (703) 683-4109

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,019,002
DATED : May 28, 1991
INVENTOR(S) : Scott H. Holmberg

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 2, lines 30-31, change "4,676,761" to --4,820,222--;

Col. 4, line 15, change "materially" to --material by--;

Col. 5, line 53, change "30" to --80--;
       line 59, change "aIl" to --all--;

Col. 7, line 23, delete the third comma;

Col. 8, line 41, change "firs:" to --first--.

EXAMINER

MAILING ADDRESS OF SENDER:
John T. Winburn
Foley & Lardner
Phillips Point, East
Ste. 200
West Palm Beach, FL 33401-6163
FORM PTO 1050 (REV 3-82)

PATENT NO.  5,019,002

No. of add'l. copies
@ 30¢ per page

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 5,019,002
DATED      : May 28, 1991
INVENTOR(S): Scott H. Holmberg

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 2, lines 30-31, change "4,676,761" to --4,820,222--;

Col. 4, line 15, change "materially" to --material by--;

Col. 5, line 53, change "30" to --80--;
       line 59, change "aIl" to --all--;

Col. 7, line 23, delete the third comma;

Col. 8, line 41, change "firs:" to --first--.

Signed and Sealed this

Twenty-third Day of February, 1993

Attest:

STEPHEN G. KUNIN

Attesting Officer    Acting Commissioner of Patents and Trademarks