# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395
Writer's Direct Access

ELECTRONICALLY FILED

(302) 429-4208
rkirk@bayardfirm.com

July 10, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

RE: *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
C.A. No. 05-292-JJF

Dear Judge Farnan:

I write on behalf of plaintiff LG.Philips LCD Co., Ltd. ("LPL"). I have Mr. Whetzel's July 10, 2006 letter to the Court (D.I. 313). Defendants are, in effect, asking the Court to set a three week jury trial. LPL's position is as follows.

This case involves one patent. A typical one-patent infringement trial, even one involving witnesses who speak foreign languages, lasts 5 to 7 trial days. LPL sees no reason to deviate from the norm, and defendants have not presented any compelling reason to do so. In LPL's experience, counsel will fill the time allotted. If a relatively small amount of time is allotted, counsel will present just what is necessary. On the other hand, if a great deal of time is allotted, counsel will fill it with otherwise irrelevant and immaterial testimony and argument.

LPL respectfully requests the Court to allocate an equal number of hours per side in order to complete this trial in no more than 5 to 7 trial days.

Respectfully submitted,

Richard D. Kirk (#0922)

:rdk
cc: Clerk of the Court
    All counsel as shown on attached certificate

629650v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 10, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on July 10, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq.<br>Thomas W. Jenkins, Esq.<br>Howrey LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL 60610 | Teresa M. Corbin, Esq.<br>Glenn W. Rhodes, Esq.<br>Julie Gabler, Esq.<br>Howrey LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, CA 94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1