# EXHIBIT 1

**Defendants' Trial Exhibits**

*LG.PHILIPS LCD CO., LTD. v.
TATUNG COMPANY, et al*

Civil Action No. 05-292 (JJF)

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0001 | | U.S. File History 5,019,002 | | |
| DTX 0002 | | U.S. Patent No. 5,019,002 | | |
| DTX 0003 | | (PX-002 Hang Hui Hu) Report of Components Test dated February 11, 2003 | | |
| DTX 0004 | | (PX-003) ViewSonic's Corporation form 10-K for the year ended December 31, 2005 | | |
| DTX 0005 | VS-D 000001 - VS-D 000002 | (PX-025) L.G. Philips (LA) Master Indemnity List 1999 - Q3 2005 Net Product Sales | | |
| DTX 0006 | VS-D 007797 - VS-D 007798 | (PX-026) ViewSonic Corporation's US Sales | | |
| DTX 0007 | VS-D 007797 - VS-D 007798 | (PX-027) Viewsonic Corporation's US Sales | | |
| DTX 0008 | VS 006221 | (PX-028) July 1, 2005 Letter from H. Fan to M.J. Boswell with attached verified product list for ViewSonic Corporation bates labeled VS 006221 | | |
| DTX 0009 | | (PX-029) Defendant ViewSonic Corporation's Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories (Nos. 1-3) dated May 13, 2005 (C.A. No. CV-03-2886) | | |
| DTX 0010 | | (PX-031) Defendant ViewSonic Corporation's Amended and Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories (Nos. 103) dated May 19, 2006 (C.A. No. CV-03-2886) | | |
| DTX 0011 | VS 006222 - VS 006241 | (PX-033) Settlement and License Agreement between ViewSonic Corporation and Guardian Industries Corp. dated January 17, 2005 | | |
| DTX 0012 | | (PX-034) Defendant ViewSonic Corporation's Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated February 28, 2006 (C.A. No. 05-292) | | |
| DTX 0013 | | (PX-037) CPT's consolidated financial statements for six-month periods ending June 30, 2004 and 2005 | | |
| DTX 0014 | CPT 267521 - CPT 267561 | (PX-038) License and Technical Assistant Agreement between Advanced Display, Inc. and CPT dated April 24, 1997 | | |
| DTX 0015 | CPT 267579 - CPT 267580 | (PX-039) Amendment to Supplemental Agreement 2 and License and Technical Assistance Agreement between Advanced Display Inc. and CPT dated October 18, 2001 | | |
| DTX 0016 | CPT 267562 - CPT 267578 | (PX-040) Supplemental Agreement 2 between ADI and CPT dated November 19, 1999 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0017 | CPT 267519 - CPT 267520 | (PX-041) Amendment 2, License and Technical Assistance Agreement between ADI and CPT dated March 25, 2004 | | |
| DTX 0018 | CPT 267510 - CPT 267516 | (PX-042) Supplemental Agreement 3 between ADI and CPT dated March 25, 2004 | | |
| DTX 0019 | CPT 267517 - CPT 267518 | (PX-043) Amendment 3 to Supplemental Agreement 2 between ADI and CPT dated March 25, 2004 | | |
| DTX 0020 | CPT 267502 - CPT 267509 | (PX-044) License Agreement between ADI and CPT dated March 25, 2004 | | |
| DTX 0021 | CPT 267492 - CPT 267501 | (PX-045) Technology Cooperation and License Agreement between ADI and CPT dated March 29, 2005 | | |
| DTX 0022 | CPT 274415 - CPT 274416 | (PX-046) Amendment to Technical Cooperation and License Agreement between Advanced Display Inc. and CPT dated July 29, 2005 | | |
| DTX 0023 | CPT 267435 - CPT 267449 | (PX-047) Patent License Agreement between CPT and Sharp dated January 1, 2002 | | |
| DTX 0024 | CPT 274367 - CPT 274374 | (PX-048) Patent License Agreement between Mitsubishi Electric Corporation and CPT dated December 27, 2002 | | |
| DTX 0025 | CPT 267469 - CPT 267481 | (PX-049) Patent License Agreement between Hitachi, Ltd., Hitachi Displays, and CPT dated January 1, 2003 | | |
| DTX 0026 | CPT 267482 - CPT 267491 | (PX-050) Patent Sublicense Agreement between Hitachi and CPT dated January 1, 2003 | | |
| DTX 0027 | CPT 267450 - CPT 267468 | (PX-051) Patent License Agreement Re: Amorphous Silicon TFTs between Semiconductor Energy Laboratory, Co and CPT dated March 8, 2004 | | |
| DTX 0028 | CPT 276039 - CPT 276050 | (PX-052) License Settlement and Release Agreement between CPT and Honeywell International, Inc. dated August 26, 2005 | | |
| DTX 0029 | CPT 084445 | (PX-053) February 8, 2002 Letter from Jeong-Hwan Lee (LPL) to Cheng-Yuan Lin (CPT) identifying '002 patent | | |
| DTX 0030 | LPL 000217 | (PX-054) February 8, 2002 Letter from JH Lee (LPL) to CY Lin (CPT) regarding the LCD Technology patents | | |
| DTX 0031 | CPT 084444 | (PX-055) May 17, 2002 letter from JH Lee (LPL to HK Chung (CPT) confirming June 11, 2002 meeting | | |
| DTX 0032 | CPT 007572 | (PX-056) June 4, 2002 letter from Mr Chung (CPT) to Mr Lee (LPL) requesting claims charts for alleged infringement | | |
| DTX 0033 | CPT 084443 | (PX-057) June 7, 2002 Letter from WJ Choi (LPL) to HK Chung (CPT) confirming June 11, 2002 meeting | | |
| DTX 0034 | CPT 084413 - CPT 084426 | (PX-058) Draft LPL License Agreement | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0035 | | (PX-059) CPT's Second Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated May 23, 2006 | | |
| DTX 0036 | | (PX-062) CPT's Disclosure Pursuant to Court Order dated May 1, 2006 | | |
| DTX 0037 | CPT-D 003912 - CPT-D 003999 | (PX-064) Invoices produced by CPT to U.S. customers on various dates | | |
| DTX 0038 | CPT-D 027720 - CPT-D 027772 | (PX-065) CPT Invoices to U.S. customers Amkotron Inc., Network Technologies Inc., dated September through October 2005 | | |
| DTX 0039 | CPT-D 004371 - CPT-D 004377 | (PX-066) Chart titled "CPT TFT Payable Shipments to USA" dated January 1, 1999 through may 9, 2005 | | |
| DTX 0040 | CPT-D 002488 - CPT-D 002605 | (PX-067) CPT Reported Defects log from CPT Customers (Distributors)? | | |
| DTX 0041 | | (PX-068) CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated August 4, 2005 (CA case 02-6775) | | |
| DTX 0042 | | (PX-069) CPT's Supplmental Respones to LPL's First Set of Interrogatories (Nos 1 and 3) dated August 4, 2005 (CA case 02-6775) | | |
| DTX 0043 | CPT-D 005780 - CPT-D 005795 | (PX-070) (CHINESE) CPT document showing specifications for customers - Module sales chart | | |
| DTX 0044 | | (PX-071) CPT's First Quarter 2006 Result Investor Conference | | |
| DTX 0045 | CPT-D 034021 - CPT-D 034035 | (PX-072) T1 Cell Cost Chart, T2 Cell Cost and MDL Cost dated October 2003 through December 2004 | | |
| DTX 0046 | CPT-D 034036 - CPT-D 034088 | (PX-073) CPT Cost Information Chart regarding T1 Cost, T2 Cost, L1 Cost and CPTW | | |
| DTX 0047 | CPT 185773 - CPT 185914 | (PX-074) August 2002 CPT (CPT-TFT Information for GDR) Presentation | | |
| DTX 0048 | | (PX-076) CPT Monthly Sales Announcement | | |
| DTX 0049 | | (PX-078) Tatung Company Information: Titled "Serving the Country Through Education and Industry" | | |
| DTX 0050 | | (PX-079) Specs on Tatung Company Products such as Tablet PCs, LCD monitors, servers, etc. | | |
| DTX 0051 | | (PX-080) Defendant Tatung Company's Fourth Set of Supplemental Responses to Plaintiff LG Philips LCD Co., Ltd.'s First Set of Interrogatories dated July 14, 2005 | | |
| DTX 0052 | | (PX-081) Defendant Tatung Company's Fifth Set of Supplemental Responses to Plaintiff LG Philips LCD Co., Ltd.'s First Set of Interrogatories dated August 30, 2005 | | |
| DTX 0053 | | (PX-082) Defendant Tatung Company's Sixth Set of Supplemental Responses to Plaintiff LG Philips LCD Co., Ltd.'s First Set of Interrogatories dated September 2, 2005 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0054 | | (PX-083A) Defendant Tatung Company's Seventh Set of Supplemental Responses to Plaintiff LG Philips LCD Co., Ltd.'s First Set of Interrogatories dated October 21, 2005 | | |
| DTX 0055 | | (PX-084) List of Tatung Company Products (Non-USA) | | |
| DTX 0056 | | (PX-085) List of Tatung Company Products (USA) | | |
| DTX 0057 | | (PX-086) List of Tatung Company Products by Model Number, CPT Module, Product and Size | | |
| DTX 0058 | | (PX-087) Invoice from Tatung Company to Gateway for purhcase of LCD monitors | | |
| DTX 0059 | | (PX-088) Invoice from Tatung Company to HOP for purchase of LCD monitors dated July 11, 1999 | | |
| DTX 0060 | | (PX-089) Invoice from Tatung Company to HP for purchase of LCD monitors dated January 19, 2000 | | |
| DTX 0061 | | (PX-091) Tatung Sales from 1999-2005 | | |
| DTX 0062 | | (PX-092) Tatung LCM Sales Record from 1989-1994 | | |
| DTX 0063 | | (PX-093) Tatung LCM Sales Record 1999-2004 | | |
| DTX 0064 | | (PX-094) Tatung LCM Sales Record 2005 | | |
| DTX 0065 | | (PX-095) Tatung LCM Sales Record 1994-1995 | | |
| DTX 0066 | | (PX-096) Tatung LCD TV Sales Record 1994 | | |
| DTX 0067 | | (PX-097) Tatung LCD Monitor Sales Record 2002-2005 | | |
| DTX 0068 | T-D 002895 - T-D 002896 | (PX-098) 1998-2005 LCD Monitor Profit and Loss Statement, Display Bu Profit and Loss Statement | | |
| DTX 0069 | T-D 002955 - T-D 002956 | (PX-099) Tatung profit Information - 2005 Q4 - 2005 Q1 LCD Monitor Profit and Loss Statement | | |
| DTX 0070 | T-D 000956 - T-D 000967 | (PX-107) L15FCBT-U02. Walmart (CPT RSDS Panel) Specification | | |
| DTX 0071 | T-D 001864 - T-D 001919 | (PX-108) Service Manual: Model No L17AMTN. 17" Color TFT LCD Display Mstar scaler/CPT Panel | | |
| DTX 0072 | CPT-D 033641 - CPT-D 034020 | (PX-109) CPT Sales Chart Organized by Module and Customer Invoice | | |
| DTX 0073 | CPT-D 034089 - CPT-D 034161 | (PX-110) Sales spreadsheet | | |
| DTX 0074 | T-D 002971 - T-D 002982 | (PX-113) Thomson Licensing and Tatung company dated January 1, 2005 | | |
| DTX 0075 | T-D 002957 - T-D 002970 | (PX-114) Exhibit 2 Licensing Agreement between Tatung Co., Tatung Company of America and Hitachi Ltd. Dated April 19, 2006 | | |
| DTX 0076 | VS-D 008299 - VS-D 008305 | (PX-115) Sales summaries entitled "ViewSonic Shipments to US Addresses - LCD Monitors Gross Sales" | | |
| DTX 0077 | VS-D 008310 - VS-D 008312 | (PX-116) Sales summaries entitled "ViewSonic Shipments to US Addresses - LCD Monitors Gross Sales" | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0078 | VS-D 008306 - VS-D 008309 | (PX-117) Sales summaries entitled "ViewSonic Shipments to US Addresses - LCD TVs Gross Sales" | | |
| DTX 0079 | TUS-D 000071 - TUS-D 000323 | (PX-126) Tatung America invoices and credit memos | | |
| DTX 0080 | | (PX-139) | | |
| DTX 0081 | | (PX-140) Tatung America's Sixth Set of Supplemental and Admitted Responses to LPL's First Set of Interrogatories (02-6775) | | |
| DTX 0082 | | (PX-141) Letter dated October 26, 2005 from Tatung America's counsel in the California case (02-6775) with an enclosure | | |
| DTX 0083 | | (PX-142) Fourth Set of Supplemental Responses to LPL's First Set of Interrogatories (02-6775) | | |
| DTX 0084 | TUS-D 000001 - TUS-D 000065 | (PX-143) Sales for CPT Panel | | |
| DTX 0085 | TUS-D 000069 - TUS-D 000070 | (PX-144) Sales for CPT Panel from January 1, 2006 to March 31, 2006 | | |
| DTX 0086 | TUS-D 000454 - TUS-D 000615 | (PX-145) Sales Report CCVE and OEM 6-22-06 | | |
| DTX 0087 | TUS-D 000418 - TUS-D 000422 | (PX-146) Budget forecast for ISD product | | |
| DTX 0088 | | (PX-201) CPT's Disclosure Pursuant to Court Order dated May 1, 2006 | | |
| DTX 0089 | CPT-D 010326 - CPT-D 010339 | (PX-202) Array Design Spec: 150XP (150XP01C~03, 150XP01C, 150XP01P) | | |
| DTX 0090 | CPT-D 028642 - CPT-D 028654 | (PX-204) LCD (TFT) LCD Standard 150XP COF Array dated march 5, 2003 | | |
| DTX 0091 | CPT-D 032047 - CPT-D 032057 | (PX-205) Design Specification 150XP01/02/03/01C/01P | | |
| DTX 0092 | CPT-D 031759 - CPT-D 031773 | (PX-206) Panel Design Spec: T2 150XP01C | | |
| DTX 0093 | CPT-D 009630 - CPT-D 009646 | (PX-207) TFT 154WA04 L1 Cell | | |
| DTX 0094 | | (PX-208) E150XJ01.str color prints | | |
| DTX 0095 | | (PX-209) Color Printout of E150XJ01/E150XJ | | |
| DTX 0096 | | (PX-210) Color Printout of E150XJ01/E150XJ | | |
| DTX 0097 | | (PX-211) E150XJ01.str color prints: enlargements of gate TFT's and layers thereof | | |
| DTX 0098 | CPT-D 012601 - CPT-D 012604 | (PX-212) ESD guard circuit design and result test assessment along with translation of same dated July 2, 2004 | | |
| DTX 0099 | CPT-D 012386 - CPT-D 012403 | (PX-214) 30 Inch IPS L1 ESD Solution/Array Design of Cell Department Product Develop Division of T2 dated October 15, 2003 | | |
| DTX 0100 | CPT-D 017733 - CPT-D 017739 | (PX-215) Short-Ring Array Design L1-154WA0303 | | |
| DTX 0101 | CPT-D 017977 - CPT-D 017986 | (PX-216) ESD in LCD Process Array Design Group Cell Dep. Of T2 Product Division | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0102 | CPT-D 012633 - CPT-D 012635 | (PX-217) Inner Short Ring Guard TFT W/L | | |
| DTX 0103 | CPT-D 012381 - CPT-D 012382 | (PX-218) 19 Inch EA Panel | | |
| DTX 0104 | CPT-D 012873 - CPT-D 012874 | (PX-219) L1B32 Data Line Source ESD | | |
| DTX 0105 | CPT-D 016893 - CPT-D 016897 | (PX-220) Fab 2 150XG High Opening Double S/R Examination Report on preventive measures against ESD | | |
| DTX 0106 | CPT-D 018688 | (PX-221) Email from Liuwh to Houss, et. al. regarding L1 154WA03 dated March 9, 2004 | | |
| DTX 0107 | CPT-D 017864 - CPT-D 017900 | (PX-222) ESD Patent US 6,587,260 Samsung dated July 1, 2003 PowerPoint Presentation | | |
| DTX 0108 | | (PX-223) U.S. Patent No. 6,587,160 | | |
| DTX 0109 | CPT-D 017665 - CPT-D 017682 | (PX-224) TFT Device Array Design dated May 21, 2004 | | |
| DTX 0110 | CPT-D 015515 - CPT-D 011518 | (PX-225) IT Array April 18, 2005/CPT Inner Short Ring | | |
| DTX 0111 | CPT-D 012793 - CPT-D 012801 | (PX-226) TFT Array T2 295/PS ESD | | |
| DTX 0112 | CPT-D 012948 - CPT-D 012956 | (PX-227) A Nine Page Outline Regarding Conveyor and Array Cell Module | | |
| DTX 0113 | CPT-D 012827 - CPT-D 012830 | (PX-228) Floating Gates ESD Guard Circuit | | |
| DTX 0114 | CPT-D 016713 - CPT-D 016717 | (PX-229) 150XG11 48 Shot Double S/R ESD improvement measures experiment report | | |
| DTX 0115 | CPT-D 017311 - CPT-D 017313 | (PX-230) 150XG11 Double S/R Laser Repair | | |
| DTX 0116 | CPT-D 001954 | (PX-231) (CHINESE) CPT Organizational Chart | | |
| DTX 0117 | CPT-D 002817 - CPT-D 002853 | (PX-232) CLAA141XC01 with attached slide presentation on "Array" dated February 2, 2002 | | |
| DTX 0118 | CPT-D 002770 - CPT-D 002771 | (PX-233) Department of IE Section dated July 5, 1999 | | |
| DTX 0119 | CPT-D 003690 - CPT-D 003712 | (PX-234) 141XF01 Design Review (0), Array 141Xc01 dated January 18, 1990 | | |
| DTX 0120 | CPT-D 003715 - CPT-D 003760 | (PX-235) 141XF01 Design Review 2 dated October 22, 1990 | | |
| DTX 0121 | CPT-D 009653 - CPT-D 009667 | (PX-236) Array Design Spec: L1 141XD | | |
| DTX 0122 | CPT-D 013005 | (PX-238) CPT 260WA01 & 260WA02P out Short-Ring dated July 25, 1994 | | |
| DTX 0123 | CPT-D 016722 - CPT-D 016728 | (PX-239) TFT 15 inch XG01 | | |
| DTX 0124 | | (PX-240)(DX-002 Y. Cho)(DX-106 Holmberg) U S Patent No. 5,019,002 | | |
| DTX 0125 | | (PX-241) (CHINESE) Organizational Chart | | |
| DTX 0126 | T-D 000921 - T-D 000934 | (PX-242) L15CCAT/L15CCAM and L15CNAT/L15CNAM Serial | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0127 | T-D 002567 - T-D 002585 | (PX-243) Tatung Specification for Approval TFT-LCD Module/Type Number CLAA150XG02 | | |
| DTX 0128 | T-D 002586 - TD 002605 | (PX-244) Report of Components Test dated November 12, 2003 | | |
| DTX 0129 | | (PX-245) Initial Diclsoure for Defendant Tatung Company dated December 16, 2005 | | |
| DTX 0130 | | (PX-246) (CHINESE) Organizational Chart | | |
| DTX 0131 | CPT 018090 - CPT 018099 | (PX-247) (CHINESE) LCD Standard Notice LSN-4421102-003 dated August 14, 1990 | | |
| DTX 0132 | CPT-D 001954 | (PX-248) (CHINESE) CPT Organizational Chart | | |
| DTX 0133 | CPT-D 007712 - CPT-D 007735 | (PX-249) (CHINESE) Technical Specification | | |
| DTX 0134 | | (PX-250) CPT's Disclosure Pursuant to Court Order Dated May 1, 2006 | | |
| DTX 0135 | | (DX-265) Pages 7-8 of Exhibit 11 to the Expert Report of Webster E. Howard, Ph.D. in Response to the Expert Report of Dr. Elliot Schlam for Infringement of U.S. Patent No. 5,019,002 | | |
| DTX 0136 | LPL 018290 - LPL 018311 | (DX-001 J.H. Kim)(DX-005 J.S. Kim) Patent Cross License Agreement between LPL and NEC Corp. dated April 21, 2001 | | |
| DTX 0137 | LPL 022072 | (DX-002 J.H. Kim)(DX-006 J.S. Kim) March 10, 2004 LCD Patent License Exchange Agreement between Koninklijke Philips Electronics N. Va and Toshiba Corporation | | |
| DTX 0138 | LPL 022061 - LPL 022071 | (DX-003 J.H. Kim)(DX-007 J.S. Kim) Patent Cross License Agreement between Hitachi Display and LPL dated June 17, 2004 | | |
| DTX 0139 | LPL 021960 - LPL 021978 | (DX-004 J.H. Kim)(DX-008 J.S. Kim) Patent License Agreement between Semiconductor Energy Laboratories and LPL, October 18, 2001 | | |
| DTX 0140 | LPLII 103171 - LPLII 103192 | (DX-005 J.H. Kim) Patent License Agreement between Semiconductor Energy Laboratories Company Ltd And LPL LCD Co., Ltd dated October 1, 2005 | | |
| DTX 0141 | LPL 022073 - LPL 022082 | (DX-006 J.H. Kim) License Agreement between LPL and Rockwell Collins Inc. dated June 13, 2001 | | |
| DTX 0142 | LPL 0021920 - LPL 0021936 | (DX-007 J.H. Kim) License Agreement on Vertically Aligned Liquid Crystal Displays between CEA and LG. LCD Inc. dated July 8, 1999 | | |
| DTX 0143 | LPL 021937 - LPL 021941 | (DX-008 J.H. Kim) Addendum License Agreement and Sublicensing agreement on vertically aligned LCD and CEA and LPL dated July 10, 2000 | | |
| DTX 0144 | LPL 021908 - LPL 021919 | (DX-009 J.H. Kim) Agreement between Lemelson Foundation Partnership and LG dated July 31, 1999 | | |
| DTX 0145 | LPL 021942 - LPL 021959 | (DX-010 J.H. Kim) License Agreement between the Trustees of Columbia University in the City of New York and LPL dated July 10, 2000 | | |
| DTX 0146 | LPL 021979 - LPL 021982 | (DX-011 J.H. Kim) License Agreement between Seiko and LPL between December 6, 2001 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0147 | LPL 021983 - LPL 022202 | (DX-012 J H Kim) License Agreement between Penn State Research and LPL January 2, 2003 | | |
| DTX 0148 | LPL 022003 - LPL 022014 | (DX-13 J H Kim) Patent License Agreement between Honeywell and LPL dated March 28, 2003 | | |
| DTX 0149 | LPL 022031 - LPL 022047 | (DX-014 J H Kim) Statement and Licensing Agreement between Solar Physics Corp. and LPL dated July 15, 2003 | | |
| DTX 0150 | LPL 022015 - LPL 022030 | (DX-015 J H Kim) Patent Agreement between Honeywell and LPL October 27, 2003 | | |
| DTX 0151 | LPLII 001636 - LPLII 001648 | (DX-017 J.H Kim)(DX 003-J S Kim) LG.Philips draft patent license agreement | | |
| DTX 0152 | LPLII 018290 - LPLII 018311 | (DX-018 J.H Kim) DisplaySearch presentation titled "Methodology..." | | |
| DTX 0153 | LPLII 001628 - LPLII 001635 | (DX-019 J H Kim)(DX-004 J S Kim) Draft Letter of Intent to Execute Patent License Agreement between L.G. Philips LCD Co., Ltd. and Chunghwa Picture Tubes, Ltd. | | |
| DTX 0154 | LPL 022048 - LPL 022060 | (DX-16 J.H. Kim) Patent License Agreement between LPL and Ferguson Patent Properties dated October 27, 2003 | | |
| DTX 0155 | | (DX-001 Y Cho) Plaintiff's Supplemental Responses and Objections to Defendants' First and Second Sets of Interrogatories dated February 28, 2006 (C.A. 05-292) | | |
| DTX 0156 | LPLII 103026 - LPLII 103139 | (DX-004 Y Cho) LG Philips Sales Report | | |
| DTX 0157 | | (DX-005 Y. Cho) Handwritten notes by Witness | | |
| DTX 0158 | | (DX-001 J S Kim) Confidentiality Stipulation and Protective Order (C.A. 05-292) | | |
| DTX 0159 | LPLII 103159 - LPLII 103164 | (DX-002 J S. Kim) Collection of letters from LG.Philips LCD Co., Ltd. | | |
| DTX 0160 | CPT 129323 - CPT 129329 | Memorandum of Sales & Production Committee between Advanced Display Inc and Chunghwa Picture Tubes, Ltd. | | |
| DTX 0161 | CPT 257521 - CPT 267534 | License and Technical Assistance Agreement between Advanced Display Inc. and Chunghwa Picture Tubes, Ltd. dated April 24, 1997 | | |
| DTX 0162 | CPT 091866 - CPT 091867 | Summary of Purchase Agreement between ADI and CPT | | |
| DTX 0163 | CPT 091890 - CPT 091910 | Draft Supplementary Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd | | |
| DTX 0164 | CPT 267562 - CPT 267577 | Supplementary Agreement 2 between Advanced Display Inc and Chunghwa Picture Tubes dated November 19, 1999 | | |
| DTX 0165 | CPT 267579 - CPT 267580 | Amendment to Supplementary Agreement 2 and License and Technical Assistance Agreement dated October 18, 2001 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0166 | CPT 287502 - CPT 267509 | License Agreement between Advanced Display Inc. and Chunghwa Picture Tubes Ltd. dated March 25, 2004 | | |
| DTX 0167 | CPT 267519 - CPT 267520 | Amendment 2 to License and Technical Assistance Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0168 | CPT 267517 - CPT 267518 | Amendment 3 to Supplementary Agreement 2 between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0169 | CPT 267510 - CPT 267516 | Supplementary Agreement 3 between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0170 | CPT 267492 - CPT 267501 | Technology Cooperation and License Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 29, 2004 | | |
| DTX 0171 | CPT-D 010349 - CPT-D 010394 | Array Design Spec: CLAD080WA01 | | |
| DTX 0172 | CPT-D 010395 - CPT-D 010409 | Array Design Spec: L1B 320WA | | |
| DTX 0173 | CPT-D 010414 - CPT-D 010441 | Array Design Spec: CLAA070VA01 | | |
| DTX 0174 | CPT-D 010442 - CPT-D 010455 | Array Design Spec: 150XP (150XP01~03, 150XP01C, 150XP01P) | | |
| DTX 0175 | CPT-D 010456 - CPT-D 010491 | Array Design Spec: CLAA018QCA01 | | |
| DTX 0176 | CPT-D 010498 - CPT-D 010512 | Array Design Spec: L1B 320WA21 | | |
| DTX 0177 | CPT-D 010531 - CPT-D 010545 | Array Design Spec: 17ES01 (L1B) | | |
| DTX 0178 | CPT-D 010546 - CPT-D 010560 | Array Design Spec: 201WA03 | | |
| DTX 0179 | CPT-D 010561 - CPT-D 010572 | Array Design Spec: 201WA03 | | |
| DTX 0180 | CPT-D 010591 - CPT-D 010607 | Array Design Spec: L2 32WA01 | | |
| DTX 0181 | CPT-D 010608 - CPT-D 010624 | Array Design Spec: L2 32WA01 | | |
| DTX 0182 | CPT-D 010625 - CPT-D 010652 | Array Design Spec: CLAA190EA05Q | | |
| DTX 0183 | CPT-D 010653 - CPT-D 010688 | Array Design Spec: CLAA018QQA01 | | |
| DTX 0184 | CPT-D 010689 - CPT-D 010724 | Array Design Spec: CLAA090WA01 | | |
| DTX 0185 | CPT-D 010725 - CPT-D 010739 | Array Design Spec: L1A 154WB04 | | |
| DTX 0186 | CPT-D 009189 - CPT-D 009195 | Array Design Spec: FAB2E201VA | | |
| DTX 0187 | CPT-D 009384 - CPT-D 009398 | Array Design Spec: L1 32WA | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0188 | CPT-D 009556 - CPT-D 009570 | Array Design Spec: L1 141XD | | |
| DTX 0189 | CPT-D 009581 - CPT-D 009612 | Array Design Spec: CLAA121WA01 | | |
| DTX 0190 | CPT-D 009615 - CPT-D 009646 | Array Design Spec: L1 141XD | | |
| DTX 0191 | CPT-D 009668 - CPT-D 009704 | Array Design Spec: ALAC370WA01 (MVA) | | |
| DTX 0192 | CPT-D 009722 - CPT-D 009736 | Array Design Spec: L1 154WA05 | | |
| DTX 0193 | CPT-D 009773 - CPT-D 009801 | Array Design Spec: ALAC260WA01 | | |
| DTX 0194 | CPT-D 009802 - CPT-D 009830 | Array Design Spec: ALAC140WA01 | | |
| DTX 0195 | CPT-D 009831 - CPT-D 009845 | Array Design Spec: L1 201WA | | |
| DTX 0196 | CPT-D 009888 - CPT-D 009905 | Array Design Spec: L1 154WA06A | | |
| DTX 0197 | CPT-D 009958 - CPT-D 009973 | Array Design Spec: CLAD022QA01 | | |
| DTX 0198 | CPT-D 009974 - CPT-D 010001 | Array Design Spec: CLAA190EA05 | | |
| DTX 0199 | CPT-D 010002 - CPT-D 010029 | Array Design Spec: CLAA190EA05 | | |
| DTX 0200 | CPT-D 010030 - CPT-D 010060 | Array Design Spec: CLAA090VA01 | | |
| DTX 0201 | CPT-D 010061 - CPT-D 010091 | Array Design Spec: CLAA090VA01 | | |
| DTX 0202 | CPT-D 010092 - CPT-D 010122 | Array Design Spec: CLAA090VA01 | | |
| DTX 0203 | CPT-D 010123 - CPT-D 010153 | Array Design Spec: CLAA090VA01 | | |
| DTX 0204 | CPT-D 010154 - CPT-D 010167 | Array Design Spec: CLAA090VA01 | | |
| DTX 0205 | CPT-D 010181 - CPT-D 010194 | Array Design Spec: CLAA090VA01 | | |
| DTX 0206 | CPT-D 010195 - CPT-D 010208 | Array Design Spec: CLAA090VA01 | | |
| DTX 0207 | CPT-D 010209 - CPT-D 010238 | Array Design Spec: CLAA070WB01 | | |
| DTX 0208 | CPT-D 010239 - CPT-D 010268 | Array Design Spec: CLAA070WA01 | | |
| DTX 0209 | CPT-D 010269 - CPT-D 010283 | Array Design Spec: T2 170EA02/03 | | |
| DTX 0210 | CPT-D 010293 - CPT-D 010325 | Array Design Spec: CLAA090WB01 | | |
| DTX 0211 | CPT-D 019296 - CPT-D 019300 | Array Design Spec: CLAA070WA03 | | |
| DTX 0212 | CPT-D 019301 - CPT-D 019306 | Array Design Spec: CLAA140WA01 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0213 | CPT-D 019307 - CPT-D 019308 | Array Design Spec: CLAA141WB02 | | |
| DTX 0214 | CPT-D 019321 - CPT-D 019324 | Array Design Spec: CLAA201VA07 | | |
| DTX 0215 | CPT-D 028626 - CPT-D 028641 | Array Design Spec: L1 201WA | | |
| DTX 0216 | CPT-D 028678 - CPT-D 028704 | Array Design Spec: CLAA190EA05 | | |
| DTX 0217 | CPT-D 029367 - CPT-D 029396 | Array Design Spec: CLAA070WA01 | | |
| DTX 0218 | CPT-D 029397 - CPT-D 029411 | Array Design Spec: T2 170EA02/03 | | |
| DTX 0219 | CPT-D 029412 - CPT-D 029420 | Array Design Spec: 170EA02/03 | | |
| DTX 0220 | CPT-D 029421 - CPT-D 029453 | Array Design Spec: CLAA090WB01 | | |
| DTX 0221 | CPT-D 029454 - CPT-D 029499 | Array Design Spec: CLAD080WA01 | | |
| DTX 0222 | CPT-D 029500 - CPT-D 029529 | Array Design Spec: CLAA070WB01 | | |
| DTX 0223 | CPT-D 029530 - CPT-D 029531 | Array Design Spec: 170EA02/03 | | |
| DTX 0224 | CPT-D 029532 - CPT-D 029546 | Array Design Spec: L1B 320WA01 | | |
| DTX 0225 | CPT-D 029551 - CPT-D 029578 | Array Design Spec: CLAA070VA01 | | |
| DTX 0226 | CPT-D 029579 - CPT-D 029614 | Array Design Spec: CLAA018QCA01 | | |
| DTX 0227 | CPT-D 029615 - CPT-D 029629 | Array Design Spec: 17ES01 (L1B) | | |
| DTX 0228 | CPT-D 029630 - CPT-D 029644 | Array Design Spec: 201WA03 | | |
| DTX 0229 | CPT-D 029645 - CPT-D 029656 | Array Design Spec: 201WA03 | | |
| DTX 0230 | CPT-D 029657 - CPT-D 029662 | Array Design Spec: 170ES01 | | |
| DTX 0231 | CPT-D 029663 - CPT-D 029679 | Array Design Spec: L2 32WA01 | | |
| DTX 0232 | CPT-D 029680 - CPT-D 029696 | Array Design Spec: L2 32WA01 | | |
| DTX 0233 | CPT-D 029697 - CPT-D 029710 | Array Design Spec: 150XP (150XP01-03, 150XP01C, 150XP01P) | | |
| DTX 0234 | CPT-D 029711 - CPT-D 029738 | Array Design Spec: CLAA190EA05Q | | |
| DTX 0235 | CPT-D 029743 - CPT-D 029778 | Array Design Spec: CLAA018QQA01 | | |
| DTX 0236 | CPT-D 029781 - CPT-D 029816 | Array Design Spec: CLAA090WA01 | | |
| DTX 0237 | CPT-D 029817 - CPT-D 029830 | Array Design Spec: 150XP (150XP01-03, 150P01C, 150XP01P) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0238 | CPT-D 029831 - CPT-D 029845 | Array Design Spec: L1A 154WB04 | | |
| DTX 0239 | CPT-D 029854 - CPT-D 029890 | Array Design Spec: CLAD022QA01 | | |
| DTX 0240 | CPT-D 029891 - CPT-D 029923 | Array Design Spec: CLAD064VGA01 | | |
| DTX 0241 | CPT-D 029924 - CPT-D 029941 | Array Design Spec: L2 37WA02 | | |
| DTX 0242 | CPT-D 029973 - CPT-D 030004 | Array Design Spec: CLAA070WQA01 | | |
| DTX 0243 | CPT-D 030005 - CPT-D 030037 | Array Design Spec: CLAA015SQA01 | | |
| DTX 0244 | CPT-D 030042 - CPT-D 030079 | Array Design Spec: CLAA024QVA03 | | |
| DTX 0245 | CPT-D 030088 - CPT-D 030141 | Array Design Spec: CLAA022QVA03 | | |
| DTX 0246 | CPT-D 030142 - CPT-D 030178 | Array Design Spec: CLAD022QA01 | | |
| DTX 0247 | CPT-D 030181 - CPT-D 030213 | Array Design Spec: CLAA0155QA01 | | |
| DTX 0248 | CPT-D 030216 - CPT-D 030242 | Array Design Spec: T1 150XN01 | | |
| DTX 0249 | CPT-D 030243 - CPT-D 030268 | Array Design Spec: CLAA201VA07 | | |
| DTX 0250 | CPT-D 030278 - CPT-D 030295 | Array Design Spec: L1 154WA06A | | |
| DTX 0251 | CPT-D 030311 - CPT-D 030338 | Array Design Spec: CLAA190EA05 | | |
| DTX 0252 | CPT-D 030339 - CPT-D 030366 | Array Design Spec: CLAA190EA05 | | |
| DTX 0253 | CPT-D 030367 - CPT-D 030380 | Array Design Spec: CLAA090VA01 | | |
| DTX 0254 | CPT-D 030381 - CPT-D 030411 | Array Design Spec: CLAA090VA01 | | |
| DTX 0255 | CPT-D 032753 - CPT-D 032785 | Array Design Spec: CLAA015SQA01 | | |
| DTX 0256 | | *EZ Dock Inc v Schager Sys. Inc*, 2003 U.S. Dist. LEXIS 1810, No. 98-2364 (D Minn Jan 22, 2003) | | |
| DTX 0257 | CPT-D 039549 - CPT-D 044904 | "Society for Information Display International Symposium Digest of Technical Papers" Volumes XI (1980) to XXII (1991) | | |
| DTX 0258 | CPT-D 044908 - CPT-D 044911 | Self-Aligned a-Si:H TFT: A new Way to Design Active Matrix LCDs by A. Cheneves-Paule, B. Diem, T. Leroux, R. Truche. (1985-3-197-amd) | | |
| DTX 0259 | CPT-D 044912 - CPT-D 044918 | Using Redundancy When Designing Active-Matrix-Addressed LCDs by S. Bisotto, D. Micollet, R. Poujois (1985-3-201-amd) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0260 | CPT-D 044919 - CPT-D 44922 | Large LCD Panel Addressed by 320x320 TFT Array by J. Richard, M. Bonnel, B. Vinouze, J. L. Fevennec (1985-3-209-amd) | | |
| DTX 0261 | CPT-D 044923 - CPT-D 044923 | A 3.1-in TFT-Addressed Color LCD by T. Yanagisawa, et al. (1985-3-213-amd) | | |
| DTX 0262 | CPT-D 44927 - CPT-D 44931 | An Active-Matrix LCD Addressed by Laser-Recrystallized Poly-Si TFTs by A. Ishizu, et al. (1985-4-249-amd) | | |
| DTX 0263 | CPT-D 044932 - CPT-D 044935 | Matrix-Addressed LCD Using Novel Two-Terminal Elements bu S. Fujita, et al. (1987-2-105-amd) | | |
| DTX 0264 | CPT-D 044936 - CPT-D 044939 | A Large-Area High Resolution Active-Matrix Color LCD by T. Sunata, et al. (1987-2-141-lc) | | |
| DTX 0265 | CPT-D 044940 - CPT-D 044943 | A 10-in diagonal Active-Matrix LCD Addressed by a-Si TFTs by H. Sakamoto, et al. (1987-2-145-lc) | | |
| DTX 0266 | CPT-D 044905 | http://www.sid.org | | |
| DTX 0267 | | | | |
| DTX 0268 | CPT-D 044947 - CPT-D 044968 | http://www.sid.org/archives/1969-1988%20SID%20Proceedings%20-%20author%20sort%209-5.pdf | | |
| DTX 0269 | CPT-D 0044969 - CPT-D 045005 | http://www.sid.org/archives/1963-1988%20Symposium%20%20Digest%20-%20MASTER.pdf | | |
| DTX 0270 | | "EOS/ESD Symposium Proceedings" Volumes 2 (1980) to 13(1991) | | |
| DTX 0271 | CPT-D 04944 - CPT-D 044946 | http://www.esda.org/ | | |
| DTX 0272 | | | | |
| DTX 0273 | | | | |
| DTX 0274 | | | | |
| DTX 0275 | | CPT's Objections and Supplemental Responses to LG's First Set of Interrogatories (No. 1) | | |
| DTX 0276 | | CPT's Disclosure Pursuant to Court Order Dated May 1, 2006 (products with ESD guard rings) | | |
| DTX 0277 | | Defendant CPT's Response to Plaintiff's Amended First Set of Interrogatories dated January 13, 2006 | | |
| DTX 0278 | | Defendant CPT's Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated February 28, 2006 | | |
| DTX 0279 | | Initial Disclosures for Defendant CPT dated December 16, 2005 | | |
| DTX 0280 | | Supplemental Initial Disclosure for Defendant CPT dated May 9, 2006 | | |
| DTX 0281 | | LPL's Amended Initial Disclosures Pursuant to Rule 26(a)(1) dated May 9, 2006 | | |
| DTX 0282 | | Defendant Tatung Company of America, Inc.'s Supplemental Response to Plaintiff's Amended First Set of Interrogotories dated February 28, 2006 | | |
| DTX 0283 | | Defendant Tatung Company's Response to Plaintiff's Amended First Set of Interrogatories dated January 13, 2006 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0284 | | Defendant Tatung Company's Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated February 28, 2006 | | |
| DTX 0285 | | Defendant ViewSonic Corporation's Response to Plaintiff's Amended First Set of Interrogatories dated January 13, 2005 | | |
| DTX 0286 | | Initial Disclosures for Defendant Tatung Company dated December 16, 2005 | | |
| DTX 0287 | | Initial Disclosures for Defendant Tatung Company of America dated December 16, 2005 | | |
| DTX 0288 | | Supplemental Initial Dislcosures for Defendant Tatung Company of America dated May 9, 2006 | | |
| DTX 0289 | | Supplemental Initial Dislosures for Defendant Tatung Company of America dated May 9, 2006 | | |
| DTX 0290 | | Deffendant ViewSonic Corporation's Supplemental Response to Plaintiff's Amended First Set of Interrogatories dated February 28, 2006 | | |
| DTX 0291 | | Initial Disclosures for Defendant ViewSonic Corporation dated December 16, 2005 | | |
| DTX 0292 | | Second Supplemental Initial Disclosures for Defendant ViewSonic Corporation | | |
| DTX 0293 | | *LG Philips LCD Co., LTD. v Tatung Co of America* Case No. CV-02-6775 CBM (JTLx): Third-Party Defendant LG Electronics Inc.'s Responses to Defendant Chunghwa Picture Tube Ltd.'s First Set of Interrogatories (Interrogatory Nos. 1-6) | | |
| DTX 0294 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): LG Electronics Inc.'s Responses to CPT's Second Set of Interrogatories (Nos. 7-11) | | |
| DTX 0295 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): LG Electronics Inc.'s Objections and Responses to Defendant Chunghwa Picture Tube Ltd.'s Third Set of Interrogatories (Nos. 12-24) (Erroneously Captioned As Nos. 12-18) | | |
| DTX 0296 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): LG Electronics Inc.'s Objections and Supplemental Responses to Defendant Chunghwa Picture Tube Ltd.'s Third Set of Interrogatories (Nos. 15, 16, 17 and 18) | | |
| DTX 0297 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Chunghwa Picture Tubes, Ltd.'s Objections and Responses to Counterclaim Defendant LG Philips LCD Co., LTD.'s First Set of Interrogatories (Nos. 1-8) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0298 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Counterclaim Chunghwa Picture Tubes, Ltd.'s Objections and Responses to Counterclaim Defendant LG Philips LCD Co. LTD.' Second Set of Interrogatories (Nos. 9-11) | | |
| DTX 0299 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD.'s Response to Defendant Chunghwa Picture Tubes, LTD.'s First Set of Interrogatories (Nos. 1-3) | | |
| DTX 0300 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): LG Philips LCD Co., LTD's Supplemental Interrogatory Responses to Chunghwa Picture Tubes, Ltd.'s First Set of Interrogatories to LG Philips LCD Co., LTD. (Interrogatory No. 1). | | |
| DTX 0301 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD's Supplemental Response to Defendant Chunghwa Picture Tubes, Ltd.'s First Set of Interrogatories (No. 2) | | |
| DTX 0302 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD's Supplemental Response to Defendant Chunghwa Picture Tubes, Ltd.'s First Set of Interrogatories (Nos. 2-3) | | |
| DTX 0303 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): LG Philips LCD Co., LTD.'s Supplemental Interrogatory Responses to CPT's First Set of Interrogatories to LG Philips LCD Co., LTD (Interrogatory Nos. 1, 2, 3 and 4) | | |
| DTX 0304 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., Inc.'s Supplemental Responses to Defendant Chunghwa Picture Tube Ltd.'s First and Third Sets of Interrogatories (Interrogatory Nos. 2 and 3) | | |
| DTX 0305 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., Inc.'s Fourth Supplemental Response to Defendant Chunghwa Picture Tube Ltd.'s First Set of Interrogatories (Interrogatory No. 1) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0306 | | *LG Philips LCD Co., LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD.'s Supplemental Responses to Defendant Chunghwa Picture Tubes, LTD.'s First Set of Interrogatories to LG Philips LCD Co., LTD (Interrogatory No. 1) | | |
| DTX 0307 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD.'s Supplemental Responses to Defendant Chunghwa Picture Tubes, Ltd.'s First Set of Interrogatories to LG Philips LCD Co., LTD (Interrogatory No. 1) | | |
| DTX 0308 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD.'s Response to Defendant Chunghwa Picture tubes, Ltd.'s Second set of Interrogatories (No. 4). | | |
| DTX 0309 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): LG Philips LCD Co., LTD.'s Supplemental Interrogatory Responses to CPT Interrogatory Nos 4 and 5 | | |
| DTX 0310 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD.'s Response to Defendant Chunghwa's Third Set of Interrogatories (Interrogatory Nos. 5-9) | | |
| DTX 0311 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): LG Philips LCD Co., LTD's Supplemental Interrogatory Responses to CPT Interrogatory Nos 4 and 5 | | |
| DTX 0312 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD.'s Supplemental and Amended Response to Defendant Chunghwa Picture Tubes, Ltd.'s Interrogatory No. 9 | | |
| DTX 0313 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., Inc.'s Supplemental Responses to Defendant Chunghwa Picture Tube Ltd.'s First and Third Sets of Interrogatories (Interrogatory Nos. 2 and 3) | | |
| DTX 0314 | | *LG Philips LCD Co. LTD. v Tatung Co. of America* Case No. CV-02-6775 CBM (JTLx): Plaintiff LG Philips LCD Co., LTD.'s Responses to Defendant Chunghwa's Fourth Set of Interrogatories (Interrogatory Nos. 10-12) | | |