| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0602 | | D150E2B1.str<br>D150E2B2.str<br>D150E2B3.str<br>D150E2B4.str<br>D150E2B5.str<br>D150E2B6.str | | |
| DTX 0603 | | D150E1E.str<br>D150E2E.str<br>D150E3E.str<br>D150E4E.str<br>D150E5E.str<br>D150E6E.str | | |
| DTX 0604 | | D150XW1.str | | |
| DTX 0605 | | D150GF.str | | |
| DTX 0606 | | D150GB.STR | | |
| DTX 0607 | | D150XY2.str<br>E150XG2.str<br>F150XA.str | | |
| DTX 0608 | | D150X1U.STR<br>D150X2U.STR<br>D150X3U.STR<br>D150X4U.STR<br>D150X5U.STR<br>D150X6U.STR<br>E150XH.str | | |
| DTX 0609 | | D150X1Z.str<br>D150X2Z.str<br>D150X3Z.str<br>D150X4Z.str<br>D150X5Z.str<br>D150X6Z.str | | |
| DTX 0610 | | D150G1C.str<br>D150G2C.str<br>D150G3C.str<br>D150G4C.str<br>D150G5C.str<br>D150G6C.str<br>E150XJ01.str<br>E150XJ3.str | | |
| DTX 0611 | | E154WA_OK.str<br>F154WB.str | | |
| DTX 0612 | | N154WB_0929.str | | |
| DTX 0613 | | F170EB_GAP10.str | | |
| DTX 0614 | | F170EC3.str | | |
| DTX 0615 | | G170EA_4S_Final.str | | |
| DTX 0616 | | N170ES_1227.str | | |
| DTX 0617 | | F171WA2.str | | |
| DTX 0618 | | D181EA.str | | |
| DTX 0619 | | D181XB.str<br>E181XA.str | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0620 | | E190EA01.str | | |
| DTX 0621 | | E190EB-E1.str E190EB-E2.str | | |
| DTX 0622 | | E190EA05.str | | |
| DTX 0623 | | E201VA02.str | | |
| DTX 0624 | | F201WA2.str | | |
| DTX 0625 | | G201WA_0831.str | | |
| DTX 0626 | | F260WA01_1029.str F260WA01_0425.str | | |
| DTX 0627 | | F295WA11.str | | |
| DTX 0628 | | F320WA01.str F320WA02.str | | |
| DTX 0629 | | C320WA01.str C320WA02.str C320WA03.str C320WA04.str C320WA05.str | | |
| DTX 0630 | | F370WA01.str | | |
| DTX 0631 | | F370WA01.str F370WA02.str F370WA03.str | | |
| DTX 0632 | | G370WA02.str | | |
| DTX 0633 | | G320WA01.str G320WA02.str G320WA03.str | | |
| DTX 0634 | CPT-D 018726 | Mask Files | | |
| DTX 0635 | CPT-D 027820A | Mask Files (CD ROM) | | |
| DTX 0636 | CPT-D 028833 - CPT-D 028841 | Mask Files on CD ROM produced by Howrey | | |
| DTX 0637 | CPT-D 028846 | Mask Files (CD produced on April 7, 2006) | | |
| DTX 0638 | CPT-D 028994 | CD ROM produced by Defendants | | |
| DTX 0639 | CPT-D 033640 | STR files (CD-ROM) | | |
| DTX 0640 | CPT-D 019135 | Module: CPT CLAA170EA03Q | | |
| DTX 0641 | CPT-D 019136 | Module: CPT CLAA150XC01Y | | |
| DTX 0642 | CPT-D 019137 | Module: CPT CLAA260WA01 | | |
| DTX 0643 | CPT-D 019138 | Module: CPT CLAA300WA11Y | | |
| DTX 0644 | CPT-D 019139 | Module: CPT CLAA320WA01 | | |
| DTX 0645 | CPT-D 019140 | Module: CPT CLAA130VA01Y | | |
| DTX 0646 | CPT-D 019141 | Module: CPT CLAA150XG01 | | |
| DTX 0647 | CPT-D 019142 | Module: CPT CLAA201WA01 | | |
| DTX 0648 | CPT-D 019143 | Module: CPT CLAA370WA01 | | |
| DTX 0649 | CPT-D 019144 | Module: CPT CLAA150XC01D | | |
| DTX 0650 | CPT-D 019145 | Module: CPT CLAA150XA03 | | |
| DTX 0651 | CPT-D 019146 | Module: CPT CLAA190EA03 | | |
| DTX 0652 | CPT-D 019147 | Module: CPT CLAA181XA01 | | |
| DTX 0653 | CPT-D 027871 | Samples of the Modules: CLAA 150PB03 (produced March 6, 2006) | | |
| DTX 0654 | CPT-D 027872 | CLAA 150XP03 (produced March 6, 2006) | | |
| DTX 0655 | CPT-D 027873 | CLAA 154WA06A (produced March 6, 2006) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0656 | CPT-D 027874 | CLAA190EA03H, (produced March 6, 2006) | | |
| DTX 0657 | CPT-D 027875 | CLAA190EA05 (produced March 6, 2006) | | |
| DTX 0658 | CPT-D 027876 | CLAA130VA01 (produced March 6, 2006) | | |
| DTX 0659 | CPT-D 027877 | CLAA150PB01 (produced March 6, 2006) | | |
| DTX 0660 | CPT-D 027878 | CLAA150XC01 (produced March 6, 2006) | | |
| DTX 0661 | CPT-D 027879 | CLAA150XG08 (produced on March 6, 2006) | | |
| DTX 0662 | CPT-D 027880 | CLAA150XG09D (produced on March 6, 2006) | | |
| DTX 0663 | CPT-D 027881 | CLAA150XH01 (produced on March 6, 2006) | | |
| DTX 0664 | CPT-D 027882 | CLAA150XHP01 (produced on March 6, 2006) | | |
| DTX 0665 | CPT-D 027883 | CLAA150XG08 (produced on March 6, 2006) | | |
| DTX 0666 | CPT-D 027884 | CLAA154WA01 (produced on March 6, 2006) | | |
| DTX 0667 | CPT-D 027885 | CLAA170EA02 (produced on March 6, 2006) | | |
| DTX 0668 | CPT-D 027886 | CLAA170EA03 (produced on March 6, 2006) | | |
| DTX 0669 | CPT-D 027887 | CLAA170EA07 (produced on March 6, 2006) | | |
| DTX 0670 | CPT-D 027888 | CLAA150XE01 | | |
| DTX 0671 | CPT-D 027890 | CLAA154WA03 | | |
| DTX 0672 | CPT-D 027891 | CLAA201VA02 | | |
| DTX 0673 | CPT-D 027892 | CLAA201VA03 | | |
| DTX 0674 | CPT-D 027989 | CLAA150XG06 | | |
| DTX 0675 | | All CPT motherglass samples produced to LPL | | |
| DTX 0676 | | Defendants Markman Hearing Bench Book dated March 20, 2006 | | |
| DTX 0677 | | Defendants' Reply Brief in Support of Their Proposed Claim Constructions (w/Exhibits) dated March 15, 2006 | | |
| DTX 0678 | | Declaration of Dr. Webster E. Howard in Support of Defendants Opening Brief of their Proposed Claim Construction (with exhibits) | | |
| DTX 0679 | | Declaration of David Michael Holmes in Support of Defendants' Opening Brief of their Proposed Claim Construction (with exhibits) | | |
| DTX 0680 | | Claim Construction Hearing Transcript from March 20, 2006 | | |
| DTX 0681 | | Plaintiff's Motion for Preliminary Injunction dated November 1, 2005 | | |
| DTX 0682 | | Defendants' Opening Brief in Support of Their Proposed Claim Constructions (w/Exhibits) dated March 8, 2006 | | |
| DTX 0683 | | U.S. Patent No. 4,714,949 | | |
| DTX 0684 | CPT-D 027902 - CPT-D 027906 | JP 59-126663 | | |
| DTX 0685 | | JP 62-187885 | | |
| DTX 0686 | CPT-D 018970 - CPT-D 017975 | JP 63-10558 | | |
| DTX 0687 | CPT-D 019054 - CPT-D 019058 | U S Patent No 4,455,739 | | |
| DTX 0688 | CPT-D 019059 - CPT-D 019065 | U S Patent No 4,586,242 | | |
| DTX 0689 | CPT-D 019066 - CPT-D 019083 | U S Patent No. 4,736,271 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0690 | CPT-D 019046 - CPT-D 019053 | U.S. Patent No. 4,803,536 | | |
| DTX 0691 | LPLII 005755 - LPLII 005760 | (JAPANESE) JP 63-10558 | | |
| DTX 0692 | LPLII 013077 - LPLII013079 | (JAPANESE) JP 59-126663 | | |
| DTX 0693 | LPLII 013236 - LPLII 013238 | (JAPANESE) JP 62-187885 | | |
| DTX 0694 | | (JAPANESE) JP 05-265021 | | |
| DTX 0695 | CPT-D 018790 - CPT-D 018794 | (JAPANESE) JP 06-018914 | | |
| DTX 0696 | CPT-D 018795 - CPT-D 018814 | United States Patent No. 2004/0012746 | | |
| DTX 0697 | CPT-D 018815 - CPT-D 018836 | United States Patent No. 2005/0030466 | | |
| DTX 0698 | CPT-D 018836 - CPT-D 018855 | United States Patent No. 6,636,281 | | |
| DTX 0699 | CPT-D 018856 - CPT-D 018875 | U.S. Patent No. 6,819,371 | | |
| DTX 0700 | CPT-D 018876 - CPT-D 018890 | U.S. Patent No. 5,719,752 | | |
| DTX 0701 | CPT-D 018891 - CPT-D 018905 | (JAPANESE) JP 02-132418 | | |
| DTX 0702 | | (JAPANESE) JP 06-301047 | | |
| DTX 0703 | CPT-D 019811 - CPT-D 018917 | (JAPANESE) JP 07-122713B | | |
| DTX 0704 | CPT-D 018918 - CPT-D 018925 | (JAPANESE) JP 08-221003 | | |
| DTX 0705 | CPT-D 018926 - CPT-D 018932 | (JAPANESE) JP 11-008455 | | |
| DTX 0706 | CPT-D 018933 - CPT-D 018938 | (JAPANESE) JP 11-271793 | | |
| DTX 0707 | CPT-D 018939 - CPT-D 018943 | (JAPANESE) JP 11-271794 | | |
| DTX 0708 | CPT-D 018944 - CPT-D 018947 | (JAPANESE) JP 64-088577 | | |
| DTX 0709 | CPT-D 018999 - CPT-D 019004 | (JAPANESE) JP 04-088320 | | |
| DTX 0710 | CPT-D 019005 - CPT-D 019009 | (JAPANESE) JP 06-202136 | | |
| DTX 0711 | CPT-D 019010 - CPT-D 019075 | United States Patent No. 2001/0024259 | | |
| DTX 0712 | CPT-D 019016 - CPT-D 019025 | United States Patent No. 5,029,984 | | |
| DTX 0713 | CPT-D 019025 - CPT-D 019032 | United States Patent No. 5,161,009 | | |
| DTX 0714 | CPT-D 019033 - CPT-D 019040 | United States Patent No. 6,211,936 | | |
| DTX 0715 | CPT-D 018948 - CPT-D 018950 | (JAPANESE) JP 04-077136 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0716 | CPT-D 018951 - CPT-D 018957 | (JAPANESE) JP 07-288266 | | |
| DTX 0717 | CPT-D 018958 - CPT-D 018969 | U S Patent No. 6,633,002 B2 | | |
| DTX 0718 | CPT-D 018984 - CPT-D 018986 | (JAPANESE) JP 61-12268B | | |
| DTX 0719 | CPT-D 018987 - CPT-D 018990 | (JAPANESE) JP 58-116573 | | |
| DTX 0720 | CPT-D 018991 - CPT-D 018998 | (JAPANESE) JP 63-106788 | | |
| DTX 0721 | | (JAPANESE) JP 62-38423 | | |
| DTX 0722 | CPT-D 019084 - CPT-D 019088 | (JAPANESE) JP 05-87430 | | |
| DTX 0723 | TAT 06353 - TAT 07384 | ViewSonic User Manual | | |
| DTX 0724 | TAT 07385 - TAT 07693 | ViewSonic User Manual | | |
| DTX 0725 | TAT 09235 - TAT 09716 | ViewSonic User Manual | | |
| DTX 0726 | TCA 00033 - TCA 00301 | ViewSonic User Manual | | |
| DTX 0727 | TCA 00640 - TCA 00721 | ViewSonic User Manual | | |
| DTX 0728 | TCA 00863 - TCA 01011 | ViewSonic User Manual | | |
| DTX 0729 | VS 00835 - VS 01406 | ViewSonic User Manual | | |
| DTX 0730 | VS 01749 - VS 01867 | ViewSonic User Manual | | |
| DTX 0731 | VS 01878 - VS 02008 | ViewSonic User Manual | | |
| DTX 0732 | VS 02060 - VS 02303 | ViewSonic User Manual | | |
| DTX 0733 | VS 02335 - VS 02600 | ViewSonic User Manual | | |
| DTX 0734 | VS 06096 - VS 06127 | ViewSonic User Manual | | |
| DTX 0735 | VS 06305 - VS 06761 | ViewSonic User Manual | | |
| DTX 0736 | VS 06783 - VS 07082 | ViewSonic User Manual | | |
| DTX 0737 | VS-D 04963 VS-D 04982 | ViewSonic User Guide | | |
| DTX 0738 | VS-D 04521 - VS-D 04541 | ViewSonic User Guide | | |
| DTX 0739 | VS-D 04735 - VS-D 04755 | ViewSonic User Guide | | |
| DTX 0740 | VS-D 04839 - VS-D 04858 | ViewSonic User Guide | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0741 | VS-D 04162 - VS-D 04230 | ViewSonic User Guide | | |
| DTX 0742 | VS-D 04049 - VS-D 04069 | ViewSonic User Guide | | |
| DTX 0743 | VS-D 03345 - VS-D 03365 | ViewSonic User Guide | | |
| DTX 0744 | VS-D 03511 - VS-D 03531 | ViewSonic User Guide | | |
| DTX 0745 | VS-D 03658 - VS-D 03677 | ViewSonic User Guide | | |
| DTX 0746 | VS-D 02824 - VS-D 02845 | ViewSonic User Guide | | |
| DTX 0747 | VS-D 02958 - VS-D 02973 | ViewSonic User Guide | | |
| DTX 0748 | VS-D 00940 - VS-D 00969 | ViewSonic User Guide | | |
| DTX 0749 | VS-D 00209 - VS-D 00234 | ViewSonic User Guide | | |
| DTX 0750 | VS-D 00400 - VS-D 00431 | ViewSonic User Guide | | |
| DTX 0751 | VS-D 01849 - VS-D 01870 | ViewSonic User Guide | | |
| DTX 0752 | VS-D 02024 - VS-D 02043 | ViewSonic User Guide | | |
| DTX 0753 | VS-D 06002 - VS-D 06022 | ViewSonic User Guide | | |
| DTX 0754 | VS-D 06958 - VS-D 06978 | ViewSonic User Guide | | |
| DTX 0755 | VS-D 07579 - VS-D 07599 | ViewSonic User Guide | | |
| DTX 0756 | CPT 084280 - CPT 084293 | Draft Patent License Agreement for LG Philips LCD Co., Ltd., faxed from Tatung Company | | |
| DTX 0757 | CPT 091890 - CPT 091901 | Draft Supplementary Agreement with between Advanced Display, Inc and Chunghwa Picture Tubes, Ltd. | | |
| DTX 0758 | CPT 267502 - CPT 267509 | (CAPX-352) License Agreement between CPT and ADI dated March 25, 2004 | | |
| DTX 0759 | CPT 267521 - CPT 267561 | (CAPX-345) License and Technical Assistance Agreement between ADI and CPT dated April 24, 1997 | | |
| DTX 0760 | LPL 006404 - LPL 006412 | Patent Purchase Agreement between Seiko and LG Electronics dated June 11, 1997 | | |
| DTX 0761 | WAG 005649 - WAG 005685 | Credit Suisse, "Asian TFT-LCD Sector," 3/24/2006 | | |
| DTX 0762 | WAG 005333 - WAG 005344 | Goldscheider et al., *Use of the 25 Per Cent Rule in Valuing IP* (December 2002) | | |
| DTX 0763 | WAG 005816 - WAG 005826 | John M Skenyon, "Proving Patent Damages to a Jury" | | |
| DTX 0764 | | Michael J. Wagner Curriculum Vitae | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0765 | WAG 005778 - WAG 005797 | Expert Report of Michael J. Wagner and Exhibits dated June 16, 2006 | | |
| DTX 0766 | LPL 0025673 - LPL 0025674 | Letter from N. McCutcheon to R. Chen dated November 27, 2002 | | |
| DTX 0767 | WAG 005778 - WAG 005797 | Citigroup, "Chunghwa Picture Tubes, Ltd.," 10/14/2005 | | |
| DTX 0768 | WAG 005704 - WAG 005736 | Nomura International (Hong Kong) limited, "Taiwan TFT-LCD Panels," 11/10/2005 | | |
| DTX 0769 | WAG 005329 - WAG 005332 | Robert Goldscheider, *Technology Management Handbook*, Clark Boardman Company, Ltd., 1984 edition | | |
| DTX 0770 | WAG 005798 - WAG 005804 | SG Cowen Technology Group, "Taiwan TFT-LCD Sector," 3/29/2002 | | |
| DTX 0771 | WAG 000001 - WAG 000027 | DS Monitor Data | | |
| DTX 0772 | WAG 000028 - WAG 000040 | DS NB Data Q4 '01 - Q4 '04 | | |
| DTX 0773 | WAG 000041 - WAG 000059 | DS NB Data | | |
| DTX 0774 | WAG 000060 - WAG 000063 | IDC NB and Monitor Data | | |
| DTX 0775 | WAG 000064 | Schedule 5 | | |
| DTX 0776 | WAG 000065 | Schedule 6.0 | | |
| DTX 0777 | WAG 000066 - WAG 000390 | Schedule 6.1 | | |
| DTX 0778 | WAG 000391 - WAG 000653 | Schedule 6.2 | | |
| DTX 0779 | WAG 000654 | Schedule 7.0 | | |
| DTX 0780 | WAG 000655 - WAG 001178 | Schedule 7.1 | | |
| DTX 0781 | WAG 001179 - WAG 001237 | Schedule 7.2 | | |
| DTX 0782 | WAG 001238 - WAG 001335 | Schedule 7.3 | | |
| DTX 0783 | WAG 001336 - WAG 002098 | Schedule 8 | | |
| DTX 0784 | WAG 002099 - WAG 002255 | Schedule 9 | | |
| DTX 0785 | WAG 002272 - WAG 002275 | Schedule 11 | | |
| DTX 0786 | WAG 002276 - WAG 002283 | Schedule 12.1 | | |
| DTX 0787 | WAG 002284 - WAG 002287 | Schedule 12.2 | | |
| DTX 0788 | WAG 002288 - WAG 002295 | Schedule 12.3 | | |
| DTX 0789 | WAG 002296 - WAG 002305 | Schedule 12.4 | | |
| DTX 0790 | WAG 002306 - WAG 002309 | Schedule 12.5 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0791 | WAG 002310 - WAG 002312 | Schedule 12.6 | | |
| DTX 0792 | WAG 002313 - WAG 002709 | CPT Source Documents Vol. 2 | | |
| DTX 0793 | WAG 002710 - WAG 003077 | CPT Source Documents Vol. 3 | | |
| DTX 0794 | WAG 003078 - WAG 003107 | Supply Chain by TFT-LCD Maker in the Note PC Market (Q1 '00) | | |
| DTX 0795 | WAG 003108 - WAG 003113 | Supply Chain by TFT-LCD Maker in the Notebook PC Market (Q2 '00) | | |
| DTX 0796 | WAG 003114 - WAG 003143 | TFT-LCD Value Chain for Notebook PCs (Q3 '00) | | |
| DTX 0797 | WAG 003144 - WAG 003151 | TFT LCD Value Chain for Notebook PCs (Q2 '01) | | |
| DTX 0798 | WAG 003152 - WAG 003189 | TFT LCD Value Chain for Notebook PCs (2001) | | |
| DTX 0799 | WAG 003190 - WAG 003226 | TFT LCD Value Chain for Notebook PCs (2002) | | |
| DTX 0800 | WAG 003227 - WAG 003260 | TFT LCD Value Chain for Notebook PCs (2003) | | |
| DTX 0801 | WAG 003261 - WAG 003278 | TFT LCD Value Chain for Notebook PCs (Q1 '04) | | |
| DTX 0802 | WAG 003279 WAG 003299 | TFT LCD Value Chain for Notebook PCs (Q2 '04) | | |
| DTX 0803 | WAG 003300 - WAG 003320 | TFT LCD Vaule Chain for Notebook PCs (Q3 '04) | | |
| DTX 0804 | WAG 003321 - WAG 003341 | TFT LCD Vaule Chain for Notebook PCs (Q4 '04) | | |
| DTX 0805 | WAG 003342 - WAG 003349 | TFT LCD Value Chain for Notebook PCs (Q1 '05) | | |
| DTX 0806 | WAG 003350 - WAG 003357 | TFT LCD Value Chain for Notebook PCs (Q2 '05) | | |
| DTX 0807 | WAG 003358 - WAG 003366 | TFT LCD Value Chain for Notebook PCs (Q3 '05) | | |
| DTX 0808 | WAG 003367 - WAG 003396 | TFT LCD Value Chain for Notebook PCs (Q2 01) | | |
| DTX 0809 | WAG 003397 - WAG 003426 | TFT LCD Value Chain for Notebook PCs (Q4 '00) | | |
| DTX 0810 | WAG 003427 - WAG 003465 | Supply chain by TFT-LCD maker in the LCD monitor market (Q1 '00) | | |
| DTX 0811 | WAG 003457 - WAG 003486 | Supply chain by TFT-LCD maker in the LCD monitor market (Q2 '00) | | |
| DTX 0812 | WAG 003487 - WAG 003516 | Supply chain by TFT-LCD maker in the LCD monitor market (Q3 '00) | | |
| DTX 0813 | WAG 003517 - WAG 003551 | TFT LCD Value Chain for Monitors (Q1 '01) | | |
| DTX 0814 | WAG 003552 - WAG 003587 | TFT LCD Value Chain for Monitors (Q2 '01) | | |
| DTX 0815 | WAG 003588 - WAG 003622 | TFT LCD Value Chain for Monitors (Q2 '01) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0816 | WAG 003623 - WAG 003657 | TFT LCD Value Chain for Monitors (Q1 '02) | | |
| DTX 0817 | WAG 003658 - WAG 003692 | TFT LCD Value Chain for Monitors (Q2 '02) | | |
| DTX 0818 | WAG 003693 - WAG 003727 | TFT LCD Value Chain for Monitors (Q3 '02) | | |
| DTX 0819 | WAG 003728 - WAG 003762 | TFT LCD Value Chain for Monitors (Q1 '03) | | |
| DTX 0820 | WAG 003763 - WAG 003789 | TFT LCD Value Chain for Monitors (Q2 '03) | | |
| DTX 0821 | WAG 003790 - WAG 003816 | TFT LCD Value Chain for Monitors (Q3 '03) | | |
| DTX 0822 | WAG 003817 - WAG 003843 | Q1 '04 Total | | |
| DTX 0823 | WAG 003844 - WAG 003870 | TFT LCD Value Chain for Monitors (Q2 '04) | | |
| DTX 0824 | WAG 003871 - WAG 003894 | TFT LCD Monitor Value Chain (Q3 '04) | | |
| DTX 0825 | WAG 003895 - WAG 003903 | LCD Monitor Value Chain (Q1 '05 Shipments) | | |
| DTX 0826 | WAG 003904 - WAG 003918 | LCD Monitor Value Chain (Q2 '05 Shipments) | | |
| DTX 0827 | WAG 003919 - WAG 003935 | LCD Monitor Value Chain (Q3 '05 Shipments) | | |
| DTX 0828 | WAG 003936 - WAG 003971 | TFT LCD Value Chain for Monitors (Q4 '00) | | |
| DTX 0829 | WAG 003972 - WAG 004006 | TFT LCD Value Chain for Monitors (Q4 '01) | | |
| DTX 0830 | WAG 004007 - WAG 004041 | TFT LCD Value Chain for Monitors (Q4 '02) | | |
| DTX 0831 | WAG 004042 - WAG 004083 | TFT LCD Monitor Value Chain (Q4 '04) | | |
| DTX 0832 | WAG 004084 - WAG 004103 | Q1 '05 LCD TV Value Chain | | |
| DTX 0833 | WAG 004104 - WAG 004123 | Q1 '05 LCD TV Value Chain | | |
| DTX 0834 | WAG 004124 - WAG 004145 | Q1 '05 LCD TV Value Chain | | |
| DTX 0835 | WAG 004146 - WAG 004153 | 2002 US LCD Market and WWW LCD Market | | |
| DTX 0836 | WAG 004154 | IDC WW Quarterly PC Tracker | | |
| DTX 0837 | WAG 004155 - WAG 001456 | IDC WW Quarterly PC Tracker | | |
| DTX 0838 | | www.lgphilips-lcd.com | | |
| DTX 0839 | | ESD PROGRAM MANAGEMENT: A Realistic Approach to Continuous Measurable Improvement in Static Control Second Edition Dangelmayer, G Theodore Chapter 5, "Economic Benefits: Seven Convincing Case Studies" Copyright 1999 Kluwer Academic Publishers | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0840 | | ESD PROGRAM MANAGEMENT: A Realistic Approach to Continuous Measurable Improvement in Static Control Second Edition Dangelmayer, G. Theodore Chapter 6, "Designed-In Protection and Product Testing" Copyright 1999 Kluwer Academic Publishers | | |
| DTX 0841 | | ESD PROGRAM MANAGEMENT: A Realistic Approach to Continuous Measurable Improvement in Static Control Second Edition Dangelmayer, G. Theodore "Glossary" Copyright 1999 Kluwer Academic Publishers | | |
| DTX 0842 | | ESD PROGRAM MANAGEMENT: A Realistic Approach to Continuous Measurable Improvement in Static Control Second Edition Dangelmayer, G. Theodore "References" Copyright 1999 Kluwer Academic Publishers | | |
| DTX 0843 | | Electrostatic Discharge Control McAteer, Owen J Chapter 12, "Design Techniques" Copyright 1990 R.R. Donnelley & Sons Company | | |
| DTX 0844 | | Electrostatic Discharge and Electronic Equipment: A Practical Guide for Designing To Prevent ESD Problems Boxleitner, Warren Copyright 1989 The Institute of Electrical and Electronics Engineers, Inc. | | |
| DTX 0845 | | Electrical Overstress/ Electrostatic Discharge Symposium Proceedings 1986 Copyright 1986 EOS/ESD Association and IIT Research Institute | | |
| DTX 0846 | | Electrical Overstress/ Electrostatic Discharge Symposium Proceedings 1983 Copyright 1984 Reliability Analysis Center | | |
| DTX 0847 | | Electrical Overstress/ Electrostatic Discharge Symposium Proceedings 1982 Copyright 1983 Reliability Analysis Center | | |
| DTX 0848 | | Electrical Overstress/ Electrostatic Discharge Symposium Proceedings 1980 Copyright 1981 Reliability Analysis Center | | |
| DTX 0849 | | The American Heritage Dictionary of the English Language, p. 1240 (1973) | | |
| DTX 0850 | | Longman English-Chinese Science & Technology Dictionary, p.1410-11 (1991) | | |
| DTX 0851 | LPLII 104725 - LPLII 104726 | Letter agreement signed by A. Mollo of McKenna Long & Aldridge and S Holmberg dated December 19, 2005 | | |
| DTX 0852 | LPLII 104727 - LPLII 104730 | Letter agreement signed by S. Jung of McKenna Long & Aldridge and S Holmberg and attachment dated February 27, 2006 | | |
| DTX 0853 | | (DX-006 Cho) Handwritten drawing | | |
| DTX 0854 | | All patents licenced under the Memorandum of Sales & Production Committee between Advanced Display Inc and Chunghwa Picture Tubes, Ltd. | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0855 | | All patents licenced under the License and Technical Assistance Agreement between Advanced Display Inc. and Chunghwa Picture Tubes, Ltd. dated April 24, 1997 | | |
| DTX 0856 | | All patents licenced under the Summary of Purchase Agreement between ADI and CPT | | |
| DTX 0857 | | All patents licenced under the Draft Supplementary Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd | | |
| DTX 0858 | | All patents licenced under the Supplementary Agreement 2 between Advanced Display Inc and Chunghwa Picture Tubes dated November 19, 1999 | | |
| DTX 0859 | | All patents licenced under the Amendment to Supplementary Agreement 2 and License and Technical Assistance Agreement dated October 18, 2001 | | |
| DTX 0860 | | All patents licenced under the License Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd. dated March 25, 2004 | | |
| DTX 0861 | | All patents licenced under the Amendment 2 to License and Technical Assistance Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0862 | | All patents licenced under the Amendment 3 to Supplementary Agreement 2 between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0863 | | All patents licenced under the Supplementary Agreement 3 between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 25, 2004 | | |
| DTX 0864 | | All patents licenced under the Technology Cooperation and License Agreement between Advanced Display Inc and Chunghwa Picture Tubes Ltd dated March 29, 2004 | | |
| DTX 0865 | | All patents licensed under the Patent License Agreement between Hitachi, Ltd., Hitachi Displays, and CPT dated January 1, 2003 | | |
| DTX 0866 | | All patents licensed under the Patent Sublicense Agreement between Hitachi and CPT dated January 1, 2003 | | |
| DTX 0867 | | All patents licenced under the Patent License Agreement between CPT and Sharp dated January 1, 2002 | | |
| DTX 0868 | | All patents licensed under the Patent License Agreement Re: Amorphous Silicon TFTs between Semiconductor Energy Laboratory, Co. and CPT dated March 8, 2004 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0869 | | (PX-048) Patent License Agreement between Mitsubishi Electric Corporation and CPT dated December 27, 2002 | | |
| DTX 0870 | CPT-D 033691 - CPT-D 033695 | Financial documents | | |
| DTX 0871 | CPT 185780 | Presentation | | |
| DTX 0872 | | (CAPX 157) U.S. Patent No. 5,835,139 | | |
| DTX 0873 | | (CAPX 158) U.S. Patent No. 5,926,237 | | |
| DTX 0874 | | (CAPX 159) U.S. Patent No. 6,002,457 | | |
| DTX 0875 | | (CAPX 160) U.S. Patent No. 6,020,942 | | |
| DTX 0876 | | (CAPX 161) U.S. Patent No. 6,373,537 | | |
| DTX 0877 | LPL 020850 - LPL 020858 | (CAPX 162) Document written in Korean | | |
| DTX 0878 | LPL 088831 - LPL 088848 | (CAPX 163) Document written in Korean | | |
| DTX 0879 | LPL 088849 - LPL 088869 | (CAPX 164) Document written in Korean | | |
| DTX 0880 | LPL 001804 - LPL 001833 | (CAPX 165) Side Mount Patent filed with European Patent Office | | |
| DTX 0881 | LPL 032696 - LPL 032722 | (CAPX 166) Document written in Korean | | |
| DTX 0882 | LPL 032723 - LPL 032724 | (CAPX 167) Document written in Korean | | |
| DTX 0883 | LPL 0002266 - LPL 0002268 | (CAPX 168) Patent Related documents | | |
| DTX 0884 | LPL 006417 - LPL 006422 | (CAPX 169) Patent relatd documents | | |
| DTX 0885 | CPT 256194 - CPT 256194 | (CAPX 170) Patent Recordation Form Cover Sheet | | |
| DTX 0886 | CPT 032771 - CPT 032790 | (CAPX 171) Document written in Korean | | |
| DTX 0887 | | (CAPX 172) Document written in Korean | | |
| DTX 0888 | MLA 002900 - MLA 002902 | (CAPX 173) Document written in Korean | | |
| DTX 0889 | MLA 003030 - MLA 003049 | (CAPX 174) Document written in Korean | | |
| DTX 0890 | MLA 002903 - MLA 002904 | (CAPX 175) Document written in Korean | | |
| DTX 0891 | LPL 027432 - LPL 027446 | (CAPX 176) Document written in Korean | | |
| DTX 0892 | CPT 032809 - CPT 032815 | (CAPX 177) Document written in Korean | | |
| DTX 0893 | | (CAPX 178) Letter from law firm of Viering, Jentschura and Patner | | |
| DTX 0894 | | (CAPX 179) Summons to Attend Oral Proceedings Pursuant to Rule 71 (1) EPC | | |
| DTX 0895 | LPL 0002179- LPL 0002181 | (CAPX 180) IBM Technical Disclosure Bulletin | | |
| DTX 0896 | LPL 0001799- | (CAPX 181) IBM Technical Disclosure Bulletin | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0897 | | (CAPX 182) 14.2" XGA (Ver 2) Technical Data AA142XB11 | | |
| DTX 0898 | LPL 010113- LPL 010143 | (NEC) Deposition Transcript of Ho Lee dated 10/19/00 | | |
| DTX 0899 | LPL 010396- LPL 010156 | (NEC) Deposition Word Index of Ho Lee dated 10/19/00 | | |
| DTX 0900 | LPL 010157- LPL 010193 | (NEC) Deposition Transcript of Ho Lee dated 10/20/00 | | |
| DTX 0901 | LPL 010194- LPL 010218 | (NEC) Deposition Transcript of Ho Lee dated 10/23/00 | | |
| DTX 0902 | LPL 011123- LPL 010227 | (NEC) Deposition Word Index of Ho Lee dated 10/23/00 | | |
| DTX 0903 | LPL 010228- LPL 010242 | (NEC) Deposition Transcript of Ho Lee dated 10/24/00 | | |
| DTX 0904 | LPL 011470- LPL 010248 | (NEC) Deposition Word Index of Ho Lee dated 10/24/00 | | |
| DTX 0905 | LPL 010417- LPL 010426 | (NEC 59) Document written in Korean | | |
| DTX 0906 | LPL 010427- LPL 010442 | (NEC 60) Notorial Certificate and Patent Purchase Agreement between Seiko and LG Electronics | | |
| DTX 0907 | LPL 010499 | (NEC 61) Patent No.: USP 4,624,737 | | |
| DTX 0908 | LPL 010450 | (NEC 62) USP 4,624,737 Process for Producing Thin-Film Transistor | | |
| DTX 0909 | LPL010451- LPL010465 | (NEC 63) Claim- Mitsubishi 12.1" Panel | | |
| DTX 0910 | LPL 010466- LPL 010494 | (NEC 64) US. Patent No. 4,470,667 | | |
| DTX 0911 | LPL 010495- LPL 010502 | (NEC 65) US. Patent No. 4,558,340 | | |
| DTX 0912 | LPL 010503- LPL 010510 | (NEC 66) US. Patent No. 4,404,731 | | |
| DTX 0913 | LPL 010511- LPL 010586 | (NEC 67) Letter from Jennifer Rehberg to John Feldhaus dated 10/17/00 re LGP document production | | |
| DTX 0914 | LPL 010587- LPL 010623 | (NEC 68) LG Phillips Responses to NEC's 2nd Set of Requests for Production (Nos. 32-96) | | |
| DTX 0915 | LPL 010624- LPL 010642 | (NEC 69) Document written in Korean | | |
| DTX 0916 | LPL 011133- LPL 011138 | (NEC 70) DOT Inversion Flicker in Korean | | |
| DTX 0917 | LPL 011139- LPL 011140 | (NEC 71) USP 4,624,737 Claim NEC Panel | | |
| DTX 0918 | LPL 011141- LPL 011215 | (NEC 72) Document written in Korean | | |
| DTX 0919 | LPL 011216 | (NEC 73) Assignment- Data Driver for Liquid Crystal Display | | |
| DTX 0920 | LPL 011217- LPL 011280 | (NEC 74) Document written in French | | |
| DTX 0921 | LPL 011281- LPL 011382 | (NEC 75) Document written in Dutch | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0922 | LPL 011383 | (NEC 76) Major Claim in US Patent No. 5,856,816 | | |
| DTX 0923 | LPL 011384- LPL 011399 | (NEC 77) Sharp LH168T Description | | |
| DTX 0924 | LPL 011400- LPL 011403 | (NEC 78) Claims of USP 5,856,816 | | |
| DTX 0925 | LPL 011477- LPL 011484 | (NEC 79) Document written in Japanese | | |
| DTX 0926 | LPL 011485- LPL 011486 | (NEC 80) Drawing Specification | | |
| DTX 0927 | LPL 011487 | (NEC 81) Drawing Specification | | |
| DTX 0928 | LPL 011488- LPL 011524 | (NEC 82) Reverse Engineering of the Hitachi HD66322 TFT-LCD Source Driver | | |
| DTX 0929 | LPL 011525- LPL 011558 | (NEC 83) Reverse Engineering of the Hitachi HD16715 TFT-LCD Source Driver | | |
| DTX 0930 | LPL 011559- LPL 011562 | (NEC 84) Toshiba Panel-Handwritten document in Japanese | | |
| DTX 0931 | LPL 011563- LPL 011592 | (NEC 85) NEC 12.1 SVGA Sample | | |
| DTX 0932 | LPL 011593- LPL 011627 | (NEC 86) Document written in Korean | | |
| DTX 0933 | | LG Philips LCD Co., Ltd. v Tatung (UK) Limited, et al (PATNo. 0402, Patents County Court): Particulars of Claim | | |
| DTX 0934 | CPT-D 045006 - CPT-D 045006 | Protection of MOS Integrated Circuits from Destruction by Electrostatic Discharge by Jack K. Keller, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 9-11, 1980) | | |
| DTX 0935 | CPT-D 045015 - CPT-D 045022 | On Chip Protection of High Density NMOS Devices by Terry V. Hullet, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 22-24, 1981) | | |
| DTX 0936 | CPT-D 045023 - CPT-D 045029 | Failure Analysis of Semiconductor Devices in EOS/ESD Testing by E L Horgan and T S Lin, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 22-24, 1981) | | |
| DTX 0937 | CPT-D 045030 - CPT-D 045036 | Evaluation of Electrostatic Discharge (ESD) Damage to 16K EPROMS by E W Chase, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 22-24, 1981) | | |
| DTX 0938 | CPT-D 045037 - CPT-D 045043 | Electrostatic Discharge (ESD) Damage Susceptibility of Thin Film Resistors and Capacitors by E W Chase, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 21-23, 1982) | | |
| DTX 0939 | CPT-D 045044 - CPT-D 045050 | Circuit Design for EOS/ESD Protection by Henry Domingos and Rajan Raghavan, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 21-23, 1982) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0940 | CPT-D 045051 - CPT-D 045055 | *In-Circuit Analysis of ESD Damaged Devices* by James P. Sauers, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (Sept 21-23, 1982) | | |
| DTX 0941 | CPT-D 045057 - CPT-D 045061 | *ESD Sensitivity of Complex ICS* by David Wilson and Martin Mariette, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1983) | | |
| DTX 0942 | CPT-D 045062 - CPT-D 045069 | *A Failure Analysis Methodology for Revealing ESD Damage to Integrated Circuits*, by RG Taylor, J. Woodhouse and P.R. Feasy, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1984) | | |
| DTX 0943 | CPT-D 045070 - CPT-D 045074 | *ESD in Semiconductor Wafer Proceedings - An Example* by Denis P. Renaud and Harlan W. Hill, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1985) | | |
| DTX 0944 | CPT-D 045075 - CPT-D 045079 | *ESD Design Considerations for ULSI* by C. Duvvury, R.N. Rountree, D.A. Baglee, R.A. McPhee, A.E. Hyslop and I.S. White, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1985) | | |
| DTX 0945 | CPT-D 045080 - CPT-D 045084 | *The Elimination of Electrostatic Discharge Failures from Silicon Gate Logic Technologies* by R. Wilcox and R.E. Doucette, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1985) | | |
| DTX 0946 | CPT-D 045085 - CPT-D 045094 | *An Experimental Investigation of ESD-Induced Damage to Integrated Circuits on Printed Circuit Boards* by R.N. Shaw and R.D. Enoch, Electrical Overstress/Electrostatic Discharge Symposium Proceedings (1985) | | |
| DTX 0947 | WAG 003116 - WAG 005140 | Financial documents | | |
| DTX 0948 | LPL 010409- LPL 010415 | (NEC 1) NEC Corporation's Second Rule 30(b)(6) Notice of Deposition | | |
| DTX 0949 | LPL 010416 | (NEC 9) Document written in Korean | | |
| DTX 0950 | LPL 010781- LPL 010790 | (NEC 11) Document written in Korean | | |
| DTX 0951 | LPL 010443- LPL 010448 | (NEC 12) Document written in Korean | | |
| DTX 0952 | MLA 003491- MLA 003505 | (NEC 95) Certificate of Mailing via U.S Express Mail from the US Patent and Trademark Office dated 06/30/98 | | |
| DTX 0953 | LPL 0002353- LPL 0002355 | (NEC 100) Identification of Person Malking this Disclaimer | | |
| DTX 0954 | | (NEC 113) Personal consultation with the applicant/representatives for application no 98 106 383.7 | | |
| DTX 0955 | | (NEC 116) US Patent No. 5,568,357 | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0956 | | (NEC 117) US Patent No. 5,479,285 | | |
| DTX 0957 | CPT 096289 - CPT 096295 | (NEC 147) Drawing Specification | | |
| DTX 0958 | LPL 025394 - LPL 025396 | Au Optronics website frontpage printout for various TFT LCD panels | | |
| DTX 0959 | LPL 025397 - LPL 25399 | Printout from California Secretary of State, corporate records re Au Optronics Corporation of America's index information | | |
| DTX 0960 | LPL 025400 - LPL 025406 | Business Wire, Inc.'s article entitled, "PixTech Announces Third Quarter 2001 Results." | | |
| DTX 0961 | LPL 025407 - LPL 025408 | Electronic Engineering Times' article, "Unipac buys PixTech stake for field-emission displays" | | |
| DTX 0962 | LPL 025409 | Financial Times Article - re Compal Obtains Order for 17-Inch LCD Monitors from Compaq | | |
| DTX 0963 | LPL 025410 | Hanstar Display website frontpage | | |
| DTX 0964 | LPL 025411 | Electronic Buyers' News article, "Unipac to make large-screen FPDs" | | |
| DTX 0965 | LPL 025413 | Taiwan Economic News article "Hannstar Display to Raise Capital of NT$ 6 Billion Next Spring" | | |
| DTX 0966 | LPL 025414 | Consumer Electronics article on HannStar Display's plans to perform back-end module assembly of low-temperature polysilicon TFT LADS for Toshiba. | | |
| DTX 0967 | LPL 025415 | Global News Wire's article, "Taiwan to Take TFT-LCD Orders Valued at NT$ 30 Billion" | | |
| DTX 0968 | LPL 025416 | Taiwan Economic News article "Sintek Obtains Huge Color Filter Orders from Hannstar" | | |
| DTX 0969 | LPL 025417 - LPL 025418 | Addresses of individual plants for Chunghwa Picture Tubes, Ltd. Around the world. | | |
| DTX 0970 | LPL 025419 - LPL 025420 | Taiwan Economic News article. "Japan Shifts TFT-LCD Production to Taiwan" | | |
| DTX 0971 | LPL 025421 - LPL 025426 | Company report - China Securities Auerbach Grayson - Tatung Company owns 70% of Chunghwa Picture Tubes specializing in 14", 15", and 17" CRTs. | | |
| DTX 0972 | LPL 025427 - LPL 025434 | Morphology of sputter deposited Al alloy films Elsevier Science S.A. article by Takashi Omishi, Eiji Iwamura, and Katsutoshi Takagi | | |
| DTX 0973 | LPL 025585 - LPL 025587 | Proceedings of the Society of Information Display publication - A TFT Addressed Liquid Crystal Color Display by M. Sugata, Y. Okubo, Y. Osada, and Y. Kasugayama (Canon Research Center) Japan Display 1983 Research Conference | | |
| DTX 0974 | LPL 025588 - LPL 025601 | Proceedings of the Society of Information Display publication - A TFT Addressed Liquid Crystal Color Display by M. Sugata, Y. Okubo, Y. Osada, and Y. Kasugayama (Canon Research Center) Japan Display 1983 Research Conference (complete article) | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0975 | LPL 025602 - LPL 025612 | Liquid Crystal Device having storage capacitors of increased capacitance and fabrication method therefor | | |
| DTX 0976 | LPL 025613 - LPL 025624 | Proceedings of the Society of Information Display publication - A TFT Addressed Liquid Crystal Color Display by M. Sugata, Y. Okubo, Y. Osada, and Y. Kasugayama (Canon Research Center) Japan Display 1983 Research Conference (complete article) | | |
| DTX 0977 | LPL 025630 - LPL 025633 | Letter dated April 9, 2003 from N. McCutheon to S. Miller of Riordan & McKinzie re LG.Philips LCD Co. Ltd's Patents | | |
| DTX 0978 | LPL 025669 | Letter dated November 20, 2002 from R. Chen to M. Bailey of CMO | | |
| DTX 0979 | LPL 025922 | Letter dated February 22, 2002 from F. Huang of CMO to Won-Jun Choi | | |
| DTX 0980 | LPL 025677 | Letter dated September 27, 2002 from Jeong-Hwan Lee to J. Chu of ViewSonic re LG. Philips LCD Co Ltd.'s Patents | | |
| DTX 0981 | LPL 025678 | Letter dated September 17, 2002 from Jeong-Hwan Lee to C.C Yao of Jean Co., Ltd. re LG. Philips LCD Co. Ltd.'s Patents | | |
| DTX 0982 | LPL 025679 | Letter dated September 17, 2002 from Jeong-Hwan Lee to J. Hsuan of AOC re LG.Philips LCD Co. Ltd.'s Patents | | |
| DTX 0983 | LPL 025680 | Letter dated September 17, 2002 from Jeong-Hwan Lee to D. Liao of Lite-On re LG Philips LCD Co. Ltd.'s Patents | | |
| DTX 0984 | LPL 025681 | Letter dated September 17, 2002 from Jeong-Hwan Lee to J. Chyi of Compal Electronics, Inc. re LG.Philips LCD Co. Ltd.'s Patents | | |
| DTX 0985 | LPL 025682 | Letter dated September 18, 2002 from Jeong-Hwan Lee to T. Nishida of NEC-Mitsubishi re LG Philips LCD Co. Ltd.'s Patents | | |
| DTX 0986 | LPL 025683 | Letter dated December 2, 2002 from Jeon-Hwan Lee to M. Dunne of Gateway re LG.Philips LCD Co Ltd.'s Patents | | |
| DTX 0987 | LPL 025684 | Letter dated December 17, 2002 from Jeong-Hwan Lee to T. Maghame re LG Philips LCD Co Ltd.'s Patents | | |
| DTX 0988 | LPL 025685 | Letter dated December 20, 2002 from Jeong-Hwan Lee to C.C Yao of Jean Co., Ltd | | |
| DTX 0989 | LPL 025686 | Letter dated January 3, 2003 from Jeong-Hwan Lee to D. Liao | | |
| DTX 0990 | LPL 25687 | Letter dated January 22, 2002 from Jeong-Hwan Lee to J. Chu of ViewSonic re LG Philips LCD Co. Ltd.'s Patents | | |
| DTX 0991 | LPL 25688 - LPL 25690 | Letter dated January 22, 2002 from R. Ranucci of ViewSonic to Jeong-Huan Lee re LG Philips LCD Co. Ltd.'s Patents | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 0992 | LPL 025691 | Letter dated February 5, 2003 from Jeong-Hwan Lee to J. Hsuan of AOC re LG Philips LCD Co. Ltd.'s Patents | | |
| DTX 0993 | LPL 025944 | Letter dated March 7, 2002 from Jeong-Hwan Lee to J.K. Chung of Chunghwa Picture Tubes, Ltd. | | |
| DTX 0994 | LPL 025945 | Letter dated March 7, 2002 from Hsiang-Kuei Chung to Jeong-Hwan Lee | | |
| DTX 0995 | LPL 025954 - LPL 025958 | Presentation dated April 16, 2002 re "USP 5,905,274 / Multi-layered structure" | | |
| DTX 0996 | LPL 025960 | Letter dated May 10, 2002 from Hsiang Kuei Chung to Jeong-Hwan Lee | | |
| DTX 0997 | LPL 025666 | Letter dated August 12, 2002 from Jeong-Hwan Lee to C C Yao re LG Philips LCD Co. Ltd.'s Patents | | |
| DTX 0998 | LPL 025667 | Letter dated August 12, 2002 from Jeong-Hwan Lee to J. Chu of ViewSonic re LG Philips LCD Co. Ltd.'s Patents | | |
| DTX 0999 | LPL 025668 | Letter dated August 12, 2002 from Jeong-Hwan Lee to W.K Lin of Tatung Co. re LG Philips LCD Co. Ltd.'s Patents | | |
| DTX 1000 | LPL 025964 | Facsimile dated May 13, 2002 from R.J. Chang of AUO to Won-Jun Choi | | |
| DTX 1001 | WAG 005141 - WAG 005537 | Source Documents Vol 2 | | |
| DTX 1002 | WAG 005538 - WAG 005909 | Source Documents Vol 3 | | |
| DTX 1003 | WAG 005906 - WAG 006129 | Source Documents Vol 4 | | |
| DTX 1004 | WAG 006130 - WAG 006200 | Source Documents Vol 5 | | |
| DTX 1005 | LPL 0000181 - LPL 0000199 | (DX-003 H Lee) LPL Slides | | |
| DTX 1006 | LPL 018449 - LPL 018454 | Exhibit 1 Claim Chart - US Patent No 6,373,537 | | |
| DTX 1007 | LPL 006719 - LPL006729 | Claim Chart | | |
| DTX 1008 | LPL 025634 - LPL 025660 | Gateway Flat Panel Display User's Guide (FPD 1530) | | |
| DTX 1009 | LPL 025662 - LPL 025664 | Patent Abstracts of Japan Publication No 09-233146 | | |
| DTX 1010 | LPL 025665 | *Taiwan TFT LCD Producers Plan to Raise Over NT $100 Billing in 2H to Finance 5G Line Construction*, Gloria Chen, Shih-wei Kao, DigiTimes.com (July 22, 2002) | | |
| DTX 1011 | | *Semiconductor Devices, Physics and Technology*, S.M. Sze, 2d (2002) | | |
| DTX 1012 | | (DX-301 Howard) Order dated June 13, 2006 | | |
| DTX 1013 | | (DX-156 Wagner) Expert Report of Cobb & Associates | | |

| Defendants' Trial Exhibit No. | Bates No. | Document Description | Objections | Admitted |
|---|---|---|---|---|
| DTX 1014 | | *Active Matrix Liquid Crystal Displays Fundamentals and Applications*, Willem den Boer, (2005) | | |