# EXHIBIT 2

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-292 (JJF) |
| v. | ) | |
| | ) | |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; and VIEWSONIC CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| DEPONENT | DATE | PAGE NUMBERS |
|---|---|---|
| BONNIE LOUISE UPHOLD | June 13, 2006 | 6:1-3<br>15:13-16:2<br>16:16-20<br>16:23-17:14<br>18:3-9<br>26:23-27:1<br>27:4-29:10<br>29:19-30:6<br>38:16-39:1<br>53:17-54:1<br>54:18-19<br>54:23-55:1 |
| | | 61:16-21<br>68:13-16<br>74:18-23<br>76:25-77:24<br>78:3-9<br>78:10-24 |

1

DM_US\8362736.v1

| | | |
|---|---|---|
| | | 81:15-82:3<br>95:23-96:5<br>96:11-15<br>96:19-24<br>120:1-2<br>120:10-121:14<br>121:15- 122:16<br>122:3-10<br>133:3-133:9<br>157:14-158:1<br>158:9-17<br>158:21-24<br>159:5-11<br>190:2-17<br>191:19-192:2<br>192:11-20<br>192:23-24<br>193:4-9<br>217:5-9 |
| HSI LING YANG | June 7, 2006 | 30:12-14<br>30:18-23<br>46:10-12<br>48:23-24<br>52:17-22 |
| ALAN CHENG CHEN SHIH | June 21, 2006 | 23:7-14<br>23:18-20<br>28:7-10<br>28:18-29:1<br>29:10-12<br>29:14<br>29:16-18<br>29:22-30:2<br>30:6-7; 20-22<br>31:17-32:6<br>49:4-11<br>49:13<br>49:15-19<br>49:21<br>53:8-18<br>56:9-10 |
| | | 56:13-14<br>57:3-6; 9-11 |
| CHEN CHAO TSAI | June 6, 2006 | 10:4-9<br>10:19-24<br>11:17-19<br>67:11-13 |

| | | |
|---|---|---|
| | | 67:16<br>98:21-24<br>99:2-12<br>99:15-21<br>100:2-7<br>100:9-18<br>116:1-3<br>116:6-10<br>145:8-10<br>145:13-21<br>145:23-146:7<br>146:13-15<br>146:17-19 |
| HANG-HUI HU | June 1, 2006 | 12:19-14:11<br>20:17-21:12<br>21:16-22:2<br>23:3-11<br>23:19-25:20<br>26:2-4<br>27:8-23<br>34:4-17<br>35:7-36:6<br>30:3-11<br>30:12-33 |
| TSE RONG LEE<br>(DAVID LEE) | June 21, 2006 | 10:4-11:21<br>14:21-15:6<br>20:9-14<br>34:24-35:19<br>36:20-27:15<br>38:5-8<br>64:16-65:1 |
| KUANG-LANG CHEN | June 8, 2006 | 5:19-24<br>6:20-25<br>7:8-11<br>13:7-22<br>14:1-4<br>14:6-16<br>15:5-16:1<br>16:12-17<br>18:7-12 |
| | | 20:8-11<br>20:18-24<br>21:20-22:3<br>22:19-24:10<br>24:17-25:1<br>27:15-21 |

| | | |
|---|---|---|
| | | 29:8-30:11<br>31:3-32:5<br>31:16-18<br>32:22-33:10<br>48:8-19<br>49:6-25<br>52:15-17<br>52:23-53:7<br>56:4-8<br>57:5-14<br>90:4-6<br>91:19-23 |
| **SONG K. JUNG** | July 14, 2005 | 14:23-15:2<br>15:12-19<br>16:15-20<br>19:19-20:9<br>23:6-8<br>23:12<br>23:14-25<br>41:10-44:21<br>45:7-9<br>47:12-50:12<br>50:16-51:5<br>51:8-52:6<br>52:9-55:11<br>55:14-56:6<br>57:12-23<br>58:23-60:24<br>61:4-7<br>62:9-63:21<br>63:24-66:25<br>96:23-97:1<br>117:21-123:16<br>123:19-128:23<br>120:4-121:10<br>129:23-132:11<br>138:12-144:15<br>144:22-145:1<br>145:13-16<br>145:19-147:14<br>148:13-151:25<br>152:2<br>152:15-23<br>154:9-156:2<br>157:22-163:5<br>163:7-164:17 |

DM_US\8362736 v1

| | | |
|---|---|---|
| | | 164:25-165:4<br>165:9-22<br>165:25-167:14<br>168:20-169:4<br>169:8-19<br>169:8-19<br>170:9-171:8<br>171:20-173:1<br>173:3-186:19<br>186:22-188:21<br>189:9-11<br>192:11-200:2<br>200:5-200:12<br>202:4-203:24<br>204:2-206:23<br>207:1-217:12 |
| SONG K. JUNG | August 4, 2005 | 230:10-239:15<br>244:13-16<br>253:4-21<br>255:2-6<br>257:10-15<br>258:11-15<br>263:3-264:5<br>285:19-286:5<br>293:4-15<br>293:18-294:15<br>294:18-295:4<br>298:14-299:8<br>328:3-334:3<br>335:2-336:4<br>336:7-13<br>336:16-337:1<br>337:4-339:1<br>339:5-6<br>339:8-341:16<br>341:19-342:4<br>342:7-345:22<br>349:7-350:11<br>354:11-358:8 |
| PAT CHANG | June 8, 2006 | 15:11-13<br>19:11-14<br>28:25-29:10<br>57:19-20<br>57:24-58:2<br>60:7-20<br>68:2-11 |

| | | 102:24-103:4 |
| --- | --- | --- |
| | | 103:6-11; 17-22 |
| TSYR-HUEY LIU (VINCENT) | June 1, 2006 | 23:9-15 |
| WON JUN CHOI | November 30, 2004 | 7:7-9; 19-21 |
| | | 15:24-16:17 |
| | | 19:13-20:17 |
| | | 20:22-21:2 |
| | | 21:15-23:8 |
| | | 26:20-23 |
| | | 27:5-18 |
| | | 48:2-4; 6 |
| | | 48:13-19 |
| | | 48:21-49:5 |
| | | 51:14-18 |
| | | 51:23-52:4 |
| | | 52:21-53:7 |
| | | 55:22-56:12 |
| | | 56:24-57:1 |
| | | 57:4-23 |
| | | 58:9-22 |
| | | 58:25-59:1 |
| | | 59:8-9 |
| | | 72:6-10 |
| | | 72:13-73:3 |
| | | 73:18-22 |
| | | 74:1-3; 17-20 |
| | | 74:24-75:5 |
| | | 75:8-15 |
| | | 75:20-76:3 |
| | | 76:10-14 |
| | | 83:7-9; 15-25 |
| | | 84:3-6 |
| | | 85:23-25 |
| | | 86:2-8 |
| | | 86:23-25 |
| | | 87:8-88:6 |
| | | 89:10-14 |
| | | 90:15-21 |
| | | 90:24-91:1 |
| WON JUN CHOI | December 1, 2004 | 136:23-137:1 |
| | | 206:24-207:4 |
| | | 207:1-4 |
| | | 207:7-8 |
| | | 207:10-16 |

6

| | | |
|---|---|---|
| | | 207:21-208:1<br>208:22-24<br>209:11<br>209:19-23<br>210:8-12<br>210:15-23<br>211:3-8<br>211:24-212:7<br>212:10-20<br>216:12-25<br>217:3-6<br>218:9-12<br>218:15-219:9<br>219:12-220:3<br>220:9-12<br>222:16-23<br>222:25-223:10<br>223:19-224:7<br>224:10-20<br>224:22-225:2<br>225:5-6<br>225:12<br>225:25-226:2<br>226:6-15<br>226:18-20<br>226:22-24<br>228:9-11<br>228:13-20<br>228:22-229:5<br>230:12-17<br>231:2-12<br>231:19-23<br>231:25-232:6<br>234:5-16 |
| WON JUN CHOI | July 29, 2005 | 281-282 |
| JEONG-HYUN KIM | November 2, 2000 | 123:16-124:2 |
| JEONG-HYUN KIM | November 3, 2000 | 157:4-158:5 |
| SAI CHANG-YUN | October 13, 2000 | 144:5-145:2<br>147:20-148:1 |
| WEI DONG SHEN | July 28, 2005 | 6:23-7:9<br>9:2-10:6<br>10:9-11:19<br>29:25-30:7<br>31:20-332:3<br>32:19-23 |

7

|  |  |  |
|---|---|---|
|  |  | 34:4-13<br>37:16-38:2<br>38:22-39:6<br>40:25-41:3<br>41:11-19<br>42:4-15<br>43:2-6<br>43:19-21<br>44:5-11<br>44:16-21<br>54:12-15<br>60:10-15<br>70:4-21<br>72:11-13<br>78:1-6<br>78:9-23<br>85:12-16<br>85:18<br>86:4-9<br>86:11 |
| EDMUND YUH | July 8, 2005 | 7:5-10<br>7:15-9:4<br>12:9-14<br>12:25-13:4<br>13:14-17<br>25:1-16<br>25:19-20<br>26:3-5<br>26:10-19<br>26:21-25<br>27:1-9<br>27:12<br>27:18-21<br>27:25<br>47:9-12<br>48:10-18<br>60:3-24<br>69:5-6<br>69:8-9<br>69:14-25 |
|  |  | 70:1-6<br>83:24-84:4<br>89:17-90:1<br>90:4-14<br>101:6-7<br>101:9-102:1 |

| | | |
|---|---|---|
| | | 102:16-19<br>124:16-19<br>138:19-21<br>138:24-25<br>140:5-8 |
| MICHELE B. BOVIO | July 22, 2004 | 7:12-8:8<br>11:1-6<br>15:13-15<br>15:22-16:5<br>31:10-13<br>31:20-32:5<br>32:12-16<br>33:6-13<br>35:21-36:11<br>41:17-42:13<br>43:14-44:10<br>55:11-56:3<br>62:4-6; 9-22<br>67:22-68:6<br>74:18-75:4<br>85:9-12<br>85:16-86:4<br>93:1-7<br>97:6-9<br>104:17-105:2<br>126:19-127:11<br>127:20-129:5<br>279:4-7; 15-19<br>284:16-21<br>285:3-20<br>286:10-17<br>287:2-5<br>287:21-22<br>288:5-289:1<br>293:5-18 |
| MICHELE B. BOVIO | October 10, 2005 | 435:5-436:6<br>436:9-21<br>436:25-439:10<br>440:17-441:5<br>492:13-493:14 |
| MICHELE B. BOVIO | October 11, 2005 | 499:8-25<br>503:9-16<br>556:13-25<br>557:8-17<br>558:5-17<br>560:3-12 |

9

| | | |
|---|---|---|
| | | 561:2-7<br>562:11-13<br>624:14-625:17 |
| MICHELE B. BOVIO | October 13, 2005 | 661:12-14<br>675:21-676:7<br>690:21-691:11<br>693:1-20<br>694:16-25<br>695:4-17<br>697:23-698:4<br>698:18-700:4<br>700:10-14<br>700:19-702:18<br>703:1-22<br>717:1-4<br>718:13-21<br>719:2-11<br>719:25-721:13<br>721:20-25<br>722:4-723:3<br>726:12-727:4<br>727:25-728:2<br>728:5-21<br>729:2-14<br>733:4-7<br>733:9-15<br>733:17-734:3<br>734:19-735:7<br>735:16-736:13<br>737:5-738:17<br>738:19-739:7<br>739:9-13<br>740:19-741:4<br>745:15-21<br>746:21-747:18<br>748:21-751:17<br>751:19-752:9<br>752:15-753:6<br>774:7-9;11-12<br>774:23-775:3 |
| | | 774:13-19<br>774:21<br>798:8-790:2<br>809:20-810:10<br>817:17-818:22<br>818:6-820:9 |

10

| | | |
|---|---|---|
| | | 819:12-820:9<br>865:10-13<br>865:16-866:2 |
| MICHELE B. BOVIO | October 14, 2005 | 963:17-25 |
| CHING YI CHANG | July 28, 2005 | 6:13-7:6<br>7:10-7:21<br>10:9-11:1<br>11:14-12:3<br>12:6-14:0<br>14:24-15:2<br>16:5-16:25<br>22:9-15<br>22:17-23:2<br>25:8-9<br>25:11-26:5<br>37:9-25<br>39:2-5<br>45:23-46:6<br>46:13-15<br>47:24-48:9<br>48:24-49:2<br>49:11<br>50:5<br>51:10<br>51:17-18<br>52:8<br>52:15<br>63:2-3<br>63:12-64:1<br>64:3-7<br>64:10-65:2<br>65:5-66:2<br>71:20-25<br>72:12-17<br>119:25-120:25 |
| CHING YI CHANG | July 29, 2005 | 144:2-16<br>147:17-21<br>148:2-10<br>148:21-150:12<br>150:16-151:2<br>151:17-152:9<br>155:8-13<br>155:15-156:8<br>156:12-25<br>157:4-10<br>157:21-159:12 |

| | | |
|---|---|---|
| | | 159:24-160:3<br>161:23-162:3<br>166:16-167:6<br>167:19-20<br>168:3-25<br>169:3-5<br>169:24-170:2<br>172:4-173:3<br>173:14-174:18<br>174:25-175:16<br>176:3-177:15<br>183:2-8<br>183:12-13<br>185:24-186:2<br>186:9-25<br>187:6-9<br>187:21-23<br>187:25-188:11<br>190:19-191:3<br>194:22-195:1<br>195:4-9<br>195:12-196:6<br>196:21-197:11<br>197:14<br>198:11-18<br>198:24-199:12<br>199:18-200:14<br>224:24-225:4<br>225:10-17<br>225:19-226:1<br>226:7<br>240:14-16<br>240:19-25<br>241:2-14<br>242:2-4<br>242:6 |
| GEN YAR CHEN<br>(FREDDY CHEN) | July 20, 2005 | 7:4-12<br>8:11-12<br>8:21-9:5<br>9:10-16 |
| | | 9:18-19<br>9:23-25<br>12:25-14:4<br>39:14-15<br>39:18-25<br>40:2 |

|  |  | 60:18-20<br>60:22<br>78:23<br>78:25-79:3<br>79:8-17<br>79:20-21<br>80:21-22<br>80:25<br>81:24-82:3<br>82:5-17<br>82:22-83:10 |
|---|---|---|
| CHRISTINA TSOU | July 21, 2005 | 7:22-8:13<br>8:15-16<br>8:19<br>9:10-13<br>9:17-22<br>10:8-9<br>11:12-12:16<br>15:14-16<br>16:2-4<br>16:18-19<br>16:24-25<br>17:5<br>17:12<br>17:17<br>17:22-23<br>18:9-13<br>18:19-4<br>21:5-25<br>23:21-23<br>24:9-16<br>53:25-54:9<br>54:22-23<br>55:1-22<br>56:4-8<br>56:11<br>60:9-18<br>61:1-17<br>67:5-7<br>67:9 |
|  |  | 73:2-4<br>73:6<br>78:21-79:7<br>90:12-14<br>90:20-91:11<br>91:18-25 |

13

| | | |
|---|---|---|
| | | 92:1-94:9<br>94:12-13<br>95:5-25<br>96:2-23<br>97:1<br>99:14-100:1<br>100:3-12<br>100:21-102:16<br>103:1-104:21<br>106:3-107:17<br>107:19-24 |
| CHRISTINA TSOU | July 22, 2005 | 118:25-119:12<br>123:10-18<br>126:6-7<br>126:12-128:18<br>129:2-3<br>130:6-132:8<br>132:13-25<br>133:2-25<br>134:25-137:3<br>137:14-22<br>138:3-12<br>138:15-139:2 |
| SCOTT H. HOLMBERG[1] | June 15, 2006 | 5:1-12<br>7:6-9:24<br>10:1-11:9<br>18:11-19:7<br>19:24-20:18<br>20:24-21:14<br>23:13-24:12<br>24:18-23<br>24:25-25:10<br>26:3-29:5<br>29:20-30:21<br>32:21-33:7<br>33:8-10<br>33:12-24<br>34:1-35:17<br>38:22-39:5<br>39:23-25<br>40:2-42:8 |

---

[1] CPT has filed an in limine motion to exclude any reference to or introduction into evidence of late produced documents, including Honeywell documents HON-D 0158-0166. In the event this motion is not granted, CPT reserves the right to additionally designate excerpts of this transcript including without limitation 94:12-22 and 56:10-18.

DM_US\8362736 v1

| | | |
|---|---|---|
| | | 43:6-19 |
| | | 43:22-46:5 |
| | | 46:12-16 |
| | | 47:4-7 |
| | | 47:22-48:1 |
| | | 49:8-9 |
| | | 49:11-25 |
| | | 50:7-51:15 |
| | | 52:1-5 |
| | | 52:15-18 |
| | | 53:19-55:19 |
| | | 56:2-58:1 |
| | | 58:14-59:7 |
| | | 60:4-61:14 |
| | | 64:14-22 |
| | | 69:23-71:3 |
| | | 71:6-8 |
| | | 72:2-10 |
| | | 72:18-23 |
| | | 72:25-73:4 |
| | | 73:13-76:5 |
| | | 76:10-16 |
| | | 81:8-16 |
| | | 81:19-24 |
| | | 82:1-83:10 |
| | | 83:13-23 |
| | | 84:1-85:3 |
| | | 85:18-86:6 |
| | | 86:9-20 |
| | | 86:23-88:17 |
| | | 88:19-89:1 |
| | | 89:3-13 |
| | | 89:18-25 |
| | | 90:13-91:1 |
| | | 91:9-11 |
| | | 91:16-92:1 |
| | | 92:3-6 |
| | | 93:17-94:2 |
| | | 98:6-100:2 |
| | | 100:10-14 |
| | | 100:16-101:14 |
| | | 101:22-25 |
| | | 104:4-106:24 |
| | | 107:11-108:2 |
| | | 108:4-11 |
| | | 108:14-24 |

DM_US\8302736 v1

| | | |
|---|---|---|
| | | 109:2-7 |
| | | 109:10-12 |
| | | 109:19-111:13 |
| | | 111:15-112:1 |
| | | 112:4-18 |
| | | 112:20-113:14 |
| | | 113:17-114:1 |
| | | 115:7-22 |
| | | 115:24-25 |
| | | 116:4-117:22 |
| | | 118:1-5 |
| | | 118:11-119:8 |
| | | 119:11-16 |
| | | 120:1-11 |
| | | 120:13-14 |
| | | 120:17-24 |
| | | 121:2-8 |
| | | 121:11-14 |
| | | 121:16-23 |
| | | 121:25-122:2 |
| | | 123:1-10 |
| | | 123:13-124:9 |
| | | 129:21-130:11 |
| | | 130:13-24 |
| | | 131:1-133:5 |
| | | 133:8-24 |
| | | 134:1-137:8 |
| | | 137:10-25 |
| | | 138:6-22 |
| | | 139:3-140:9 |
| | | 166:7-21 |
| | | 166:24-168:14 |
| | | 169:21-25 |
| | | 170:5-172:13 |
| | | 172:15-173:15 |
| | | 173:18-174:5 |
| | | 174:7-11 |
| | | 174:18-175:4 |
| | | 175:6-9 |
| | | 175:11 |
| | | 175:15-19 |
| | | 177:25-178:3 |
| | | 178:5-19 |
| | | 178:23-179:9 |
| | | 179:20-182:18 |
| | | 183:23-25 |

| | | |
|---|---|---|
| | | 184:19-185:13<br>185:25-186:5<br>189:20-190:1<br>190:13-18<br>190:24-191:8<br>193:9-19<br>194:1-4<br>194:9-25<br>196:6-10<br>198:1-3<br>199:20-201:3<br>201:16-20<br>201:25-202:2<br>202:7-9<br>202:12-210:12 |
| ROBERT C. FRAME | July 16, 2004 | 4:22-24<br>8:10-18<br>16:13-17:3<br>17:22-18:6<br>18:23-19:9<br>19:19-20:14<br>21:15-23<br>22:13-24<br>24:13-25:3<br>69:20-70:8<br>75:14-18<br>76:22-77:2<br>77:8-15<br>87:13-89:10<br>90:6-14<br>118:10-16<br>132:16-21<br>133:15-134:1<br>134:7-12<br>153:21-154:1<br>154:9-12<br>155:4-8<br>155:20-157:5<br>157:8-15 |
| ROBERT C. FRAME | July 28, 2005 | 7:1-12<br>8:19-9:4<br>19:16-24<br>22:11-13<br>22:18<br>24:19-25:12<br>56:14-22 |

17

| | | |
|---|---|---|
| | | 56:24-57:2<br>178:21-179:23<br>193:7-194:2<br>194:4-7<br>194:9-15<br>195:22-196:3<br>196:5-11<br>196:13-17<br>196:19-197:5<br>197:7-10<br>197:12-24<br>202:11-22<br>202:24-203:8<br>203:10-22<br>203:24-204:2<br>207:16-19<br>207:23-208:2<br>216:23-217:7<br>219:13-16<br>219:19-220:1<br>224:13-14<br>224:17-225:17<br>225:20-226:1 |
| CHIEN KUO HE | May 23, 2006 | 52:2-53:1<br>53:3-20<br>63:5-20<br>97:1-100:15<br>101:15-25<br>102:14-103:4<br>110:25-111:8<br>111:19-112:3<br>113:20-114:13<br>124:8-14 |
| CHIEN KUO HE | May 24, 2006 | 188:6-189:13<br>190:19-191:6<br>263:2-12<br>285:22-292:5<br>294:2-295:11 |
| YOUNG-UN BANG | April 11, 2005 | 67-68 |
| YOUNG-UN BANG | April 12, 2005 | 325:13-326:11<br>330:19-331:3<br>334:2-11 |
| JIN-KWAN CHOI | July 21, 2005 | 41<br>101-102<br>138:17-139:12<br>139:20-140:15 |

| | | |
|---|---|---|
| | | 141:6-16<br>141:25-142:7<br>142:22-143:6<br>143:11-19<br>144:19-145:17<br>147:22-148:14<br>149:4-23 |
| JUNG JEN CHIEN<br>(ERIC CHIEN) | July 14, 2005 | 8:3-11<br>8:20-24<br>9:21-10:19<br>10:24-11:3<br>12:12-16<br>14:5-18<br>15:11-16:8<br>41:17-19<br>43:9-16<br>47:13-48:7<br>48:9-49:5<br>49:15-21<br>50:7-16<br>50:21-51:9<br>62:18-63:3<br>63:5-65:8<br>82:16-24 |
| JUNG JEN CHIEN<br>(ERIC CHIEN) | July 15, 2005 | 109:1-9<br>112:10-13<br>117:23-118:5<br>134:11-135:2<br>146:11-147:1<br>149:12-17<br>150:22-151:2<br>151:3-152:1<br>154:21-155:4<br>162:20-163:15<br>178:10-179:7<br>182:15-17 |