# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ROBERT W. WHETZEL
DIRECTOR

DIRECT DIAL NUMBER
302-651-7634
WHETZEL@RLF.COM

July 10, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: **Jury Questionnaire**
**L.G. Philips LCD Co. Ltd. v. Tatung Company et. al.,**
**C.A. No. 05-292 (JJF)**

Dear Judge Farnan:

During the pre-trial conference on July 7, 2006, the Court requested that the parties discuss and agree upon a proposed jury questionnaire. Attached as Exhibit A is a set of questions the parties have agreed upon. Attached as Exhibit B is a set of questions the parties could not agree upon. The parties respectfully request that Your Honor decide which questions from Exhibit B should be presented to the jury.

If Your Honor has any questions regarding this matter, the parties remain available at the Court's convenience.

Respectfully,

Robert W. Whetzel

RWW/mxk

cc: Richard D. Kirk, Esquire (By Electronic Filing and Hand Delivery)
   Gaspare J. Bono, Esquire (By e-mail)

RLF1-3035478-1

# EXHIBIT A

# Juror Questionnaire
## Delaware Federal Court
### July 2006

**Thank you** for coming to court as a potential juror! In order to select a jury, the judge and the people involved in the case need to know something about you so that they can select jurors who are able to be fair to both sides

Everyone has attitudes and opinions that are shaped by their life experiences. Sometimes these experiences can make it difficult to look at a certain issue in an unbiased and unemotional way. As a juror, you must return a verdict based on the law and on the facts proved in court, not on emotion or on other views not supported by the evidence. The judge will give you instructions on the law and on how you should go about deciding the case. You must listen to and follow the judge's instructions.

The questions on this form are designed to help the court and the lawyers learn something about your background and your views on issues that may be related to this case. The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror. If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so.

*PLEASE PRINT ALL YOUR ANSWERS. IF THERE IS NOT ENOUGH ROOM TO ANSWER COMPLETELY, THERE IS SPACE TO CONTINUE ON THE LAST PAGE OF THIS QUESTIONNAIRE.*

| 1. Juror # | 2. Full Name: | Age: _____ |
|---|---|---|

| | |
|---|---|
| 3. Your highest level of education completed:<br>____ Grade school or less<br>____ High school graduate<br>____ Some college or AA degree<br>(major): _____<br>____ Technical or vocational school<br>(major): _____<br>____ College graduate<br>(major): _____<br>____ Post graduate study<br>(major & degree): _____ | 4. Have you or has anyone close to you had training or work experience in any of the following: (Check all that apply)<br>____ Electrical Engineering<br>____ LCD monitors<br>____ Computer design<br>____ Integrated Circuit Design/Manufacturing<br>____ Mechanical Engineering<br>____ Product Development/Design<br>____ Law<br>IF YES to any, please explain: |
| 5. Have you ever been a plaintiff in a civil lawsuit?<br>____ Yes    ____ No    IF YES, please describe: | 6. Have you ever been a defendant in a civil lawsuit?<br>____ Yes    ____ No    IF YES, please describe: |
| 7. Have you, or has someone close to you, ever applied for or obtained a patent or trademark?<br>____ Yes    ____ No    IF YES, please explain: | 8. Do you have any disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?    ____ Yes    ____ No<br>IF YES, please explain: |

*I swear that all the foregoing is true and correct, and that I completed this questionnaire without any assistance.*
SIGNATURE AND DATE:

_____

# EXHIBIT B

# Juror Questionnaire
## Delaware Federal Court
July 2006

**Disputed Questions**

1. Is English your first language?
   ___ Yes ___ No
   IF NO, what is?

2. What language(s) other than English do you speak (if any)?

3. With regard to your home:
   ___ Own     ___ Rent
   ___ Live with others, do not pay rent

4. Do you have friends and/or relatives who are Korean, Chinese and/or Taiwanese? Check all that apply.
   ___ No     ___ Korean     ___ Chinese     ___ Taiwanese

5. Your present employment status (check all that apply) ___ Employed full time ___ Employed part time
   ___ Do not work outside the home    ___ Self employed         ___ Working more than one job
   ___ Temporarily laid off            ___ Retired in ___(year)  ___ Unemployed, looking for work
   ___ Unemployed, not looking for work ___ Part-time student    ___ Full-time student

6. Have you or a family member ever been a member of a union?
   ___ Yes    ___ No

7. Does you job involve supervising other people?
   ___ Yes    ___ No
   IF YES, approximately how many? ___

8. Have you ever made a claim for any of the following?
   Disability              ___ Yes   ___ No
   Workers' Compensation   ___ Yes   ___ No
   Bankruptcy              ___ Yes   ___ No

9. How many times have you served on a jury?
   ___ 0   ___ 1   ___ 2   ___ More than 2

10. What kinds of cases did you hear?
    ___ Civil   ___ Criminal   ___ Both Civil and Criminal

11. In how many cases did the jury reach a verdict? ___

12. In how many cases did you serve as foreperson? ___

13. Was your jury experience positive or negative?
    ___ Positive   ___ Mixed   ___ Negative

14. What is your primary (most important) source of news?
    ___ TV          ___ Friends
    ___ Radio       ___ Internet
    ___ Newspaper   ___ None, I don't follow the news

15. Have you ever served as a juror in an intellectual property infringement lawsuit?
    ___ Yes    ___ No
    IF YES, indicate the type(s) of lawsuit or lawsuits below:
    ___ Patent Infringement      ___ Trademark Infringement
    ___ Copyright infringement   ___ Trade Secret
    ___ Misappropriation         ___ Other

16. What is your primary political affiliation?
    ___ Republican   ___ Independent
    ___ Democrat     ___ Other        ___ None

17. How frequently do you discuss political issues?
    ___ Frequently     ___ Seldom
    ___ Occasionally   ___ Never

18. Do you feel that a company that is sued should have to prove that it has done nothing wrong?
    ___ Yes, definitely   ___ Yes, probably   ___ No

19. Have you, or has anyone close to you, ever worked for a company that designed products which later became patented?    ___ Yes    ___ No
    IF YES, please explain:

20. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?
    ___ Yes   ___ No   IF YES, please explain:

21. Do you have any views about how easy or difficult it is to get a patent?
    ___ Yes    ___ No    IF YES, please explain:

22. Have you ever worked for a company or individual who has been involved in a patent dispute?
    ___ Yes   ___ No

23. How likely do you think that it is that the U.S. Patent Office makes mistake in awarding patents?
    ___ Very likely       ___ Not very likely
    ___ Somewhat likely   ___ Not at all likely

| | |
|---|---|
| 24. Do you have any personal opinions or beliefs that would prevent them from recognizing and protecting intellectual property, including patents?<br>____ Yes    ____ No    IF YES, please explain: | 25. Does any member of the panel have any feelings either for or against corporations that would affect your role as a juror?<br>____ Yes    ____ No    IF YES, please explain: |
| 26. How important are experts in helping you to decide when you are faced with an important decision about what is right and wrong?<br>____ Very important    ____ Not very important<br>____ Somewhat important    ____ Not at all important | 27. Have you ever worked for a company that was unfairly harmed by a business competitor?<br>____ Yes    ____ No |
| 28. Do you think that business executives from Taiwan have higher, lower, or the same standards for business ethics as American business executives?<br>____ Higher    ____ Lower    ____ The Same | 29. Do you think that business executives from Korea have higher, lower, or the same standards for business ethics as American business executives?<br>____ Higher    ____ Lower    ____ The Same |
| 30. How much do you agree or disagree with the following statement? "It is a good idea that patents protect an inventor from competition for many years to come."<br>____ Strongly Disagree    ____ Somewhat Agree<br>____ Somewhat Disagree    ____ Strongly Agree | 31. How much do you agree or disagree with the following statement? "An important function of juries in America is to send messages to corporations to improve their behavior."<br>____ Strongly Disagree    ____ Somewhat Agree<br>____ Somewhat Disagree    ____ Strongly Agree |
| 32. How much do you agree or disagree with the following statement? "Patents on new inventions only serve to raise consumer prices on the resulting products."<br>____ Strongly Disagree    ____ Somewhat Agree<br>____ Somewhat Disagree    ____ Strongly Agree | |