# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ROBERT W. WHETZEL
DIRECTOR

DIRECT DIAL NUMBER
302-651-7634
WHETZEL@RLF.COM

July 10, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    L.G. Philips LCD Co. Ltd. v. Tatung Company et. al.,
             C.A. No. 05-292 (JJF)

Dear Judge Farnan:

    We write in brief response to plaintiff's letter of earlier today regarding the amount of time to be allocated for the presentation of proofs at trial. Defendants' maintain their position that the time allocation proposed in my letter of earlier today is fair and reasonable under the circumstances of this case.

    We disagree strongly with plaintiff's suggestion that counsel will expand its proof at trial to fill all available time. Defendants are striving to present a concise and streamlined case, in light of the challenges presented by the foreign language and translation issues, and the fact that plaintiff has pursued claims against four separate defendants. Each of the four defendants has a right to be heard at trial, and unduly shortening the amount of time allocated to defendants for proof at trial could effectively prevent one or more of the defendants from the opportunity to call a witness.

    In the discovery phase of this case, plaintiff insisted on an expanded amount of time for depositions of defendants, since there were four defendants in the case. LPL was afforded four times what defendants were allowed based on the number of parties. Now, at trial, the same

RLF1-3035547-1

The Honorable Joseph J. Farnan, Jr.
July 10, 2006
Page 2

principle warrants affording each of the defendants a full and fair opportunity to be heard at trial - and if that results in a greater time allotment to defendants, plaintiff should not be heard to complain.

Respectfully,

Robert W. Whetzel

RWW/lmg

cc: Richard D. Kirk, Esquire (By Electronic Filing and Hand Delivery)
    Gaspare J. Bono, Esquire (By e-mail)

RLF1-3035547-1