IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-292-JJF |
| | : |
| TATUNG COMPANY, TATUNG COMPANY | : |
| OF AMERICA, INC., CHUNGWHA | : |
| PICTURE TUBES LTD., and | : |
| VIEWSONIC CORP., | : |
| | : |
| Defendants. | : |

<u>**O R D E R**</u>

WHEREAS, the Court conducted a Pretrial Conference in this matter on Friday, July 7, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The decisions rendered by the Court at the July 7, 2006 Pretrial Conference as recorded in the transcript are SO ORDERED;

2. The Court will conduct an evidentiary hearing on the issue of Chinese language interpretation on **Wednesday, July 12, 2006, at 10:00 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Each side will have one (1) hour to present its evidence.

<u>July 11, 2006</u>                                 /s/ Joseph J. Farnan Jr.
      DATE                                      UNITED STATES DISTRICT JUDGE