# EXHIBIT A

REDACTED

# EXHIBIT A

REDACTED

# EXHIBIT B

# 英漢雙解科技大辭典

# Longman English-Chinese Science & Technology Dictionary

共收詞目 **45000** 條

# 朗文英漢雙解
# 科技大辭典

# LONGMAN ENGLISH-CHINESE
# SCIENCE AND
# TECHNOLOGY DICTIONARY

主編
Professor PETER M.B. WALKER, CBE, FRSE



LONGMAN 朗文

English edition © W & R Chambers Ltd 1991
First Published (as *Chambers's Technical Dictionary*) 1940
Bilingual edition © Longman Asia Limited 1994
© Tsinghua University Press 1994

版權所有　朗文出版亞洲有限公司 1994
　　　　　清華大學出版社 1994

Longman Asia Limited
18/F., Cornwall House
Taikoo Place
979 King's Road
Quarry Bay
Hong Kong
Tel: 811 8168
Fax: 565 7440
Telex: 73051 LGHK HX

朗文出版亞洲有限公司
香港鰂魚涌英皇道 979 號
太古坊康和大廈十八樓
電話：811 8168
圖文傳真：565 7440
電傳：73051 LGHK HX

Original title: Chambers Science and Technology Dictionary
W & R Chambers Ltd

English-Chinese edition first published in 1994
Jointly by Longman Asia Limited and Tsinghua
University Press

ISBN 962 359 443 7 (Cased)

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the Publishers.

本書任何部分之文字及圖片，如未獲得本社之書面同意，不得用任何方式抄襲、節錄或翻印。

（本書如有缺頁、破損或裝訂錯誤，請寄回本公司更換）

Produced by Longman Asia Ltd
Printed in Hong Kong
SWT/01

Electrical resistance may vary with temperature, polarity, field illumination, purity of materials etc SI unit is the ohm. Reciprocal of *conductance*. See impedance, reactance, Ohm's law. 電阻，聲阻 電場及聲場中阻抗的實部，跟能量的存儲相反，特徵為能量的耗散．電阻可隨溫度、極性、場照度、材料純度等改變．SI 單位是歐姆．電導的倒數．見 impedance, reactance, Ohm's law．

**resistance box** *(Elec Eng )*. One containing carefully constructed and adjusted resistors, which can be introduced into a circuit by switches or keys. At higher frequencies there are disturbing inductive and capacitive effects which complicate measurements using resistance boxes, but which are mitigated by suitable design. The boxes are then described as *nonreactive*. 電阻箱 裝有精細製造和可調的電阻器的箱子，可通過開關或電鍵接入電路．在高頻下存在電感和電容效應的干擾使得利用電阻箱的量測結果複雜化，但這些可以通過適當的設計來減輕，因此這種電阻箱被稱為是無電抗電阻箱．

**resistance butt-seam welding** *(Elec Eng )*. Resistance welding process in which co-axial roller electrodes conduct current to the edges of the seam to be joined, the mechanical pressure being applied independently. Extensively used in tube-making from strip 電阻對線焊，電阻對頭熔接 一種電阻焊接方法，用同軸滾筒電極將電流導向接合縫處，另外對焊縫加上機械壓力使之對接．廣泛用於將鋼帶製成鋼管．

**resistance butt-welding** *(Elec Eng )* A resistance welding process in which the two parts to be joined are butted together. See resistance butt-seam welding, resistance flash-welding, resistance upset-butt welding. 電阻對焊 將需要焊接的兩部分對接在一起的電阻焊過程．見 resistance butt-seam welding, resistance flash-welding, resistance upset-butt welding．

**resistance-capacitance coupling** *(Elec Eng )* That in which signal voltages developed across a load resistance are passed to the subsequent stage through a d.c. blocking capacitor. 阻容耦合 指負載電阻上的信號電壓通過隔直電容得到下一級的耦合方式．

**resistance-capacitance oscillator** *(Elec Eng )* One producing a sine waveform of frequency determined by phase shift in a resistance-capacitance section of an artificial line. 阻容振盪器 產生正弦波形的一種振盪器，其頻率取決於模擬線路的電阻電容部分的相位移．

**resistance coupling** *(Elec Eng )* See direct coupling 電阻耦合 見 direct coupling．

**resistance drop** *(Elec Eng )* Voltage drop produced by a current flowing through the resistance of a circuit; equal to product of current and effective resistance. 電阻電壓降 電流流過電路的電阻時所產生的電壓降，它等於電流和有效電阻的乘積．

**resistance-flash welding** *(Elec Eng )* A resistance welding process in which an arc is struck and maintained between the parts until the correct temperature is attained, after which the current is cut off and the parts are forced together by mechanical pressure. Also *flash-butt welding*. 電阻閃光焊，電阻內燃熔接 一種電阻焊接方法，電弧在兩焊接部分之間觸發並持續到獲得合適的溫度，然後切斷電流將兩部分用機械力壓到一起．又稱閃光對焊．

**resistance frame** *(Elec Eng )* A frame containing a number of resistors connected to a multiple-contact switch at the top, so that any desired number of them can be included in the circuit in which the frame is connected. 電阻架 裝有許多電阻器的框架，電阻器與框架頂上的多觸頭開關連接，因而可以將任一數量要求的電阻器接入與框架相連接的電路中．

**resistance furnace** *(Elec Eng )* See resistance oven. 電阻爐 見 resistance oven．

**resistance grid** *(Elec Eng )* A resistance unit generally used for heavy currents Made up of a cast-iron grid designed so that current enters one end and passes through all the sections in series, before leaving at the other end. 柵形電阻器 通常用於大電流的電阻器，由鑄鐵製成網柵狀，設計得使電流由一端進入流經整個網柵的各部分然後從另一端流出．

**resistance lap-welding** *(Elec Eng )* A resistance welding process in which the two parts to be joined overlap one another. See resistance seam-welding, resistance spot-welding and resistance stitch-welding 電阻搭焊 兩個待接合的部分相互搭接的一種電阻焊方法．見 resistance seam-welding, resistance spot-welding, resistance stitch-welding．

**resistance noise** *(Electronics)* Same as thermal noise. 電阻噪聲 同熱噪聲．

**resistance oven** *(Elec Eng )* An oven in which the heating is carried out by means of heating resistors Also a *resistance furnace* 電阻爐 藉加熱電阻器來供熱的一種爐子．亦作 *resistance furnace*．

**resistance percussive-welding** *(Elec Eng )* A resistance welding process in which a heavy electric current is discharged momentarily across the electrodes, and a momentary mechanical force is applied simultaneously. 電阻衝擊焊 在電極間進行瞬間大電流放電的同時短暫地施加機械力的一種電阻焊接方法．

**resistance projection-welding** *(Elec Eng )*. A variant of resistance spot-welding in which current is concentrated at the desired points by projections on one of the parts. 電阻凸焊 電阻點焊的變種，其方法是凸出待焊件的某一部分以使電流集中到所要求的一些點上．

**resistance pyrometer** *(Elec Eng )*. See resistance thermometer 電阻高溫計 見 resistance thermometer．

**resistance seam-welding** *(Elec Eng )* A resistance welding process in which the welding electrodes consist of two rollers having mechanical pressure between them through which the work passes while the current flows continuously or intermittently, producing a line of overlapping welds. 電阻線焊，電阻縫熔接 一種電阻焊接方法，其中焊接電極由兩個滾筒組成，在它們之間有機械壓力，當製件通過時電流持續或斷續流通而產生一條搭接焊線．

**resistance spot-welding** *(Elec Eng )* A resistance welding process in which the electrodes consist of two points and cause welding in one spot 電阻點焊 其電極由兩個尖狀物組成使得在一點上進行焊接的一種電阻焊方法．

**resistance stitch-welding** *(Elec Eng )* A form of resistance spot-welding consisting of a series of overlapped spot welds to form a seam-weld. 電阻點縫焊 由一系列搭接點焊而形成線焊的一種電阻點焊形式．

**resistance strain gauge** *(Elec Eng )* Foil, wire or thin film resistor which has a value which varies with mechanical strain. Normally used in a bridge circuit. See strain gauge. 電阻應變片 其電阻值隨機械應變而變化的薄片、絲線或薄膜電阻器 一般用於電橋電路．見 strain gauge．

**resistance thermometer** *(Elec Eng )* One using resistance changes for temperature measurement. Resistance element may be platinum wire for extreme precision or semi-conductor (*thermistor*) for high sensitivity. Also *resistance pyrometer* for higher temperature 電阻溫度計 利用電阻的變化來測量溫度的一種