# EXHIBIT A

REDACTED

# EXHIBIT A

REDACTED