IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-292 (JJF) |
| | ) |
| v. | ) |
| | ) REDACTED - PUBLIC VERSION |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| CHUNGHWA PICTURE TUBES, LTD.; | ) |
| AND VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION *IN LIMINE* NO. 4**

Defendants' Motion *in Limine* No. 4 ("MIL No. 4"), seeking exclusion of references to the relative value of patents sold by Honeywell to Plaintiff LG.Philips LCD Co., Ltd. ("LPL"), is proper and should be granted.

REDACTED

A motion *in limine* may be proper to limit a damages award. *See Ware v. Rodale Press, Inc.*, 322 F.3d 218 (3d Cir. 2003); *Kassim v. City of Schenectady*, 415 F.3d 246, 250 (2nd Cir. 2005). Here, Defendants move to exclude any reference to the relative value of the '002 patent, or to any of the other seven patents sold by Honeywell to LPL, because, even now, on the eve of trial, LPL cannot offer competent evidence of the value of the '002 patent relative to any of the other seven patents in the Honeywell package.

LPL implicitly concedes, as it must, that the purchase price of the '002 patent cannot be used to prove its value and represents that it will not attempt to do so at trial. *See* Plaintiff's opposition to MIL No. 4 ('Opposition")Opposition at 2. However, elsewhere in the Opposition, LPL does make references to the value of the '002 patent relative to the other patents sold in the Honeywell package.

> LPL purchased the '002 Patent recognizing the significance of the patent. Indeed, the '002 patent was the most important one of the seven patents purchased from Honeywell. The head of LPL's Intellectual Property Center testified that this patent is a foundational patent.

Opposition at 3.

In light of this argument, Defendants remain concerned that LPL will, given the opportunity, attempt to use conjecture regarding the relative value of the '002 patent at trial. LPL does not submit any viable objection to Motion *In Limine* No. 4. Instead, LPL represents that it will offer evidence of yield rate to establish the value of the '002 patent, effectively side-stepping MIL No. 4. Opposition at 2-3. LPL's evidence of this purported yield rate is unsubstantiated and should also be excluded. *See* Defendants' Motion *In Limine* Re Report of Cobb and Associates, Ltd. Filed July 5, 2006.

REDACTED   the Court should preclude LPL from making any reference to the value of the '002 patent, or any other patent, relative to the other patents sold in the Honeywell package.

Of Counsel:
Christine A. Dudzik
Thomas W. Jenkins
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610
(312) 595-1239

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1800

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900

Dated: July 5, 2006

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd. and
ViewSonic Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>Richard D. Kirk
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899

I hereby certify that on July 6, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>Gaspare J. Bono
>Matthew T. Bailey
>Andrew J. Park
>Adrian Mollo
>McKenna Long & Aldridge LLP
>1900 K Street, NW
>Washington, DC 20006

>Steven J. Fineman (#4025)
>fineman@rlf.com
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

RLF1-2917974-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 11, 2006, I sent the foregoing document by Federal Express, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

> Matthew W. King (#4566)
> king@rlf.com
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899

RLF1-2917974-1