**EXHIBIT A**

# REDACTED

**EXHIBIT B**

# REDACTED

# EXHIBIT C

# REDACTED