# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ROBERT W. WHETZEL
DIRECTOR

DIRECT DIAL NUMBER
302-651-7634
WHETZEL@RLF.COM

July 7, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

**REDACTED - PUBLIC VERSION**

Re:   **L.G. Philips LCD Co. Ltd. v. Tatung Company et. al.,**
      **C.A. No. 05-292 (JJF)**

Dear Judge Farnan:

Enclosed please find a substitute Exhibit B to Defendants' Memorandum in Support of Its Motion for Partial Summary Judgment Of Invalidity of Claims 3-6, 14-17, 21-24 and 32-35 Due to Indefiniteness which was filed under seal on July 6, 2006 (D.I. 303). The enclosed are the pages from the deposition of plaintiff's expert, Dr. Schlam, that are cited in the Memorandum.

In the course of assembling the exhibits, defendants inadvertently attached pages from the rough transcript of Dr. Schlam, and did not update the exhibit to attach the pages of the final transcript. Although there are no substantive differences in the testimony, the pagination is different, and the enclosed final transcript pages correspond to the citations in the Memorandum.

I apologize for this oversight and for any inconvenience that we may have caused the Court or opposing counsel.

Respectfully,

Robert W. Whetzel

RWW/lmg
Enclosures filed Under Seal
cc:   Richard D. Kirk, Esquire (By Electronic Filing and Hand Delivery, w/encl.)
      Gaspare J. Bono, Esquire (By e-mail, w/encl.)

RLF1-3034541-1