IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-292 (JJF) |
| ) | |
| v. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | **REDACTED - PUBLIC VERSION** |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JULIE S. GABLER IN SUPPORT OF MOTION TO
EXCLUDE EXPERT OPINION OFFERED BY LPL'S REPORT OF
COBB & ASSOCIATES, LTD., THE NON-OBVIOUSNESS OPINION OFFERED IN
THE EXPERT REPORT OF DR. ELLIOTT SCHLAM REGARDING VALIDITY OF
U.S. PATENT NO. 5,019,002, AND ANY PROFFERED SUBSEQUENT TESTIMONY**

OF COUNSEL:

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd, and
Viewsonic Corporation

Dated: July 7, 2006

RLF1-3034380-1

## DECLARATION OF JULIE S. GABLER

I, Julie S. Gabler, declare:

1. I am an attorney licensed to practice in the State of California and am a partner with the law firm of Howrey LLP, attorney of record for Defendant Tatung Company; Tatung Company Of America, Inc., Chunghwa Picture Tubes, Ltd. and Viewsonic Corporation.

2. I have first hand knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts. I submit this declaration in support of Defendants' Motion To Exclude Expert Opinion Offered By LPL's Report Of Cobb & Associates, LTD., The Non-Obviousness Opinion Offered In The Expert Report Of Dr. Elliott Schlam Regarding Validity Of U.S. Patent No. 5,019,002, And Any Proffered Subsequent Testimony.

3. Attached hereto as Exhibit 1 is a true and correct copy of the June 2, 2006 Report of Cobb & Associates, Ltd.

4. Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 5,019,002.

5. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the June 29, 2006 Deposition of Arthur Cobb.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Dr. Elliott Schlam Regarding Validity of U.S. Patent No. 5,019,002.

7. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the June 30, 2006 Deposition of Dr. Elliot Schlam.

8. Attached hereto as Exhibit 6 is a true and correct copy of a June 5, 2006 letter from Gaspare Bono to Steven Yovits.

9. Attached hereto as Exhibit 7 is a true and correct copy of Defendants' Amended Notice of Deposition of Plaintiff Under FRCP 30(b)(6).

10. Attached hereto as Exhibit 8 is a true and correct copy of the transcript of the June 9, 2006 Deposition of Youngwoo Cho.

11. Attached hereto as Exhibit 9 is a true and correct copy of the transcript of the July 3, 2006 Deposition of Ho Lee.

12. Attached hereto as Exhibit 10 is a true and correct copy of a June 13, 2006 letter from Steven Yovitz to Cass Christenson.

13. Attached hereto as Exhibit 11 is a true and correct copy of a June 16, 2006 letter from Steven Yovitz to Cass Christenson.

14. Attached hereto as Exhibit 12 is a true and correct copy of a June 18, 2006 letter from Steven Yovitz to Cass Christenson.

15. Attached hereto as Exhibit 13 is a true and correct copy of a June 19, 2006 letter from Adrian Mollo to Steven Yovits.

16. Attached hereto as Exhibit 14 is a true and correct copy of the transcript of the June 30, 2006 Deposition of Dr. Michael Wagner.

17. Attached hereto as Exhibit 15 is a true and correct copy of the transcript of the June 15, 2006 Deposition of Scott Holmberg.

18. Attached hereto as Exhibit 16 is a true and correct copy of a July 6, 2006, email from Adrian Mollo to Steven Yovits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on July 7, 2006, at Wilmington, Delaware.

_____
Julie S. Gabler

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>Richard D. Kirk
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899

I hereby certify that on July 7, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>Gaspare J. Bono
>Matthew T. Bailey
>Andrew J. Park
>Adrian Mollo
>McKenna Long & Aldridge LLP
>1900 K Street, NW
>Washington, DC 20006

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 12, 2006, I sent the foregoing document by Federal Express, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RLF1-2917974-1