# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ROBERT W WHETZEL
DIRECTOR

DIRECT DIAL NUMBER
302-651-7634
WHETZEL@RLF.COM

July 12, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE   19801

Re:   *LG. Philips LCD Co., Ltd. v. Tatung Company et. al.*,
      C.A. No. 05-292 (JJF)

Dear Judge Farnan:

Defendants believe that the hearing clearly demonstrated (1) differences between spoken and written Chinese exist between China and Taiwan in both common and technical terms (and most acutely with technical terms); (2) the differences create confusion (e.g., at the end of the hearing, the Chinese terms from mainland China caused the Taiwan interpreter to consult her electronic dictionary on four out of the five terms, and then confusion still existed); and (3) the time for clarifications will create delays at trial beyond simply translating testimony.

In any event, defendants oppose having Teresa Wong as the court interpreter in this trial. Defendants should be permitted to have an independently selected interpreter and defendants would ideally prefer the Court to select the trial interpreters for both sides as long as a native Taiwan interpreter was selected for defendants' witnesses. Given the short time before trial begins, defendants propose that each side select its own interpreter and that the interpreters selected serve as the interpreter for both direct and cross-examination. For example, defendants will select a native Taiwan interpreter to be the interpreter for its witnesses and that interpreter will be the interpreter for both direct and cross examination. Plaintiff can have a check interpreter for the Chinese examinations. Likewise, plaintiff may select its own interpreter for its Korean witnesses for both direct and cross-examination, and defendants will bring their own Korean check interpreter.

Moreover, since LPL's retained interpreter Teresa Wong has now expressed an opinion on a disputed term ("di kang"), she should be disqualified in this trial (even though she is a certified translator).

The Honorable Joseph J. Farnan, Jr.
July 12, 2006
Page 2

  Defendants also propose that the trial be audibly recorded to make a record of the foreign language questions and answers.

Respectfully,

Robert W. Whetzel (#2288)

RWW/lll

cc: Richard D. Kirk, Esquire w/ enclosure (By Electronic Filing and Hand Delivery)
   Gaspare J. Bono, Esquire w/ enclosure (By E-mail)

RLF1-3036270-1