IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TATUNG COMPANY; ) <br> TATUNG COMPANY OF AMERICA, INC.; ) <br> CHUNGHWA PICTURE TUBES, LTD.; ) <br> AND VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 05-292 (JJF) <br><br> **DEMAND FOR JURY TRIAL** <br><br> **REDACTED - PUBLIC VERSION** |

**DECLARATION OF TERESA M. CORBIN IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
NONINFRINGEMENT UNDER 35 U.S.C. SECTION 271(a)**

OF COUNSEL:

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd, and Viewsonic Corporation

Dated: July 10, 2006

RLF1-3035529-1

## DECLARATION OF TERESA M. CORBIN

I, Teresa M. Corbin, declare:

1. I am an attorney licensed to practice in the State of California and am a partner with the law firm of Howrey LLP, attorney of record for Defendant Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and Viewsonic Corporation.

2. I have first hand knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts. I submit this declaration in support of Defendants' Motion for Summary Judgment of Noninfringement Under 35 U.S.C. Section 271(a).

3. Attached hereto as Exhibit 1 is a true and correct copy of certain pages from the July 28, 2005 deposition transcript of Robert Caudillo.

4. Attached hereto as Exhibit 2 is a true and correct copy of certain pages from the May 31, 2006 deposition transcript of Oliver Shih.

5. Attached hereto as Exhibit 3 is a true and correct copy of certain pages from the June 23, 2006 deposition transcript of Mike Lee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on July 10, 2006, at Wilmington, Delaware.

_____
Teresa M. Corbin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

>Richard D. Kirk
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899

I hereby certify that on July 10, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

>Gaspare J. Bono
>Matthew T. Bailey
>Andrew J. Park
>Adrian Mollo
>McKenna Long & Aldridge LLP
>1900 K Street, NW
>Washington, DC 20006

>/s/ Steven J. Fineman
>Steven J. Fineman (#4025)
>fineman@rlf.com
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 12, 2006, I sent the foregoing document by Federal Express, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899