# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P O BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

**FILED ELECTRONICALLY**

(302) 429-4208
rkirk@bayardfirm.com

July 12, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:    *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
             C.A. No. 05-292-JJF

Dear Judge Farnan:

     During the short linguistic exercise at the conclusion of the evidentiary hearing held this morning, one of the words selected was the English word "modem." Ms. Lain translated it as "modulator." We understood counsel for defendants to say that translation was wrong.

     Counsel for LPL would point out, however, that the word "modem" means "a device for transmitting usu. digital data over telephone wires by modulating the data into an audio signal to send it and demodulating an audio signal into data to receive it." *The American Heritage College Dictionary* (4th ed.). The entry for "modem" in Wikepedia (the Internet's free encyclopedia) shows that modem is a "*portmanteau* constructed from **mod**ulate and **dem**odulate."

     LPL believes, therefore, that in a real sense, a modem is a modulator, and that Ms. Lain's translation was correct on this point, or at the very least would have been clearly understood in the context of witness testimony.

                                    Respectfully submitted,

                                    Richard D. Kirk (#0922)

:rdk
cc:    Clerk of the Court
        All counsel as shown on attached certificate

629836v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 12, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on July 12, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL 60610 | Suite 3600 |
| | San Francisco, CA 94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1