AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Delaware__

**EXHIBIT AND WITNESS LIST**

LG Philips   v.   Tatung Co., et al.

Case Number: 05-292-JJF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Lora Brzezynski | Heather Fan |
| TRIAL DATE(S) / Hearing | COURT REPORTER | COURTROOM DEPUTY |
| July 12, 2006 | Heather | Phil |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 | 7/12/06 |  |  | HSIN-I TSENG |
|  | 1 | 7/12/06 | ✓ | ✓ | Declaration of Hsin-I Tseng |
|  | W2 | 7/12/06 | ● |  | David S. Yan |
|  | 2 | 7/12/06 | ✓ | ✓ | Declaration of David S. Yan |
| W1 |  | 7/12/06 |  |  | Teresa Wang |
| W2 |  | 7/12/06 |  |  | Mimi Laine |
| 1 |  | 7/12/06 | ✓ | ✓ | Declaration of Teresa Wang |
| 13 |  | 7/12/06 | ✓ | ✓ | Deposition Excerpt of Hsi Lin Yang (June 7, 2006) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages