# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

July 13, 2006

**VIA E-FILE AND HAND DELIVERY**
Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

Re: **Request for Permission To Have Laptop Computer in Courtroom 4B**
**L.G. Philips LCD Co. Ltd. v. Tatung Company et. al.,**
**C.A. No. 05-292 (JJF)**

Dear Ms. Krett:

We are scheduled to appear in a trial in Courtroom 4B commencing on July 17, 2006 and ending on July 28, 2006 and request permission to bring five laptop computers and two monitors to Courtroom 4B to assist in preparation and presentation during trial. Enclosed please find a proposed order allowing five laptop computers and two monitors to be brought into Courtroom 4B.

Very truly yours,

Matthew W. King (#4566)
king@rlf.com

MXK

Enclosure (1)
cc: Richard D. Kirk, Esquire (By Electronic Filing and Hand Delivery)
    Gaspare J. Bono, Esquire (By e-mail)

RLF1-3035514-1