IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 05-292 (JJF) |
| ) | |
| v. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| | |
| Defendants. | |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, five laptop computers and two monitors for a trial commencing on July 17, 2006, and ending on July 28, 2006. Counsel shall comply with the inspection provisions of the United States Marshall.

Brian Sparks

Allen Eaton

Matthew King

Dated: _____    _____

Joseph J. Farnan, Jr.
United States District Court Judge

RLF1-3035523-1