IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-292-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGWHA PICTURE TUBES LTD., and VIEWSONIC CORP., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, the parties disagree on the questions to be included on the jury questionnaire in this case (see D.I. 319);

WHEREAS, the Court has reviewed the questions proposed by the parties (D.I. 319, Ex. A; Ex. B);

NOW THEREFORE, IT IS HEREBY ORDERED that, no later than **Friday, July 15, 2006**, the parties shall submit to the Court a revised jury questionnaire including the following questions:

1. All questions from D.I. 319, Exhibit A;

2. Questions 1-5, 7, 9-15, 18-20, 22, 24, 25, 28, and 29 from D.I. 319 Exhibit B.

July 13, 2006
DATE

UNITED STATES DISTRICT JUDGE