IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 05-292-JJF |
| | : |
| TATUNG COMPANY, TATUNG COMPANY | : |
| OF AMERICA, INC., CHUNGWHA | : |
| PICTURE TUBES LTD., and | : |
| VIEWSONIC CORP., | : |
| | : |
|     Defendants. | : |

### O R D E R

WHEREAS, in the Joint Proposed Pretrial Order, the parties indicated that they were in dispute with regard to whether interpreters from The People's Republic of China should be precluded from interpreting during the trial of this case (D.I. 279 at 55);

WHEREAS, the Court held an evidentiary hearing on that dispute on Wednesday, July 12, 2006;

WHEREAS, after considering the evidence presented at the July 12 hearing and the letters submitted by the parties (D.I. 249; D.I. 350), the Court concludes that an otherwise qualified interpreter should not be precluded from interpreting in a case because of the interpreter's country of origin;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff shall select the Chinese language interpreter for trial and Defendants shall select the Chinese language check interpreter;

    2. Defendants shall select the Korean language interpreter for trial and Plaintiff shall select the Korean language check interpreter;

July 13, 2006
    DATE

_____
UNITED STATES DISTRICT JUDGE