**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

July 14, 2006

**BY E-FILE AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *LG. Philips LCD Co., Ltd. v. Tatung Company et. al.*,
      C.A. No. 05-292 (JJF)

Dear Judge Farnan:

Pursuant to the Court's Order dated July 13, 2006, enclosed please find the revised jury questionnaire for the above-referenced action incorporating all of the questions from D.I. 319 (Exhibit A) and questions 1-5, 7, 9-15, 18-20, 22, 24, 25, 28 and 29 from D.I. 319 (Exhibit B).

If Your Honor has any questions regarding this matter, the parties remain available at the Court's convenience.

Respectfully,

Steven J. Fineman (#4025)

SJF/lll
Enclosure

cc:   Richard D. Kirk, Esquire w/ enclosure (By Electronic Filing and Hand Delivery)
      Gaspare J. Bono, Esquire w/ enclosure (By E-mail)

RLF1-3037223-1