# Juror Questionnaire
## Delaware Federal Court
### July 2006

**Thank you** for coming to court as a potential juror! In order to select a jury, the judge and the people involved in the case need to know something about you so that they can select jurors who are able to be fair to both sides

Everyone has attitudes and opinions that are shaped by their life experiences. Sometimes these experiences can make it difficult to look at a certain issue in an unbiased and unemotional way. As a juror, you must return a verdict based on the law and on the facts proved in court, not on emotion or on other views not supported by the evidence. The judge will give you instructions on the law and on how you should go about deciding the case. You must listen to and follow the judge's instructions.

The questions on this form are designed to help the court and the lawyers learn something about your background and your views on issues that may be related to this case. The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror. If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so.

*PLEASE PRINT ALL YOUR ANSWERS. IF THERE IS NOT ENOUGH ROOM TO ANSWER COMPLETELY, THERE IS SPACE TO CONTINUE ON THE LAST PAGE OF THIS QUESTIONNAIRE.*

| 1. Juror # | 2. Full Name: | Age: _____ |
|---|---|---|
| 3. Your highest level of education completed:<br>____ Grade school or less<br>____ High school graduate<br>____ Some college or AA degree<br>(major): _____<br>____ Technical or vocational school<br>(major): _____<br>____ College graduate<br>(major): _____<br>____ Post graduate study<br>(major & degree): _____ | 4. Have you or has anyone close to you had training or work experience in any of the following: (Check all that apply)<br>____ Electrical Engineering<br>____ LCD monitors<br>____ Computer design<br>____ Integrated Circuit Design/Manufacturing<br>____ Mechanical Engineering<br>____ Product Development/Design<br>____ Law<br>IF YES to any, please explain: ||
| 5. Have you ever been a plaintiff in a civil lawsuit?<br>____ Yes   ____ No   IF YES, please describe: | 6. Have you ever been a defendant in a civil lawsuit?<br>____ Yes   ____ No   IF YES, please describe: ||
| 7. Have you, or has someone close to you, ever applied for or obtained a patent or trademark?<br>____ Yes   ____ No   IF YES, please explain: | 8. Do you have any disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?   ____ Yes   ____ No<br>IF YES, please explain: ||
| 9. Is English your first language?<br>____ Yes ____ No<br>IF NO, what is? | 10. What language(s) other than English do you speak (if any)? | 11. With regard to your home:<br>____ Own   ____ Rent<br>____ Live with others, do not pay rent |
| 12. Do you have friends and/or relatives who are Korean, Chinese and/or Taiwanese? Check all that apply.<br>____ No     ____ Korean     ____ Chinese     ____ Taiwanese ||||

| | |
|---|---|
| 13. Your present employment status (check all that apply) ____ Employed full time ____ Employed part time<br>____ Do not work outside the home    ____ Self employed    ____ Working more than one job<br>____ Temporarily laid off    ____ Retired in ____(year)    ____ Unemployed, looking for work<br>____ Unemployed, not looking for work    ____ Part-time student    ____ Full-time student | |
| 14. Does you job involve supervising other people?<br>____ Yes    ____ No<br>IF YES, approximately how many? _____ | 15. How many times have you served on a jury?<br>____ 0    ____ 1    ____ 2    ____ More than 2<br>16. What kinds of cases did you hear?<br>____ Civil    ____ Criminal    ____ Both Civil and Criminal<br>17. In how many cases did the jury reach a verdict? _____ |
| 20. What is your primary (most important) source of news?<br>____ TV    ____ Friends<br>____ Radio    ____ Internet<br>____ Newspaper    ____ None, I don't follow the news | 18. In how many cases did you serve as foreperson?<br>_____<br>19. Was your jury experience positive or negative?<br>____ Positive    ____ Mixed    ____ Negative |
| 21. Have you ever served as a juror in an intellectual property infringement lawsuit?<br>____ Yes    ____ No | IF YES, indicate the type(s) of lawsuit or lawsuits below:<br>____ Patent Infringement    ____ Trademark Infringement<br>____ Copyright infringement    ____ Trade Secret<br>____ Misappropriation    ____ Other |
| 22. Do you feel that a company that is sued should have to prove that it has done nothing wrong?<br>____ Yes, definitely    ____ Yes, probably    ____ No | 23. Have you, or has anyone close to you, ever worked for a company that designed products which later became patented?    ____ Yes    ____ No<br>IF YES, please explain: |
| 24. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?<br>____ Yes    ____ No    IF YES, please explain: | 25. Do you have any personal opinions or beliefs that would prevent them from recognizing and protecting intellectual property, including patents?<br>____ Yes    ____ No    IF YES, please explain: |
| 26. Have you ever worked for a company or individual who has been involved in a patent dispute?<br>____ Yes    ____ No | 27. Does any member of the panel have any feelings either for or against corporations that would affect your role as a juror?<br>____ Yes    ____ No    IF YES, please explain: |
| 28. Do you think that business executives from Taiwan have higher, lower, or the same standards for business ethics as American business executives?<br>____ Higher    ____ Lower    ____ The Same | 29. Do you think that business executives from Korea have higher, lower, or the same standards for business ethics as American business executives?<br>____ Higher    ____ Lower    ____ The Same |

***I swear that all the foregoing is true and correct, and that I completed this questionnaire without any assistance.***

SIGNATURE AND DATE:

_____