# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

**FILED ELECTRONICALLY**

(302) 429-4208
rkirk@bayardfirm.com

July 14, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:    *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
               C.A. No. 05-292-JJF

Dear Judge Farnan:

      I write on behalf of plaintiff LG.Philips LCD Co., Ltd. ("LPL"). Pursuant to prior directions from the Court, LPL is limiting the claims of the '002 Patent on which it will seek to prove infringement by the defendants. Specifically, LPL will pursue its infringement case **only with respect to Claim 1 and Claim 8 of the '002 Patent**. LPL is executing and will today deliver to the defendants a Covenant Not To Sue with respect to all other claims of the '002 Patent (i.e., Claims 2-7 and 9-36).

      In LPL's view, this narrowing of the claims means that no evidence need be presented at trial, either in LPL's case or in defendants' case, about claims other than Claim 1 and Claim 8. In light of the Covenant Not To Sue, LPL believes that no case or controversy exists with respect to any other claims. LPL will be preparing the presentation of its case accordingly.

      We have advised the defendants of the substance of this letter and the fact that it would be sent. I would be pleased to answer any questions the Court might have.

                                       Respectfully submitted,

                                       Richard D. Kirk (#0922)

:rdk
cc:    Clerk of the Court
        All counsel as shown on attached certificate

629998v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 14, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on July 14, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL  60610 | Suite 3600 |
| | San Francisco, CA  94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1