UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 (JJF) |

**PLAINTIFF'S PROPOSED VERDICT FORM**

July 19, 2006

630275v1

QUESTION NO. 1:

    A.    Do you find by a preponderance of the evidence that Chunghwa Picture Tubes, Ltd's ("CPT") LCD products containing both an outer guard ring and an inner guard ring literally infringe either of the following claims of the '002 patent?

        Answer "Yes" or "No" for each claim listed below.

| CLAIM | YES (Infringes) | NO (Does Not Infringe) |
|---|---|---|
| Claim 1 | | |
| Claim 8 | | |

    B.    Do you find by a preponderance of the evidence that CPT's LCD products containing both an outer guard ring and an inner guard ring infringe, under the doctrine of equivalents, either of the following claims of the '002 patent?

        Answer "Yes" or "No" for each claim listed below.

| CLAIM | YES (Infringes) | NO (Does Not Infringe) |
|---|---|---|
| Claim 1 | | |
| Claim 8 | | |

QUESTION NO. 2:

    A.    Do you find by a preponderance of the evidence that CPT's products containing only an outer guard ring literally infringe claim 1 of the '002 patent?

          Answer "Yes" or "No" for the claim listed below.

| CLAIM | YES (Infringes) | NO (Does Not Infringe) |
| --- | --- | --- |
| Claim 1 | | |

    B.    Do you find by a preponderance of the evidence that CPT's products containing only an outer guard ring infringe, under the doctrine of equivalents, claim 1 of the '002 patent?

          Answer "Yes" or "No" for the claim listed below.

| CLAIM | YES (Infringes) | NO (Does Not Infringe) |
| --- | --- | --- |
| Claim 1 | | |

IF YOU HAVE ANSWERED "YES" TO ANY CLAIM LISTED IN QUESTION NOS. 1 AND 2, THEN ANSWER QUESTION NOS. 3 THROUGH 6. OTHERWISE, PROCEED TO QUESTION NOS. 8 AND 9, AND DO NOT ANSWER QUESTION NO. 10.  THE JURY FOREPERSON SHOULD THEN SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE SECURITY OFFICER.

QUESTION NO. 3:

    A.    Do you find by a preponderance of the evidence that CPT has used, sold, or offered for sale in the United States, or imported into the United States, any infringing CPT LCD product or any completed LCD display (for example, a laptop computer, an LCD monitor, an LCD television, or an open frame LCD device) that contains an infringing CPT LCD product?

    Answer "Yes" or "No" below.

Yes (Infringement): _____        No: (No Infringement): _____


    B.    Do you find by a preponderance of the evidence that CPT has actively induced anyone to use, sell, or offer for sale in the United States, or to import into the United States, any infringing CPT LCD product or any completed LCD display (for example, a laptop computer, an LCD monitor, an LCD television, or an open frame LCD device) that contains an infringing CPT LCD product?

    Answer "Yes" or "No" below.

Yes (Infringement): _____        No: (No Infringement): _____

3

QUESTION NO. 4:

    A.    Do you find by a preponderance of the evidence that Tatung Company has used, sold, or offered for sale in the United States, or imported into the United States, any infringing CPT LCD product or any completed LCD display (for example, a laptop computer, an LCD monitor, an LCD television, or an open frame LCD device) that contains an infringing CPT LCD product?

        Answer "Yes" or "No" below.

Yes (Infringement): _____    No: (No Infringement): _____

    B.    Do you find by a preponderance of the evidence that Tatung Company has actively induced anyone to use, sell, or offer for sale in the United States, or to import into the United States, any infringing CPT LCD product or any completed LCD display (for example, a laptop computer, an LCD monitor, an LCD television, or an open frame LCD device) that contains an infringing CPT LCD product?

        Answer "Yes" or "No" below.

Yes (Infringement): _____    No: (No Infringement): _____

QUESTION NO. 5:

    A.    Do you find by a preponderance of the evidence that Tatung Company of America has used, sold, or offered for sale in the United States, or imported into the United States, any infringing CPT LCD product or any completed LCD display (for example, a laptop computer, an LCD monitor, an LCD television, or an open frame LCD device) that contains an infringing CPT LCD product?

        Answer "Yes" or "No" below.

    Yes (Infringement): _____    No: (No Infringement): _____

    B.    Do you find by a preponderance of the evidence that Tatung Company of America has actively induced anyone to use, sell, or offer for sale in the United States, or to import into the United States, any infringing CPT LCD product or any completed LCD display (for example, a laptop computer, an LCD monitor, an LCD television, or an open frame LCD device) that contains an infringing CPT LCD product?

        Answer "Yes" or "No" below.

    Yes (Infringement): _____    No: (No Infringement): _____

QUESTION NO. 6:

    A.    Do you find by a preponderance of the evidence that ViewSonic Corporation has used, sold, or offered for sale in the United States, or imported into the United States, any infringing CPT LCD product or any completed LCD display (for example, a laptop computer, an LCD monitor, an LCD television, or an open frame LCD device) that contains an infringing CPT LCD product?

        Answer "Yes" or "No" below.

        Yes (Infringement): _____    No: (No Infringement): _____

    B.    Do you find by a preponderance of the evidence that ViewSonic Corporation has actively induced anyone to use, sell, or offer for sale in the United States, or to import into the United States, any infringing CPT LCD product or any completed LCD display (for example, a laptop computer, an LCD monitor, an LCD television, or an open frame LCD device) that contains an infringing CPT LCD product?

        Answer "Yes" or "No" below.

        Yes (Infringement): _____    No: (No Infringement): _____

IF YOU HAVE ANSWERED "YES" TO ANY OF QUESTION NOS. 3 THROUGH 6, THEN ANSWER QUESTION NOS. 7 THROUGH 9.  OTHERWISE, PROCEED TO QUESTION NOS. 8 AND 9, AND DO NOT ANSWER QUESTION NO. 7 OR QUESTION NO. 10.  THE JURY FOREPERSON SHOULD THEN SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE SECURITY OFFICER.

QUESTION NO. 7:

Do you find by clear and convincing evidence that any defendant's infringement of the claims of the '002 Patent was willful?  Answer "Yes" or "No" for each Defendant below.

|  | YES (Willful Infringement) | NO (Not Willful Infringement) |
| --- | --- | --- |
| Chunghwa Picture Tubes |  |  |
| Tatung Company |  |  |
| Tatung Company of America |  |  |
| ViewSonic Corporation |  |  |

QUESTION NO. 8:

Have Defendants proven by clear and convincing evidence that claim 1 of the '002 Patent is invalid by anticipation?

Answer "Yes" or "No" below.

| CLAIM | YES (Invalid) | NO (Not Invalid) |
|---|---|---|
| Claim 1 | | |

If your answer listed in Question No. 8 is "Yes," specifically identify the single prior reference that anticipates that claim:

_____

_____

_____

_____

QUESTION NO. 9:

Have Defendants proven by clear and convincing evidence that claim 8 of the '002 Patent is invalid for obviousness?

Answer "Yes" or "No" below.

| CLAIM | YES (Invalid) | NO (Not Invalid) |
|---|---|---|
| Claim 8 | | |

If your answer to Question No. 9 is "Yes," specifically identify the combination or combinations of references that you find makes the claim obvious:

_____

_____

_____

_____

      IF YOU HAVE FOUND INFRINGEMENT OF A VALID CLAIM, PLEASE ANSWER QUESTION 10. IF YOU HAVE NOT FOUND INFRINGEMENT OR YOU HAVE FOUND INFRINGEMENT ONLY OF A CLAIM YOU HAVE FOUND TO BE INVALID, DO NOT ANSWER QUESTION NO. 10. THE JURY FOREPERSON SHOULD THEN SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE SECURITY OFFICER.

QUESTION NO. 10:

      What sum of money, if paid now in cash, would fairly and adequately compensate the plaintiff for infringement?

      Answer: _____

Signed this ___ day of July, 2006.

                                          _____
                                          Jury Foreperson