IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-292-JJF |
| | : |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGWHA PICTURE TUBES LTD., and VIEWSONIC CORP., | : : : : |
| | : |
| Defendants. | : |

### O R D E R

WHEREAS, Defendants filed a Motion For Partial Summary Judgment On Invalidity Under 35 U.S.C. § 112 Second Paragraph (D.I. 300) seeking partial summary judgment of invalidity of claim 18 of the '002 patent;

WHEREAS, Defendants filed a Motion For Partial Summary Judgment On Invalidity Of Claims 3-6, 14-17, 21-24 And 32-35 Due To Indefiniteness (D.I. 302);

WHEREAS, Defendants filed a Motion In Limine (No. 12) Precluding LPL From Any Reference To Claim 18 Of The '002 Patent (D.I. 304);

WHEREAS, Plaintiff has indicated that it will pursue its infringement case only with respect to claims 1 and 8 of the '002 patent and has executed a Covenant Not To Sue with respect to all other claims of the '002 patent (D.I. 370);

WHEREAS, the Court concludes that there is no longer any case or controversy with respect to any claims of the '002 patent other than claims 1 and 8;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion For Partial Summary Judgment On Invalidity Under 35 U.S.C. § 112 Second Paragraph (D.I. 300) is **DENIED** as moot;

2. Defendants' Motion For Partial Summary Judgment On Invalidity Of Claims 3-6, 14-17, 21-24 And 32-35 Due To Indefiniteness (D.I. 302) is **DENIED** as moot;

3. Defendants' Motion In Limine (No. 12) Precluding LPL From Any Reference To Claim 18 Of The '002 Patent (D.I. 304) is **DENIED** as moot.

July 19, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE