# EXHIBIT F

# REDACTED

# EXHIBIT G

# REDACTED

# EXHIBIT H

Case 1:05-cv-00292-JJF   Document 383-3   Filed 07/20/2006   Page 5 of 13

# REDACTED

# EXHIBIT I

# REDACTED

# EXHIBIT J

1  TERESA M. CORBIN (SBN 132360)
   corbint@howrey.com
2  GLENN W. RHODES (SBN 177869)
   rhodesg@howrey.com
3  HOWREY LLP
   525 MARKET STREET, SUITE 3600
4  SAN FRANCISCO, CA 94105-2708
   TEL: (415) 848-4900
5  FAX: (415) 848-4999

6  CHRISTOPHER A. MATHEWS (SBN 144021)
   mathewsc@howrey.com
7  BRIAN S. KIM (SBN 186523)
   kimb@howrey.com
8  HOWREY LLP
   550 SOUTH HOPE STREET, SUITE 1100
9  LOS ANGELES, CA 90071-2627
   TEL: (213) 892-1800
10 FAX: (213) 892-2300

11 Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff
   CHUNGHWA PICTURE TUBES, LTD.

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>TATUNG CO. OF AMERICA, TATUNG COMPANY AND CHUNGHWA PICTURE TUBES, LTD.,<br><br>Defendants. | Case No. CV-02-6775 CBM (JTLx)<br>Action filed: August 29, 2002<br><br>[Consolidated with Case Nos. CV 03-2866 CBM (JTLx), CV 03-2884 CBM (JTLx), CV 03-2885 CBM (JTLx) and CV 03-2886 CBM (JTLx) for discovery and claim construction] |
| AND CONSOLIDATED CASES | **COUNTERCLAIMANT CHUNGHWA PICTURE TUBES, LTD.'S OBJECTIONS AND SUPPLEMENTAL RESPONSES TO COUNTERCLAIM DEFENDANT LG. PHILIPS LCD CO., LTD.'S SECOND SET OF INTERROGATORIES (NO. 9)**<br><br>Trial: October 3, 2006 |
| CHUNGHWA PICTURE TUBES, LTD.,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>vs.<br><br>LG. PHILIPS LCD CO., LTD.,<br><br>Counterdefendant,<br><br>AND LG ELECTRONICS, INC.,<br><br>Third-Party Defendant. | |

HOWREY LLP

CHUNGHWA PICTURE TUBES, LTD.'S OBJECTIONS AND SUPPLEMENTAL RESPONSES TO LG. PHILIPS LCD CO., LTD.'S SECOND SET OF INTERROGATORIES (NO. 9)

seek compensatory damages, including, without limitation, attorneys' fees and costs incurred by CPT defending its customers from the wrongful claims of LPL, which fees and costs were necessarily incurred by CPT in order to mitigate the damages it otherwise would have incurred by the cancellation of purchases by CPT's customers as a result of the wrongful claims of patent infringement. CPT will also seek punitive damages.

Dated: May 10, 2006

HOWREY LLP

By: _____
Scott B. Garner

Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff
CHUNGHWA PICTURE TUBES, LTD.

HOWREY LLP

9

CHUNGHWA PICTURE TUBES, LTD.'S OBJECTIONS AND SUPPLEMENTAL RESPONSES TO LG. PHILIPS LCD CO., LTD.'S SECOND SET OF INTERROGATORIES (NO. 9)

## VERIFICATION

I have read the foregoing COUNTERCLAIMANT CHUNGHWA PICTURE TUBES, LTD.'S OBJECTIONS AND SUPPLEMENTAL RESPONSES TO COUNTERCLAIM DEFENDANT LG. PHILIPS LCD CO., LTD.'S SECOND SET OF INTERROGATORIES (NO. 9) and know its contents.

I am the Manager of the Legal Department of the Legal and Intellectual Property Division of Chunghwa Picture Tubes, Ltd., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on May 10, 2006, at Taoyuan, Taiwan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Belle Chang*
Belle Chang

HOWREY LLP

# PROOF OF SERVICE

STATE OF CALIFORNIA     ) ss.:
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2020 Main Street, Suite 1000, Irvine, California 92614.

On May 10, 2006, I served on the interested parties in said action the within:

**COUNTERCLAIMANT CHUNGHWA PICTURE TUBES, LTD.'S OBJECTIONS AND SUPPLEMENTAL RESPONSES TO COUNTERCLAIM DEFENDANT LG. PHILIPS LCD CO., LTD.'S SECOND SET OF INTERROGATORIES (NO. 9)**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Anthony C. Roth, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue N.W.
Washington, D.C. 20004

Mark Krietzman, Esq.
Greenberg Traurig
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on May 10, 2006, at Irvine, California.

| Shawn Beem | (Signature) |
|---|---|
| (Type or print name) | |

HOWREY LLP