# EXHIBIT A

 **LG.PHILIPS LCD**

**LG Philips LCD**
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7443 FAX: 82-31-429-4588

*VIA FACSIMILE*

**To : Cheng-Yuan. Lin**
**President**                                        February 8, 2002
**Chunghwa Picture Tubes.,LTD**
**1127 Hopin Rd., Padeh City, Taoyuan, Taiwan, R.O.C**
Fax : 886-3-377-3189
Tel : 886-3-367-5151

Dear Mr. President

LG.Philips LCD Co., Ltd. ("LG.Philips") is an industry leader in the liquid crystal display
(LCD) technology.  One reason for this is the amount of investment that LG.Philips has
made to develop the necessary technology to manufacture the highest quality LCD
products.  LG.Philips is proud of the accomplishments made in the technology behind
our LCD products.

LG.Philips has also placed high priority on worldwide intellectual property, which is
synonymous with high technology.  It is our belief that the LCD technology patents
owned by LG.Philips are wide-ranging and valuable.  As examples, you may wish to
review U.S. Patent Nos. 4,624,737; 5019002; 5856816; 4885616; 5825449; 5,835,139;
5,926,237; 6,002,457. We believe that these patents, although only exemplary, cover a
wide ranging.  A portfolio of patents including these exemplary patents is currently
available for license from LG.Philips.

Should your company wish to discuss the above-identified patents or the relevance of
the LGP patent portfolio to any specific products of your company, we would be happy
to visit your company on any one day between March 14 and March 15.

I look forward to receiving either your response to my suggestion or your suggestion,
desirably no later than February 26, 2002.

Sincerely yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
Tel : 82-31-450-7479
Fax : 82-31-429-4588
jhlee@lgphilips-lcd.com

LPL0000217

# EXHIBIT B

EXHIBIT 1

CLAIM CHART – U.S. PATENT NO. 6,373,537

| Claim 1 of '537 Patent | Direct Infringement by Tatung's L5CTSDP- U01 |
|---|---|
| A liquid crystal display device comprising: | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device. CPT's module is especially designed for side-mounting as described below by the claim, and side-mounting technology is used in the assembly of Tatung's L5CTSDP- U01. |
| a liquid crystal panel | The CPT LCD module has a liquid crystal panel. |
| a light unit including a light source, joined with the liquid crystal panel; | The CPT LCD module has an assembly that provides light to the display area that is in close association with (directly behind) the liquid crystal panel.  The assembly contains at least one florescent bulb, which provides light for the display. |
| a first frame coupled to the surface of the light unit and sides of the liquid crystal panel; | The CPT LCD module has a support structure in the form of a metal (first) frame that is in close association with the bottom surface of the light unit and sides of the liquid crystal panel. |
| a second frame coupled to edges of the liquid crystal panel and sides of the first frame; | The CPT LCD module contains a metal (second) frame that fits over the first frame.  This second frame is in close association with boundary portions of the liquid crystal panel and side surfaces of the first frame. |
| an outer casing; and | The CPT LCD module fits into a metal housing or outer casing of the Tatung L5CTSDP- U01 product. |
| a fastening part joining together the first frame, the second frame, and the outer [casing] through the sides of the first frame, the second frame, and the outer casing. | A plurality of screws hold in close association the first metal frame, the second metal frame, and the metal housing by using holes located at the side surfaces of the first frame, second frame, and metal housing. |

LPL 018449

1

## EXHIBIT 2
## CLAIM CHART – U.S. PATENT NO. 6,002,457

| Claim 9 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| A liquid crystal display device comprising: | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device.  CPT's module is especially designed for side-mounting as described below by the claim, and side-mounting technology is used in the assembly of Tatung's L5CTSDP- U01. |
| a first frame; | The CPT LCD module includes a support structure in the form of a metal (first) frame. |
| a reflector unit adjacent to the first frame; | The CPT LCD module includes a reflector unit close to the first frame. |
| a light source adjacent to the reflector unit; | The CPT LCD module includes a light source close to the reflector unit. |
| a light guide unit adjacent to the light source; | The CPT LCD module includes a light guide unit close to the light source. |
| a liquid crystal panel adjacent to the light guide unit; and | The CPT LCD module includes a liquid crystal panel close to the light guide unit. |
| a second frame having a fastening part at at least one side edge of the second frame, | A metal (second) frame open in its front and rear fits over the first frame in the CPT LCD module.  The second frame has holes in its side surfaces. |
| wherein the reflector unit, light source, the light guide unit and the liquid crystal panel are between the first and second frames, the second frame | The reflector unit, light source, light guide unit, and liquid crystal panel are intermediate the first and second frames. |
| fixable to a housing through the side edge of the second frame. | The holes in the side surfaces of the second frame are provided to allow the LCD device to be attached to a housing. |

| Claim 37 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| A liquid crystal display device comprising: | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device. |
| a first frame; | The CPT LCD module includes a support structure in the form of a metal (first) frame. |

LPL 018450

1

**EXHIBIT 2**

**CLAIM CHART – U.S. PATENT NO. 6,002,457**

| Claim 37 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| a reflector unit adjacent to the first frame; | The CPT LCD module includes a reflector unit close to the first frame. |
| a light source adjacent to the reflector unit; | The CPT LCD module includes a light source close to the reflector unit. |
| a light guide unit adjacent to the light source; | The CPT LCD module includes a light guide unit close to the light source. |
| a liquid crystal panel adjacent to the light guide unit; and | The CPT LCD module includes a liquid crystal panel close to the light guide unit. |
| a second frame having a fastening part at at least one side edge of the second frame, wherein the reflector unit, light source, the light guide unit and the liquid crystal panel are between the first and second frames, the second frame attachable to a housing through the side edge of the second frame. | A metal (second) frame open in its front and rear fits over the first frame in the CPT LCD module. The second frame has holes in its side surfaces.<br><br>The reflector unit, light source, light guide unit, and liquid crystal panel are intermediate the first and second frames.<br><br>The holes in the side surfaces of the second frame are provided to allow the LCD device to be attached to a housing. |

| Claim 38 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| The liquid crystal display device according to claim 37, wherein the fastening part includes a hole. | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02), wherein the side surface of the CPT LCD module second frame includes a hole. |

LPL 018451

**EXHIBIT 2**
**CLAIM CHART – U.S. PATENT NO. 6,002,457**

| Claim 48 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| The liquid crystal display device according to claim 47, wherein the fastening part includes a screw passing through at least one hole. | When the CPT LCD module is installed in the L5CTSDP-U01 product, screws extend into holes in the metal housing of the L5CTSDP-U01 and the second frame of the LCD module to connect them together. |

| Claim 49 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| The liquid crystal display device according to claim 37, wherein the fastening part includes first and second screws passing through first and second holes at a same side edge of at least one of the first and second frames. | When the CPT LCD module is installed in the L5CTSDP-U01 product, screws extend into holes in the metal housing of the L5CTSDP-U01 and the second frame of the LCD module to connect them together. |

LPL 018452

3

EXHIBIT 3
CLAIM CHART – U.S. PATENT NO. 5,926,237

| Claim 35 of '237 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| A method of making a liquid crystal display device comprising the steps of: | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device. CPT's module is especially designed for side-mounting as described below by the claim, and side-mounting technology is used in the assembly of Tatung's L5CTSDP- U01. |
| forming a first frame; | In making the CPT LCD module, CPT provides a support structure in the form of a metal (first) frame. |
| forming a reflector unit adjacent to the first frame; | In making the CPT LCD module, CPT provides a reflector unit close to the first frame. |
| forming a light source adjacent to the reflector unit; | In making the CPT LCD module, CPT provides a light source close to the reflector unit. |
| forming a light guide unit adjacent to the light source; | In making the CPT LCD module, CPT provides a light guide unit close to the light source. |
| forming a liquid crystal panel adjacent to the light guide unit; and | In making the CPT LCD module, CPT provides a liquid crystal panel close to the light guide unit. |
| forming a second frame having a fastening part at at least one side edge of the second frame, wherein the reflector unit, light source, the light guide unit and the liquid crystal panel are between the first and second frames, the second frame attachable to a housing through the side edge of the second frame. | In making the CPT LCD panel, CPT provides a metal (second) frame open in its front and rear that fits over the first frame in the CPT LCD module. The second frame has holes in its side surfaces.  The reflector unit, light source, light guide unit, and liquid crystal panel are intermediate the first and second frames.  The holes in the side surfaces of the second frame are provided to allow the LCD device to be attached to a housing. |

LPL 018453

1

EXHIBIT 3

CLAIM CHART – U.S. PATENT NO. 5,926,237

| Claim 43 of '237 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| The method according to claim 35, wherein the liquid crystal display device is immovable within the housing and the fastening part includes a screw passing through at least one hole in at least one of the first and second frames. | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device, and when installed using the holes in the second frame, the CPT module is immovable in the housing of the Tatung LCD Model No. L5CTSDP- U01 product. |
| | When the CPT LCD module is installed in the Tatung LCD Model No. L5CTSDP- U01 product, screws extend into holes in the metal housing of the Tatung LCD Model No. L5CTSDP- U01 and the second frame of the LCD module to attach them together. |

LPL 018454

2

*USP 4,624,737 / Continuous Deposition*

## CPT CLAA150XA03





LG.PHILIPS LCD

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL0000181

*USP 4,624,737 / Continuous Deposition*

## CPT CLAA150XA03



*Confidential-Settlement Discussion Only(June 11, 2002)*

🔵 🔵 **LG.PHILIPS** LCD

LPL0000182

*USP 4,624,737 / Continuous Deposition*

## CPT CLAA150XA03



LG.PHILIPS LCD

*Confidential-Settlement Discussion Only(June 11, 2002)*

# USP 4,624,737 / Continuous Deposition

## CPT CLAA150XA03



## Claim 1

A process for producing a thin-film transistor comprising

① a first step for forming a gate electrode on an insulating substrate,

② a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere,

③ a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode

*Confidential-Settlement Discussion Only(June 11, 2002)*

LG.PHILIPS LCD

LPL0000184

## USP 4,624,737 / Continuous Deposition

### CPT CLAA150XA03



④ a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other,

⑤ a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask,



🔴 LG.PHILIPS LCD

# USP 4,624,737 / Continuous Deposition

## CPT CLAA150XA03

⑥ a sixth step for depositing a surface passivation film,

⑦ and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode.





LG.PHILIPS LCD

*Confidential-Settlement Discussion Only(June 11, 2002)*

*USP 5,825,449 / Mask Reduction*

## CPT CLAA150XA03



LG.PHILIPS LCD

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL0000187



USP 5,825,449 / Mask Reduction

CPT CLAA150XA03

*Confidential-Settlement Discussion Only(June 11, 2002)*

LG.PHILIPS LCD

LPL0000188

# USP 5,825,449 / Mask Reduction

## CPT CLAA150XA03



A ————————————— A'



LG.PHILIPS LCD

## Claim 1

A wiring structure comprising:

① **a substrate;**

② **a first conductive layer** formed on a first portion of said substrate;

③ **a first insulative layer** formed on a second portion of said substrate and on said first conductive layer;

④ **a second conductive layer** formed on a first portion of said first insulative layer;

⑤ **a second insulative layer** formed on said second conductive layer and on a second portion of said first insulative layer overlying said first conductive layer;

⑥ **an indium tin oxide layer** formed on said second insulative layer,

⑦ **wherein a first contact hole** is provided through said first and second insulative layers to expose part of said first conductive layer and

⑧ **a second contact hole** is provided through said second insulative layer to expose part of said second conductive layer,

**said indium tin oxide layer** extends through said first and second contact holes to electrically connect said first conductive layer with said second conductive layer, and

wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor.

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL0000189

# USP 5,825,449 / Mask Reduction

## Claim 2

A wiring structure comprising:

① a substrate;

② a first conductive layer formed on a portion of said substrate;

③ a first insulative layer having a first via hole exposing a portion of said first conductive layer;

④ a second conductive layer formed on a portion of said first insulative layer;

⑤ a second insulative layer having a second via hole exposing said exposed portion of the first conductive layer and having a third via hole exposing a portion of the second conductive layer;

⑥ a third conductive layer formed on said second insulative layer and electrically connecting said first conductive layer to said second conductive layer through said first, second, and third via holes,

wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor.

## CPT CLAA150XA03



LG.PHILIPS LCD

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL0000190

# USP 5,825,449 / Mask Reduction

## Claim 6

A liquid crystal display device comprising:

① a **substrate** having a primary surface;

② a **first conductive layer** disposed on a predetermined region of said primary surface;

③ a **first insulating layer** formed overlying said primary surface including said first conductive layer, said first insulating layer including a first contact hole exposing a predetermined portion of said first conductive layer;

④ a **second conductive layer** formed on a predetermined region of said first insulating layer;

⑤ a **second insulating layer** formed overlying said primary surface including said second conductive layer, said second insulating layer having a second contact hole exposing a predetermined portion of said second conductive layer and said first contact hole region; and

⑥ a **third conductive layer** formed on said second insulating layer and electrically connected to said first and second conductive layers via said first and second contact holes,

wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor.

*Confidential-Settlement Discussion Only(June 11, 2002)*

## CPT CLAA150XA03





A                                                              A'

LG.PHILIPS LCD



*USP 5,825,449 / Mask Reduction*

## CPT CLAA150XA03

*Confidential-Settlement Discussion Only(June 1l, 2002)*

LPL0000192

# USP 5,825,449 / Mask Reduction

## Claim 10

A liquid crystal display device comprising:

① a substrate;

② a first conductive layer on said substrate including: a gate electrode, a gate pad, and a source pad;

③ a gate insulating film on said surface of said substrate, a portion of said gate insulating film overlying said gate electrode;

④ a semiconductor layer on said portion of said gate insulating film;

⑤ an impurity-doped semiconductor layer on said semiconductor layer;

⑥ a source electrode and a drain electrode on said semiconductor layer;

⑦ a passivation layer overlying said source pad, said drain electrode, said gate pad, and said source electrode;

⑧ a first contact hole provided through said passivation layer and said gate insulating film exposing said source pad;

⑨ a second contact hole provided through said passivation layer exposing said drain electrode;

⑩ a third contact hole provided through said passivation layer and said gate insulating film exposing said gate pad;

⑪ a fourth contact hole provided through said passivation layer exposing said source electrode;

⑫ a pixel electrode electrically connected with said drain electrode via said second contact hole; and

⑬ a transparent conductive layer electrically connecting said source pad with said source electrode via said first contact hole and said fourth contact hole.

*Confidential-Settlement Discussion Only (June 11, 2002)*



CPT CLAA150XA03

A  Gate Pad Structure

B  Source pad/ Source electrode connection

C  TFT Structure

LG.PHILIPS LCD

LPL0000193



CPT CLAA141XC01

CHUNGHWA
CLAA141XC01
LA9440ED 001
14919803W
CTAA141XC01

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL0000194

# CPT CLAA141XF01





CHUNGHWA
CLAA141XF01    A
CB36900BA.000
2115510BW
CTAA141XF01

039

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL0000195

## Side Mounting Patents

## CPT Products



| LG.Philips LCD's Patents | |
|---|---|
| Patent No. | Claims |
| USP 6,373,537 | Claim 2 |
| | Claim 15 |
| USP 5,926,237 | Claim 25 |
| | Claim 35 |
| | Claim 1 |
| | Claim 5 |
| | Claim 9 |
| USP 6,002,457 | Claim 23 |
| | Claim 33 |
| | Claim 37 |
| USP 5,835,139 | Claim 9 |

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL0000196

# USP 6,373,537/ Side Mounting

2. A liquid crystal display device mountable to a housing comprising:

a liquid crystal panel with a display area and a first plurality of side edges;

a support frame having a second plurality of side edges and supporting the liquid crystal panel, at least one side edge of the second plurality of side edges including first and second mounting holes, the first mounting hole being located at a top half of the side edge of the support frame and the second mounting hole being located at a bottom half of the side edge of support frame;

wherein the support frame is immovably mounted to the housing using the first and second mounting holes



first Mounting hole

second Mounting hole

CPT CLAA141XC01

CPT CLAA141XF01

Support frame

Liquid crystal panel

LG.Philips LCD

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL0000197

# USP 5,926,237/ Side Mounting

15. A method of forming a liquid crystal display device comprising the steps of:

forming a first frame;

forming a liquid crystal panel adjacent the first frame and having a display surface; and

forming a second frame coupled to the first frame, and having a fastening part at at least one  side edge of the second frame, the side edge being substantially perpendicular to the display surface of the liquid crystal panel;

wherein the liquid crystal display device is attachable to a housing through the side edge.



CPT CLAA141XC01

CPT CLAA141XF01

second frame

Liquid crystal panel

first frame

fastening part

LG.PHILLIPS LCD

*Confidential-Settlement Discussion Only(June 11, 2002)*

## USP 6,002,457/ Side Mounting

5. A liquid crystal display device comprising:

a liquid crystal panel having a display surface; and

a frame substantially surrounding edges of the liquid crystal panel, and having a fastening part at at least one side edge of the frame, the frame fixable to a housing through the side edge;

wherein the side edge is substantially perpendicular to the display surface of the liquid crystal panel.



CPT CLAA141XC01

CPT CLAA141XF01

frame

liquid crystal panel

fastening part

*Confidential-Settlement Discussion Only(June 11, 2002)*



*CPT CLAA141XC01*

CHUNGHWA
CLAA141XC01
LA9440ED 001
14919803W
CTAA141XC01

*Confidential-Settlement Discussion Only(June 11, 2002)*

**CONFIDENTIAL**    LPL 006611



CPT CLAA141XF01

CONFIDENTIAL

LPL 006612

*Confidential-Settlement Discussion Only(June 11, 2002)*

## Side Mounting Patents

## CPT Products



| LG.Philips LCD's Patents | |
| --- | --- |
| Patent No. | Claims |
| USP 6,373,537 | Claim 2 |
| USP 5,926,237 | Claim 15 |
| | Claim 25 |
| | Claim 35 |
| | Claim 1 |
| | Claim 5 |
| | Claim 9 |
| USP 6,002,457 | Claim 23 |
| | Claim 33 |
| | Claim 37 |
| USP 5,835,139 | Claim 9 |

CONFIDENTIAL

LPL 006613

*Confidential-Settlement Discussion Only (June 11, 2002)*

22222222222222222222222222222222222222222222222222 Stop

## USP 5,926,237/ Side Mounting

15. A method of forming a liquid crystal display device comprising the steps of:

forming a first frame;

forming a liquid crystal panel adjacent the first frame and having a display surface; and

forming a second frame coupled to the first frame, and having a fastening part at at least one side edge of the second frame, the side edge being substantially perpendicular to the display surface of the liquid crystal panel;

wherein the liquid crystal display device is attachable to a housing through the side edge.



**CONFIDENTIAL**

*Confidential-Settlement Discussion Only(June 11, 2002)*

LPL 006615

# USP 6,002,457/ Side Mounting

5. A liquid crystal display device comprising:

a liquid crystal panel having a display

surface; and

a frame substantially surrounding edges of

the liquid crystal panel, and having a fastening

part at at least one side edge of the frame, the

frame fixable to a housing through the side

edge;

wherein the side edge is substantially

perpendicular to the display surface of the

liquid crystal panel.

**CONFIDENTIAL**

LPL 006616



*CPT CLAA141XC01*

*CPT CLAA141XC01*

fastening part

frame

Liquid crystal panel

*Confidential-Settlement Discussion Only(June 11, 2002)*

## Patents of Side Mounting Tech

B141XG03 (299 X 228 X 5.7)

B141XN04 (298.5 X 227.6 X 5.2)

B141XN06 (298.5 X 226.5 X 5.7)

B150XG01 (317.3 X 242 X 5.7)

B150XN01 (315.8 X 240.6 X 6.2)

B150XN02 (315.8 X 240.6 X 6.2)

B150PG01 (317.3 X 242 X 5.7)

B150PN01 (315.8 X 240.5 X 5.9)



UB141X01  14.1"

UB133X01  13.3"

L141X1−1

L133X2

**CONFIDENTIAL**

**LPL 006549**



*Confidential-Settlement Discussion Only(June 12, 2002)*

# USP 6,373,537/ Side Mounting

2. A liquid crystal display device mountable to a housing comprising:

a liquid crystal panel with a display area and a first plurality of side edges;

a support frame having a second plurality of side edges and supporting the liquid crystal panel, at least one side edge of the second plurality of side edges including first and second mounting holes, the first mounting hole being located at a top half of the side edge of the support frame and the second mounting hole being located at a bottom half of the side edge of the support frame;

wherein the support frame is immovably mounted to the housing using the first and second mounting holes



first Mounting hole

second Mounting hole

Support frame

Liquid crystal panel

AUO UB133X01

CONFIDENTIAL

LPL 006550

Confidential-Settlement Discussion Only (June 12, 2002)

# USP 5,926,237/ Side Mounting

**15.** A method of forming a liquid crystal display device comprising the steps of:

forming a first frame;

forming a liquid crystal panel adjacent the first frame and having a display surface; and

forming a second frame coupled to the first frame, and having a fastening part at at least one side edge of the second frame, the side edge being substantially perpendicular to the display surface of the liquid crystal panel;

wherein the liquid crystal display device is attachable to a housing through the side edge.

CONFIDENTIAL

LPL 006551



*Confidential-Settlement Discussion Only(June 12, 2002)*

## USP 6,002,457/ Side Mounting

5. A liquid crystal display device comprising:

a liquid crystal panel having a display

surface; and

a frame substantially surrounding edges of

the liquid crystal panel, and having a fastening

part at at least one side edge of the frame, the

frame fixable to a housing through the side

edge;

wherein the side edge is substantially

perpendicular to the display surface of the liquid

crystal panel.

**CONFIDENTIAL**

**LPL 006552**



*Confidential-Settlement Discussion Only(June 12, 2002)*

*Patents of Side Mounting Tech*

**L141X1-1**



Model No:L141X1—1
EC:.
Acer Display Technology Inc.

CONFIDENTIAL          LPL 006553

*Confidential-Settlement Discussion Only(June 12, 2002)*

*Patents of Side Mounting Tech*

L133X2-3B



Model No:L133X2 – 3B
EC. :
Acer Display Technology Inc.









**CONFIDENTIAL**          LPL 006554

*Confidential-Settlement Discussion Only(June 12, 2002)*