EXHIBIT C



**LG Philips LCD**
**533,Hogae-dong, Dongan-gu, Anyang-shi,**
**Kyongki-do, 430-080  R.O.Korea**
**TEL : 82-31-450-7450 FAX: 82-31-429-4588**

*VIA FACSIMILE*
**To : Hsiang-Kuei Chung**                                        **July 5, 2002**
   Vice President
   TFT Business Unit, Chunghwa Picture Tubes.,LTD
   Fax : 886-3-377-3001, Tel : 886-3-367-5151

Dear Mr. Chung:

We were pleased to finally meet with you on June 11, 2002, to discuss LPL's patent
portfolio.  As we discussed during the meeting, LPL intends to close this phase of its
licensing program by the end of July 2002.  We believe that this provides CPT with
sufficient time to study LPL's patents and determine whether or not it is willing to
license LPL's patents.  We provided CPT our standard license agreement during our
June 11 meeting.

Please let us know by July 26 if CPT would like to execute the license agreement,
and we will make arrangements for the execution to occur prior to July 31.  If we do
not receive your affirmative response, we will conclude that CPT does not desire to
license LPL's technology, and we will proceed accordingly.
We look forward to hearing from you soon.

Sincerely,

Jeong-Hwan Lee

Vice President
Intellectual Property Center
LG.Philips LCD

LPL0000205

EXHIBIT D

25-07-02  13:13 FAX NO.:                                    P.01



中華映管股份有限公司
CHUNGHWA PICTURE TUBES LTD.

Mr. Jeong-Hwan Lee
Vice President
Intellectual Property Center
L. G. Philips LCD
Tel: 82-31-450-7479
Fax: 82-31-429-4588

July 22, 2002

Dear Mr. Lee:

    We were pleased to meet with you on June 11, 2002. Our legal and technologic guides have been following the standard procedure to survey the License Agreement and claim charts since last meeting.

    With respect to the Claim Charts you provided for us, we need more time for our technical personnel surveying. Still more, we have questions to be clarified about the Claim Charts also.

    With respect to the License Agreement, we are concerned about the Licensed Patents most. Thus, we need more information, such as the Patent List, to estimate the value of them.

    Accordingly, we need more information and time for this matter. We would like to extend the date you had stated on July 5, 2002.

Your highly consideration is appreciated.

Best regards,

Hsiang-Kuei Chung
Vice President
TFT Business Unit

RECEIVED
2002. 7. 25
LG.Philips
IP Team

Tel: 886-3-3675151
Fax: 886-3-3773001

*Hsiang-Kuei Chung 7.22.2002*

LPL 25661

EXHIBIT E



LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080   R.O.Korea
TEL : 82-31-450-7450 FAX: 82-31-429-4588

*VIA FACSIMILE*

July 30, 2002

To : Hsiang-Kuei Chung
    Vice President
    TFT Business Unit, Chunghwa Picture Tubes.,LTD
    Fax : 886-3-377-3001, Tel  : 886-3-367-5151


Dear Mr. Chung:

Your letter of July 22, 2002, is frustrating for LPL.  As you know, we had requested meetings with your company several times in the six months that preceded our meeting on June 11.  Now six weeks after that meeting, you are requesting further delay in responding to the infringement claims that LPL carefully documented against CPT's products.

CPT has had ample opportunity to study our patents and the materials illustrating its infringement.  Your letter fails to forward any points for clarification and, thus, appears to have been sent only for the purpose of delay.  The continuation of such conduct is unacceptable to LPL.  If CPT requires clarification of the infringement claim charts, it should forward its questions immediately.  A list of patents available for licensing is attached to this letter.

We expect to receive a substantive response from CPT in the very near future as a demonstration of its sincerity for an amicable resolution of this matters.

Sincerely,


*Wonjun Choi*
Won-Jun Choi

Manager
Intellectual Property Center
LG.Philips LCD

*(This letter was approved by Jeong-Hwan Lee / Vice President)*


*Attachment : List of LPL's Patents(2 Pages)


CONFIDENTIAL
ATTORNEYS ONLY

CPT 120225  A

| | List of LG.Philips LCD's U.S. Patents | | | |
|---|---|---|---|---|
| 4599246 | 5470769 | 5766493 | 5869351 | 5982466 |
| 4609930 | 5473451 | 5767530 | 5870071 | 5982467 |
| 4624737 | 5473452 | 5767994 | 5870158 | 5986725 |
| 4651185 | 5479280 | 5773845 | 5872606 | 5986735 |
| 4680580 | 5495347 | 5780871 | 5874326 | 5989450 |
| 4705358 | 5495354 | 5781254 | 5875015 | 5989944 |
| 4736229 | 5497146 | 5783338 | 5877514 | 5990877 |
| 4786780 | 5500380 | 5783852 | 5877827 | 5990998 |
| 4820222 | 5523187 | 5784133 | 5879958 | 5990999 |
| 4842378 | 5528395 | 5786878 | 5880794 | 5994155 |
| 4853755 | 5538823 | 5790212 | 5882238 | 5994721 |
| 4885616 | 5546207 | 5790222 | 5883682 | 5995186 |
| 4924279 | 5550484 | 5793460 | 5886757 | 5998230 |
| 4928095 | 5559345 | 5796449 | 5889290 | 5998563 |
| 4956680 | 5560777 | 5801398 | 5889571 | 6001539 |
| 5019002 | 5568292 | 5803965 | 5894136 | 6002457 |
| 5122891 | 5573958 | 5811836 | 5898187 | 6004704 |
| 5123847 | 5576070 | 5814836 | 5905274 | 6005542 |
| 5150240 | 5581382 | 5818402 | 5905549 | 6005647 |
| 5162931 | 5598011 | 5818562 | 5909035 | 6008870 |
| 5210629 | 5598012 | 5824377 | 5909265 | 6008872 |
| 5220446 | 5604358 | 5824572 | 5913113 | 6011309 |
| 5281450 | 5610082 | 5825437 | 5916737 | 6011530 |
| 5306653 | 5612234 | 5825449 | 5917567 | 6016175 |
| 5338240 | 5619222 | 5827760 | 5920084 | 6018377 |
| 5347146 | 5621555 | 5828083 | 5920305 | 6020599 |
| 5362661 | 5627089 | 5828433 | 5926235 | 6020942 |
| 5363216 | 5641974 | 5831284 | 5926236 | 6022646 |
| 5371025 | 5652633 | 5831709 | 5926237 | 6023319 |
| 5386309 | 5677207 | 5835139 | 5926702 | 6025216 |
| 5387922 | 5681439 | 5835172 | 5930657 | 6025605 |
| 5396083 | 5686320 | 5835176 | 5933199 | 6025891 |
| 5399114 | 5689119 | 5837559 | 5933208 | 6025900 |
| 5403755 | 5694185 | 5838067 | 5940151 | 6028588 |
| 5409566 | 5700699 | 5844314 | 5942310 | 6031247 |
| 5409569 | 5701166 | 5844644 | 5949511 | 6031590 |
| 5409851 | 5703668 | 5851411 | 5953092 | 6037611 |
| 5422287 | 5714769 | 5851859 | 5953584 | 6038002 |
| 5424103 | 5715025 | 5852305 | 5955744 | 6038003 |
| 5429962 | 5726077 | 5852481 | 5963188 | 6038008 |
| 5432108 | 5737049 | 5853818 | 5963277 | 6040828 |
| 5432122 | 5742363 | 5854513 | 5963285 | 6043000 |
| 5442215 | 5742365 | 5854663 | 5963797 | 6043923 |
| 5453856 | 5751017 | 5856816 | 5969377 | 6043971 |
| 5457552 | 5751020 | 5856854 | 5969702 | 6046725 |
| 5464478 | 5754261 | 5859633 | 5969778 | 6046785 |
| 5464669 | 5757058 | 5859679 | 5973658 | 6048783 |
| 5466618 | 5757453 | 5859682 | 5978057 | 6049320 |
| 5466620 | 5760861 | 5861635 | 5978058 | 6049368 |
| 5467882 | 5764210 | 5866919 | 5982349 | 6052104 |

5×50 = 250

1 of 2 Pages

CONFIDENTIAL
ATTORNEYS ONLY

CPT 120226  A

| | List of LG.Philips LCD's U.S. Patents | | | |
|---|---|---|---|---|
| 1 | 6052163 | 6157357 | 6258897 | 6323457 |
| 2 | 6052167 | 6160598 | 6271903 | 6323521 |
| 3 | 6057181 | 6163356 | 6274886 | 6323836 |
| 4 | 6057904 | 6164790 | 6273275 | 6323927 |
| 5 | 6060130 | 6166785 | 6275275 | 6326226 |
| 6 | 6061106 | 6166794 | 6278504 | 6326286 |
| 7 | 6064451 | 6169591 | 6281055 | 6326641 |
| 8 | 6064454 | 6172733 | 6281136 | 6327007 |
| 9 | 6064455 | 6174790 | 6281954 | 6327011 |
| 10 | 6067067 | 6177971 | 6281957 | 6329672 |
| 11 | 6067140 | 6177301 | 6281959 | 6330042 |
| 12 | 6071374 | 6184945 | 6285417 | 6330148 |
| 13 | 6077730 | 6184948 | 6285418 | 6331862 |
| 14 | 6081307 | 6184961 | 6288414 | 6333188 |
| 15 | 6081313 | 6225967 | 6292237 | 6333518 |
| 16 | 6083666 | 6184853 | 6291360 | 6333729 |
| 17 | 6084648 | 6188108 | 6292248 | 6333730 |
| 18 | 6088072 | 6188452 | 6292296 | 6335509 |
| 19 | 6083779 | 6188461 | 6295046 | 6335543 |
| 20 | 6091393 | 6190934 | 6294482 | 6335715 |
| 21 | 6091464 | 6191770 | 6295111 | 6335718 |
| 22 | 6091465 | 6191828 | 6297793 | 6335719 |
| 23 | 6091466 | 6191836 | 6297080 | 6335770 |
| 24 | 6091471 | 6191937 | 6297865 | 6335776 |
| 25 | 6091473 | 6192547 | 6300174 | 6337233 |
| 26 | 6097037 | 6193796 | 6300175 | 6337234 |
| 27 | 6097457 | 6197209 | 6300928 | 6337284 |
| 28 | 6099993 | 6197625 | 6303946 | 6337292 |
| 29 | 6100119 | 6204081 | 6304432 | 6337722 |
| 30 | 6100949 | 6204520 | 6306692 | 6337723 |
| 31 | 6100953 | 6207481 | 6307215 | 6339457 |
| 32 | 6100954 | 6211076 | 6307531 | 6339631 |
| 33 | 6106629 | 6211553 | 6307602 | 6340610 |
| 34 | 6107640 | 6211854 | 6309951 | 6342409 |
| 35 | 6113689 | 6211928 | 6310299 | 6342876 |
| 36 | 6118395 | 6219114 | 6310666 | 6342937 |
| 37 | 6122025 | 6222601 | 6312875 | 6344377 |
| 38 | 6128051 | 6226066 | 6312979 | 6344884 |
| 39 | 6130729 | 6228211 | 6316294 | 6345085 |
| 40 | 6133967 | 6232158 | 6316295 | 6346462 |
| 41 | 6133979 | 6232563 | 6316338 | 6356319 |
| 42 | 6137462 | 6235614 | 6317109 | 6356335 |
| 43 | 6137482 | 6239468 | 6317120 | 6362643 |
| 44 | 6137557 | 6241817 | 6317121 | 6371622 |
| 45 | 6140159 | 6242769 | 6317183 | 6372534 |
| 46 | 6140162 | 6246074 | 6320226 | 6373537 |
| 47 | 6144423 | 6249326 | 6320566 | 6376270 |
| 48 | 6145663 | 6252643 | 6320590 | |
| 49 | 6151169 | 6259119 | 6320638 | |
| 50 | 6156583 | 6259502 | 6323068 | |

$5 \times 4 = 200$
$200 + 250 - 3 = 447$

2 of 2 Pages

CONFIDENTIAL
ATTORNEYS ONLY

CPT 120227   A

EXHIBIT F

2002-MAY-13 19:30 FROM:LG LCD          0314294580          TO:00212027393001          P.005

 LG.PHILIPS LCD

**LG Philips LCD**
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7443 FAX: 82-31-429-4588

*VIA FACSIMILE*

To : **James F Chen**
　　Senior Manager
　　Legal/Intellectual Property, President Office
　　AU Optronics Corporation
　　L5 Fab No,23 Li-Hsin Rd. Science-Based
　　Industrial Park, Hsinchu. 300
　　Talwan, R.O.C
　　Fax : 886-3-577-8412
　　Tel : 886-3-566-5180

May 8, 2002

Dear Mr. Chen

Thank you for meeting with LG.Philips LCD Co. Ltd. ("LPL") on April 17 to discuss LPL's patent portfolio. During the meeting, you asked for a list of all LPL patents. LPL has over 447 issued patents in the United States, and currently has over 500 pending applications for patent in the United States. We enclose a list of our issued U.S. patents. We believe that this list is complete, but since the list so substantial in number, we make no representation that it is fully complete.

We suggest scheduling the next meeting with AU to occur on June 12. Please let us know AU's availability.

Very truly yours,

*Wonjun Choi*

Won-Jun Choi
Manager
Intellectual Property Center
LG.Philips LCD
E-mail : lgiun@lgphilips-lcd.com

Attachment : List of LPL's Patents (2 Pages)

**CONFIDENTIAL
ATTORNEYS ONLY**

LPL 25961

2002-MAY-13 19:30 FROM:LG LCD          0314294500          TO:00212027393001          P.006

| List of LG.Philips LCD's U.S. Patents | | | | |
|---|---|---|---|---|
| 4599246 | 5470769 | 5766493 | 5869351 | 5982466 |
| 4609930 | 5473451 | 5767530 | 5870071 | 5982467 |
| 4624737 | 5473452 | 5767994 | 5870158 | 5986725 |
| 4651185 | 5479280 | 5773845 | 5872605 | 5986735 |
| 4680380 | 5495347 | 5780871 | 5874326 | 5989450 |
| 4705358 | 5495354 | 5781254 | 5875015 | 5989944 |
| 4736229 | 5497146 | 5783338 | 5877514 | 5990877 |
| 4786780 | 5500380 | 5783852 | 5877827 | 5990998 |
| 4820222 | 5523187 | 5784133 | 5879958 | 5990999 |
| 4842378 | 5528895 | 5786878 | 5880794 | 5994155 |
| 4853755 | 5536823 | 5790212 | 5882238 | 5994721 |
| 4885616 | 5546207 | 5790222 | 5883682 | 5995186 |
| 4924279 | 5550484 | 5793460 | 5886757 | 5998230 |
| 4928095 | 5559345 | 5796449 | 5889290 | 5998563 |
| 4956680 | 5560777 | 5801398 | 5889571 | 6001539 |
| 5019002 | 5568292 | 5803965 | 5894136 | 6002457 |
| 5122891 | 5573958 | 5811836 | 5898187 | 6004704 |
| 5123847 | 5576070 | 5814836 | 5905274 | 6005542 |
| 5150240 | 5581382 | 5818402 | 5905549 | 6005647 |
| 5162931 | 5598011 | 5818562 | 5909035 | 6008870 |
| 5210629 | 5598012 | 5824377 | 5909265 | 6008872 |
| 5220446 | 5604358 | 5824572 | 5913113 | 6011309 |
| 5281450 | 5610082 | 5825437 | 5916737 | 6011530 |
| 5306653 | 5612234 | 5825449 | 5917567 | 6016175 |
| 5338240 | 5619222 | 5827760 | 5920084 | 6018377 |
| 5347146 | 5621555 | 5828083 | 5920305 | 6020599 |
| 5362661 | 5627089 | 5828433 | 5926235 | 6020942 |
| 5363216 | 5641974 | 5831284 | 5926236 | 6022646 |
| 5371025 | 5652633 | 5831709 | 5926237 | 6023319 |
| 5386309 | 5677207 | 5835139 | 5926702 | 6025216 |
| 5387922 | 5681439 | 5835172 | 5930657 | 6025605 |
| 5396083 | 5686320 | 5835176 | 5933199 | 6025891 |
| 5399114 | 5689119 | 5837559 | 5933208 | 6025900 |
| 5403755 | 5694165 | 5838067 | 5940151 | 6028588 |
| 5409566 | 5700699 | 5844314 | 5942310 | 6031247 |
| 5409569 | 5701166 | 5844644 | 5949511 | 6031590 |
| 5409851 | 5703668 | 5851411 | 5953092 | 6037611 |
| 5422287 | 5714769 | 5851859 | 5963584 | 6038002 |
| 5424103 | 5715025 | 5852305 | 5955744 | 6038003 |
| 5429962 | 5726077 | 5852481 | 5963188 | 6038006 |
| 5432108 | 5737049 | 5853818 | 5963277 | 6040828 |
| 5432122 | 5742363 | 5854513 | 5963285 | 6043000 |
| 5442215 | 5742365 | 5854663 | 5963797 | 6043923 |
| 5453856 | 5751017 | 5856816 | 5969377 | 6043971 |
| 5457552 | 5751020 | 5856854 | 5969702 | 6046725 |
| 5464478 | 5754261 | 5859633 | 5969778 | 6046785 |
| 5464669 | 5757058 | 5859679 | 5973658 | 6048783 |
| 5466618 | 5757453 | 5859882 | 5978057 | 6049320 |
| 5466620 | 5760861 | 5861635 | 5978056 | 6049368 |
| 5467882 | 5764210 | 5866919 | 5982349 | 6052104 |

CONFIDENTIAL
ATTORNEYS ONLY

1 of 2 Pages

LPL 25962

FROM

2002-MAY-13 19:31 FROM:LG LCD          0314294588          TO:00212027393001          P.007

| List of LG.Philips LCD's U.S. Patents | | | |
|---|---|---|---|
| 6052163 | 6157357 | 6268897 | 6323457 |
| 6052167 | 6160598 | 6271903 | 6323521 |
| 6057181 | 6163356 | 6274886 | 6323836 |
| 6057904 | 6164790 | 6273275 | 6323927 |
| 6060130 | 6166785 | 6275275 | 6326226 |
| 6061106 | 6166794 | 6278504 | 6326286 |
| 6064451 | 6169591 | 6281055 | 6326641 |
| 6064454 | 6172733 | 6281136 | 6327007 |
| 6064455 | 6174790 | 6281954 | 6327011 |
| 6067067 | 6177971 | 6281957 | 6329672 |
| 6067140 | 6177301 | 6281859 | 6330042 |
| 6071374 | 6184945 | 6285417 | 6330148 |
| 6077730 | 6184948 | 6285418 | 6331862 |
| 6081307 | 6184961 | 6288414 | 6333188 |
| 6081313 | 6225967 | 6292237 | 6333518 |
| 6083666 | 6184853 | 6291360 | 6333729 |
| 6084648 | 6188108 | 6292248 | 6333730 |
| 6088072 | 6188452 | 6292296 | 6335509 |
| 6083779 | 6188461 | 6295046 | 6335543 |
| 6091393 | 6190934 | 6294482 | 6335715 |
| 6091464 | 6191770 | 6295111 | 6335718 |
| 6091465 | 6191828 | 6297793 | 6335719 |
| 6091466 | 6191836 | 6297080 | 6335770 |
| 6091471 | 6191937 | 6297866 | 6335775 |
| 6091473 | 6192547 | 6300174 | 6337233 |
| 6097037 | 6193796 | 6300175 | 6337234 |
| 6097457 | 6197209 | 6300928 | 6337284 |
| 6099993 | 6197625 | 6303946 | 6337292 |
| 6100119 | 6204081 | 6304432 | 6337722 |
| 6100949 | 6204520 | 6306692 | 6337723 |
| 6100953 | 6207481 | 6307215 | 6339457 |
| 6100954 | 6211076 | 6307531 | 6339631 |
| 6106629 | 6211553 | 6307602 | 6340610 |
| 6107640 | 6211854 | 6309951 | 6342409 |
| 6113689 | 6211928 | 6310299 | 6342875 |
| 6118395 | 6219114 | 6310666 | 6342937 |
| 6122025 | 6222601 | 6312875 | 6344377 |
| 6128051 | 6226066 | 6312979 | 6344884 |
| 6130729 | 6228211 | 6316294 | 6345085 |
| 6133967 | 6232158 | 6316295 | 6345462 |
| 6133979 | 6232563 | 6316338 | 6356319 |
| 6137462 | 6235614 | 6317109 | 6356335 |
| 6137482 | 6239468 | 6317120 | 6362643 |
| 6137557 | 6241817 | 6317121 | 6371622 |
| 6140159 | 6242769 | 6317183 | 6372534 |
| 6140162 | 6246074 | 6320226 | 6373537 |
| 6144423 | 6249326 | 6320566 | 6376270 |
| 6145663 | 6252643 | 6320590 | |
| 6151169 | 6259119 | 6320638 | |
| 6156593 | 6259502 | 6323068 | |

CONFIDENTIAL
ATTORNEYS ONLY

2 of 2 Pages

LPL 25963

(MON) 5 13 2002 9:55/ST. 9:49/NO. 5560148224 P 7          FROM

EXHIBIT G

'09-11-02   15:06   From-                              T-556  P.002/011  F-960

1   JEFFREY N. BROWN (CA SBN 105520)
    MORGAN, LEWIS & BOCKIUS LLP
2   300 South Grand Avenue
    Twenty-Second Floor
3   Los Angeles, CA  90071-3132
    Tel:  (213) 612-2500
4   Fax:  (213) 612-2554

5   ANN A. BYUN (CA SBN 161593)
    MORGAN, LEWIS & BOCKIUS LLP
6   1701 Market Street
    Philadelphia, PA  19103
7   Tel: (215) 963-5000
    Fax: (215) 963-5299

8

9   Attorneys for Plaintiff
    LG.PHILIPS LCD CO., LTD.

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  LG.PHILIPS LCD CO., LTD.,           Case No.  CV 02 - 6775 CBM JTLx

15              Plaintiff,              COMPLAINT FOR PATENT
                                        INFRINGEMENT
16          vs.
                                        [DEMAND FOR JURY TRIAL]
17  TATUNG CO. OF AMERICA,
    TATUNG COMPANY AND CHUNGHWA
18  PICTURE TUBES, LTD.,

19              Defendants.

20

21      Plaintiff LG.Philips LCD Co., Ltd. ("LPL"), by its

22  undersigned attorneys, complains of Defendants and alleges as

23  follows:

24              JURISDICTION AND VENUE

25      1.   This is an action for patent infringement, arising

26  under the patent laws of the United States, Title 35 of the

27  United States Code, § 1, et seq.  This court has jurisdiction

28

    1-LA/825037.1

1  over the subject matter of this action pursuant to Title 28 of

2  the United States Code, §§ 1331 and 1338(a).

3      2.    Venue is proper in this judicial district under Title

4  28 of the United States Code, §§ 1391(b), 1391(c), 1391(d) and

5  1400(b).

6                          **PARTIES**

7      3.    Plaintiff LPL is a corporation organized under the laws

8  of the Republic of Korea having a place of business located in

9  Seoul, Korea.

10     4.    LPL is informed and believes, and on that basis

11  alleges, that Defendant Tatung Co. of America ("Tatung America")

12  is a corporation existing under the laws of the State of

13  California having a place of business located at 2850 El Presidio

14  Street, Long Beach, California.

15     5.    LPL is informed and believes, and on that basis

16  alleges, that Defendant Tatung Company ("Tatung") is a

17  corporation existing under the laws of Taiwan and is the parent

18  company of Tatung America.

19     6.    LPL is informed and believes, and on that basis

20  alleges, that Defendant Chunghwa Picture Tubes, Ltd. ("CPT") is a

21  corporation existing under the laws of Taiwan and is a subsidiary

22  of Defendant Tatung.  LPL is informed and believes, and on that

23  basis alleges, that CPT maintains a sales office at 550 Nutman

24  Street, Santa Clara, California.

25                   **LPL'S PATENTS-IN-SUIT**

26     7.    LPL is the owner by assignment of all rights, title and

27  interest in and to United States Patent No. 4,624,737 ("the '737

28  patent"), issued on November 25, 1986, entitled "Process for

1-LA/629037.1

2

.09-11-02    15:06    From-                          T-555  P.004/011  F-959

1   Producing Thin-Film Transistor."  A true and correct copy of the

2   '737 patent is attached hereto as Exhibit "A."

3        8.   LPL is the owner by assignment of all rights, title and

4   interest in and to United States Patent No. 5,825,449 ("the '449

5   patent"), issued on October 20, 1998, entitled "Liquid Crystal

6   Display Device and Method of Manufacturing the Same."  A true and

7   correct copy of the '449 patent is attached hereto as Exhibit

8   "B."

9        9.   LPL is the owner by assignment of all rights, title and

10  interest in and to United States Patent No. 6,373,537 ("the '537

11  patent"), issued on April 16, 2002, entitled "Computer Having

12  Liquid Crystal Display Between Frames Attached at the Edges."

13  A true and complete copy of the '537 patent is attached as

14  Exhibit "C."

15       10.  LPL is the owner by assignment of all rights, title and

16  interest in and to United States Patent No. 6,020,942 ("the '942

17  patent"), issued on February 1, 2000, entitled "Computer Having

18  Liquid Crystal Display."  A true and complete copy of the '942

19  patent is attached as Exhibit "D."

20       11.  LPL is the owner by assignment of all rights, title and

21  interest in and to United States Patent No. 6,002,457 ("the '457

22  patent"), issued on December 14, 1999, entitled "Computer Having

23  Liquid Crystal Display."  A true and complete copy of the '457

24  patent is attached as Exhibit "E."

25       12.  LPL is the owner by assignment of all rights, title and

26  interest in and to United States Patent No. 5,926,237 ("the '237

27  patent"), issued on July 20, 1999, entitled "Computer Having

28

1    Liquid Crystal Display." A true and complete copy of the '237

2    patent is attached as Exhibit "F."

3    <u>DEFENDANTS' INFRINGEMENT OF LPL'S PATENTS</u>

4        13.  LPL is informed and believes, and on that basis

5    alleges, that Defendant CPT manufactures liquid crystal display

6    ("LCD") panels that infringe LPL's patents as set forth in the

7    claims that follow, and that at least Tatung incorporates those

8    LCD panels into computer products, such as monitors.  LPL is

9    informed and believes, and on that basis alleges, that at least

10   Tatung America, Tatung's sales and distribution subsidiary,

11   imports into and sells in the United States, including within

12   this judicial district, computer products that include such CPT

13   LCD panels.

14       14.  LPL is informed and believes, and on that basis

15   alleges, that CPT maintains a sales representative in California,

16   has demonstrated and offered for sale LCD products in this

17   judicial district, and sells to California customers LCD panels

18   (and/or products with LCD panels incorporated therein) that

19   infringe LPL's patents as set forth in the claims that follow.

20       15.  LPL is informed and believes, and on that basis

21   alleges, that Tatung, Tatung America, and CPT are working in

22   concert to import and sell in the United States infringing LCD

23   panels (and/or products with infringing LCD panels incorporated

24   therein).

25            <u>FIRST CLAIM FOR RELIEF</u>

26           (INFRINGEMENT OF THE '737 PATENT)

27       16.  LPL incorporates by this reference paragraphs 1 through

28   15 above, as though fully set forth herein.

1-LA/625037.1

4

1   17.  Defendants have infringed and are infringing the '737

2   patent by making, using, selling, offering for sale and/or

3   importing into the United States products manufactured by a

4   process covered by one or more claims of the '737 patent, by

5   actively inducing and encouraging others to do so and/or by

6   contributing to such infringement.

7   18.  Defendants have infringed and are infringing the '737

8   patent with knowledge of LPL's patent rights and without a

9   reasonable basis for believing that Defendants' conduct is

10   lawful.  Defendants' acts of infringement have been willful,

11   deliberate, and in reckless disregard of LPL's patent rights, and

12   will continue unless enjoined by this Court.

13   19.  By reason of the foregoing, LPL has been damaged and

14   will continue to sustain damages in an amount to be determined at

15   trial and has suffered and will continue to suffer irreparable

16   loss and injury.

17   ## SECOND CLAIM FOR RELIEF

18   ### (INFRINGEMENT OF THE '449 PATENT)

19   20.  LPL incorporates by this reference paragraphs 1 through

20   15 above, as though fully set forth herein.

21   21.  Defendants have infringed and are infringing the '449

22   patent by making, using, selling, offering for sale and/or

23   importing into the United States products covered by one or more

24   claims of the '449 patent, by making, using, selling, offering

25   for sale and/or importing into the U.S. products manufactured by

26   a process covered by one or more claims of the '449 patent, by

27   actively inducing and encouraging others to do so and/or by

28   contributing to such infringement.

1-LA/629637.1

5

22. Defendants have infringed and are infringing the '449
patent with knowledge of LPL's patent rights and without a
reasonable basis for believing that Defendants' conduct is
lawful. Defendants' acts of infringement have been willful,
deliberate, and in reckless disregard of LPL's patent rights, and
will continue unless enjoined by this Court.

23. By reason of the foregoing, LPL has been damaged and
will continue to sustain damages in an amount to be determined at
trial and has suffered and will continue to suffer irreparable
loss and injury.

### THIRD CLAIM FOR RELIEF

### (INFRINGEMENT OF THE '537 PATENT)

24. LPL incorporates by this reference paragraphs 1 through
15 above, as though fully set forth herein.

25. CPT has infringed and is infringing the '537 patent by
making, using, selling, offering for sale and/or importing into
the United States products covered by one or more claims of the
'537 patent, by actively inducing and encouraging others to do so
and/or by contributing to such infringement.

26. CPT has infringed and is infringing the '537 patent
with knowledge of LPL's patent rights and without a reasonable
basis for believing that its conduct is lawful. CPT's acts of
infringement have been willful, deliberate, and in reckless
disregard of LPL's patent rights, and will continue unless
enjoined by this Court.

27. By reason of the foregoing, LPL has been damaged and
will continue to sustain damages in an amount to be determined at

1-LA/629037.1

6

1  trial and has suffered and will continue to suffer irreparable

2  loss and injury.

3  **FOURTH CLAIM FOR RELIEF**

4  (INFRINGEMENT OF THE '942 PATENT)

5      28.  LPL incorporates by this reference paragraphs 1 through

6  15 above, as though fully set forth herein.

7      29.  CPT has infringed and is infringing the '942 patent by

8  making, using, selling, offering for sale and/or importing into

9  the United States products covered by one or more claims of the

10  '942 patent, by actively inducing and encouraging others to do so

11  and/or by contributing to such infringement.

12      30.  By reason of the foregoing, LPL has been damaged and

13  will continue to sustain damages in an amount to be determined at

14  trial and has suffered and will continue to suffer irreparable

15  loss and injury.

16  **FIFTH CLAIM FOR RELIEF**

17  (INFRINGEMENT OF THE '457 PATENT)

18      31.  LPL incorporates by this reference paragraphs 1 through

19  15 above, as though fully set forth herein.

20      32.  CPT has infringed and is infringing the '457 patent by

21  making, using, selling, offering for sale and/or importing into

22  the United States products covered by one or more claims of the

23  '457 patent, by actively inducing and encouraging others to do so

24  and/or by contributing to such infringement.

25      33.  CPT has infringed and is infringing the '457 patent

26  with knowledge of LPL's patent rights and without a reasonable

27  basis for believing that its conduct is lawful.  CPT's acts of

28  infringement have been willful, deliberate, and in reckless

1-LA/629037.1

7

1  disregard of LPL's patent rights, and will continue unless

2  enjoined by this Court.

3      34. By reason of the foregoing, LPL has been damaged and

4  will continue to sustain damages in an amount to be determined at

5  trial and has suffered and will continue to suffer irreparable

6  loss and injury.

7              SIXTH CLAIM FOR RELIEF

8          (INFRINGEMENT OF THE '237 PATENT)

9      35. LPL incorporates by this reference paragraphs 1 through

10  15 above, as though fully set forth herein.

11      36. CPT has infringed and is infringing the '237 patent by

12  making, using, selling, offering for sale and/or importing into

13  the U.S. products manufactured by a process covered by one or

14  more claims of the '237 patent, by actively inducing and

15  encouraging others to do so and/or by contributing to such

16  infringement.

17      37. CPT has infringed and is infringing the '237 patent

18  with knowledge of LPL's patent rights and without a reasonable

19  basis for believing that its conduct is lawful. CPT's acts of

20  infringement have been willful, deliberate, and in reckless

21  disregard of LPL's patent rights, and will continue unless

22  enjoined by this Court.

23      38. By reason of the foregoing, LPL has been damaged and

24  will continue to sustain damages in an amount to be determined at

25  trial and has suffered and will continue to suffer irreparable

26  loss and injury.

27

28

1-LA/629037.1

8

1          <u>**PRAYER FOR RELIEF**</u>

2          WHEREFORE, Plaintiff LPL prays for relief against Defendants

3    Tatung America, Tatung and CPT as follows:

4          1.    For a judgment that Defendants have infringed LPL's

5    United States Patent Nos. 4,624,737 and 5,825,449;

6          2.    For a judgment that CPT has also infringed LPL's U.S.

7    Patent Nos. 6,373,537, 6,020,942, 6,002,457, and 5,926,237;

8          3.    For preliminary and permanent injunctive relief against

9    Defendants' further infringement of LPL's United States patents;

10         4.    For an award of damages for Defendants' infringement of

11   LPL's patents, together with interest, costs and disbursements as

12   fixed by this Court under Title 35 of the United States Code §

13   284;

14         5.    For a determination that Defendants' infringement is

15   willful, and an award of trebled damages under Title 35 of the

16   United States Code § 284, for infringement of LPL's patents;

17         6.    For a determination that this is an exceptional case

18   within the meaning of Title 35 of the United States Code § 285

19   and an assessment of LPL's reasonable attorneys' fees; and

20         7.    For such other and further relief as the Court deems

21   just and proper.

22   Dated:  August 29, 2002              MORGAN, LEWIS & BOCKIUS LLP

23

24                                        By

25                                           Jeffrey N. Brown
                                             Attorneys for Plaintiff
26                                           LG.PHILIPS LCD CO., LTD.

27

28

1-LA/639037.1

9

1    **JURY TRIAL DEMAND**

2         Plaintiff LG.Philips LCD Co., Ltd. hereby demands a trial by

3    jury on all issues properly triable by jury.

4

5    Dated:  August 29, 2002              MORGAN, LEWIS & BOCKIUS LLP

6

7                                         By _____

8                                            Jeffrey W. Brown
                                             Attorneys for Plaintiff
9                                            LG.PHILIPS LCD CO., LTD.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-LA/629037.1