IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LTD., | ) | |
| | ) | Civil Action No. 05-292 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; | ) | REDACTED - PUBLIC VERSION |
| CHUNGHWA PICTURE TUBES, LTD.; | ) | |
| AND VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF SUZANNE B. DRENNON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES UNDER 35 U.S.C. § 287

Of Counsel:

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1800

Glenn W. Rhodes
Teresa M. Corbin
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Dated: July 13, 2006

Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorney for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd. and
ViewSonic Corporation

RLF1-3036228-1

## DECLARATION OF SUZANNE B. DRENNON

I, Suzanne B. Drennon, declare:

1. I am an attorney licensed to practice in the State of California and am an associate with the law firm of Howrey LLP, attorney of record for Defendants Tatung Company; Tatung Company Of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corporation.

2. I have first hand knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts. I submit this declaration in support of Defendants' Reply In Support Of Its Motion For Partial Summary Judgment On Damages Under 35 U.S.C. § 287.

3. Attached hereto as Exhibit 1 is a true and correct copy of a February 8, 2002 letter from Jeong Hwan Lee to Cheng-Yuan Lin.

4. Attached hereto as Exhibit 2 is a true and correct copy of a February 27, 2002 letter from Jeong Hwan Lee to Cheng-Yuan Lin.

5. Attached hereto as Exhibit 3 is a true and correct copy of Claim Charts to United States Patent No. 6,373,537.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the July 3, 2006 Deposition of Ho Lee.

7. Attached hereto as Exhibit 5 is a true and correct copy of a July 22, 2002 letter from Hsiang-Kuel Chung to Jeong Hwan Lee.

8. Attached hereto as Exhibit 6 is a true and correct copy of a July 30, 2002 letter from Won-Jun Choi to Hsiang-Kuel Chung.

9. Attached hereto as Exhibit 7 is a true and correct copy of a *LG.Philips LCD Co., Ltd. v. Tatung Co. of America, Tatung Company and Chunghwa Picture Tubes, Ltd.,* No. E02-6775 CBM, Complaint for Patent Infringement, filed August 29, 2002..

10. Attached hereto as Exhibit 8 is a true and correct copy of a draft LG.Philips LCD Co., Ltd. Patent License Agreement.

- 2 -

11.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the June 9, 2006 Deposition of Youngwoo Cho.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on July 13, 2006, at Wilmington, Delaware.

_____
Suzanne B. Drennon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 13, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 13, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-2917974-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 20, 2006, I sent the foregoing document by Federal Express, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

> /s/ Matthew W. King
> Matthew W. King (#4566)
> King@rlf.com
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> (302) 651-7700

RLF1-2917974-1