# EXHIBIT 1

Case 1:05-cv-00292-JJF    Document 387-2    Filed 07/20/2006    Page 1 of 19



LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7443 FAX: 82-31-429-4588

**VIA FACSIMILE**

To : Cheng-Yuan. Lin
   President
   Chunghwa Picture Tubes.,LTD
   1127 Hopin Rd., Padeh City, Taoyuan, Taiwan, R.O.C
   Fax : 886-3-377-3189
   Tel : 886-3-367-5151

February 8, 2002

Dear Mr. President

LG.Philips LCD Co., Ltd. ("LG.Philips") is an industry leader in the liquid crystal display (LCD) technology. One reason for this is the amount of investment that LG.Philips has made to develop the necessary technology to manufacture the highest quality LCD products. LG.Philips is proud of the accomplishments made in the technology behind our LCD products.

LG.Philips has also placed high priority on worldwide intellectual property, which is synonymous with high technology. It is our belief that the LCD technology patents owned by LG.Philips are wide-ranging and valuable. As examples, you may wish to review U.S. Patent Nos. 4,624,737; 5019002; 5856816; 4885616; 5825449; 5,835,139; 5,926,237; 6,002,457. We believe that these patents, although only exemplary, cover a wide ranging. A portfolio of patents including these exemplary patents is currently available for license from LG.Philips.

Should your company wish to discuss the above-identified patents or the relevance of the LGP patent portfolio to any specific products of your company, we would be happy to visit your company on any one day between March 14 and March 15.

I look forward to receiving either your response to my suggestion or your suggestion, desirably no later than February 26, 2002.

Sincerely yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
Tel : 82-31-450-7479
Fax : 82-31-429-4588
jhlee@lgphilips-lcd.com

LPL0000217

# EXHIBIT 2

Case 1:05-cv-00292-JJF   Document 387-2   Filed 07/20/2006   Page 3 of 19

 **LG.PHILIPS LCD**

LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7443 FAX: 82-31-429-4588

*VIA FACSIMILE*

To : Cheng-Yuan. Lin
    President
    Chunghwa Picture Tubes.,LTD
    1127 Hopin Rd., Padeh City, Taoyuan, Taiwan, R.O.C
    Fax : 886-3-377-3189
    Tel : 886-3-367-5151

February 27, 2002

Dear Mr. President

On February 8, we wrote you and asked for a meeting to discuss the unauthorized use of technology owned by LG.Philips LCD Co., Ltd. ("LGP") by Chungwa Picture Tubes, Inc. ("CPT"). In that letter, we asked for a meeting to discuss this issue of patent infringement with CPT. CPT has not responded to our letter.

We are concerned that CPT's lack of a response indicates a lack of interest on the part of CPT to attempt to resolve this issue through amicable negotiations. We will be in Taiwan in March and would be available to meet with CPT on March 14 or 15. Please let us know if CPT has any interest in discussing this matter with LGP.

Please recognize that LGP will take legal action to protect its property rights, as necessary, in the event amicable negotiations cannot resolve this matter. We hope to hear from CPT soon so that we can confirm a meeting date to discuss this serious issue, desirably no later than March 1, 2002.

Sincerely yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
Tel : 82-31-450-7479
Fax : 82-31-429-4588
jhlee@lgphilips-lcd.com

LPL0000216

# EXHIBIT 3

**EXHIBIT 1**
**CLAIM CHART – U.S. PATENT NO. 6,373,537**

| Claim 1 of '537 Patent | Direct Infringement by Tatung's L5CTSDP-U01 |
|---|---|
| A liquid crystal display device comprising: | The Tatung L5CTSDP-U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device. CPT's module is especially designed for side-mounting as described below by the claim, and side-mounting technology is used in the assembly of Tatung's L5CTSDP-U01. |
| a liquid crystal panel | The CPT LCD module has a liquid crystal panel. |
| a light unit including a light source, joined with the liquid crystal panel; | The CPT LCD module has an assembly that provides light to the display area that is in close association with (directly behind) the liquid crystal panel. The assembly contains at least one florescent bulb, which provides light for the display. |
| a first frame coupled to the surface of the light unit and sides of the liquid crystal panel; | The CPT LCD module has a support structure in the form of a metal (first) frame that is in close association with the bottom surface of the light unit and sides of the liquid crystal panel. |
| a second frame coupled to edges of the liquid crystal panel and sides of the first frame; | The CPT LCD module contains a metal (second) frame that fits over the first frame. This second frame is in close association with boundary portions of the liquid crystal panel and side surfaces of the first frame. |
| an outer casing; and | The CPT LCD module fits into a metal housing or outer casing of the Tatung L5CTSDP-U01 product. |
| a fastening part joining together the first frame, the second frame, and the outer [casing] through the sides of the first frame, the second frame, and the outer casing. | A plurality of screws hold in close association the first metal frame, the second metal frame, and the metal housing by using holes located at the side surfaces of the first frame, second frame, and metal housing. |

# EXHIBIT 2
## CLAIM CHART – U.S. PATENT NO. 6,002,457

| Claim 9 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| A liquid crystal display device comprising: | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device. CPT's module is especially designed for side-mounting as described below by the claim, and side-mounting technology is used in the assembly of Tatung's L5CTSDP- U01. |
| a first frame; | The CPT LCD module includes a support structure in the form of a metal (first) frame. |
| a reflector unit adjacent to the first frame; | The CPT LCD module includes a reflector unit close to the first frame. |
| a light source adjacent to the reflector unit; | The CPT LCD module includes a light source close to the reflector unit. |
| a light guide unit adjacent to the light source; | The CPT LCD module includes a light guide unit close to the light source. |
| a liquid crystal panel adjacent to the light guide unit; and | The CPT LCD module includes a liquid crystal panel close to the light guide unit. |
| a second frame having a fastening part at at least one side edge of the second frame, wherein the reflector unit, light source, the light guide unit and the liquid crystal panel are between the first and second frames, the second frame fixable to a housing through the side edge of the second frame. | A metal (second) frame open in its front and rear fits over the first frame in the CPT LCD module. The second frame has holes in its side surfaces. The reflector unit, light source, light guide unit, and liquid crystal panel are intermediate the first and second frames. The holes in the side surfaces of the second frame are provided to allow the LCD device to be attached to a housing. |

| Claim 37 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| A liquid crystal display device comprising: | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device. |
| a first frame; | The CPT LCD module includes a support structure in the form of a metal (first) frame. |

LPL 018450

1

EXHIBIT 2
CLAIM CHART – U.S. PATENT NO. 6,002,457

| Claim 37 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP-U01 |
|---|---|
| a reflector unit adjacent to the first frame; | The CPT LCD module includes a reflector unit close to the first frame. |
| a light source adjacent to the reflector unit; | The CPT LCD module includes a light source close to the reflector unit. |
| a light guide unit adjacent to the light source; | The CPT LCD module includes a light guide unit close to the light source. |
| a liquid crystal panel adjacent to the light guide unit; and | The CPT LCD module includes a liquid crystal panel close to the light guide unit. |
| a second frame having a fastening part at at least one side edge of the second frame, wherein the reflector unit, light source, the light guide unit and the liquid crystal panel are between the first and second frames, the second frame attachable to a housing through the side edge of the second frame. | A metal (second) frame open in its front and rear fits over the first frame in the CPT LCD module. The second frame has holes in its side surfaces.<br><br>The reflector unit, light source, light guide unit, and liquid crystal panel are intermediate the first and second frames.<br><br>The holes in the side surfaces of the second frame are provided to allow the LCD device to be attached to a housing. |

| Claim 38 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP-U01 |
|---|---|
| The liquid crystal display device according to claim 37, wherein the fastening part includes a hole. | The Tatung L5CTSDP-U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02), wherein the side surface of the CPT LCD module second frame includes a hole. |

**EXHIBIT 2**
**CLAIM CHART – U.S. PATENT NO. 6,002,457**

| Claim 48 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP-U01 |
|---|---|
| The liquid crystal display device according to claim 47, wherein the fastening part includes a screw passing through at least one hole. | When the CPT LCD module is installed in the L5CTSDP-U01 product, screws extend into holes in the metal housing of the L5CTSDP-U01 and the second frame of the LCD module to connect them together. |

| Claim 49 of '457 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP-U01 |
|---|---|
| The liquid crystal display device according to claim 37, wherein the fastening part includes first and second screws passing through first and second holes at a same side edge of at least one of the first and second frames. | When the CPT LCD module is installed in the L5CTSDP-U01 product, screws extend into holes in the metal housing of the L5CTSDP-U01 and the second frame of the LCD module to connect them together. |

LPL 018452

EXHIBIT 3
CLAIM CHART – U.S. PATENT NO. 5,926,237

| Claim 35 of '237 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| A method of making a liquid crystal display device comprising the steps of: | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device. CPT's module is especially designed for side-mounting as described below by the claim, and side-mounting technology is used in the assembly of Tatung's L5CTSDP- U01. |
| forming a first frame; | In making the CPT LCD module, CPT provides a support structure in the form of a metal (first) frame. |
| forming a reflector unit adjacent to the first frame; | In making the CPT LCD module, CPT provides a reflector unit close to the first frame. |
| forming a light source adjacent to the reflector unit; | In making the CPT LCD module, CPT provides a light source close to the reflector unit. |
| forming a light guide unit adjacent to the light source; | In making the CPT LCD module, CPT provides a light guide unit close to the light source. |
| forming a liquid crystal panel adjacent to the light guide unit; and | In making the CPT LCD module, CPT provides a liquid crystal panel close to the light guide unit. |
| forming a second frame having a fastening part at at least one side edge of the second frame, wherein the reflector unit, light source, the light guide unit and the liquid crystal panel are between the first and second frames, the second frame attachable to a housing through the side edge of the second frame. | In making the CPT LCD panel, CPT provides a metal (second) frame open in its front and rear that fits over the first frame in the CPT LCD module. The second frame has holes in its side surfaces.<br><br>The reflector unit, light source, light guide unit, and liquid crystal panel are intermediate the first and second frames.<br><br>The holes in the side surfaces of the second frame are provided to allow the LCD device to be attached to a housing. |

1

**EXHIBIT 3**
**CLAIM CHART – U.S. PATENT NO. 5,926,237**

| Claim 43 of '237 Patent | Direct Infringement by Tatung LCD Model No. L5CTSDP- U01 |
|---|---|
| The method according to claim 35, wherein the liquid crystal display device is immovable within the housing and the fastening part includes a screw passing through at least one hole in at least one of the first and second frames. | The Tatung L5CTSDP- U01 is an LCD monitor that contains a CPT LCD module (CLAA150XG02) that constitutes a display device, and when installed using the holes in the second frame, the CPT module is immovable in the housing of the Tatung LCD Model No. L5CTSDP- U01 product.<br><br>When the CPT LCD module is installed in the Tatung LCD Model No. L5CTSDP- U01 product, screws extend into holes in the metal housing of the Tatung LCD Model No. L5CTSDP- U01 and the second frame of the LCD module to attach them together. |

LPL 018454

2

# EXHIBIT 4

# REDACTED

# EXHIBIT 5



# 中華映管股份有限公司
## CHUNGHWA PICTURE TUBES LTD.

Mr. Jeong-Hwan Lee
Vice President
Intellectual Property Center
L. G. Philips LCD
Tel: 82-31-450-7479
Fax: 82-31-429-4588

July 22, 2002

Dear Mr. Lee:

We were pleased to meet with you on June 11, 2002. Our legal and technologic guides have been following the standard procedure to survey the License Agreement and claim charts since last meeting.

With respect to the Claim Charts you provided for us, we need more time for our technical personnel surveying. Still more, we have questions to be clarified about the Claim Charts also.

With respect to the License Agreement, we are concerned about the Licensed Patents most. Thus, we need more information, such as the Patent List, to estimate the value of them.

Accordingly, we need more information and time for this matter. We would like to extend the date you had stated on July 5, 2002.

Your highly consideration is appreciated.

Best regards,

Hsiang-Kuei Chung
Vice President
TFT Business Unit

*Hsiang-Kuei Chung 7.22.2002*

RECEIVED
2002. 7. 25
LG.Philips
IP Team

Tel: 886-3-3675151
Fax: 886-3-3773001

LPL 25661

# EXHIBIT 6



LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7450 FAX: 82-31-429-4588

*VIA FACSIMILE*

July 30, 2002

To : Hsiang-Kuei Chung
Vice President
TFT Business Unit, Chunghwa Picture Tubes.,LTD
Fax : 886-3-377-3001, Tel : 886-3-367-5151

Dear Mr. Chung:

Your letter of July 22, 2002, is frustrating for LPL. As you know, we had requested meetings with your company several times in the six months that preceded our meeting on June 11. Now six weeks after that meeting, you are requesting further delay in responding to the infringement claims that LPL carefully documented against CPT's products.

CPT has had ample opportunity to study our patents and the materials illustrating its infringement. Your letter fails to forward any points for clarification and, thus, appears to have been sent only for the purpose of delay. The continuation of such conduct is unacceptable to LPL. If CPT requires clarification of the infringement claim charts, it should forward its questions immediately. A list of patents available for licensing is attached to this letter.

We expect to receive a substantive response from CPT in the very near future as a demonstration of its sincerity for an amicable resolution of this matters.

Sincerely,

*Won-Jun Choi*

Won-Jun Choi

Manager
Intellectual Property Center
LG.Philips LCD

*(This letter was approved by Jeong-Hwan Lee / Vice President)*

*Attachment : List of LPL's Patents(2 Pages)

CPT007591
CONFIDENTIAL

| List of LG.Philips LCD's U.S. Patents | | | | |
|---|---|---|---|---|
| 4599246 | 5470769 | 5766493 | 5869351 | 5982466 |
| 4609930 | 5473451 | 5767530 | 5870071 | 5982467 |
| 4624737 | 5473452 | 5767994 | 5870158 | 5986725 |
| 4651185 | 5479280 | 5773845 | 5872606 | 5986735 |
| 4680580 | 5495347 | 5780871 | 5874326 | 5989450 |
| 4705358 | 5495354 | 5781254 | 5875015 | 5989944 |
| 4736229 | 5497146 | 5783338 | 5877514 | 5990877 |
| 4786780 | 5500380 | 5783852 | 5877827 | 5990998 |
| 4820222 | 5523187 | 5784133 | 5879958 | 5990999 |
| 4842378 | 5528395 | 5786878 | 5880794 | 5994155 |
| 4853755 | 5538823 | 5790212 | 5882238 | 5994721 |
| 4895616 | 5546207 | 5790222 | 5883682 | 5995186 |
| 4924279 | 5550484 | 5793460 | 5886757 | 5998230 |
| 4928095 | 5559345 | 5796449 | 5889290 | 5998563 |
| 4956680 | 5560777 | 5801398 | 5889571 | 6001539 |
| 5019002 | 5568292 | 5803965 | 5894136 | 6002457 |
| 5122891 | 5573958 | 5811836 | 5898187 | 6004704 |
| 5123847 | 5576070 | 5814836 | 5905274 | 6005542 |
| 5150240 | 5581382 | 5818402 | 5905549 | 6005647 |
| 5162931 | 5598011 | 5818562 | 5909035 | 6008870 |
| 5210629 | 5598012 | 5824377 | 5909265 | 6008872 |
| 5220446 | 5604358 | 5824572 | 5913113 | 6011309 |
| 5281450 | 5610082 | 5825437 | 5916737 | 6011530 |
| 5306653 | 5612234 | 5825449 | 5917567 | 6016175 |
| 5338240 | 5619222 | 5827760 | 5920084 | 6018377 |
| 5347146 | 5621555 | 5828083 | 5920305 | 6020599 |
| 5362661 | 5627089 | 5828433 | 5926235 | 6020942 |
| 5363216 | 5641974 | 5831284 | 5926236 | 6022646 |
| 5371025 | 5652633 | 5831709 | 5926237 | 6023319 |
| 5386309 | 5677207 | 5835139 | 5926702 | 6025216 |
| 5387922 | 5681439 | 5835172 | 5930657 | 6025605 |
| 5396083 | 5686320 | 5835176 | 5933199 | 6025891 |
| 5399114 | 5689119 | 5837559 | 5933208 | 6025900 |
| 5403755 | 5694185 | 5838067 | 5940151 | 6028588 |
| 5409566 | 5700699 | 5844314 | 5942310 | 6031247 |
| 5409569 | 5701166 | 5844644 | 5949511 | 6031590 |
| 5409851 | 5703668 | 5851411 | 5953092 | 6037611 |
| 5422287 | 5714769 | 5851859 | 5953584 | 6038002 |
| 5424103 | 5715025 | 5852305 | 5955744 | 6038003 |
| 5429962 | 5726077 | 5852481 | 5963188 | 6038008 |
| 5432108 | 5737049 | 5853818 | 5963277 | 6040828 |
| 5432122 | 5742363 | 5854513 | 5963285 | 6043000 |
| 5442215 | 5742365 | 5854663 | 5963797 | 6043923 |
| 5453856 | 5751017 | 5856816 | 5969377 | 6043971 |
| 5457552 | 5751020 | 5856854 | 5969702 | 6046725 |
| 5464478 | 5754261 | 5859633 | 5969778 | 6046785 |
| 5464669 | 5757058 | 5859679 | 5973658 | 6048783 |
| 5466618 | 5757453 | 5859682 | 5978057 | 6049320 |
| 5466620 | 5760861 | 5861635 | 5978058 | 6049368 |
| 5467882 | 5764210 | 5866919 | 5982349 | 6052104 |

1 of 2 Pages

CPT007592
CONFIDENTIAL

| List of LG.Philips LCD's U.S. Patents | | | |
|---|---|---|---|
| 6052163 | 6157357 | 6258897 | 6323457 |
| 6052167 | 6160598 | 6271903 | 6323521 |
| 6057181 | 6163356 | 6274886 | 6323836 |
| 6057904 | 6164790 | 6273275 | 6323927 |
| 6060130 | 6166785 | 6275275 | 6326226 |
| 6061106 | 6166794 | 6278504 | 6326286 |
| 6064451 | 6169591 | 6281055 | 6326641 |
| 6064454 | 6172733 | 6281136 | 6327007 |
| 6064455 | 6174790 | 6281954 | 6327011 |
| 6067067 | 6177971 | 6281957 | 6329672 |
| 6067140 | 6177301 | 6281959 | 6330042 |
| 6071374 | 6184945 | 6285417 | 6330148 |
| 6077730 | 6184948 | 6285418 | 6331862 |
| 6081307 | 6184961 | 6288414 | 6333188 |
| 6081313 | 6225967 | 6292237 | 6333518 |
| 6083666 | 6184853 | 6291360 | 6333729 |
| 6084648 | 6188108 | 6292248 | 6333730 |
| 6088072 | 6188452 | 6292296 | 6335509 |
| 6088779 | 6188461 | 6295046 | 6335543 |
| 6091393 | 6190934 | 6294482 | 6335715 |
| 6091464 | 6191770 | 6295111 | 6335718 |
| 6091465 | 6191828 | 6297793 | 6335719 |
| 6091466 | 6191836 | 6297080 | 6335770 |
| 6091471 | 6191937 | 6297866 | 6335776 |
| 6091473 | 6192547 | 6300174 | 6337233 |
| 6097037 | 6193796 | 6300175 | 6337234 |
| 6097457 | 6197209 | 6300928 | 6337284 |
| 6099993 | 6197625 | 6303946 | 6337292 |
| 6100119 | 6204081 | 6304432 | 6337722 |
| 6100949 | 6204520 | 6306692 | 6337723 |
| 6100953 | 6207481 | 6307215 | 6339457 |
| 6100954 | 6211076 | 6307531 | 6339631 |
| 6106629 | 6211553 | 6307602 | 6340610 |
| 6107540 | 6211854 | 6309951 | 6342409 |
| 6113689 | 6211928 | 6310299 | 6342876 |
| 6118395 | 6219114 | 6310666 | 6342937 |
| 6122025 | 6222601 | 6312875 | 6344377 |
| 6128051 | 6226066 | 6312979 | 6344884 |
| 6130729 | 6228211 | 6316294 | 6345085 |
| 6133967 | 6232158 | 6316295 | 6346462 |
| 6133979 | 6232563 | 6316338 | 6356319 |
| 6137462 | 6235614 | 6317109 | 6356335 |
| 6137482 | 6239468 | 6317120 | 6362643 |
| 6137557 | 6241817 | 6317121 | 6371622 |
| 6140159 | 6242769 | 6317183 | 6372534 |
| 6140162 | 6246074 | 6320226 | 6373537 |
| 6144423 | 6249326 | 6320566 | 6376270 |
| 6145663 | 6252643 | 6320590 | |
| 6151169 | 6259119 | 6320638 | |
| 6156583 | 6259502 | 6323068 | |

CPT007593
CONFIDENTIAL