IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-292 (JJF) |
| ) | |
| v. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | **REDACTED - PUBLIC VERSION** |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF CHIEN KUO HE IN SUPPORT OF DEFENDANTS' MOTION TO RESTRICT ACCESS TO TRIAL DURING THE PRESENTATION OF CERTAIN CONFIDENTIAL INFORMATION AND FOR AN ORDER SEALING CORRESPONDING PORTIONS OF THE TRIAL TRANSCRIPT**

OF COUNSEL:

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd, and Viewsonic Corporation

Dated: July 18, 2006

I, Chien Kuo He, declare and state as follows:

1. I am Director of the Panel Design Division, which is part of the Information Technology (IT) General Design Division of Chunghwa Picture Tubes, Ltd. ("CPT") and I work in the company's Longtan facility in Taiwan. I submit this declaration in support of Defendants' motion to close the courtroom for a portion of the proceedings. I make this declaration based upon personal knowledge of the facts stated herein and could and would testify to the same if called upon to do so.

2. I attended National Central University and have a master's degree in mechanical engineering. I have been employed by CPT since June of 1998. At first, I was employed as an engineer in the Array Design Department at CPT and my responsibilities focused primarily on mask layout design. Currently, I work in the Panel Design Division and my responsibilities involve the design of liquid crystal display ("LCD") arrays and panels.

3. Based on my experience and responsibilities, I am knowledgeable about CPT's LCD products, including its thin film transistor ("TFT") design array mask files and design specifications. I will describe the nature of the information that CPT seeks to protect from public disclosure; the steps that CPT takes to maintain the confidentiality of this information; and the harm that CPT will suffer if this information is made public.

4. CPT's TFT design mask files disclose the design configuration of a TFT array used in CPT's LCD products. These mask files show CPT's special design features, which affect performance, quality and yield. These mask files are drawing files that are used to create photomasks which are then used in the manufacturing process. Specifically, these files show the

configuration of gate and row lines and all other structural features of the array. A true and correct copy of a representative mask file is attached here to as Exhibit A.

5. Further, these mask files are a blueprint for the array design. These files show the process that is used to fabricate TFTs. These files show the particular sequence in which layers are formed in CPT's TFT array.

6. I am knowledgeable about the steps that CPT takes to maintain the confidentiality of the mask files because I work with the design department. CPT takes significant measures to maintain the secrecy of and to prevent disclosure of the trade secrets concerning its LCD devices. Mask files are the crown jewel of a TFT manufacturing company's intellectual property. Even within CPT's design department, access to the mask files is limited to employees who use and revise mask files. CPT keeps mask files on computers connected to an isolated server, separate from the company's main server. These mask files are kept in a specific room, to which only CPT design array personnel with a key card have access. These employees that have access to the mask files have passwords to view only the designs affecting their sections of the modules while only one administrator has access to all mask files.

7. Further, CPT maintains the secrecy of these mask files when it deals with other companies. CPT discloses mask files only to mask manufacturers, who sign a non-disclosure agreement.

8. The design specifications show the size, function and electrical features of each component of the array as well as the properties of the materials used. The design specifications are provided to the production department to manufacture the LCD products. CPT's design specifications reveal the materials used to manufacture the TFT arrays. A true and correct copy of a representative design specification is attached hereto as Exhibit B.

9. CPT also takes significant steps to protect its design specifications. CPT design specifications are only for the use of CPT's array engineers and are not available for any external use. The design specifications are kept on a computer system document control center under password protection and only personnel involved with a particular product have access to the documents related to that product. CPT's array engineers with access to the design specifications may only view the design specifications; they may not print or copy them. Very few people are allowed to print or make copies of these design specifications.

10. If CPT's mask files and design specifications were disclosed in public proceedings, then CPT would be irreparably harmed. This information about CPT's devices and fabrication processes is valuable because this information is not known to CPT's competitors and is difficult to reverse engineer.

11. If CPT's competitors obtain this information, CPT would suffer a serious competitive disadvantage. A competitor could use CPT's mask files or design specifications to modify its materials, processes, or designs to compete with CPT. Once another company obtains possession of a CPT mask file, it would not need to perform design work at all, but could immediately begin producing LCD modules. With these mask files, another company could increase yield, improve performance and quality, and unfairly compete against CPT.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on this 17th day of July, 2006 in Wilmington, Delaware.

DATED: 2006.7.17                    Respectfully submitted,

                                    By: Chien Kuo He

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 18, 2006, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

> Matthew W. King (#4566)
> Kine@rlf.com
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> (302) 651-7700

RLF1-2917974-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

> Richard D. Kirk
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on July 20, 2006, I sent the foregoing document by Federal Express, to the following non-registered participants:

> Gaspare J. Bono
> Matthew T. Bailey
> Andrew J. Park
> Adrian Mollo
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006

/s/ Matthew W. King
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-2917974-1