# EXHIBIT A

REDACTED

EXHIBIT B

REDACTED

EXHIBIT C

REDACTED

# EXHIBIT D

EXHIBIT AND WITNESS LIST - CONTINUATION

# United States District Court

## DISTRICT OF DELAWARE

**PLAINTIFF'S WITNESS LIST**

Case Number: 05-292 (JJF)

| PRESIDING JUDGE: Judge Farnan | | | PLNTFF'S ATTORNEY: Gaspare J. Bono | | DEFENDANT'S ATTORNEY: Glenn W. Rhodes | |
|---|---|---|---|---|---|---|
| TRIAL DATE(S):  July 17 through July 26 | | | COURT REPORTER | | COURTROOM DEPUTY | |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | Dr. Elliott Schlam | |
| | | | | | Dr. Webster Howard (see attached deposition designations) | |
| | | | | | Scott Holmberg (see attached deposition designations) | |
| | | | | | Vincent Liu (see attached deposition designations) | |
| | | | | | Ho Lee | |
| | | | | | Milton Kuan (see attached deposition designations) | |
| | | | | | John Tsai (see attached deposition designations) | |
| | | | | | Belle Chang (see attached deposition designations) | |
| | | | | | Bonnie Uphold (see attached deposition designations) | |
| | | | | | Sally Wang (see attached deposition designations) | |
| | | | | | Pearlyn Lim (see attached deposition designations) | |
| | | | | | Oliver Shih (see attached deposition designations) | |
| | | | | | Pat Chang (see attached deposition designations) | |
| | | | | | Mike Lee (see attached deposition designations) | |
| | | | | | Michael Wagner (see attached deposition designations) | |
| | | | | | Art Cobb | |
| | | | | | Joo Sup Kim | |

EXHIBIT E

99906 Tsai_C_DA_20060711.txt

7/15/2006

Deponent:    Chen Chao Tsai

6:19-6:19
6:20-6:21
6:22-6:24
6:25-7:1
9:22-9:23
9:24-10:2
10:3-10:4
10:5-10:6
10:7-10:8
10:9-10:9
10:19-10:21
10:22-10:24
13:20-13:22
13:25-13:25
14:1-14:1
14:2-14:4
14:5-14:7
14:8-14:9
14:11-14:13
14:14-14:16
14:18-14:18
14:19-14:20
14:21-14:25
15:2-15:3
15:4-15:6
15:7-15:8
15:9-15:12
15:13-15:15
15:16-15:18
15:20-15:21
15:22-15:24
16:2-16:2
16:3-16:6
16:7-16:10
16:12-16:14
16:15-16:17
16:18-16:20
16:21-16:22
16:23-16:23
17:7-17:8
17:9-17:16
17:17-17:18
17:19-17:20
18:1-18:2
18:3-18:5
18:6-18:6
22:12-22:13
22:17-22:20
22:21-22:23
22:24-22:24
23:5-23:6
23:7-23:8
23:14-23:16
23:17-23:22
23:23-23:25
24:1-24:1
24:11-24:15
24:16-24:18
24:19-24:21
24:22-24:25
25:3-25:6
25:7-25:12
25:15-25:15
25:16-25:19
25:20-25:23
25:24-26:1

1

99906 Tsai_C_DA_20060711.txt

```
26:3-26:3
26:7-26:8
26:9-26:9
27:1-27:3
27:5-27:8
28:7-28:9
28:12-28:15
28:16-28:19
28:23-29:4
29:5-29:8
29:9-29:17
29:18-29:21
29:23-29:25
30:2-30:4
30:5-30:9
30:10-30:11
30:12-30:14
30:15-30:15
31:9-31:10
31:19-31:21
31:22-32:1
32:2-32:6
32:7-32:9
32:11-32:14
32:15-32:17
32:18-32:19
32:22-32:23
33:17-33:20
33:23-34:1
34:2-34:3
34:4-34:5
34:6-34:6
34:11-34:14
34:16-34:19
34:21-34:21
34:22-34:25
35:1-35:3
35:4-35:7
35:8-35:9
35:12-35:12
35:18-35:19
35:20-35:25
36:3-36:4
36:5-36:8
36:9-36:11
36:14-36:15
36:16-36:17
36:18-36:22
36:24-37:4
37:7-37:9
37:10-37:11
37:14-37:16
37:20-37:21
37:22-37:25
38:1-38:1
38:4-38:5
38:8-38:11
38:12-38:14
38:15-38:15
49:23-49:24
49:25-50:6
50:9-50:12
50:13-50:13
50:15-50:15
50:16-50:18
50:19-50:19
54:14-54:18
54:22-55:7
```

99906 Tsai_C_DA_20060711.txt

```
57:11-57:12
57:14-57:16
57:17-57:19
57:20-57:22
57:23-57:23
58:2-58:3
58:6-58:6
58:15-58:16
58:17-58:18
59:7-59:11
59:13-59:17
59:19-59:23
59:25-59:25
60:11-60:15
60:16-60:18
61:4-61:5
61:13-61:18
61:20-61:21
63:1-63:3
63:6-63:10
63:12-63:14
63:16-63:18
63:20-63:23
64:1-64:2
64:19-64:20
64:24-65:2
66:23-66:25
67:3-67:4
67:5-67:6
67:9-67:10
68:11-68:13
68:15-68:15
68:18-68:18
68:19-68:20
68:21-68:24
69:2-69:4
69:6-69:8
69:16-69:17
69:20-69:20
69:23-69:23
70:1-70:3
70:4-70:5
70:6-70:6
70:11-70:12
70:15-70:17
70:20-70:21
70:22-70:23
70:24-70:24
70:25-71:1
71:6-71:10
71:12-71:16
71:18-71:23
72:1-72:5
72:6-72:6
72:16-72:18
72:21-72:24
73:2-73:10
73:14-73:19
73:23-73:23
74:18-74:21
74:22-74:23
74:24-74:25
75:1-75:2
75:3-75:4
75:5-75:6
75:7-75:8
75:9-75:10
75:11-75:11
```

99906 Tsai_C_DA_20060711.txt

```
75:18-75:20
75:21-75:23
75:24-76:1
76:2-76:4
76:5-76:7
76:8-76:10
76:11-76:13
76:14-76:14
76:24-77:2
77:5-77:12
77:16-77:18
77:20-77:22
77:23-78:1
78:3-78:3
79:2-79:3
79:6-79:9
79:11-79:15
79:16-79:18
79:20-79:22
79:23-79:24
80:2-80:7
80:8-80:9
85:25-86:1
86:2-86:4
86:5-86:6
86:7-86:9
86:10-86:11
86:18-86:18
86:19-86:19
87:9-87:10
87:11-87:12
87:13-87:15
87:16-87:18
87:19-87:20
87:21-87:22
87:24-88:2
88:3-88:4
88:5-88:6
88:7-88:8
88:9-88:10
88:11-88:12
88:15-88:16
88:18-88:23
88:24-88:25
89:4-89:4
89:7-89:8
89:9-89:10
89:13-89:16
90:11-90:12
90:14-90:15
90:16-90:17
90:18-90:24
91:1-91:2
91:3-91:4
91:5-91:7
91:8-91:9
91:14-91:15
91:17-91:21
91:22-91:23
91:24-92:1
92:2-92:2
92:6-92:7
92:8-92:9
92:10-92:10
93:5-93:6
93:9-93:9
93:9-93:10
93:11-93:13
```

99906 Tsai_C_DA_20060711.txt

```
93:14-93:16
93:19-94:3
94:4-94:5
94:6-94:10
94:11-94:12
94:13-94:14
94:15-94:16
94:17-94:19
94:20-94:24
94:25-95:2
95:3-95:4
96:24-97:1
97:4-97:8
97:9-97:10
97:11-97:13
97:14-97:16
97:19-97:22
97:23-97:24
100:22-100:23
100:24-101:4
101:5-101:6
101:8-101:14
101:16-101:17
102:3-102:4
102:6-102:7
102:8-102:9
102:15-102:16
102:17-102:18
102:19-102:21
102:22-102:24
103:2-103:3
103:4-103:6
103:7-103:11
103:12-103:13
103:14-103:16
103:17-103:19
103:20-103:21
103:22-103:24
104:8-104:9
104:11-104:12
104:14-104:15
104:16-104:22
105:1-105:1
105:3-105:3
108:3-108:5
108:8-108:9
108:20-108:20
108:21-108:22
108:23-108:25
109:1-109:2
109:3-109:4
109:5-109:5
109:14-109:14
109:15-109:15
109:22-109:24
110:2-110:4
110:5-110:5
110:13-110:15
110:17-110:17
110:22-111:2
111:10-111:10
111:11-111:12
111:13-111:16
111:17-111:20
111:23-112:1
112:6-112:9
112:12-112:12
117:3-117:5
```

99906 Tsai_C_DA_20060711.txt

```
117:6-117:8
117:12-117:12
117:13-117:14
117:15-117:17
117:18-117:18
118:1-118:3
118:5-118:6
118:18-118:19
118:19-118:20
118:22-119:6
119:9-119:15
119:18-119:19
119:20-119:22
119:25-120:4
120:7-120:10
120:13-120:14
121:2-121:5
121:6-121:8
121:14-121:20
121:23-121:24
126:2-126:4
126:5-126:6
128:8-128:9
128:10-128:12
128:13-128:16
128:17-128:19
128:20-128:22
128:23-128:23
132:1-132:2
132:4-132:5
132:6-132:7
132:8-132:10
132:11-132:11
132:18-132:19
132:20-132:20
132:21-132:21
132:22-133:1
133:4-133:4
133:24-133:24
133:25-134:2
134:4-134:7
134:9-134:11
134:12-134:13
135:8-135:10
135:11-135:12
136:9-136:11
136:14-136:18
136:22-137:1
140:6-140:7
140:8-140:10
140:11-140:11
140:24-141:1
141:3-141:6
141:7-141:9
141:10-141:11
143:11-143:13
143:14-143:16
144:18-144:19
144:22-144:24
144:25-145:1
145:3-145:5
145:6-145:7
146:13-146:15
146:17-146:19
147:1-147:3
147:4-147:4
147:14-147:15
147:16-147:18
```

99906 Tsai_C_DA_20060711.txt

7/15/2006

```
147:24-148:3
148:4-148:6
148:8-148:11
148:13-148:13
148:14-148:17
149:1-149:3
149:4-149:5
149:6-149:8
149:11-149:19
149:21-149:24
149:25-150:3
150:4-150:8
150:10-150:13
150:14-150:16
150:17-150:18
150:22-150:23
150:24-151:3
151:5-151:9
151:10-151:14
151:16-151:18
151:19-151:22
151:25-152:3
152:6-152:9
152:12-152:14
152:16-152:20
152:22-152:24
153:2-153:3
153:8-153:9
153:10-153:10
156:7-156:9
156:11-156:14
156:15-156:15
156:21-156:23
156:24-156:25
157:1-157:1
158:15-158:16
158:18-158:19
```

# EXHIBIT F

```
71:18-71:20
71:21-71:21
72:7-72:8
72:10-72:11
72:18-72:20
72:21-72:24
72:25-73:2
73:3-73:3
74:4-74:6
74:23-74:24
74:25-74:25
76:5-76:7
76:9-76:12
76:14-76:15
76:16-76:16
76:23-76:24
76:25-77:1
77:3-77:3
78:8-78:9
78:11-78:14
78:15-78:15
79:5-79:7
79:8-79:9
79:10-79:11
79:12-79:13
79:14-79:14
79:21-79:21
79:22-79:23
79:24-79:25
80:1-80:1
80:6-80:8
80:10-80:11
80:12-80:13
80:14-80:15
80:16-80:19
80:20-80:23
80:24-81:1
81:3-81:6
81:7-81:7
88:13-88:15
88:18-88:18
89:11-89:14
89:17-89:21
89:23-89:23
92:3-92:5
92:7-92:7
96:18-96:19
96:20-96:20
96:23-96:24
97:2-97:6
97:9-97:9
99:16-99:17
99:18-99:18
99:19-99:20
99:22-100:1
100:2-100:4
102:13-102:15
102:17-102:21
102:22-102:22
108:16-108:17
108:18-108:19
108:20-108:22
108:23-108:25
109:2-109:2
109:23-109:24
109:25-110:2
110:3-110:4
110:5-110:8
```

99916 Kuan_DA_20060713.txt

```
110:9-110:11
110:16-110:18
110:19-110:20
110:21-110:22
110:23-110:23
111:5-111:6
111:7-111:11
111:13-111:17
111:18-111:19
111:20-111:21
111:22-111:25
112:1-112:1
114:11-114:13
114:14-114:16
114:18-114:21
114:24-115:3
115:4-115:4
115:11-115:12
115:13-115:14
115:15-115:16
115:17-115:17
116:4-116:4
116:6-116:8
116:10-116:12
116:13-116:13
116:18-116:19
116:20-116:21
118:8-118:9
118:10-118:10
120:6-120:8
120:9-120:10
120:11-120:12
120:13-120:13
120:14-120:14
120:15-120:16
120:17-120:18
120:19-120:20
120:21-120:22
120:23-120:24
120:25-121:2
121:3-121:3
125:10-125:11
125:12-125:14
125:15-125:16
125:17-125:18
125:19-125:20
125:21-125:22
125:23-125:23
126:15-126:18
126:19-126:23
126:25-126:25
127:24-128:2
128:3-128:4
128:5-128:6
128:7-128:8
128:9-128:9
128:16-128:17
128:18-128:20
128:21-128:21
129:8-129:10
129:11-129:11
129:14-129:16
129:19-129:22
129:23-129:23
131:9-131:10
131:11-131:12
131:13-131:13
145:22-145:23
```

99916 Kuan_DA_20060713.txt

```
145:24-146:2
146:3-146:5
146:6-146:7
146:8-146:8
146:24-146:25
147:1-147:1
147:12-147:13
147:14-147:17
147:18-147:22
147:23-148:1
148:2-148:2
149:3-149:4
149:6-149:6
149:11-149:13
149:14-149:16
149:17-149:20
149:22-149:23
153:25-154:1
154:2-154:4
154:5-154:6
154:7-154:8
154:9-154:10
154:11-154:13
154:14-154:16
154:17-154:18
154:19-154:19
155:9-155:10
155:11-155:11
156:21-156:22
156:23-156:23
157:5-157:6
157:7-157:7
157:13-157:15
157:18-157:19
159:4-159:5
159:6-159:8
159:9-159:10
159:12-159:14
159:15-159:19
159:20-159:21
159:22-159:24
159:25-159:25
162:10-162:13
162:16-162:17
174:8-174:10
174:13-174:16
174:17-174:17
175:4-175:5
175:5-175:5
175:6-175:8
175:9-175:11
175:12-175:12
175:20-175:23
175:24-175:25
176:5-176:5
176:6-176:8
176:9-176:9
192:15-192:15
192:18-192:18
193:25-194:1
194:3-194:6
194:7-194:9
194:10-194:10
194:18-194:19
194:22-194:22
197:4-197:5
197:8-197:9
198:6-198:8
```

99916 Kuan_DA_20060713.txt

```
198:11-198:11
198:12-198:12
198:21-198:22
198:24-199:1
199:3-199:3
203:6-203:10
203:11-203:14
203:15-203:19
203:20-203:22
204:6-204:11
204:12-204:12
240:6-240:7
240:8-240:12
240:13-240:14
240:15-240:16
240:18-240:20
240:21-240:21
241:24-241:25
241:25-241:25
242:1-242:2
242:3-242:5
242:6-242:6
242:20-242:23
242:24-242:24
243:5-243:6
243:7-243:8
243:8-243:8
243:9-243:11
243:12-243:14
243:15-243:15
243:25-244:1
244:2-244:3
244:4-244:4
244:11-244:12
244:13-244:13
245:5-245:5
245:12-245:13
245:14-245:16
245:17-245:17
246:7-246:8
246:9-246:9
246:16-246:17
246:19-246:23
246:25-247:1
247:2-247:4
247:5-247:5
252:21-252:22
253:8-253:10
253:11-253:14
253:15-253:18
253:19-253:22
253:23-253:24
253:25-254:3
254:4-254:6
254:7-254:7
255:17-255:17
256:1-256:2
256:3-256:4
256:5-256:6
256:7-256:9
256:10-256:11
256:12-256:12
257:11-257:12
257:14-257:15
258:5-258:6
258:7-258:10
258:13-258:13
259:20-259:21
```

99916 Kuan_DA_20060713.txt

259:23-259:23
259:24-259:24
260:7-260:8
260:10-260:15
260:17-260:18
260:20-260:21
260:23-260:23
261:10-261:11
261:12-261:14
261:16-261:17
261:18-261:18
261:21-261:23
261:25-262:2

6

# EXHIBIT G

99905 Shih_O_DA_20060711.txt                          7/15/2006

Deponent:  Oliver Shih

```
8:3-8:4
8:5-8:5
9:16-9:17
9:18-9:18
19:20-19:20
19:21-19:23
19:24-19:24
22:22-22:24
22:25-23:2
23:5-23:7
23:8-23:9
23:10-23:11
23:12-23:12
23:21-23:22
23:23-23:24
23:25-23:25
26:8-26:9
26:11-26:13
26:18-26:18
26:20-26:21
31:8-31:10
31:12-31:17
31:18-31:19
31:20-31:23
31:24-31:24
32:2-32:3
32:4-32:5
32:6-32:6
32:9-32:10
32:11-32:13
36:17-36:18
36:19-36:21
36:23-37:1
37:3-37:6
37:7-37:7
38:10-38:12
38:21-38:24
38:25-39:3
39:6-39:7
39:13-39:15
39:18-39:23
39:24-39:24
40:8-40:10
40:12-40:12
40:22-40:24
40:25-41:3
41:5-41:5
41:22-42:2
42:5-42:7
44:17-44:21
44:23-45:2
45:3-45:6
45:10-45:12
45:13-45:13
46:11-46:13
46:16-46:18
46:21-46:25
47:2-47:3
47:13-47:14
47:15-47:17
47:18-47:18
52:16-52:17
52:18-52:18
53:16-53:18
53:19-53:20
54:10-54:11
```

99905 Shih_O_DA_20060711.txt                    7/15/2006

```
54:13-54:17
54:18-54:19
61:17-61:18
61:19-61:21
61:23-61:23
62:7-62:8
62:9-62:11
62:12-62:15
62:16-62:16
62:20-62:21
62:24-63:3
63:5-63:10
63:12-63:13
63:18-63:20
63:23-64:3
67:12-67:13
67:14-67:16
67:17-67:18
67:19-67:20
68:18-68:19
68:21-68:24
68:25-68:25
70:17-70:18
70:19-70:19
75:24-76:1
78:17-78:18
78:21-78:25
79:14-79:15
79:17-79:19
80:4-80:5
80:6-80:6
84:12-84:12
84:13-84:15
84:16-84:16
84:17-84:21
84:22-84:24
86:5-86:6
86:22-86:25
88:7-88:10
88:12-88:17
88:18-88:22
88:24-89:2
89:14-89:15
89:17-89:22
91:25-92:1
92:3-92:3
92:14-92:14
92:15-92:17
92:18-92:21
92:23-93:5
93:8-93:9
94:5-94:8
94:11-94:13
95:2-95:3
95:4-95:7
95:8-95:12
95:13-95:13
99:11-99:12
99:14-99:16
99:17-99:18
103:21-103:25
104:1-104:2
106:23-106:25
107:1-107:3
107:6-107:7
110:4-110:5
110:8-110:12
110:13-110:17
```

99905 Shih_O_DA_20060711.txt

```
110:18-110:24
110:25-111:5
111:6-111:8
112:2-112:3
112:4-112:6
112:7-112:9
112:10-112:10
112:17-112:18
112:19-112:20
116:13-116:16
116:17-116:18
116:21-116:23
117:21-117:22
117:23-117:25
118:1-118:3
118:5-118:9
118:10-118:11
118:13-118:14
120:4-120:8
120:9-120:9
120:10-120:12
120:14-120:19
120:20-120:22
120:23-120:25
121:1-121:3
121:4-121:7
121:8-121:10
121:11-121:11
124:16-124:17
124:18-124:20
124:23-125:2
125:3-125:4
125:5-125:8
125:9-125:10
125:11-125:11
126:1-126:2
126:4-126:5
126:12-126:13
126:15-126:16
129:23-129:25
130:1-130:2
130:3-130:9
130:10-130:10
130:11-130:13
130:13-130:14
130:15-130:18
130:19-130:19
133:11-133:13
133:14-133:17
133:18-133:18
133:19-133:20
133:21-133:22
134:7-134:8
134:9-134:9
135:1-135:3
135:3-135:4
135:6-135:8
135:9-135:12
135:13-135:15
135:16-135:17
135:25-136:1
136:2-136:6
136:7-136:8
150:10-150:12
150:13-150:16
150:18-150:21
151:14-151:15
151:18-151:19
```

```
152:11-152:12
152:15-152:15
152:21-152:23
152:24-153:1
153:2-153:5
155:8-155:10
155:13-155:18
158:2-158:3
158:4-158:4
162:2-162:3
162:4-162:5
162:6-162:8
162:9-162:13
162:21-162:22
162:23-163:1
163:3-163:7
164:4-164:6
164:9-164:14
164:15-164:15
171:16-171:18
171:19-171:20
171:21-171:23
171:24-171:24
172:17-172:19
172:22-173:4
173:5-173:9
173:10-173:11
173:12-173:15
173:17-173:21
173:22-173:24
174:25-175:2
175:4-175:6
175:7-175:11
175:25-176:2
176:2-176:4
176:5-176:7
176:8-176:13
176:14-176:16
176:17-176:21
176:22-177:1
177:2-177:6
177:8-177:12
177:13-177:16
177:18-177:18
178:17-178:20
178:22-178:23
178:24-178:24
179:1-179:3
179:4-179:6
179:8-179:14
179:16-179:16
179:22-179:24
179:25-180:3
180:5-180:8
180:9-180:14
180:15-180:16
180:17-180:18
180:19-180:22
180:23-181:1
181:12-181:14
181:15-181:15
182:1-182:3
182:4-182:9
182:10-182:14
182:15-182:17
182:19-182:24
182:25-183:1
183:2-183:3
```

4

99905 Shih_O_DA_20060711.txt

7/15/2006

```
183:4-183:7
183:8-183:8
186:17-186:18
186:19-186:20
187:3-187:4
187:6-187:9
187:10-187:10
190:4-190:5
190:6-190:8
190:10-190:14
190:16-190:18
190:19-190:22
190:24-191:3
195:17-195:22
195:24-195:25
196:11-196:13
196:16-196:17
200:25-201:2
201:5-201:10
201:13-201:16
201:17-201:22
201:25-202:1
202:9-202:11
202:12-202:14
202:14-202:15
202:16-202:16
```

EXHIBIT H

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE


LG PHILIPS LCD CO., LTD., )
                         )
        Plaintiff,    ) C.A. No.  05-292-JJF
                         )
v.                       )
                         )
TATUNG COMPANY, TATUNG   )
COMPANY OF AMERICA, INC., )
CHUNGHWA PICTURE TUBES   )
LTD., and VIEWSONIC      )
CORPORATION,             )
                         )
        Defendant.    )


              Friday, July 7, 2006
              2:01 p.m.
              Courtroom 4B



              844 King Street
              Wilmington, Delaware


BEFORE:  THE HONORABLE JOSEPH J. FARNAN, JR.
         United States District Court Judge



APPEARANCES:

              THE BAYARD FIRM
              BY:  RICHARD D. KIRK, ESQ.

               -and-

              McKENNA, LONG & ALDRIDGE, LLP
              BY:  GASPARE J. BONO, ESQ.
              BY:  CASS W. CHRISTENSON, ESQ.
              BY:  ADRIAN P.J. MOLLO, ESQ.

              Counsel for the Plaintiff

7

1          All right.  With regard to motions,

2   there's a number of motions.  Let me start with

3   the motions in limine.  That might be a good

4   place.

5          Motions in limine.  Docket Item 227

6   is denied.

7          Docket Item 228 is granted.

8          Docket Item 229 is denied.

9          Docket Item 230 is denied.

10         Docket Item 231 is denied.

11         Docket Item 295, which, in essence,

12   amends Docket Item 232, is granted.

13         Docket Item 233 is denied.

14         I'm going to reserve judgment with

15   regard to Docket Item 285, 289, 292, and 304.

16   The reason being, some of them aren't finished

17   with the filings of the ones I just mentioned.

18         Docket Item 291, although it falls

19   in that category, I only have the opening motion.

20   I'm going to deny it because it's a motion in

21   limine that defendant's requesting that the

22   plaintiffs not be able to go outside their expert

23   report.  And my practice is that that application

24   is made post-trial.

1    be that they will comply with the agreement you

2    have about specific designations. In other

3    words, they kind of, like, come together.

4         Right now you're cross designating

5    and designating. There's a cutoff, July 15th,

6    when your agreement as to designations and cross

7    designations is going to run head on into the

8    witness list.

9         You still have your agreement.

10   That's what's going to provide you with the

11   designations. And then there's going to be a

12   witness list.

13        So the witness list won't have the

14   specific designations, but they will have had to

15   have done that to get you a witness list. If

16   they haven't, then you'll ask me.

17        There's two separate processes of

18   work --

19        MS. GABLER: Right.

20        THE COURT: -- and they're going to

21   collide on July 15th for the plaintiff, and for

22   you on July 17th. If it doesn't collide, call

23   me.

24        MS. GABLER: Great.

1          THE COURT:  And I'll make sure a

2    collision occurs.

3          MS. GABLER:  All right, then.

4          THE COURT:  I mean, it's that

5    simple.

6          MS. GABLER:  Okay.  And then our

7    final issue --

8          THE COURT:  Because what I'll do to

9    make it clear to you, then I'll order what you

10   ask me for today.  But why would I do it today,

11   because the process hasn't unraveled, and you're

12   still rolling along.

13         And I think that that 15th date is

14   going to be where it comes together.

15         MS. GABLER:  Okay.  We hope so, too.

16         Our final issue has to do with one

17   of the members of the McKenna Long team that's

18   been identified as trial counsel in the joint

19   pretrial statement.

20         Mr. Song Jung is a partner with

21   McKenna Long's Washington D.C. office, and he is

22   also the lead prosecuting lawyer in the United

23   States for LPL in terms of its pending patent

24   applications before the U.S. PTO.

EXHIBIT I

# REDACTED

# EXHIBIT J

# REDACTED

EXHIBIT K

REDACTED

# EXHIBIT L

**DEFENDANTS OBJECTIONS TO THE DESIGNATIONS OF THE DEPOSITION
TESTIMONY OF WEBSTER HOWARD AND SCOTT HOLMBERG[1]**

Based on the witness schedule provided by LPL on July 15, 2006, it appears that
LPL may present the deposition testimony of Mr. Howard and Mr. Holmberg on
Monday, July 17, 2006. Defendants hereby object to the designated deposition testimony
for the following reasons. Defendants reserve their right to submit, and intend to serve,
counter-designations for Mr. Howard, Mr. Holmberg, and all other deposition testimony
designated by LPL, by 5:00 p.m. on July 17, 2006, per the Court's Order.

**DEPONENT NAME:       Webster Howard**

| LPL Designation (Howard) | Objection(s) |
|---|---|
| 6:6-6:10 | 403: Prejudice (Live at Trial) 402: Relevance |
| 7:1-7:4 | 403: Prejudice (Live at Trial) 402: Relevance |
| 7:5-7:7 | 403: Prejudice (Live at Trial) 402: Relevance |
| 7:8-7:10 | 403: Prejudice (Live at Trial) 402: Relevance |
| 12:8-12:15 | 403: Prejudice (Live at Trial) 402: Relevance |
| 16:25-17:10 | 403: Prejudice (Live at Trial) 402: Relevance |
| 19:14-19:19 | 403: Prejudice (Live at Trial) 402: Relevance |
| 117:21-118:3 | 403: Prejudice (Live at Trial) 402: Relevance |
| 118:6-118:25 | 403: Prejudice (Live at Trial) 402: Relevance |
| 119:6-119:13 | 403: Prejudice (Live at Trial) 402: Relevance |
| 119:16-120:9 | 403: Prejudice (Live at Trial) 402: Relevance |
| 123:10-123:14 | 403: Prejudice (Live at Trial) 402: Relevance |
| 124:17-125:14 | 403: Prejudice (Live at Trial) 402: Relevance |
| 125:16-125:20 | 403: Prejudice (Live at Trial) 402: Relevance |
| 129:20-130:2 | 403: Prejudice (Live at Trial) 402: Relevance |

---

[1]

| LPL Designation (Howard) | Objection(s) |
|---|---|
| 130:3-130:5 | 403: Prejudice (Live at Trial) 402: Relevance |
| 179:17-179:20 | 403: Prejudice (Live at Trial) 402: Relevance |

**DEPONENT NAME:      SCOTT HOLMBERG**

| LPL Designation (Holmberg) | Objection(s) |
|---|---|
| 7:6-7:7 | No objection. |
| 26:3-29:5 | CPT objects to 26:15-29:5 because witness testified in this answer by referring to and relying on two drawings, Holmberg deposition exhibits 101-102, that were late produced (*see* trans,. 29:7-29:14) It is clear, particularly in the video tape of this deposition, that witness was relying on and referring to the excluded documents to give this testimony). The Court has excluded LPL from using such document at trial. |
| 29:13-30:21 | Same objection as CPT's objection above to 26:3-29:5. CPT objects because witness testified in this answer by referring to and relying on two drawings, Holmberg deposition exhibits 101-102, that were late produced (*see* trans,. 29:7-29:14) It is clear, particularly in the video tape of this deposition, that witness was relying on and referring to the excluded documents to give this testimony). The Court has excluded LPL from using such document at trial. |
| 33:8-33:10 | No objection. |
| 33:12-33:24 | No objection. |
| 34:1-34:7 | No objection. |
| 36:4-36:14 36:19-37:14 | Same objection as CPT's objection above to 26:3-29:5. CPT objects because witness testified in this answer "as I mentioned" referring to and relying on two drawings, Holmberg deposition exhibits 101-102, that were late produced (*see* trans,. 29:7-29:14) This testimony is based on late produced documents that the Court excluded LPL from using at trial. |
| 38:14-38:21 38:22-39:25 | Same objection as CPT's objection above to 26:3-29:5. CPT objects because witness testified in this answer "as I mentioned" referring to and relying on two drawings, Holmberg deposition exhibits 101-102, that were late produced (*see* trans,. 29:7-29:14) This testimony is based on late produced documents that the Court excluded LPL from using at trial. |

| LPL Designation (Holmberg) | Objection(s) |
|---|---|
| 40:2-40 :22 | No objection. |
| 63:6-63:17 | Same objection as CPT's objection above to 26:3-29:5. Uncorroborated testimony of inventor to prove date of conception is legally insufficient and should be excluded from trial, including under FRE 401, 402 and 403 as prejudicial. Jury cannot as a matter of law find that inventor conceived based solely on inventor's uncorroborated testimony of the date of conception. Here, the Court has precluded LPL from introducing the only other potentially corroborative evidence, which were late produced documents.<br><br>In addition, CPT asserts same objection as objection stated above to LPL's designation of deposition trans. 26:3-29:5. CPT objects because witness here testified "like I stated earlier" referring to and relying on two drawings, Holmberg deposition exhibits 101-102, that were late produced (*see* trans,. 29:7-29:14) and the Court has excluded use of such documents at trial. |
| 70:2-70:24 | No objection. |
| 173:15-173:15 | No objection. |
| 173:18-174:2 | No objection. |
| 180 :13-181:1 | Testimony re hearsay and unauthenticated documents exhibits 109 and 110. No sponsoring witness to establish foundation o overcome hearsay objection for admission of deposition exhibits 109 or 110. Relevance, prejudice. |
| 181:3-181:5 | Testimony re hearsay and unauthenticated documents exhibits 109 and 110. No sponsoring witness to establish foundation o overcome hearsay objection for admission of deposition exhibits 109 or 110. Relevance; prejudice. |
| 181:7-181:13 | Testimony re hearsay and unauthenticated documents exhibits 109 and 110. No sponsoring witness to establish foundation o overcome hearsay objection for admission of deposition exhibits 109 or 110. Relevance; prejudice. |
| 183: 15-183 :22 | Testimony re hearsay and unauthenticated documents exhibits 109 and 110. No sponsoring witness to establish foundation o overcome hearsay objection for admission of deposition exhibits 109 or 110. Relevance; prejudice. |
| 307:5-307:19 | Foundation; testifying not from memory, rather from relying on late produced document, Holmberg deposition exhibits |