# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

ELECTRONICALLY FILED

(302) 429-4208
rkirk@bayardfirm.com

July 20, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:   *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
              C.A. No. 05-292-JJF

Dear Judge Farnan:

     I write on behalf of plaintiff LG.Philips LCD Co., Ltd. ("LG.Philips"). At the hearing held on Wednesday, July 12, 2006 regarding foreign language interpreters, LG.Philips presented a binder of exhibits. Some of those exhibits have been marked as confidential under the protective order.

     LG.Philips respectfully requests the Court to treat its binder of exhibits as if it had been presented under seal. We handed up the only copy of the exhibits, so there are no other publicly viewable copies.

     I apologize that we overlooked this matter at the hearing itself.

                                        Respectfully submitted,

                                        Richard D. Kirk (#0922)

:rdk
cc:    Clerk of the Court
       All counsel as shown on attached certificate

629691v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 20, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on July 20, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL 60610 | Suite 3600 |
| | San Francisco, CA 94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1