# EXHIBIT A

*LG Philips LCD Co., LTD   v.*
*Tatung Company, et al.*

*Hearing*
*July 7, 2006*

*Hawkins Reporting Service*
*715 N King Street*
*Suite 3*
*Wilmington, DE   19801*
*(302) 658-6697*

*Original File 070706-1.TXT, 121 Pages*
*Min-U-Script® File ID: 2645918850*

**Word Index included with this Min-U-Script®**

Page 37

[1]   They have to get it. So I make my
[2] rulings strictly in the context of prejudice and
[3] what allows it to be understandable to the jury.
[4] When I make trial rulings, I'm thinking about
[5] what's the best for the jury's understanding,
[6] which is really hard.
[7]   You know, these are tough cases for
[8] juries to sit on. So the more we can do as the
[9] professional side, the better off everybody is.
[10]   But that would be helpful to the
[11] jury. If you have context and 45 minutes, and
[12] they do, that's fine.
[13]   If you have, like, four hours and
[14] you want to split it up all over the case, that's
[15] not good.
[16]   MR. BONO: No. That's not the case,
[17] Your Honor.
[18]   THE COURT: Okay.
[19]   MR. RHODES: Your Honor.
[20]   THE COURT: Yes.
[21]   MR. RHODES: Since we're on the
[22] topic of videos, I do have one issue that our
[23] trial technician, Kim, came in and made sure I
[24] brought up today.

Page 38

[1]   THE COURT: Okay.
[2]   MR. RHODES: And that is when we
[3] play the video, of course, there's going to be an
[4] English question, a translation, and then there's
[5] going to be someone speaking in Korean or
[6] Chinese. And then there's going to be an English
[7] response from the interpreter.
[8]   And what we need a little guidance
[9] on, and I'm not sure if we will be able to come
[10] out on this issue, is to sort of speed things
[11] along, we could cut out the translation of the
[12] English question, meaning that the video would
[13] play the English question, leave out the
[14] translation of the question, then you would hear
[15] the response in Chinese or Korean. Then you hear
[16] the English translation of that.
[17]   MR. BONO: Agreed, Your Honor.
[18]   THE COURT: That's fine.
[19]   MR. RHODES: Great. Thank you, Your
[20] Honor.
[21]   THE COURT: That makes a lot of
[22] sense. Now, how are you feeling about the
[23] relationship?
[24]   MR. BONO: I don't know.

Page 39

[1]   THE COURT: I'm going to take it
[2] step by step.
[3]   All right. Five, and I'm still on
[4] Page 56. How will the Court handle motions for
[5] judgment of law, motions for directed verdicts
[6] after the case in chief?
[7]   The way I handle those, if I — you
[8] know, funny thing, you read the rule and it gives
[9] you the answer. In the back of the rules,
[10] there's commentary from years that you —
[11] essentially if you're in — the trial, in other
[12] words, commenced and you have a jury. You should
[13] reserve decision, allow a timely — you know, you
[14] can interpose that you have a motion.
[15]   What I usually do is say put it in
[16] writing, and then file it at the proper time so
[17] that the record is clear. And then I'll decide
[18] it post-trial.
[19]   And that's what the commentary says.
[20] And it's worked here as a practice.
[21]   And you know, if there's some
[22] modification that's helpful to you, I'll try to
[23] do it. But just as long as you have it at the
[24] proper time. And if you didn't want to file

Page 40

[1] something, you could say, Your Honor, at this
[2] time we'd like to make our motions, and we
[3] understand you'll reserve decision. Could we
[4] have leave to put them in writing post-trial?
[5]   And I'll say fine. Then you
[6] actually get to look at the record and, you know,
[7] that's all about going on appeal. So do whatever
[8] favors your ability to make it clear.
[9]   Okay. Now, going on, with regard to
[10] Page 56, I've taken care of this witness problem.
[11] About 24 hours — you know, you're going to have
[12] a lot of notice, not only about who they are, but
[13] the order.
[14]   And then on Page 57, you, yes, can
[15] have access to the courtroom. Actually you can
[16] have it all day Friday.
[17]   The courtroom is not being used, so
[18] if you want to — are you jointly using equipment
[19] or have you — do you — I mean, are you using
[20] like one —
[21]   MR. GABLER: Yes, Your Honor. We
[22] reached a joint agreement on equipment between
[23] the two presentation techs.
[24]   Okay. So I believe they'll both be