IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-292-JJF |
| | : |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES LTD., and VIEWSONIC CORPORATION, | : |
| | : |
| Defendants. | : |

### ORDER

WHEREAS, Defendants filed a letter to the Court on July 24, 2006 (D.I. 395);

WHEREAS, Plaintiff requested the letter be sealed and Defendants had no objection;

IT IS HEREBY ORDERED that the letter (D.I. 395) is **SEALED**.

July 26, 2006

_____
UNITED STATES DISTRICT JUDGE