IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Filed in open court this 27th day of July 2006

dk

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>TATUNG COMPANY,<br>TATUNG COMPANY OF AMERICA, INC.,<br>CHUNGHWA PICTURE TUBES, LTD.,<br>AND VIEWSONIC CORPORATION,<br><br>    Defendants. | C.A. No. 05-292 (JJF) |

## SPECIAL VERDICT FORM

    1. Do you find that LPL has proven by a preponderance of the evidence that the method CPT uses to manufacture its LCD modules <u>using only outer guard rings</u> literally infringes Claim 1 of the '002 patent?

    Yes (infringes) _____   No (does not infringe) ✓


    2. Do you find that LPL has proven by a preponderance of the evidence that the method CPT uses to manufacture its LCD modules <u>using only outer guard rings</u> infringes Claim 1 of the '002 patent under the doctrine of equivalents?

    Yes (infringes) ✓   No (does not infringe) _____

    **3.** Do you find that LPL has proven by a preponderance of the evidence that the method CPT uses to manufacture its LCD modules <u>using both inner and outer guard rings</u> literally infringes Claim 1 or Claim 8 of the '002 patent? Answer "yes" or "no" for each claim listed below.

                    Yes (infringe)    No (do not infringe)

    Claim 1   _____                ✓

    Claim 8   _____                ✓

    **4.** Do you find that LPL has proven by a preponderance of the evidence that the method CPT uses to manufacture its LCD modules <u>using both inner and outer guard rings</u> infringes Claim 1 or Claim 8 of the '002 patent under the doctrine of equivalents?

                    Yes (infringe)    No (do not infringe)

    Claim 1    ✓

    Claim 8    ✓

**If you have answered "yes" to any of questions 1 through 4, proceed to question 5. Otherwise, skip questions 5 through 9 and proceed to question 10. For questions 5 through 8, an "infringing product" is one that is made by a method patented in the United States.**

    **5.** **A.** Do you find by a preponderance of the evidence that CPT has used, sold, or offered for sale in the United States, or imported into the United States, any infringing CPT LCD product or any completed LCD display that contains an infringing CPT LCD product?

        Yes   ✓     No_____

    **B.** Do you find by a preponderance of the evidence that CPT has actively induced anyone to use, sell, or offer for sale in the United States, or to import into the United States, any infringing CPT LCD product or any completed LCD display that contains an infringing CPT LCD product?

        Yes   ✓     No_____

**6. A.** Do you find by a preponderance of the evidence that Tatung Company has used, sold, or offered for sale in the United States, or imported into the United States, any infringing CPT LCD product or any completed LCD display that contains an infringing CPT LCD product?

Yes ✓   No____

**B.** Do you find by a preponderance of the evidence that Tatung Company has actively induced anyone to use, sell, or offer for sale in the United States, or to import into the United States, any infringing CPT LCD product or any completed LCD display that contains an infringing CPT LCD product?

Yes ✓   No____

**7. A.** Do you find by a preponderance of the evidence that Tatung Company of America has used, sold, or offered for sale in the United States, or imported into the United States, any infringing CPT LCD product or any completed LCD display that contains an infringing CPT LCD product?

Yes ✓   No____

**B.** Do you find by a preponderance of the evidence that Tatung Company of America has actively induced anyone to use, sell, or offer for sale in the United States, or to import into the United States, any infringing CPT LCD product or any completed LCD display that contains an infringing CPT LCD product?

Yes ✓   No____

**8. A.** Do you find by a preponderance of the evidence that ViewSonic Corporation has used, sold, or offered for sale in the United States, or imported into the United States, any infringing CPT LCD product or any completed LCD display that contains an infringing CPT LCD product?

Yes ✓   No____

   B. Do you find by a preponderance of the evidence that ViewSonic Corporation has actively induced anyone to use, sell, or offer for sale in the United States, or to import into the United States, any infringing CPT LCD product or any completed LCD display that contains an infringing CPT LCD product?

    Yes ✓   No _____

**If you have answered "yes" to any of questions 5 through 8, then proceed to question 9. Otherwise, skip question 9 and proceed to question 10.**

   9. Do you find by clear and convincing evidence that any Defendant's infringement of the claims of the '002 patent was willful? Answer "yes" or "no" for each Defendant below.

|  | Yes | No |
|---|---|---|
| Chungwha Picture Tubes | ✓ | |
| Tatung Company | ✓ | |
| Tatung Company of America | ✓ | |
| ViewSonic Corporation | ✓ | |

   10. Do you find that Defendants have proven by clear and convincing evidence that Claim 1 of the '002 patent is invalid by anticipation?

    Yes _____   No ✓

   11. Do you find that Defendants have proven by clear and convincing evidence that claim 8 of the '002 patent is invalid for obviousness?

    Yes _____   No ✓

**If you have found infringement of a valid claim, then proceed to question 12. Otherwise, your deliberations have ended.**

12. On what date do you find that LPL first provided CPT with effective notice that CPT allegedly infringed the '002 patent?

Date: 02-27-02

13. What sum of money would fairly and adequately compensate LPL for infringement?

Answer: $ 52,477,000.00

_____     _____
Jury Foreperson                              Juror

_____     _____
Juror                                         Juror

_____     _____
Juror                                         Juror

_____     _____
Juror                                         Juror

_____
Juror

Dated: July 27, 2006.