AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Delaware__

LG Philips   V.   Tatung etal.

**EXHIBIT AND WITNESS LIST**

Case Number: 05-292-JJF

| PRESIDING JUDGE  Farnan | PLAINTIFF'S ATTORNEY  Gaspare J. Bono | DEFENDANT'S ATTORNEY  Glenn W. Rhodes |
|---|---|---|
| TRIAL DATE (S)  July 17, 2006 – | COURT REPORTER  Heather & Dale | COURTROOM DEPUTY  Phil |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 7/18/06 | | | Dr. Elliott Schlam |
| W2 | | 7/18/06 | | | Dr. Webster Howard (by deposition) |
| W3 | | 7/18/06 | | | Scott Holmberg (by deposition) |
| W4 | | 7/19/06 | | | Vincent Liu (by deposition) |
| W5 | | 7/19/06 | | | Ho Lee |
| W6 | | 7/19/06 | | | Milton Kuan (by deposition) |
| W7 | | 7/19/06 | | | John Tsai (by deposition) |
| W8 | | 7/20/06 | | | Belle Chang (by deposition) |
| W9 | | 7/20/06 | | | Bonnie Uphold (by deposition) |
| W10 | | 7/20/06 | | | Sally Wang (by deposition) |
| W11 | | 7/20/06 | | | Pearlyn Lim (by deposition) |
| W12 | | 7/20/06 | | | Oliver Shih (by deposition) |
| W13 | | 7/20/06 | | | Pat Chang (by deposition) |
| W14 | | 7/20/06 | | | Mike Lee (by deposition) |
| W15 | | 7/21/06 | | | Michael Wagner (by deposition) |
| W16 | | 7/21/06 | | | Art Cobb |
| | W1 | 7/21/06 | | | Ho Lee (by deposition) |
| | W2 | 7/21/06 | | | Joo Sup Kim (by deposition) |
| | W3 | 7/21/06 | | | Shih-Tsung Yang |
| | W4 | 7/21/06 | | | Belle Chang |
| | W5 | 7/24/06 | | | Hung-Jen Chu |
| | W6 | 7/24/06 | | | Chien-Kuo He |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __6__ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| LG Philips | | | vs. | Tatung Co. et al. | CASE NO 05-292-JJF |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | W7 | 7/24/06 | | | Youngwoo Cho (Videotape Depo) |
| | W8 | 7/24/06 | | | Scott Holmberg (Videotape Depo) |
| | W9 | 7/24/06 | | | Dr Webster Howard |
| | W10 | 7/26/06 | | | Jeff Volpe |
| | W11 | 7/26/06 | | | Milton Kuan |
| | W12 | 7/26/06 | | | Oliver Shih |
| | W13 | 7/26/06 | | | Mike Lee |
| | W14 | 7/26/06 | | | Michael Wayner |
| W1 | | 7/26/06 | | | Elliot Schlam |
| 1 | | 7/18/06 | | ✓ | |
| 3 | | " | | ✓ | |
| 4 | | " | | ✓ | |
| 5 | | " | | ✓ | |
| 6 | | " | | ✓ | |
| 7 | | " | | ✓ | |
| 8 | | " | | ✓ | |
| 9 | | " | | ✓ | |
| 10 | | " | | ✓ | |
| 11 | | " | | ✓ | |
| 12 | | " | | ✓ | |
| 13 | | " | | ✓ | |
| 14 | | " | | ✓ | |
| 15 | | " | | ✓ | |
| 16 | | " | | ✓ | |
| 17 | | " | | ✓ | |
| 24 | | " | | ✓ | |
| 25 | | " | | ✓ | |

Page __2__ of __6__ Pages

LG Philips vs. Tatung Co. et. al.   CASE NO. 05-292-JJF

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26 | | 7/18/06 | | ✓ | |
| 27 | | " | | ✓ | |
| 28 | | " | | ✓ | |
| 29 | | " | | ✓ | |
| 32 | | " | | ✓ | |
| 34 | | " | | ✓ | |
| 35 | | " | | ✓ | |
| ~~44~~ | 44 | " | | ✓ | |
| ~~37~~ | 37 | " | | ✓ | |
| 127 | | 7/19/06 | | N | |
| 130 | | " | | ✓ | |
| 2 | | " | | ✓ | |
| 41 | | " | | ✓ | |
| 139 | | " | | ✓ | |
| 140 | | " | | ✓ | |
| 141 | | " | | ✓ | |
| 416 | | " | | ✓ | |
| 142 | | " | | ✓ | |
| 143 | | " | | ✓ | |
| 144 | | " | | ✓ | |
| 145 | | " | | ✓ | |
| 146 | | " | | ✓ | |
| 47 | | " | | ✓ | |
| 50 | | " | | ✓ | |
| 147 | | " | | ✓ | |
| 48 | | " | | ✓ | |
| 49 | | " | | ✓ | |

Page 3 of 6 Pages

LG Philips vs. Tatung Co. et al.   CASE NO. 05-292-JJF

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 51 | | 7/19/06 | | ✓ | |
| 52 | | " | | ✓ | |
| 53 | | " | | ✓ | |
| 54 | | " | | ✓ | |
| 55 | | " | | ✓ | |
| 56 | | " | | ✓ | |
| 57 | | " | | ✓ | |
| 58 | | " | | ✓ | |
| 59 | | " | | ✓ | |
| 60 | | " | | ✓ | |
| 61 | | " | | ✓ | |
| 62 | | " | | ✓ | |
| 63 | | " | | ✓ | |
| 64 | | " | | ✓ | |
| 42 | | " | | ✓ | |
| 45 | | " | | ✓ | |
| | 120 | " | | ✓ | |
| | 121 | " | | ✓ | |
| | 123 | " | | ✓ | |
| | 125 | " | | ✓ | |
| | 124 | " | | ✓ | |
| | 40 | " | | ✓ | |
| 66-92 | | 7/21/06 | | ✓ | |
| 94-122 | | " | | ✓ | |
| 124 | | " | | ✓ | |
| 125 | | " | | ✓ | |
| 132 | | " | | ✓ | |

| | LG Philips | | vs. Tatung Co. et | | CASE NO. 05-292-JJF |
|---|---|---|---|---|---|
| PLF. NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| ✓ | 133 | 7/21/06 | | ✓ | |
| ✓ | 134 | " | | ✓ | |
| ✓ | 135 | " | | ✓ | |
| ✓ | 137 | " | | ✓ | |
| ✓ | 138 | " | | ✓ | |
| ✓ | 148 | " | | ✓ | |
| ✓ | 149 | " | | ✓ | |
| ✓ | 150 | " | | ✓ | |
| | 73 | " | | ✓ | |
| ✓ | 1 | 7/24/06 | | ✓ | |
| ✓ | 8 | " | | ✓ | |
| ✓ | 12 | " | | ✓ | |
| ✓ | 14 | " | | ✓ | |
| ✓ | 15 | " | | ✓ | |
| ✓ | 16 | " | | ✓ | |
| ✓ | 6 | 7/25/06 | | ✓ | |
| ✓ | 2 | " | | ✓ | |
| ✓ | 3 | " | | ✓ | |
| ✓ | 4 | " | | ✓ | |
| ✓ | 5 | " | | ✓ | |
| ✓ | 9 | " | | ✓ | |
| ✓ | 38 | " | | ✓ | |
| ✓ | 39 | " | | ✓ | |
| ✓ | 108 | 7/26/06 | | ✓ | |
| ✓ | 82 | " | | ✓ | |
| ✓ | 100 | " | | ✓ | |
| ✓ | 101 | " | | ✓ | |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

LG Philips vs. Tatung Co. et al.   CASE NO. 05-292-JJF

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | 118 | 7/20/06 | | ✓ | |
| ✓ | 83 | " | | ✓ | |
| ✓ | 113 | " | | ✓ | |
| ✓ | 68 | " | | ✓ | |
| | W9 | 7/20/06 | | | Dr. Webster Howard |
| | 37 | 7/18/06 | | ✓ | |
| | 73 | 7/21/06 | | ✓ | |
| 44 | | 7/19/06 | | ✓ | |
| 38 | | 7/27/06 | | ✓ | |

Page 6 of 6 Pages

# United States District Court

## DISTRICT OF DELAWARE

### LPL'S EXHIBIT LIST

Case Number: 02-292 (JJF)

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 001 | | | | | Certified copy of U.S. Patent No. 5,019,002 | |
| 002 | | | | | Certified copy of assignment of U.S. Patent Application from Holmberg to Alphasil | |
| 003 | | | | | Certified file history for U.S. Patent No. 5,019,002 | |
| 004 | | | | | CD produced by Defendants containing .str files (CPT-D 33640) | |
| 005 | | | | | CD produced by Defendants containing .str files (CPT-D 27820) | |
| 006 | | | | | CD produced by Defendants containing .str files (CPT 269427) | |
| 007 | | | | | CD produced by Defendants containing .str files (CPT 276051) | |
| 008 | | | | | 150PB .str file printouts | |
| 009 | | | | | 150XP .str file printouts | |
| 010 | | | | | 170EA0203 .str file printouts | |
| 011 | | | | | 190EA05 .str file printouts | |
| 012 | | | | | .str file printouts for products containing outer guard rings | |
| 013 | | | | | .str file printouts for products containing outer guard rings and inner guard rings | |
| 014 | | | | | Array specs for 150PB and translation | |
| 015 | | | | | Array specs for 150XP and translation | |
| 016 | | | | | Array specs for 170EA0203 and translation | |
| 017 | | | | | Array specs for 190EA05 and translation | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6

AO 187A (Rev. 7/00)

DE Exhibit List. DOC

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 024 | | | | | Reverse engineering photos for 150PB01 | |
| 025 | | | | | Reverse engineering photos for 170EA02 | |
| 026 | | | | | Reverse engineering photos for 150XE01 | |
| 027 | | | | | Reverse engineering photos for 150XG06 | |
| 028 | | | | | Photos of 150PB01 module | |
| 029 | | | | | Photos of 150XP02 module | |
| 032 | | | | | Photos of 150XP motherglass | |
| 034 | | | | | List of accused products | |
| 035 | | | | | CPT Disclosure Pursuant to Court Order Dated May 1, 2006 | |
| 038 | | | | | Inner Short Ring PowerPoint with translation | |
| 041 | | | | | LGE and Honeywell Purchase and Sales Agreement | |
| 042 | | | | | LPL prospectus dated July 15, 2004 | |
| 044 | | | | | LPL sales and profit summary by product from 2000-2004 | |
| 045 | | | | | LPL quarterly sales by product from 2000-2005 | |
| 046 | | | | | February 8, 2002 letter from LG.Philips to Chunghwa Picture Tubes regarding '002 Patent. | |
| 047 | | | | | LPL claim charts from June 2002 meeting | |
| 048 | | | | | August 12, 2002 letter from LG.Philips to Tatung regarding '002 Patent | |
| 049 | | | | | August 12, 2002 letter from LG.Philips to ViewSonic regarding '002 Patent | |
| 050 | | | | | Draft LPL Patent License Agreement | |
| 051 | | | | | March 5, 2004 letter from LPL to Toshiba regarding licensing | |
| 052 | | | | | Patent Cross License Agreement between LPL and NEC Corp. dated April 21, 2001 | |
| 053 | | | | | Patent Cross License Agreement between Hitachi Display and LPL dated June 17, 2004. | |
| 054 | | | | | Patent License Agreement between Semiconductor Energy Laboratories and LPL, October 18, 2001 | |
| 055 | | | | | License Agreement between LPL and Rockwell Collins, Inc. dated June 13, 2001 | |
| 056 | | | | | License Agreement on Vertically Aligned Liquid Crystal Displays between CEA and LPL | |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 057 | | | | | Agreement between Lemelson Foundation Partnership and LG dated July 30, 1999 | |
| 058 | | | | | License Agreement between the Trustees of Columbia University and LPL dated July 10, 2000 | |
| 059 | | | | | License Agreement between Seiko and LPL dated December 6, 2001 | |
| 060 | | | | | License Agreement between Penn State Research and LPL dated January 2, 2003 | |
| 061 | | | | | Patent License Agreement between Honeywell and LPL dated March 28, 2003. | |
| 062 | | | | | Patent Agreement between Honeywell and LPL dated October 27, 2003 | |
| 063 | | | | | Statement and Licensing Agreement between Solar Physics Corp. and LPL dated July 15, 2003. | |
| 064 | | | | | Patent License Agreement between LPL and Fergason Patent Properties dated October 27, 2003. | |
| 066 | | | | | "Quick Reference Guide to Chunghwa Display Technology" – CPT corporate brochure in English | |
| 067 | | | | | CPT Offering Memorandum dated June 21, 2005 | |
| 068 | | | | | August 2002 CPT (CPT-TFT Information for GDR) Presentation and translation | |
| 069 | | | | | CPT roadshow presentation dated August 2002 | |
| 070 | | | | | CPT Research Analyst Presentation dated April 2002 | |
| 071 | | | | | August 10, 1999 Letter from Jean Co., Ltd. regarding ViewSonic and translation | |
| 072 | | | | | CPT reports on overseas visits and translations | |
| 073 | | | | | CPT Business Travel Report dated January 10, 2001 | |
| 074 | | | | | CPT travel application to visit ViewSonic, dated May 6, 2002 | |
| 075 | | | | | CPT Product Roadmap for Dell | |
| 076 | | | | | Agreement between CPT and Amkotron | |
| 077 | | | | | Agreement between CPT and Solectron dated April 24, 2000 | |
| 078 | | | | | Chart titled "CPT TFT Payable Shipments to USA" dated January 1, 1999 through May 9, 2005 | |
| 079 | | | | | Indemnification Agreement between CPT and Tatung dated July 2003 | |
| 080 | | | | | CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated August 4, 2005 (CA case 02-6775) | |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 081 | | | | | CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated May 10, 2006 (CA case 02-6775) | |
| 082 | | | | | CPT Sales Charts organized by module through Q1 2006 | |
| 083 | | | | | CPT repairs chart (sales) | |
| 084 | | | | | CPT invoices | |
| 085 | | | | | CPT Consolidated Financial Statements for the years ended December 31, 2003 and 2002 | |
| 086 | | | | | CPT 2004 Fourth Quarter Results dated February 3, 2005 | |
| 087 | | | | | CPT Sales Report for May 2006 | |
| 088 | | | | | CPT Sales Report for April 2006 | |
| 089 | | | | | License Agreement and Amendments between ADI and CPT | |
| 090 | | | | | Patent License and Agreement between Hitachi and CPT dated January 1, 2003 | |
| 091 | | | | | Patent License Agreement between CPT and Sharp dated January 1, 2002 | |
| 092 | | | | | Patent License Agreement Re: Amorphous Silicon TFTs between Semiconductor Energy Laboratory, Co. and CPT dated March 8, 2004 | |
| 094 | | | | | May 19, 2006 Letter from E. Doi to C. Christenson enclosing reformatted ViewSonic production documents bates numbered VS-D 000001, VS-D 000002, VS-D 007797, VS-D 007797.001 and VS-D 007798 | |
| 095 | | | | | ViewSonic Shipments to U.S. Addressees for LCD monitors and TVs | |
| 096 | | | | | Defendant ViewSonic Corporation's Amended and Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories (Nos. 1-3) dated May 19, 2006 (C.A. No. CV-03-2886) | |
| 097 | | | | | Correspondence from Pearlyn Lim of ViewSonic to Dundee Hsieh of CPT | |
| 098 | | | | | April 3, 2002 E-mail chain between CPT and ViewSonic | |
| 099 | | | | | April 3, 2002 E-mail chain between CPT and ViewSonic | |
| 100 | | | | | August 11, 2003 E-mail chain between CPT and ViewSonic | |
| 101 | | | | | December 18, 2003 E-mail chain between CPT and ViewSonic | |
| 102 | | | | | CPT slide show presentation for ViewSonic | |
| 103 | | | | | ViewSonic Corporation Acceptance Specs for LCD panel modules | |
| 104 | | | | | Company and Product Information from Tatung Company Web-Site | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 105 | | | | | Tatung brochure titled "Serving the Country through Education and Industry" | |
| 106 | | | | | Tatung Company Product specification | |
| 107 | | | | | List of Tatung Company Products | |
| 108 | | | | | Defendant Tatung Company's Sixth Set of Supplemental Responses to Plaintiff LG.Philips LCD Co., Ltd.'s First Set of Interrogatories dated September 2, 2005. (CA Case) | |
| 109 | | | | | Tatung Sales from 1999-2005 | |
| 110 | | | | | Tatung Sales records | |
| 111 | | | | | Tatung profit information | |
| 112 | | | | | Tatung OEM Agreement with ViewSonic dated July 18, 2001 | |
| 113 | | | | | Tatung Agreement with Emachines dated September 1, 2003 | |
| 114 | | | | | International Vendor Agreement between RadioShack Global Sourcing Limited Partnership and Tatung Company dated July 1, 2005 | |
| 115 | | | | | January 6, 2005 Letter from Ms. Musselman (Gateway) to Mr. Lin (Tatung) enclosing Product Supply Attachment between Gateway Companies, Inc. and Tatung Company dated November 4, 2004 | |
| 116 | | | | | Original Design Manufacturer Agreement between Hewlett-Packard Company and Tatung Company, Global Agreement HP Contract # HP0P314 dated April 23, 2002 | |
| 117 | | | | | Master Purchasing Contract between Planar Systems, Inc. and Tatung Company dated September 22, 2004 | |
| 118 | | | | | Service Agreement Between Edward Service, LLC and Tatung Co. | |
| 119 | | | | | Product and Service Information from Tatung Company of America Web-Site | |
| 120 | | | | | Tatung America new sales charts for products with CPT modules | |
| 121 | | | | | Tatung America old sales charts for products with CPT modules | |
| 122 | | | | | Tatung Company of America's Sixth Set of Supplemental and Amended Responses to LPL's First Set of Interrogatories dated January 26, 2006 | |
| 124 | | | | | CPT Product Roadmap given to Tatung America | |
| 125 | | | | | Supply & Purchasing Agreement between Tatung Company of America and Sensormatice Electronics Corporation dated January 3, 2006 | |
| 130 | | | | | Letter from Scott Holmberg to John Zele dated January 21, 1998 | |
| 132 | | | | | ViewSonic Roadmap Discussions with LCD BU dated July 21, 2004 | |
| 133 | | | | | ViewSonic Corporation Product List and verification by Erik Willey | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 134 | | | | | ViewSonic 10-K Form filed on April 3, 2006 | |
| 135 | | | | | CPT trip report(s) dated May 26, 2006 and translation | |
| 137 | | | | | Tatung LCM Sales Report | |
| 138 | | | | | CPT Product Roadmaps given to Tatung America | |
| 139 | | | | | Certified copy of assignment of U.S. Patent Application from Alphasil to Honeywell | |
| 140 | | | | | Certified copy of assignment of U.S. Patent 5,109,002 from Honeywell to LG Electronics | |
| 141 | | | | | Certified copy of assignment of U.S. Patent 5,109,002 from LG Electronics to LG.Philips | |
| 142 | | | | | February 27, 2002 letter from LG.Philips to Chunghwa Picture Tubes | |
| 143 | | | | | March 5, 2002 letter from Chunghwa Picture Tubes to LG.Philips | |
| 144 | | | | | March 7, 2002 letter from LG.Philips to Chunghwa Picture Tubes | |
| 145 | | | | | March 26, 2002 letter from LG.Philips to Chunghwa Picture Tubes | |
| 146 | | | | | May 8, 2002 letter from LG.Philips to Chunghwa Picture Tubes | |
| 147 | | | | | July 30, 2002 letter from LG.Philips to Chunghwa Picture Tubes | |
| 148 | | | | | Patent Indemnity Agreement between Chunghwa Picture Tubes and Jean Co. | |
| 149 | | | | | Patent Indemnity Agreement between Chunghwa Picture Tubes and LiteOn | |
| 150 | | | | | CPT Sales Report for June 2006 | |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

# United States District Court

DISTRICT OF DELAWARE

**PLAINTIFF'S WITNESS LIST**

Case Number: 05-292 (JJF)

| PRESIDING JUDGE: Judge Farnan | | | | | PLNTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANT'S ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17 through July 26 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | Dr. Elliott Schlam | |
| | | | | | Dr. Webster Howard (see attached deposition designations) | |
| | | | | | Scott Holmberg (see attached deposition designations) | |
| | | | | | Vincent Liu (see attached deposition designations) | no obj. |
| | | | | | Ho Lee | |
| | | | | | Milton Kuan (see attached deposition designations) | no obj. |
| | | | | | John Tsai (see attached deposition designations) | |
| | | | | | Belle Chang (see attached deposition designations) | |
| | | | | | Bonnie Uphold (see attached deposition designations) | |
| | | | | | Sally Wang (see attached deposition designations) | |
| | | | | | Pearlyn Lim (see attached deposition designations) | |
| | | | | | Oliver Shih (see attached deposition designations) | |
| | | | | | Pat Chang (see attached deposition designations) | |
| | | | | | Mike Lee (see attached deposition designations) | |
| | | | | | Michael Wagner (see attached deposition designations) | |
| | | | | | Art Cobb | |
| | | | | | ~~Joo Sup Kim~~ | |

Page 1 of 1

# EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANT'S ATTORNEY: Glenn W. Rhodes |
|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Ho Lee (see attached deposition designations) |
| | | | | | Shih-Tsung Yang |
| | | | | | Belle Chang |
| | | | | | Hung-Jen Chu |
| | | | | | Chien-Kuo He |
| | | | | | Youngwoo Cho (see attached deposition designations) |
| | | | | | Scott Holmberg (see attached deposition designations) |
| | | | | | Dr. Webster Howard |
| | | | | | Jeff Volpe |
| | | | | | Milton Kuan |
| | | | | | Oliver Shih |
| | | | | | Mike Lee |
| | | | | | Michael J. Wagner<br>- with video clips from Jong Hwan Kim (see attached deposition designations)<br>- with video clips from YoungWoo Cho (see attached deposition designations) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| LG. PHILIPS LCD CO., LTD., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | C. A. No. 05-292 (JJF) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| TATUNG COMPANY; | ) |  |
| TATUNG COMPANY OF AMERICA, INC.; | ) |  |
| CHUNGHWA PICTURE TUBES, LTD.; | ) |  |
| AND VIEWSONIC CORPORATION, | ) |  |
|  |  |  |
| Defendants. |  |  |

## DEFENDANTS' TRIAL EXHIBITS ADMITTED INTO EVIDENCE

| Def. No. | Description of Exhibit |
|---|---|
| DTX 001 | (DX-005 Cho) Handwritten notes |
| DTX 002 | U.S. Patent No. 4,820,222 |
| DTX 003 | Japanese Patent Application No. S63-106788 by T. Kawamura and English translation |
| DTX 004 | Japanese Patent Application No. S62-187885 by Y. Okawa and English translation |
| DTX 005 | Japanese Patent Application No. S63-10558 by Ryoji Oritsuke and English translation |
| DTX 006 | Japanese Patent Application No. S59-126663 by K. Yudasaka with English translation |
| DTX 007 | (DX-006 Cho) Handwritten drawing |
| DTX 008 | (DX-105) Schematic Drawings |
| DTX 009 | (C.A. No. 05-292) Order dated June 13, 2006 |
| DTX 012 | Letter dated December 16, 1997 from J. Zele to S. Holmberg and attachment |

| Def. No. | Description of Exhibit |
|---|---|
| DTX 014 | Letter dated August 21, 1998 from Song Jung of Loeb & Loeb to S. Holmberg |
| DTX 015 | Letter dated August 21, 1998 from Song Jung of Loeb & Loeb to S. Holmberg |
| DTX 016 | Letter from Song Jung of Loeb & Loeb to S. Holmberg |
| | |
| DTX 037 | D150E6E .str file printouts |
| DTX 038 | E190EA05 .str file printouts |
| DTX 039 | Printout 1 based on D150E6E.str |
| DTX 040 | Printout 2 based on D150E6E.str |
| DTX 044 | Printout 4 based on E190EA05.str |
| DTX 048 | (C.A. No. 02-6775) Complaint for Patent Infringement |
| DTX 068 | Michael J. Wagner Curriculum Vitae |
| DTX 073 | (DX-5 Schlam) Handwritten Drawing |
| DTX 082 | CPT sales |
| DTX 083 | CPT sales |
| DTX 100 | Sales summaries entitled "ViewSonic Shipments to US Addresses - LCD Monitors Gross Sales" |
| DTX 101 | Sales summaries entitled "ViewSonic Shipments to US Addresses - LCD TVs Gross Sales" |
| DTX 113 | Statement and Licensing Agreement between Solar Physics Corp. and LPL dated July 15, 2003 |
| DTX 118 | Letter dated March 26, 2002 from Jeong-Hwan Lee to Hiang-Kuei Chung |
| DTX 120 | Letter dated May 17, 2002 from Jeong-Hwan Lee to Hsiang-Kuei Chung |

| Def. No. | Description of Exhibit |
|---|---|
| DTX 121 | Letter dated May 31, 2002 from Jeong-Hwan Lee to Hsian-Kuei Chung |
|  |  |
| DTX 123 | Letter dated July 5, 2002 from Jeong-Hwan Lee to Hsiang-Kuei Chung |
| DTX 124 | Letter dated July 22, 2002 from Hsiang-Kuei Chung to Jeong-Hwan Lee |
| DTX 125 | Letter dated July 30, 2002 from Won-Jun Choi to Hsiang-Kuei Chung |