IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG COMPANY,<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that plaintiff LG.Philips LCD Co., Ltd. ("LG.Philips") served on defendants Tatung Company, Tatung Company Of America, Inc., Chunghwa Picture Tubes, Ltd., and ViewSonic Corporation (collectively "Defendants") a "Covenant Not to Sue Defendants Under Claims 2 Through 7 and Claims 9 Through 36 of the '002 Patent" dated July 14, 2006, as follows:

**COPY BY EMAIL ON JULY 14, 2006**
**SIGNED ORIGINAL BY HAND ON AUGUST 2, 2006**

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

631703v1

COPY BY EMAIL ON JULY 14, 2006
COPY OF ORIGINAL BY U.S. MAIL ON AUGUST 2, 2006

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL 60610 | Suite 3600 |
| | San Francisco, CA 94105 |

August 2, 2006

                THE BAYARD FIRM

                /s/ Richard D. Kirk (rk0922)
                222 Delaware Avenue, Suite 900
                P.O. Box 25130
                Wilmington, DE 19899-5130
                rkirk@bayardfirm.com
                (302) 655-5000

                Counsel for Plaintiff
                LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

631703v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 2, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on August 2, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Julie Gabler, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1