IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., : | |
|     Plaintiff, : | |
|                                 : | |
|     v. : | Civil Action No. 05-292 JJF |
|                                 : | |
| TATUNG COMPANY, TATUNG : | |
| COMPANY OF AMERICA, INC., : | |
| CHUNGHWA PICTURE TUBES, LTD., : | |
| and VIEWSONIC CORPORATION, : | |
|                                 : | |
|     Defendants. : | |

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 9 jurors in the above entitled case on July 17, 2006 through July 21, 2006 and July 24, 2006 through July 27, 2006.

July 31, 2006
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE