IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 (JJF) <br><br> **REDACTED** |

**DECLARATION OF GASPARE J. BONO IN SUPPORT OF
PLAINTIFF LG.PHILIPS LCD COMPANY, LTD.'S ANSWERING BRIEF
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF NONINFRINGEMENT UNDER 35 U.S.C. § 271(a)**

I, Gaspare J. Bono, hereby depose and state:

1. I am an attorney with the law firm of McKenna Long & Aldridge LLP, 1900 K Street, N.W., Washington, D.C. 20006. McKenna Long & Aldridge LLP is counsel for Plaintiff LG.Philips LCD Company, Ltd. ("LPL") with respect to the instant action. I am admitted to the bars of the State of New York and the District of Columbia and am admitted Pro Hac Vice in the above captioned case.

2. I make this Declaration in support of LPL's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Noninfringement Under 35 U.S.C. § 271(a). I am fully familiar with the facts contained therein and fully familiar with the documents described herein.

3.  Attached to this Declaration as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Chen Chao Tsai. This transcript reflects testimony given on June 6, 2006.

4.  Attached to this Declaration as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Chien Ming Kuan. This transcript reflects testimony given on May 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of July, 2006.

_____
Gaspare J. Bono

# Exhibit 1

# CONFIDENTIAL DOCUMENT

These pages have been removed because they contain confidential information subject to the Protective Order.

# Exhibit 2

# CONFIDENTIAL DOCUMENT

These pages have been removed because they contain confidential information subject to the Protective Order.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 18, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on August 18, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq.<br>Thomas W. Jenkins, Esq.<br>Howrey LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL  60610 | Teresa M. Corbin, Esq.<br>Glenn W. Rhodes, Esq.<br>Julie Gabler, Esq.<br>Howrey LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, CA  94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1