RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ROBERT W WHETZEL
DIRECTOR

DIRECT DIAL NUMBER
302-651-7634
WHETZEL@RLF COM

September 11, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

      Re:    *LG. Philips LCD Co., Ltd. v. Tatung Company et. al.*,
              C.A. No. 05-292 (JJF)

Dear Judge Farnan:

      On September 1, 2006, plaintiff L.G. Philips LCD Co., Ltd. ("LPL") filed two motions, seeking: (i) entry of final judgment, including enhanced damages, attorneys' fees and expenses, and pre-judgment interest, and (ii) a permanent injunction. We are writing to advise the Court that the parties are unable to reach an agreement on a briefing schedule, and we respectfully propose such a schedule for the Court's consideration.

      Under the Local Rules, defendants' answering briefs would be due 10 days after filing of the motions, on September 18, 2006. In light of the importance of the issues raised by LPL's motions, CPT has proposed to file its answering briefs on or before October 2, 2006, and has offered LPL a reasonable extension of time to file its reply briefs. LPL has refused to grant the extension, except on the condition that CPT consent to the entry of judgment against it - the very relief sought in LPL's motion.

      CPT will oppose the entry of judgment in the form requested by LPL. In light of the Court's clear directives concerning the consequences of certain actions at trial with respect to expert witness testimony and other issues, and LPL's equally clear disregard of those directives, CPT should not suffer the adverse consequences of a judgment. Under the circumstances, it would be unfairly prejudicial and contrary to the interests of justice for judgment to be entered until such time as those issues are addressed by the Court. CPT is prepared to brief these issues, in conjunction with the other post-trial motions it will file, on whatever schedule is deemed appropriate by the Court.

RLF1-3054942-4

The Honorable Joseph J. Farnan, Jr.
September 11, 2006
Page 2

      Defendants respectfully request the Court's consideration of the briefing schedule proposed above, and we are of course available at the convenience of the Court if Your Honor has any questions concerning this matter.

Respectfully,

Robert W. Whetzel (#2288)

RWW/lmg

cc:    Clerk of Court (By Hand Delivery)
       Richard D. Kirk, Esquire (By Electronic Filing and Hand Delivery)
       Gaspare J. Bono, Esquire (By E-mail)

RLF1-3054942-4