# EXHIBIT 3

# THE BAYARD FIRM
### T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES 19801

⊞ MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY

November 21, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

   RE: *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
      C.A. No. 05-292-JJF

Dear Judge Farnan:

  I am pleased to write on behalf of all parties to advise the Court, pursuant to the Court's Order of November 18, 2005 (the "Order"), that they elect the second option outlined by the Court, that is, "Proceed to a full disposition with trial in nine (9) months. Trial would commence in approximately June 2006, and all post-trial matters would be resolved by September 2006."

  We look forward to meeting with the Court again on December 8, 2005 to discuss a specific Scheduling Order.

       Respectfully submitted,

       /s/ Richard D. Kirk (rk0922)

RDK/slh
cc: Clerk of the Court (by hand)
   All counsel as shown on the attached certificate

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 21, 2005, he electronically

filed the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899


The undersigned counsel further certifies that copies of the foregoing document

were sent by email and hand to the above counsel and by email and first class mail to the

following non-registered participants:

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1