# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ROBERT W. WHETZEL
DIRECTOR

DIRECT DIAL NUMBER
302-651-7634
WHETZEL@RLF.COM

September 12, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *LG. Philips LCD Co., Ltd. v. Tatung Company et. al.,*
                C.A. No. 05-292 (JJF)

Dear Judge Farnan:

     I write in brief response to Mr. Kirk's letter of September 11, 2006, to correct several matters.

     First, defendants are not seeking to delay the presentation of their post-trial motions. As noted in my letter of September 11, 2006, defendants are fully prepared to submit such motions on whatever briefing schedule the Court may deem appropriate. Contrary to LPL's implication, defendants are not seeking to postpone the presentation of those issues; quite to the contrary, defendants welcome the opportunity to have the Court address those matters.

     Second, LPL's reference to the proposed expedition of this proceeding omits one essential fact - the preliminary injunction application filed in this case, and on which the expedited schedule was predicated, related to a patent which was withdrawn from the case by plaintiff, in the face of overwhelming on-sale bar evidence. Any purported justification for expedition in the case is long since gone.

     Third, and finally, it was actually last week, not "this week" that I approached Mr. Kirk regarding the requested extension.

The Honorable Joseph J. Farnan, Jr.
September 12, 2006
Page 2

      Defendants renew their request for a briefing schedule as set forth in my letter of September 11, 2006.

Respectfully,

*Robert W. Whetzel by [signature] yours*

Robert W. Whetzel (#2288)

RWW/lll

cc: Clerk of Court (By Hand Delivery)
     Richard D. Kirk, Esquire (By Electronic Filing and Hand Delivery)
     Gaspare J. Bono, Esquire (By E-mail)

RLF1-3057021-1