# THE BAYARD FIRM
## ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

ELECTRONICALLY FILED
ORIGINAL BY HAND

(302) 429-4208
rkirk@bayardfirm.com

September 12, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:    *LG.Philips LCD Co., Ltd. v. Tatung Company of Amercia, et al.*
               C.A. No. 05-292-JJF

Dear Judge Farnan:

      Plaintiff LG.Philips LCD Co., Ltd. ("LPL") respectfully responds to defendants' second letter on the subject of post-trial briefing (D.I. 443).

      Mr. Whetzel says that defendants "are not seeking to postpone the presentation" of their own post-trial motions, and that they "welcome the opportunity to have the Court address those matters." Yet, defendants refused to join LPL in making the simple request that the Court enter judgment on the jury verdict in accordance with Fed.R.Civ.P. 58(a)(2)(B) so that briefing on defendant's post-trial motions may begin.

      As I noted before, entry of final judgment now would set a deadline for defendants to file post-trial motions under Fed.R.Civ.P. 50, 59, 60 and 62. That way, briefing on defendants' post-trial motions could proceed now on the same basic schedule as on LPL's post-trial motions and not delay them until 2007.

      Although it is not clear from their letter, it appears that defendants would not object to the Court's entering judgment on the jury verdict in accordance with Fed.R.Civ.P. 58(a)(2)(B); they just do not want to join in LPL's request that it be done.

630700v1

THE BAYARD FIRM

The Honorable Joseph J. Farnan, Jr.
September 12, 2006
Page 2

      Under the circumstances, then, LPL renews its request for entry of judgment on the jury verdict in accordance with Fed.R.Civ.P. 58(a)(2)(B), without prejudice to LPL's already filed post-trial motions and defendants' contemplated post-trial motions.

Respectfully submitted,

*/s/ Richard Kirk*

Richard D. Kirk (#0922)

:rdk
cc:    Clerk of the Court
        All counsel as shown on attached certificate

630700v1