IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-292-JJF |
| | : |
| TATUNG COMPANY, TATUNG COMPANY | : |
| OF AMERICA, INC., CHUNGWHA | : |
| PICTURE TUBES LTD., and | : |
| VIEWSONIC CORP., | : |
| | : |
| Defendants. | : |

### O R D E R

WHEREAS, the parties are unable to agree on a briefing schedule for post trial motions;

IT IS HEREBY ORDERED that:

1. Defendants' Answering Brief to Plaintiff's pending motion for entry of final judgment shall be filed **no later than Monday, September 25, 2006.**

2. Plaintiff's Reply Brief shall be filed **no later than Monday, October 2, 2006.**

3. Defendants' Post-Trial Motions shall be filed **no later than Tuesday, October 10, 2006.**

4. Plaintiff's Answering Briefs to Defendants' Motions shall be filed **no later than Monday, October 23, 2006.**

5. Defendants' Reply Briefs shall be filed **no later than Monday, October 30, 2006.**

6. Briefing on Plaintiff's motion for a permanent injunction is **STAYED** until further order of the Court.

September 13, 2006
Date

_(signature)_
UNITED STATES DISTRICT JUDGE