# EXHIBIT 1

Case 1:05-cv-00292-JJF   Document 448-2   Filed 09/15/2006   Page 1 of 13

# CPT MODULES WITH AN OUTER GUARD RING

- 130VA
- 140PA01
- 141PB01
- 141XB
- 141XC
- 141XF
- 141XD01
- 141XD12
- 141XD13
- 150PB
- 150XE
- 181EA
- 181XA

Plaintiff's Trial Exhibit 0034

# CPT MODULES WITH OUTER AND INNER GUARD RINGS

- 140WA
- 141XD05
- 150PA
- 150XA
- 150XC
- 150XG
- 150XH01
- 150XH05
- 150XP
- 154WA
- 154WB04
- 170ES01
- 17EA0203
- 17EA07
- 171WA
- 190EA01
- 190EA03
- 190EA05
- 201VA
- 201WA01
- 201WA03
- 260WA01
- 300WA
- 320WA
- 320WA01
- 370WA01
- 370WA02

# CPT PRODUCTS WITH AN OUTER GUARD RING

- 130VA
  CLAA130VA01
  CLAA130VA01Y
  CLAA130VA02

- 140PA01
  CLAA141PA01

- 141PB01
  CLAA141PB01

- 141XB
  CLAA141XB01
  CLAA141XB02
  CLAA141XB02A

- 141XC
  141XF
  CLAA141XC01
  CLAA141XC01H
  CLAA141XF01

- 141XD01
  CLAA141XD01
  CLAA141XD03

- 141XD12
  CLAA141XD12

- 141XD13
  CLAA141XD13

- 150PB
  CLAA150PB01
  CLAA150PB03
  CLAA150PB03A

- 150XE
  CLAA150XE01
  CLAA150XE01F

- 181EA
  CLAA181EA01

- 181XA
  CLAA181XA01
  CLAA181XA01F
  CLAA181XA02

# CPT PRODUCTS WITH OUTER AND INNER GUARD RINGS

- 140WA
  - CLAA140WA01
  - CLAA140WA01A

- 141XD05
  - CLAA141XD05
  - CLAA141XD06

- 150PA
  - CLAA150PA01

- 150XA
  - CLAA150XA03
  - CLAA150XA03B
  - CLAA150XA03E
  - CLAA150XA04
  - CLAA150XA05
  - CLAA150XA05T
  - CLAA150XA14

- 150XC
  - CLAA150XC01
  - CLAA150XC01D
  - CLAA150XC01Y
  - CLAA150XC14
  - CLAA150XC15

- 150XH01
  - CLAA150XH01
  - CLAA150XH01A
  - CLAA150XH01G
  - CLAA150XH02
  - CLAA150XH03

- 150XH05
  - CLAA150XH05

# CPT PRODUCTS WITH OUTER AND INNER GUARD RINGS

- 150XG
  - CLAA150XG01
  - CLAA150XG01A
  - CLAA150XG01F
  - CLAA150XG02
  - CLAA150XG02F
  - CLAA150XG02T2
  - CLAA150XG03
  - CLAA150XG04
  - CPT150XG05S
  - CLAA150XG06
  - CLAA150XG07
  - CLAA150XG08
  - CLAA150XG08A
  - CLAA150XG08Q
  - CLAA150XG09
  - CLAA150XG09D
  - CLAA150XG09F
  - CLAA150XG09T
  - CLAA150XG12

- 150XP
  - CLAA150XP01
  - CLAA150XP01P
  - CLAA150XP01F
  - CLAA150XP01S
  - CLAA150XP01T
  - CLAA150XP01V
  - CLAA150XP02
  - CLAA150XP02A
  - CLAA150XP03
  - CLAA150XP03F

- 154WB04
  - CLAA154WB04

- 17EA0203
  - CLAA170EA01
  - CLAA170EA02
  - CLAA170EA02Q
  - CLAA170EA03
  - CLAA170EA03Q

# CPT PRODUCTS WITH OUTER AND INNER GUARD RINGS

- 154WA
  - CLAA154WA01
  - CLAA154WA01Q
  - CLAA154WA01QA
  - CLAA154WA01A
  - CLAA154WA02
  - CLAA154WA02A
  - CLAA154WA03
  - CLAA154WA03A
  - CLAA154WA04
  - CLAA154WA05
  - CLAA154WA05A
  - CLAA154WA06
  - CLAA154WA06A

- 17EA07
  - CLAA170EA05
  - CLAA170EA07
  - CLAA170EA07F
  - CLAA170EA07G
  - CLAA170EA07Q
  - CLAA170EA07V
  - CLAA170EA08
  - CLAA170EA08Q
  - CLAA170EA09
  - CLAA170EA19

- 170ES01
  - CLAA170ES01

# CPT PRODUCTS WITH OUTER AND INNER GUARD RINGS

- 171WA
  - CLAA171WA01
- 190EA01
  - CLAA190EA01
- 190EA03
  - CLAA190EA03
  - CLAA190EA03H
  - CLAA190EA03V
- 190EA05
  - CLAA190EA05
- 201VA
  - CLAA201VA02
  - CLAA201VA02B
  - CLAA201VA03
  - CLAA201VA07
- 201WA03
  - CLAA201WA03
- 260WA01
  - CLAA260WA01
- 300WA
  - CLAA300WA11
  - CLAA300WA11Y
- 320WA
  - CLAA320WA01
- 320WA01
  - CLAA320WA01C
- 370WA01
  - CLAA370WA01
- 370WA02
  - CLAA370WA02

# EXHIBIT 2

# REDACTED VERSION

Case 1:05-cv-00292-JJF   Document 448-2   Filed 09/15/2006   Page 9 of 13

# THIS EXHIBIT IS CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT 3

Case 1:05-cv-00292-JJF   Document 448-2   Filed 09/15/2006   Page 11 of 13

## News Center

With a world-class expertise, recognized leadership and an unsurpassed product portfolio LG.Philips LCD is setting the industry standard.

### LG.Philips LCD Develops 100-inch LCD Panel, the Largest in the World

2006/03/08

SEOUL, Korea (March 8, 2006) – LG.Philips LCD [NYSE: LPL, KRX: 034220], one of the world's leading TFT-LCD manufacturers, announced today that it has developed a 100-inch TFT-LCD panel, the largest in the world.

LG.Philips LCD's 100-inch LCD panel is approximately 1.5 times larger than the largest currently available LCD panel (82-inches), and is similar in size to the largest plasma display panel (PDP) currently available.

Developed at LG.Philips LCD's P7—the world's largest seventh generation substrate size (1950 x 2250mm) fabrication line in Paju, South Korea—the 100-inch panel is a wide screen (16:9) LCD TV panel with a screen width and height exceeding 2.2m and 1.2m, respectively.

Using LG.Philips LCD's proprietary copper-based interconnect technology1), the 100-inch LCD panel offers high-definition picture quality without distorting the video signals. Moreover, it encompasses the latest in ultra-precision manufacturing and high-definition imaging technologies. Along with a response speed below 5ms, the 100-inch LCD offers 8.22 million-pixels, full HD grade picture quality and can reproduce 1.07 billion colors.

The product also features the latest technologies, such as a maximum 3000:1 contrast ratio, color reproduction of 92 percent, and an omni-directional, 180-degree viewing angle based on Super IPS and super-large compensation film technologies.

LG.Philips LCD's Executive Vice President for Development Center, Sang Deog Yeo, said, "Our development of the 100-inch LCD panel reaffirms that LG.Philips LCD is the global leader in large-area LCD technology. Technological advances for large-area LCD TVs, such as the 100-inch LCD, will act as a catalyst that accelerates customer demand for high picture quality and large screens."

&lt;Reference&gt;
1) Copper-based interconnect technology: In 2002, LG.Philips LCD became the first company in the world to develop a copper-based interconnect technology. Copper wires are used in thin film transistors (TFTs), which transmits electrical charges. Copper has low electrical resistance and 60 percent less electrical resistance than aluminum alloy and 92 percent less resistance than chromium. Due to this property, copper-based interconnect technology enables transmission of video signals across an entire large-area LCD screen without noise. This allows for creation of sharp images with virtually no distortion or display jitter.

About LG.Philips LCD
LG.Philips LCD [NYSE: LPL, KRX: 034220] is a leading manufacturer and supplier of thin film transistor liquid crystal display (TFT-LCD) panels. The Company manufactures TFT-LCD panels in a wide range of sizes and specifications for use in televisions, notebook computers, desktop monitors and applications. Headquartered in Seoul, South Korea, LG.Philips LCD currently operates seven fabrication facilities in Korea and has approximately 19,000 employees in locations around the world.

For more information about the Company, please visit http://www.lgphilips-lcd.com.
LG Philips LCD makes "Technology you can see!"

Forward-Looking Statement Disclaimer
This press release may contain forward-looking statements. Statements that are not historical facts, including statements about our beliefs and expectations, are forward-looking statements. These statements are based on current plans, estimates and projections, and therefore you should not

place undue reliance on them. Forward-looking statements speak only as of the date they are made, and we undertake no obligation to update publicly any of them in light of new information or future events. Forward-looking statements involve inherent risks and uncertainties. We caution you that a number of important factors could cause actual results to differ materially from those contained in any forward-looking statement. Additional information as to factors that may cause actual results to differ materially from our forward-looking statements can be found in our filings with the United States Securities and Exchange Commission.

Contact:
Bang-Soo Lee, VP, Public Affairs & PR
LG.Philips LCD
Tel: +822-3777-1020
E-mail: bsleeb@lgphilips-lcd.com

Sue Kim, Senior Manager, Corporate PR
LG.Philips LCD
Tel: +822-3777-0970

| Previous | 2006 Annual General Meeting |
| Next | LG Philips LCD Updates First Quarter 2006 business Outlook |

© LOG CO., LTD. ALL RIGHT RESERVED. EMAIL WEBMASTER FOR MORE INFORMATION