# EXHIBIT 1

# REDACTED VERSION

Case 1:05-cv-00292-JJF    Document 449-2    Filed 09/15/2006    Page 1 of 5

# THIS EXHIBIT IS CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT 2






Wednesday, August 09, 2006

## Chunghwa Picture Tubes to appeal LG.Philips verdict

*2006/7/29*
*The China Post staff and Bloomberg*

NEWS
Front Page
Taiwan News
Business
Asia-Pacific
International
Sports
Weather
OPINION
Editorial
Opinion
LIVING
Art&Leisure
Entertainment
Travel
Supplement
Classified
Transportation
BILINGUAL
Guide Post
English Learning
MARKETPLACE
Bookstore
NEWSPAPER
About China Post
Career
Subscribe
Contact Us
Sitemap
BACK ISSUE

Chunghwa Picture Tubes Ltd., Taiwan's third-largest maker of liquid-crystal displays, said it plans to appeal a patent-infringement verdict made against it by a U.S. court.

A federal jury in Wilmington, Delaware yesterday awarded LG.Philips LCD Co. US$52.4 million in damages after finding that Chunghwa and other defendants, including its parent Tatung Co. and ViewSonic Corp., infringed a patent relating to the manufacture of LCD panels.

Chunghwa Picture Tubes, based in Taoyuan, Taiwan, said the jury of the Delaware court was not clear on the concept of patent infringement and issued a verdict favoring LPL without getting a full understanding of the case.

"Chunghwa is continuing to vigorously defend against this verdict and also intend to appeal the district court decision," the company said in a statement e-mailed yesterday.

The jury also found that the infringement was intentional, which may allow U.S. District Joseph J. Farnan Jr. to triple damages to more than US$150 million after appeals.

"This case has no material effect on our business operations," Ally Chen, a spokeswoman for Chunghwa said in a telephone interview yesterday.

The company added: "Taiwan has over the years developed its own manufacturing technologies for TFT-LCD production, and our company has always been clear on our technology sources. This company operates with the mission of respecting other firms' intellectual property."

Shares of Seoul-based LG.Philips closed 2.2 percent higher at 33150 won in Seoul. Chunghwa's stock fell 2.6 percent to close at NT$7.1 in Taipei.

The case in question is: LG.Philips LCD Co. Ltd. v. Tatung Co., Chunghwa Picture Tubes Ltd. and ViewSonic Corp., 05CV292, U.S. District Court, Wilmington, Delaware.

Liquid-crystal displays accounted for 75 percent of Chunghwa's NT$103 billion (US$3.2 billion) in sales last year.

Year: 2006
Month: 8
Day: 8

Front Page 

SEARCH



○ Web
○ chinapost







Printer-Friendly Version



E-mail This Article

Front Page | Taiwan News | Asia-Pacific | International | Business | Editorial | Sports | Opinion
Guide Post | Health | Travel | Arts&Leisure | Weather | Entertainment | Classified |Transportation | Bookstore |
English Learning | The China Post | Archive | Subscribe | Advertisement |Contact Us |Sitemap

Copyright © 1999~2006 The China Post.
All rights reserved.
Please refer to the TERMS AND CONDITIONS of use.