IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

**COMPENDIUM OF UNREPORTED OPINIONS CITED IN PLAINTIFF LPL'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR FINAL JUDGMENT, INCLUDING ENHANCED DAMAGES, ATTORNEYS' FEES AND EXPENSES, AND PRE-JUDGMENT INTEREST (D. I. 452)**

THE BAYARD FIRM
Richard D. Kirk (#922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
Counsel For Plaintiff,
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

October 5, 2006

638251v1

**Cases**                                                                                                                         **TAB**

*Advanced Display Sys., Inc. v. Kent State Univ.*, Nos. 3-96-CV-1480-BD, et al.,
   2002 WL 1489555 (N.D. Tex. July 10, 2002) .................................................................. A

*Advanced Med. Optics, Inc. v. Alcon Labs., Inc.*, No. Civ. A. 03-1095-KAJ,
   2005 WL 3454283 (D. Del. Dec. 16, 2005) ..................................................................... B

*Aoki Tech. Lab., Inc. v. FMT Corp., Inc.*, No. Civ 96-42-JD, 2000 WL 33667069
   (D.N.H. Apr. 24, 2000) ..................................................................................................... C

*Cola-Cola Co. v. Pepsico, Inc.*, No. CIVA 102-CV-2887-RWS, 2004 WL 4910334
   (N.D. Ga. Sept. 29, 2004) ................................................................................................. D

*Comark Commmc'ns, Inc. v. Harris Corp.*, No. Civ.A.95-2123, 1997 WL 431000
   (E.D. Pa. July 17, 1997) .................................................................................................... E

*IMX, Inc. v. Lendingtree, LLC*, Civ. No. 03-1067-SLR, 2006 WL 38918
   (D. Del. Jan. 6, 2006) ....................................................................................................... F

*In re Elonex Phase II Power Mgmt. Litig.*, No. C.A. 01-082 GMS et al., 2002 WL 433614
   (D. Del. Mar. 20, 2002) .................................................................................................... G

*Lisle Corp. v. A. J. Mfg. co.*, No. 02 C 7024, 2004 WL 765872 (N.D. Ill. Apr. 7, 2004) ......... H

*Mendenhall v. Barber-Greene Co.*, No. 80C6747, 1990 WL 156519 (N.D. Ill. Oct. 5, 1990) ....... I