IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-292 (JJF) |
| v. ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| Defendants. ) | |

**DEFENDANTS TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD. AND VIEWSONIC CORP.'S <u>MOTION FOR A NEW TRIAL</u>**

Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corp. (collectively, "Defendants"), by and through their undersigned counsel, move pursuant to Fed. R. Civ. P. 59 for a new trial. The grounds for this motion are more fully set forth in Defendants' opening brief filed contemporaneously herewith.

OF COUNSEL:
Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Dated: October 10, 2006

Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd, and ViewSonic Corporation

RLF1-3068306-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to, and also hand delivered same to:

>Richard D. Kirk, Esquire
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>Wilmington, DE 19899

I HEREBY CERTIFY that on October 10, 2006, I sent the foregoing document by Electronic Mail to the following non-registered participants:

>Gaspare J. Bono, Esquire
>Matthew T. Bailey, Esquire
>Andrew J. Park, Esquire
>Adrian Mollo, Esquire
>McKenna Long & Aldrige LLP
>1900 K Street, NW
>Washington, DC 20006

>Steven J. Fineman (#4025)
>fineman@rlf.com
>Richards, Layton & Finger
>One Rodney Square
>PO Box 551
>Wilmington, DE 19899