IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 05-292 (JJF) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

WHEREAS, Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corp ("Defendants") having moved this Court for a new trial pursuant to Fed. R. Civ. P. 59 ("Motion");

WHEREAS, the Court having considered the briefs and arguments in support of and in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Defendants' Motion is GRANTED.

_____
United States District Judge

RLF1-3068306-1