IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 05-292 (JJF) <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD. AND VIEWSONIC CORP.'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corp. (collectively, "Defendants"), by and through their undersigned counsel, move pursuant to 35 U.S.C. § 285 for an award of their attorneys' fees and expenses incurred in connection with the defense of Plaintiff's claim of infringement of U.S. Patent No. 6,738,121. The grounds for this motion are more fully set forth in Defendants' opening brief and supporting declaration filed contemporaneously herewith.

OF COUNSEL:
Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Dated: October 10, 2006

/s/
Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd, and ViewSonic Corporation

RLF1-3068484-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to, and also hand delivered same to:

>Richard D. Kirk, Esquire
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>Wilmington, DE 19899

I HEREBY CERTIFY that on October 10, 2006, I sent the foregoing document by Electronic Mail to the following non-registered participants:

>Gaspare J. Bono, Esquire
>Matthew T. Bailey, Esquire
>Andrew J. Park, Esquire
>Adrian Mollo, Esquire
>McKenna Long & Aldrige LLP
>1900 K Street, NW
>Washington, DC 20006

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

RLF1-3068484-1