IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 05-292 (JJF) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

WHEREAS, Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corp ("Defendants") having moved this Court for an award of their attorneys' fees and expenses incurred in connection with the defense of Plaintiff's claim of infringement of U.S. Patent No. 6,738,121 ("Motion");

WHEREAS, the Court having considered the briefs and arguments in support of and in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this ____ day of _____, 2006 that Defendants' Motion is GRANTED.

_____
United States District Judge

RLF1-3068484-1