EXHIBIT 21

REDACTED

EXHIBIT 22

REDACTED

EXHIBIT 23

02/15/2006  20:10    202-496-7756    MCKENNA, LONG, ^'.DRG    PAGE  02/02

# McKenna Long
## &Aldridge LLP
Attorneys at Law

Atlanta

Denver

Los Angeles

Philadelphia

1900 K Street, NW • Washington, DC 20006
202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

San Diego

San Francisco

Washington, DC

Brussels

CASS W. CHRISTENSON
(202) 496-7218

EMAIL ADDRESS
cchristenson@mckennalong.com

February 15, 2006

**VIA FEDERAL EXPRESS**

Christine A. Dudzik
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610

Re:    *L.G. Philips LCD Co., LTD., v. Tatung Company et al.,*
Civil Action No. 05-292 (JJF)

Dear Christine:

Enclosed are documents bates labeled LPLII 01317 through LPLII 08046.  Many of these documents have been designated "CONFIDENTIAL ATTORNEYS ONLY" pursuant to the protective order.

Very truly yours,

Cass W. Christenson

CWC/cmb

cc: Richard D.Kirk, Esq.
Matthew W.King, Esq

# McKenna Long & Aldridge LLP
### Attorneys at Law

Atlanta
Denver
Los Angeles
Philadelphia

San Diego
San Francisco
Washington, DC
Brussels

1900 K Street, NW • Washington, D.C. 20006
Tel: 202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

## FACSIMILE TRANSMITTAL

**Date:**    February 15, 2006

| To: Name/Company | Fax No. | Phone No. |
|---|---|---|
| Matthew W. King, Esq. Richards, Layton & Finger | **302-651-7701** | (302) 651-7700 |
| Christine A. Dudzik, Esq. Howrey LLP | **312-595-2250** | (312) 595-2254 |
| Richard Kirk, Esq. The Bayard Firm | **(302) 658-6395** | (302) 429-4208 |

**From:**    Cass W. Christenson
**Phone:**   (202) 496-7218
**Re:**

**Number of Pages (including cover):**        2

## COMMENTS

Please find enclosed letter.

**Confidentiality Notice:**
The information contained in this facsimile is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Post Office. Thank you.

User No.:    2303                                Client/Matter No.:    07773.0062

... please contact our facsimile operator immediately at (202) 496-7981.

EXHIBIT 24

# McKenna Long
# &Aldridge LLP
Attorneys at Law

Atlanta

Denver

Los Angeles

Philadelphia

1900 K Street, NW • Washington, DC 20006
202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

San Diego

San Francisco

Washington. DC

Brussels

CASS W. CHRISTENSON
(202) 496-7218

EMAIL ADDRESS
cchristenson@mckennalong.com

February 16, 2006

**VIA FEDERAL EXPRESS**

Christine A. Dudzik
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610

Re:    *L.G. Philips LCD Co., LTD., v. Tatung Company et al.,*
Civil Action No. 05-292 (JJF)

Dear Christine:

Enclosed are documents bates labeled LPLII 08047 through LPLII 12141. Many of these documents have been designated "CONFIDENTIAL ATTORNEYS ONLY" pursuant to the protective order.

Very truly yours,

Cass W. Christenson

CWC/cmb

cc: Richard D. Kirk, Esq.
Matthew W. King, Esq.

EXHIBIT 25

REDACTED

EXHIBIT 26

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Atlanta

Denver

Los Angeles

Philadelphia

1900 K Street, NW • Washington, DC 20006
202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

San Diego

San Francisco

Washington, DC

Brussels

CASS W. CHRISTENSON
(202) 496-7218

February 18, 2006

EMAIL ADDRESS
cchristenson@mckennalong.com

**VIA FEDERAL EXPRESS**

Christine A. Dudzik, Esq.
Howrey Simon Arnold & White, LLP
321 North Clark Street, Suite 3400
Chicago, IL  60610

Re:    LG.Philips LCD Co., Ltd. v. Tatung Co., et al. (C.A. No. 05-292 JJF)

Dear Christine:

Enclosed are documents bates labeled LPL II 13242 through 102210. Please note that these documents are designated "CONFIDENTIAL ATTORNEYS ONLY" under the protective order in this case.

Also, you requested yesterday that we ship another copy of previously produced documents LPL II 2332-5896 because Federal Express mishandled the documents. In response to your request, we are shipping an additional copy of this bates range today.

Very truly yours,

Cass W. Christenson

Enclosures

cc:    Matthew W. King, Esq.
      Richard D. Kirk, Esq.

EXHIBIT 27

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Atlanta

Denver

Los Angeles

Philadelphia

1900 K Street, NW • Washington, DC 20006
202 496 7500 • Fax: 202 496 7756
www.mckennalong.com

San Diego

San Francisco

Washington, DC

Brussels

CASS W. CHRISTENSON
(202) 496-7218

EMAIL ADDRESS
cchristenson@mckennalong com

February 20, 2006

**VIA FEDERAL EXPRESS**

Christine A. Dudzik, Esq.
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL  60610

> Re:    LG.Philips LCD Co., Ltd. v. Tatung Co., et al. (C.A. No. 05-292 JJF)

Dear Christine:

I am enclosing documents bates labeled LPL II 102211 through LPL II 102291. Please note that these documents are designated "CONFIDENTIAL ATTORNEYS ONLY" pursuant to the protective order in this case.

Very truly yours,

Cass W. Christenson

Enclosures

cc:    Matthew W. King, Esq.
       Richard D. Kirk, Esq.

EXHIBIT 28

# McKenna Long
# & Aldridge LLP
Attorneys at Law

Atlanta

Denver

Los Angeles

Philadelphia

1900 K Street, NW • Washington, DC 20006
202 496 7500 • Fax: 202 496 7756
www.mckennalong.com

San Diego

San Francisco

Washington, DC

Brussels

GASPARE J. BONO
(202) 496-7211

March 16, 2006

EMAIL ADDRESS
gbono@mckennalong.com

VIA FEDERAL EXPRESS

Christine A. Dudzik, Esq.
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610

Re:    LG.Philips LCD Co., Ltd. v. Tatung Co., et al. (C.A. No. 05-292 JJF)

Dear Christine:

Enclosed are documents bates labeled LPL II 102292 through 102833. Please note that many of these documents are designated "CONFIDENTIAL ATTORNEYS ONLY" under the protective order in this case.

Please let us know if you have any questions concerning any of these documents.

Very truly yours,

Gaspare J. Bono

Enclosures

cc:    Julie Gabler, Esq.
Matthew W. King, Esq
Richard D. Kirk, Esq.

EXHIBIT 29

REDACTED

EXHIBIT 30

REDACTED

EXHIBIT 31

REDACTED

EXHIBIT 32

REDACTED

EXHIBIT 33

REDACTED