# EXHIBIT A

REDACTED

# EXHIBIT B

REDACTED

# EXHIBIT C

REDACTED

# EXHIBIT D

REDACTED

# EXHIBIT E

Case 1:05-cv-00292-JJF   Document 468-2   Filed 10/18/2006   Page 9 of 10

REDACTED