# EXHIBIT G

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD.,   )
                            )
            Plaintiff,      ) C.A. No.  05-292-JJF
                            )
v.                          )
                            )
TATUNG COMPANY, TATUNG      )
COMPANY OF AMERICA, INC.,   )
CHUNGHWA PICTURE TUBES      )
LTD., and VIEWSONIC         )
CORPORATION,                )
                            )
            Defendant.      )

COPY

          Friday, July 7, 2006
          2:01 p.m.
          Courtroom 4B


          844 King Street
          Wilmington, Delaware


BEFORE:  THE HONORABLE JOSEPH J. FARNAN, JR.
         United States District Court Judge


APPEARANCES:

         THE BAYARD FIRM
         BY:  RICHARD D. KIRK, ESQ.

            -and-

         McKENNA, LONG & ALDRIDGE, LLP
         BY:  GASPARE J. BONO, ESQ.
         BY:  CASS W. CHRISTENSON, ESQ.
         BY:  ADRIAN P.J. MOLLO, ESQ.

              Counsel for the Plaintiff

```
 1                What you have to be careful of is
 2  that you're not going to be able to call number
 3  124 in place of number eleven.  You have to be
 4  very careful how you list in the context of the
 5  time that I'll allocate to you next Wednesday.
 6  Because if you run out of time, that list cuts
 7  there.  So whatever plaintiff has presented
 8  within its time frame.
 9                Now, it's a little dangerous to cut
10  it too close for either side, because if I say
11  I'm not going to give any accommodation, I can't
12  give any accommodation whether it's to plaintiffs
13  or defendants.  So if you run out of time, you
14  just run out of time.
15                You could leave a whole issue bare,
16  but there's enough notice here today that that's
17  not going to happen to you.  So you want to be
18  very careful in preparing that list and how you
19  allocate your witnesses.
20                Now, exhibits, you each have quite a
21  few listed in your pretrial order.  I'm going to
22  limit each side to 150 exhibits.  You don't have
23  to list them in any particular order, but there
24  will be no other exhibits admitted into the
```

```
 1                      All right.  With regard to motions,
 2   there's a number of motions.  Let me start with
 3   the motions in limine.  That might be a good
 4   place.
 5                      Motions in limine.  Docket Item 227
 6   is denied.
 7                      Docket Item 228 is granted.
 8                      Docket Item 229 is denied.
 9                      Docket Item 230 is denied.
10                      Docket Item 231 is denied.
11                      Docket Item 295, which, in essence,
12   amends Docket Item 232, is granted.
13                      Docket Item 233 is denied.
14                      I'm going to reserve judgment with
15   regard to Docket Item 285, 289, 292, and 304.
16   The reason being, some of them aren't finished
17   with the filings of the ones I just mentioned.
18                      Docket Item 291, although it falls
19   in that category, I only have the opening motion.
20   I'm going to deny it because it's a motion in
21   limine that defendant's requesting that the
22   plaintiffs not be able to go outside their expert
23   report.  And my practice is that that application
24   is made post-trial.
```

1          If either party solicits testimony
2  from an expert in the form of opinion or
3  otherwise, that goes outside of what the reports
4  and the disclosures were, that can be briefed
5  post-trial.  And depending -- normally it's filed
6  by a party who is not prevailing.
7          If I find there's been a violation
8  of the rule and the pretrial order, I'll simply
9  order a new trial with the losing side on that
10 motion paying for the first trial, and incidental
11 costs to that first trial, including attorneys'
12 fees.
13         So you have to be very careful in
14 presenting opinion testimony that you don't go
15 outside the expert report, because you could be
16 vulnerable to the post-trial procedure of losing
17 the verdict and being faced with the cost.  And I
18 assume it's substantial just looking around the
19 room here.
20         So you want to avoid that at all
21 costs.  So that's why I'm denying that.  I don't
22 need any further briefing because I just don't
23 have that practice.
24         With regard to the other motions, as

# EXHIBIT H

REDACTED