# EXHIBIT A

# TRANSCRIPT PAGES 386 - 498

# REDACTED

REDACTED

---

[1] **Q:** So in your view you cannot measure [2] the resistance of insulators?

[3] **A:** I think I just explained what I [4] meant, given expensive equipment in principle [5] one can measure resistance of a hundred mega, [6] mega, mega ohms, it doesn't make sense, so [7] theoretically one could do it, but for all [8] practical purposes you wouldn't want to.

[9] **Q:** You said that ITO is a conductor [10] and you also said it's a semiconductor; correct?

[11] **A:** I said it's a conductor, a [12] semiconductor that happens to be conductive.

[13] **Q:** Have you ever seen a standard [14] textbook that refers to the ITO that is [15] commercially sold to LCD manufacturers as [16] anything but a conductor?

[17] **A:** I'm not sure. I have read many, [18] many articles about ITO that were written based [19] on studies done by physicists and chemist in [20] academia and elsewhere and they all refer to ITO [21] as a semiconductor. In fact, they draw the band [22] diagram that can be measured by ITO and it shows [23] the bottom of the conduction band and the top of [24] the valance band and a band gap of approximately

[1] 3.75 electron volts, and that's a semiconductor.

[2] **Q:** And you have not provided any of [3] these treatises in support of your opinion that [4] ITO is a semiconductor?

[5] **A:** I would be happy to do that, but [6] probably it's not legal to do it at this point, [7] but there are many such articles.

[8] **Q:** And you said that you could not [9] calculate the resistance in the ITO columns that [10] are found in the guard ring on which you are [11] basing your opinion that CPT's product meets [12] this resistance element in Claim 1?

[13] **A:** I said it would be difficult to [14]

calculate number one because in reality, [15] you don't necessarily have the exact structure that [16] is depicted in the arrays and in the artwork.

[17] For example, I mentioned that [18] those holes that go through the insulators, when [19] the ITO is evaporated down, it might just stick [20] on the inside of one hole and you only have a [21] very thin path of ITO, so in actuality, you [22] don't know what the actual resistance will be. [23] In principle if you have a flat layer of ITO, [24] you can calculate its resistance.

[1] **Q:** Are you saying that you would not [2] be — generally speaking if you assumed that the [3] ITO filled the entire hole, you would be able to [4] calculate that resistance; correct?

[5] **A:** If you knew the exact geometry of [6] the ITO, you would be able to calculate the [7] resistance.

[8] **Q:** Are you able to calculate what the [9] maximum resistance would be in one of those ITO [10] holes that fills the ITO holes as you described [11] to the jury in the CPT guard ring?

[12] **A:** No, because in practicality I [13] don't know. There are many holes there as you [14] pointed out yesterday and I don't know to what [15] degree they're filled with ITO or not, so the [16] maximum is a mega ohm or a hundred mega ohms. I [17] don't know what it would be because in actuality [18] we don't have an actual photograph of how those [19] holes are filled, all we have is the artwork [20] that describes how they ought to look.

[21] **Q:** So in your view, though, the [22] maximum resistance possible in one of those ITO [23] holes if it were filled is a hundred mega ohms?

[24] **A:** I didn't say that. If it was

[1] fully filled with ITO, you could calculate the [2] resistance, and it's a three-dimensional [3] geometry, so you would have to go through some [4] exercise to calculate it, but it would be [5] calculable.

[6] **Q:** And do you have any idea what that [7] would be?

[8] **A:** I haven't done the calculation.

[9] **Q:** It wouldn't be a hundred mega [10] ohms, would it?

[11] **A:** If it were filled, no, it would be [12] quit a bit less than that.

[13] **Q:** It would be quit a bit less than [14] even a hundred K ohm; correct?

[15] **A:** It might very well be.

[16] **Q:** In fact, it would be substantially [17] less than 10 K ohms; correct?

[18] **Q:** You resting me for numbers, and [19] in the reality I can't really say what those [20] numbers are. I think the point is that it's a [21] magnitude of resistance and the way Chunghwa [22] makes their products to solve the problem of [23] providing that resistance.

[24] THE COURT: This is a good time to

[1] take our afternoon recess for fifteen minutes.

[2] MS. CORBIN: Okay.

[3] (Jury leaving the courtroom at [4] 3:08 p.m.)

[5] THE COURT: All right. We'll be [6] in recess for fifteen minutes.

[7] (A brief recess was taken.)

[8] THE REPORTER: All rise.

[9] THE COURT: All right. The jury's [10] on its way in.

[11] (Jury entering the courtroom at [12] 3:31 p.m.)

[13] THE COURT: All right. Be seated, [14] please.

[15] BY MS. CORBIN:

[16] **Q:** Hi, Mr. Schlam. I want to stop [17] where we are for a moment and have you refer to [18] your Exhibit 5 from your infringement report, [19] which was a listing of accused CPT modules, and [20] an indication of the claims that you believed [21] they infringe. And I just want to clarify this, [22] because Mr. Cobb relies on your Exhibit 5 in his [23] damages report.

[24] So it is your opinion that the

[1] modules listed — CPT modules listed next to [2] reference Numbers 1 through 14, 17, and 39 would [3] be on the next page, do not infringe either [4] Claim 1 or Claim 8; correct?

[5] **A:** That's correct.

[6] **Q:** And it is also your opinion that [7] the modules, the CPT modules listed at reference [8] Numbers 18 through 22, 24 through 25, 27, 30, 39 [9] to 40 and 42 to 43, which would be on this page, [10] do not infringe Claim 8; correct?

[11] **A:** Correct.

[12] **Q:** And some of these reference [13] numbers refer to modules that are meant to [14] indicate an entire series of products; correct?

[15] For example —

[16] **A:** Yes, according — go ahead.

[17] **Q:** For example, if you look at Line [18] 21, the 141XC and the 141XE, those are intended [19] to to refer to the entire series of modules that [20] start with 141XC; correct?

[21] **A:** Well, if you look at the chart [22]

Chunghwa specifies [21] the resistance in the TFTs by defining the ratio of the channel width and [23] length, that's a specification of the [24] resistance. One can determine the resistance at

**Page 499**

[1] any voltage level given that specification.

[2] Q: And if we look at the first [3] portion of that definition that the Court has [4] provided, a circuit component that has a [5] specified resistance to the flow of electric [6] current, in your view a specified resistance [7] does not require that it is a constant [8] resistance regardless of the voltage level; [9] correct?

[10] A: Yeah. The Court didn't say it has [11] to be constant. It said it had to be specified.

[12] Q: So, in other words, you were [13] construing the term to mean that it would cover [14] anything that you could measure or calculate any [15] device in which you could measure or calculate [16] the resistance at a particular point in time?

[17] A: Any device that had a resistance, [18] yeah. You can't measure a calculator. It would [19] be probably difficult to know what the [20] resistance is.

[21] Q: And under your definition, you can [22] specify the resistance for any electrical [23] component; right?

[24] A: Well, some electrical components

**Page 500**

[1] just don't have resistance. Super crude metal [2] does not have resistance.

[3] So there are some components that [4] don't have resistance. Metals, conductors [5] semiconductors all have resistance.

[6] Q: So just to be clear, in your view, [7] the meaning of a specified resistance means that [8] it can include components that have a range of [9] resistances at various different voltages?

[10] A: Sure. Again, Chunghwa specifies [11] the resistance of their TFTs on those array [12] specifications that we showed. It says [13] specification.

[14] It says TFT resistance.

[15] Q: Well, you're not making — basing [16] your conclusion about CPT's product being a [17] resistance based on a label that says TFT [18] resistance, are you?

[19] A: I drew that opinion beforehand. [20] But the Chunghwa specification specifies the [21] resistance.

[22] So even Chunghwa, I think, agrees.

[23] Q: In fact, the way in which CPT [24] specifies its diodes is only by width and by

**Page 501**

[1] length; isn't that correct?

[2] A: Yes. That's how most people do [3] it.

[4] Q: And that's true — you've seen all [5] the specifications for all the CPT products; [6] correct, that you have accused of infringement?

[7] A: Yes. I've seen all the array [8] specs, yeah.

[9] Q: And every one of those specs [10] indicates that the only way in which CPT [11] specifies its diode is by width and length?

[12] A: I think so. Yes. [13] And that does determine the [14] characteristics of a diode.

[15] Q: And it is true, isn't it, that if [16] you only specified the width of and the length [17] of a diode, you cannot know for certain that at [18] any given voltage what the resistance is going [19] to be?

[20] A: Well, there's more to a full [21] specification. If you were designing a diode, [22] you need to know thicknesses and nature of the [23] materials. You need to know a lot more.

[24] And you see in the Chunghwa array

**Page 502**

[1] specification, they put the indication of width [2] to length, because it gives them a good [3] indication of what that resistance is going to [4] be.

[5] You can't necessarily calculate it [6] to the — to the hundredth order. But it's not [7] important to be able to do that.

[8] In fact, they designate the width [9] and length for the inner guard ring TFT and for [10] the outer guard ring TFT. And those width and [11] length ratios are different.

[12] So they're specifying different [13] resistances for the inner guard ring and the [14] outer guard ring.

[15] Q: You're saying they specify [16] different widths and lengths for the diodes that [17] are in the inner guard and the diodes that are [18] in the outer guard?

[19] A: Typically, yes.

[20] Q: But I agree that if you only [21] specified the width and length, you cannot know [22] for certain at any given voltage what the [23] resistance of that diode is going to be?

[24] A: Well, again, this is an array

**Page 503**

[1] specification. It is not a complete detailed [2] specification of every component.

[3] It gives the designer an idea of [4] what's there. It shows the different materials, [5] the thicknesses of the materials.

**Page 504**

[6] You know, it doesn't give the [7] exact dimension, but it gives the designer an [8] understanding that the resistance of this diode [9] is going to be higher than the resistance of [10] that diode.

[11] Q: I'd like to read from your [12] deposition at Page 161 to Page 162, Line 3.

[13] "Question: But if you only [14] specified the width and the length, you cannot [15] know for certain that any given voltage, what [16] the resistance is going to be?

[17] "Answer: Just those two numbers [18] will not give you — is not enough to give you [19] the resistance. Sorry, the exact resistance.

[20] A: I think that's what I just said, [21] yes.

[22] Q: And you consider the word, [23] referring back again to the Court's claim [24] construction order, and the second part of that,

**Page 504**

[1] the circuit component that has a specified [2] resistance to the flow of electric current and [3] is used to minimize the current surge from [4] electrostatic discharge.

[5] In forming your infringement [6] opinion, you believe and apply that the meaning [7] to the word minimize, that it — the electric [8] current — sorry. Strike that.

[9] When considering your infringement [10] opinion, and applying this definition, you [11] understood the word minimize to be reduce; [12] correct?

[13] A: Yes. And as I pointed out [14] earlier, it means reduce or minimize at the TFT [15] that's being protected. So it minimizes, so [16] that a TFT that is undergoing an electrostatic [17] charge will not be damaged.

[18] It has to reduce the current that [19] would go through that TFT. That's why they're [20] all interconnected to disperse that current, to [21] reduce it at that location where the damage can [22] occur.

[23] Q: And any component will reduce the [24] current when electric — when electricity is

**Page 505**

[1] flowing through it; correct?

[2] A: Say that again, please.

[3] Q: In other words, every circuit [4] component has a resistance; right?

[5] A: Not every circuit component. The [6] circuit components we're talking about, [7] conductors, resistors, semiconductors, all have [8] a resistance. Yes.

[9] Q: So insulators also have a [10] resistance; correct?

[1] Q: On cross-examination, counsel [2] suggested that there was some connection between [3] the diodes that you left out of the drawing. Do [4] you recall that?

[5] A: Yes.

[6] Q: Is there a connection between [7] these diodes that you omitted from this figure?

[8] A: Actually the connection is made [9] through the outer ring on this area.

[10] Q: And there is no separate [11] connection between the diodes other than through [12] the outer guard ring as you just pointed to with [13] the pointer?

[14] A: In the drawing, possibly you can [15] tell that some other layers are joined together. [16] But the way that I put it in the simple [17] explanation is to show that this way is the most [18] complete way.

[19] MR. KRAMER: Thank you very [20] much. No further questions.

[21] THE COURT: All right. Thank you. [22] You may step down.

[23] MR. RHODES: Your Honor, as our [24] next witness, we call Mr. Youngwoo Cho. And

[1] this will be a short videotape deposition.

[2] Mr. Cho is an LPL employee.

[3] (Beginning of video excerpt:)

[4] Q: Does the patent team conduct [5] regular patent searches of competitors?

[6] A: It does not.

[7] Q: Has the patent team ever analyzed [8] any patents owned by a competitor?

[9] A: Yes, but it was in the past, on a [10] number of occasions.

[11] Q: Mr. Cho, I'd like you to use that [12] piece of paper, the same piece of paper, I [13] haven't written anything on it, to draw a [14] diagram how LPL's products connecting the outer [15] ring to the gate lines, I ask you to draw the [16] diagram according to your understanding in as [17] much detail as possible that reflects a coupling [18] between the outer guard ring and the gate line [19] in LPL products.

[20] A: I'm not good at drawings, but I [21] will give it a try.

[22] Q: Go ahead.

[23] A: This is my understanding and this [24] is the gate lines and this is the guard ring and

[1] this is the resistance, via resistance this is [2] connected like this.

[3] Q: Can you mark the gate lines with [4] gate lines?

[5] A: In English?

[6] Q: English, yes. [7] Can you mark the resistance with [8] resistance?

[9] MR. LI: All right. Let's mark [10] that as Cho Exhibit 5.

[11] Q: Mr. Cho, I see a line connecting [12] four gate lines together. Does that mean all [13] the gate lines connect together by that line?

[14] A: Which one were you referring to?

[15] Q: I see four gate lines on Exhibit [16] 5; correct?

[17] A: Yes.

[18] Q: And there's a horizontal —[19] there's a line, let's mark this line with the [20] letter A so we can talk about it. Can you mark [21] that line with the letter A?

[22] Q: Does line A connect all the gate [23] lines together in LPL products?

[24] THE WITNESS: Yes, but my thinking is

[1] that these are connected based on my engineering [2] experience, but it does not relate to any legal [3] interpretation.

[4] Q: And you have testified you do not [5] know the structure of resistance on Exhibit 5; [6] correct?

[7] A: Correct. I told you that I don't [8] have specific or clear recollection of that.

[9] Q: Is line A a line of conductive [10] material?

[11] A: Yes.

[12] Q: What's the reason to connect all [13] the gate lines with line A?

[14] A: My understanding is that there are [15] two reasons: First reason is that if the [16] electrostatic occurs, these lines are there to [17] distribute and discharge the said electrostatic. [18] And number two reason is that this is for the [19] purpose of testing so that we could apply a [20] voltage to this line and use this is a — for [21] testing purposes.

[22] Q: So for testing purposes, if you [23] apply a voltage on one gate line, that voltage [24] will be applied to all the gate lines; correct?

[1] A: As far as I understand that, yes. [2] That is correct.

[3] Q: Does LPL use a similar [4] configuration as Exhibit 5 for its source line [5] coupling to the outer guard ring?

[6] A: Yes.

[7] (Conclusion of videotape excerpt:)

[8] MR. RHODES: Your Honor, we move [9] into evidence DTX 001.

[10] THE COURT: All right. It will be [11] admitted subject to anybody's objection.

[12] MR. BONO: Your Honor, there was a [13] section of the deposition that the defendants [14] were supposed to read in, and they neglected to [15] do so. And it's a significant piece of [16] testimony prior to the drawing being made.

[17] This is lines 137, 4 through 137, [18] 11.

[19] THE COURT: Let's see if we can [20] get it played, if you have that.

[21] MS. CORBIN: Could you give me [22] those again?

[23] MR. BONO: 137, 4 to 137, 11.

[24] MS. CORBIN: You say our

[1] designation or yours?

[2] MR. BONO: It was in your [3] designation.

[4] MS. CORBIN: Okay. [5] I apologize, Your Honor. Can we [6] just read the few lines into the record?

[7] THE COURT: Sure. Yes.

[8] MR. BONO: I would represent that [9] this testimony was prior to Mr. Cho making the [10] drawing —

[11] MS. CORBIN: Okay.

[12] MR. BONO: — that was shown.

[13] MS. CORBIN: Okay. So the [14] question was: "Correct, Mr. Cho?

[15] "Answer: I don't know to what [16] level of detail you want me to draw this [17] diagram. And I don't know whether this would be [18] accurate or not. But based on what I heard from [19] engineers, the engineers within our company, the [20] outer guard ring is connected to the gate lines [21] via resistance. And solely based on that, I [22] don't know how accurately I can draw this [23] diagram."

[24] THE COURT: All right. Thank you.

[1] MR. RHODES: Your Honor, our next [2] witness is going to be a video of Scott [3] Holmberg. Scott Holmberg is the listed inventor [4] on the '002 patent.

[5] And as an additional matter, Your [6] Honor, we do have one demonstrative, which is [7] just Claim 1 of the patent that we'd like to put [8] up over here while we play this deposition, so [9] that they can refer to that.

[10] THE COURT: Sure. You can do [11] that.

[12] MR. RHODES: It is going to be [13] about two hours, and we apologize for that, but [14] he's not available and we need to put this into [15] evidence.

[16] (Beginning of video excerpt.)

[17] THE VIDEOGRAPHER: This is the [18] digital videotape deposition of Scott H. [19] Holmberg, being taken on behalf of

[9] Q: Can you get the same functionality [10] from your outer guard ring invention if you [11] replaced the resistor with a switching element?

[12] A: As I just stated, that — my gut [13] reaction is I could put a switching element out [14] there or a diode and make it work. But I'd have [15] to do a full analysis on that panel, you know, [16] to make sure that you could do that, and it may [17] have some limitations.

[18] When you say "a switching [19] element," or "a diode," it may have some [20] constraints on it, you know, because of the high [21] voltage.

[22] What you don't want to do is end [23] up shorting that out or blowing that out, so it [24] may work, but, you know, it may have to be

Page 1328

[1] designed to work.

[2] Again, that — you'd have to do an [3] analysis on that to see if it could be done.

[4] Q: Did you assist in the preparation [5] of your patent application for the '002 patent?

[6] A: Yes.

[7] Q: And did you review the claims that [8] were submitted with your patent application to [9] the patent office in the initial application?

[10] A: Yes, I read through them.

[11] Q: Perhaps, we could just look at [12] Claim 1 of your '002 patent, which is Exhibit [13] 106. It is column eight — I'm sorry — the [14] bottom of column eight.

[15] A: Okay.

[16] Q: Right. But the — the reason that [17] you interconnect substantially all of said row [18] lines to one another and substantially all of [19] the column lines to one another is to attempt to [20] protect each of the pixels from electrostatic [21] discharge.

[22] A: That is one of the reasons.

[23] Q: What are the other reasons?

[24] A: Testing of — testing.

Page 1329

[1] Q: And could you explain that?

[2] A: You know, whether you hook them in [3] serpentine or you hook them in all parallel on [4] one side, you want to be able to use the minimum [5] number of contacts to drive the display so that [6] you can test it to make sure that there is no [7] shorts or open lines in a display.

[8] Q: And where you interconnect [9] substantially all of the row lines to one [10] another and substantially all of the column [11] lines to one another, you in fact only need two [12] contacts in order to test the entire array; is [13] that right?

[14] A: With two contacts, you could test

[15] if there is any shorts in the panel. You would [16] need other contacts to test for any opens in a [17] display.

[18] Q: And when — what do you mean by [19] "any shorts in the panel?"

[20] A: Any areas where you may have a [21] short or a very low resistance between the [22] row line and the column line.

[23] Q: And what —

[24] A: That could be through the source,

Page 1330

[1] you know, to the gate of the transistor or a [2] crossover point of the row line and the column [3] line.

[4] Q: And if you refer to the Exhibit [5] 105 which is the one with the two schematics, if [6] you look at the configuration on the lower [7] portion of the page, is it possible — if you [8] assume that the source lines are connected to [9] the outer guard ring in the same method as the [10] gate lines are illustrated here, is it possible [11] to check for any shorts in the array using only [12] two contacts?

[13] THE WITNESS: I don't think there's [14] enough information there to — without seeing [15] the whole panel represented, I couldn't tell.

[16] THE WITNESS: I — you say a short, I [17] only see gate lines. Are you saying short — [18] gate to gate short? Column to gate short?

[19] (Interruption of videotape [20] excerpt:)

[21] MR. RHODES: Your Honor, can we [22] take a brief recess while we figure out the [23] problem with this?

[24] THE COURT: Sure. We'll take a

Page 1331

[1] recess while we get the technical aspects worked [2] out.

[3] (Jury leaving the courtroom at [4] 2:16 [5] 16 p.m.)

[5] THE COURT: All right. We'll be [6] in recess. You'll let my law clerk know?

[7] MR. RHODES: Yes, Your Honor.

[8] THE CLERK: All rise.

[9] (A brief recess was taken.)

[10] THE CLERK: All rise.

[11] THE COURT: All right.

[12] MR. RHODES: Your Honor, I think [13] Ms. Corbin would like to address the matter that [14] came up this morning just for clarification.

[15] MS. CORBIN: Particularly, Your [16] Honor, be seated, please. No, not you, [17] Ms. Corbin. You're on.

[18] MS. CORBIN: All right. Following [19] instructions.

[20] Okay. I'm particularly concerned [21] about the letter, and I don't know if we

need to [22] clarify, but I didn't want to have to interrupt [23] the jury again since we just interrupted them.

[24] Now, with respect to Dr. Howard's

Page 1332

[1] testimony, as it relates to what is not — [2] what's characterized as a reargue of the claims [3] construction, but which in reality is foundation [4] and testimony regarding infringement under the [5] Doctrine of Equivalents, and this has to do with [6] the function of function, way, result test as [7] applied to the inner-connecting requirement, [8] which is Step 3 of Claim 1.

[9] I think, as we've seen in the [10] testimony that's been shown so far from [11] Mr. Holmberg, that even the inventor says the [12] function interconnecting step was this testing. [13] And the nature of that testimony is definitely [14] relevant to Dr. Howard's Doctrine of Equivalents [15] analysis for that step, Step 3 of Claim 1.

[16] And particularly, you know, the [17] '222 patent that they mention here, even as Your [18] Honor acknowledged in Footnote 1 of the [19] memorandum opinion, is incorporated by reference [20] in the inherent part of the specification of the [21] '002 patent. So that was one of the issues, and [23] I just want to make sure that we do plan to [23] proceed with that testimony.

[24] And then the second point had to

Page 1333

[1] do with this going through the claims on the [2] dichotomy of the usage of the terms resistance [3] and shunt switching element as it is described [4] both in the specification and the claims, [5] because it is plaintiff's contention, through [6] Dr. Schlam, that the term resistance, even as [7] defined by Your Honor in Claim 1, encompasses [8] shunt switching elements.

[9] And it is our aim to show that, in [10] fact, that is entirely inconsistent with the [11] whole intended purpose and all the language [12] throughout the specification in the claims that, [13] without exception, the way in which it talks [14] about the gate lines and source lines being [15] coupled to the outer ring, the term resistance [16] is always used.

[17] And when it talks about the [18] coupling of the gate lines and the source lines [19] to the inner ring, shunt switching element is [20] always used.

[21] MR. BONO: Am I being charged time [22] for this?

[23] THE COURT: No, it's their time.

[24] MR. BONO: Thank you. I thought

Page 1334

[1] the Court already ruled on this, and in

lawyer I was against [8] said that he didn't want to argue the settlement [9] of other parties to the liability issue of my [10] plaintiff. And I asked to have all reference to [11] any settlement discussion excluded, but the [12] judge thought it was important immediately to [13] make a decision, and to allow him to talk about [14] it for purposes of aligning the parties, and the [15] testimony came in about settlement, it didn't [16] look so bad, but in the closing argument, what [17] the lawyer did say, there was things done [18] wrong here and somebody is liable and some [19] people have already paid for that. It sounded [20] real close to me like a violation of 408. I [21] didn't get upset, I just objected. And there [22] are appellant courts even after the post trial [23] motions that will take care of all of this.

[24] What I'm trying to do is let you

---

Page 1348

[1] try the case the way you want unless you are in [2] it a — unless you're offering something that's so [3] obvious that it's like you got to stop the [4] beating because it's occurring right in front of [5] them, but the kind of subtle issues you're [6] arguing, they're kind of by hypothesis or [7] speculation, you may not be doing anything [8] Mr. Bono is saying.

[9] So what I'm trying to convince [10] you, I'm not trying to dissuade you, I'm trying [11] to tell you what the ruling is again, what his [12] argument is, and what the penalty is if it's [13] later found out in the context of this whole [14] trial that you didn't get my order. Okay?

[15] We're going to bring the jury in.

[16] (Jury entering the courtroom at [17] 2:47 p.m.)

[18] THE COURT: All right. I think I [19] have fixed all the technical problems. I have a [20] vast background about this machinery and we [21] should be able to move on from here. And I [22] appreciate your patience as to do parties and [23] the counsel. Thank you very much.

[24] All right. You want to start it

---

Page 1349

[1] up again.

[2] MR. RHODES: Yes, Your Honor. [3] Thank you for your help.

[4] THE COURT: No problem.

[5] (Videotape Testimony.)

[6] A: With two contacts, you could test [7] if there is any shorts in the panel. You would [8] need other contacts to test for any opens in a [9] display.

[10] Q: And when — what do you mean by [11] "shorts in the panel"?

[12] A: Any areas where you may have a [13] short, or a short, or a very low resistance [14] between the row line and

---

the column line.

[15] Q: And what —

[16] A: That could be through the source, [17] you know, to the gate of the transistor or a [18] crossover point of the row line and the column [19] line.

[20] Q: And if you refer to the Exhibit [21] 105, which is the one with the two schematics, [22] if you look at the configuration on the lower [23] portion of the page, is it possible — if you [24] assume that the source lines are connected to

---

Page 1350

[1] the outer guard ring in the same method as the [2] gate lines are illustrated here, is it possible [3] to check for any shorts in the array using only [4] two contacts?

[5] THE WITNESS: I don't think there's [6] enough information there to — without seeing [7] the whole panel represented, I couldn't tell.

[8] THE WITNESS: I — you say a short, I [9] only see gate lines. Are you saying short — [10] gate to gate short? Column to gate short?

[11] I don't — there's not enough [12] information.

[13] Q: I'm using short in the same [14] context that you were using it in the answer [15] just above where you stated, "any areas where [16] you may have a short or low resistance between [17] the row line and the column line".

[18] A: Okay. But that's not represented [19] on this diagram.

[20] Q: What else would you have to [21] know to answer that question?

[22] A: We'd have to see how the columns [23] were hooked together. All I see here [24] is row lines.

---

Page 1351

[1] Q: Well, I — my question presumed [2] that the row lines were connected to the outer [3] guard ring in exactly the same way as the gate [4] lines are depicted here.

[5] A: There's no column lines here. I [6] don't know how you could test this to — and [7] determine if there's any shorts in the panel [8] without column lines and showing how they're [9] hooked together.

[10] Q: When you say how they're connected [11] together, you mean the source lines to the [12] outer guard ring?

[13] A: Yeah, and what their relation is, [14] how — how they're hooked together. Are they [15] hooked together?

[16] Q: So I'm asking you to assume that [17] the gate — the source lines are connected to [18] the outer guard ring in exactly the same way as [19] these gate

---

lines are depicted, which is each [20] gate line and each source line is individually [21] connected to the outer guard ring through a [22] diode.

[23] A: The way you stated, you couldn't [24] test it.

---

Page 1352

[1] Q: And why is that?

[2] A: Because everything would be [3] shorted — or basically shorted out.

[4] Q: Meaning shorted to the — to the [5] outer guard ring?

[6] A: Yes.

[7] Q: So if you wanted to test any line, [8] gate line or any source line, you could only [9] test line by line, is that it?

[10] THE WITNESS: I would have to study [11] this, but I can't see how you could test it.

[12] THE WITNESS: Yeah. I don't see how [13] you could test it.

[14] Q: Under that scenario, meaning each [15] gate line separately and each row line [16] separately?

[17] A: Right. What you just described, [18] you couldn't test it —

[19] Q: Well, in any event —

[20] A: — without probing every line, [21] because there would be a sneak path.

[22] Q: Right. In order to test it, you [23] would have to probe each line independently [24] using the configuration I described?

---

Page 1353

[1] A: Yes.

[2] Q: In Step 4, which states, "forming [3] an outer electrostatic discharge guard ring on [4] said substrate coupled with said interconnected [5] row and column lines via a resistance to provide [6] protection from electrostatic discharges between [7] said row and column activation lines during [8] manufacture of the displays".

[9] If we refer, again, to Exhibit 105 [10] and to the schematic that is on the upper [11] portion of the page, it has an outer [12] electrostatic discharge guard ring; correct?

[13] A: Okay. Which claim was that, [14] again?

[15] Q: We're in Claim 1, Step 4, which is [16] at the top of the page, Column 9.

[17] A: Okay.

[18] Q: Not in the first element, but on [19] that page, the second one that starts, "forming [20] an outer electrostatic discharge guard ring".

[21] A: Okay.

[22] Q: And I'm going to refer to that [23] whole element up to the point where it says, [24] "removing said outer guard ring"

---

[1] see that — it says, "In the course of this [2] engagement, our firm and you may identify areas [3] for which we will require your services," do you [4] see that, the first paragraph?

[5] A: Yes.

[6] Q: It says, "such as providing expert [7] advice and consultation regarding —" and it [8] identifies a couple of topics; first, [9] conception, reduction to practice, and [10] interpretations of U.S. Patent Number 102 — the [11] '002 patent. You counter-signed this agreement [12] thereby agreeing to provide these services for [13] McKenna, Long & Aldridge in connection with its [14] representation of LPL in this litigation; right?

[15] A: Yes.

[16] Q: Now, I see that you're being paid [17] a sum of $350 an hour for the services that you [18] provide to LPL's counsel in connection with this [19] litigation; correct?

[20] A: Yes.

[21] Q: That includes your — the [22] testimony that you are giving here today; right?

[23] A: Yes.

[24] Q: It includes the time you spent

[1] preparing for your depositions in this case; [2] right?

[3] A: Yes.

[4] Q: Exhibit 118 is a letter confirming [5] that the McKenna, Long & Aldridge firm is acting [6] as your lawyer in connection with your [7] deposition in this case; right?

[8] A: Yes.

[9] Q: Now, are you paying McKenna, Long [10] & Aldridge's fees for their representation of [11] you in this case?

[12] A: No.

[13] Q: As stated in paragraph two on the [14] first page of this Exhibit 118, LPL — it says, [15] "LPL will pay your legal fees and costs in [16] connection with this representation on your [17] behalf," right? So LPL is paying McKenna, Long [18] & Aldridge's legal fees in connection with its [19] representation of you in this case; right?

[20] A: Yes.

[21] Q: And you have no responsibility for [22] paying McKenna, Long & Aldridge's fees for [23] representing you as your attorney in this case; [24] right?

[1] A: No.

[2] Q: Are transistors switching [3] elements?

[4] A: Yes.

[5] Q: What's your understanding of the [6] meaning of a switching element?

[7] A: A switching element —

[8] Q: Sorry to interrupt you. I mean, [9] of course, within the meaning of your patent, [10] the invention that you patented.

[11] Please, go ahead.

[12] A: A switching element is a device [13] that normally has high impedance at normal [14] operating voltages and low impedance under high [15] potential across it.

[16] Q: So, in your view, a diode is a [17] switching element within the meaning of the [18] invention in your '002 patent?

[19] A: Yes.

[20] Q: When the resistor's resistance is [21] high, it will be a poor electrostatic discharge [22] shunt; right?

[23] A: Can you define "high resistance"?

[24] Q: Probably not as well as you can,

[1] but what is your understanding, if we were [2] talking about how you would have to have high [3] resistance to isolate the guard ring, what did [4] you have in mind? What — what range?

[5] A: It would have to be, you know, [6] very high the way we used it. I can't give you [7] an exact number, but it would — it would [8] probably be — I'm just guessing off the top of [9] my head, ten to eight ohms since you have many, [10] many of these in parallel.

[11] Q: Mr. Holmberg, do you generally [12] agree that materials used in thin-film [13] processing generally fall into three categories [14] according to their resistivity to charge flows, [15] conductors, insulator, and semiconductor?

[16] A: Can you state that again? I'm [17] sorry.

[18] Q: Certainly. [19] Would you agree that materials [20] used in thin-film processing generally fall into [21] three categories according to their resistivity [22] to charge flows, the three categories being [23] first conductors; second, insulators; and third [24] semiconductors?

[1] A: Yes.

[2] Q: What are typically conductor [3] materials?

[4] A: Generally metals, aluminum, binary [5] metals like nichrome, copper.

[6] Q: ITO?

[7] A: ITO.

[8] Q: What are typical semiconductor [9] materials — well, what are typical insulator [10] materials?

[11] A: Silicon dioxide, silicon nitride, [12] anodic oxide, titanium oxide.

[13] Q: And what are typical semiconductor [14] materials?

[15] A: Germanium silicon, germanium [16] silicon alloys, gallium, arsenide, just to name [17] a few.

[18] Q: Is chromium an insulator?

[19] A: Chromium is a conductor.

[20] Q: Is chromium a semiconductor?

[21] A: No.

[22] Q: Is silicon a conductor material? [23] Have you ever heard anyone refer to silicon as [24] being a conductor material?

[1] A: No.

[2] Q: Conductor and semiconductor [3] materials, these are different materials; right?

[4] A: There could be a close overlap [5] with some materials.

[6] Q: But these are two different [7] categories of materials; right?

[8] A: Yes, generally.

[9] Q: In a liquid crystal display [10] product, you cannot replace amorphous silicon [11] with conductor material, can you?

[12] A: I'm sorry. Repeat that again.

[13] Q: Yes. In an LCD product, in a [14] liquid crystal display product, you cannot [15] replace an amorphous silicon with a conductor [16] material; right?

[17] A: It depends what the application [18] is.

[19] Q: Well, conductors and [20] semiconductors in LCD products are not the same; [21] right?

[22] A: No.

[23] Q: In a TFT, if you replace the [24] amorphous silicon, the semiconductor material

[1] with a conductor material, such as aluminum, the [2] TFT would not work; right?

[3] A: That is correct.

[4] Q: And, likewise, if you replace a [5] conductor material in a TFT with a semiconductor [6] material, then the TFT would not work; right?

[7] A: I wouldn't say that's true all the [8] time.

[9] Q: But, generally, that's — that's [10] true, though; right?

[11] A: You could have a highly-doped [12] semiconductor material act as a source drain [13] material.

[14] Q: So, generally, in an LCD product, [15] you cannot replace a conductor

material like —[16] like chromium with a semiconductor material such [17] as amorphous silicon?

[18] A: Generally not.

[19] Q: Conduct — and that's because [20] conductors and semiconductors are not [21] interchangeable in LCD products; right?

[22] A: Again, yeah, I think you have to [23] be more specific for what applications. Like I [24] said, sometimes there are some overlap depending

---

Page 1407

[1] on what the exact application is.

[2] Q: But, as a general matter, that —[3] that's — that's probably an understood [4] principle in thin-film processing; right?

[5] A: Yes.

[6] (End of videotape testimony.)

[7] MR. RHODES: Your Honor, at this [8] time we move into evidence DTX 8, 12, 14, 15 and [9] 16.

[10] THE COURT: All right. They'll be [11] admitted subject to a later objection.

[12] MR. RHODES: And Your Honor, our [13] next witness is Dr. Webster Howard.

[14] MS. CORBIN: Good morning, [15] Dr. Howard.

[16] THE CLERK: Please state and spell [17] your full name for the record.

[18] THE WITNESS: Webster E. Howard.

[19] THE CLERK: Could you spell that, [20] please.

[21] THE WITNESS: First name, [22] W-E-B-S-T-E-R. Middle initial E. H-O-W-A-R-D.

---

Page 1408

[1] WEBSTER E. HOWARD, the [2] the deponent herein, having first [3] been duly affirmed on oath, was [4] examined and testified as follows:

[5] DIRECT EXAMINATION

[6] BY MS. CORBIN:

[7] Q: I'd like to start this afternoon, [8] Dr. Howard, with explaining some of your [9] credentials and experience, your educational [10] background.

[11] A: Yes.

[12] Q: Starting first with your [13] educational background. Could you tell the jury [14] what that is?

[15] A: Yes. I received a bachelor's [16] degree in physics from Carnegie Mellon [17] University. And I received both a master's [18] degree and a Ph.D. in physics from Harvard [19] University.

[20] Q: When you were receiving your Ph.D. [21] at Harvard, were you specializing in any [22] particular aspect of physics?

[23] A: Yes, I was specializing in [24] semi-

conductor business.

---

Page 1409

[1] Q: And in what year did you receive [2] your Ph.D.?

[3] A: In 1962

[4] Q: After you completed your education [5] by getting your Ph.D., did you perform any [6] military service?

[7] A: Yes, I did. When I was at [8] Carnegie Mellon, I was in the reserve officer [9] training core. And so after my education was [10] finished, I entered the Army.

[11] Q: And what was your role in the [12] Army?

[13] A: Well, I was a signal core officer. [14] And after initial training, I was assigned to a [15] laboratory. And in that laboratory, I was still [16] doing research on semiconductors

[17] Q: And when did your military service [18] end?

[19] A: In 1961.

[20] Q: And following your military [21] service, what was your first employment?

[22] A: My first employment after military [23] service was I joined the IBM T.J. Watson [24] Research Center.

---

Page 1410

[1] Q: What is IBM T.J. Watson Research [2] Center?

[3] A: Well, the Watson Research Center [4] is kind of a think tank within IBM. The whole [5] lab is staffed and managed by scientists and [6] engineers.

[7] And it was set up to give those [8] people quite a bit of freedom to explore [9] innovative technologies that could be of use to [10] IBM for future products as well as present [11] products

[12] Q: And were you employed at IBM for [13] 132 years?

[14] A: Yes, I was.

[15] Q: And was the entire period at the [16] T.J. Watson Research Center?

[17] A: It was.

[18] Q: And when you began your work at [19] the IBM T.J. Watson Research Center, what was [20] the nature of your research and work endeavors [21] at that time?

[22] A: Well, when I joined the company, I [23] was in an exploratory technology device group, [24] technology group in semiconductors The job was

---

Page 1411

[1] to develop new devices, new materials [2] for semiconductive devices.

[3] Q: And at some point during your [4] employment with IBM, did your research involve [5] flat panel displays?

[6] A: Yes, it did.

[7] Q: When did that work begin?

[8] A: Well, in 1973, I took a job as a [9] manager of exploratory display project, which [10] initially was mostly involved in plasma [11] displays, which were just beginning to be [12] introduced at that time.

[13] And then as time went on, I got [14] more interested as things began to develop in [15] the outside world, in the liquid crystal [16] displays and active-matrix crystal displays.

[17] There was a gradual transition to [18] that technology ultimately being my total focus.

[19] Q: Is there any relationship to your [20] background in semiconductor physics to your [21] interest in active-matrix LCDs displays?

[22] A: Well, yes. It was kind of natural [23] since I had a lot of experience in [24] semiconductors and semiconductive devices, that

---

Page 1412

[1] the idea of using semiconductive thin [2] film [2] transistors to make a really good display [3] was [3] something that I thought where I could attribute [4] to the company.

[5] Q: And what was your role in IBM's [6] getting involved in the active-matrix LCD [7] display area?

[8] A: Well, I was the one that really [9] started the whole thing. I was — I started [10] using every opportunity I could to make the case [11] for this technology.

[12] I was convinced very early that it [13] was going to be quite important. And so I just [14] kept working on colleagues and management until [15] I over the time garnered more and more support [16] to increase the level of activity in that until, [17] you know, ultimately we went forward with it.

[18] Q: And when did IBM make the [19] decision [19] to become actively developed in research and [20] development in active-matrix LCD displays?

[21] A: Well, the decision was made at the [22] top of the corporation in late '85.

[23] Q: And once they made that decision, [24] what was your role in that research and

---

Page 1413

[1] development?

[2] A: Well, when the decision was made, [3] it was also made that we should — that research [4] should involve IBM Japan in pursuing it, and [5] that we should seek a Japanese partner. And so [6] I was leading the research effort, and I became [7] then the technical leader of the IBM effort.

[8] Q: And what Japanese company did IBM [9] and IBM Japan partner with in this

the reason — he's talking [19] about the interconnection.

[20] Q: What part of the diagram is he [21] talking about?

[22] A: Oh, this part here. This Line A [23] is what he referring to as the [24] interconnection.

---

### Page 1484

[1] Q: The interconnection of what?

[2] A: In this case, all of the gate [3] lines. And he was asked: Is it all the gates [4] lines? And he said, yes.

[5] Q: Okay. And then what did he have [6] to say about the reason for function of the [7] interconnection?

[8] A: Well, he was asked: What's the [9] reason to connect all the gate lines on Line A?

[10] And he said that my understanding [11] is that there are two reasons: The first reason [12] is that if the electrostatic occurs, these lines [13] are there to distribute and discharge the said [14] electrostatic. And number two reason is that [15] this is for the purpose of testing, so that we [16] could apply a voltage to this line and use this [17] for testing purposes.

[18] Question: So for testing, if you [19] apply a voltage on one gate line, that voltage [20] will be applied to all the gate lines; correct?

[21] Answer: As far as I understand [22] that, yes. That is correct.

[23] Q: Okay. Thank you [24] If it was only — if the function

---

### Page 1485

[1] of the interconnection was merely to provide a [2] conductive path for ESD protection, would there [3] be any need to have an interconnection at all?

[4] MR. GOODWYN: Objection; leading.

[5] THE WITNESS: No.

[6] THE COURT: I'm going to overrule [7] the objection. But you have to be careful not [8] to have the answer in the question.

[9] MS. CORBIN: Okay.

[10] THE WITNESS: No, because there are other things.

[11] Just as the earlier solutions that were shown, [12] you can short all the lines to the outer guard ring [13] directly.

[14] BY MS. CORBIN:

[15] Q: But if you do that, can you test [16] — can you perform this two-point bulk test?

[17] A: No, you can't. But you distribute [18] the charge that way.

[19] Q: And did Dr. Holmberg — what did [20] Dr. Holmberg say was the first thing he tried [21] when he was trying to provide electrostatic [22] discharge pro-

---

tection?

[23] A: Well, he said the first thing he [24] tried was just shorting everything together, but

---

### Page 1486

[1] he wanted to be able to test.

[2] Q: And could he do that when he was [3] just shorting all the lines to the guard ring?

[4] A: No.

[5] Q: Does CPT interconnect [6] substantially all of its gate lines?

[7] A: No, they don't.

[8] Q: Does CPT interconnect [9] substantially all of its source lines?

[10] A: No, not at all.

[11] Q: Is CPT able to test any of its [12] products using the two-point bulk test that [13] you've described?

[14] A: No, CPT cannot.

[15] Q: Why not?

[16] A: Because the lines are not [17] interconnected. There's not one point where you [18] can put the same voltage on all the lines.

[19] Q: How does CPT test its products?

[20] A: They test with a different [21] technique, line by line testing. You have to go [22] to each line with two points to determine [23] whether it's continuous.

[24] And you have to go to each line

---

### Page 1487

[1] and, you know, each set of lines to check [2] crossover points.

[3] Q: And when you talk about each line, [4] for example, I don't think anybody's touched on [5] this. On an average display, they have a [6] 15-inch display.

[7] How many gate lines are there?

[8] A: Well, typically, in a 15-inch, you [9] would have 768 gate lines on an XGA display.

[10] Q: What about — how many source [11] lines if

[12] A: That would be 300 — 3,072.

[13] Q: So are you saying that CPT must [14] test each one of those several thousands of [15] lines in each individually?

[16] A: That's what I'm saying.

[17] Q: May I have Defendants' Exhibit 8, [18] please.

[19] Again, referring to Dr. Holmberg's [20] testimony from yesterday, during his testimony [21] he was referring to this figure, particularly [22] the one on the bottom. And do you recall what [23] he said about whether or not using this [24] configuration you would be able to perform the

---

### Page 1488

[1] two point volt test?

[2] A: Yes, he was asked if you had this [3] configuration on [4] the source lines, could you test. And he said [5] no, you couldn't.

[6] Q: Okay. Thank you. [7] Now, before we move on, I want to [8] talk to you about schematics and their usage. [9] How are schematics used in electrical [10] engineering fields?

[11] A: Oh, they're just used widely to [12] summarize the electrical characteristics of a [13] circuit.

[14] Q: And if you pick up any electrical [15] engineering semiconductor device textbook, would [16] you find schematics?

[17] A: Oh, absolutely.

[18] Q: Would that same thing be true of [19] reference books?

[20] A: Yes. Yeah. In textbooks, [21] reference books.

[22] Q: Did you find any use of schematics [23] in the prior art that we're going to be [24] discussing later today?

---

### Page 1489

[1] A: Yes.

[2] Q: May we see slide 55, please. [3] And what do we see here and where [4] is this figure from?

[5] A: This is from an application by [6] Kawamura and he's shown here, for instance, a [7] layout for making diodes and then he illustrates [8] electrically what he's doing up here by this [9] schematic.

[10] Q: And what is shown — what is the [11] schematic up there on the top?

[12] A: It's two diodes, it's the same [13] pair of diodes that we see over and over again [14] in CPT's products.

[15] Q: Now, slide 56. During his [16] deposition, did Dr. Schlam himself make a [17] schematic?

[18] A: Yes, he did. He made this one [19] which we can blow up, in connection with the [20] CPT's diodes connecting a transfer pad to the [21] guard ring and they are the same design that's [22] used on the lines themselves. And so he labeled [23] — he showed them as pairs of diodes and he [24] labeled them as shunt switching elements. And

---

### Page 1490

[1] he showed the guard ring here as composed of [2] three elements in his view. And then he [3] indicated where he associated the resistance.

[4] Q: Okay. Could we see slide 59, [5] please.

[6] Dr. Schlam during his testimony [7] indicated that there was something misleading [8] about using schematics to

discuss electrical [9] circuits, for example, the CPT products. Do you [10] agree with that?

[11] A: No, I don't.

[12] Q: And again, this is the slide we [13] looked at just a little bit earlier. And did [14] Dr. Schlam agree that these schematics that we [15] see again later today were accurate schematics [16] of the mask files of the two configurations that [17] CPT uses to couple its gate lines and source [18] lines to the outer ring?

[19] A: He did agree.

[20] Q: And did he agree that those were [21] electrically equivalent?

[22] A: Yes.

[23] Q: I want to turn now to the Court's [24] claim construction with respect to the term we

---

Page 1491

[1] find in Claim 1, interconnecting. Can we see [2] slide 60, please. And can you explain or tell [3] us what the Court's construction of that term [4] is?

[5] A: The Court determined that the term [6] as used in interconnecting as used in Claim 1 [7] means electrically connecting with conductors.

[8] Q: Does CPT do that?

[9] A: No, CPT does not do that.

[10] Q: Can we see slide 61, please. [11] And what do we see on the two mask [12] files on the upper portion of the slide?

[13] A: Yeah. These are the top — these [14] are top views of the plate and that same [15] microscopic view we talked about earlier. So [16] you're looking down and this shows the diodes, [17] where you see this light blue, that's the [18] undoped amorphous silicon, that's the essential [19] part of the diode.

[20] And down here, we have kind of a [21] see through view to look down at the gate metal [22] just to show that this gate metal is actually [23] gate or source lines, but in this case it's [24] source lines, but they are connected with gate

---

Page 1492

[1] metal at this point. So gate metal does not [2] travel, does not connect all the way through to [3] the guard ring. The only connection is through [4] the diodes themselves.

[5] Q: And that's true for every CPT [6] product?

[7] A: And that's true for every CPT [8] product that you have this kind of [9] configuration, where this does not connect [10] directly with this, but only through the diodes.

[11] Q: And again, you mention that the [12] two blue lines traveling through each of the [13] diodes horizontally there, what

---

type of material [14] is that?

[15] A: That's undoped amorphous silicon.

[16] Q: When you say undoped, you [17] mean?

[17] A: Pure amorphous silicon.

[18] Q: What type of material is pure [19] amorphous silicon?

[20] A: It's a semiconductor.

[21] Q: What is a diode?

[22] A: A diode is like a valve or a gate. [23] In this case the diodes are designed only to [24] conduct when the voltage reaches some particular

---

Page 1493

[1] level. Think in plumbing terms, it's a pressure [2] relief valve. It's sitting there not allowing [3] anything to go until you get too much pressure, [4] in this case too much voltage, and then it opens [5] up and current can flow, or water can flow in [6] the pipe case.

[7] Q: Can you show us using the mask [8] files here when an electrostatic discharge would [9] occur, what would happen? What would be the [10] flow of the electric current?

[11] A: Well, when the electrostatic [12] discharge comes, when voltage builds up here, [13] this diode begins to conduct. Let's say it's [14] positive voltage, so the positive voltage would [15] be this diode here. This diode begins to [16] conduct through the silicon through the guard [17] ring, the guard ring is like a storm sewer, so [18] the charge can dissipate around the display once [19] it gets into the guard ring.

[20] Q: So the flow of the charge would [21] come through the gate through the diode to the [22] guard ring. Can you show us again that path?

[23] A: The path would be through the [24] diode to the outer guard ring, and then from the

---

Page 1494

[1] outer guard ring it can go around to the rest of [2] the display.

[3] Q: Okay. Could we see 62, please. [4] Do you recall that during [5] Dr. Schlam's testimony he showed a little video, [6] 3D video of in his view what the flow of the [7] electric current would be in the event of an [8] electrostatic discharge?

[9] A: Yes, he did. That's the one shown [10] here.

[11] Q: What is your opinion about the [12] accuracy of the dashed lane which he's [13] indicated as the flow of current in the event of an [14] electrostatic discharge?

[15] A: Well, in the event of a discharge, [16] a charge originating here would indeed flow up [17] this way and over

---

here, and it would go — if [18] that diode started to turn on because this was a [19] very high voltage, then the charge would flow [20] through here. But at that point it's connected [21] to the outer guard ring, so it's going to go out [22] to the storm sewer here, to the outer guard [23] ring.

[24] Q: Why? Why would that be the path

---

Page 1495

[1] of the electric current?

[2] A: Because that's the path of least [3] resistance. To go in this direction requires [4] another barrier of voltage to get over this hump [5] to go on in that direction, so there is no [6] reason for the charge to flow here, it will flow [7] directly to the outer guard ring.

[8] Q: What's creating the barrier for [9] the current flowing?

[10] A: This amorphous silicon.

[11] Q: And again, what kind of a material [12] is amorphous, pure amorphous silicon?

[13] A: It's semiconductor, it's not a [14] conductor.

[15] Q: And in the flow the way you have [16] indicated, the pink layer that's here, what type [17] of material is that?

[18] A: That's a conductor.

[19] Q: But —

[20] A: That's source drain metal.

[21] Q: Does the current after [22] electrostatic discharge ever flow in the way [23] depicted here?

[24] A: It could only flow that way if you

---

Page 1496

[1] also had a higher voltage here or something like [2] that, and then it would go — then this might be [3] the lowest point, but that's so unlikely, I [4] can't imagine that happening.

[5] Q: Even if you — so as I understand [6] you, you don't agree with the flow that [7] Dr. Schlam has indicated on this slide?

[8] A: No, I don't. No.

[9] Q: But I'm asking you now to assume [10] that for argument sake the flow of current did [11] flow in the manner that he's depicted here, is [12] electrical connections in that case made with a [13] conductor?

[14] A: No, because in that case it still [15] has to go through two semiconductor layers.

[16] Q: Now, we talked about these [17] different type of materials and I think we need [18] to step back and explain that now. So what is [19] the difference between a semiconductor and a [20] conductor?

[21] A: Well, a semiconductor is just a [22]

---

conform to the definition of the Court.

[9] Q: Okay. And before we explain that, [10] can you tell us why specifying a resistance is [11] important in electrical design?

[12] A: Well, in electrical design, it's [13] always important, because when you specify the [14] resistance, you're going to determine what kinds [15] of current can flow in a given circuit with [16] certain voltages. So it's one of the things [17] that one typically specifies in a circuit.

[18] Q: And can you substitute a diode in [19] a design which calls for a specified resistance?

[20] A: No.

[21] Q: Why not?

[22] A: It's a different component.

[23] Q: Okay. So turning to your opinion [24] as you just stated that a diode is not a

Page 1544

[1] resistance as defined by the Court, can you [2] explain why that is? And did you prepare a [3] slide to help in assisting you in that?

[4] A: Yes.

[5] MS. CORBIN: Slide 99.

[6] THE WITNESS: Well, the first point is [7] that the diode doesn't have a specified [8] resistance. If you look at the characteristics [9] of a diode, the resistance of the diode changes [10] dramatically.

[11] One of the requirements of the [12] diode is that it's a switch, which means when [13] the voltage is low, it's off. That means the [14] resistance has to be very high.

[15] But then you want it to turn on [16] above some voltage and allow current to flow. [17] So the resistance has to drop rapidly above some [18] voltage for it to work as in the on state of the [19] switch.

[20] So the resistance is changing all [21] along here. And a —

[22] Q: So do I understand you to be [23] saying that as the voltage increases, that the [24] resistance is changing in the diode?

Page 1545

[1] MR. GOODWYN: Objection; leading.

[2] THE COURT: I'll sustain the [3] objection.

[4] THE WITNESS: Yeah. Well, I [5] thought I just said when you increase —

[6] THE COURT: Doctor, hold on a [7] second.

[8] MS. CORBIN: You sustained the [9] question?

[10] THE COURT: Rephrase your [11] question.

[12] BY MS. CORBIN:

[13] Q: Can you just explain for us, [14]

again, what the relationship is between the [15] resistance, and the diode, and any voltage being [16] applied?

[17] A: Yes. The resistance of the diode [18] will be different for every voltage applied.

[19] So as I said, it's design as a [20] switch. So for higher voltage, it should have a [21] low resistance. For low voltages, it should [22] have a very high resistance.

[23] Q: Okay. And how does that compare [24] to a circuit component that has a specified

Page 1546

[1] resistance?

[2] A: A circuit component that has a [3] specified resistance will remain the same for [4] various voltages.

[5] Q: Okay. I want to now turn to Slide [6] 100. This is Plaintiff's Exhibit 15, Page 2.

[7] Do you recall Dr. Schlam's [8] testimony regarding this document?

[9] A: Yes, I do.

[10] Q: Is this document that you had seen [11] in your review of materials as you prepared your [12] opinion?

[13] A: Yes.

[14] Q: And what is the document itself?

[15] A: Well, it's part of the [16] specification of the product, the module [17] product. In this case it's the 15XP array.

[18] Q: And did you review the product [19] specifications for each of the accused products [20] here?

[21] A: Yes, I did.

[22] Q: And earlier Dr. Schlam testified [23] that he relied on this document in reaching his [24] opinion that CPT's products do have a specified

Page 1547

[1] resistance. Was this specification important in [2] the formation of your opinion about whether [3] CPT's products had a resistance?

[4] A: Not really.

[5] Q: Why not?

[6] A: Because when I look at this, it [7] just tells me what is the shape of the [8] transistor to be used in this product, and not [9] — it doesn't say anything about the nature of [10] it except that it's a TFT diode.

[11] Q: How does CPT specify its diodes, [12] the design of its diodes?

[13] A: It specifies them in this way, it [14] specifies the width of the semiconductor in that [15] channel and the distance across the channel [16] designated as L.

[17] Q: And when you're talking about the [18] channel, what are you talking about?

[19] A: If you remember back on the mask [20] files, the blue stripes, these quantities refer [21] to the — in our terms the W and L are inverted [22] in semiconductor technology, but what most [23] people would say is the length of that blue [24] stripe is indicated as W here as let's say 50

Page 1548

[1] microns, and then L, the distance across that [2] gap is indicated to be five microns. And then [3] the other devices are — in this case it's a [4] wider device.

[5] Q: Could we see, for example, slide [6] 72 so we can show that diode.

[7] So when we're talking about the [8] width and the length as you just discussed it, [9] what are we talking about when we see the [10] picture?

[11] A: Well, this is the width along [12] here. And this is the length. As I say, it's [13] kind of opposite to what most people would say, [14] but that's the way it's done in semiconductors.

[15] Q: And back to slide 100. [16] So in other words, the width and [17] the length, is that a dimensional specification [18] or an electrical specification?

[19] A: It's a dimensional specification.

[20] Q: Is that the same thing, a [21] dimensional specification and an electrical [22] specification?

[23] A: No, not at all.

[24] Q: In your view, is Dr. Schlam's

Page 1549

[1] reliance on this document to find resistance as [2] defined by the Court appropriate?

[3] A: No, it doesn't make a TFT diode [4] conform just by looking at this document.

[5] Q: And I think when Dr. Schlam was on [6] the stand, he referenced the Chinese characters [7] or Japanese characters that follow the TFT in [8] those lines that have been culled out, and they [9] showed a translation of those characters as [10] resistance, TFT resistance. Does that impact [11] your view as to whether CPT's diodes have the [12] resistance as defined by the Court to be applied [13] in this case to the infringement analysis?

[14] A: No, it doesn't. I'm not a [15] linguist, and in any case, I look at the [16] structure of the device and I know from [17] experience then what the nature of that device [18] is, and it really doesn't matter what they call [19] it even in English, if they show what it is.

[20] Q: And when you actually look at the [21] diode itself, again, is there any specified [22] resistance as defined by the Court?

[23] A: No. In my view the diode does not [24] constitute a resistance as defined by the Court.

### Page 1550

[1] Q: And just one more time, the width [2] and the length from those two dimensions, are [3] you able to determine — and now I'm not talking [4] about resistance as defined by the Court, but [5] I'm just talking about resistance as a property, [6] with just those two dimensions, are you even [7] able to know what the resistance of the diode [8] is?

[9] MR. GOODWYN: Objection. Leading.

[10] THE COURT: I'm going to overrule [11] the objection because it doesn't fully implicate [12] the answer, but again, you have to be careful.

[13] THE WITNESS: No, it says right [14] here, with only that width and length channel [15] data, you can't even calculate the [16] current-voltage relationship, because you need [17] other information.

[18] Q: Just in conclusion, then, in your [19] opinion do the CPT diodes meet the resistance [20] limitation of Claims 1 and 8 when you define [21] resistance as the Court has provided?

[22] A: They do not.

[23] Q: So I want to turn now to [24] Dr. Schlam's second theory of how one might find

### Page 1551

[1] the resistance in the CPT product. And do you [2] recall that his second theory is that the [3] resistance can be found in the ITO, the indium [4] tin oxide found in the outer guard ring?

[5] A: Yeah, within the outer guard ring.

[6] Q: So have you prepared some slides [7] first to show the jury what the outer guard ring [8] consist of?

[9] A: Yes, what we're talking about.

[10] Q: Can we see slide 101, please.

[11] A: Here you see the top view of the [12] outer guard ring. And the dark blue is the [13] indium tin oxide. So if you look down from the [14] top, you just see indium tin oxide, although [15] actually it's transparent, it's not blue.

[16] Q: When you say top down view, what [17] are you meaning?

[18] A: We're looking down from above the [19] glass at the structure as indicated by the mask [20] files, so if we take some of that off.

[21] Q: Next, please.

[22] A: Can I have the next, please. [23] Actually it just renders it sort of transparent, [24] the blue lines indicate that ITO is there, but

### Page 1552

[1] now you can see that there are two metals, the [2] red metal is the gate line or row line metal, [3] and the yellow metal is the source drain metal [4] or column line metal. So both of those are [5] present as well as the ITO that's sitting on top [6] of them.

[7] Q: And the next slide.

[8] A: And the ITO is used to connect the [9] source drain metal to the gate metal, and it's [10] done through all these contact holes because you [11] remember we keep talking about insulators and [12] the gate lines normally has an insulator over [13] it, so it's insulated from the source drain [14] metal and the source drain metal has an [15] insulator over it before ITO comes down, but [16] when you want to connect these, you have to make [17] holes in the insulator. The green spots here [18] represent places where you have made holes in [19] the insulator so that you can connect one metal, [20] one conductor to the other.

[21] MS. CORBIN: Okay. So, and could [22] we go back to the first slide in that series? [23] Two back.

[24] BY MS. CORBIN:

### Page 1553

[1] Q: So, again, the blue, what is the [2] blue depicting?

[3] A: So the blue is the Indium tin [4] oxide that comes down last. And it connects [5] those two metals, the red metal and the yellow [6] metal. It connects the metals through the [7] contact holes.

[8] Q: Okay. And so, in your view, what [9] comprises the outer guard ring?

[10] A: The outer guard ring comprises the [11] layer of gate metal, the layer of source drain [12] metal, and the ITO.

[13] Q: And you read Dr. Schlam's [14] deposition. Did you find any places in that [15] deposition where Dr. Schlam agreed that the [16] outer guard ring was comprised of multiple metal [17] layers?

[18] A: Yes. He did say that at one [19] point.

[20] Q: And let's maybe start first with [21] the figure that he drew, and that is [22] Defendants' Exhibit 73.

[23] What did you understand him to be [24] depicting here as the outer — as the guard

### Page 1554

[1] ring?

[2] A: Well, this bracket shows that he [3] considers the outer guard ring to consist of [4] this line here which schematically represents [5] the source drain metal, the yellow metal in the [6] picture. And this green here, this metal here, [7] which

corresponds to the gate metal.

[8] And then he shows them connected [9] by resistance.

[10] Q: What is that?

[11] A: He attributes that resistance, [12] that's the ITO, that connection.

[13] Q: And then again — thank you. [14] In the deposition itself, did you [15] find other places where he referenced the [16] outer guard ring as consisting of multiple gate [17] levels?

[18] A: I think there was at least one [19] more place.

[20] MS. CORBIN: Could we have [21] transcript Page 21, please?

[22] THE WITNESS: Okay. I guess the first [23] part of the question is missing.

[24] But the answer is, Let me make

### Page 1555

[1] this schematic a little more accurate. As I [2] pointed out, there are — were two resistances, [3] two resistances in the actual structure. The [4] schematic I drew only represents one of them.

[5] So if you'll allow me, the guard [6] ring really is composed of two different metals [7] and there is a resistance, in addition to the [8] resistance of the shunt switching element, [9] namely the ITO that connects the two metals [10] together in the guard ring, which is also a [11] resistance. So there are two sources of [12] resistance.

[13] There are two sources of [14] resistance. One of them being the resistance of [15] the silicon in the diodes and the other one [16] being the ITO that connects the two [17] metallizations that comprise the totality of the [18] guard ring.

[19] MS. CORBIN: And could we see [20] transcript Page 19, please?

[21] BY MS. CORBIN:

[22] Q: Is this another place that you [23] identified where Dr. Schlam was describing what [24] comprised the outer guard ring?

### Page 1556

[1] A: Yes. [2] So the question is: So, the part, [3] just so I can be clear, when we are referring [4] now to Exhibit 14, Page 2 of Dr. Howard's [5] report, that schematic, you're agreeing that [6] it's an accurate schematic representation of the [7] spark gaps and the diodes, but you're saying [8] it's leaving out this ITO layer that you have [9] mentioned, which would be found in the outer [10] ring, which is shown here; right?

[11] Is that the ITO that you are [12] speaking of or not?

[13] Answer: The ITO I'm speaking of [14] is the ITO coupling the two metallic components [15] of the outer ring.

[16] BY MS. CORBIN:

[17] Q: I want to turn now to an [18] explanation about how the ITO and the guard ring [19] functions in CPT's products. And did you [20] prepare a series of slides to assist in that [21] discussion?

[22] A: Yes. Could I have the first one, [23] please?

[24] MS. CORBIN: 104.

Page 1557

[1] THE WITNESS: Okay. We're going back [2] to these mask files. And see, this is an outer [3] ring, and many, many electrodes shown here. And [4] we zoom in on that.

[5] And you can see that all along [6] here, there are thousands, literally thousands, [7] 10,000 of these pairs of connections between the [8] two, the red metal and the yellow metal using [9] the ITO.

[10] Q: And this is — what is the [11] structure that we're seeing there where it has [12] the green circles?

[13] A: That's — that's the outer guard [14] ring.

[15] Q: Okay.

[16] MS. CORBIN: The next slide, [17] please.

[18] BY MS. CORBIN:

[19] Q: And what is the function of the [20] ITO jumpers in the outer guard ring?

[21] A: Well, the function is to connect [22] those two metals and to provide as much [23] connectivity as possible in the outer guard [24] ring. And also by connecting those two metals,

Page 1558

[1] you allow these diodes to be properly made.

[2] Q: Okay. And when you use the term [3] ITO jumper, what does that mean?

[4] A: Well, it means, as was used [5] before, it's a conductive connection. And it's [6] intended to tie these two things together [7] electrically.

[8] Q: And, again, the Indium tin oxide, [9] what type of material is that?

[10] A: It's a conductor as we showed on [11] that chart.

[12] Q: Okay.

[13] MS. CORBIN: Next slide.

[14] BY MS. CORBIN:

[15] Q: Is the ITO jumpers — sorry. Are [16] the ITO jumpers resistances as defined by the [17] Court?

[18] A: No, they're not resistances as [19] defined by the Court.

[20] Q: Why not?

[21] A: Because they don't have a [22] specified resistance, and they don't serve to [23] minimize the current in an

electrostatic [24] discharge.

Page 1559

[1] Q: And what is the intent of CPT when [2] it has 10,000 of these ITO jumpers as you've [3] described in one panel in the outer ring?

[4] A: Well, the thousands of connections [5] are designed to make the connection as good as [6] possible, that is with as low resistance as [7] possible, given the constraints of how much room [8] they have.

[9] Q: And when — what is the effect of [10] these ITO jumpers when you have, for example, [11] electrostatic discharge coming through the gate [12] lines?

[13] A: Well, the effect of tying the two [14] metals together and adding the ITO, which also [15] is carrying current all along the line, is to [16] provide a greater path for the electricity [17] that's coming out in electrostatic discharge, so [18] you want to provide as much conductance as [19] possible in the outer guard ring and you do that [20] with all the materials you have available which [21] is the gate metal, source drain metal and ITO, [22] so you pile them all up and connect them [23] together and that gives you the most conductance [24] that you can get.

Page 1560

[1] Q: If CPT had intended to use the ITO [2] jumpers to minimize the current surge of [3] electrostatic discharge, how might it have [4] designed and used ITO jumpers?

[5] A: Well, if you were trying to [6] introduce a significant resistance, you would [7] only use two of these contact holes. You would [8] put one of them on one end, and the other would [9] be on the other end, the far end of the line, [10] and that way the current would have to flow all [11] the way down the ITO from one end of the line to [12] the other.

[13] Q: And when you're referring to that, [14] what are you referring to on the panel, not in [15] the picture, but on the panel, on the LCD panel?

[16] A: You're referring to the length of [17] the display or the width of the display. That's [18] the length of these guard rings, and so you [19] would have that long length of ITO making up —

[20] Q: And in that case, what would the [21] resistance as a property, not as defined by the [22] Court, but as a property mean?

[23] A: In the case of going all the way [24] down the line?

Page 1561

[1] Q: Yes.

[2] A: I didn't calculate that.

[3] Q: But in relationship to any [4] re-

sistance as a property, not as defined by the [5] Court, of these holes as we see in the mask [6] file?

[7] A: Oh, it would be much higher.

[8] Q: So what is the implication —

[9] A: It would be thousands of times [10] higher, I know that much.

[11] Q: So what is the implication of [12] putting many of these holes in close [13] relationship to one another in the outer guard [14] ring?

[15] A: Well, the implication is to [16] minimize the resistance, that's the intent.

[17] Q: Now, could we see slide 108, [18] please.

[19] Have you actually calculated what [20] the resistance of the ITO jumpers is in the CPT [21] products in the outer guard ring?

[22] A: Well, yes, I took a couple of [23] examples and I used a handbook formula for [24] calculating the resistance between two circular

Page 1562

[1] contacts, and that allowed me to estimate that [2] the total resistance between those two lines of [3] metal is much less than a tenth of an ohm.

[4] Q: And again, what was the resistance [5] described in the one embodiment that is in the [6] '002 patent?

[7] A: Yeah. The embodiment in the '002 [8] patent is a hundred thousand ohms. So this is [9] at least a million times smaller resistance than [10] what Mr. Holmberg was talking about.

[11] Q: And did you describe — did you [12] prepare a slide to show the difference in the [13] resistance of the '002 patent and the resistance [14] as claimed by Dr. Schlam in the ITO jumpers of [15] the CPT product?

[16] A: Yes.

[17] Q: Could we see slide '79.

[18] A: Yeah. This is just showing again [19] that there is quite a difference in the basic [20] structure as described by the '002 patent, you [21] have these interconnected lines and you have [22] this coupling resistance, and over here in the [23] CPT design you have got coupling by diodes and [24] then out here you have got this really small

Page 1563

[1] resistance, you know, in this case this is a [2] hundred thousand ohms, you got this tiny [3] resistance somewhere in the structure of the [4] outer guard ring.

[5] Q: Now, where is the resistance [6] physically located as spelled out in the '002 [7] patent and depicted in your chart on the left?

has some [14] level of resistance, everything has some level [15] of conductivity, except for superconductors [16] which have no resistance.

[17] Q: And does CPT utilize [18] superconductors in the diodes?

[19] A: No. No one was figured out how to [20] get superconductors into the displays, [21] unfortunately; maybe some day.

[22] Q: So just to illustrate that point [23] that the resistance is found in every substance, [24] can we just — can you just describe for us say

---

**Page 1577**

[1] in the gate line, what is the resistance of the [2] gate lines that we have been talking about?

[3] A: The resistance of a typical gate [4] line is in the kiloohm range. Obviously it [5] depends on the size of the display and the [6] design and width of the lines, et cetera, the [7] thickness, but you know, my experience typically [8] they operate around a 10,000 ohm level for [9] reasons that we don't need to get into.

[10] Q: So the gate lines themselves would [11] have a 10,000 ohm level. How does that relate [12] to the .1 ohm resistance that you described in [13] the ITO jumpers?

[14] A: Well, that's obviously much [15] higher, 10,000 compared to a 10th of an ohm is a [16] pretty slight resistance, a thousand compared to [17] a tenth of an ohm.

[18] Q: The way in which the ITO jumpers [19] are used in CPT products where you have 10,000, [20] for example, of those in one outer guard ring, [21] what is the effect of that on current flow in [22] the event of electrostatic discharge?

[23] A: Well, it would have essentially no [24] effect. It would be a negligible affect in

---

**Page 1578**

[1] comparison to these other resistors that are [2] present.

[3] Q: Could we see slide 111, please. [4] When people use ITO in the LCD [5] industry in the manner in which CPT has used [6] that, how does that comport with resistance as [7] defined by the Court?

[8] A: Well, I don't know of any case in [9] the LCD industry where ITO is used to minimize [10] the current from electrostatic discharge. ITO [11] is generally used to provide as much conductance [12] as possible.

[13] Q: I would like to see slide 120, [14] please.

[15] So based on the discussion that [16] we've just had, is it your opinion — strike

---

[17] that.

[18] Do any of CPT's products contain [19] the resistance of step four of Claim 1?

[20] A: No, they don't.

[21] Q: And could you summarize for us the [22] reasons why you say that?

[23] A: Well, first of all, in terms of [24] this part four here, they don't have the three

---

**Page 1579**

[1] distinct structures. The diodes don't [2] constitute a resistance under the Court's [3] definition because they don't have a specified [4] resistance. And both the diode and the ITO [5] actually serve to maximize current from ESD and [6] not minimize it.

[7] Q: And then if we could quickly look [8] at step five, which is removing said guard ring [9] and row and column interconnections prior to [10] completion of the display. In your view, do any [11] of CPT's manufacturing methodologies that [12] produce the accused products here do that step?

[13] A: They do not.

[14] Q: Why not?

[15] A: Because they don't have the [16] interconnections.

[17] Q: So in summary, then, in looking at [18] the totality of Claim 1, slide 121, can you [19] summarize for us why you opine that CPT's [20] products do not infringe Claim 1?

[21] A: Because they don't provide the [22] interconnecting as required by the definition. [23] And in this portion they don't have the [24] interconnection, therefore, they can't do

---

**Page 1580**

[1] everything, but they also don't have a [2] resistance that conforms to the Court's [3] definition. And again, this is not valid [4] because there are no interconnections. So as a [5] result, none of these is met.

[6] Q: Okay. So I want to talk about [7] Claim 8 now. Is Claim 8 a dependent or [8] independent claim?

[9] A: Claim 8 is a dependent claim.

[10] Q: And what does it mean to be a [11] dependent claim?

[12] A: It means that it contains the [13] elements of the claim from which it depends.

[14] Q: Could I please have slide 121 [15] back, please.

[16] And what claim does Claim 8 depend [17] from?

[18] A: Claim 8 depends from Claim 1.

[19] Q: And so does it include all the [20] limitations that we have just gone through for [21] Claim 1?

---

[22] A: That's the meaning of it, it [23] includes all these limitations and then adds [24] additional ones.

---

**Page 1581**

[1] Q: So what is your opinion with [2] respect to whether any of CPT's products that [3] are accused here infringe Claim 8?

[4] A: Well, if they don't infringe Claim [5] 1, they cannot infringe Claim 8. So that's [6] very [6] simple.

[7] Q: What is your opinion about —

[8] A: So, therefore, they do not [9] infringe Claim 8.

[10] Q: So if I have understood, we have [11] gone through all the reasons why CPT does not [12] infringe Claim 1 or Claim 8, and I want to [13] switch gears here for a minute and ask you, [14] if Dr. Howard, were you asked to consider whether [15] noninfringing alternatives exist to the '002 [16] patent?

[17] A: Yes, I was.

[18] Q: And can you tell us what are [19] noninfringing alternatives, what that term [20] means?

[21] A: Well, a noninfringing alternative [22] is a way of making the product that would not [23] infringe the '002 patent.

[24] Q: And are there any non-infringing

---

**Page 1582**

[1] alternatives that you are aware of?

[2] A: Well, I mean, one of them is the [3] CPT structure, which I just said doesn't [4] infringe.

[5] Q: And in addition to that, are there [6] any other non-infringing methods of which you [7] are aware?

[8] A: Yes. I'm aware of other [9] alternatives.

[10] Q: And could you give us an example [11] of one of those?

[12] A: Well, one example is use of what's [13] called chip on glass technology.

[14] Q: And can you explain what that is?

[15] A: Yes. All these displays have to [16] be connected to the outside world eventually. [17] And typically that's done on the edge of the [18] panel with a flexible connector.

[19] And the flexible connector carries [20] on it a silicon chip that provides the voltages [21] to each of the lines to which it's connected in [22] accordance with the — what the computer is [23] sending out as a picture.

[24] And in chip on glass, those chips

---

**Page 1583**

[1] that normally would be on the flex are [2] placed [2] directly onto the glass. And so you have a [3] smaller number of connects that have to be made [4] to the glass

---

Tatung Company, et aL.
Case 1:05-cv-00292-JJF    Document 469-3    Filed 10/18/2006    Page 16 of 18
July 25, 2006

of the [7] invention is to provide protection from [8] electrostatic discharges between said row and [9] column activation lines during manufacture of [10] the displays and thereafter?

[11] A: Text on page three. When the [12] assembly of the active matrix is completed with [13] connections being made into peripheral circuits [14] and the like it's preferable to connect wiring [15] A, which is that ring, to a ground potential as [16] well. The protection circuit according to the [17] present invention will then work not only [18] against electrostatic charges, but also against [19] surges that enter through the peripheral [20] circuits.

[21] So this is describing how this is [22] to be used even after you have the peripheral [23] circuits on there, which means after [24] manufacture.

_____

Page 1637

[1] Q: And then the last one is the [2] Oritsuke reference. We could look at slide 157.

[3] What is the Oritsuke reference?

[4] A: Once more it's a Japanese patent [5] application publication dated January 1988.

[6] Q: Are you surprised that so many of [7] these references are Japanese?

[8] A: Not really, not having worked with [9] the Japanese during that period, that's where [10] the action was, really.

[11] Q: And in terms of prior art, do [12] foreign references from countries other than the [13] U.S. constitute prior art?

[14] A: Oh, yes. Yes. References from [15] anywhere in the world can constitute prior art.

[16] Q: If we could go back to slide five. [17] And if we could zoom in on the middle portion of [18] that document there. Do you see where it says, [19] " Foreign Patent Documents"?

[20] A: Yes.

[21] Q: Were any foreign patent documents [22] considered by the examiner when he was [23] considering whether or not to issue the claims [24] of the '002 patent?

_____

Page 1638

[1] A: It appears not.

[2] Q: I'm sorry, going back to 157. [3] And what does the Oritsuke [4] reference teach?

[5] A: Well, again, it teaches a method [6] to provide a flat panel display that protects [7] active components from electrostatic destruction [8] during and after manufacture, and this is [9] accomplished by forming an inner guard ring [10] coupled to row and column lines via diodes.

[11] Q: And do we see that inner ring on [12] that figure from Oritsuke there?

[13] A: Yes, that's shown there in yellow, [14] the inner ring. And then the diodes are shown [15] in I guess red coupling each line, so each row [16] and each column to that ring through diodes.

[17] Q: And what's the significance of the [18] elements that have been highlighted in blue?

[19] A: Well, the significance of that is [20] that this reference to the external circuitry, [21] and so this indicates that this is intended for [22] protection after the display has been completed [23] and has its external circuitry.

[24] Q: And you have prepared a chart on

_____

Page 1639

[1] Oritsuke as well?

[2] A: Yes.

[3] Q: 159. [4] And other than in the Figure 5 we [5] have just shown, was there other support for the [6] formation of an inner electrostatic discharge [7] guard ring on the substrate?

[8] A: Figure 1, page seven, so here [9] again the red indicates inner ring.

[10] Q: Can you also see the inner ring [11] coupled to said row and column lines via shunt [12] switching elements?

[13] A: Yes. Again, here the blue is [14] highlighting the shunt switching elements [15] coupling each line, rows and columns to the [16] inner ring.

[17] Q: What are those switching elements?

[18] A: They're transistors.

[19] Q: And finally to provide protection [20] from electrostatic discharge between said row [21] and column activation lines during manufacture [22] of the displays and thereafter, how do you know [23] that this is intended to be providing protection [24] from electrostatic discharge?

_____

Page 1640

[1] A: The electrostatic discharge —

[2] Q: I think in your chart, could you [3] go back to 159. It indicates pages four and [4] five.

[5] A: Right.

[6] Q: Page four, please.

[7] A: Yeah. This indicates the object [8] of the present invention is to provide a flat [9] display that protects active components from [10] electrostatic destruction, so that's a [11] protection element.

[12] Q: How do you know that it's [13] intended, that ring, to remain after [14] manufacture?

[15] A: Because it talks about the problem

[16] with displays as described above is destruction [17] or the deterioration in the performance of [18] active components by static electricity created [19] during the manufacturing process or during [20] installation to or removal from a panel. So [21] that means after the manufacturing process.

[22] Q: Okay. Have we now walked through [23] each of the four references that form the basis [24] of your conclusion that Claim 8 is obvious?

_____

Page 1641

[1] A: Yes.

[2] Q: I want to turn to the fact that [3] you understand, Dr. Howard, that Claim 8 [4] includes all the limitations of Claim 1, plus [5] the additional limitations found in Claim 8?

[6] A: Yes, I do.

[7] Q: So do you understand, how many [8] rings are found within Claim 8?

[9] A: Within Claim 8 there are two [10] rings.

[11] Q: And what are those rings?

[12] A: The outer guard ring and the inner [13] guard ring.

[14] Q: And do you find the outer guard [15] ring and the inner guard ring in any of the four [16] — together in any of the four references that [17] we've just discussed?

[18] A: Not together.

[19] Q: And how is it, then, that you are [20] able to conclude that nevertheless the [21] combination of these four references, the [22] Kawamura and Okawa reference that had the outer [23] guard rings and the Yudasaka and the Oritsuke [24] that had the inner guard rings, render this

_____

Page 1642

[1] claim obvious?

[2] A: Well, because one of ordinary [3] skill in the art working at that time, if [4] presented with these inventions, would recognize [5] that each offered benefit, and they could [6] clearly have been combined. And since there was [7] so much concern about yield and perfection of [8] displays, it would be, to me, obvious to one of [9] those people to combine them.

[10] Q: And when you say that there was so [11] much concern about the perfection of these [12] displays, what do you mean?

[13] A: Well, it's even pointed out in the [14] '002 patent that, you know, one — one — damage [15] to — one damaged element can mean the [16] destruction of the whole display in a display [17] like this.

[18] Q: When you say "damaged element"

, [19] you're referring to one pixel or one picture [20] element?

[21] A: The one-pixel element, or even [22] worse if you have a damaged inter- section.

[23] Q: Okay. And what was the nature of [24] the problem to be solved by the Kawamura and

---

Page 1643

[1] Okawa references that teach the outer guard [2] ring?

[3] A: The nature of the problems we [4] solved was this damage from elec- trostatic [5] discharge.

[6] Q: And what was the nature of the [7] problem to be solved by the Yudasaka and [8] Oritsuke references, which teach about the inner [9] guard ring?

[10] A: The same problem.

[11] Q: And what was the time period where [12] people of ordinary skill in the art, again, now [13] prior to the '002 invention, recognition of what [14] time period you should protect against ESD [15] protection?

[16] A: Could you go through that again?

[17] Q: Yes. [18] Was there knowledge of those of [19] skill in the art that you needed to protect [20] against ESD during manufacturing?

[21] A: Yes.

[22] Q: And did we see that in the [23] references that we just discussed?

[24] A: Yes. All those different

---

Page 1644

[1] references have their recognition as prior to [2] that.

[3] Q: And was there recognition in these [4] references and acknowledged by those of skill [5] in the art that there was a need to protect against [6] electrostatic discharge after manufacturing?

[7] A: Well, certainly some of the [8] references recognized that. I'm not sure [9] whether everyone recognized that, but we have [10] two references that recognized that.

[11] Q: And in this field of active-matrix [12] displays, given the problems that you've [13] discussed of one damaged element causing you to [14] discard the entire display, what would be — [15] what would provide the motivation for one or [16] ordinary skill to combine these references?

[17] A: Well, if you have such a severe [18] problem and people are offering two different [19] approaches to the problem, and it's clear that [20] you could combine them, then I think an engineer [21] who's being measured on how many defects are [22] coming out of the line might be motivated to [23] combine them.

---

Page 1645

[1] techniques that you're aware of, in the [2] active-matrix display area, that were added to [3] protect the components of the display?

[4] A: Well, yes. In fact, in the '002 [5] patent, there's a discussion of redund- ancy [6] techniques to make the appear- ance of the display [7] be more resistant to presence of some defects.

[8] Q: And when you add the outer ring to [9] the inner ring, is there any additional variable [10] cost involved in the man- ufacture of an active [11] matrix display that has both rings?

[12] A: No. There's not necessarily any [13] additional costs.

[14] I mean, the same process. It's [15] just changing the masks basically.

[16] Q: And once changed, the mask, as you [17] manufacture that product, is there anymore [18] variable cost in pro- ducing an active-matrix [19] display with two rings as opposed to one that [20] only had one outer — either the outer ring [21] alone or the inner ring alone?

[22] A: No. When you process a plate [23] through one of these lines, it's costing you so [24] much to process it. And it's independent of the

---

Page 1646

[1] pattern.

[2] If you put it through there, and [3] all you put on there is your name or something, [4] it's going to cost the same amount of money.

[5] Q: When you — you mentioned these [6] mask steps, and are those mask steps used to [7] form the gate lines and source lines that are [8] part of the — of Claim 1?

[9] A: The masks. Yes, those are the [10] ones that we went through in the mask files.

[11] Q: And they're also used to form the [12] diodes that couple those lines —

[13] A: Yes.

[14] Q: — to the outer guard ring?

[15] A: Yeah. All —

[16] Q: Sorry.

[17] A: All the steps that we showed in [18] the mask files.

[19] Q: And those same — are those same [20] mask steps used to form the outer ring and the [21] inner ring?

[22] A: Yes.

[23] Q: Are any additional mask steps [24] involved?

---

Page 1647

[1] A: No.

[2] Q: In your opinion, when one of [3]

---

ordinary skill in the art, prior to the time of [4] the '002 invention, and let me step back.

[5] How are you familiar with what one [6] of ordinary skill, as defined by you, would have [7] known prior to the time of the '002 invention?

[8] A: Well, I was working there at that [9] — in those years, working on the subject, and [10] I certainly had a lot of contact with the people [11] that would fit that def- inition of one of [12] ordinary skill in the art.

[13] Q: And as they were working on [14] active-matrix displays?

[15] A: Yes.

[16] Q: Okay. So in your view, would one [17] of ordinary skill in the art prior to the time [18] of the '002 invention, who had before him the [19] four references you'- ve discussed, the Kawamura, [20] Okawa, Yudasaka and Oritsuke references, need [21] to do any experimentation whatsoever in order to [22] combine an inner ring and an outer ring in one [23] display?

[24] A: No.

---

Page 1648

[1] Q: Would it require any inventive [2] contribution on that person's part?

[3] A: No. And in fact, if they — if [4] someone thought it was an invention, I would [5] explain to him that it wasn't.

[6] Q: Did the combination of the inner [7] and outer rings lead to any surprise or [8] unexpected results in your mind?

[9] A: No. That's another point.

[10] Q: Do you understand what the term [11] hindsight means when it's talked about in [12] connection with a validity analysis?

[13] A: Yes.

[14] Q: What does it mean?

[15] A: Well, it means I shouldn't be [16] applying knowledge that I've gained, let's say, [17] in recent years to what might have been going on [18] back then.

[19] Q: And are you doing that in forming [20] your opinion?

[21] A: No, because I was there.

[22] Q: So are you considering only what [23] one of ordinary skill knew prior to the time of [24] the '002 invention?

---

Page 1649

[1] A: Yes.

[2] Q: And again, you reviewed [3] Dr. Schlam's deposition?

[4] A: Yes.

[5] Q: And was there anything in that [6] deposition that led you to believe that he [7] agreed with you that the combination of this [8] inner and outer guard ring was obvious?

---

[9] A: Yes. He did make comments to that [10] effect.

[11] Q: And did you identify the portion [12] of the transcript —

[13] A: Yes.

[14] Q: — that you thought supported that [15] view?

[16] A: Yes, I did, [17] MS. CORBIN: Can we have the slam [18] clip, please? Dr. Schlam's clip?

[19] (Beginning of videotape excerpt:)

[20] Q: So you are aware — do these test [21] results form part of the basis of your opinion [22] that the combination of the inner ring and the [23] outer ring together provide more ESD protection [24] than the inner ring alone?

---

Page 1650

[1] A: Not necessarily test results. [2] It's something that's quite obvious in the world [3] of electronics. And again, the best thing I can [4] do is come up with analogies, raincoat and [5] umbrella.

[6] (Conclusion of videotape excerpt.)

[7] BY MS. CORBIN:

[8] Q: Do you recall — what else did [9] Dr. Schlam have to say about the raincoat and [10] the umbrella.

[11] A: I think he explained that analogy [12] earlier that if it's raining and someone offers [13] you two forms of protection, you might take an [14] umbrella. You might use a raincoat.

[15] But if you're really concerned [16] about getting wet, it would be obvious that [17] you'd use both.

[18] Q: And how does that apply to whe- [19] ther it would have been obvious to one of [20] ordinary skill in the art to combine the inner ring and [21] the outer ring in the four references that we've [22] discussed.

[23] A: Well, you can think of the outer [24] ring as the umbrella and the inner as the

---

Page 1651

[1] raincoat. They both provide pro- [2] tection in a [2] slightly different way.

[3] That's complimentary. One is [4] during manufacture, one is after manuf- [5] acture.

[5] The outer ring can be made to [6] provide protection at a lower voltage than would [7] be acceptable for an inner [8] ring. So that's the [8] complimentary aspect.

[9] Q: And in your view, does that fact [10] provide motivation to one of ordinary skill to [11] combine these references?

[12] A: Yes.

[13] Q: Okay. In conclusion, then, Dr. [14] Howard, can you just sum up for us, again, [15] what is your opinion with respect to whether any one [16] of CPT's

---

products infringe Claims 1 and 8 of the [17] '002 patent?

[18] A: Well, I guess the way to say it is [19] if Claim 1 is stretched to be — cover the — I [20] guess, I don't want to say that.

[21] Q: Let me ask the question. I'm [22] asking you about infringement right now.

[23] A: Yeah, I was getting —

[24] Q: I know we've been going at this a

---

Page 1652

[1] long time.

[2] A: Invalidity infringement.

[3] Q: So I'm asking you right now —

[4] A: In terms of invalidity, I think I [5] said it earlier that the — on one hand, you've [6] got the references of Oritsuke and Yudasaka for [7] the inner ring, and the outer ring references of [8] Okawa and Kawamura.

[9] So it's obvious to combine those. [10] And if it's obvious, then it's invalid.

[11] Q: Okay. And with respect to Claim [12] 1, then, what is your view about the obviousness [13] of Claim 1?

[14] A: Well, again, if Claim 1 is [15] determined to cover diodes, then it's not really [16] obvious that it's anticipated by the prior art.

[17] Q: And you do understand that that is [18] LPL's contention that the resistance, the diodes [19] are the resistance?

[20] A: Yes.

[21] Q: So that's validity. [22] Turning, again, to infringement. [23] What is your opinion as to whether any of CPT's [24] products infringe Claims 1 and 8 of the '002

---

Page 1653

[1] patent?

[2] A: None of them infringe.

[3] MS. CORBIN: I have no further [4] questions. Thank you, Dr. Howard.

[5] Your Honor, at this time, I'd like [6] to move into evidence Defendants' Exhibit 6, 1, [7] 73, 2, 3, 4, 5, 6, 9, and 38 and 37.

[8] THE COURT: All right. They're [9] admitted subject to later objection.

[10] MS. CORBIN: And also Exhibit 8, [11] Your Honor, sorry, I would like to move that, [12] Exhibit 8 also into evidence.

[13] THE COURT: All right. It will be [14] admitted.

[15] CROSS-EXAMINATION

[16] BY MR. GOODWYN:

[17] Q: Hello, Dr. Howard. [18] I believe you testified at the [19] beginning of your direct examination that you [20] have been retained by Chunghwa; is that correct?

[21] A: CPT, right.

---

[22] Q: And are you being paid for your [23] testimony today?

[24] A: Yes, I am.

---

Page 1654

[1] Q: How much are you being paid?

[2] A: I'm being paid for my time at a [3] rate of $250 an hour.

[4] Q: How many hours have you worked for [5] Chunghwa or any of the defen- [6] dants since you have been retained?

[7] A: I would have to estimate, I [8] haven't totaled it up recently, but I have to [9] estimate about 200 hours.

[10] Q: Does that include the time that [11] you spent preparing for trial over these last [12] couple of weeks?

[13] A: Yes.

[14] Q: Now, you spent quite a bit of time [15] this morning discussing both validity and [16] infringement; is that right?

[17] A: Yes.

[18] Q: And you understand that those are [19] two separate analyses; right?

[20] A: I do.

[21] Q: And so let's — to try to avoid [22] confusion, let's just take each of those [23] analyses one at a time and we'll try to step [24] through those and we'll apply the Court's claim

---

Page 1655

[1] construction to both of those an- [1] alyses. Okay?

[2] Let's look at Howard 32. [3] Actually let me try Howard 21, [4] this might speed things through. Howard 21. [5] How about 121. Sorry about that.

[6] Okay. Here we go. Would you [7] agree with me, Dr. Howard, that the three [8] limitations that you argued are not met really [9] boils down to interconnecting and resistance?

[10] A: Well, the interconnecting is [11] appearing in several places, so I don't know if [12] — if you're just saying those interconnecting [13] and resistance them- [14] selves, we've also outlined [14] here the interconnecting affects the others, [15] too.

[16] Q: In the element forming an outer [17] electrostatic discharge guard ring, [18] interconnected row and columns refers back up to [19] the step before, inter- connecting —

[20] A: That's correct.

[21] Q: And then the last one, [22] interconnections again refers back up to [23] interconnecting?

[24] A: That's correct.

---

Page 1656

[1] Q: You got interconnecting and [2] resistance in red, so those are really the