## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 23, 2006, he electronically

filed the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899


The undersigned counsel further certifies that copies of the foregoing document

were sent on October 23, 2006 by email and by hand to the above counsel and by email

and first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.          Teresa M. Corbin, Esq.
Thomas W. Jenkins, Esq.           Glenn W. Rhodes, Esq.
Howrey LLP                        Julie Gabler, Esq.
321 North Clark Street            Howrey LLP
Suite 3400                        525 Market Street
Chicago, IL  60610                Suite 3600
                                  San Francisco, CA  94105


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk