IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-292 (JJF) |
| ) | |
| v. ) | |
| ) | DEMAND FOR JURY TRIAL |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

On October 10, 2006, Defendants filed: (1) Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corp.'s Renewed Motion For Judgment As A Matter Of Law Or In The Alternative For A New Trial (D.I. 459); (2) Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corp.'s Motion For A New Trial (D.I. 461); and (3) Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corp.'s Motion For Attorneys' Fees and Expenses (D.I. 463) (collectively, the "Motions"). With the filing of Defendants' reply briefs on October 30, 2006, the parties have completed briefing on the Motions. (D.I. 474, 475 & 473).

Pursuant to Delaware District Court Local Rule 7.1.4, Defendants respectfully request that oral argument be scheduled on the Motions at the Court's convenience.

OF COUNSEL:
Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

Dated: October 31, 2006

*/s/ Robert W. Whetzel*
Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants Tatung Company, Tatung Company of America, Chunghwa Picture Tubes, Ltd, and ViewSonic Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 31, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to, and also hand delivered same to:

> Richard D. Kirk, Esquire
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19899

I HEREBY CERTIFY that on October 31, 2006, I sent the foregoing document by Electronic Mail to the following non-registered participants:

> Gaspare J. Bono, Esquire
> Matthew T. Bailey, Esquire
> Andrew J. Park, Esquire
> Adrian Mollo, Esquire
> McKenna Long & Aldrige LLP
> 1900 K Street, NW
> Washington, DC 20006

Robert W. Whetzel (#2288)
Whetzel@rlf.com
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899