IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) |

**PLAINTIFF LG.PHILIPS LCD CO., LTD.'S
STATEMENT REGARDING ORAL ARGUMENT**

Plaintiff LG.Philips LCD Co., Ltd. ("LPL") respectfully submits that the Court may and should, pursuant to Local Rule 7.1.4, in the exercise of its sound discretion, decide all of the post-trial motions filed by the parties (D.I. 437, D.I. 459, D.I. 461, and D.I. 463), without oral argument, in order to keep this expedited litigation on track for prompt final resolution. The parties have submitted extensive briefing and further argument should be unnecessary.

| | |
|---|---|
| November 2, 2006 | THE BAYARD FIRM |
| | |
| OF COUNSEL: | /s/ Richard D. Kirk rk0922 |
| Gaspare J. Bono | Richard D. Kirk |
| Matthew T. Bailey | 222 Delaware Avenue, Suite 900 |
| Lora A. Brzezynski | P.O. Box 25130 |
| Cass W. Christenson | Wilmington, Delaware 19899 |
| McKenna Long & Aldridge LLP | (302) 655-5000 |
| 1900 K Street, NW | rkirk@bayardfirm.com |
| Washington, DC 20006 | Counsel for Plaintiff |
| (202) 496-7500 | LG.PHILIPS LCD CO., LTD. |

630267v1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on November 2, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on November 2, 2006 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL  60610 | Suite 3600 |
| | San Francisco, CA  94105 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

630267v1