OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| Peter T. Dalleo | LOCKBOX 18 |
|---|---|
| CLERK OF COURT | 844 KING STREET |
| | U.S. COURTHOUSE |
| | WILMINGTON, DELAWARE 19801 |
| | (302) 573-6170 |

DATE:     11/17/2006

TO:     LG Philips LCD Co Ltd.

RE:     CA#     05v292     CASE CAPTION: LG Philips LCD Co. Ltd v. Tatung Company al

**DOCKET ITEM NUMBER/S: 471 and 472**

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐ Courtesy copy not received by next business day.

**XX** **Redacted copy of sealed document not received within 5 business days.**

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐ Certificate of Service not included with the document.

☐ Discovery document(s) erroneously filed:   DI# _____ will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes.  Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader , or  ☐ appears to be missing pages.

☐ Other:_____

If there are any questions concerning this matter, please do not hesitate to contact this office.  Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:     Judge Joseph J. Farnan, Jr.                    Dorothy Blansfield
                                                        Deputy Clerk
(Rev. 5/05)