# EXHIBIT 12

## SERVING THE COUNTRY THROUGH
## EDUCATION AND INDUSTRY



* Mr. S. C. Lin, Founder and former Chairman.
* Dr. T. S. Lin, Professor, President, Chairman.

June 19, 1970

Founder and former Chairman Shan-Chih Lin set up his Shan-Chih Business Association in 1915. Based on the spirit of "honesty, integrity, industry and frugality," he established very good reputation by remarkable achievement in the business community.

Appreciating that people are the most important asset of a business and that education of engineering talent can facilitate the program of industrialization, Founder Mr. S. C. Lin donated his own property to establish Tatung Senior High School and Tatung University that tie very closely to Tatung Company, forming a unique education-industry integration in the world. The Founder reserved 30 percent of his property for his family and donated 10 percent to Tatung employees for them to become shareholders. The remaining 60 percent were donated to the Hsieh-Chih Association for Industrial Development. The funds were used for the formation of Hsieh-Chih Industrial Awards, Hsieh-Chih Industrial Scholarship, Tatung Senior High School, Tatung University and Hsieh-Chih Publishing Company. Dr. T. S. Lin was then appointed Professor, President of Tatung University and Chairman of Tatung Company. With the Schools and the Company under same management, the integration between education and industry has been thoroughly implemented ever since.

The first clause of the by-law of Tatung Company states: "To carry out education-industry integration with Tatung University and Tatung Senior High School, this company accepts investments from the schools and the general public for its source of capital funding and is named as Tatung Company according to the Corporate Law of the Republic of China." Tatung Company offers internship and workshops for Tatung students to gain hands-on experience and to put theory into practice. The University equips its students with excellent academic knowledge and practical skills, and also emphasizes the importance of discipline and behavior.

Under the "Education-Industry Integration for Research and Development" program, Tatung faculty members play part of the role of parents by giving individual instruction and counseling. In addition to teaching well, Tatung professors are engaged in basic research and participate in the applied research of the company to create high-quality products and services. Tatung students and colleagues benefit much by learning from professors and managers. They place the balanced interests of the Schools-Company, Governments, students' parents, customers, shareholders, creditors, distributors, suppliers, faculty and students, colleagues and society at large above their own interests. They also dedicate their lives and energies to creating knowledge, systems, products and services under the management motto — honesty, integrity, industry and frugality.

As the smallest but elite university in the world, Tatung equips its students with excellent expertise and skills. The students are also exposed to many opportunities to learn a number of foreign languages as well as social etiquette. As a result, graduates of Tatung Schools have distinguished themselves in the public and private sectors and have made contributions to the constructing of national industrialization, to the increasing of work opportunities, and to the upgrading of the level of national livelihood.

Graduates from different levels of Tatung Schools work closely with those of other universities and schools in implementing the management principle of "Labor-Management Cooperation for Industrial Autonomy." At present, Tatung has 20 thousand employee-shareholders who own 50 percent of all Tatung shares. The integration of education and industry has served as the growth engine for Tatung and further integration will work for improved efficiency and competitiveness. Through innovation we aim not only to business growth and prosperity but also to instill new Chinese culture in personal discipline, family value, national welfare and world peace.

T-D 00008

Plaintiff's Trial
Exhibit 0105

# TATUNG MANAGEMENT PHILOSOPHY

Tatung Company was founded by Mr. Shan-Chih Lin, founder and first chairman of Tatung Company, in 1918. He laid the solid foundation of Tatung Company by adhering to giving the best possible service to customers. Although he encountered many challenges and trials, he was able to turn crises into opportunities, and then to make the company continue to grow and prosper.

In 1942, Dr. T. S. Lin was appointed by the founder to take up a position with three functions - professor, president and chairman of Tatung Schools-Company. Since then, Dr. Lin has dedicated himself to the "Education-Industry Integration for Research and Development." At present, Tatung Company has 35,000 employees including 15,000 overseas. The 20,000 employees in Taiwan own 20 percent of all the Tatung shares. Tatung has over 280 thousand shareholders. It produces and markets 300 different products. The worldwide sales of Tatung total NT$220 billion.

The founder managed his business under his own pioneering spirit -- honesty, integrity, industry and frugality. He placed the balanced best interests of all concerned including Tatung schools-company, government, parents, customers, shareholders, creditors, distributors, suppliers, faculty and students, colleagues and the community at large ahead of his own interests.

To realize his ideals, the founder created four unique management principles: Education-Industry Integration for Research and Development, Labor-Management Cooperation for Industrial Autonomy, Social Investment for Publicly-owned Company, and Creating Profits to Share with Customers.

## 1. Education-Industry Integration for Research and Development:

As indicated in Tatung Bylaw, Tatung Company teams up with Tatung High School and Tatung University to establish the education-industry cooperative program. Tatung professors are engaged in teaching and basic research. They always prepare teaching materials and conduct classes well. As tutors, the professors play part of the role of parents by giving individual instruction and counseling. In addition, the professors render guidance to students in their internships at the plant, so that they can carry out industrial education by integrating classroom theories with practical work experiences. In essence, the cooperative program is able to cultivate talented managers and to develop independent technology for making new products which sell well all over the world.

## 2. Labor-Management Cooperation for Industrial Autonomy:

As mentioned above, the 20,000 employees in Taiwan own 20 percent of Tatung stock. Since Tatung carried out the employee-ownership program, it has become an organization of labor-management integration, and the workers have played as "owner-managers." Categorized by products and regions, Tatung has set up 80 profit centers and subsidiaries, which have adopted decentralization in management. As a result, Tatung has enjoyed both a good reputation for a global company and the advantages of nimbleness and expertness of a decentralized organization.

## 3. Social Investment for Publicly-owned Company:

As early as November 1, 1951, Dr. T. S. Lin wrote an article, "Industrialization and a Limited-liability Company," which dealt with the fact that the best road to the affluence of a nation is to encourage the industrialization of the private sector. In addition to talented people, capital plays a most important role in industrialization. In 1957, Tatung took the initiative to issue preferred stock to attract capital from the general public. The funds-raising campaign, completed in three hours through the post office. The success of the campaign led to the establishment of Taiwan Stock Exchange.

## 4. Creating Profits to Share with Customers:

Through the support of shareholders and suppliers, coupled with the combined efforts of Tatung people, Tatung Company continues to introduce high-quality new products into markets. (For example, in 1949 a Tatung electric fan cost a tael of gold, which can buy more than 10 better fans nowadays.) In a word, Tatung always commits itself to innovating management to create value and profits to share with worldwide customers.

T-D 00009

2

## TATUNG SCHOOLS

### TATUNG UNIVERSITY

| Subject | Undergraduate Department | Graduate Program | |
|---|---|---|---|
| | | MBA/MS | Ph.D |
| Mechanical Engineering | ● | ● | ● |
| Electrical Engineering | ● | ● | ● |
| Business Management | ● | ● | |
| Chemical Engineering | ● | ● | ● |
| Computer Science and Engineering | ● | ● | ● |
| Materials Engineering | ● | ● | ● |
| Industrial Design | ● | ● | |
| Applied Mathematics | ● | ● | |
| Bioengineering | ● | ● | |
| Information Systems | ● | ● | ● |
| Electro-Optical Engineering | | ● | |
| Communication Engineering | ● | ● | ● |
| **Total** | **10** | **12** | **7** |

### TATUNG SENIOR HIGH SCHOOL

| Subject | Day School Department | Supplementary Night School Department |
|---|---|---|
| Senior High School | ● | |
| Electronic Technology | ● | ● |
| Mechanical Technology | ● | ● |
| Data Processing | ● | ● |
| **Total** | **4** | **3** |

Number of shareholders: 290,000  Capital: NT$ 40.00 Billion
Number of employees: 36,000  Number of students: 8,600
Professors, Managers, Scientists, Engineers: 2,000

## CONSOLIDATED SALES OF TATUNG COMPANY FROM 1991 TO 2000

( NT$ in Billions )



T-D 00010

| 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|
| 62.65 | 66.70 | 83.30 | 95.30 | 119.43 | 119.60 | 108.38 | 130.00 | 172.00 | 220.29 |



**Fiscal 1991**

Others 8.16 (13%)
Home Appliances 4.42 (7.1%)
Industrial Equipment 9.16 (14.6%)
Electronics, Computers, Communications 40.91 (65.3%)

Unit: NT dollars in billions
Total: NT$62.65 Billion (100%)

**Fiscal 2000**

Industrial Equipment 13.57 (6.16%)
Home Appliances 6.62 (3.0%)
Others 17.99 (8.17%)
Electronics, Computers, Communications 182.11 (82.67%)

Unit: NT dollars in billions
Total: NT$220.29 Billion (100%)



TATUNG CO. ORGANIZATION CHART

T-D 00011

4

# DIRECTORY OF FACTORIES AND SUBSIDIARIES

**DOMESTIC PLANTS AND SUBSIDIARIES**

### ●Head Office
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252 (100 lines)
FAX: (02)2591-5185/2599-1812
www.http://www.tatung.com.tw/

### ●Taipei Headquarters Plant
Welfare Meter Plant
Instrument Center
Graphic Arts Center
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252

Chunghwa Electronic Investment Co.,
Tatung Forestry & Construction Co.
Shan Chih Chemical Co.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-6283

Taipei Industrial Co.
86 Haiyuan Rd., Meistlien, Taipei County
TEL: (02)2518-9295

Hsiech Chih Industrial Library Publishing Co.
40 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2594-1371

Tatung Horticulture Co.
40 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252 ext. 2466

### ●Visual Display Business Unit
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252

### ●Visual Products Plant
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5253

### ●Automation Plant
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252

### ●3C Business Group
Computer Development Division
Information Systems Business Division
Electronic Commerce Division
International Appliance Division (IAD)
International PC Division (IPCD)
Management Information Systems Division
Digital Video & Multimedia R&D Division
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252
Computer & Wireless Communication Plant
400 Chung-Yo Road Sec. 7, Taipei
TEL: (02)2893-8462

### ●Pan-Chiao Plant
Large Appliance Plant
Refrigerator Center
Washing Machine Center
Small Appliance Plant
Rice Cooker Center
Microwave Oven Center
Electric Fan Center
Components Plant
Compressor Center
Tools Center
Plastic Center
Components Center
215 Sec. 1, Chungyang Rd., Taipei
Taipei County
TEL: (02)2962-1192
FAX: (02)2963-6166

### ●Taoyuan 1st Plant of Home Appliances
Air-conditioner plant
Furniture Plant
97 Hsutang Kang, Nankang Village
Taoyuan, Taoyuan County
TEL: (03)386-1111

### ●Taoyuan 2nd Plant of Home Appliances
Tatung Coatings Co.
947-1, 18 Ling, Tasotah Village
Kuanyin, Taoyuan County
TEL: (03)483-6291/483-6381

### ●Industrial Equipment Sector
Sembsia Plant
Motor Plant
Magnet Center
Casting Center
Tatung Die Casting Co.
Tatung OTIS Elevator Plant
393 Haitang Rd., Sanheis, Taipei County
TEL: (02)2673-6886
FAX: (02)2672-2694

### ●Taoyuan 1st Plant of Industrial Equipment
103 Minsheng Rd., Neihei Village
Taoyuan, Taoyuan County
TEL: (03)386-3153

### ●Taoyuan Wire and Cable Plant
Telecommunication Cable Center
Wire Center, Power Cable Center
Shan-Chih Chemical Co.
Tatung Chupel Precious Metals Co.
106 Minsheng Rd., Neihei Village
Taoyuan, Taoyuan County
TEL: (03)386-3111

### ●Shen-Chih Container Terminal Co.
11 Loli 3rd St., Anle District, Keelung
TEL: (02)2431-2181
FAX: (02)2431-8688

### ●Shen-Chih Precision Meter Co.
400 Chang-Te Road, Sec. 7, Taipei
TEL: (02)2893-9482

### ●Kuander Co.
632 Ti-Lao Road, Sec. 1
Kuanyin, Taoyuan County
TEL: (03)473-3211-8
FAX: (03)473-3218/469/473-3445
Taipei Liaison Office
TEL: (02)2593-9781/2596-0134 ext. 3151
FAX: (02)2591-4984

### ●Chunghwa Picture Tubes Co.
Taoyuan Plant
TFT Business Unit
Opto-Electronics Business Unit
(PDP Plant)
STN Products Division
Visual Display Products Division
Electron Gun Plant
Machine Tool Plant
1127 Hoping Rd., Tatan, Pa-Te
Taoyuan County
TEL: (03)367-4153
FAX: (03)377-1180

Yangmei Plant
CRT Business Unit
(Color Tubes Plant)
80 Hsingshan Rd., Yangmei
Taoyuan County
TEL: (03)478-6121
FAX: (03)488-3091

### ●Tatsat Telecommunication Industry Co.
Product Development and Design Center
Telecommunication Center
Traffic Control System & Transmission
Center
4 Minhsiang Rd., Chungli City, Taipei County
TEL: (03)2222-1100

### ●Forward Electronics Co.
Development & Design Division
TV Tuner Division
Audio Component Division
Information Business Division
LCM Division
Component Division
393 Chungheng Rd., Sec. 1, Sanheis
Taipei County
TEL: (02)2673-0412
Development & Design Division
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2591-9252 ext. 2461
Kaohsiung Plant
39 Hsukei Rd., Taliao
Kaohsiung County
TEL: (07)787-2825

### ●Tatung OTIS Elevator Co.
22 Chungshan N. Rd., Sec. 3, Taipei
TEL: (02)2596-1151
Elevator Plant in Sanheis
393 Haitang Rd., Sanheis, Taipei County
TEL: (02)2673-1071
Escalator Plant
106 Minsheng Rd., Nei-Hei Village, Taoyuan
Taoyuan County
TEL: (03)3864874

### ●TATUNG Fujidenks Co.
460 Mao-Shih Road, Sec. 3
Yangmei, Taoyuan County
TEL: (03)482-9121
FAX: (03)482-9133

### ●TATUNG-FANUC Robotics Co.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-6365 ext. 2366
FAX: (02)2598-4665

### ●Tatung Sumitomo Cycle Co.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252 ext. 2563, 2564
FAX: (02)2595-6065

### ●TISNet Technology, Inc.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2598-4547
FAX: (02)2598-4487

### ●Tatung Atherton Co.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252 ext. 2280
(03)3586-7995
FAX: (03)3586-7996

### ●Tatung-Okuma Co.
362 Haitang Rd., Sanheis, Taipei County
TEL: (02)2674-6878
FAX: (02)2671-3624

### ●Tatung-EMC Co.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252 ext. 2490
FAX: (02)2568-0553

### ●Shen-Chih Semiconductor Co.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2593-9283
947-1, 18 Ling, Tasotah Village
Kuanyin, Taoyuan County
TEL: (03)483-3346

### ●Tatung System Technologies Inc.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2591-8396
FAX: (02)2596-7608

### ●Tatung Consumer Products (Taiwan) Co.
22 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2592-5252 ext. 2313
FAX: (02)2598-4606

T-D 00012

5

## OVERSEAS SUBSIDIARIES

**Tatung Co. of America, Inc.**
2850 El Presidio Street Long Beach,
CA 90810 U.S.A.
TEL: 1-310-979-7096, 1-310-637-2105
FAX: 1-310-637-8484
Atlanta Plant
455 Aligned Road Marietta,
GA 30062 U.S.A.
TEL: 1-404-428-9090
FAX: 1-404-428-6925

**TATUNG Science and Technology, Inc.**
436 Kato Terrace Fremont, .
CA 94538, USA.
TEL: 1-800-658-5903, 1-510-687-9688
FAX: 1-510-687-9588

**TATUNG Telecom Corp.**
550 Mattman St. Santa Clara,
Ca 95054, U.S.A.
TEL: 1-408-496-9898
FAX: 1-408-496-0540
Taipei Office
72 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2595-0252 ext. 2511

**TATUNG Electric Co. of America, Inc.**
16281 Chambers Road, Tustin,
CA 90780 U.S.A.
TEL: 1-714-838-3292, (714)838-3294
FAX: 1-714-838-3296

**TATUNG Co. of Canada, Inc.**
No. 32 Nugell Road, Unit 4 Enhanced Hill,
Ontario Canada L4B 2X6
TEL: 1-905-770-8211
FAX: 1-905-770-8312

**TATUNG Mexico S.A. de C.V.**
Avenida Paseue Sur#7950
Ocoyolqui Industrial Fuentes,
Ciudad Juarez, Chihuahua, Mexico
TEL: 52-16-490000
FAX: 52-16-331776

**TATUNG (U.K.) Ltd.**
Stafford Park 10, Telford Shropshire, TF3 3AB
England
TEL: 44-1952-290111
FAX: 44-1952-290290
Taipei Office
72 Sec. 3, Chungshan N. Rd., Taipei
TEL: (02)2595-5250 ext. 9429

**TATUNG Netherlands B.V.**
Naberweeweg 1, 6534 AN Nijmegen
The Netherlands
TEL: 31-24-388-8888
FAX: 31-84-383-8899

**TATUNG Co. of Japan, Inc.**
Sanko Bldg. Honkan, 2F, 10-5 Ginza
4-chome, Chuo-Ku, Tokyo 104
Japan
TEL: 81-3-3545-2060, 81-3-3545-2206
FAX: 81-3-3545-3150

**TATUNG Liaison Office, ROK**
Room 1205, Guhnung Bldg
No. 641 Deoko-Dong, Mapo-Ku
Seoul, Korea
TEL: 82-2-718-7127, 82-2-718-8970
FAX: 82-2-718-1825

**TATUNG Electronics (Singapore) PTE.**
Ltd.
No. 4, Loh Lokyang Rd., Jurong Town
Singapore 22
TEL: 65-2656536, 65-2655397
FAX: 65-2657604

**Chunghwa Picture Tubes (Malaysia) SDN.**
BHD.
Lot 1, Subang Hi-Tech Industrial Park, Batu Tiga
40000 Shah Alam, Selangor, Malaysia
TEL: 60-3-7355366
FAX: 60-3-7303507

**Chunghwa Picture Tubes (Kemper) SDN.**
BHD.
Lot 101723, Kawasan Per Industrial Taman
Sambo Seru, 21806 Kemper, Perak Daul
Ridsuan, Malaysia
TEL: 60-5-4565946
FAX: 60-5-4565945

**Chunghwa Picture Tubes (Fuzhou) Ltd.**
No. 1 King Yu Road, Kushan Extended Area
Fuzhou Economic, Technology Development Zone
Fuzhou City, China
TEL: 86-591-3971305
FAX: 86-591-3970488

**Chunghwa Picture Tubes, (UK) Ltd.**
1 Davnhead Ave., Enterprise Campus Rosecastral
Holytown, Lanarkshire ML3 4XH, Scotland U.K.
TEL: 44-1698-838888
FAX: 44-1698-838890

**TATUNG (Thailand) Co. Ltd.**
Office
69/54-25, 21Fl. Soi Matheng, Ratchadapisek Rd.,
Huay Kwang, Bangkok 10310, Thailand
TEL: 66-2-2497621-3
FAX: 66-2-2497690
Factoryn
702/30, 52,54 Moo 6, Bangpakong Industrial Park
5 Kilometer 57, Bangna-Trad A. Huang Chonburi
Thailand
TEL: 66-38-213080-86, 66-38-213473-83
FAX: 66-38-213097, 66-38-213079

**FDK TATUNG (Thailand) Co., Ltd.**
700#18, 31 Moo Bangpakong Industrial Estate
Bangna-Trad Rd., Km 57 Tambel Ban-Kao
Amphur Phan Thong Chonburi 20160
Thailand
TEL: 66-38-213189
FAX: 66-38-213188

**P.T. TATUNG BUDI Indonesia**
Jl. Rembang EM. 16 Tangerang, Indonesia
Officer
TEL: 62-21-5907540, 62-21-5905990
FAX: 62-21-5907548

Factoryn
TEL: 62-21-8199188, 62-21-6190960
62-21-6632132, 62-21-6632662
FAX: 62-21-6197287

**TATUNG Co. Hong Kong Office**
M/F, 1C Un Chau Street
Kowloon, Hong Kong
TEL: 852-2-7781306
FAX: 852-2-7846232

**TATUNG (SHANGHAI) CO., Ltd.**
Factoryn
Shanghai Songjiang Industrial Zone
Chelan Subzone
Officer
8F-A, Shit Building, No. 18, Caod N. Rd.
Shanghai
TEL: (021)64472205-9
FAX: (021)64472910
E-mail: tatung@shanghai.csgb.com

**TATUNG Information Technology**
(Jiang Su) Co., Ltd.
123, Jianglin N Rd,
Sungfen, Wu-Jiang,
Jiang Su
TEL: 86-512-3461328

**KUENDER (Wu-Jiang)**
Plastic Technology Co., Ltd.
123, Jianglin N Rd,
Sungfen, Wu-Jiang,
Jiang Su
TEL: 86-512-3461170
FAX: 86-512-3461171

**Shan Chih (Wu-Jiang)**
Chemical Co., Ltd.
123, Jianglin N Rd,
Sungfen, Wu-Jiang,
Jiang Su
TEL: 86-512-3468800

**TATUNG Home Appliances**
(Wu-Jiang) Co., Ltd.
5, Tatung Subarea,
Wujiang Freeway Development Zone,
Sungfen, Wu-Jiang,
Jiang Su
TEL: 86-512-3462328
FAX: 86-512-3462333

**TATUNG Electronics**
(Wu-Jiang) Co., Ltd.
5, Tatung Subarea,
Wujiang Freeway Development Zone,
Sungfen, Wu-Jiang,
Jiang Su
TEL: 86-512-3462328
FAX: 86-512-3462329

**LANSON International Co., Ltd.**
No. 2, St. 310, Sangkat Boeung Kang Kongi,
Khan Chomcarmon. Phnom, Cambodia
TEL: 855-23-362966
FAX: 886-23-362316

T-D 00013

6

# DOMESTIC FACTORIES AND SUBSIDIARIES

## TAIPEI HEADQUARTERS PLANT

### Watt-hour Meter Plant

Watt-hour Meter Plant produces various kinds of watt-hour meters. To ensure quality, all production lines have been equipped with PC-based test tables, including 1-phase-2-wire table for square meters, 3-phase-3-wire table for square meters, and 1-phase-3-wire table for round meters.

The Pressing Center produces stamped and plastic parts and components for home appliances, electronic products and office machines. From the designing, manufacturing, processing, and stamping of dies, to the injection, surface treatment, secondary processing, and inspection of dies, all processes are taken under an integrated production. Products are provided quickly, excellently, and at reasonable prices for domestic and foreign customers.

The center produces the following dies: progressive sectional die, transfer die, cutting die, forming die and drawing die in addition to various kinds of alloy steel and carbide tools. It also produces plastic injection forming die for general use and plastic die and gear die for precision engineering. From the design of a die to its production, all processes utilize CAD/CAM system analysis to produce the best products in the shortest time. CAD/CAM has made integrated production and automation possible.

The Tools Center, established in 1963, produces various kinds of precision stamped parts and components for watt-hour meters, speedometers, VTRs, TVs, monitors, microwave ovens and computers. From stamping and secondary processing to post treatment, all processes are conducted under an integrated production. The plant is able to provide domestic and foreign customers products with high quality, high efficiency and low cost. The plant also specializes in processing aluminum, high strength plastic plates and coatings.

The Watt-hour Meter Plant also has the newest types of injection molding machines and coating processing equipment. It has begun to develop a robot for picking up molded products and an automatic coating machine. It accepts orders for manufacturing various kinds of plastic precision forming products with the features of heat and shock resistance, high hardness and fire resistance, and dimension stability. It is a plant approved by UL and IBM; and it manufactures printers, facsimiles, copymachines, monitors and other hi-tech information products for companies like IBM and Xerox.

Tatung Watt-hour Meter Plant is the only watt-hour meter plant in Taiwan that meets the international standard of the ISO-9002 qualification. And its residential and industrial meters are sold in both domestic and international markets. Last year Tatung square watt-hour meters were exported to Brazil and have been very well received.

### Instrument Center

The Instrument Center supplies precise meters and switches, such as power accumulating meters, temperature control switches, defrost switches, etc.

The center accepted the request of Xerox Corporation of the U.S. to produce the assemblies of copymachines on an OEM basis in August 1985. After three years of



* Dies for precision engineering designed and produced by CAD/CAM system.

development, it started mass production in August 1988 of the copy handling module assembly, bypass assembly and corotron assembly. These products are exported to the United States, England, the Netherlands and Mexico. In October 1991, the center was awarded "Prize for Outstanding Supplier" for the excellent quality of its products. In 1994 the center was honored with ISO-9002 certification.

### Graphic Arts Center

Graphic Arts Center was established in 1976; its work ranges from copying, duplicating, mimeographing, quick printing, and professional color printing, to planning, developing, designing, photographing, typesetting, photo composition, printing, binding and processing. The center also steps into the field of commercial media and advertisements.

The introduction of electronic desktop publishing, binding, and gluing equipment improves our services to customers. We are the first local company to be authorized by Microsoft Co. to print its software handbooks. It is our goal to extend our prompt service to the industrial, commercial and cultural circles and to provide them with high-quality printed matters. By satisfying its customers, the Center makes remarkable achievement and creates profit.



* Efficient typewriting and typesetting facilities.

* Watthour meters precisely tested by computer-controlled meters.

T-D 00014

7

## ELECTRONICS PLANT

The major product of Electronics Plant is color monitor. Tatung was the first company in Taiwan to begin monitor business. Since its establishment in 1983, its product quality and on-time delivery has been well recognised by its customers. The Plant won the Prize of Zero Defects from IBM in June, 1985. In October, 1987 it won the Prize of Excellent Manufacture of Plasma Displays. Therefore, the Plant has become the most advanced high-tech company in producing both color and monochrome monitors.

To serve the first tier customers on a global basis, Electronics Plant has factories in Taiwan, Thailand, U.K. and Mexico to provide regional supply and logistics support. This enables Tatung to vertically integrate its business operations in order to further strengthen its position in providing global partnership and regional support to its valued multi-national and regional customers.

Specifically it offers the following:
* A stategically located service partner in each key market place in Europe, North America, South America and Pacific region for on-site, or return to base after-sales service support.
* A local based Research and Development team to provide

technical support, presales information on new product development and provision of product samples, etc.
* A local based "hub" operation to provide an important buffer stock for key customers, ensuring customer warehousing considerations are minimised, yet product supply is guaranteed.
* A worldwide co-ordinated advertising program promoting Tatung and its Business Partheners.
* Manufacture of critical components including tube, FBT, power supply, plastic injection, etc. to ensure an ongoing worldwide commitment to consistent product quality and reliability.
* A massive global product manufacturing program, ensuring every Tatung monitor is extremely competitive within the market place.

In short, the Tatung Electronics Plant can offer its customers competitively priced product, consistently high quality, punctual delivery, frequent customer visits, and excellent after-sales service.

## VISUAL PRODUCTS PLANT

Visual products Plant (VPP) was founded in 1964. After more than 30 years of devlopment and expansion, the main products of VPP include Color TV, Multimedia Video Display, DVD Player, Digital Still Camera, VCR, VCD and Audio, etc. Our engineering team have kept developing the latest technolgh and new features products to satisfy what market really needs. Meanwhile, VPP has also developed the new products related to digital features in order to prepare for transformation into a digitalised products management in the near future.

Our TV has obtained many prizes including: The QC Award Of The Economic Minister, The Nationwide QC Group Award, Factory of The Top Class, It's Very Well Made In Taiwan, Gold Medal Of Excellent Electronic Product, The Best Exporter Award Of Prime Minister, etc. VPP also obtained certification of ISO-9001/9002 for TV, VCR and Audio in 1993 and JQA S-Mark (model 14R21) for CTV expected to Japan in 1996. The implementation of TQC management has resulted in worldwide reputation of exporting reliable products to Japan, the USA, Canada, Central and South America, South Africa, the Middle East, Australia and Southeast Asia.

The main products which VPP produces currently are as follows:

**Television
We have a full series of CTV with 4:3 and16:9 aspect ratio and sizes from 14" to 34" for NTSC and PAL systems. In addition to the above, we just developed successfully the large size 29"/34" flat TV with the New Flat Super Crystal picture tube which greatly increase the color saturation and brightness, make the high transmission rate up 38% and the picture quality to be free from distortion and deformity and low light reflection which is the trend of CTV from now on.

**Multimedia Monitor TV
Being a leader in this field, we newly launched the large screen 29"/34"/38" Multimedia Monitor TVs which combine the design and manufacturing skill of both TV and Monitor. It can be directly connected to PC by the RGB digital input and can be used for watching TV programes too. It is very useful for place needing large screen demonstration such as computer training room, visual conference, presentation, airport or train station, stock exchanger hall, etc.

**DVD Player
VPP has successfully launched the first DVD player in Taiwan by joint development with DVM R&D Division. We use the latest MPEG2 compression, built-in Dolby AC-3 decoder, and Karaoke to make it with perfect features. It was awarded the certification of DVD Forum, Macrovision and Dolby Digital. The market response to our DVD player is very good.



* Scene of monitor production line.



* TATUNG 17" color monitor receives "It's very well made in Taiwan" Award.



* TV-29FT



* TDV3100

**T-D 00015**

8

T-D 00016

## THE 3C BUSINESS DIVISION

In the 1980s, the application of multimedia technology to the PC and the burgeoning demand of the internet resulted in the revolution of digitalizing electronic products. In the consumer market, the trend of integrating the 3C (computer, communication, consumer electronics) becomes dominating. And the technology needed to integrate 3C and the development of the products will create a tremendously new market in the 21st century. To integrate the following plants and divisions, the 3C Business Division was thus set up.

As the development of the technologies of information and communication never ceases,every kind of multimedia information (e.g., words, sounds, HD pictures) will be stored in the computer, and via the wired & wireless broadband network, consumers can utilize them in various applications using internet appliances. And this is the blueprint for the cybercommunity in the future. The 3C Business Division will make good use of well-founded base, across both the home appliances and information technology established by the Tatung Company, and dominate the newly-rising digital market in the 21st century.

### Computer Plant

Major products include desktop computers, workstations, and notebook PCs. The diversity of its product lines,superb features,manufacturing quality has helped to earn world class companies. Global logistics support capability has been one of key competitive edges of Tatung. Computer Plant has helped Tatung's subsidiaries build up configuration lines, testing, QC for on-time delivery and quality. Computer plant also has set up global MIS/EDI systems for the support of the operations and monitor subsidiaries' performance out of Taipei.

* In 1979, to meet the needs of the



* Tatung rack-mounted server



* Tatung notebook PCs

mini-computer age, the Plant successfully produced the first terminal of the mini-computer and put it up to the market. Thus, Tatung entered into the computer industry.

* In the early 1980s, IBM's compatible PC first took shape, and the Tatung Computer Plant efficiently put on the market the computers of TCS-7000 (286) series to catch up the worldwide trend. With the continuous endeavor and the ever-growing technique, the Plant now produces the whole series of desktop computers, notebook PCs and LCD PCs, selling them under Tatung's brand and providing service to the worldwide computer manufacturers by means of OEM/ODM.

* In 1990, the Plant was the first in

the domestic market to produce Spart workstation compatible with Sun. The technique of the workstation is more complicated and higher-level than that of PC; and, thus, this is the milestone in the computer technique both in Tatung and in the domestic computer industry. With the development and production continuously upgrading, the product is thus widely accepted by the customers. As the development of the workstations and the servers are diversified in the market, Tatung promotes the workstation and the server of NT/Pentium III, which combines the technique of Microsoft and Intel, to meet the demands of the growing market.

* 1993  Awarded ISO-9000 certification.

* 1998  Awarded TUV ISO-14001 certification.

* 1999  Granted qualification of the Self-Protection System of the Security and Sanitary by Taipei City Government.

* To strengthen the product competitiveness of time, cost and responsiveness in the market, so far, Computer Plant has logistics support in the U.S, Europe, Canada, Mexico to serve the worldwide market,in addition to its technology and manufacturing base in Taipei.



* LCD PC assembly lines



* SMT equipment at the computer plant

T-D 00017                                                          9

**Electronic Commerce Division**

Telecommunications Division, founded in May 1993, was renamed as Electronic Commerce Division in September 1999 to follow the world trend and expand its business. One of its missions is to continue selling world-class and our own products through our 300 outlets island-wide. The other mission is to set up the company's second marketing channel by founding its WWW homepage on the internet to immediately meet the needs of customers.

**Information Systems Business Division**

The Information Systems Business Division, established in 1984, has developed into one of the biggest system integrators in Taiwan. The division aims at planning, developing, constructing, and maintaining system integration from servers, system platforms, databases, wide-band networks, OLTP (on-line transaction processing), and applied software to PCs, intranets, and other peripherals. It has won the favors of its customers and suppliers with its punctuality and quality.

In the 1980s, its main product was PCs, sold in both school and family markets, and it had earned the high-quality image through its reliable products and prompt services. In 1986, Tatung Company also started selling products of SCO Xenix and Novell Network, opening the era of PC-based system integration solution. In 1988, Unix Lab was founded to develop open system techniques. The lab successively purchased Unix SVR4 operation system, Tuxedo OLTP (on-line transaction processing) systems to actively develop their domestic operation environment and tools. It also cooperated with Institute for Information Industry and C&C Research Laboratories of the Industrial Technology Research Institute to develop MITUX, a Chinese Unix operation system, which displays outstanding performance in dealing with census and health insurance.

In the 1990s, the division has been focusing its business on system integration. It has constructed operation systems for 1,800 post offices island-wide, the Finance Administration of Combined Service Forces, courts of law, Taiwan Tobacco and Wine Board, Ministry of National Defense, Taipei City Police Department, the Examination Yuan, and Central Health Insurance Bureau through cooperation with our suppliers in such fields as servers, wide-band networks, intranets,



* Tatung TTF-2280 PC

network management, and databases. It has won the support from its clients and suppliers with its excellent performance in system integration, planning, construction, and maintenance. Meanwhile, it has successfully helped our company to transform the traditional home appliance outlets into 3C areas.

The CAD/CAM Center, an important department of the division, provides the industry and research organizations with various CAD/CAM software such as Auto CAD to enhance design productivity for the engineering community. In recent years, it has been taking the lead in ProEngineer, greatly contributing to the introductions of new products and the education of industrial designers.

The Information Systems Business Division will aim at not only offering high-quality software and hardware, and network integration solution projects to government and big enterprises but also cooperating with Tatung's outlets to bring high-quality products and services into families, large enterprises, as well as medium- and small-sized businesses.

**Computers & Communications Business Division**

The Computers & Communications Business Division, established in 1984, introduced into the country about 20 kinds of high-tech computer and communication products. With its promotion of products and expansion of techniques, the division plays an important role in the domestic C&C market. In order to meet customer needs and build trust, it is strengthening the ranges of its quality products.

At present, its major businesses are as follows:

* The direct marketing of the AVhOn computer system and CLARiiON data storage system of Data General through cooperation with the Information Systems Business Division to enter the market of

system integration in medical care.

* The selling of servers, workstations, and PCs for the Alpha and Intel hardware platforms of Compaq.

* Selling the digital switching systems of Siemens and Lucent to promote product competency and to emphasize the application of customer call center, voice mails, and the integration of computers and telephones to actively win customers in financial service industry and multi-national businesses.

* The introduction of the network products of CISCO to expand its extranet market.

* The introduction of the voice answering system of Interviks, providing the financial industry and cellular phone service industry with excellent service quality and efficiency.

* The duplication of discs (CD-titles) empowered by Microsoft AR and the selling of the discs (or CDs) along with their user's manuals to Microsoft's OEM and DSP customers, and at the same time, the duplication of CDs and user's manuals for the OEM customers of non-Microsoft company such as Philip.

* Joining in the project of the ground control system for ROC Satellite 1.

* The introduction of Unicenter TNG business management solution project of Computer Associates to do business with big enterprises and government.

* The development of TAMIS manufacturing management system and medical administration management system, offering customers the solution project for software and hardware integration.

To cope with the rapid development of the computer and communication integration market, the division will continue to introduce and develop new products to speed up the use of information technology to our domestic society.

*10*

T-D 00018

### Digital Video & Multimedia R&D Division

The Division, established in 1998, aims at creating digital video and multimedia products including DVD players, HDTV, Settop Box for VOD, and Cable Modem, for different network solutions. The Division is very strong in software and related software porting and integration for compatibility and reliability. The products can work under different processors and operating systems, languages and firmware for various types of products and applications.

The Division cooperates with the Visual Products Plant and successfully produced the first DVD in the domestic market in March 1998; meanwhile, in December the same year, the Division developed the first HDTV in the nation. In video-on-demand system the Division completed the VIT project of NII in Hsin Chu Science-based Industrial Park in 1998, and successfully integrated the systems of two hundred VOD users. To guarantee the development of the technology, in 1998, the Division applied for and was granted the right of implementation of the Project of "broadband multimedia service on two-way interactive network" for two years. The implementation of the project, we believe, will upgrade the Company's competitiveness in the integrated field of information, home appliance and communication.

### Management Information Systems Division

After 3-year integrating management, the Division was independent of the Information Systems Business Division in September 1996, responsible for the planning, developing, orientating, operating and supporting the interior information system in the Company.

To support the Company to become a global enterprise of competitive edge in the 21st century, the Division at present has the following three short-term missions:
1. To solve the Y2K problem. The Division set up a task force to offer needed information, to assist other divisions in diagnosing the problems in the system and planning for the alternatives.
2. To further upgrade the existing global MIS/EDI. Only equipped with the ability for global strategies, can one play an appropriate and important role in the partnership with brand-name companies. Tatung has all over the world many existing and newly-set subsidiaries and stations, equipped with the well

organized information procedures and systems for setting up global chain management mechanism, and, thus, is able to attract the alliance and contract of renowned companies.
3. To build expertise in electronic commerce. The consumer-oriented trend and competition against time both need the communicating function of the electronic information, such as EDI, Internet, and the Internet Commerce of WWW. In addition to the reproduction of the procedure in the related business divisions to meet the special demands in e-commerce, the orientation and the application of some appropriate information technology is also indispensable.

The above mentioned missions are actually one. While solving the Y2K problem, the Division also set up a global strategical system equipped with the function of e-commerce, and, thus, will be able to make the best use of the investment in the information system.

### PAN-CHIAO PLANT

#### Refrigerator Center

Since its founding in 1961, the Refrigerator Center has taken the lead in manufacturing refrigerators for the domestic market. Up to now, the center has produced more than four million refrigerators. The newly-expanded Penchiao Plant, through top-notch engineers and top-of-the-line facilities and automation, mass



*\* Quality/Credibility/Service, TATUNG computers aim at total perfection.*

produces high-quality refrigerators which have won various Q.C labels such as ⓖ, ⓢ, ▼, BS, CSA, TUV, and ISO-9001.

The center produces a variety of refrigerator models for customers to choose: single-door, two-door, three-door refrigerators, as well as mini-refrigerators for hotel rooms and suites. In addition, the center produces crystal series of refrigerators which feature the following characteristics:

Tatung refrigerators are well-known for their cooling capability which attains 4-star level in the JIS standard of Japan, and now they account for 21% of the local market, ranking first in the refrigerator industry. Tatung Co. also plays a leading role in the export of refrigerators to the U.S.A., Europe, Japan, Southeast Asia, the Middle East, Africa, and Russia.

Tatung freezers, freezing showcases, vending machines, and stainless refrigerators are offered to supermarkets and convenience stores. With the excellent quality, they help promote our countrymen's living standard.

#### Washing Machine Center

Since its initiation in 1963, the Washing Machine Center has produced more than a million washing machines. Because of its high quality, Tatung washing machines have won National QC Group Prize, National Product Design Prize, ⓖ, ▼ QC labels and the ISO-9001 certification.

*11*

The center offers a complete array of washing machines: semi-automatic double-tub, automatic double-tub, Fuzzy automatic single-tub and state-of-the-art microcomputer controled models. All of them feature the following characteristics: two-tiered reinforced FRP outer case, powerful Tatung motors, rust-proof and rust-resistant base, and energy-and-water-saving apparatus. In addition, Tatung washing machines have gained a lot of popularity because of their powerful clean washing capacity and their performance in avoiding the twisting and entangling of clothes.

Tatung dryers are the most secure and economical home appliances. They are equipped with PTC safety devices and cold-hot selectors. Tatung dryers are handy and available, rain or shine.

**Automatic Cooker Center**

Since its first production in 1960, Tatung automatic cookers have captured more than 90% of the local market share. The products have won several labels including ♡, ⊕, ▽, CSA, ISO-9002 certification and the best product design award. The colorful cookers are available in a variety of models including warmth preserving, indirect-direct heating and other popular models. In addition, other similar products such as multi-purpose pots, chafing dish steamers, and electromagnetic stoves are diverse with reasonable prices and superior quality. They are popular with housewives all over the world.

**Microwave Oven Center**

The center produces a complete series of microwave ovens and it has now an annual production and sales of three hundred thousand sets, some of which are exported to more than twenty countries in the world. Tatung microwave ovens have already received ⊕, FCC, DHHS, GS, BS, LCIE, TUV, AS, CE, and ISO-9002 certifications in various countries.



* *TATUNG refrigerator, beautiful and practical, ranks first in the local market.*



* *Automatic single-tub and double-tub washing machine, & dryer.*





* *Microwave oven.*

* *Automatic cookers.*

T-D 00019

12

### Electric Fan Center

The center now produces a variety of fan models including desk fans, wall fans, ceiling fans, ventilators and box fans, ranging from 10 inches to 16 inches. The production of electric fans in Taiwan was initiated by Tatung in 1949. Well-known for high quality, Tatung electric fans have enjoyed a rapid increase in total sales, holding the biggest market share in our country.

The center has many times won the National QC Group Prize, First Class Plant Prize, Premier Prize for outstanding performance in export and other quality labels such as ✿, ⓢ, Ⓨ, BS and ISO-9002 certification. Tatung electric fans are always the best choice among all the competitive brands.

### Compressor Automatic Center

Since its founding in 1964, the center has produced more than eight million units of compressors. Besides supplying local refrigerator makers, Tatung compressors are exported to Southeast Asia, Japan, the Middle East, Africa, Europe and America. Tatung compressors have won the CSA, Ⓢ, and ISO-9002 certifications. The center has committed itself to developing high-efficiency energy saving and low-noise compressors for refrigerators, dehumidifiers, fountain coolers and ice-freezers.

### Tools Center

Since its founding in 1973, the center has taken the lead in the plastic molding industry. With first-rate large equipment and first-class manufacturing technology, the designers are able to apply CAD/CAM on-line operation to the development of high-precision models, which in turn make product design better and faster. Their production of molds includes those used in the industries of home appliances, electronics, and transportation equipment. In addition to providing products to other plants at Tatung, the center is also entrusted by foreign and domestic customers or fellow manufacturers. Moreover, in order to meet the needs in the defense industry, the center is now conducting the development of high-tech and high-precision molds.

### Plastic Center

Founded in 1969, this center has the most sophisticated facilities for plastic molding and processing. The center takes the lead in developing engineering plastics and cultivating the techniques of structure foaming and patterned texture coating. In addition to serving the needs of other



* The permanent model of TATUNG first-generation fan and the newest model of computerized fan.

plants at Tatung, the center offers excellent components, technical assistance and service to both foreign and domestic customers. The center accepts orders to manufacture extra-large washing tanks of trinity plastic steels, structure forming, computerized outer casing, other components, and finished items. It has made considerable contributions to a variety of industries, such as the home appliances, TVs, VTRs, computers, motorcycles, automobiles, capacitors and defense industries.

### Components Center

Founded in 1971, the center offers sheet-iron processing and manufactures components for other plants of Tatung and its subsidiaries. It has an integrated processing system whose services range from product pressing to surface treatment. The benefactors of its variety of services are more than 40 in total, including the units of TV, CD-ROM, monitors, VTRs, refrigerators, washing

machines, rice cookers and computers. The center has three Slitter Lines and one Cut-to-Length Line, which promotes the monthly processing amount to 2,000 tons. It supplies excellent steel materials not only to other units in Tatung and its subsidiaries, but also to some domestic customers as well.

## AUTOMATION PLANT

This plant was established to meet the demand of automation profession. Since its establishment, there has been no effort spared in the R & D of robots.

This plant has a strong group of designers and engineers to promote the plant layout, transmission, automatic production, monitoring (network engineering), application of robots, installation, etc. This plant is to provide the best services for the automation industry in Taiwan and abroad.



* Tatung robot

**T-D 00020**

13

### TAOYUAN 1ST PLANT OF HOME APPLIANCES

**Tatung Air-Conditioner Plant**

Currently the major products of this plant include window model, split model, package model, water chiller and central system. Products produced by this plant have won safety certificates such as ISO-9001, TUV, DOS, S Mark, Environment Protection Label, and quality awards such as National Award and CED Award. The excellent quality of Tatung air-conditioners deserves your full trust.

**Furniture Plant**

Furniture plant was established in 1966, with a complete range of products including deluxe office desk/chairs, book cabinets, file cabinets locker, family wardrobes, medical beds, and light stands, conference tables and counter tops. Tatung computer-controlled stainless-steel safes are extremely fire-and burglary proof and thus widely accepted by the banks. The center also takes the lead in developing a series of office furniture in cooperation with ITOKI to produce delicate products such as computerized safes, movable book cabinets, computerized automatic index machines and electronic boards.

### HEAVY ELECTRIC BUSINESS UNIT

**Sanhsia Plant**
**Motor Plant**

The Motor plant is the first motor manufacturer in this country that produces full-line high-quality motors for domestic and overseas markets. It has won all safety certificates for the US, Europe, Japan and others and quality awards to sell the products internationally.



\* Tatung air-conditioning products and dehumidifiers rescue prestigious CED/mark



\* Computerised safe-deposit boxes



**CERTIFICATE**

\* Tatung Company San-Hsia Factory was awarded ISO-14001 certification

The establishment of subsidiaries in Indonesia and mainland China in 1991 and 1996 respectively has greatly enhanced our competitiveness in the international market. We are also one of the major suppliers to Taiwan Power Company and has contributed to the energy requirement of this country especially through its recent participation in Tai Power's expansion and renovation work.



\* TATUNG's OA furniture system.

T-D 00021

*14*

**Casting Center**

With the best equipment like low frequency induction furnaces for iron casting, AMS-06 and Hunter automatic molding facilities, spectrometer analysis and ultrasonic testing equipment, low pollution PEP SET facilities, steel casting techniques introduced by America's experienced professionals, the Casting Center produces high quality iron as well as steel casting of different kinds, and various steel castings. The products have been exported to Hong Kong, Thailand, the U.S. and Japan.

**Magnet Center**

In cooperation with Toshiba and others, this center mainly produces Alnico magnets, everlasting magnets and barium ferrite magnets through an integrated process. Its products are used in audio speakers, speedometers, watt-hour meters, stepless variable speed motors, magnetic tables and magnetic tools. They are very much welcomed in the domestic and international markets. The Alnico 2 and Alnico 8 that are being developed will highly enhance our competitiveness.

**TAOYUAN 1ST PLANT OF INDUSTRIAL EQUIPMENT**

The plant is the biggest and the oldest one in the heavy electric industry in Taiwan, specializing in producing power transformers and distribution transformers with the highest voltage and the largest capacity. It also produces a full range of transformers and distribution systems sold in America, Asia, Australia and Africa. The products of this plant won the ISO-9001 certificate in 1994.

In 1965, it successfully produced super HV transformers of 345KV/60MVA on its own, laying a firm foundation as a leader in the nation's transformers industry. It also provided Ming-Tang Hydroelectric Power Station and Hsing-Ta Thermal Power Station of Taiwan Power Company with five sets of main transformers of 345KV 300MVA and of 345KV 330MVA, respectively. Recently it provided Taiwan Plastics with transformers for use in its power plants in Mai-Liao and in Chang-Chou, mainland China. The quality of all its products is superior to that of the imported goods and has won the full trust of all our customers.

Various products manufactured by this plant are under strict quality control. To fulfill power utilization and secure industrial power supply, the plant is devoted to the goal of



*A series of Tatung electric motors and generators.*



*Hydroelectric power generating facilities.*

T-D 00022

15

excellent quality and quick delivery in order to render the best service. It also seeks to enhance its competitiveness by more effective integration and environmental protection work.

## TAOYUAN 2ND PLANT OF INDUSTRIAL EQUIPMENT

Taoyuan Plant of Industrial Equipment, established in 1966, is one of the major leading manufacturers of wire and cable in Taiwan. With its excellent technology, efficient industrial management and strict quality control, Taoyuan 2nd Plant of Industrial Equipment manufactures various kinds of top quality copper bars, bare copper wires, enameled-insulated wires, tinned copper wire, power cable, communication wire, optical-fiber cable, low-smoke-density & poison-free cable, fire-proof cable, heat-proof cable, power supplying and distributing system, electronic wire, etc. The quality-control system of Taoyuan 2nd Plant of Industrial Equipment is declared to meet the standards of ISO-9002/CNS12682 recognition systems after being examined by the Ministry of Economic Affairs. All of its products meet the official safety regulations set by the Bureau of Commodity Inspection & Quarantine and are with proof of ⚡, ⚡, CED, ▼, ⚡, ⚡, etc. They are quite popular with customers both in and outside the country, and are welcomed by users of different fields.



* TATUNG super HV transformer of 345 KV 500 MVA.



* Using high-tech research facilities and instruments to do super-high-tension tests.

### Telecommunication Cable Center

The Telecommunication Cable Center specializes in producing various kinds of telecommunication cables, electronic wires, tin-coated wires, etc. We are famous for our high quality among the four major telecommunication cable factories in the R.O.C. We are honored by Taiwan Telecommunication Bureau with an exemption of many of our products from delivery inspection. Our optical cable has been approved by the Ministry of Economic Affairs and we are now working with Furokawa Company of Electrical Industry, Japan, in the development of the related optical fiber products — like trest-type single-module optical fiber cables, multi-module optical fiber cables, chase-type optical cables for endusers, terminal optical fiber cables, and various optical fiber fuses, jumps, & leads. The quality of our telecommunication optical fiber has been acknowledged by Taiwan Telecommunication Bureau and is now supplied to our customers. We have also focused our development on electronic wires which have won the

honorable labels of UL, and ▼. Now we also provide pure tin electroplating wire, high-load-level electroplating wire, and super soft 5% lead electro-plating wire. These high-quality products are greatly welcomed by our customers.



* Assembly line of the Distribution Panel Center.

T-D 00023

16

**Wire Center**

This center specializes in producing products like oxygen-free copper rods and wires, enamel-insulated wires, and tin-coated copper wires, etc. We have adopted the pollution-free "DIP-FORMING" approach to make oxygen-free copper rods and wires with a purity of 99%, 102% conductivity, and an oxygen content of less than 15 PPM. Our copper rods and wires are the best raw material for wire, cable, and electronic component factories. We take the lead in manufacturing a full range of enamel-insulated wires, and tin-coated wires. Besides common enamel-insulated wires, we can supply various kinds of specialized enamel-insulated wires — like heat-proof wires, freon-proof ones, self-melt-and-stick kinds, wires insulated by two layers of nylon, heat-melt types, friction-resistant types, extremely-thin and super-thin enamel-insulated copper wires. All these products are widely welcomed by customers. They are not only sold domestically, but also exported to countries located in Southeast Asia.

**Power Cable Center**

We specialize in producing different kinds of high-voltage and low-voltage power cables, plus power supplying & distributing system. We are the first factory to produce HV XLPE power cables. With a variety of automatic equipment, we manufacture different kinds of HV dry-type XLPE power cables with sulfur additive, EPR power cables, PE and PVC insulated power cables, flame-retard cables, and poison-free low-smoke-density cables, etc. All these products have been awarded such honorable labels as ⑨, ⑨, ⑥, ▼, and for their high quality. They also have passed the verification of our Fire-Fighting Administration. We expanded our sales to foreign countries in addition to supplying Taiwan Power Company and other public and private enterprises with our power cables on a large scale.



* TATUNG's magnet wire.



* TATUNG's SM optical cable.



* A variety of TATUNG's power cable products.

T-D 00024

*17*

### SHAN CHIH CHEMICAL COMPANY

Established in 1973, this company mainly sells ABS plastic products and various color dyes, with monthly production over a thousand tons. Customers served are in the industries of computer, telecommunication, sawing machine, house electric appliances, etc. The products of the company are quite popular in the domestic market and the countries in the Southeast Asia.



* Plastic products and their dyeing process in Shan Chih Chemical Company.

### TATUNG PRECISION METER COMPANY

The Company manufactures speedometers for automobiles and motorcycles, tachometers, fuel-meters, temperature-meters for engines, and tank indicators. The Company has been ISO-9002 certified. It is supplying to not only the local automobile industry but also the car/motorcycle makers in Thailand, Indonesia, Malaysia, and Japan. Its Chang Zhou Plant in Mainland China also went into production in 1997.



* A variety of products of TATUNG Precision Meter Co.

### TATUNG ATHERTON COMPANY

Tatung Atherton Company was founded on October 12, 1996. Adhering to the managerial philosophy of Tatung, and having the support of the American Atherton Group, Tatung Atherton introduces tasty wines to the consumers and promotes wine drinking expertise. It imports wines from California, the U.S. and from Bordeux and Burgundy, France.



* Imported California grape wines

### TATUNG CHUGAI PRECIOUS METALS COMPANY

The main products of the Company are contact material, silver soldering bar, silver alloy material, silver panel for electroplating and silver conductive material for electronic products. The Company has developed new fire-proof, fusion-proof and wear-resistant material, featuring conductivity and long durability, which can be used for electronic products, automobiles, electrical equipment and telecommunication systems.



* Automatic Set-up of TATUNG Precision Meter Company.

### TATUNG COATINGS COMPANY

TATUNG Coatings Company is located in Kuanyin Industrial Park, Taoyuan. It is a joint venture between TATUNG Company and PPG Industries Inc., a well-known U.S. manufacturer of coatings and resin. With the newest equipment, excellent specialists and the most advanced technology, the Company is able to produce various high quality coatings for domestic and foreign customers, including automobile finishes, electrodepositing coatings, home appliance coatings and industrial coatings.



* The products of TATUNG CHUGAI Precious Metals Co.

### CHUNGHWA ELECTRONICS INVESTMENT COMPANY

The Company, established in 1969, is primarily engaged in investment into companies in electronic components and products. The major companies it has invested include Chunghwa Picture Tubes Co. and Forward Electronics Co. and TISNET, etc.



* Electronics.

T-D 00025

18

## TAIPEI INDUSTRIAL COMPANY

Taipei Industrial Company was established in 1968 to commemorate the founder, Mr. Shan-Chih Lin, who constructed the Haintien River dike in 1926. The Company provides premixed cement and gravel to many construction projects in Taiwan. It was awarded the Golden Dragon Prize and Prize of the Economic Minister for its outstanding achievements in the construction industry. Now the company plans to expand a new plant in the Nankang Industrial Zone.

## TATUNG FORESTRY & CONSTRUCTION COMPANY

The Company was established in 1950. Its major business includes civil engineering, architectural design and construction work, as well as reclamation, and timber processing industry.

## TATUNG HORTICULTURE COMPANY

Founded in 1972, the Company grows a variety of trees and flowers.

## HSIEH-CHIH PUBLISHING CO.

Since 1955 the Company published literary and social sciences works totaling 142 volumes, and natural sciences works totaling 39 volumes. All these books have made great contributions to the thought of modern industrial development and the promotion of social science education.

## TISNet TECHNOLOGY, INC.

In view of the coming network age, the company was established in 1996 to provide the network services island-wide with its hi-speed double backup system. The business includes intranet, internet, lease line & dial up, virtual industry network, virtual industry dial-up network, quality & security control, phone & fax transfer, visual display meeting, integration of multifunction, e-commerce, virtual host, host lease, home page, etc.

Stability, security, quickness, and integration are the foundations of our business. We have successfully rendered our services abroad to countries such as the USA, Canada, Japan, Thailand, the UK, Holland, etc. TISNet will further promote global cooperation. The homepage and the starlight website of the TISNet are the mostly visited spots. The starlight website has won the First Website Oscar Award of Animation and Popularity, and thus formed the landmark of a successful future for e-commerce.

## TATUNG-FANUC ROBOTICS COMPANY

TATUNG Company, Fanuc and GE Fanuc jointly established TATUNG-FANUC Robotics Company. It has been mainly engaging in the production, sales, installation, and service of robotics for factory automation. TATUNG Company has sold Fanuc robots for more than ten years. Based on the reputation earned by TATUNG Company over the past eighty years, the leading technology of FANUC CNC and ROBOT, and the world famous integrated system of GE-FANUC PLC, the Company has offered solutions to upgrade the efficiency of factories in many different industries in this country and has contributed to the technological advancement of Taiwan.

## TATUNG-OKUMA CO. LTD.

Based on the relationship between Tatung Company and Okuma Corporation, the largest CNC machine tool manufacturer in Japan, for over twenty years, the two companies formed a joint venture, Tatung-Okuma Co., Ltd., in 1997.

Tatung-Okuma produces high quality products including slide way grinding machines, NC bearing machines, CNC machining centers, double column milling machines, and various heat treatment equipment. Among others, CNC lathes and precision grinders are widely accepted by customers in Taiwan, the United States, Japan and Europe.



* TATUNG-FANUC spot welding for car bodies by the S-420i



* TATUNG-OKUMA CNC Lathes

T-D 00026

*19*

## TAIWAN TELECOMMUNICATION INDUSTRY COMPANY

Taiwan Telecommunication Industry Company, established in 1966, is Taiwan's leading manufacturer of telecommunication equipment. With advanced QC testing equipment, precise automatic machinery, and wonderful QA systems, the company produces best quality products and does very well in environmental protection. And for this, it has won the ISO-9001 Certificate, ISO-14001 Certificate, the Best National Image Award, and the Best National product Design Award.

### Product Development & Design Division

The division's designers and engineers utilise market research analysis to develop new materials, new components, and new technologies. A newly developed product of this division is the plain paper ink jet fax machines. The products under development include digital camera, photo printer, and visual telephone.

### Telecommunication Division

The main products of the division are indoor/outdoor payphone, IC card payhone, coin/card payphone, payphone management system, ISDN telephone, high-speed digital Added Main Line System, and ADSL terminal equipment.

### Traffic Control System & Transmission Division

Its main products include transmission equipment and switching system.
1. DLC Digital Loop Carrier.
2. M13 Digital Multiplexer.
3. MX3 T1/E1 Mixed Multiplexer.
4. FOTS Fiber Optic Transmission System.
5. SDH Synchronous Digital Hierarchy.
6. ATM Asynchronous Transfer Mode Switching System.
7. Digital Switching System.
8. EI & Fractional High Bitrate digital Suscriber Line equipment.
9. SDH Digital Microwave Transmission System.

### Component Division

The division supplies components, molds, and special machines.

### Business Machines Division

The division's main products include fax machines, printers, net phones, and digital cameras.



* Home FAX TF-327.



* 1.3-million-pixel digital camera.

* Internet phone.



* Fax machine product line.

T-D 00027

20

## CHUNGHWA PICTURE TUBES COMPANY

**Taoyuan Color Picture Tube Plant**

This plant started production in 1980. After having expanded its production line and promoted the added value of its products, the company passed the ISO-9002 certification of B. C. I. Q. and the ISO-14001 certification of SGS in December, 1996 and August, 1998 respectively. Now the company is of four production lines for its color tubes and can produce annually 7,200,000 units of 15-inch and 17-inch display monitor tubes.

**TFT-LCD Plant**

CPT signed the TFT-LCD joint venture contract with ADI (a subsidiary of Mitsubishi) in April, 1997 and started to build the plant in July. On the 27th March, 1999, the first 15-inch panel of TFT-LCD in this country was made, and the mass production was under way in June, 1999. The major products are 14.1-inch and 15-inch TFT-LCD with annual production of 1 million panels.

**Yang-mei Color Picture Tube Plant**

Yang-mei Color Picture Tube Plant went into production in 1987; and its four production lines were completed in 1990. Yang-mei Plant passed the ISO-9002 certification of B. C. I. Q. and ISO-14001 certification of SGS in April, 1994 and in July, 1997 respectively. Its R & D division is actively promoting the production of 15-inch, 17-inch, 19-inch, and 20-inch display monitor tubes, with annual production of 7 million sets.

**Electron Gun Plant**

The center specializes in producing electron guns for Monochrome Tubes, Color Tubes, and Display Tubes. Since 1986, the center has produced electron guns for high-resolution VCRT and super-high-resolution VCRT to meet the needs of various customers. In 1987 the center further developed non-overshooting and super-conductivity cathodes for super-high-resolution picture tubes and high-emission-current cathode tubes, outpacing the peers in highly-developed countries.

**DY Plant**

DY Center started its production in 1969, and successfully developed its 15-inch model in 1998. It produced 14/15 inch deflection yokes with monthly production of 200,000 sets. the 15-inch New Hyper type was developed and mass produced in 1999.

**Machine Tool Plant**

The functions of the Plant are:
1. To develop automation CRT systems
2. To develop LCD, PDP production equipment
3. To develop TPM, LCC production equipment
4. To design energy supply system for production plant
5. To operate 24,000 kw cogeneration plant



* LPT-3900 XGA LCD multimedia projector.



* 17" CDT.



* 15" TFT LCD MODULE.



* Screen coating.



* OLB automatic production equipment.

**T-D 00028**

21

## FORWARD ELECTRONICS COMPANY

At present the company consists of San-Hsia Headquarters and Kaohsiung Plant. The company manufactures and sells zero-defect electronic components. In July,1993, it passed the ISO-9002 certification by E. C. I. Q. And on the 30th January, 1998, it also passed the ISO-14000 certification by SGS, which proves its top quality.

Products:
1. TV Tuner—monthly production 200,000 sets.
   DBS Tuner—monthly production 100,000 sets.
   RF Modulator—monthly production 250,000 sets.
2. CD Commander & Game Pad—monthly production 500,000 sets.
3. Variable Resistor (rotary type, slide type, semi-fixed type)—monthly production 14 million units.
4. Rotary Encoder—monthly

production 500,000 units.
5. Switch (push type, rotary type, slide type, micro type)—monthly production 9 million units.
6. Tact Switch—monthly production 20 million keys.
7. Key switch—monthly production 7 million keys.
8. CRT Socket—monthly production 1.5 million units.
9. USB Connector—monthly production 600,000 units.
10. Remote Control Unit—(standard type, liquid crystal display type, mouse)—monthly production 500,000 sets.
11. RCA Module—monthly production 400,000 sets.
12. Keyboard (IR, RF, thin type)—monthly production 300,000 sets.
13. Mouse (optical-mechanical, IR, RF type)—600,000 sets.
14. LCD Module (TN/STN, liquid crystal units connected with pins)—monthly production 200,000 sets.
15. MPEG TV-CARD—monthly production 100,000 sets.

## TATUNG OTIS ELEVATOR COMPANY

TATUNG OTIS Elevator Company is a joint venture cooperation with a capital of NT$ 200,000,000 invested equally by Tatung Company and the USA OTIS Elevator Company under Technical Cooperation Agreement. The number of employees totals 500.

TATUNG OTIS is the first company in this country to manufacture first rate microprocessor control elevator. And it has also set up a charge free 080 telephone hot-line—24 hours a day, 365 days a year —to serve its customers.

TATUNG OTIS is the foremost heavy-duty escalator manufacturer in Taiwan. TATUNG OTIS heavy-duty escalators have been in use in the Taipei MRT system—such as in the stations of Mucha, Tsurui, Hsintien, Panchiao, Nan Kang—to provide comfortable, quick, safe transportation service.

In 1996 this company signed the contract with Taipei MRT for 287 sets of heavy-duty escalator, worth NT$ 2.1 billion, the biggest in price and in quantity so far in the escalator business worldwide. TATUNG OTIS was awarded ISO-9001 certification by Commodity Inspection Bureau of Economy Ministry in May, 1998 and ISO-14001 certification by SGS in May, 1999.



*Kaohsiung Plant, Forward Electronics Company.*



*Kaohsiung Plant, Forward Electronics Company.*



*The microprocessor-controlled TATUNG OTIS elevator.*

T-D 00029

22

### Tatung Escalator Plant

This plant was set up in January, 1986 and produced its prototype model in December, 1988 with the confrontation of many countries such as the USA, Germany, Japan, Australia, Singapore, etc. From 1989 to 1991, this plant had completed 57 sets of escalator: 55 sets exported to Japan and 2 sets installed in Taipei.

On the 26th September, 1996 the plant won the Taipei MRT CH326A escalator bid and started carrying out the contract under the technical assistance of German OTIS to manufacture 510L/5161 heavy-duty escalators. On the 14th May, 1997 and 28th March, 1998 Tatung Escalator Plant obtained the approval on quality from German OTIS and successfully fulfilled the contract for 297 sets or NT\$ 2.2 billion in total.

TATUNG OTIS will win more contracts with Taipei MRT for its extension lines with Taiwan High-Speed Rail, Kaohsiung MRT, Airport MRT, and develop its market abroad.

### TATUNG FUJIDENKA COMPANY

TATUNG Fujidenka Co, located in Yangmei Industrial Zone, produces soft-ferrite core for TV sets, video display terminals and a variety of electronic devices. The production of soft-ferrite core has become a capital-intensive and knowledge-intensive industry in which the Company is one of the few front-runners.

### SHAN-CHIH CONTAINER TERMINAL COMPANY

Shan-Chih Container Terminal Company is located seven kilometers from Keelung Harbor and two kilometers from North-South Freeway. It renders service in transporting, loading and unloading cargo, customs clearance, and container repair. The Company is under computer control to expedite customs clearance and has become the most efficient container terminal in Keelung.

The Company provides 24-hour services for customs clearance. It can accommodate as many as 10,000 containers. The Company covers routes to America, Europe, Asia, the Middle East, Africa, and so forth. We are making expansions to cope with the growth of the national economy.

T-D 00030



* *Tatung-Otis Escalators at the Chiang Kai-shek Memorial Hall Station of Taipei Rapid Transit.*



* *TATUNG-FDK soft ferrite core.*



* *Shan-Chih Container Co. covers more than 68,800 pings (70 acres).*

23

## KUENDER COMPANY

Established in 1980, Kuender Company specializes in plastic injection molding. The factory is UL approved and ISO-9002 certified. It possesses many advanced facilities such as automatic electronic injection molding machines ranging from 90 to 1000 tons. The Company is devoted to the goal of high quality, low cost, and on-time delivery, and it has acquired a good reputation.



* The production line of Kuender Co.

## TATUNG SM-CYCLO CO. LTD.

Tatung Company and Sumitomo Heavy Industries, Ltd. formed a joint venture, Tatung SM-CYCLO Co., Ltd., in 1996. At present, the joint venture manufactures the following products:
1. Speed reducers including cyclo drive, paramax gear box and hyponic drive.
2. Speed variators including SM-Beizer, Beier variator, inverter drive, servo drive and DC drive.
3. Aluminum push type cover with three-phase sensory motor.



* SM-4000 Series cyclo gear motor.

## SHAN-CHIH SEMICONDUCTOR COMPANY

### Taipei Plant

The main products are silicon ingots and silicon wafers produced by CZ growth method. Sliced wafers, lapped wafers, polished wafers, and diffused wafers are sold to semiconductor or power device manufacturers to make ICs, transistors, or diodes. Supplying semiconductor raw material is also a capital-intensive and technology-intensive industry. We cooperated with the well-known Siemens Company of Germany in 1975 and laid the foundation of Shan-Chih's core technology. We cooperated with a well-known Japanese semiconductor and wafer maker in 1988, and enlarged the production capacity, upgraded production technology, and further improved product quality to meet the ever-demanding requirements of our customers.

### Kuan Yin Plant

After cumulating technology and mass production experience of ingots and wafers for more than 20 years, Shan-Chih decided to build a plant to reclaim 8" wafers. This plant was completed in 1996, and started to provide reclaiming service to 8" fabs. To meet the ever-changing customers' needs, San-Chih's commitments to customers are best quality, fast turn-around time, and better price.



* 8" wafer polishing



* CZ silicon ingot growth.

T-D 00031

24

## IMPORT BUSINESS CENTER

In the sustained liberalization and internationalization of world economy and trade, the Import Business Center (IBC) has been continuing to provide customers with the best possible services by importing and promoting state-of-the-art products on the Taiwanese market. The renowned products which the IBC has imported are as follows:

**Home Appliances**
a. Toshiba
   - LCD project TV
   - New flat TV
   - All-range television
   - Line-in recordable player
   - DD direct drive washer
   - Automatic fuzzy washer
   - Three-door refrigerator
   - Two-door refrigerator
   - Strong power vacuum cleaner
   - Oven toaster
   - Juicer
   - Shaver
   - Steam iron
   - Zn-Mn battery & flash lighter
b. Hoover
   - Refrigerator
   - Grand size refrigerator
   - Dryer
   - Vacuum cleaner
c. CATA
   - Oil radiator
d. SMC
   - Vacuum cleaner
e. Rotek
   - R.O. water purifier
f. Yamada
   - Toaster
   - Hair dryer
g. Paige
   - Flat plug extension cord
   - Flat plug power strip
h. Grundig
   - Shaver
   - Electric tooth brush
i. Tatung
   - Air purifier
   - Eyes protection lamp
   - Air pot
   - Dish dryer
   - Juicer, blender
   - Electric toaster
   - Oven toaster
   - Alkaline manganese batteries

**Personal Computers**
a. Compaq
   - Desk top PC
   - Lap top PC
b. Canon
   - Printer



* Tatung is a distributor of Toshiba's products including color TVs, refrigerators, washing machines, VCRs.



* Tatung is a distributor of Hoover's products including refrigerators, dryers, vacuum cleaners.



* CATA oil radiator.          * ROTEK R.O. water purifier.

**T-D 00032**

## OVERSEAS   SUBSIDIARIES

### NORTH AMERICA

#### TATUNG CO. OF AMERICA INC.

Tatung Company of America, Inc. (TUS) was established in Los Angeles, California in 1972, with the headquarters in Long Beach and a branch in Atlanta, Georgia. Its business in American markets covers:
* sales of monitors and personal computers
* assembly and services of commercial products
* OEM of personal computers
* after-sales services of Tatung products
* services of warehousing and transportation
* international trade.

With annual sales volumes hitting US$600,000,000 and employees reaching 1,000. Tatung Company of America has made a contribution in providing job opportunities for local residents and revenues for local governments.

#### TATUNG SCIENCE AND TECHNOLOGY, INC.

Tatung Science and Technology, Inc. was established in Silicon Valley in 1983 to offer sales and services in the North American region. In 1989 TSTI launched the research and development of SPARC compatible workstations and servers. It also markets the foregoing products and offers aftersales service to customers in the region.

In recent years TSTI has dedicated itself to the internet and system integration in order to deal with the fast-expanding age of internet technology.





* The Long Beach Plant of TATUNG Co. of America, Inc.



* The Atlanta Plant, TATUNG Co. of America, Inc.



* TATUNG Science and Technology, Inc.

T-D 00033

26

## TATUNG TELECOM CORP.

Since its establishment in Silicon Valley in 1984, Tatung Telecom Corp. has made great efforts to develop electronic-commerce pay system, smart IC telephones and pay phones. TTC Taipei operation is engaged in the research and development of IC phones and pay phones. It also provides customers with aftersales service. TTC Beijing operation is responsible for the R&D of communication software. Meanwhile, TTC operation in Nanjing produces and markets IC phones and pay phones for Chinese mainland market.



* TATUNG Telecom Corp. of America.

## TATUNG ELECTRIC CO. OF AMERICA, INC.

Since its establishment in Tustin, California in 1988, Tatung Electric Co. America, Inc. has promoted heavy-industry products of Tatung Co. in the American-Canadian region and helped Tatung headquarters to purchase materials, components and machinery facilities.



* TATUNG Electric Co. of America.

## TATUNG COMPANY OF CANADA, INC.

Tatung Company of Canada, Inc. founded in Toronto, Canada in 1997, is aimed at promoting computers and home appliances in Canada-wide market.

The current managerial activities of the Company includes the assembly of PCs, the sales and warehousing of computer peripherals and monitors, and the providing of prompt and excellent sales services.

To meet the burgeoning demand of the Canadian PC markets, Tatung Co. of Canada moved to a new plant in 1999, which covers an area of 20,000 square feet. In addition to its advanced assembly lines, the Company has a showroom which displays Tatung products including computer monitors, personal computers, internet products and home appliances.

## TATUNG COMPANY OF MEXICO, INC.

Founded in Tijuana, Mexico in 1997, the company takes charge of the assembly and promotion of Tatung products in American markets excluding monitors.

## TATUNG VDBU OF MEXICO, INC.

Founded in Tijuana, Mexico in 1997, the company manufactures a variety of monitors to meet the needs of customers in American markets.

T-D 00034

27

# ASIA

## TATUNG COMPANY OF JAPAN, INC.

Tatung Company of Japan, located in Tokyo, was established in 1976. Its business includes the purchase of equipment, apparatus, and materials for TATUNG headquarters in Taiwan, and the sales and services of TATUNG information products such as computers and monitors, electronic products such as TVs, digital TVs, signal receivers and fax machines, home appliances such as refrigerator compressors, cookers and air conditioners, and industrial equipment such as motors, transformers and escalators in Japan. Its engineering center collects technology information in Japan for R & D teams in the headquarters in Taiwan for the production and marketing of new products.

## TATUNG LIAISON OFFICE, R. O. K.

The office, located in Seoul, was established in 1979. It is responsible for selling TATUNG products on Korean markets, purchasing materials and parts for Tatung Company, and enhancing the friendship and cultural, economic and educational exchange between the ROC and Korea.

## TATUNG ELECTRONIC (S) PTE. LTD.

Founded in 1972 in Jurong Town Industrial Area of Singapore, the company supplies the Singaporean market with TATUNG products and after-sales services. It also helps TATUNG headquarters in Taiwan to purchase materials and components.

## CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD (CPTM)

With an area of 357,935 square meters, the company was established in 1989. The main products of the eight production lines are 14-inch, 15-inch, 17-inch display tubes and 14-inch, 20-inch, 21-inch color tubes. Its annual capacity of production totals 15,000,000 units.



* TATUNG Co. of Japan, Inc.



* Chunghwa Picture Tubes Co. of Malaysia, Inc.



* Chunghwa Picture Tubes (FUZHOU) LTD.

T-D 00035

28

## CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD KAMPAR PLANT (CPTK)

The plant, occupying an area of 33,812 square meters, started production in 1991. It has the annual capacity of producing 22,000,000 pieces of color electron guns and 80,000,000 pieces of bead glass—the essential part of the color electron gun.

## MAKOLIN ELECTRONICS (MALAYSIA) SDN. BHD.

Makolin Electronics Company is a joint venture between Chunghwa Picture Tubes (Malaysia) SDN. BHD and Dugo Electronics Company of Korea. It started to produce mainly the deflection yokes for color tubes in 1991 on its 18,511 squaremeter plant, and now has the capacity of producing 5,500,000 units a year.

## CHUNGHWA PICTURE TUBES (FUZHOU) LTD. (CPTF)

Established in 1994 on an area of 372,160 square meters, the company has now two production lines of color tubes, three production lines of monochrome tubes and a plant of electron guns. The annual output of the company is 3,600,000 units of 14-inch and 15-inch color display tubes, 3,600,000 units of monochrome tubes, 12,000,000 units of color electron guns and 3,960,000 units of monochrome electron guns.

## CHUNGHWA PICTURE TUBES (UK) LTD. [CPT (UK)]

With an area of 564,200 square meters, the company was established in 1996. It has two production lines of color tubes, producing 14-inch TV tubes and 17-inch display tubes. the annual capacity totals 3,600,000 units.

## P. T. TATUNG BUDI INDONESIA

P. T. Tatung Budi Indonesia, located in Tangerang, was established officially in January 1992 on an area of 67,200 square meters.

Starting its operation on February 16, 1992, the company's business includes the production and marketing of castings, motors, electric equipment, generators, and the related parts, as well as the after-sales services. By supplying the products to local and overseas markets, the company not only earns foreign exchange reserve for Indonesia but also creates many job opportunities and helps develop local industry.

## FDK-TATUNG (THAILAND) CO., LTD.

The company, established in 1991, is a joint venture between Tatung company and Fujidenka Company. Since June 1992, it has produced ferrite cores for deflection yokes and generators to serve Tatung's main customers Matsushita, JVC, Murata, and Makolin after they have moved their plants to Thailand and Malaysia.

In 1997, the company established an RT plant, and the mass production of rotary transformer core, starting in May 1997, supplies Fujitsu ( Thailand) and FDK LANKA (PVT) Ltd. with the cores to produce rotary transformers in VCRs.

## TATUNG CAMBODIA CO., LTD.

The company, established in 1996, is located in Kandan Province, Cambodia. Its business is to produce veneer and plywood for the world markets, as well as to sell Tatung products in Cambodia and to offer after-sales services.



* Makolin Electronics (Malaysia) SDN. BHD.



* Chunghwa Picture Tubes (UK) Ltd.

T-D 00036

29

## TATUNG (THAILAND) CO., LTD.

The company, established in November 1989, is located in the Sangpakong Industrial Zone of Thailand. Its main products are 14-inch and 20-inch color televisions and computer monitors. The company has successfully adopted the needed production technology from the headquarters of Tatung Company and from Tatung (U.K.) Ltd. Now Tatung (Thailand) Co., Ltd. is a loyal corporate citizen of Thailand.

## TATUNG (SHANGHAI) CO., LTD.

Tatung (Shanghai) Co., Ltd. was invested and established in 1998 by Tatung Electronics (Singapore) Pte. Ltd. (TES), a subsidiary of Tatung Company. It is a joint venture between TES and Chodun Economy Union Head Company in Shanghai, China, which provides the land usage right.

Tatung Shanghai focuses on manufacturing and sales of AC motors, DC motors, AC generators, diesel engine generators, variable speed motors, inverters, PLCs, wires and cables, motor control centers, control panels and the related components, various switchgears and the related apparatus, office furniture, electric system engineering, air conditioning system engineering.



* TATUNG BUDI INDONESIA



* TATUNG Co. of Thailand, Inc.



● Overseas Subsidiaries.
● TATUNG products are exported all over the world.

* Worldwide service map.

T-D 00037

30

# EUROPE

## TATUNG (U.K.) LTD.

In 1981 Tatung company acquired the color TV plant and the R&D center of the U.K.'s RACAL Electronic Company and reorganized it into Tatung (U.K.) Ltd. In 1984 it moved to Telford, Shropshire, a new industrial town near Birmingham, England.

Due to its high quality production control and environmental protection, the company won an ISO-9001 Certificate in 1994 and an ISO-14001 Certificate in 1998.

The consumer products division of Tatung (T.K.) Ltd. produces a series of 14"-28"digital and analog televisions, as well as the new panorama 28"-32" televisions with Dolby stereo effect. It also sells to the European market the DVD players, and the tape-recorder-and-TV sets imported from the Tatung headquarters in Taiwan.

The information products division of Tatung (T.K.) Ltd. produces and sells 14"-21" computer monitors. It also introduces Tatung headquarters' 15"-18" LCD monitors and the 15"-18" duo-function multimedia LCD color TVs to the European market.

Other functions of the company include (1)offering after-sales service to the customers of Tatung headquarters' OEM computer monitors, (2)collecting the newest European market information, and (3)purchasing machines, equipment, and essential parts for the Tatung headquarters.

## TATUNG NETHERLANDS B.V.

Tatung Netherlands B.V. (TNL), established in 1996, is located in Nijmegen, the Netherlands. Its main businesses are (1)assembling, stocking, and marketing Tatung computers and peripherals, (2)offering after-sales services to the customers, and(3) supporting Tatung company's global logistics.

Because Tatung Netherlands B.V. is located in the center of Europe and in a country with best logistics infrastructure, it can act as a manufacturing and distribution center of Tatung computer products in Europe. These products include desktop PCs, workstations, notebooks, and digital information peripherals.

To meet the product digitalization in the 21st century, the company plans to extend its business to producing and selling servers, workstations, and digital consumer appliances.



* TATUNG (U.K.) LTD



* Tatung Netherlands B.V.



* Assembly lines at Tatung Netherlands B.V.

T-D 00038

# EIGHTY-THREE YEARS OF HISTORY AND HONORS

## SINCE 1918

Founder and former Chairman Shan-Chih Lin set up his Shan-Chih Business Association in 1918. Based on the spirit of "honesty, integrity, industry, and frugality," he established credit and reputation by completing more than 660 constructions, including the Building of the Executive Yuan, in the span of 30 years.

Aware that able people are the most important asset of a business and that the education of industrial talent can facilitate the progress of industrialization, Founder S. C. Lin wound his own business up in 1942 and donated his own property to establish Tatung Schools-Company. The founder reserved 10 percent of his property for his family, donating 10 percent to all the Tatung colleagues so that they were able to become employee-shareholders. The remaining 80 percent was donated to the Hsieh-Chih Association for the Development of Industry, which appropriated funds for the formation of Hsieh-Chih Industrial Awards, Hsieh-Chih Industrial Scholarship, Tatung University and Hsieh-Chih Publishing Company, as well as for the inauguration of Tatung Schools-Company, a unique education-industry integrated program in the world. Dr. T. S. Lin was then appointed professor, President, Chairman of the Schools-Company.

### 1939
* Tatung Iron Works was established. (When Taiwan was retroceded to the Republic of China in 1945, Tatung Iron Works was renamed "Tatung Steel and Machinery Manufacturing Company.")

### 1946
* Repaired 577 railway cars for economic recovery in postwar Taiwan.

### 1949
* Establishment of TATUNG Welfare Committee of Employees.
* Dr. T. S. Lin elected as Legislator, Chairman of Taiwan Industrial Association, Chairman of Taiwan Machinery Manufacturers' Association and Chairman of Taiwan Electric Appliance Manufacturers' Association.

### 1949
* The beginning of production of high quality electric fans.

### 1954
* TATUNG electric fans exported to the Philippines.

### 1956
* TATUNG Institute of Technology inaugurated.
* President Chiang Kai-shek and Vice-President Chen Cheng's visit to TATUNG.

### 1957
* TATUNG preferred stocks issued, shareholders exceeding 3,000.

### 1958
* Company bonds raised through TATUNG's own reputation.

### 1959
* TATUNG Industrial Union formed.
* Hsieh-Chih Industrial Publishing Company formed.

### 1960
* The beginning of production of automatic steamers.
* Ground breaking of Heavy Electric Apparatus Plant.

### 1961
* Production of refrigerators begun.
* TATUNG Institute of Technology and TATUNG Vocational School endowed with TATUNG stock by Hsieh-chih Association for the Advancement of Industry as funds.
* Hsieh-Chih Prize of Industry awarded for the first time.

### 1962
* The Supplementary School of Tatung Vocational School of Industry established.
* Dr. T. S. Lin appointed as President of Chinese Chemical Society.

### 1963
* TATUNG Institute of Technology upgraded to four-year college with Departments of Mechanical Engineering, Electrical Engineering, and Business Management.

### 1964
* Construction of TV Plant and Air-conditioner Plant completed.

### 1965
* Dr. T. S. Lin appointed as President of Chinese Institute of Engineers.

### 1966
* Taiwan Telecommunication Co. and TATUNG Electronics Co. formed.
* Profit center system established.
* Faculty members of TATUNG Tech. sent abroad for advanced studies through grant of Hsieh-Chih Association for the Advancement of Industry.

### 1967
* 50,000 KVA transformer completed.
* Capital of Taiwan Telecommunication Company increased to NT$70 million and new plant under construction for production of automatic XB.
* Dr. T. S. Lin appointed as a central standing committeeman of KMT as well as Chairman of Taipei City Branch of KMT.

### 1968
* Electric fans exported to Japan.
* 3,000 HP motor produced.
* November 22, Madam S. C. Lin passed away after having helped the first Chairman since the founding for 50 years.

### 1969
* Heavy Electric Apparatus Plant awarded the "National Q.C. Group Prize".
* Begun production of CTV sets.
* Investment in Changshin Co. and TATUNG Wire and Cable Co.

### 1970
* Dr. T.S. Lin elected as Speaker of the Taipei City Council.
* Department of Chemical Engineering of TATUNG Tech. established.
* Sales exceeded NT$2.2 billion, ranking first among private companies.
* Forward Electronics Co. and Chunghwa Picture Tubes Co. organized.

### 1971
* TATUNG refrigerator awarded the "National Q.C. Group Prize".
* 10,000 HP synchronous motor and 70,000 KVA transformer produced.
* TATUNG electric fan exported to the U.S.A.
* June 6, Chairman S. C. Lin, founder and first Chairman of TATUNG Co. passed away after 53 years of dedication to TATUNG.

### 1972
* Construction of Taloog Plant and Sanhsia Plant begun.
* TATUNG Co. of America and TATUNG Co. of Singapore set up.
* Mr. W. S. Lin appointed as President of TATUNG Co.
* Department of Industrial Design inaugurated at TATUNG Tech.
* TATUNG Horticulture Co. formed.

### 1973
* San Chih Chemical Company and TATUNG Chinese Character Processing Computer Company formed.
* Sisterhood between TATUNG Tech. and Chung-Ang University of Korea established.
* Dr. Lin conferred honorary Doctor of Science by Chung-Ang University.

### 1974
* Los Angeles Plant of TATUNG Co. of America established for production and sale of electric fans.
* Ranked first in sales among private industries in the Republic of China.
* Awarded the "Premier Prize" for outstanding performance in exports.

### 1975
* Taloog Plant awarded the "National Q.C. Group Prize".
* TATUNG CHUGAI Precious Metals Co. and TATUNG Co. of Japan established.
* Awarded the "Prize for Outstanding Performance in Exporting Machinery".
* Dr. T. S. Lin elected chairman of the Chinese National Federation of Industries.

### 1976
* TATUNG Audiocolor TV sets produced in CTV Plant of TATUNG Co. of America.
* TATUNG refrigerators awarded the "Minister Q.C. Prize".
* MBA and MSEE programs of TATUNG Tech. inaugurated.

T-D 00039

32

T-D 00040

**1977**
* TATUNG Audiocolor TV sets awarded the "Outstanding Design and Engineering Prize" at Chicago Consumer Electronics Show.
* Production and sales of TATUNG's refrigerator surpassed one million units annually and was awarded the "National Product Design Prize".
* Seshinte Motor Plant awarded the "National Q.C. Group Prize".
* Sisterhood between TATUNG Tech. and Inha University of Korea linked and exchange of faculties between the two schools began.
* Dr. Lin conferred Honorary Doctor of Engineering by Inha University.

**1978**
* 60th anniversary of TATUNG Co.
* Taipeg TV Plant awarded the "Minister Q.C. Prize".
* Panchiao Washing Machine Center awarded the "National Q.C. Prize".
* The statue of Chairman S. C. Lin, founder and first Chairman of TATUNG, unveiled.

**1979**
* Awarded the "Premier Prize for Outstanding Performance in Exports".
* TATUNG audio sets awarded the "National Q.C. Group Prize".

**1980**
* TATUNG International Corp. S.A., TATUNG (U.K.) Ltd. and Bridgenorth CTV Plant of TATUNG (U.K.) under planning.
* TATUNG air conditioners awarded the "National Q.C. Group Prize".
* Ranked first in exporting electrical and electronic products, awarded the "Premier Prize" as well as the "Market Development Prize" of the Board of Foreign Trade for outstanding performance in Middle East.
* Construction of color picture tubes plant of Chung Hwa Picture Tubes Co. begun.
* Pilot order of production of the Armed Forces material, and success in developing various types of generators.
* Dr. Lin conferred honorary Doctor of Law by Pepperdine University.

**1981**
* TATUNG audio sets awarded the "Minister National Q.C. Prize".
* Awarded the "Premier Prize" and the "Minister Prize" for export products and outstanding packing design.
* Preparation for setting up Atlanta Plant of TATUNG Co. of America under way.
* TATUNG (U.K.) Ltd. inaugurated.
* Peitou Audio Plant awarded the "Minister Q.C. Prize".
* Announcement of success in developing TATUNG VTR-VHR 1031 model in October.
* Sisterhood between TATUNG Tech. and Pepperdine University, U.S.A. linked.

**1982**
* Taoyuan Home Appliance Firm Plant awarded the "Create A Q.C. Prize".
* TATUNG VTR VHR-1031 (competitive model) as well as VHR-1022, VHR-1042

(economic model), put on the market.
* Dr. T. S. Lin awarded the "Contribution Prize" by the state of California for his efforts in promoting sisterhood between Taipei and Los Angeles.
* TATUNG washing machine awarded the "Minister Q.C. Prize".
* Production and sales of TATUNG (U.K.) Ltd. increase by seven times.
* Department of Computer Science and Information Engineering, the M.S. program in Chemical Engineering, and the Ph. D. program in Electrical Engineering inaugurated at TATUNG Tech.

**1983**
* TATUNG OTIS Co. established.
* M.S. Program in Computer Science and Engineering established.

**1984**
* Awarded the "Premier Prize" for outstanding performance in exports.
* Chunghwa Picture Tubes Company's annual production of CTV tubes surpassed one million units.
* Einstein-model of microcomputer of TATUNG (U.K.) Ltd. was brought into the market with great success.
* Tatung Science and Technology Inc. succeeded in developing 16bit microcomputer.
* Academic links between Tatung University and Pittsburg State University (U.S.) established.
* Dept. of Applied Mathematics, Dept. of Materials Engineering and Ph.D. Program in Mechanical Engineering established.

**1985**
* Dr. T. S. Lin became a member of the Board of Directors of the Associates, Harvard Business School (U.S.).
* Awarded the "Premier Prize" for ranking first in export performance.
* First 10,000KW hydroelectric generators, 345KV and 500,000KVA power transformer completed.
* VCR was awarded the "National Group Q.C. Prize."
* M.S. Program in Materials Engineering established.

**1986**
* Cooperation between TATUNG Co. and ITOKI Co. of Japan for the production of OA furniture was first in the context of export and packing design.
* Dept. of Bioengineering and Ph.D. Program in Chemical Engineering established.

**1987**
* Academic links between Tatung University and University of Glasgow (U.K.) established.
* Completion of Chunghwa Picture Tubes Company's construction of Yangmen Plant and its initial production.
* Adopted the computer controlled personnel presence-absence system.
* Visit of retailers of TATUNG (U.K.) Ltd. to TATUNG Company.
* Won 12 grand prizes in the 1987 export products and packaging design contest.

* Awarded the "Premier Prize" for outstanding exports performance in the first half year.
* Set up TATUNG-FDK Co. for production of ferrite core.

**1988**
* Facsimile machine with telephone, copier, and facsimile function put on the market.
* 32 bit TATUNG PC TCS-8000 model put on the market.
* Awarded the "Premier Prize" for ranking first in the 1987 total annual imports and exports.
* Annual production of CTV in TATUNG (U.K.) Ltd. surpassed one million sets and the groundbreaking of the monitor plant.
* Began the production of 1000,000 high resolution color picture tubes in Yangmei Plant of Chunghwa Picture Tubes Co.
* TATUNG Electric Company of America, Inc. located at Tustin, CA, U.S.A.
* Won a gold medal in the 39th Annual World Skills Contest by the colleagues of the Monitor Plant.
* Won 7 grand prizes in the outstanding products show of the Board of Foreign Trade.
* Participated in the Japanese Computer Exhibition with TATUNG's TCS-7000 and TCS-8000.

**1989**
* The TATUNG (U.K.) Ltd. new PC monitor production facility was officially opened by Dr. T. S. Lin and the Right Honorable Robert Atkins, Parliamentary Undersecretary of State for Industry.
* Dr. T. S. Lin visited University of Glasgow, Scotland, meeting with President Sir William Kerr Fraser regarding the exchange of professors.
* Set up TATUNG Computer Workstations.
* Awarded by the government as a model taxpayer.

**1990**
* MTS audio-visual TV recorders took the lead in the market.
* MTS & CATV Color TV Plant and Microwave Oven Plant were recognized by the Ministry of Economic Affairs as first grade plants.
* Taoyuan 2nd Factory of Heavy Electric Apparatus expanded plants for manufacturing fiber glass and power cables.
* TATUNG Head-office's North Design Factory Building (18 stories) and Sanshia Plant Building under construction.
* TATUNG Co. of Thailand and Chunghwa Pictures Tubes Co. of Malaysia started their first stage of plant construction. Chunghwa Pictures Tubes Co. of Malaysia began its color electron gun production.
* 486AT computers EISA developed, MARINER 4i & SUN-compatible workstations introduced into the market, and TCAD electronic circuit

33

board completed.
* The Management Development Center, located in Te-Hui Building on the campus of Tatung University set up.
* Patents acquired for application of CD (Cycle Dextries) in both our country and the U.S.A.

**1991**
* Ranking first in the evaluation of exports of information products conducted by Institute of Information Industry.
* Establishment of the subsidiaries of TATUNG Company in Indonesia, Makalte Electronics (Malaysia) SDN. BHD., PDK TATUNG(Thailand) Co., Ltd., and offices in Eastern Europe and London.
* Tatung Vocational High School changed its name to Tatung Senior High School.
* Dr. T. S. Lin was conferred Honorary Doctorate of Science by University of Glasgow.
* Dr. T. S. Lin was appointed senior adviser to the President of the Republic of China.

**1992**
* Tatung color display monitor, CM17MBD awarded the "Golden Prize" by the Association of Development of Electronics Products, R. O. C.
* Tatung High School formally accredited and the new school gate constructed.
* Groundbreaking of Shan-Chih Hall on November 11, 100-year-old birthday of the Founder, Mr. S. C. Lin.
* Dept. of Information Management established.

**1993**
* TATUNG Company and Chunghwa Picture Tubes Co., won the Outstanding Awards conferred by the Premier for ranking second and 13th respectively in the performance of exports and imports in 1992.
* Chunghwa Picture Tubes Co., Ltd. made great strides by manufacturing and selling 20 million units of picture tubes.
* The new Wire Plant of Taoyuan 2nd Plant of Industrial equipment was inaugurated on April 24.
* Tatung facsimile machine model TF-68 won the national product design prize.
* Ph.D. Programs in Materials Engineering and Computer Science and Engineering established.

**1994**
* Chunghwa Picture Tubes Company 2 color production lines, new LCD plant in Taoyuan and Paohou factory were under construction. It also planned to expand its 7th, 8th production lines in Malaysia.
* Yangmei Plant and Malaysia Plant received ISO-9002 certification. Chunghwa Picture Tubes Company has become world's biggest picture tubes plant producing color & monochrome picture tubes for monitors.
* Tatung Coatings Co. started restructuring to establish its self-developed new resin factory.

* Power and environmental protection computer and refrigerator won energy prize and technology prize.
* M.S. Program in Industrial Design established.

**1995**
* Chunghwa Picture Tubes Co. signed a contract with Toshiba Co. on the technological cooperation of producing 26-inch & up color picture tubes.
* The commercial type escalator developed by TATUNG OTIS Elevator Co. was formally put to use. It also got an order of 257 sets of escalator from Taipei MRT.
* 14 products won Taiwan fine products prize and environmental protection packing series won the highest honor of national design prize.
* Central Research Institute established to enforce the realization of "Education-Industry Integration for Research and Development."
* The first juvenile soccer "TATUNG CUP" and 19th Chinese Photograph Society Union Joint Exhibition sponsored.

**1996**
* Groundbreaking of Chunghwa Picture Tubes(UK)Ltd. in Scotland on February 20.
* TMP-5000 multimedia PC won the national product image prize.
* TATUNG SUMITOMO Cycle Co., Ltd established on May 24.
* President C. Y. Lin was conferred Datuk by His Majesty Sultan Abaszfouat of Malaysia on October 24, and became the first foreigner who obtained this honor.
* Celebration of the 25th anniversary of Chunghwa Picture Tubes Co. was held on December 12, honored by the presence of President T. H. Lee.
* TATUNG ATHERTON Co. established on December 24.
* Color TVs produced by TATUNG(UK)Ltd. were adopted by the British Parliament.
* Tatung Co. of Cambodia, Inc. and TISNet Technology Inc. were founded.
* M.S. Program in Bioengineering established.

**1997**
* Dr. T. S. Lin conferred the title "Professor Emeritus of Tatung University" on Mr. Nishimuro Thim, President of Toshiba Co. on March 19.
* President W. S. Lin promoted Chunghwa Picture Tubes Co. to sign technological cooperation contract with Japanese Mitsubishi/ADI Co. on April 24 for the most advanced TFT-LCD area production technology.
* TATUNG OKUMA Company established on July 1.
* TATUNG EMC Technology Company, TATUNG Company Mexico, and TATUNG Company the Netherlands established.
* The opening ceremony of Chunghwa Picture Tubes Co. in Scotland was held on Oct. 27, presided over by Dr. T. S. Lin, General Manager C. Y. Lin and

Her Majesty Queen Elizabeth II of the U.K.
* Dr. and Mrs. T. S. Lin visited England to inaugurate the opening ceremony of new monitor production factory.
* TATUNG VDBU Company in Mexico established.

**1998**
* Chunghwa picture tubes Company formed a joint venture, Toppan-Chunghwa Electronics Co. Ltd., with Japan's Toppan Printing Co. and Ampec Far-East Co.
* TATUNG Company signed a facility purchasing agreement with Taipower to provide level dispatch and control system engineering technology.
* TATUNG Company exhibited the first domestically developed high quality digital TV Receiver (HDTV Receiver).
* Dr. T. S. Lin was conferred an honorary doctorate in engineering by Worcester Polytechnic Institute of the U.S.A.
* The celebration of the 80th anniversary of TATUNG Company and the opening of Shan-Chih Hall.
* Shan-Chih Semiconductor Company in Kuayin New Plant established for producing recycled wafers and polished chips.
* M.S. Programs in Electro-optical Engineering and Communication Engineering established.

**1999**
* Plain Paper FAX-130PT of Taiwan Telecommunication Industry Co. won the silver prize in the 7th National Product Image Award.
* Chunghwa Picture Tubes Company TFT-LCD Plant inaugurated in Taoyuan Plant on June 25th. President T. H. Lee and Dr. T. S. Lin were invited to attend the opening ceremony and deliver speeches.
* Tatung Institute of Technology was accredited by the Ministry of Education as Tatung University starting August 1.
* M.S. Program in Applied Mathematics established.

The reputation and honor won by TATUNG over the past eighty-three years can be attributed to the concerted efforts of all our employees and management. The implementation of "Education-Industry Integration for Research and Development" contributes to the success of this country's industrialization. "Labor-Management Unification for Industry Autonomy" establishes self-technology. "Creating Profits to Share with Customers and Shareholders" forms "Socially Invested and Publicly-owned Company." This company employs able people at home and abroad to utilize every means to create the worldwide industrial company. It has produced excellent products and services for the entire world, and has brought it ever closer to the ideal of "Great Commonwealth of Peace and Prosperity."

T-D 00041



**TATUNG Co.**

22 Chungshan North Road, 3rd Sec.,
Taipei, Taiwan, 104, R.O.C.
TEL: (02)2592-5252, FAX: (02)25915185/25921813
http://www.tatung.com.tw

T-D 00042

2001.09.No.004110