# EXHIBIT 13

# CONFIDENTIAL DOCUMENT

These pages have been removed because they contain confidential information subject to the Protective Order.

# EXHIBIT 14

*LG Philips LCD Co., LTD   v.*
*Tatung Company, et al.*

---

*Hearing*
*July 7, 2006*

---

*Hawkins Reporting Service*
*715 N King Street*
*Suite 3*
*Wilmington, DE   19801*
*(302) 658-6697*

Original File 070706~1.TXT, 121 Pages
Min-U-Script® File ID: 2645918850

**Word Index included with this Min-U-Script®**

**LG Philips LCD Co., LTD   v.**
**Tatung Company, et al.**

---

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD., )
    Plaintiff,         ) C.A. No.  05-292-JJF
v.                    )
TATUNG COMPANY, TATUNG     )
  COMPANY OF AMERICA, INC., )
CHUNGHWA PICTURE TUBES     )
LTD., and VIEWSONIC          )
CORPORATION,           )
    Defendant.       )

        Friday, July 7, 2006
        2:01 p.m.
        Courtroom 4B
        844 King Street
        Wilmington, Delaware

BEFORE:  THE HONORABLE JOSEPH J. FARNAN, JR.
      United States District Court Judge

APPEARANCES:
    THE BAYARD FIRM
    BY:  RICHARD D. KIRK, ESQ.
       -and-
    McKENNA, LONG & ALDRIDGE, LLP
    BY:  GASPARE J. BONO, ESQ.
    BY:  CASS W. CHRISTENSON, ESQ.
    BY:  ADRIAN P.J. MOLLO, ESQ.
      Counsel for the Plaintiff

---

Page 2

[1] APPEARANCES CONTINUED:
[2]
[3]    RICHARDS, LAYTON & FINGER
      BY:  ROBERT W. WHETZEL, ESQ.
[4]
[5]      -and-
[6]    HOWREY LLP
      BY:  GLENN W. RHODES, ESQ.
[7]    BY:  TERESA M. CORBIN, ESQ.
      BY:  JULIE S. GABLER, ESQ.
[8]    BY:  STEVEN YOVITS, ESQ.
      BY:  HEATHER H. FAN, ESQ.
[9]    BY:  SUZANNE B. DRENNON, ESQ.
[10]      Counsel for the Defendants
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]

---

Page 3

[1]    THE CLERK: All rise.
[2]    THE COURT: All right. Be seated.
[3]  Good afternoon.
[4]    (Everyone said, Good afternoon, Your
[5]  Honor.)
[6]    THE COURT: Okay. We're here for
[7]  the pretrial conference in 05-292.
[8]    I've reviewed the pretrial order,
[9]  proposed pretrial order that was submitted along
[10]  with some other motions, including some motions
[11]  in limine that were filed.
[12]    And I understand there's some papers
[13]  that have been filed this morning. I haven't
[14]  looked at those. But I'll get a chance to do it
[15]  hopefully over the weekend.
[16]    With regard to the pretrial order,
[17]  I'm going to make some rulings so that it will
[18]  guide the parties and give them the opportunity
[19]  to amend it. In the first ruling, the witness
[20]  list for purposes of the trial, the pretrial
[21]  order at this point doesn't allow me to have
[22]  enough information or real information to be able
[23]  to allocate time to the parties for purposes of
[24]  the trial. So I'm presently targeting July 12th

---

Page 4

[1]  as the day that I'll enter the trial management
[2]  order.
[3]    I'm going to do a little more
[4]  reviewing of the papers. But for the parties'
[5]  purposes, the specific witness list and the order
[6]  that the specific witnesses will be called, the
[7]  plaintiff's list will be due July the 15th to the
[8]  defendants by 5:00 p.m.
[9]    So the plaintiffs will prepare a
[10]  list that in the order you intend to call the
[11]  witnesses. They'll be listed and supplied to the
[12]  defendants.
[13]    The defendants' specific witness
[14]  list will be due to the plaintiff 5:00 p.m. on
[15]  July 17th. No other witnesses will be permitted
[16]  during the course of the trial then the witnesses
[17]  listed on the specific list, and no witnesses
[18]  will be able to be called out of the order
[19]  provided for in the witness list.
[20]    And now, as far as number of
[21]  witnesses, when you list the witnesses, you'll
[22]  have — let's just pick a number like 125. And
[23]  you'll list them like this is number one, number
[24]  two, number three.

---

**Page 5**

[1]     What you have to be careful of is
[2] that you're not going to be able to call number
[3] 124 in place of number eleven. You have to be
[4] very careful how you list in the context of the
[5] time that I'll allocate to you next Wednesday.
[6] Because if you run out of time, that list cuts
[7] there. So whatever plaintiff has presented
[8] within its time frame.
[9]     Now, it's a little dangerous to cut
[10] it too close for either side, because if I say
[11] I'm not going to give any accommodation, I can't
[12] give any accommodation whether it's to plaintiffs
[13] or defendants. So if you run out of time, you
[14] just run out of time.
[15]     You could leave a whole issue bare,
[16] but there's enough notice here today that that's
[17] not going to happen to you. So you want to be
[18] very careful in preparing that list and how you
[19] allocate your witnesses.
[20]     Now, exhibits, you each have quite a
[21] few listed in your pretrial order. I'm going to
[22] limit each side to 150 exhibits. You don't have
[23] to list them in any particular order, but there
[24] will be no other exhibits admitted into the

**Page 6**

[1] evidentiary record beyond the 150 that each side
[2] selects.
[3]     Now, beyond 150, if you can agree
[4] with each other that there's a set of 25 or a set
[5] of 30 that you want in the record, I'll allow you
[6] to have the ability to agree with each other.
[7] But beyond agreement between the parties, you're
[8] each limited to 150.
[9]     Now, that list, plaintiff's list of
[10] exhibits for the trial shall be supplied, again,
[11] on July 15th by 5:00 p.m. to the defendants. And
[12] defendants' list should be supplied to the
[13] plaintiff by July 17th at 5:00 p.m.
[14]     As with witnesses, no exhibit will
[15] be allowed beyond those on the exhibit list.
[16] Now, each side will be permitted, within the case
[17] law and the rules, to use the other party's
[18] exhibit list and witness list.
[19]     There's a little nuance with regard
[20] to if a party objects to calling for some reason.
[21] Of course, the case law sets out the reasons, but
[22] you all have that precaution in the proposed
[23] order, and I would certainly allow you to use
[24] exhibits freely once they're on the exhibit list.

**Page 7**

[1]     All right. With regard to motions,
[2] there's a number of motions. Let me start with
[3] the motions in limine. That might be a good
[4] place.
[5]     Motions in limine. Docket Item 227
[6] is denied.
[7]     Docket Item 228 is granted.
[8] Docket Item 229 is denied.
[9] Docket Item 230 is denied.
[10] Docket Item 231 is denied.
[11] Docket Item 295, which, in essence,
[12] amends Docket Item 232, is granted.
[13]     Docket Item 233 is denied.
[14] I'm going to reserve judgment with
[15] regard to Docket Item 285, 289, 292, and 304.
[16] The reason being, some of them aren't finished
[17] with the filings of the ones I just mentioned.
[18]     Docket Item 291, although it falls
[19] in that category, I only have the opening motion.
[20] I'm going to deny it because it's a motion in
[21] limine that defendant's requesting that the
[22] plaintiffs not be able to go outside their expert
[23] report. And my practice is that that application
[24] is made post-trial.

**Page 8**

[1]     If either party solicits testimony
[2] from an expert in the form of opinion or
[3] otherwise, that goes outside of what the reports
[4] and the disclosures were, that can be briefed
[5] post-trial. And depending — normally it's filed
[6] by a party who is not prevailing.
[7]     If I find there's been a violation
[8] of the rule and the pretrial order, I'll simply
[9] order a new trial with the losing side on that
[10] motion paying for the first trial, and incidental
[11] costs to that first trial, including attorneys'
[12] fees.
[13]     So you have to be very careful in
[14] presenting opinion testimony that you don't go
[15] outside the expert report, because you could be
[16] vulnerable to the post-trial procedure of losing
[17] the verdict and being faced with the cost. And I
[18] assume it's substantial just looking around the
[19] room here.
[20]     So you want to avoid that at all
[21] costs. So that's why I'm denying that. I don't
[22] need any further briefing because I just don't
[23] have that practice.
[24]     With regard to the other motions, as

# EXHIBIT 15

| | |
|---|---|
| **From:** | Doi, Elsa [Doie@howrey.com] |
| **Sent:** | Monday, July 17, 2006 17:38 |
| **To:** | Mollo, Adrian |
| **Cc:** | Seldeen, William |
| **Subject:** | Defendants' Trial Exhibit and Witness List |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | CPT's_Ob.pdf; 2006.07.15 Exhibit List.pdf; Counter Part 1.pdf; Counter Part 2.pdf |

Adrian,

Attached is defendants' objections to plaintiff's trial exhibit list, objections and counter designations to plaintiff's deposition designations, and defendants' trial exhibit list. IKON has already delivered the actual exhibits to Karen Johnson's attention at the Bayard Firm. Witness list and deposition designations will soon follow.

Elsa

Elsa Doi, Paralegal
Howrey, LLP
321 N. Clark Street, Suite 3400
Chicago, Illinois 60610
(312) 595-1037
(312) 595-2250 fax
doie@howrey.com

--------------------------------------------------------------------------------------

This email and any attachments contain information from the law firm of Howrey LLP, which may be confident
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retr

**CPT's Objections to LPL's 7/15/06 Trial Exhibits**

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---|---|---|---|
| 1 | Certified copy of U.S. Patent No. 5,019,002 | 403 | Late produced |
| 2 | Certified copy of assignment history of U.S. Patent No. 5,019,002 | 403 | Late produced Multiple documents |
| 3 | Certified file history for U.S. Patent No. 5,019,002 | 403 | Late produced |
| 4 | CD containing .str files for 150PB | 901 | No objection. |
| 5 | CD containing .str files for 150XP | 901 | No objection. |
| 6 | CD containing .str files for 170EA0203 | 901 | No objection. |
| 7 | CD containing .str files for 190EA05 | 901 | No objection. |
| 8 | 150PB .str file printouts | 901 | No objection. |
| 9 | 150XP .str file printouts | 901 | No objection. |
| 10 | 170EA0203 .str file printouts | 901 | No objection. |
| 11 | 190EA05 .str file printouts | 901 | No objection. |
| 12 | .str file printouts for products containing outer guard rings | 901 | No objection. |
| 13 | .str file printouts for products containing outer guard rings and inner guard rings | 901 | No objection. |
| 14 | Array specs for 150PB and translation | 403 | No objection. |

CPT's OBJECTIONS TO LPL's 7/15/06 TRIAL EXHIBITS

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---|---|---|---|
| 15 | Array specs for 150XP and translation | | Exhibit not provided |
| 16 | Array specs for 170EA0203 and translation | | No objection. |
| 17 | Array specs for 190EA05 and translation | 403 | No objection. |
| 18 | Additional array specs for products with outer guard rings | | Multiple documents<br>Late disclosed |
| 19 | Additional array specs for products with both inner and outer guard rings | | Multiple documents<br>Late disclosed |
| 20 | 150PB01 module | | Multiple documents |
| 21 | 150XP02 module | | Multiple documents |
| 22 | 170EA02 module | | Multiple documents |
| 23 | 190EA05 module | | No objection. |
| 24 | Reverse engineering photos for 150PB01 | 901 | Multiple documents |
| 25 | Reverse engineering photos for 170EA02 | 901 | Multiple documents |
| 26 | Reverse engineering photos for 150XE01 | 901 | No objection. |
| 27 | Reverse engineering photos for 150XG06 | 901 | No objection. |
| 28 | Photos of 150PB01 module | 901 | Late produced |
| 29 | Photos of 150XP02 module | 901 | Late produced |
| 30 | Photos of 170EA02 module | 901 | Late produced |
| 31 | Photos of 190EA05 module | 901 | Late produced |
| 32 | Photos of 150XP motherglass | 901 | No objection. |

2

**CPT's Objections to LPL's 7/15/06 Trial Exhibits**

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---|---|---|---|
| 33 | Photos of 170EA01 motherglass | 901 | No objection. |
| 34 | List of accused products | 901 | |
| 35 | CPT Disclosure Pursuant to Court Order Dated May 1, 2006 | No objection | No objection |
| 36 | Dr. Elliott Schlam's report with exhibits and translations | 703, 802 | Multiple documents |
| 37 | ESD In LCD Process PowerPoint with translation | 403, 802, 901 | No objection |
| 38 | Inner Short Ring PowerPoint with translation | 403, 802, 901 | Multiple documents |
| 39 | Static Discharge Simulative Design PowerPoint with translation | 403, 802, 901 | No objection. |
| 40 | Countermeasures for Residual Static on the Light Mask for 19-inch EA Panel Static with translation | 403, 802, 901 | No objection. |
| 41 | LGE and Honeywell Purchase and Sales Agreement | No objection. | No objection. |
| 42 | LPL prospectus dated July 15, 2004 | | Late produced |
| 43 | Korean Times article "LG Targets Global Top Three Electronics" | 802 | No objection. |
| 44 | LPL sales and profit summary by product from 2000-2004 | 403 | No objection. |

# CPT's Objections to LPL's 7/15/06 Trial Exhibits

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---|---|---|---|
| 45 | LPL quarterly sales by product from 2000-2005 | 403 | No objection. |
| 46 | Letters between CPT and LPL regarding patent infringement | 403, 802 | Patents Not In Suit and Collateral Litigation<br>Multiple documents |
| 47 | CPT CLAA150XA03 and claims to U.S. Patent No. 4,624,737 | 403, 802 | Patents Not In Suit and Collateral Litigation |
| 48 | Letters from Jeong-Hwan Lee of LG.Philips to Tatung and ViewSonic | 403, 802 | Patents Not In Suit and Collateral Litigation<br>Multiple documents |
| 49 | Letters from Jeong-Hwan Lee of LG.Philips to Acer, Fujitsu, UNIPAC, Chimei, CPT | 403, 802 | Late produced<br>Multiple documents<br>Patents Not In Suit and Collateral Litigation |
| 50 | Blank LPL Patent License Agreement | 402, 403, 802, 901 | No objection. |
| 51 | March 5, 2004 letter from LPL to Toshiba regarding licensing | No objection. | No objection. |
| 52 | Patent Cross License Agreement between LPL and NEC Corp dated April 21, 2001 | No objection. | No objection. |
| 53 | Patent Cross License Agreement between Hitachi Display and LPL dated June 17, 2004 | 402, 802, 901 | No objection. |

CPT's OBJECTIONS TO LPL's 7/15/06 TRIAL EXHIBITS

| PTX No. | PLAINTIFF'S DESCRIPTION | FEDERAL RULES OF EVIDENCE BASIS | ADDITIONAL BASIS |
|---|---|---|---|
| 54 | Patent License Agreement between Semiconductor Energy Laboratories and LPL, October 18, 2001 | 402, 403, 802 | No objection. |
| 55 | License Agreement between LPL and Rockwell Collins, Inc. dated June 13, 2001 | 402, 802 | No objection. |
| 56 | License Agreement on Vertically Aligned Liquid Crystal Displays between CEA and LPL | 402, 403, 802 | No objection. |
| 57 | Agreement between Lemelson Foundation Partnership and LG dated July 30, 1999 | No objection. | No objection. |
| 58 | License Agreement between the Trustees of Columbia University and LPL dated July 10, 2000 | 402, 802 | No objection. |
| 59 | License Agreement between Seiko and LPL between December 6, 2001 | 402, 802 | No objection. |
| 60 | License Agreement between Penn State Research and LPL, January 2, 2003 | 402, 802 | No objection. |
| 61 | Patent License Agreement between Honeywell and LPL dated March 28, 2003 | 802 | No objection. |

## CPT's Objections to LPL's 7/15/06 Trial Exhibits

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---|---|---|---|
| 62 | Patent Agreement between Honeywell and LPL October 27, 2003 | 802 | No objection. |
| 63 | Statement and Licensing Agreement between Solar Physics Corp. and LPL dated July 15, 2003 | 802 | No objection. |
| 64 | Patent License Agreement between LPL and Fergason Patent Properties dated October 27, 2003 | 802 | No objection. |
| 65 | Information about CPT from website | No objection | Multiple documents |
| 66 | "Quick Reference Guide to Chunghwa Display Technology" – CPT corporate brochure in English | No objection. | No objection. |
| 67 | Offering Memorandum, June 21, 2005 | 802 | No objection. |
| 68 | August 2002 CPT (CPT-TFT Information for GDR) Presentation and translation | 403, 802 | No objection. |
| 69 | CPT roadshow presentation dated August 2002 | 403, 802 (handwritten notes), 901 | No objection. |
| 70 | CPT Research Analyst Presentation dated April 2002 | 802 (handwritten notes), 901 | No objection. |

# CPT's Objections to LPL's 7/15/06 Trial Exhibits

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---|---|---|---|
| 71 | August 10, 1999 Letter from Jean Co., Ltd. regarding ViewSonic and translation | 402, 403, 802 | No objection. |
| 72 | Reports on overseas visits and translations | No objection. | No objection. |
| 73 | Travel and Business Consultation Reports | 402, 403, 802 | Multiple documents |
| 74 | Applications for going overseas and translation | 402, 403, 802 | Multiple documents |
| 75 | CPT document entitled: "Product Roadmap (Dell)" dated August 25, 2004 | No objection. | Multiple documents |
| 76 | Agreement between CPT and Amkotron, Inc. | No objection. | No objection. |
| 77 | Agreement between CPT and Solectron dated April 24, 2000 | 402, 403 | No objection. |
| 78 | Chart titled "CPT TFT Payable Shipments to USA" dated January 1, 1999 through May 9, 2005 | No objection. | No objection. |
| 79 | Indemnification Agreement between CPT and Tatung dated July 2003 | 402, 403 | Multiple documents Two of the documents (CPT271156-59 and CPT271160-64) were not included on the Plaintiff's initial exhibit list. |

**CPT's OBJECTIONS TO LPL'S 7/15/06 TRIAL EXHIBITS**

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---|---|---|---|
| 80 | CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated August 4, 2005 (CA case 02-6775) | 402, 403 | No objection |
| 81 | CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated May 10, 2006 (CA case 02-6775) | No objection. | No objection |
| 82 | CPT Sales Charts organized by module through Q1 2006 | 402, 403 | Damages outside the U.S. |
| 83 | CPT repairs chart (sales) | 402, 403 | Damages outside the U.S. |
| 84 | Invoices produced by CPT to U.S. customers on various dates | No objection. | No objection. |
| 85 | CPT and Subsidiaries Consolidated Financial Statements for the years ended December 31, 2003 and 2002 with Report of Independent Auditors | No objection. | Late produced |
| 86 | CPT 2004 Fourth Quarter Results dated February 3, 2005 | No objection. | Late produced<br>Not included on initial exhibit list |
| 87 | CPT Reports Q1 2005 Results from website | No objection. | Late produced<br>Not included on initial exhibit list<br>Multiple documents |

8

**CPT'S OBJECTIONS TO LPL'S 7/15/06 TRIAL EXHIBITS**

| PTX No. | PLAINTIFF'S DESCRIPTION | FEDERAL RULES OF EVIDENCE BASIS | ADDITIONAL BASIS |
|---|---|---|---|
| 88 | CPT April-June 2006 Results from website | No objection. | Late produced Not included on initial exhibit list Multiple documents |
| 89 | License and Technical Assistance Agreement between ADI and CPT dated April 24, 1997 | No objection. | Multiple documents |
| 90 | Patent License and Sublicense Agreement between Hitachi, Ltd, Hitachi Displays, and CPT dated January 1, 2003 | No objection. | Multiple documents |
| 91 | Patent License Agreement between CPT and Sharp dated January 1, 2002 | No objection. | No objection |
| 92 | Patent License Agreement Re: Amorphous Silicon TFTs between Semiconductor Energy Laboratory, Co. and CPT dated March 8, 2004 | No objection. | No objection |
| 93 | ViewSonic company Information from website | 802 | Multiple documents |

CPT's OBJECTIONS TO LPL's 7/15/06 TRIAL EXHIBITS

| PTX No. | PLAINTIFF'S DESCRIPTION | FEDERAL RULES OF EVIDENCE BASIS | ADDITIONAL BASIS |
|---------|------------------------|-------------------------------|------------------|
| 94 | May 19, 2006 Letter from E. Doi to C. Christenson enclosing reformatted ViewSonic production documents bates numbered VS-D 000001, VS-D 000002, VS-D 007797, VS-D 007797, and VS-D 007798 | 402, 403 | No objection |
| 95 | ViewSonic Shipments to U.S. Addressees for LCD Monitors and TVs | No objection. | Multiple documents Two of these documents (VS-D 008299-305 and VS-D 008306-309) were not included on Plaintiff's initial exhibit list |
| 96 | Defendant ViewSonic Corporation's Amended and Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories (Nos. 1-3) dated May 19, 2006 (C.A. No. CV-03-2886) | 402, 403 | Not included on Plaintiff's initial exhibit list |
| 97 | Correspondence from Pearlyn Lim of ViewSonic to Dundee Hsieh of CPT | 802 | No objection |
| 98 | April 3, 2002 E-mail chain between ViewSonic and CPT | 802 | No objection |

10

CPT's Objections to LPL's 7/15/06 Trial Exhibits

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---|---|---|---|
| 99 | April 3, 2002 E-mail chain between ViewSonic and CPT | 802 | No objection |
| 100 | August 11, 2003 e-mail chain between CPT and ViewSonic | 802 | No objection |
| 101 | December 18, 2003 e-mail chain between CPT and ViewSonic | 802 | No objection |
| 102 | CPT Product Roadmaps to ViewSonic | No objection. | Multiple documents VS-D 08313 was not included on Plaintiff's initial exhibit list |
| 103 | ViewSonic Corporation Acceptance Specs for LCD panel modules | No objection. | Multiple documents |
| 104 | Company and Product Information from Tatung Company Web-Site | No objection. | Multiple documents |
| 105 | Tatung brochure titled "Serving the Country through Education and Industry" | 402, 403, 802 | No objection |
| 106 | Tatung Company Product specification | 802 | No objection |
| 107 | List of Tatung Company Products | | No objection |

11

**CPT's OBJECTIONS TO LPL's 7/15/06 TRIAL EXHIBITS**

| PTX No. | PLAINTIFF'S DESCRIPTION | FEDERAL RULES OF EVIDENCE BASIS | ADDITIONAL BASIS |
|---|---|---|---|
| 108 | Defendant Tatung Company's Sixth Set of Supplemental Responses to Plaintiff LG.Philips LCD Co., Ltd.'s First Set of Interrogatories dated September 2, 2005. (CA Case) | 402, 403 | Damages outside the U.S. |
| 109 | Tatung Sales from 1999-2005 | 402, 403 | Damages outside the U.S. |
| 110 | Tatung Sales records | 802, 901, 402 | No objection |
| 111 | Tatung profit information | 402, 403, 802, 901 | Damages outside the U.S. |
| 112 | Tatung OEM Agreement with ViewSonic Corporation dated July 18, 2001 | 105, 802, 901 | Multiple documents. No objection |
| 113 | Tatung Agreement with Emachines dated September 1, 2003 | 105, 402, 802, 901 | No objection |
| 114 | International Vendor Agreement between RadioShack Global Sourcing Limited Partnership and Tatung Company dated July 1, 2005 | 105, 402, 802, 901 | No objection |

12

CPT's OBJECTIONS TO LPL's 7/15/06 TRIAL EXHIBITS

| PTX No. | PLAINTIFF'S DESCRIPTION | FEDERAL RULES OF EVIDENCE BASIS | ADDITIONAL BASIS |
|---------|------------------------|--------------------------------|------------------|
| 115 | January 6, 2005 Letter from Ms. Musselman (Gateway) to Mr. Lin (Tatung) enclosing Product Supply Attachment between Gateway Companies, Inc. and Tatung Company dated November 4, 2004 | 105, 402, 802, 901 | No objection |
| 116 | Original Design Manufacturer Agreement between Hewlett-Packard Company and Tatung Company, Global Agreement HP Contract # HPOP314 dated April 23, 2002 | 402, 802, 901 | No objection |
| 117 | Master Purchasing Contract between Planar Systems, Inc. and Tatung Company dated September 22, 2004 | 402, 802, 901 | No objection |
| 118 | Service Agreement Between Edward Service, LLC and Tatung Co. | 105, 402, 403, 802, 901 | Multiple documents |
| 119 | Product and Service Information from Tatung Company of America Web-Site | 802, 901 | No objection |
| 120 | Tatung America new sales charts for products with CPT modules | 802, 901 | Multiple documents |

CPT'S OBJECTIONS TO LPL'S 7/15/06 TRIAL EXHIBITS

| PTX No. | PLAINTIFF'S DESCRIPTION | FEDERAL RULES OF EVIDENCE BASIS | ADDITIONAL BASIS |
|---|---|---|---|
| 121 | Tatung America old sales charts for products with CPT modules | 802, 901 | Multiple documents |
| 122 | Tatung Company of America's Sixth Set of Supplemental and Amended Responses to LPL's First Set of Interrogatories dated January 26, 2006 | No objection. | No objection |
| 123 | Tatung America invoices | No objection. | No objection |
| 124 | CPT Production Roadmaps to Tatung America | No objection. | Multiple documents |
| 125 | Supply & Purchasing Agreement between Tatung Company of America and Sensormatice Electronics Corporation dated January 3, 2006 | 402, 802 | No objection |
| 126 | January 3, 2006 and January 2, 2002 Federal Reserve Statistical Releases: Foreign Exchange Rates (Annual) | 402, 802, 901 | Late produced |
| 127 | April 3, 2006 Federal Reserve Statistical Releases: Foreign Exchange Rates (Monthly) | 402, 802, 901 | Multiple documents |

14

## CPT's Objections to LPL's 7/15/06 Trial Exhibits

| PTX No. | Plaintiff's Description | Federal Rules of Evidence Basis | Additional Basis |
|---------|------------------------|--------------------------------|------------------|
| 128 | Expert Report of Webster Howard, Ph. D. in Response to the Expert Report of Dr. Elliot Schlam for Infringement of U.S. Patent No. 5,019,002 | No objection. | No objection |
| 129 | E150XJ01.str color prints: markings on mask files | 802 | No objection |
| 130 | Letter from Scott Holmberg to John Zele dated January 21, 1998 | 802, 901 | Multiple documents |
| 131 | Tatung Company invoices and packing lists dated December 4-10, 2001 | 802 | No objection |
| 132 | ViewSonic Roadmap Discussions with LCD BU dated July 21, 2004 | 402, 802 | No objection |
| 133 | ViewSonic Corporation Product List and verification by Erik Willey | No objection. | No objection |
| 134 | ViewSonic 10-K Form filed on April 3, 2006 | No objection | No objection |
| 135 | CPT trip report(s) dated May 26, 2006 and translation | 403 | No objection |

# EXHIBIT 16

| | |
|---|---|
| **From:** | Dick Kirk [rkirk@bayardfirm.com] |
| **Sent:** | Tuesday, July 18, 2006 19:05 |
| **To:** | Thomas W. Jenkins; Christine A. Dudzik; Glenn W. Rhodes; Julie Gabler; Matthew W. King; Robert Whetzel; Steve Yovits; Teresa M. Corbin |
| **Cc:** | Bono, Gaspare; Christenson, Cass; Brzezynski, Lora |
| **Subject:** | Annotated LPL Exhibit List |
| **Attachments:** | 7-18-06 Exhibit List Ann.DOC |

Counsel:

Attached please find LPL's annotated exhibit list.


Regards,

Dick Kirk

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
rkirk@bayardfirm.com

------------------------------------
IRS Circular 230 DISCLOSURE:
Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (1) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (2) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.
------------------------------------

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

10/22/2006

EXHIBIT AND WITNESS LIST - CONTINUATION

# United States District Court

## DISTRICT OF DELAWARE

### LPL'S EXHIBIT AND WITNESS LIST

Case Number: 02-292 (JJF)

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 001 | | | | | Certified copy of U.S. Patent No. 5,019,002 | |
| 002 | | | | | Certified copy of assignment of U.S. Patent Application from Holmberg to Alphasil | |
| | | | | | Changes: LPLII 104739 through 42 remains as PTX 002 LPLII 104743 through 48 becomes PTX 139 LPLII 104749 through 52 becomes PTX 140 LPLII 104753 through 58 becomes PTX 141 | |
| 003 | | | | | Certified file history for U.S. Patent No. 5,019,002 | |
| 004 | | | | | CD produced by Defendants containing .str files (CPT-D 33640) | |
| 005 | | | | | CD produced by Defendants containing .str files (CPT-D 27820) | |
| 006 | | | | | CD produced by Defendants containing .str files (CPT 269427) | |
| 007 | | | | | CD produced by Defendants containing .str files (CPT 276051) | |
| 008 | | | | | 150PB .str file printouts | |
| 009 | | | | | 150XP .str file printouts | |
| 010 | | | | | 170EA0203 .str file printouts | |
| 011 | | | | | 190EA05 .str file printouts | |
| 012 | | | | | .str file printouts for products containing outer guard rings | |
| 013 | | | | | .str file printouts for products containing outer guard rings and inner guard rings | |
| 014 | | | | | Array specs for 150PB and translation | |
| 015 | | | | | Array specs for 150XP and translation | |
| 016 | | | | | Array specs for 170EA0203 and translation | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 017 | | | | | Array specs for 190EA05 and translation | |
| 018 | | | | | Additional array specs for products with outer guard rings | |
| 019 | | | | | Additional array specs for products with both inner and outer guard rings | |
| 020 | | | | | 150PB01 module | |
| 021 | | | | | 150XP02 module | |
| 022 | | | | | 170EA02 module | |
| 023 | | | | | 190EA05 module | |
| 024 | | | | | Reverse engineering photos for 150PB01 | |
| 025 | | | | | Reverse engineering photos for 170EA02 | |
| 026 | | | | | Reverse engineering photos for 150XE01 | |
| 027 | | | | | Reverse engineering photos for 150XG06 | |
| 028 | | | | | Photos of 150PB01 module | |
| 029 | | | | | Photos of 150XP02 module | |
| 030 | | | | | Photos of 170EA02 module | |
| 031 | | | | | Photos of 190EA05 module | |
| 032 | | | | | Photos of 150XP motherglass | |
| 033 | | | | | Photos of 170EA01 motherglass | |
| 034 | | | | | List of accused products | |
| 035 | | | | | CPT Disclosure Pursuant to Court Order Dated May 1, 2006 | |
| 036 | | | | | Dr. Elliott Schlam's report with exhibits and translations | |
| 037 | | | | | ESD In LCD Process PowerPoint with translation | |
| 038 | | | | | Inner Short Ring PowerPoint with translation | |
| 039 | | | | | Static Discharge Simulative Design PowerPoint with translation | |
| 040 | | | | | Countermeasures for Residual Static on the Light Mask for 19-inch EA Panel Static with translation | |
| 041 | | | | | LGE and Honeywell Purchase and Sales Agreement | |
| 042 | | | | | LPL prospectus dated July 15, 2004 | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 043 | | | | | Korean Times article "LG Targets Global Top Three Electronics" | |
| 044 | | | | | LPL sales and profit summary by product from 2000-2004 | |
| 045 | | | | | LPL quarterly sales by product from 2000-2005 | |
| 046 | | | | | February 8, 2002 letter from LG.Philips to Chunghwa Picture Tubes regarding '002 Patent. | |
| | | | | | Changes:  LPL 217 remains as PTX 046  LPL 216 is moved to and becomes PTX 0142  CPT 7575 is moved to and becomes PTX 0143  LPL 213 is moved to and becomes PTX 0144  LPL 212 is moved to and becomes PTX 0145  CPT 7574 is moved to and becomes PTX 0146  CPT 7591 through 93 are moved to and become PTX 0147  The remaining pages from PTX 047 were removed from the exhibit list | |
| | | | | | LPL claim charts from June 2002 meeting | |
| 048 | | | | | August 12, 2002 letter from LG.Philips to Tatung regarding '002 Patent | |
| | | | | | Changes:  LPL 25668 remains as PTX 048  LPL 237 is moved to and becomes PTX 049 | |
| 049 | | | | | August 12, 2002 letter from LG.Philips to ViewSonic regarding '002 Patent | |
| | | | | | Changes:  The original document designated PTX 049 was deleted in its entirety  LPL 237 is moved from PTX 048 above and becomes PTX 049 | |
| 050 | | | | | Draft LPL Patent License Agreement | |
| 051 | | | | | March 5, 2004 letter from LPL to Toshiba regarding licensing | |
| 052 | | | | | Patent Cross License Agreement between LPL and NEC Corp. dated April 21, 2001 | |
| 053 | | | | | Patent Cross License Agreement between Hitachi Display and LPL dated June 17, 2004. | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 054 | | | | | Patent License Agreement between Semiconductor Energy Laboratories and LPL, October 18, 2001 |
| 055 | | | | | License Agreement between LPL and Rockwell Collins, Inc. dated June 13, 2001 |
| 056 | | | | | License Agreement on Vertically Aligned Liquid Crystal Displays between CEA and LPL |
| 057 | | | | | Agreement between Lemelson Foundation Partnership and LG dated July 30, 1999 |
| 058 | | | | | License Agreement between the Trustees of Columbia University and LPL dated July 10, 2000 |
| 059 | | | | | License Agreement between Seiko and LPL dated December 6, 2001 |
| 060 | | | | | License Agreement between Penn State Research and LPL dated January 2, 2003 |
| 061 | | | | | Patent License Agreement between Honeywell and LPL dated March 28, 2003. |
| 062 | | | | | Patent Agreement between Honeywell and LPL dated October 27, 2003 |
| 063 | | | | | Statement and Licensing Agreement between Solar Physics Corp. and LPL dated July 15, 2003. |
| 064 | | | | | Patent License Agreement between LPL and Fergason Patent Properties dated October 27, 2003. |
| 065 | | | | | CPT website printout |
| 066 | | | | | "Quick Reference Guide to Chunghwa Display Technology" – CPT corporate brochure in English |
| 067 | | | | | CPT Offering Memorandum dated June 21, 2005 |
| 068 | | | | | August 2002 CPT (CPT-TFT Information for GDR) Presentation and translation |
| 069 | | | | | CPT roadshow presentation dated August 2002 |
| 070 | | | | | CPT Research Analyst Presentation dated April 2002 |
| 071 | | | | | August 10, 1999 Letter from Jean Co., Ltd. regarding ViewSonic and translation |
| 072 | | | | | CPT reports on overseas visits and translations |
| 073 | | | | | CPT Business Travel Report dated January 10, 2001 |
| | | | | | Changes: CPT 91772 through 76 remains with certified translation as PTX 073 All remaining pages from PTX 073 were removed from the exhibit list |
| 074 | | | | | CPT travel application to visit ViewSonic, dated May 6, 2002 |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Changes: |
| | | | | | CPT-D 19757 remains with certified translation as PTX 074 |
| | | | | | The remaining pages from the original PTX 074 were removed from the exhibit list |
| 075 | | | | | CPT Product Roadmap for Dell |
| | | | | | Changes: |
| | | | | | CPT 284413 through 20 remain as PTX 075 |
| | | | | | The remaining pages from the original PTX 075 were removed from the exhibit list |
| 076 | | | | | Agreement between CPT and Amkotron |
| 077 | | | | | Agreement between CPT and Solectron dated April 24, 2000 |
| 078 | | | | | Chart titled "CPT TFT Payable Shipments to USA" dated January 1, 1999 through May 9, 2005 |
| 079 | | | | | Indemnification Agreement between CPT and Tatung dated July 2003 |
| | | | | | Changes: |
| | | | | | CPT 271165 through 66 remain as PTX 079 |
| | | | | | CPT 271156 through 59 become PTX 148 |
| | | | | | CPT 271160 through 64 become PTX 0149 |
| 080 | | | | | CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated August 4, 2005 (CA case 02-6775) |
| 081 | | | | | CPT's Supplemental Responses to LPL's First Set of Interrogatories (Nos. 1 and 3) dated May 10, 2006 (CA case 02-6775) |
| 082 | | | | | CPT Sales Charts organized by module through Q1 2006 |
| 083 | | | | | CPT repairs chart (sales) |
| 084 | | | | | CPT invoices |
| 085 | | | | | CPT Consolidated Financial Statements for the years ended December 31, 2003 and 2002 |
| 086 | | | | | CPT 2004 Fourth Quarter Results dated February 3, 2005 |
| 087 | | | | | CPT Sales Report for May 2006 |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | Changes:<br><br>Original PTX 087 was deleted in its entirety<br><br>The third and fourth pages of previously PTX 088 become PTX 087 |
| 088 | | | | | CPT Sales Report for April 2006 |
| | | | | | Changes:<br><br>The first two pages of previously marked PTX 088 remain as PTX 088<br><br>The third and fourth pages of previously PTX 088 become PTX 087<br><br>The fifth and sixth pages of previously marked PTX 088 become PTX 150 |
| 089 | | | | | License Agreement and Amendments between ADI and CPT |
| | | | | | Changes:<br><br>CPT 267521 through 267516 (the pages of this exhibit were not consecutive) remain as PTX 089<br><br>The remaining pages, beginning with CPT 267492, are removed from the exhibit list |
| 090 | | | | | Patent License and Agreement between Hitachi and CPT dated January 1, 2003 |
| | | | | | Changes:<br><br>CPT 267469 through 81 remain as PTX 090<br><br>The remaining pages from PTX 090 are removed from the exhibit list |
| 091 | | | | | Patent License Agreement between CPT and Sharp dated January 1, 2002 |
| 092 | | | | | Patent License Agreement Re: Amorphous Silicon TFTs between Semiconductor Energy Laboratory, Co. and CPT dated March 8, 2004 |
| 093 | | | | | ViewSonic company information from website |
| 094 | | | | | May 19, 2006 Letter from E. Doi to C. Christenson enclosing reformatted ViewSonic production documents bates numbered VS-D 000001, VS-D 000002, VS-D 007797, VS-D 007797.001 and VS-D 007798 |
| 095 | | | | | ViewSonic Shipments to U.S. Addressees for LCD monitors and TVs |
| 096 | | | | | Defendant ViewSonic Corporation's Amended and Supplemental Responses to Plaintiff LG. Philips LCD Co., Ltd.'s First Set of Interrogatories (Nos. 1-3) dated May 19, 2006 (C.A. No. CV-03-2886) |
| 097 | | | | | Correspondence from Pearlyn Lim of ViewSonic to Dundee Hsieh of CPT |
| 098 | | | | | April 3, 2002 E-mail chain between CPT and ViewSonic |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 099 | | | | | April 3, 2002 E-mail chain between CPT and ViewSonic | |
| 100 | | | | | August 11, 2003 E-mail chain between CPT and ViewSonic | |
| 101 | | | | | December 18, 2003 E-mail chain between CPT and ViewSonic | |
| 102 | | | | | CPT slide show presentation for ViewSonic | |
| | | | | | Changes: VS-D 008373 through 91 remain as PTX 102 The remaining pages from PTX 102 are removed from the exhibit list | |
| 103 | | | | | ViewSonic Corporation Acceptance Specs for LCD panel modules | |
| | | | | | Changes: VS-D 004859 through 70 remain as PTX 103 The remaining pages (from both in front of and behind this range) from PTX 103 are removed from the exhibit list | |
| 104 | | | | | Company and Product Information from Tatung Company Web-Site | |
| 105 | | | | | Tatung brochure titled "Serving the Country through Education and Industry" | |
| 106 | | | | | Tatung Company Product specification | |
| 107 | | | | | List of Tatung Company Products | |
| 108 | | | | | Defendant Tatung Company's Sixth Set of Supplemental Responses to Plaintiff LG.Philips LCD Co., Ltd.'s First Set of Interrogatories dated September 2, 2005. (CA Case) | |
| 109 | | | | | Tatung Sales from 1999-2005 | |
| 110 | | | | | Tatung Sales records | |
| 111 | | | | | Tatung profit information | |
| 112 | | | | | Tatung OEM Agreement with ViewSonic dated July 18, 2001 | |
| 113 | | | | | Tatung Agreement with Emachines dated September 1, 2003 | |
| 114 | | | | | International Vendor Agreement between RadioShack Global Sourcing Limited Partnership and Tatung Company dated July 1, 2005 | |
| 115 | | | | | January 6, 2005 Letter from Ms. Musselman (Gateway) to Mr. Lin (Tatung) enclosing Product Supply Attachment between Gateway Companies, Inc. and Tatung Company dated November 4, 2004 | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 116 | | | | | Original Design Manufacturer Agreement between Hewlett-Packard Company and Tatung Company, Global Agreement HP Contract # HP0P314 dated April 23, 2002 | |
| 117 | | | | | Master Purchasing Contract between Planar Systems, Inc. and Tatung Company dated September 22, 2004 | |
| 118 | | | | | Service Agreement Between Edward Service, LLC and Tatung Co. | |
| | | | | | Changes: T-D 3249 through 56 remain as PTX 118 The remaining pages from PTX 118 are removed from the exhibit list | |
| 119 | | | | | Product and Service Information from Tatung Company of America Web-Site | |
| 120 | | | | | Tatung America new sales charts for products with CPT modules | |
| 121 | | | | | Tatung America old sales charts for products with CPT modules | |
| 122 | | | | | Tatung Company of America's Sixth Set of Supplemental and Amended Responses to LPL's First Set of Interrogatories dated January 26, 2006 | |
| 123 | | | | | Tatung America invoices | |
| 124 | | | | | CPT Product Roadmap given to Tatung America | |
| | | | | | Changes: TUS-D 423 through 432 remain as PTX 124 The remaining pages from PTX 124 are removed from the exhibit list | |
| 125 | | | | | Supply & Purchasing Agreement between Tatung Company of America and Sensomatice Electronics Corporation dated January 3, 2006 | |
| 126 | | | | | January 3, 2006 and January 2, 2002 Federal Reserve Statistical Releases: Foreign Exchange Rates (Annual) | |
| 127 | | | | | Honeywell Inter-office Memo dated April 7, 1988 | |
| | | | | | Changes: Original PTX 127 was removed in its entirety from the exhibit list LPL II 13014 through 25 are added as PTX 127. These pages were originally located in and moved from PTX 130 | |
| 128 | | | | | Expert Report of Webster Howard, Ph. D. in Response to the Expert Report of Dr. Elliot Schlam for Infringement of U.S. Patent No. 5,019,002 | |
| 129 | | | | | E150XJ01.str color prints: markings on mask files | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 130 | | | | | Letter from Scott Holmberg to John Zele dated January 21, 1998 with attachment |
| | | | | | Changes: |
| | | | | | LPL II 13076, LPL II 13026 through 36 remain as PTX 130; LPLII 13206 through 36 were an attachment to LPLII 13076 letter |
| | | | | | LPL II 13014 through 25 are added as PTX 127 |
| 131 | | | | | Tatung Company invoices and packing lists dated December 4-10, 2001 |
| 132 | | | | | ViewSonic Roadmap Discussions with LCD BU dated July 21, 2004 |
| 133 | | | | | ViewSonic Corporation Product List and verification by Erik Willey |
| 134 | | | | | ViewSonic 10-K Form filed on April 3, 2006 |
| 135 | | | | | CPT trip report(s) dated May 26, 2006 and translation |
| 136 | | | | | Tatung Invoices |
| 137 | | | | | Tatung LCM Sales Report |
| 138 | | | | | CPT Product Roadmaps given to Tatung America |
| 139 | | | | | Certified copy of assignment of U.S. Patent Application from Alphasil to Honeywell |
| | | | | | Changes: |
| | | | | | LPLII 104743 through 48 become PTX 139.  These pages were originally in PTX 002. |
| 140 | | | | | Certified copy of assignment of U.S. Patent 5,109,002 from Honeywell to LG Electronics |
| | | | | | Changes: |
| | | | | | LPLII 104749 through 52 become PTX 140.  These pages were originally in PTX 002. |
| 141 | | | | | Certified copy of assignment of U.S. Patent 5,109,002 from LG Electronics to LG.Philips |
| | | | | | Changes: |
| | | | | | LPLII 104753 through 58 become PTX 141.  These pages were originally in PTX 002. |
| 142 | | | | | February 27, 2002 letter from LG.Philips to Chunghwa Picture Tubes |
| | | | | | Changes: |
| | | | | | LPL 216 becomes PTX 142.  The pages were originally in PTX 046. |
| 143 | | | | | March 5, 2002 letter from Chunghwa Picture Tubes to LG.Philips |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PRESIDING JUDGE: Farnan | | | | PLTFF'S ATTORNEY: Gaspare J. Bono | DEFENDANTS' ATTORNEY: Glenn W. Rhodes |
|---|---|---|---|---|---|
| TRIAL DATE(S): July 17, 2006 – July 26, 2006 | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Changes: |
| | | | | | CPT 7575 becomes PTX 143. These pages were originally in PTX 046. |
| 144 | | | | | March 7, 2002 letter from LG.Philips to Chunghwa Picture Tubes |
| | | | | | Changes: |
| | | | | | LPL 213 becomes PTX 144. This page was originally in PTX 046. |
| 145 | | | | | March 26, 2002 letter from LG.Philips to Chunghwa Picture Tubes |
| | | | | | Changes: |
| | | | | | LPL 212 becomes PTX 145. This page was originally in PTX 046. |
| 146 | | | | | May 8, 2002 letter from LG.Philips to Chunghwa Picture Tubes |
| | | | | | Changes: |
| | | | | | CPT 7574 becomes PTX 146. This page was originally in PTX 046. |
| 147 | | | | | July 30, 2002 letter from LG.Philips to Chunghwa Picture Tubes |
| | | | | | Changes: |
| | | | | | CPT 7591 through 93 becomes PTX 147. These pages were originally in PTX 046. |
| 148 | | | | | Patent Indemnity Agreement between Chunghwa Picture Tubes and Jean Co. |
| | | | | | Changes: |
| | | | | | CPT 271156 through 59 become PTX 148. These pages were originally in PTX 079. |
| 149 | | | | | Patent Indemnity Agreement between Chunghwa Picture Tubes and LiteOn |
| | | | | | Changes: |
| | | | | | CPT 271160 through 64 becomes PTX 149. These pages were originally in PTX 079. |
| 150 | | | | | CPT Sales Report for June 2006 |
| | | | | | Changes: |
| | | | | | The fifth and sixth pages of previously marked PTX 088 become PTX 150 |