# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

Plaintiff/Counterclaim Defendant,

v.

TATUNG COMPANY;
TATUNG COMPANY OF AMERICA, INC.;
CHUNGHWA PICTURE TUBES, LTD.;
AND VIEWSONIC CORPORATION,

Defendants/Counterclaim Plaintiffs.

Civil Action No. 05-292 (JJF)

**REDACTED**

## DECLARATION OF HO LEE

July 10, 2006

THE BAYARD FIRM

s/ Richard D. Kirk (rk0922)
Richard D. Kirk, Esquire (#922)
222 Delaware Avenue
Ninth Floor
Wilmington, DE 19801
(302) 655-5000

Attorneys For Plaintiff,
Commissariat à l'Energie Atomique

OF COUNSEL:
Gaspare J. Bono
Song K. Jung
Matthew T. Bailey
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 05-292 (JJF) <br><br> **REDACTED** |

## DECLARATION OF HO LEE

I, Ho Lee, hereby depose and state:

1.      I am over 18 years of age and I have personal knowledge of the matters set forth herein.

2.      Currently, I am a Senior Manager in LG Electronics Inc.'s Intellectual Property Center. In that capacity, I am responsible for LG Electronics Inc.'s patent purchase/licensing programs.

3.      In 2002, I was a Senior Manager at LG.Philips LCD Company Ltd.'s ("LPL's") Intellectual Property Center. In that capacity, I was in charge of LPL's patent licensing programs. I reported to Mr. Jeong Hwan Lee (JH Lee), who was the Vice President of LPL's Intellectual Property Center.

4.      In the course of my duties, I was responsible for the preparation of correspondence signed by Mr. JH Lee and sent to Cheng-Yuan Lin, President of Chungwa Picture Tubes, Ltd. ("CPT") regarding CPT's infringement of LPL's patent rights. I am personally familiar with the ensuing correspondence and negotiations between LPL and CPT on this subject.

personally familiar with the ensuing correspondence and negotiations between LPL and CPT on

this subject.

5.    LPL's February 8, 2002 letter notified CPT that LPL is the owner of U.S. Patent

No. 5,019,002 (the " '002 Patent"), among others.  A copy of that letter is attached as Exhibit 1.

In the letter, LPL stated its willingness to consider licensing the '002 Patent to CPT, and offered

to meet with CPT to provide further details relating its patents, including the '002 Patent, to

specific CPT products.  (Ex. 1.)  LPL advised CPT of its:

> belief that the LCD technology patents owned by LG.Philips are
> wide-ranging and valuable.  As examples, you may wish to review
> U.S. Patent Nos. 4,624,737; **5,019,002**; 5,856,816; 4,885,616;
> 5,825,449; 5,835,139; 5,926,237; 6,002,457.... A portfolio of
> patents including these exemplary patents is currently available for
> license from LG.Philips.  Should your company wish to discuss the
> above-identified patents or the relevance of the LGP patent
> portfolio to any specific products of your company, we would be
> happy to visit your company on any one day between March 14
> and March 15.

(*Id.*, emphasis added.)  LPL viewed this letter as the first in a series of communications notifying

CPT of its infringement of LPL's patent rights, and in the letter, LPL requested CPT to respond

by February 26, 2002 so that the communications might proceed.  (*Id.*)

6.    Because LPL had not received any response from CPT, I was responsible for

preparing a February 27, 2002 letter signed by Mr. JH Lee and sent to Cheng-Yuan Lin of CPT.

A copy of that letter is attached as Exhibit 2.  In the February 27, 2002 letter, LPL expressed

concern that CPT was uninterested in reaching an amicable resolution with LPL regarding its

infringement of LPL's patents, including the '002 Patent.  (Ex. 2.)  LPL warned CPT that LPL

would initiate legal action against CPT if the parties could not negotiate such a resolution.  (*Id.*)

We wrote:

> [o]n February 8, we wrote you and asked for a meeting to discuss the **unauthorized use of technology owned** by LG.Philips LCD Co., Ltd ... by Chungwa Picture Tubes, Inc.... In that letter, we asked for a meeting to discuss **this issue of patent infringement** with CPT. CPT has not responded to our letter. Please recognize that LGP will take **legal action** to protect its property rights, as necessary, in the event amicable negotiations cannot resolve this matter.

(*Id.*, emphasis added.) The letter served to notify CPT that LPL was aware that CPT's LCD products infringed LPL's patents, including the '002 Patent, and that LPL would take all necessary measures to protect its legal rights.

7.     LPL expected its February 27, 2002 letter to prompt a response, and it did. Shortly after we sent the letter, LPL received a response from CPT, in the form of a letter from Mr. Hsiang-Kuei Chung, Vice President of CPT's TFT Business Unit. A copy of that letter is attached as Exhibit 3. In its response, CPT indicated its willingness to meet with LPL to discuss licensing the '002 Patent, among others. (Ex. 3.) CPT wrote:

> I write in response to your letters dated February 8th and 27th, 2002 to President Lin Of [sic] Chungwha Picture Tubes....[I]n an effort to avoid any misunderstandings between CPT and your company in the LCD arena, we welcome representatives from LG Philips [sic] to meet with us on March 15, 2002.

(*Id.*) It was apparent from CPT's letter that it understood the meaning of LPL's two prior letters as LPL had intended. Specifically, because CPT referenced both LPL's February 8 and February 27 letters, and because it indicated its willingness to meet to discuss products "in the LCD arena," CPT acknowledged that LPL was asserting infringement of the patents referenced in LPL's February 8, 2002 letter, including the '002 Patent, and that the accused goods were CPT's LCD products, as opposed to its cathode ray tube ("CRT") products.

8.     CPT subsequently wrote to request a rescheduling of the March 15 meeting. Over the next two months, LPL tried repeatedly to set a firm date and time for a meeting with CPT to

-3-

discuss CPT's unauthorized use of LPL's technology, including the '002 Patent. Copies of

correspondence prepared under my direction and sent to CPT, or received from CPT on this

subject, are attached as Exhibit 4. LPL concluded that CPT was attempting to delay or avoid a

meeting with LPL. Finally, in a May 8, 2002 letter prepared under my direction, LPL stated that

it would make one final attempt to meet with CPT to discuss CPT's infringement of LPL's

patents, including the '002 Patent. A copy of that letter is attached as Exhibit 5. We wrote that

LPL was

> somewhat mystified by CPT's failure to address this serious issue
> of **patent infringement** between LG.Philips LCD Co., Ltd. and
> CPT. This letter is our final attempt to resolve this patent dispute
> with CPT in an amicable way.

(*Id.*, emphasis added.) The letter reiterated LPL's willingness to initiate legal action in order to

protect its rights to patents including the '002 Patent. (*Id.*) Once again, we expected our letter to

prompt a response from CPT, and it did. On May 10, 2002, CPT finally agreed to have its

designated representatives meet with LPL on June 11, 2002. (Ex. 6.)

      9.      The next month, in June 2002, I, along with other representatives from LPL, met

with CPT's designated representatives at CPT's offices in Taiwan.

      At that

initial meeting, LPL introduced CPT to many of LPL's patents, including the '002 Patent, and

presented detailed claim charts regarding some of the patents. I presented CPT with specific

examples of CPT products that infringe LPL's patents, including the '002 Patent. Among the

examples of infringing products that LPL identified were the products designated by the

following CPT model numbers: CLAA150XA03; CLAA141XC01; and CLAA141XF01. I told

CPT at this meeting that CPT products, including the specific examples we illustrated, infringe

-4-

REDACTED

the LPL patents, including the '002 Patent. In addition, LPL provided a draft licensing

agreement to CPT for its consideration. In presenting the draft licensing agreement, LPL

reiterated both its willingness to license the '002 Patent and other intellectual property infringed

by CPT's products and its intent to initiate legal proceedings if necessary to protect its rights in

LPL's patents, including the '002 Patent.

     10.    After the June 2002 meeting, the parties exchanged some communications

regarding CPT's infringement of LPL's patent rights, including the '002 Patent. However, it soon

became apparent to LPL that CPT was interested only in further delay, and that CPT was

unwilling to negotiate a license in good faith. CPT requested yet another extension in July 2002,

and LPL responded on July 30, 2002, in a letter prepared under my supervision that demanded an

immediate response from CPT:

A copy of this letter is attached as Exhibit 7.

                                            CPT failed to

respond to this communication.

     11.    In letters dated August 12, 2002, and prepared under my supervision, LPL

notified Tatung Company and ViewSonic Company of the evidence it had collected

demonstrating that CPT's products infringe LPL's patents, including the '002 Patent. LPL further

advised Tatung Company and ViewSonic Company that they had purchased infringing LCD

panels from CPT. LPL advised Tatung Company and ViewSonic Company to seek non-

REDACTED

infringing sources for their LCD panels, and suggested meetings to discuss amicable resolutions. (Exs. 8, 9.)

12.    I am personally familiar with the responses of Tatung Company and of ViewSonic Company to LPL's August 12, 2002 letters. When Tatung Company and ViewSonic Company failed to respond to LPL's letters in a satisfactory manner and it became apparent that they were uninterested in resolving the issue amicably, LPL proceeded to initiate this lawsuit.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July, 2006

_____
Ho Lee

# Exhibit 1

 **LG.PHILIPS** LCD

LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7443 FAX: 82-31-429-4588

*VIA FACSIMILE*

To : Cheng-Yuan. Lin
President                                                    February 8, 2002
Chunghwa Picture Tubes.,LTD
1127 Hopin Rd., Padeh City, Taoyuan, Taiwan, R.O.C
Fax : 886-3-377-3189
Tel : 886-3-367-5151

Dear Mr. President

LG.Philips LCD Co., Ltd. ("LG.Philips") is an industry leader in the liquid crystal display
(LCD) technology. One reason for this is the amount of investment that LG.Philips has
made to develop the necessary technology to manufacture the highest quality LCD
products. LG.Philips is proud of the accomplishments made in the technology behind
our LCD products.

LG.Philips has also placed high priority on worldwide intellectual property, which is
synonymous with high technology. It is our belief that the LCD technology patents
owned by LG.Philips are wide-ranging and valuable. As examples, you may wish to
review U.S. Patent Nos. 4,624,737; 5019002; 5856816, 4885616; 5825449; 5,835,139;
5,926,237; 6,002,457. We believe that these patents, although only exemplary, cover a
wide ranging. A portfolio of patents including these exemplary patents is currently
available for license from LG.Philips.

Should your company wish to discuss the above-identified patents or the relevance of
the LGP patent portfolio to any specific products of your company, we would be happy
to visit your company on any one day between March 14 and March 15.

I look forward to receiving either your response to my suggestion or your suggestion,
desirably no later than February 26, 2002.

Sincerely yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
Tel : 82-31-450-7479
Fax : 82-31-429-4588
jhlee@lgphilips-lcd.com

LPL0000217

Exhibit 2



LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7443 FAX: 82-31-429-4588

*VIA FACSIMILE*

To : Cheng-Yuan. Lin
  President                                        February 27, 2002
  Chunghwa Picture Tubes.,LTD
  1127 Hopin Rd., Padeh City, Taoyuan, Taiwan, R.O.C
  Fax : 886-3-377-3189
  Tel : 886-3-367-5151

Dear Mr. President

On February 8, we wrote you and asked for a meeting to discuss the unauthorized use
of technology owned by LG.Philips LCD Co., Ltd. ("LGP") by Chungwa Picture Tubes,
Inc. ("CPT").  In that letter, we asked for a meeting to discuss this issue of patent
infringement with CPT.  CPT has not responded to our letter.

We are concerned that CPT's lack of a response indicates a lack of interest on the part
of CPT to attempt to resolve this issue through amicable negotiations.  We will be in
Taiwan in March and would be available to meet with CPT on March 14 or 15.  Please
let us know if CPT has any interest in discussing this matter with LGP.

Please recognize that LGP will take legal action to protect its property rights, as
necessary, in the event amicable negotiations cannot resolve this matter.  We hope to
hear from CPT soon so that we can confirm a meeting date to discuss this serious issue,
desirably no later than March 1, 2002.

Sincerely yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
Tel : 82-31-450-7479
Fax : 82-31-429-4588
jhlee@lgphilips-lcd.com

LPL0000216

# Exhibit 3

05/03/2002    15:00    CPT SIP                                    NO.098    001

 中華映管股份有限公司
CHUNGHWA PICTURE TUBES LTD.

Jeong-Hwan Lee
Vice President
Intellectual Property Center
L.G Philips LCD
Tel : 82-31-450-7479
Fax : 82-31-429-4588

3/5/2002

Dear Mr. Lee:

I write in response to your letters dated February 8th and 27th,2002 to President Lin

Of Chunghwa Picture Tubes., Ltd (CPT)

CPT is a leading company of LCD product in Taiwan, as well as CRT product in the

world. Through the years CPT has invested its priorities in Research and

Development to grow its intellectual property rights in CRT/LCD arts. Also we have

technical cooperation with other companies based in Japan. Likewise, CPT prides

itself in given due respect to the intellectual property rights of others in learned in the

same art. In that respect and in an effort to avoid any misunderstandings between CPT

and your company in the LCD arena, we welcome representatives from LC Philips to

meet with us on March 15,2002, at 10:00AM,at our office located at 1127 Hopin Rd.

Padeh City, Taoyuan.

Please confirm with me in writing that the above date and time will be acceptable for

our meeting. I wait to hear from you shortly.

Sincerely yours,

Hsiang-Kuei Chung
Vice President
TFT Business Unit
Tel : 886-3-3675151
Fax : 886-3-3773001

LPL0000215



Exhibit 4

08-03-02  13:43 FAX NO.:                          P.01
07-03/2002  10:13    CPT SIP                      NO.134

 中華映管股份有限公司
CHUNGHWA PICTURE TUBES LTD.

Jeong-Hwan Lee
Vice President
Intellectual Property Center
L.G Philips LCD
Tel : 82-31-450-7479
Fax : 82-31-429-4588

03/07/2002

Dear Mr. Lee:

First of all, I want to apologize for the meeting on March 15, 10:00AM should be delay. For some reasons, we have some urgent schedule during that week.

Please confirm with me in writing that what date and time will be acceptable for our first meeting after the above day at our office located at 1127 Hopin Rd. Padeh City, Taoyuan.

I look forward to hearing from you soon.

Very truly yours,

*Hsiang-Kuei Chung.*

Hsiang-Kuei Chung
Vice President
TFT Business Unit
Tel : 886-3-3675151
Fax : 886-3-3773001



LPL0000214

**LG.PHILIPS LCD**

LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080   R.O.Korea
TEL : 82-31-450-7443 FAX: 82-31-429-4588

*VIA FACSIMILE*

To : Hsiang-Kuei Chung                                    March 7, 2002
      Vice President
      TFT Business Unit
      Chunghwa Picture Tubes.,LTD
      Fax : 886-3-377-3001
      Tel : 886-3-367-5151

Dear Mr. Chung

Thank you for your letter dated March 7.

I have just changed a schedule for next meeting, because you have some urgent
schedule during next week.

We are planning to visit Taiwan in April, and would like to meet with you to discuss the
issue of patent infringement on April 18 or 19.

We hope to hear from CPT soon so that we can confirm a meeting date to discuss this
serious issue, desirably no later than March 22, 2002.

Sincerely yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
Tel : 82-31-450-7479
Fax : 82-31-429-4588
jhlee@lgphilips-lcd.com

LPL0000213

  LG.PHILIPS LCD

LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7479 FAX: 82-31-429-4588

*VIA FACSIMILE*

**To : Hsiang-Kuei Chung**
    **Vice President**
    **TFT Business Unit**
    **Chunghwa Picture Tubes.,LTD**
    Fax : 886-3-377-3001, Tel : 886-3-367-5151

March 26, 2002

Dear Mr. Chung

Over the last several months, LG.Philips LCD Co. Ltd. ("LG.Philips") has tried repeatedly to arrange a meeting with Chunghwa Picture Tubes Ltd. ("CPT") to discuss CPT's unauthorized use of LG.Philips' patented technology.  While at times appearing willing to discuss the dispute with LG.Philips, in the end, CPT has always resorted to delay and non-cooperation.  For example, in LG.Philips' letter dated March 7, 2002, LG.Philips agreed to delay the scheduled meeting until the week of April 15 at CPT's request.  LG.Philips asked CPT to confirm a rescheduled meeting date by March 22. Rather than confirm a date, CPT has simply ignored LG.Philips' recent letter.

It is becoming increasingly clear to LG Philips that CPT has no intention of resolving this matter amicably.  Accordingly, LG.Philips will protect its interests through other, more formal, means.  In the event there was some mistake in overlooking a response to LG.Philips' recent letter, and CPT would like to discuss a business-like solution to this dispute, please contact us as soon as possible to confirm a meeting date of April 18 or 19.

Sincerely yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
jhlee@lgphilips-lcd.com

LPL0000212

Exhibit 5



LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080  R.O.Korea
TEL : 82-31-450-7479 FAX: 82-31-429-4588

*VIA FACSIMILE*

To : Hsiang-Kuei Chung
    Vice President                                    May 8, 2002
    TFT Business Unit
    Chunghwa Picture Tubes.,LTD
    Fax : 886-3-377-3001, Tel : 886-3-367-5151

Dear Mr. Chung

This letter is in follow-up to my last letter to you dated on March 26.
CPT failed to respond to that letter.  We are somewhat mystified by CPT's failure to
address this serious issue of patent infringement between LG.Philips LCD Co. Ltd. and
CPT  This letter is our final attempt to resolve this patent dispute with CPT in an
amicable way.  We will make another trip to Taiwan during the week of June 11. If CPT
would like to meet with us during that trip in an effort to resolve the outstanding issues in
a business-like manner, please contact us as soon as possible to confirm a meeting
date of June 11.

Sincerely yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
jhlee@lgphilips-lcd.com

LPL0000211

Exhibit 6

19-06-02   08:22 FAX NO.1                                          P.01



中華映管股份有限公司
*CHUNGHWA PICTURE TUBES LTD.*

VIA FACSIMILE

Jeong-Hwan Lee
Vice President
Intellectual Property Center
L.G Philips LCD
Tel : 82-31-450-7479
Fax : 82-31-429-4588

05/10/2002

Dear Mr. Lee:

Thank you for your letter dated on May 8.

Due to somehow internal miscommunication, I apologize for not response your letter

dated on March 26,2002.

AS you know , CPT is a leading company of LCD products in Taiwan, we also pride

of ourselves in given due respect in intellectual properties area .

In order to avoid any misunderstandings between L.G Philips and CPT, we are glad to

meet you on June 11,10:00AM at our office located at No.1127 Hopin Rd. Padeh City,

Taoyuan.

I look forward to hearing from you soon.

Very truly yours,

Hsiang-Kuei Chung
Vice President          *Hsiang-Kuei Chung*
TFT Business Unit
Tel : 886-3-3675151
Fax : 886-3-3773001

RECEIVED
2002. 5. 13
LG. Philips LCD
IP Team

LPL0000210

# Exhibit 7

# CONFIDENTIAL DOCUMENT

These pages have been removed because they contain confidential information subject to the Protective Order.

Exhibit 8



LG Philips LCD
533,Hogae-dong, Dongan-gu, Anyang-shi,
Kyongki-do, 430-080   R.O.Korea
TEL : 82-31-450-7450 FAX: 82-31-429-4588

*VIA FACSIMILE*

August 12, 2002

To : Mr. James Chu
President
ViewSonic Co.
381 Brea Canyon Rd, Walnut, CA 91789, U.S.A
Fax : 1-909-468-5838

Re:  LG.Philips LCD Co. Ltd.'s Patents

Dear Mr. President:

LG.Philips LCD Co. Ltd. ("LPL") is a world-leader in LCD research and development and owns a large patent portfolio directed to LCD technology. LPL has collected evidence that Chunghwa Picture Tubes, Ltd. ("CPT") is infringing LPL's patents, and has presented that evidence to CPT. CPT's only response to LPL's infringement allegations has been to interpose delay; CPT has not responded substantively to LPL's allegations.

It has come to our attention that ViewSonic Co. employs CPT-manufactured LCD panels in at least its monitor products, and that is the reason for our letter. LPL views CPT's infringement as a serious matter. LPL believes that this infringement issue should be resolved by the manufacturer of the infringing panels, namely, CPT. However, the sale of products containing the infringing panels in the United States, or aiding or encouraging such sales, is itself an act of patent infringement, and LPL reserves its rights to obtain all relief to which it is entitled to redress that illegal conduct. LPL encourages ViewSonic Co. to seek a non-infringing source of LCD panels.

If ViewSonic Co would like to discuss this matter with us, please contact the undersigned. Alternatively, ViewSonic Co. can have its outside counsel contact our outside counsel as follows:

Nathan W. McCutcheon
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave , N W.
Washington, DC 20004

We hope that this issue can be resolved amicably.

Very truly yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
LG.Philips LCD

LPL0000237

Exhibit 9



**LG Philis LCD**
**533,Hogae-dong, Dongan-gu, Anyang-shi,**
**Kyongki-do, 430-080   R.O.Korea**
**TEL : 82-31-450-7450 FAX: 82-31-429-4588**

*VIA FACSIMILE*

August 12, 2002

To : Mr. Wen-Yen K. Lin
　　　Vice President
　　　Tatung Co.
　　　22, Chungshan N.Rd., Sec 3, Taipei
　　　Fax : 886-2-2594-0234

　　　　　Re:  LG.Philips LCD Co. Ltd.'s Patents

Dear Mr.Wen-Yen K. Lin:

LG.Philips LCD Co. Ltd. ("LPL") is a world-leader in LCD research and development and owns a large patent portfolio directed to LCD technology  LPL has collected evidence that Chunghwa Picture Tubes, Ltd. ("CPT") is infringing LPL's patents, and has presented that evidence to CPT. CPT's only response to LPL's infringement allegations has been to interpose delay; CPT has not responded substantively to LPL's allegations

It has come to our attention that Tatung Co. employs CPT-manufactured LCD panels in at least its monitor products, and that is the reason for our letter.  LPL views CPT's infringement as a serious matter.  LPL believes that this infringement issue should be resolved by the manufacturer of the infringing panels, namely, CPT. However, the sale of products containing the infringing panels in the United States, or aiding or encouraging such sales, is itself an act of patent infringement, and LPL reserves its rights to obtain all relief to which it is entitled to redress that illegal conduct.  LPL encourages Tatung Co  to seek a non-infringing source of LCD panels.

If Tatung Co. would like to discuss this matter with us, please contact the undersigned Alternatively, Tatung Co. can have its outside counsel contact our outside counsel as follows

Nathan W. McCutcheon
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004

We hope that this issue can be resolved amicably.

Very truly yours,

Jeong-Hwan Lee
Vice President
Intellectual Property Center
LG Philips LCD

LPL0000238

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on July 10, 2006, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899


The undersigned counsel further certifies that copies of the foregoing document

were sent on July 10, 2006 by email and by hand to the above counsel and by email and

first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.              Teresa M. Corbin, Esq.
Thomas W. Jenkins, Esq.               Glenn W. Rhodes, Esq.
Howrey LLP                             Julie Gabler, Esq.
321 North Clark Street                 Howrey LLP
Suite 3400                             525 Market Street
Chicago, IL  60610                     Suite 3600
                                       San Francisco, CA  94105


                              /s/ Richard D. Kirk (rk0922)
                              Richard D. Kirk

602380v1