IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-292-JJF |
| : | |
| TATUNG COMPANY, TATUNG COMPANY : | |
| OF AMERICA, INC., CHUNGWHA : | |
| PICTURE TUBES LTD., and : | |
| VIEWSONIC CORP., : | |
| : | |
| Defendants. : | |

**O R D E R**

WHEREAS, Defendants' filed a Motion To Restrict Access To Trial During The Presentation Of Certain Confidential Information And For An Order Sealing Corresponding Portions Of The Trial Transcript (D.I. 372);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' filed a Motion To Restrict Access To Trial During The Presentation Of Certain Confidential Information And For An Order Sealing Corresponding Portions Of The Trial Transcript (D.I. 372) is **DENIED** as moot.

March 13, 2007
DATE

UNITED STATES DISTRICT JUDGE