IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO. LTD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-292-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGWHA PICTURE TUBES LTD., and VIEWSONIC CORP., | : |
| Defendants. | : |

### O R D E R

WHEREAS, Defendants' filed a Motion For Judgment As A Matter Of Law (D.I. 394) at the close of Plaintiff's case-in-chief and a Motion For Judgment As A Matter Of Law At The Close Of All Evidence (D.I. 403);

WHEREAS, these Motions have not been fully briefed and the issues raised in them were presented to the Court in Defendants' Renewed Motion For Judgment As A Matter Of Law Or In The Alternative For A New Trial (D.I. 459) (the "Renewed Motion");

WHEREAS, Defendants' Renewed Motion has been fully briefed and the Court will consider the issues raised therein by separate Memorandum Opinion and Order;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion For Judgment As A Matter Of Law (D.I. 394) is **DENIED** as moot.

      2.    Defendants' Motion For Judgment As A Matter Of Law At The Close Of All Evidence (D.I. 403) is **DENIED** as moot.

_March 13, 2007_
DATE

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE