IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., | ) |
|     Plaintiff, | ) |
| | ) C.A. No. 05-292 (JJF) |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| CHUNGHWA PICTURE TUBES, LTD.; | ) |
| AND VIEWSONIC CORPORATION, | ) |
|     Defendants. | ) |

## ORDER

WHEREAS, Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd. and ViewSonic Corp. ("Defendants") having moved this Court for judgment as a matter of law on the issue of willfulness pursuant to Fed. R. Civ. P. 50 or in the alternative for a new trial pursuant to Fed. R. Civ. P. 59 ("Motion");

WHEREAS, good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2007 that Defendants' Motion is GRANTED.

 

_____
United States District Judge