IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-292 (JJF) |
| | ) |
| TATUNG COMPANY; | ) **DEMAND FOR JURY TRIAL** |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| CHUNGHWA PICTURE TUBES, LTD.; | ) |
| AND VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF PENDING REQUEST FOR**
**REEXAMINATION OF U.S. PATENT NO. 5,019,002**

OF COUNSEL:
Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1800

William D. Coston
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4813

Dated: September 18, 2007

Robert W. Whetzel (#2208)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
whetzel@rlf.com
fineman@rlf.com
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of America,
Chunghwa Picture Tubes, Ltd., and ViewSonic
Corporation

Chunghwa Picture Tubes, Ltd. ("CPT") files this Notice to advise the Court of the reexamination request currently pending with the United States Patent and Trademark Office, seeking reexamination of all claims (Claims 1-36) of U.S. Patent No. 5,019,002 (the "'002 patent"). CPT filed the Request for Reexamination, Application No. 07/218,312 with the Patent Office on August 15, 2007, basing it primarily on prior art not considered by the original patent examiner. Under the Patent Office's rules relating to reexamination, the determination of whether to grant the reexamination request is expected within three months of filing, *i.e.*, by November 15, 2007. 37 CFR § 1.515(a).

OF COUNSEL:

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

William D. Coston
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4813

Dated: September 18, 2007

Robert W. Whetzel (#2288)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
whetzel@rlf.com
fineman@rlf.com
Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of America,
Chunghwa Picture Tubes, Ltd., and ViewSonic
Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on September 18, 2007, I sent the foregoing document by Electronic Mail, to the following non-registered participants:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
Adrian Mollo
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
fineman@rlf.com