# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ROBERT W. WHETZEL
DIRECTOR

DIRECT DIAL NUMBER
302-651-7634
WHETZEL@RLF.COM

October 8, 2007

**BY ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    **LG. Philips LCD Co. Ltd. v. Tatung Company, et al.,**
               **Case No. 05-292 (JJF)**

Dear Judge Farnan:

      Further to my letter of October 3, 2007, we write to update the Court and clarify certain matters addressed in my earlier correspondence. At this juncture, all defendants have agreed to request that the Court not issue any rulings on the post-trial motions for a period of 30 days. At the end of that time period, the parties will either file a stipulated dismissal or file a further status report with the Court.

      Respectfully,

      Robert W. Whetzel

RWW/lmg

cc:    Clerk of Court (By Hand Delivery)
       Richard D. Kirk, Esquire (By Electronic Filing)
       Gaspare J. Bono, Esquire (By E-mail)

RLF1-3210494-1