# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

November 7, 2007

**BY ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: **LG. Philips LCD Co. Ltd. v. Tatung Company, et al.,**
**Case No. 05-292 (JJF)**

Dear Judge Farnan:

Further to our letter of October 8, 2007, we write to update the Court on the status of the settlement negotiations between the parties. The parties have been working diligently to come to terms and reduce to writing their final settlement agreements but require more time to do so. LPL is negotiating separate settlement agreements with CPT, Tatung and ViewSonic. Within 30 days of today's date, the parties will file a stipulated dismissal or file a further status report with the Court.

Respectfully,

Steven J. Fineman (#4025)

SJF/lll

cc: Clerk of Court (Electronic Filing)
Richard D. Kirk, Esquire (By Electronic Filing)
Gaspare J. Bono, Esquire (By E-mail)

RLF1-3221483-1