# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

December 7, 2007

**BY ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: **LG. Philips LCD Co. Ltd. v. Tatung Company, et al.,
Case No. 05-292 (JJF)**

Dear Judge Farnan:

Further to our letter of November 7, 2007, we write to update the Court on the status of the settlement negotiations between the parties. LPL has reached an agreement with both CPT and Tatung. LPL and CPT also have agreed upon a form of Consent Judgment for proposed entry and filing under seal, which the parties will file by December 10, 2007, for the Court's consideration. Upon entry of a Consent Judgment, stipulations of dismissal will be filed by LPL and CPT, and LPL and Tatung. These dismissals do not impact ViewSonic, as ViewSonic is not a party to the settlement agreements or stipulations of dismissal. LPL and ViewSonic remain engaged in settlement negotiations and will provide the Court with an update on or before December 14, 2007.

Respectfully,

Steven J. Fineman (#4025)

SJF/lll

cc: Clerk of Court (Electronic Filing)
Richard D. Kirk, Esquire (By Electronic Filing)
Gaspare J. Bono, Esquire (By E-mail)

RLF1-3232195-1