IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 05-292 (JJF) <br><br> **FILED UNDER SEAL** |

## CONSENT JUDGMENT

| | |
|---|---|
| Richard D. Kirk (#922) <br> THE BAYARD FIRM <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899-5130 <br> (302) 429-4208 | Steven J. Fineman (#4025) <br> RICHARDS, LAYTON & FINGER <br> One Rodney Square, <br> P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 |
| Gaspare J. Bono <br> MCKENNA LONG & ALDRIDGE LLP <br> 1900 K Street, N.W. <br> Washington, D.C. 20006 <br> (202) 496-7500 | Teresa M. Corbin <br> HOWREY LLP <br> 525 Market Street, Suite 3600 <br> San Francisco, CA 94105 <br> (415) 848-4900 |
| *Counsel for Plaintiff- Counterclaim Defendant* <br> *LG.PHILIPS LCD CO., LTD.* | *Counsel for Defendant- Counterclaim Plaintiff* <br> *CHUNGHWA PICTURE TUBES, LTD.* |

December 10, 2007

**THIS DOCUMENT WAS FILED UNDER SEAL**

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 10, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Fineman, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on December 10, 2007 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

William D. Coston, Esq.
James R. Burdett, Esq.
Martin L. Saad, Esq.
Tamany Vinson Bentz, Esq.
Venable LLP
575 7th Street, N.W.
Washington, DC  20004

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Julie Gabler, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk