# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) C. A. No. 05-292 (JJF) |
| TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION, | ) |
| Defendants. | ) |

## RULE 41 STIPULATION OF DISMISSAL
## AS BETWEEN PLAINTIFF LG.PHILIPS LCD CO., LTD.
## AND DEFENDANT CHUNGHWA PICTURE TUBES, LTD.

Having reached settlement of their disputes in the form of a Settlement Agreement, Patent Agreement and Consent Judgment Agreement (the "Agreements"), Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant Chunghwa Picture Tubes, Ltd. ("CPT"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action between LPL and CPT, including any claims or counterclaims filed by LPL or CPT against the other in this action, shall be dismissed with prejudice with each such party bearing its own attorneys' fees and costs as to each other.

This Court shall maintain jurisdiction over the performance and enforcement of Agreements and Consent Judgment.

|  |  |
|---|---|
| December 10, 2007 | THE BAYARD FIRM |
|  | /s/ Richard D. Kirk (rk0922) |
|  | Richard D. Kirk (#0922) |
| OF COUNSEL: | 222 Delaware Avenue, Suite 900 |
| Gaspare J. Bono | P. O. Box 25130 |
| Matthew T. Bailey | Wilmington, DE 19899 |
| Andrew J. Park | Rkirk@Bayardfirm.com |
| Adrian Mollo |  |
| McKenna Long & Aldridge LLP | Attorneys for Plaintiffs |
| 1900 K Street, NW | LG.Philips LCD Co., Ltd. |
| Washington, D.C. 20006 |  |

|  |  |
|---|---|
| December 10, 2007 | RICHARDS LAYTON & FINGER |
|  | /s/ Steven J. Fineman (sf4025) |
|  | Robert W. Whetzel (#2288) |
|  | whetzel@rlf.com |
| OF COUNSEL: | Steven J. Fineman (#4025) |
|  | fineman@rlf.com |
| Teresa M. Corbin | One Rodney Square |
| Glenn W. Rhodes | P.O. Box 551 |
| Howrey LLP | Wilmington, DE 19899 |
| 525 Market Street, Suite 3600 | (302) 651-7700 |
| San Francisco, California 94105 | Attorneys for Defendants/Counterclaimants |
| (415) 848-4900 | Chunghwa Picture Tubes, Ltd. |

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

IT IS SO ORDERED this ____ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

Case 1:05-cv-00292-JJF   Document 507   Filed 12/10/2007   Page 3 of 4

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 10, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Fineman, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on December 10, 2007 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Christine A. Dudzik, Esq. | Teresa M. Corbin, Esq. |
| Thomas W. Jenkins, Esq. | Glenn W. Rhodes, Esq. |
| Howrey LLP | Julie Gabler, Esq. |
| 321 North Clark Street | Howrey LLP |
| Suite 3400 | 525 Market Street |
| Chicago, IL 60610 | Suite 3600 |
| | San Francisco, CA 94105 |

William D. Coston, Esq.
James R. Burdett, Esq.
Martin L. Saad, Esq.
Tamany Vinson Bentz, Esq.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00602380;v1}
602380-1