IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    C. A. No. 05-292 (JJF)<br>) |
| TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>CHUNGHWA PICTURE TUBES, LTD.;<br>AND VIEWSONIC CORPORATION, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**RULE 41 STIPULATION OF DISMISSAL
AS BETWEEN PLAINTIFF LG.PHILIPS LCD CO., LTD.
AND DEFENDANTS TATUNG COMPANY
AND TATUNG COMPANY OF AMERICA, INC.**

Having reached settlement of their disputes in the form of a Settlement Agreement ("the Agreement"), Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendants Tatung Company and Tatung Company of America, Inc. (collectively "Tatung"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action between LPL and Tatung, including any claims or counterclaims filed by LPL or Tatung against the other in this action, shall be dismissed with prejudice with each such party bearing its own attorneys' fees and costs as to each other.

This Court shall maintain jurisdiction over the performance and enforcement of Agreements and Consent Judgment.

December 10, 2007

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
Adrian Mollo
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Rkirk@Bayardfirm.com

Attorneys for Plaintiffs
LG.Philips LCD Co., Ltd.


December 10, 2007

OF COUNSEL:

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

RICHARDS LAYTON & FINGER

/s/ Steven J. Fineman (sf4025)
Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Chunghwa Picture Tubes, Ltd.

IT IS SO ORDERED this ___ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 10, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Fineman, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on December 10, 2007 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

William D. Coston, Esq.
James R. Burdett, Esq.
Martin L. Saad, Esq.
Tamany Vinson Bentz, Esq.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Julie Gabler, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk