## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-292 (JJF) |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### RULE 41 STIPULATION OF DISMISSAL
### AS BETWEEN PLAINTIFF LG.PHILIPS LCD CO., LTD.
### AND DEFENDANT CHUNGHWA PICTURE TUBES, LTD.

Having reached settlement of their disputes in the form of a Settlement Agreement, Patent Agreement and Consent Judgment Agreement (the "Agreements"), Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant Chunghwa Picture Tubes, Ltd. ("CPT"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action between LPL and CPT, including any claims or counterclaims filed by LPL or CPT against the other in this action, shall be dismissed with prejudice with each such party bearing its own attorneys' fees and costs as to each other.

This Court shall maintain jurisdiction over the performance and enforcement of Agreements and Consent Judgment.

December 10, 2007

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
Adrian Mollo
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Rkirk@Bayardfirm.com

Attorneys for Plaintiffs
LG.Philips LCD Co., Ltd.


December 10, 2007

OF COUNSEL:

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

RICHARDS LAYTON & FINGER

/s/ Steven J. Fineman (sf4025)
Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants/Counterclaimants
Chunghwa Picture Tubes, Ltd.

IT IS SO ORDERED this 18 day of December, 2007.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE