## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-292 (JJF) |
| | ) |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| CHUNGHWA PICTURE TUBES, LTD.; | ) |
| AND VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### RULE 41 STIPULATION OF DISMISSAL
### AS BETWEEN PLAINTIFF LG.PHILIPS LCD CO., LTD.
### AND DEFENDANTS TATUNG COMPANY
### AND TATUNG COMPANY OF AMERICA, INC.

Having reached settlement of their disputes in the form of a Settlement

Agreement ("the Agreement"), Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and

Defendants Tatung Company and Tatung Company of America, Inc. (collectively

"Tatung"), through their respective counsel of record, hereby stipulate pursuant to

Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action between

LPL and Tatung, including any claims or counterclaims filed by LPL or Tatung against

the other in this action, shall be dismissed with prejudice with each such party bearing its

own attorneys' fees and costs as to each other.

This Court shall maintain jurisdiction over the performance and enforcement of Agreements and Consent Judgment.

December 10, 2007

       THE BAYARD FIRM

       /s/ Richard D. Kirk (rk0922)
       Richard D. Kirk (#0922)

OF COUNSEL:       222 Delaware Avenue, Suite 900
Gaspare J. Bono       P. O. Box 25130
Matthew T. Bailey       Wilmington, DE 19899
Andrew J. Park       Rkirk@Bayardfirm.com
Adrian Mollo
McKenna Long & Aldridge LLP       Attorneys for Plaintiffs
1900 K Street, NW       LG.Philips LCD Co., Ltd.
Washington, D.C. 20006

December 10, 2007

       RICHARDS LAYTON & FINGER

       /s/ Steven J. Fineman (sf4025)
       Robert W. Whetzel (#2288)
       whetzel@rlf.com
OF COUNSEL:       Steven J. Fineman (#4025)
       fineman@rlf.com
Teresa M. Corbin       One Rodney Square
Glenn W. Rhodes       P.O. Box 551
Howrey LLP       Wilmington, DE 19899
525 Market Street, Suite 3600       (302) 651-7700
San Francisco, California 94105       Attorneys for Defendants/Counterclaimants
(415) 848-4900       Chunghwa Picture Tubes, Ltd.

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

IT IS SO ORDERED this ___ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE