**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

December 20, 2007

**BY ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:   **LG. Philips LCD Co. Ltd. v. Tatung Company, et al.,
             Case No. 05-292 (JJF)**

Dear Judge Farnan:

    Further to our letter of December 7, 2007, we write to update the Court on the status of the settlement negotiations between LPL and ViewSonic. LPL and ViewSonic remain engaged in settlement negotiations and will provide the Court with an update on or before January 4, 2008.

                                                                               Respectfully,

                                                                               Steven J. Fineman (#4025)

SJF/lll

cc:   Clerk of Court (Electronic Filing)
       Richard D. Kirk, Esquire (By Electronic Filing)
       Gaspare J. Bono, Esquire (By E-mail)

RLF1-3235721-1