RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

January 9, 2007

**BY ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: <u>LG. Philips LCD Co. Ltd. v. Tatung Company, et al.</u>,
Case No. 05-292 (JJF)

Dear Judge Farnan:

Further to our letter of December 20, 2007, we write to update the Court on the status of the settlement negotiations between LPL and ViewSonic. LPL and ViewSonic are exchanging executed copies of the settlement agreement and anticipate that they will file a stipulation of dismissal shortly. If Your Honor should have any questions or concerns, counsel remains available at the Court's convenience.

Respectfully,

Steven J. Fineman (#4025)

SJF/lll

cc: Clerk of Court (Electronic Filing)
Richard D. Kirk, Esquire (By Electronic Filing)
Gaspare J. Bono, Esquire (By E-mail)

RLF1-3242135-1