IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-292 (JJF) |
| | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; | ) | |
| CHUNGHWA PICTURE TUBES, LTD.; | ) | |
| AND VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 41 STIPULATION OF DISMISSAL
AS BETWEEN PLAINTIFF LG.PHILIPS LCD CO., LTD.
AND DEFENDANT VIEWSONIC CORPORATION**

Having reached settlement of their disputes in the form of a Settlement Agreement ("the Agreement"), Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant ViewSonic Corporation ("ViewSonic"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action between LPL and ViewSonic, including any claims or counterclaims filed by LPL or ViewSonic against the other in this action, shall be dismissed with prejudice with each such party bearing its own attorneys' fees and costs as to each other.

January 23, 2008

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
Adrian Mollo
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
rkirk@bayardfirm.com
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Plaintiffs
LG.Philips LCD Co., Ltd.

Attorneys for Plaintiff
LG.Philips LCD Co., Ltd.


January 23, 2008

OF COUNSEL:

Teresa M. Corbin
Glenn W. Rhodes
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California 94105
(415) 848-4900

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800

RICHARDS LAYTON & FINGER, P.A.

/s/ Steven J. Fineman (sf4025)
Robert W. Whetzel (#2288)
whetzel@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendant/Counterclaimant
ViewSonic Corporation


IT IS SO ORDERED this ___ day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE