OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 14, 2008

Richard D. Kirk, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Robert W. Whetzel, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

   Re: LG Philips LCD Co. Ltd. v. Tatung Company, et al.
      CA 05-292-JJF

Dear Counsel:

  The Clerk's office is returning and/or disposing of exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2). We presently possess jury trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

  Please advise me no later than **March 28, 2008,** whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

            Very truly yours,
            Peter T. Dalleo, Clerk

            Nicole M. Selmyer
            Courtroom Deputy